UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC,<br>GLENMARK PHARMACEUTICALS<br>INC., USA, SUN PHARMACEUTICAL<br>INDUSTRIES LIMITED, SANDOZ INC.,<br>MYLAN PHARMACEUTICALS INC.,<br>APOTEX INC., AUROBINDO PHARMA<br>LTD.,TEVA PHARMACEUTICALS USA,<br>INC., SYNTHON LABORATORIES, INC.,<br>ZYDUS PHARMACEUTICALS, USA, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 07-3770 (DMC) (MF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDMENT TO PRETRIAL SCHEDULING ORDER

This matter having come before the Court upon the parties' stipulation and consent to amend certain discovery deadlines, and the Court having been fully advised that the parties require these adjustments to complete and facilitate discovery relating to the substantive issues of this litigation; and the Court having considered the pleadings in this matter, and for other and good cause appearing:

IT IS HEREBY ORDERED on this ___20___ day of November, 2008, that the Pretrial Scheduling Orders dated December 18, 2007 (Docket No. 109) and July 17, 2008 (Docket No. 192) are modified as follows:

1. Date for delivery of affirmative expert reports including secondary considerations by Plaintiff: December 19, 2008

{00547181.DOC}

2. Date for delivery of rebuttal expert reports: February 20, 2009

3. Expert discovery shall be completed by: April 3, 2009

4. Dispositive motions shall be filed by: April 13, 2009

5. Plaintiff reserves the right to respond to opinions contained in Defendants' rebuttal report on secondary considerations.

**CONSENTED TO BY:**

_/s John F. Brenner_
John F. Brenner, Esq.
PEPPER HAMILTON LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
Tel: (609) 452-0808
Fax: (609) 452-1147

Sandra A. Bresnick, Esq.
Thomas H. Beck, Esq.
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212-839-5300
Fax: 212-839-5599

*Attorneys for Plaintiff Eli Lilly and Company*

_/s Joseph N. Froehlich_
Joseph N. Froehlich, Esq.
David G. Greene, Esq.
Alan B. Clement, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 947-4700
Fax: (212) 947-1202

*Attorneys for Defendant Apotex, Inc.*

_/s Arnold B. Calmann_
Arnold B. Calmann, Esq.
Jane Jhun, Esq.
SAIBER LLC
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
(973) 622-3333
(973) 622-3349

Thomas J. Parker, Esq.
Victoria Ford, Esq.
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
(212) 210-9444

*Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

_/s Matthew J. Becker_
Matthew J. Becker, Esq.
Jo-Anne M. Kokoski, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103

(860) 275-8100
(860) 275-8101

*Attorneys for Defendant Actavis Elizabeth LLC*

{00547181.DOC}

| | |
|---|---|
| /s Keith V. Rockey | /s Christine J. Siwik |
| Keith V. Rockey, Esq.<br>Kathleen A. Lyons, Esq.<br>Joseph Fuchs, Esq.<br>Avani Macaluso, Esq.<br>Rockey, Depke & Lyons, LLP<br>Sears Tower, Suite 5450<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel:   (312) 277-2006<br>Fax:  (312) 441-0570 | Christine J. Siwik, Esq.<br>William A. Rakoczy, Esq.<br>Paul J. Molino, Esq.<br>Deanne M. Mazzochi<br>Rakoczy Molino Mazzochi &<br>   Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>(312) 222-6304<br>(860) 222-6324 |
| *Attorneys for Defendant Sandoz, Inc.* | *Attorneys for Defendant Aurobindo Pharma Ltd.* |
| /s Steven J. Lee | /s Donald J. Mizerk |
| Steven J. Lee, Esq.<br>Huiya Wu, Esq.<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004-0007<br>Tel:   (212) 425-7200<br>Fax:  (212) 425-5288 | Donald J. Mizerk, Esq.<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br><br>(312) 558-5600<br>(312) 558-5700 |
| *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | *Attorneys for Defendant Sun Pharmaceutical Industries Ltd.* |

**SO ORDERED:**

Dated: 11/20/09

_____
Honorable Mark Falk, U.S.M.J.

{00547181.DOC}