IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br><br>Defendants. | Civil Action No. 07-3770 (DMC) (MF)<br><br><br>**ORDER ADMITTING COUNSEL PRO HAC VICE** |

**THIS MATTER** having been opened to the Court by Pepper Hamilton LLP, attorneys for Plaintiff Eli Lilly and Company, for an Order admitting M. Andrew Holtman *pro hac vice*, and the Court having considered the papers submitted, and for good cause shown:

**IT IS** on this 19th day of Jan 2010,

**ORDERED** that M. Andrew Holtman is hereby admitted *pro hac vice* in the above captioned matter;

**IT IS FURTHER ORDERED** that M. Andrew Holtman shall:

1. Abide by the Rules of Practice of the United States District Court for the District of New Jersey, including all disciplinary rules as set forth in Local Civil Rule 101.1, *et seq.*;

-2-

2. Notify the Court immediately of any matters affecting his standing at the Bar of any other Court;

3. Have all pleadings, briefs, and other papers filed with the Court signed by the law firm of Pepper Hamilton LLP, which shall be held responsible for those pleadings, briefs, and other papers, and for the conduct of this cause and of the attorneys admitted herein; and

**IT IS FURTHER ORDERED** that M. Andrew Holtman shall:

1. Make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which he represents a client in a matter pending before this Court; and

2. Make payment as provided in Local Civil Rule 101.1(c).

_____
Hon. Mark Falk, U.S.M.J.