NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | |
| Plaintiff, | |
| v. | |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., SUN PHARMACEUTICAL INDUSTRIES LTD., SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | Hon. Dennis M. Cavanaugh<br><br>**ORDER**<br><br>Civil Action No. 07-cv-3770 (DMC) |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon Plaintiff's request for an expedited briefing schedule with respect to its January 13, 2010 "Motion for Reconsideration or, in the Alternative, Certification for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b)" [See Docket # 500 & 501].

It is hereby ordered that Plaintiff's request for an expedited briefing schedule is **denied**. A standard schedule will apply to the pending motion.   No replies will be accepted.

1-21-10

_____
Dennis M. Cavanaugh, U.S.D.J.

Orig.:   Clerk's Office
cc:    All Counsel of Record
       The Honorable Mark Falk, U.S.M.J.
       File