# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | : |
| Plaintiff, | : Civil Action No. 07-3770 (DMC) (MF) |
| v. | : |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE OF ELECTRONIC NOTIFICATION AS TO *PRO HAC VICE* COUNSEL THOMAS H. BECK, SANDRA A. BRESNICK, BINDU DONOVAN AND TODD A. WAGNER

On behalf of Plaintiff Eli Lilly and Company, please withdraw the *pro hac vice* appearance of Thomas H. Beck, Sandra A. Bresnick, Bindu Donovan and Todd A. Wagner and remove them from further electronic notifications related to the above-referenced matter.

Dated: January 22, 2010    By: *s/ John F. Brenner*
John F. Brenner
**PEPPER HAMILTON LLP**
Suite 400
301 Carnegie Center
Princeton, NJ  08543-5276
(609) 452-0808
brennerj@pepperlaw.com