UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------- x
ELI LILLY AND COMPANY,                                     :
                                                           :
                                    Plaintiff,             : Civil Action No. 2:07-cv-03770 (DMC)(MF)
                                                           :
         v.                                                :
                                                           :
ACTAVIS ELIZABETH LLC,                                     : DOCUMENT ELECTRONICALLY
GLENMARK PHARMACEUTICALS                                   : FILED
INC., USA, SUN PHARMACEUTICAL                              :
INDUSTRIES LIMITED, SANDOZ INC.,                           :
MYLAN PHARMACEUTICALS INC.,                                : [PROPOSED] ORDER FOR
APOTEX INC., AUROBINDO PHARMA                              : ADMISSIONS *PRO HAC VICE*
LTD., TEVA PHARMACEUTICALS USA,                            :
INC., SYNTHON LABORATORIES, INC.,                          :
ZYDUS PHARMACEUTICALS, USA,                                :
INC.                                                       :
                                                           :
                                    Defendants.            :
---------------------------------------------------------- x

This matter having been brought before Court by Joseph N. Froehlich, Esq., Locke Lord Bissell & Liddell LLP, attorneys for Defendant Apotex Inc., on application for an Order allowing Myoka Kim Goodin, Esq., to appear and participate pro hac vice on behalf of Apotex, Inc., and the Court having considered the application; and good cause having been shown,

IT IS on this 27 day of January, 2010,

**ORDERED** that Myoka Kim Goodin, Esq., of the law firm of Locke Lord Bissell & Liddell LLP, 111 South Wacker Drive, Chicago, IL 60606., who is a member in good standing of the Bar of the States of California and Illinois, be permitted to appear pro hac vice on behalf of the Defendant Apotex, Inc. in the above-captioned matter pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey; and it is

NYC 89031v.1

**FURTHER ORDERED** that Myoka Kin Goodin pay an annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of the date of the entry of this Order, if such fee has not already been paid prior to entry of this Order. And it is

**FURTHER ORDERED** that Myoka Kim Good, Esq., pay $150.00 to the Clerk, United States District Court for the District of New Jersey, within twenty (20) days of the date of the entry of this Order, if such payment has not already been paid prior to entry of this Order; and it is

**FURTHER ORDERED** that Myoka Kim Goodin, Esq., shall be bound by the Local Civil Rules and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that Myoka Kim Goodin, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey State Contingency Fee Rule, Rule 1:21-7, as amended.

Dated: 1/27/10

_____
The Honorable Mark Falk
United States Magistrate Judge

NYC 89031v.1