UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------  x
ELI LILLY AND COMPANY,              :
                              Plaintiff,  :
              v.              :  Civil Action No. 2:07-cv-03770 (DMC)(MF)
                                 :
ACTAVIS ELIZABETH LLC, GLENMARK   :
PHARMACEUTICALS INC., USA, SUN    :
PHARMACEUTICAL INDUSTRIES LIMITED,:
SANDOZ INC., MYLAN PHARMACEUTICALS :
INC., APOTEX INC., AUROBINDO PHARMA :
LTD., TEVA PHARMACEUTICALS USA, INC., :
SYNTHON LABORATORIES, INC., ZYDUS :
PHARMACEUTICALS, USA, INC.        :
                            Defendants.  :
---------------------------------------------------------  x

REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION

       Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.     An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.     If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____
Signature of Local Counsel


PRO HAC VICE ATTORNEY INFORMATION:

Name:      Myoka Kim Goodin

Address:   Locke Lord Bissell & Liddell LLP
              111 S. Wacker Drive
              Chicago, Illinois 60606

e-Mail:    mkgoodin@lockelord.com


Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.

DNJ-CMECF-002