# WINSTON & STRAWN LLP

214 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1078

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

11TH FLOOR, GLOUCESTER TOWER,
THE LANDMARK, 15 QUEEN'S ROAD CENTRAL
HONG KONG

99 GRESHAM STREET
LONDON EC2V 7NG

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5401

(973) 848-7676

FACSIMILE (973) 848-7650

www.winston.com

4 STASOVOY ULITSA
119071 MOSCOW, RUSSIAN FEDERATION

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

25 AVENUE MARCEAU
CS 31621
75773 PARIS CEDEX 16

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5802

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

Writer's Direct Dial Number
973-848-7643

January 27, 2010

**BY ECF AND FEDERAL EXPRESS**

Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: **Eli Lilly and Company v. Actavis Elizabeth LLC et al.,**
> Civil Action No. 07-3770 (DMC) (MF)

Dear Judge Falk:

As Your Honor is aware, this firm represents Defendant Sun Pharmaceutical Industries Ltd. ("Sun") in the above-referenced matter. Enclosed please find copies of the following submitted on Sun's behalf:

1. Declaration of Melissa Steedle Bogad in support of application for admission of counsel *pro hac vice*;

2. Declaration of Jovial Wong; and

3. Proposed form of Order granting admission *pro hac vice*.

Plaintiff's counsel has consented to this application and the *pro hac vice* admission of counsel.

WINSTON & STRAWN LLP

Honorable Mark Falk, U.S.M.J.
January 27, 2010
Page 2

      If the enclosed proposed form of Order is acceptable to Your Honor, we respectfully request that it be entered.

Respectfully submitted,

*Melissa Steedle Bogad*

Melissa Steedle Bogad

Enclosures

cc:    All Counsel (w./encls.) (by e-mail)

WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ELI LILLY AND COMPANY, | Honorable Dennis M. Cavanaugh, U.S.D.J. |
| Plaintiff, | Civil Action No. 07 CV 3770 (DMC) (MF) |
| v. | |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | **DECLARATION OF MELISSA STEEDLE BOGAD IN SUPPORT OF APPLICATION FOR ADMISSION OF COUNSEL *PRO HAC VICE*** |
| Defendants. | |

---

MELISSA STEEDLE BOGAD, of full age, hereby declares as follows:

1. I am an attorney at law of the State of New Jersey and an associate with Winston & Strawn LLP, attorneys for Defendant, Sun Pharmaceutical Industries Ltd. ("Sun").

2. This Declaration is submitted in support of Sun's application to admit Jovial Wong *pro hac vice* in this matter.

3.  I am an associate in Winston & Strawn's Newark, New Jersey office and a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of the District Court of New Jersey. No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me, by any court in any jurisdiction.

4.  I, or other members of the New Jersey Bar and the Bar of the District Court of New Jersey who are employed in our Newark office, will sign all pleadings, briefs, and other papers filed with the Court and will be responsible for said papers and for the conduct of the case. Additionally, I, or other members of the New Jersey Bar and the Bar of the District Court of New Jersey who are employed in our Newark office, will be present before the Court during all phases of this proceeding and I will be responsible for the conduct of the attorneys admitted *pro hac vice*.

5.  This firm agrees to abide by *L. Civ. R.* 11.1 and 101.1(c) in filing pleadings, briefs, and other papers with the Court.

6.  Plaintiff's counsel has consented to this motion and the *pro hac vice* admission of counsel.

7.  Pursuant to *L. Civ. R.* 7.1(d)(4), no brief is necessary because all facts in support of this application are set forth in the Declaration of Jovial Wong (which is submitted herewith), and there are no legal issues that must be briefed in connection with this motion.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Melissa Steedle Bogad
Melissa Steedle Bogad

Dated: January 27, 2010

NY 1273777v1

WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | Honorable Dennis M. Cavanaugh, U.S.D.J. |
| Plaintiff, | Civil Action No. 07 CV 3770 (DMC) (MF) |
| v. | |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | **DECLARATION OF JOVIAL WONG IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |
| Defendants. | |

JOVIAL WONG, of full age, hereby declares as follows:

1. I am an associate with Winston & Strawn LLP, attorneys for Defendant, Sun Pharmaceutical Industries Ltd. ("Sun").

2. This Declaration is submitted in support of my application for admission *pro hac vice* in this matter.

3. I principally practice law in Winston & Strawn's Washington, D.C. office which

1

is located at 1700 K Street, N.W., Washington, D.C. 20006-3817. I received a B.S. degree in 1998 from Johns Hopkins University and a M.H.S. degree in 2000 from Johns Hopkins University School of Public Health. I received a J.D. degree from Northwestern University School of Law in 2004. I am a member in good standing of the Bar of the State of New York and the Bar of the District of Columbia and have been since my admission in 2005 and 2006, respectively.

4. No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me, by any court in any jurisdiction.

5. I will be associated in this matter with James S. Richter and Melissa Steedle Bogad, attorneys in Winston & Strawn's Newark, New Jersey office, who are members in good standing of the Bar of the Supreme Court of New Jersey and the Bar of the District Court of New Jersey, and other members of the New Jersey Bar and the Bar of the District of New Jersey who are employed in our Newark office.

6. Sun has requested that I be involved in its representation in this matter.

7. There is good cause for my admission *pro hac vice* in that I have particular knowledge and expertise regarding the facts and legal issues presented by this matter.

8. I have never been denied admission *pro hac vice* in any jurisdiction.

9. If admitted to practice before this Court *pro hac vice*, I will abide by the Rules of Disciplinary Procedures of this Court, as well as *L. Civ. R.* 101.1(c).

10. Plaintiff's counsel has consented to my *pro hac vice* admission.

11. Consequently, I respectfully request that the Court grant my admission *pro hac vice*.

I hereby declare under penalty of perjury, that the foregoing statements made by me are true and correct.

Dated: January 27, 2010

_____
Jovial Wong

3

WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | Honorable Dennis M. Cavanaugh, U.S.D.J. |
| Plaintiff, | Civil Action No. 07 CV 3770 (DMC) (MF) |
| v. | |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | **ORDER GRANTING ADMISSION OF COUNSEL *PRO HAC VICE*** |
| Defendants. | |

**THIS MATTER,** being opened to the Court by Winston & Strawn LLP, attorneys for Defendant, Sun Pharmaceutical Industries Ltd. ("Sun"), for an Order allowing Jovial Wong to appear and participate *pro hac vice* in this matter, and the Court having considered the papers submitted in support of said Application, and for good cause shown pursuant to *L. Civ. R.* 101.1(c);

**IT IS** on this \_\_\_\_\_ day of _____ 2010,

**ORDERED**, as follows:

1. Jovial Wong, a member of the Bar of the State of New York and the Bar of the District of Columbia, be and hereby is permitted to appear *pro hac vice* in the above-captioned matter pursuant to *L. Civ. R.* 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs, and other papers filed with the Court shall be signed by James S. Richter or Melissa Steedle Bogad, members in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or other members in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court who are employed in the Newark office of Winston & Strawn LLP, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order.

2. Jovial Wong shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order.

3. Jovial Wong shall make a payment of $150.00 pursuant to *L. Civ. R.* 101(c)(3) payable to the Clerk, U.S. District Court.

4. Jovial Wong shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of *L. Civ. R.* 104.1, *Discipline of Attorneys*.

5. Jovial Wong shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended.

- 3 -

_____
Honorable Mark Falk, U.S.M.J.

NY 1273827v1