UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

James E. Cecchi
Melissa E. Flax
CARELLA, BYRNE, CECCHI, OLSTEIN,
    BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700
(973) 994-1744

Christine J. Siwik
William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222.6304 (telephone)
(312) 222.6324 (facsimile)

*Attorneys for Defendant Aurobindo Pharma Ltd.*

| | |
|---|---|
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Plaintiff, ) | Honorable Dennis M. Cavanaugh |
| ) | |
| v. ) | |
| ) | |
| ACTAVIS ELIZABETH LLC, GLENMARK ) | |
| PHARMACEUTICALS INC., USA, SUN ) | |
| PHARMACEUTICAL INDUSTRIES ) | Civil Action No. 07-3770 (DMC)(MF) |
| LIMITED, SANDOZ INC., MYLAN ) | |
| PHARMACEUTICALS INC., APOTEX INC., ) | |
| AUROBINDO PHARMA LTD., TEVA ) | |
| PHARMACEUTICALS USA, INC., ) | **Document Electronically Filed** |
| SYNTHON LABORATORIES, INC., ZYDUS ) | |
| PHARMACEUTICALS, USA, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FIRM NAME CHANGE**

Please take notice that, effective January 25, 2010, the name of the law firm of CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, changed to CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

The firm's address, telephone and facsimile numbers and email addresses will remain the same.

                                        CARELLA, BYRNE, CECCHI, OLSTEIN,
                                        BRODY & AGNELLO, P.C.

Dated: January 30, 2010                By:   */s/ Melissa E. Flax*
                                                               MELISSA E. FLAX