**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000
alite@litedepalma.com
maptunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | : |
| *Plaintiff,* | : |
| | : Civil Action No. 07-3770 (DMC) (MF) |
| v. | : |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | : **NOTICE OF FIRM NAME CHANGE** |
| *Defendants.* | : |

Please take notice that effective January 25, 2010, the name of the law firm of

LITE DEPALMA GREENBERG & RIVAS, LLC, changed to LITE DEPALMA

GREENBERG, LLC.

The firm's address and telephone and facsimile numbers will remain the same.

Dated: February 1, 2010          **LITE DePALMA GREENBERG, LLC**

                                 /s/ *Michael E. Patunas*
                                 Michael E. Patunas
                                 Two Gateway Center, 12th Floor
                                 Newark, NJ 07102
                                 Telephone: (973) 623-3000

229896 v1