WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | Honorable Dennis M. Cavanaugh, U.S.D.J. |
| Plaintiff, | Civil Action No. 07 CV 3770 (DMC) (MF) |
| v. | |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LTD., SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | **REQUEST FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
| Defendants. | |

Request is hereby made for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

WINSTON & STRAWN LLP
Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.

By:   /s/ Melissa Steedle Bogad
       Melissa Steedle Bogad
       mbogad@winston.com

Dated: February 17, 2010

PRO HAC VICE ATTORNEY INFORMATION:

Name:    Jovial Wong

Address:   WINSTON & STRAWN LLP
           1700 K Street, N.W.
           Washington, DC 20006-3817

e-Mail:   jwong@winston.com