NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | : |
| Plaintiff, | : |
| v. | : |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., SUN PHARMACEUTICAL INDUSTRIES LTD., SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | : **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 07-cv-3770 (DMC) |
| Defendants. | : |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter, having come before the Court upon Plaintiff's motion for reconsideration; the Court having reviewed the parties' submissions; and for reasons set forth in its Opinion issued this day;

IT IS on this   23rd   day of February, 2010;

**ORDERED** that Plaintiff's motion for reconsideration is **denied**.

                                        S/ Dennis M. Cavanaugh
                                        Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:          All Counsel of Record
             The Honorable Mark Falk, U.S.M.J.
             File