UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>        **Plaintiff,**<br><br>v.<br><br>ACTAVIS ELIZABETH LLC,<br>GLENMARK PHARMACEUTICALS,<br>INC., *et al.*,<br><br>        **Defendants.** | Civil Action No. 07-3770 (DMC)<br><br><br>ORDER SCHEDULING FINAL<br>PRETRIAL CONFERENCE<br>**& TRIAL DATE** |

  **IT IS** on this 24th day of February 2010,

  **ORDERED THAT:**

  1. A Final Pretrial Conference shall be conducted pursuant to Federal Rule of Civil Procedure 16(d) on **Thursday, April 1, 2010, at 11:00 a.m.** before the Undersigned at the United States Post Office & Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.

  2. All counsel are directed to assemble at the office of Plaintiff's counsel not later than ten (10) days before the pretrial conference to prepare the Pretrial Order in the form and content required by the Court. Agreed upon jury instructions, verdict sheet, voir dire, and a neutral statement limited to one page or less setting forth the issues of the case to be read to the jury by the Court before openings are required to be included in counsels' submissions. Plaintiff's counsel shall prepare the Pretrial Order and shall submit it to all other counsel for

approval.

3.      The original of the Pretrial Order and all required submissions shall be delivered to Chambers on or before **March 30, 2010**. All counsel are responsible for the timely submission of the Pretrial Order. If needed, counsel may contact the Chambers of the Undersigned to request a copy of Judge Cavanaugh's form of Final Pretrial Order.

4.      Trial in this matter shall commence on **Tuesday, May 18, 2010, at 9:00 a.m.** before the Honorable Dennis M. Cavanaugh, U.S.D.J.

          s/Mark Falk  
          **MARK FALK**  
          **United States Magistrate Judge**