Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-3349 (facsimile)

Thomas J. Parker (thomas.parker@alston.com)
Victoria E. Spataro (victoria.spataro@alston.com)
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016-1387
Tel:   (212)210.9400
Fax:   (212)210.9444

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>                                  Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBIND PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS USA, INC.,<br><br>                                  Defendants. | Civil Action No. 07-3770 (DMC)(MF)<br><br>NOTICE OF APPEARANCE OF <u>JEFFREY SOOS, ESQ.</u><br><br>*DOCUMENT ELECTRONICALLY FILED* |

**PLEASE TAKE NOTICE** that defendant Mylan Pharmaceuticals, Inc. ("Mylan") is represented by the firm of Saiber LLC in the above-captioned matter.  Jeffrey Soos hereby enters his appearance as counsel of record in addition to Arnold B. Calmann, who has already

{00606548.DOC}

been designated by the Court as "lead attorney to be noticed" on behalf of Mylan.  Accordingly, Mylan respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Jeffrey Soos at js@saiber.com.

        **SAIBER LLC**
        Attorneys for Defendant
        Mylan Pharmaceuticals, Inc.

        s/ Jeffrey Soos
        Jeffrey Soos (js@saiber.com)
        Arnold B. Calmann (abc@saiber.com)
        Katherine A. Escanlar (kae@saiber.com)
        One Gateway Center, 10th Floor
        Newark, New Jersey 07102-5311
        (973) 622-3333 (telephone)
        (973) 622-3349 (facsimile)

        Thomas J. Parker, Esq.
        (thomas.parker@alston.com)
        Victoria E. Spataro, Esq.
        (victoria.spataro@alston.com)
        **ALSTON & BIRD, LLP**
        90 Park Avenue
        New York, NY 10016-1387
        Tel:  (212)210.9400
        Fax:  (212)210.9444

Dated:  February 24, 2010

2