UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ELI LILLY AND COMPANY,

      Plaintiff,

v.

ACTAVIS ELIZABETH LLC,
GLENMARK PHARMACEUTICALS
INC., USA, SUN PHARMACEUTICAL
INDUSTRIES LIMITED, SANDOZ INC.,
MYLAN PHARMACEUTICALS INC.,
APOTEX INC., AUROBINDO PHARMA
LTD., TEVA PHARMACEUTICALS USA,
INC., SYNTHON LABORATORIES, INC.,
ZYDUS PHARMACEUTICALS, USA,
INC.

      Defendants.

Civil Action No. 2:07-cv-03770 (DMC)(MF)

[PROPOSED] ORDER FOR
ADMISSIONS *PRO HAC VICE*

DOCUMENT ELECTRONICALLY FILED

---

This matter having been brought before Court by Joseph N. Froehlich, Esq., Locke Lord Bissell & Liddell LLP, attorneys for Defendant Apotex, Inc., on application for an Order allowing Dr. Andrea L. Wayda, Esq., to appear and participate pro hac vice on behalf of Apotex, Inc., and the Court having considered the application; and good cause having been shown,

IT IS on this __8__ day of __March__, 2010,

**ORDERED** that Dr. Andrea L. Wayda, Esq., of the law firm of Locke Lord Bissell & Liddell LLP, 3 World Financial Center, New York, New York 10281., who is a member in good standing of the Bars of the State New York and New Jersey, be permitted to appear pro hac vice on behalf of the Defendant Apotex, Inc. in the above-captioned matter pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey; and it is

NYC 89884v.1

**FURTHER ORDERED** that Dr. Andrea L. Wayda, Esq., pay an annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of the date of the entry of this Order, if such fee has not already been paid prior to entry of this Order. And it is

**FURTHER ORDERED** that Dr. Andrea L. Wayda, Esq., pay $150.00 to the Clerk, United States District Court for the District of New Jersey, within twenty (20) days of the date of the entry of this Order, if such payment has not already been paid prior to entry of this Order; and it is

**FURTHER ORDERED** that Dr. Andrea L. Wayda, Esq., shall be bound by the Local Civil Rules and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>; and it is

**FURTHER ORDERED** that Dr. Andrea L. Wayda, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey State Contingency Fee Rule, Rule 1:21-7, as amended.

Dated: 3/8/10

The Honorable Mark Falk
United States Magistrate Judge

NYC 89884v.1