Gregory D. Miller
Damian P. Conforti
PODVEY, MEANOR, CATENACCI, HILDNER,
 COCOZIELLO & CHATTMAN
A Professional Corporation
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 623-1000

James D. Veltrop
Matthew J. Becker
Jo-Anne M. Kokoski
Chad A. Landmon
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

James P. Doyle
AXINN, VELTROP & HARKRIDER LLP
1370 Avenue of the Americas
New York, NY 10019
(212) 728-2200

*Attorneys for Defendant*
*Actavis Elizabeth LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br><br>             Defendants. | Civil Action No. 07-3770 (DMC) (MF)<br><br><br><br><br><br>**ORDER ADMITTING COUNSEL**<br>***PRO HAC VICE*** |

Case 2:07-cv-03770-DMC-MF   Document 548-4   Filed 03/18/10   Page 2 of 3

**THIS MATTER** having been opened to the Court by Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, a Professional Corporation, attorneys for defendant Actavis Elizabeth LLC for an Order admitting Chad A. Landmon, Esq. *pro hac vice*, and the Court having considered the papers submitted, and for good cause shown;

IT IS on this 18th day of March, 2010;

**ORDERED** that pursuant to Local Civil Rule 101.1 (c) of the United States District Court for the District of New Jersey, that Chad A. Landmon, Esq., is hereby admitted *pro hac vice* in the above captioned matter;

**IT IS FURTHER ORDERED** that Chad A. Landmon, Esq. shall:

1. Remain associated in this matter with Gregory D. Miller, Esq., who is an attorney duly admitted to and in good standing with, the Bars of the State of New Jersey and the United States District Court for the District of New Jersey, or another attorney from the New Jersey office of Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C., who is licensed to practice in the United States District Court for the District of New Jersey.

2. Abide by the Rules of Practice of the United States District Court for the District of New Jersey, including all disciplinary rules as set forth in Local Civil Rule 101.1, et seq.

3. Notify the Court immediately of any matters affecting his standing at the Bar of any other Court;

4. Have all pleadings, briefs, and other papers filed with the Court signed by Gregory D. Miller, Esq., or another attorney from the New Jersey office of Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C., who is licensed to practice in

the United States District Court for the District of New Jersey, who shall be held responsible for those pleadings, briefs and other papers, and for the conduct of this cause and of the admitted attorneys herein; and

**IT IS FURTHER ORDERED** that Chad A. Landmon, Esq. shall:

1. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2) for any year in which he represents a client in a matter pending before this Court;

2. Make payment of $150.00 to the Clerk, United States District Court for admission to appear *pro hac vice as* provided in Local Civil Rule 101.1(c).

_____
HON. MARK FALK, U.S.M.J.

Doc. 277699