UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC. USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 2:07-cv-3770 (DMC)(MF)

## DEFENDANTS' WITHDRAWAL OF JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(d), with Lilly's consent, Defendants hereby withdraw their demand for a jury trial without prejudice.

ACTAVIS ELIZABETH LLC

By: _/s/_

Matthew J. Becker, Esq.
Jo-Anne Kokoski, Esq.
Axinn Veltrop & Harkrider LLP
90 State House Square 11th Floor
Hartford, CT 06103-3704

Gregory D. Miller, Esq.
Podvey, Meanor, Catenacci, Hildner,
  Cocoziello, & Chattman
One Riverfront Plaza
Newark, NJ 07102-5497

James P. Doyle, Esq.
Axinn Veltrop & Harkrider LLP
114 W. 47th Street
New York, NY 10036

*Attorneys for Defendant*
*ACTAVIS ELIZABETH LLC*

SUN PHARMACEUTICAL INDUSTRIES LIMITED

By: /s/ JS Richter

James F. Hurst, Esq.
Samuel Mendenhall, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

James S. Richter, Esq.
Melissa Steedle Bogad, Esq.
Winston & Strawn
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, NJ 07102-0301

Jovial Wong, Esq.
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

Gail J. Standish, Esq.
Peter E. Perkowski, Esq.
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071

*Attorneys for Defendant SUN PHARMACEUTICAL INDUSTRIES LIMITED*

SANDOZ INC.

By: _____

Keith V. Rockey, Esq.
Kathleen A. Lyons, Esq.
Joseph A. Fuchs, Esq.
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, IL 60606

Eric I. Abraham, Esq.
Hill Wallack LLP
202 Carnegie Center
Princeton, NJ 08540

*Attorneys for Defendant SANDOZ INC.*

MYLAN PHARMACEUTICALS INC.

By: /s/ Arnold B. Calmann

Thomas Parker, Esq.
Victoria Spataro, Esq.
Alston & Bird
90 Park Avenue
New York, NY 10016-1387

Arnold B. Calmann, Esq.
Saiber LLC
One Gateway Center, 10th Floor
Newark, NJ 07102-5311

*Attorneys for Defendant MYLAN PHARMACEUTICALS INC.*

2

SUN PHARMACEUTICAL INDUSTRIES LIMITED

By: _____

James F. Hurst, Esq.
Samuel Mendenhall, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Jovial Wong, Esq.
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

James S. Richter, Esq.
Melissa Steedle Bogad, Esq.
Winston & Strawn
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, NJ 07102-0301

Gail J. Standish, Esq.
Peter E. Perkowski, Esq.
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071

*Attorneys for Defendant SUN PHARMACEUTICAL INDUSTRIES LIMITED*

SANDOZ INC.

By: *Keith V Rockey*

Keith V. Rockey, Esq.
Kathleen A. Lyons, Esq.
Joseph A. Fuchs, Esq.
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, IL 60606

Eric I. Abraham, Esq.
Hill Wallack LLP
202 Carnegie Center
Princeton, NJ 08540

*Attorneys for Defendant SANDOZ INC.*

MYLAN PHARMACEUTICALS INC.

By: _____

Thomas Parker, Esq.
Victoria Spataro, Esq.
Alston & Bird
90 Park Avenue
New York, NY 10016-1387

Arnold B. Calmann, Esq.
Saiber LLC
One Gateway Center, 10th Floor
Newark, NJ 07102-5311

*Attorneys for Defendant MYLAN PHARMACEUTICALS INC.*

<2>

|  |  |
|---|---|
|  | APOTEX INC.<br>By: _[signature]_ |
| Scott B. Feder, Esq.<br>Keith D. Parr, Esq.<br>Kevin M. Nelson, Esq.<br>David B. Abramowitz, Esq.<br>Myoka Kim Goodin, Esq.<br>Locke Lord Bissell & Liddell LLP<br>111 S. Wacker Drive<br>Chicago, Il 60606 | Alan B. Clement, Esq.<br>Joseph N. Froehlich, Esq.<br>David G. Greene, Esq.<br>Andrea Wayda, Esq.<br>Locke Lord Bissell & Liddell LLP<br>Three World Financial Center<br>New York, NY 10281<br><br>*Attorneys for Defendant APOTEX INC.* |
|  | AUROBINDO PHARMA LTD.<br>By: _[signature]_ |
| Christine J. Siwik, Esq.<br>William A. Rakoczy, Esq.<br>Paul J. Molino, Esq.<br>Deanne M. Mazzochi, Esq.<br>Neil A. Benchell, Esq.<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 W. Hubbard Street, Suite 500<br>Chicago, IL 60610 | James E. Cecchi, Esq.<br>Melissa E. Flax, Esq.<br>Carella, Byrne, Cecchi, Olstein,<br>  Brody & Agnello, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br><br>*Attorneys for Defendant AUROBINDO PHARMA LTD.* |
|  | TEVA PHARMACEUTICALS USA, INC.<br>By: _[signature]_ |
| Steven J. Lee, Esq.<br>Huiya Wu, Esq.<br>William Healey, Esq.<br>Brian Robinson, Esq.<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004-1050 | Michael E. Patunas, Esq.<br>Mayra V. Tarantino, Esq.<br>Lite Depalma Greenberg, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br><br>*Attorneys for Defendant TEVA PHARMACEUTICALS USA, INC.* |