# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.<br><br>Defendants. | Civil Action No. 07-3770 (DMC) (MF) |

## JOINT STIPULATION AND ORDER

The parties to this action, through their respective counsel, and subject to approval of the Court, hereby jointly stipulate that hypothetical questions to be put to an expert witness on direct examination may be omitted from Final Pretrial Order; however, the parties reserve the right to ask such questions at trial without objection from the parties or exclusion by the Court on the basis of non-inclusion in the Final Pretrial Order.

SO ORDERED:

Dated: 4/5/10

HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE

By: ELI LILLY & COMPANY

s/ John F. Brenner
John F. Brenner, Esq.
Melissa Chuderewicz
PEPPER HAMILTON LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
Tel: (609) 452-0808
Fax: (609) 452-1147

Charles E. Lipsey
Scott Burwell
Finnegan, Henderson, Farabow, Garrett
  & Dunner, L.L.P. Two Freedom
  Square
11955 Freedom Drive
Reston, Virginia 20190-5675
Tel: (571) 203-2700
Fax: (202) 408-4400

Robert D. Bajefsky
Laura P. Masurovsky
Andrew Holtman
Krista E. Bianco
Finnegan, Henderson, Farabow
  Garrett & Dunner, L.L.P. 901 New
York Avenue, N.W. Washington, D.C.
20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

Jennifer S. Swan
Finnegan, Henderson, Farabow Garrett
  & Dunner, L.L.P. Stanford Research
  Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Tel: (650) 849-6600
Fax: (650) 849-6666

By: ACTAVIS ELIZABETH LLC

s/ Gregory D. Miller
Gregory D. Miller, Esq.
Podvey, Meanor, Catenacci, Hildner,
Cocoziello, & Chattman
One Riverfront Plaza
Newark, NJ 07102-5497

Matthew J. Becker, Esq.
Jo-Anne Kokoski, Esq.
Axinn Veltrop & Harkrider LLP 90
State House Square 11th Floor Hartford,
CT 06103-3704

James P. Doyle, Esq.
Axinn Veltrop & Harkrider LLP
114 W. 47th Street

New York, NY 10036

By: SUN PHARMACEUTICAL
INDUSTRIES LIMITED

s/ James Richter
---
James S. Richter, Esq.
Melissa Steedle Bogad, Esq.
Winston & Strawn The Legal Center
One Riverfront Plaza, 7th Floor
Newark, NJ 07102-0301

Gail J. Standish, Esq.
Peter E. Perkowski, Esq.
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071

James F. Hurst, Esq.
Samuel Mendenhall, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Jovial Wong, Esq.
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

By: SANDOZ INC.

s/ Eric I. Abraham
---
Eric I. Abraham, Esq.
Hill Wallack LLP
202 Carnegie Center
Princeton, NJ 08540

Keith V. Rockey, Esq.
Kathleen A. Lyons, Esq.
Joseph A. Fuchs, Esq.
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, IL 60606

By: MYLAN PHARMACEUTICALS INC.

s/ Arnold B. Calmann
---
Arnold B. Calmann, Esq.
Saiber LLC
One Gateway Center, 13th Floor
Newark, NJ 07102-5311

Thomas J. Parker
Victoria E. Spataro
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400
Fax: (212) 210-9444

By: APOTEX INC.

s/ Alan B. Clement
Alan B. Clement, Esq.
Locke Lord Bissell & Liddell LLP
Three World Financial Center
New York, NY 10281

Joseph N. Froehlich, Esq.
David G. Greene, Esq.
R. James Juce De Rose, III, Esq.
Locke Lord Bissell & Liddell LLP
885 Third Avenue
New York, NY 10022

Scott B. Feder, Esq.
Keith D. Par·, Esq.
Kevin M. Nelson, Esq.
David B. Abramowitz, Esq.
Myoka Kim Goodin, Esq.
Locke Lord Bissell & Liddell LLP
111 S. Wacker Drive
Chicago, IL 60606

By: AUROBINDO PHARMA LTD.

s/ James E. Cecchi
James E. Cecchi, Esq.
Melissa E. Flax, Esq.
Carella, Byrne, Cecchi, Olstein,
  Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068

Christine J. Siwik, Esq.
William A. Rakoczy, Esq.
Paul J. Molino, Esq.
Deanne M. Mazzochi, Esq.
Neil A. Benchell, Esq.
Rakoczy Molino Mazzochi Siwik
LLP 6 W. Hubbard Street, Suite 500
Chicago, IL 60610

By: TEVA PHARMACEUTICALS USA, INC.

s/ Michael E. Patunas

Michael E. Patunas, Esq.
Mayra V. Tarantino, Esq.
Lite Depalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102

Steven J. Lee, Esq.
Huiya Wu, Esq.
William Healey, Esq.
Brian Robinson, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050