UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>                *Plaintiff,*<br>v.<br><br>ACTAVIS ELIZABETH LLC,<br>GLENMARK PHARMACEUTICALS<br>INC., USA, SUN PHARMACEUTICAL<br>INDUSTRIES LIMITED, SANDOZ INC.,<br>MYLAN PHARMACEUTICALS INC.,<br>APOTEX INC., AUROBINDO PHARMA<br>LTD., TEVA PHARMACEUTICALS<br>USA, INC., SYNTHON LABORATORIES,<br>INC., ZYDUS PHARMACEUTICALS,<br>USA, INC.,<br>                *Defendants.* | Civil Action No. 07-3770 (DMC) (MF) |

## JOINT STIPULATION TO STAY ACTION BETWEEN ELI LILLY AND COMPANY AND TEVA PHARMACEUTICALS USA, INC.

WHEREAS, on September 5, 2007, Plaintiff Eli Lilly and Company ("Lilly") filed a First Amended Complaint (D.E. 3) against Actavis Elizabeth LLC, Glenmark Pharmaceuticals, Inc., USA ("Glenmark"), Sun Pharmaceutical Industries Ltd., Sandoz Inc., Mylan Pharmaceuticals Inc., Apotex Inc., Aurobindo Pharma Ltd., Teva Pharmaceuticals USA, Inc. ("Teva"), Synthon Laboratories, Inc. ("Synthon"), and Zydus Pharmaceuticals USA, Inc. ("Zydus"), Case No. 2:07-CV-03770-DMC-MF, alleging infringement Lilly's Patent No. 5,658,590 ("the '590 patent");

WHEREAS, Lilly alleges that Teva infringed the '590 patent by filing of Abbreviated New Drug Application No. 79-022 to obtain approval for the manufacture, use and sale of atomoxetine hydrochloride capsules in 10 mg, 18 mg, 25 mg, 40 mg, 60 mg, 80 mg and 100 mg dosage forms;

WHEREAS, on October 2, 2007, Teva filed an Answer (D.E. 21) denying infringement of the '590 patent and raising an affirmative defense that the '590 patent is invalid;

WHEREAS, on December 12, 2007, the Court issued a Consent Judgment and Order (D.E. 105) finally resolving the action between Lilly and Zydus pursuant to a stipulation entered into between those two parties;

WHEREAS, on July 1, 2008, the Court issued a Consent Judgment and Order (D.E. 174) finally resolving the action between Lilly and Glenmark pursuant to a stipulation entered into between those two parties;

WHEREAS, on August 21, 2008, the Court endorsed a Stipulation and Order of Dismissal (D.E. 215) dismissing Lilly's claims against Synthon and Synthon's defenses and counterclaims, without prejudice;

WHEREAS, on September 8, 2008, Teva filed a First Amended Answer (D.E. 222) adding an affirmative defense that the '590 patent is unenforceable due to inequitable conduct;

WHEREAS, there remain seven defendants including Teva in the above-captioned action ("the Atomoxetine Action");

WHEREAS, on December 29, 2009, the district court in the Atomoxetine Action granted Lilly's motion for summary judgment of induced infringement of the '590 patent (D.E. 490, 491, 494);

WHEREAS, Lilly and Teva expect that resolution of the issues in the Atomoxetine Action should resolve all of Lilly's claims against Teva and Teva's defenses, with respect to the '590 patent, that were or could have been raised; and

WHEREAS, Lilly and Teva have agreed to be bound by the judgment on infringement, validity and enforceability of the '590 patent in the Atomoxetine Action to be litigated on the merits to a decision from which no appeal has been or can be taken, and agree that such judgment will be *res judicata* as to Lilly and Teva,

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the following and to approval by the Court, through their undersigned attorneys, that further discovery and adjudication of Lilly's claims against Teva and of Teva's defenses are hereby stayed in their entirety; and

1. Teva acknowledges and agrees that the '590 patent would be infringed by manufacture, use, sale, offer to sell, importation or distribution of atomoxetine tablets pursuant to ANDA No. 79-022.

2. Except as provided in paragraph 5 below, all of Lilly's claims against Teva and Teva's defenses are stayed until a final court decision from which no appeal has been or can be taken, including any petition for a writ of certiorari to the U.S. Supreme Court or subsequent appeal. Any final appellate ruling or mandate as to infringement and the validity and enforceability of the '590 patent shall be entered in the Atomoxetine Action as if Teva had fully participated in such appeal.

3. Teva and Lilly agree to waive any claim against each other for exceptional case, attorneys' fees or costs. Notwithstanding any provision to the contrary in the Atomoxetine Action, no judgment shall be entered against Teva or Lilly finding an exceptional case under 35 U.S.C. § 285 or awarding costs or attorneys' fees.

4.      To promote the efficient management of preliminary injunction litigation, and notwithstanding any sale, offer to sell, manufacture or importation by any other defendant (or any third party) of an atomoxetine product pursuant to an ANDA, Teva will notify Lilly ninety (90) days in advance of any sale, offer to sell, manufacture or importation by Teva (or any third party acting on instructions from or at the direction of Teva) of an atomoxetine product pursuant to ANDA No. 79-022.

5.      In the event that Lilly settles with one or more of the defendants in the Atomoxetine Action prior to entry against Teva of the final appellate ruling or mandate, Teva may move and have Lilly's consent, after entry of dismissals in said action or actions, to vacate the stay.

Date: April 6, 2010

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: *John F. Brenner /ssp* <br> *Laura P. Maswrovsky /ssp* <br> John F. Brenner <br> Melissa A. Chuderewicz <br> PEPPER HAMILTON LLP <br> 301 Carnegie Center <br> Suite 400 <br> Princeton, NJ 08543-5276 <br> Phone (609) 452-0808 <br> Fax (609) 452-1147 <br><br> *Attorneys for Plaintiff Eli Lilly and Company* | By: *[signature]* <br> Allyn Z. Lite <br> Michael E. Patunas <br> Mayra V. Tarantino <br> LITE DEPALMA GREENBERG, LLC <br> Two Gateway Center, 12th Floor <br> Newark, NJ 07102 <br> Phone (973) 623-3000 <br> Fax (973) 623-0858 <br><br> *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

| | |
|---|---|
| *Of Counsel:* | *Of Counsel:* |
| Charles E. Lipsey | Steven J. Lee |
| L. Scott Burwell | Huiya Wu |
| Finnegan, Henderson, Farabow, | KENYON & KENYON LLP |
| Garrett & Dunner, L.L.P. | One Broadway |
| Two Freedom Square | New York, NY 10004-1050 |
| 11955 Freedom Drive | Phone (212) 425-7200 |
| Reston, Virginia 20190-5675 | Fax (212) 425-5288 |
| Tel: (571) 203-2700 | |
| Fax: (202) 408-4400 | |

*Of Counsel:*

Robert D. Bajefsky
Laura P. Masurovsky
M. Andrew Holtman
Krista E. Bianco
Finnegan, Henderson, Farabow
Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

Jennifer S. Swan
Finnegan, Henderson, Farabow
Garrett & Dunner, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Tel: (650) 849-6600
Fax: (650) 849-6666

SO ORDERED, this ___8___ day of ___April___, 2010.

_____
Dennis M. Cavanaugh
U.S. District Judge