UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ELI LILLY AND COMPANY,<br><br>                    Plaintiff,<br><br>      v.<br><br>ACTAVIS ELIZABETH LLC,<br>GLENMARK PHARMACEUTICALS<br>INC., USA, SUN PHARMACEUTICAL<br>INDUSTRIES LIMITED, SANDOZ INC.,<br>MYLAN PHARMACEUTICALS INC.,<br>APOTEX INC., AUROBINDO PHARMA<br>LTD., TEVA PHARMACEUTICALS<br>USA, INC., SYNTHON LABORATORIES,<br>INC., ZYDUS PHARMACEUTICALS,<br>USA, INC.,<br>                    Defendants. | ) <br>) <br>) <br>) <br>) <br>) Civil Action No. 07-3770 (DMC) (MF)<br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

## ORDER REGARDING MOTION *IN LIMINE* BRIEFING SCHEDULE

THIS MATTER having been raised during the Court's March 22, 2010 teleconference with the parties; the Court having instructed the parties during such teleconference that (i) motions *in limine* must be fully briefed by May 3, 2010, (ii) reply briefs to motions *in limine* are not permitted, and (iii) the parties may set their own briefing schedule consistent with the Court's instructions; the parties having agreed to file motions *in limine* on April 26, 2010; and the Court having considered the status of this matter, the scheduled trial date and the pleadings of record; and for other and good cause having been shown:

IT IS on this 12 day of April 2010;

ORDERED that briefing for motions *in limine* will proceed as follows:

    i.    Motions *in limine* will be filed on April 26, 2010.

ii. Oppositions to motions *in limine* will be filed on May 3, 2010.

iii. Reply briefs to motions *in limine* are not permitted.

*[signature]*

HONORABLE MARK FALK
UNITED STATES MAGISTRATE JUDGE