UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| ELI LILLY AND COMPANY, | |
| --- | --- |
| Plaintiff, | Civil Action No. 07-3770 (DMC) |
| v. | |
| SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC. and AUROBINDO PHARMA LTD., | |
| Defendants. | |

### NOTICE OF DEFENDANTS UNDER 35 U.S.C. § 282

Pursuant to the provisions of 35 U.S.C. § 282, Defendants, Sandoz Inc., Mylan Pharmaceuticals Inc., Apotex Inc., Aurobindo Pharma Ltd. and Sun Pharmaceutical Industries Limited, hereby give notice of the following patents, foreign patent publications and literature publications as follows:

I. United States Patents

| Patent Number | Issue Date | Inventor |
| --- | --- | --- |
| U.S. Patent No. 4,314,081 | February 2, 1982 | Molloy et al. |
| U.S. Patent No. 4,018,895 | April 19, 1977 | Molloy et al. |
| U.S. Patent No. 4,626,549 | December 2, 1986 | Molloy et al. |
| U.S. Patent No. 5,441,985 | August 15, 1995 | Foreman |
| U.S. Patent No. 4,194,009 | March 18, 1980 | Molloy et al. |
| U.S. Patent No. 4,847,092 | July 11, 1989 | Thakkar et al. |
| U.S. Patent No. 5,281,624 | January 25, 1994 | Gehlert et al. |

II. Foreign Patent Publications

| Patent Number | Issue Date | Inventor |
| --- | --- | --- |
| Canadian Patent No. 1,181,430 | January 22, 1985 | Foster |

| STPAT00945406-08 1/17/97 Communication from European Patent Office in the prosecution history of European Patent Application No. 96300157.3 | January 17, 1997 | |

III. Publications

| |
|---|
| Baldessarini R., Chemotherapy In Psychiatry. Cambridge, MA: Harvard University Press, 4:130-234 (1985) (DX 77) |
| Biederman, et al., Desipramine in the Treatment of Children with Attention Deficit Disorder, J. Clin. Psychopharmacol., 6:359-363 (1986) (DX 296) |
| Biederman, et al., A Double-Blind Placebo Controlled Study of Desipramine in the Treatment of ADD: I. Efficacy, J. Am. Acad. Child Adolesc. Psychiatry, 28, 777-784 (1989) (DX 15, 165) |
| Biederman et al., Psychopharmacology of Adults with Attention-Deficit/Hyperactivity Disorder, Primary Psychiatry, 11(7):57-62 (2004) (DX 171) |
| Bolden-Watson, et al., Blockade by Newly-Developed Antidepressants of Biogenic Amine Uptake into Rat Brain Synaptosomes, Life Sciences, 52(12), 1023-1029 (1993) (DX 33) |
| Donnelly, et al., Treatment of Childhood Hyperactivity with Desipramine: Plasma Drug Concentration, Cardiovascular Effects, Plasma and Urinary Catecholamine Levels, and Clinical Response, Clinical Pharmacology and Therapeutics 39(1), 72-81 (1986) (DX 75) |
| Fuller, R. W. and Wong, D. T., Effects of Antidepressants on Uptake and Receptor Systems in the Brain, Prog. Neuro-Psychopharmacol. & Biol. Psychiat., 9:485-90 (1985) (DX 29) |
| Gastfriend, D., et al., Desipramine in the Treatment of Adolescents With Attention Deficit Disorder, Am. J. Psychiatry 141:7, 906-908 (1984) (DX 293) |
| Gastfriend, et al., Desipramine in the Treatment of Attention Deficit Disorder in Adolescents, Psychopharmacology Bulletin, 21(1):144-145 (1985) (DX 294) |
| Spencer, et al., Desipramine Treatment of Children with Attention-deficit Hyperactivity Disorder and Tic Disorder or Tourette's Syndrome, J. Am. Acad. Child Adolesc. Psychiatry, 32(2):354-360 (1993) (DX 302) |
| Spencer, et al., Effectiveness and Tolerability of Tomoxetine in Adults With Attention Deficit Hyperactivity Disorder, Am. J. Psychiatry, 155:5, 693-695 (1998) (DX 169) |
| Spencer, et al., An Open-Label, Dose-Ranging Study of Atomoxetine in Children with Attention Deficit Hyperactivity Disorder, Journal of Child and Adolescent Psychopharmacology, 11(3): 251-265 (2001) (STNDA000178497-STNDA000178511) |
| Wilens et al., Developmental Changes in Serum Concentrations of Desipramine and 2-Hydroxydesipramine during Treatment with Desipramine, J. Am. Acad. Child Adolesc. Psychiatry, 31:4 (1992) (DX 300) |
| Wong, et al., A New Inhibitor of Norepinephrine Uptake Devoid of Affinity for Receptors in Rat Brain, J. Pharmacol. Exp. Therap., 222, 61-65 (1982) (DX 137) |
| Zametkin, et al., Neurobiology of Attention Deficit Disorder With Hyperactivity: Where Have We Come in 50 Years?, J. Amer. Acad. Child Adolesc. Psychiat., 26, 5:676-686 (1987) (DX 76) |
| Zerbe, et al., Clinical Pharmacology of Tomoxetine, a Potential Antidepressant, J. Pharmacol. Exp., Ther., 232, 139-143 (1985) (STNDA00019490-STNDA00019494) |

| |
|---|
| STPAT00082939 (DX 11)<br>7/19/2000 e-mail from John Heiligenstein to David Michelson regarding history of tomoxetine |
| STIND00012109-STIND12182 (DX 14)<br>Tomoxetine Hydrochloride, Protocol B4Z-MC-HFBC Safety and Pharmacokinetic Study of in Pediatric Patients with ADHD, Protocol Approved by Lilly: July 8, 1997 |
| Ferris R.M., et al., *A Comparison of the Capacities of Isomers of Amphetamine, Deoxypipradol and Methylphenidate to Inhibit the Uptake of Tritiated Catecholamines into Rat Cerebral Cortex Slices, Synaptosomal Preparations of Rat Cerebral Cortex, Hypothalamus and Striatum and into Adrenergic Nerves of Rabbit Aorta*, J. Pharmacol. Exp. Ther. 181:407-416 (1972) |
| Gross, M.D., *Imipramine in the Treatment of Minimal Brain Dysfunction in Children*, Psychosomatics 14(5): 283-285 (1973) |
| Wood D.R., et al., *Diagnosis and Treatment of Minimal Brain Dysfunction in Adults: A Preliminary Report*, Arch. Gen. Psychiatry 33:1453-1460 (1976) |
| Saletu B., et al., *Tandamine - a New Norepinephrine Reuptake Inhibitor, Clinical, Psychometric and Quantitative EEG Studies in Depressed Patients*, Int. Pharmacopsychiat., 12:137-152 (1977) (DX 34) |
| Ross S.B., *The Central Stimulatory Action of Inhibitors of the Dopamine Uptake*, Life Sciences, 24:159-168 (1979) |
| Wender P.H., et al., *An Open Trial of Pargyline in the Treatment of Attention Deficit Disorder, Residual Type*, Psychiatry Research, 9:329-336 (1983) |
| Chouinard, et al., *An early phase II clinical trial of tomoxetine (LY 139603) in the treatment of newly admitted depressed patients*, Psychopharmacology, 83:126-128 (1984) |
| Abikoff, H., et al., *The Normalizing Effects of Methylphenidate on the Classroom Behavior of ADDH Children*, Journal of Abnormal Child Psychology, 13(1):33-44 (1985) |
| Rapoport J., et al., *New Drug Trials in Attention Deficit Disorder*, Psychopharmacology Bulletin, 21:232-236 (1985) |
| Wender P.H., et al., *A Controlled Study of Methylphenidate in the Treatment of Attention Deficit Disorder, Residual Type, in Adults*, Am. J. Psychiatry, 142:547-552 (1985) |
| Hunt R.D., et al., *The Therapeutic Effect of Clonidine in Attention Deficit Disorder with Hyperactivity: A Comparison With Placebo and Methylphenidate*, Psychopharmacology Bulletin, 22:229-236 (1986) |
| Zametkin, A.J. and Rapoport, J.L., *Noradrenergic Hypothesis of Attention Deficit Disorder with Hyperactivity: A Critical Review*, Psychopharmacology: The Third Generation of Progress, 83:837-842 (1987) |
| Mefford, N. and Potter, W.Z., *A Neuroanatomical and Biochemical Basis for Attention Deficit Disorder with Hyperactivity in Children: A Defect in Tonic Adrenaline Mediated Inhibition of Locus Coeruleus Stimulation*, Medical Hypotheses, 29, 33-42 (1989) |
| Andersen, P.H., *The dopamine uptake inhibitor GBR 12909: selectivity and molecular mechanism of action*, European Journal of Pharmacology, 166:493-504 (1989) |
| Barkley, R.A., et al., *Frontal Lobe Functions in Attention Deficit Disorder With and Without Hyperactivity: A Review and Research Report*, Journal of Abnormal Child Psychology 20:163-188 (1992) |
| Ratey, J.J., et al., *Unrecognized Attention-Deficit Hyperactivity Disorder in Adults Presenting for Outpatient Psychotherapy*, Journal of Child and Adolescent Psychopharmacology, 2(4):267-275 (1992) |
| Shenker, A., *The Mechanism of Action of Drugs Used to Treat Attention-Deficit Hyperactivity* |

- *Disorder: Focus on Catecholamine Receptor Pharmacology*, Advances in Pediatrics, 39:337-382 (1992)
- Silver, L.B., *Attention-Deficit Hyperactivity Disorder: A Clinical Guide to Diagnosis and Treatment*, Chs. 6, 11, pp. 57-63, 103-127 (1992)
- Green, W.H., *Nonstimulant Drugs in the Treatment of Attention-Deficit Hyperactivity Disorder*, Child and Adolescent Psychiatric Clinics of North America, 1(2): 449-465 (1992)
- Berridge, et al., *Noradrenergic modulation of cognitive function: clinical implications of anatomical, electrophysiological and behavioral studies in animal models*, Psychological Medicine 23:557-564 (1993)
- Gehlert, et al., *Localization of rat brain binding sites for [3H]tomoxetine, an enantiomerically pure ligand for norepinephrine reuptake sites*, Neuroscience Letters, 157, 203-206 (1993)
- Steere, J.C. and Arnsten, A., *The Alpha-2A Noradrenergic Agonist, Guanfacine, Improves Delayed Response Performance and Calms Behavior in Young Monkeys: Relevance to Attention Deficit Disorder*, Society for Neuroscience Abstracts, 20:831 (1994)
- Li, Bao-Ming and Zhen-Tong Mei, *Delayed-Response Deficit Induced by Local Injection of the $\alpha_2$-Adrenergic Antagonist Yohimbine into the Dorsolateral Prefrontal Cortex in Young Adult Monkeys*, Behavioral and Neural Biology, 62:134-139 (1994)
- Kuczenski R. and Segal, D.S., *Neurochemistry of Amphetamine*, Amphetamine and Its Analogs: Psychopharmacology, Toxicology and Abuse, pp. 81-113 (1994)
- Coull, J.T., *Pharmacological Manipulations of the $\alpha_2$-Noradrenergic System*, Drugs and Aging, 5(2):116-126, 1994
- Hunt, R.D., et al., *An Open Trial of Guanfacine in the Treatment of Attention-Deficit Hyperactivity Disorder*, J. Am. Acad. Child Adolesc. Psych. 34(1):50-54 (1995)
- Biederman J, et al., *A double blind placebo controlled study of desipramine in the treatment of ADD: III. Lack of impact of comorbidity and family history factors on clinical response*, Journal of the American Academy of Child and Adolescent Psychiatry 32:199-204 (1993)
- Biederman, et al., *Clinical and laboratory observations: Cardiovascular effects of desipramine in children and adolescents with attention deficit disorder*, Journal of Pediatrics, June 1985, Vol. 106, Number 6
- Hunt RD, et al., *Clonidine benefits children with attention deficit disorder and hyperactivity: report of a double-blind placebo crossover therapeutic trial*, Journal of the American Academy of Child and Adolescent Psychiatry 24:617-629 (1985)
- Biederman et al., *Patterns of psychiatric comorbidity, cognition, and psychosocial functioning in adults with attention deficit hyperactivity disorder*, American Journal of Psychiatry 150:1792-1798 (1993)
- Spencer T, et al., *A double-blind, crossover comparison of methylphenidate and placebo in adults with childhood-onset attention-deficit hyperactivity disorder*, Archives of General Psychiatry 52:434-443 (1995)
- Florin, SM, et al., *Regional extracellular norepinephrine responses to amphetamine and cocaine and effects of clonidine pretreatment*, Brain Research, 654, 53-62 (1994)
- Wall SC, et al., *Biogenic amine flux mediated by cloned transporters stably expressed in cultured cell lines: Amphetamine specificity for inhibition and efflux*, Molecular Pharmacology 47:544-550 (1995)
- Berger, *Antidepressant medications and the treatment of depression*, in Psychopharmacology, Chapter 11, pp. 174-207 (1977, eds. Barchas JD, et al., Oxford University Press, New York)
- Hunt RD, *Treatment effects of oral and transdermal clonidine in relation to methylphenidate:*

| |
|---|
| *an open pilot study in ADD-H*, Psychopharmacology Bulletin 23:111-114 (1987) |
| Arnsten AF, et al., *The contribution of alpha 2 noradrenergic mechanisms of prefrontal cortical cognitive function, Potential significance for attention-deficit hyperactivity disorder*, Archives of General Psychiatry 53:448-455 (1996) |
| Woods DL and Knight RT, *Electrophysiologic evidence of increased distractibility after dorsolateral prefrontal lesions*, Neurology 36:212-216 (1986) |
| Biederman J, et al., *Retrospective assessment of DSM-III attention deficit disorder in nonreferred individuals*, Journal of Clinical Psychiatry 51: 102-106 (1990) |
| Mannuzza S, et al., *Hyperactive boys almost grown up. V. Replication of psychiatric status*, Archives of General Psychiatry 48:77-83 (1991) |
| Spencer T, et al., *Is attention-deficit hyperactivity disorder in adults a valid disorder?*, Harvard Review of Psychiatry 1:326-335 (1994) |
| Weiss G, et al., *Psychiatric status of hyperactives as adults: a controlled prospective 15 year follow-up of 63 hyperactive children*, Journal of the American Academy of Child and Adolescent Psychiatry 24:211-220 (1985) |
| Schaughency E, et al., *Self-reported inattention, impulsivity and hyperactivity at ages 15 and 18 in the general population*, Journal of the American Academy of Child and Adolescent Psychiatry 33: 173-184 (1994) |
| Nieforth, et al., PRINCIPLES OF MEDICINAL CHEMISTRY (3d ed.) 286-87 (1989) |
| Greenhill, L., *Attention-Deficit Hyperactivity Disorder: The Stimulants*, Child Adolesc. Psychiatric Clin. North Am. 4(1), 123-68 (1995) |
| Elia, J., *Drug Treatment for Hyperactive Children, Therapeutic Guidelines*, Drugs 46(5), 863-71 (1993) |
| Kornetsky, C., *The Psychopharmacology of the Immature Organism*, Psychopharmacologia 17, 105-36 (1970). |
| Saul, *Nortriptyline in Attention Deficit Disorder*, Clinical Neuropharmacology 8, 382-84 (1985) |
| Stokes, PE, *Fluoxetine: a five-year review*, Clin Ther. 15(2) 216-43 (1993). |
| Archer, T., et al., *Central noradrenaline depletion antagonizes aspects of d-amphetamine-induced hyperactivity in the rat*, Psychopharmacology, 88:141-146 (1986) |
| Hunt, R.D., et al., *Possible Change in Noradrenergic Receptor Sensitivity Following Methylphenidate Treatment: Growth Hormone and MHPG Response to Clonidine Challenge in Children with Attention Deficit Disorder and Hyperactivity*, Life Sciences 35:885-97 (1984) |
| Shekim, W.O. et al., *Platelet Alpha$_2$-Adrenergic Receptor Binding and the Effects of d-Amphetamine in Boys with Attention Deficit Hyperactivity Disorder*, Neuropsychobiology 29:120-24 (1994) |
| Hoffman, B.B., et al., *Goodman and Gilman's The Pharmacological Basis of Therapeutics*, 8th ed. 212-22 (1990) |
| Carroll, F.I., et al., *Cocaine Receptor: Biochemical Characterization and Structure-Activity Relationships of Cocaine Analogues at the Dopamine Transporter*, J. Med. Chem. 35(6): 969-81 (1992) |
| Still GF, *Some abnormal psychical conditions in children*, Lancet 1:1008-1012 (1902) |
| Wender P, The Hyperactive Child, Adolescent, and Adult: Attention Deficit Disorder through the Lifespan, New York, NY: Oxford University Press (1987) |
| Farid, et al., *Single-Dose and Steady-State Pharmacokinetics of Tomoxetine in Normal Subjects*, J. Clin. Pharmacol., 25, 296-301 (1985) |
| Floyd, A.G. and Jain, S. *Injectable Emulsions and Suspensions*, Pharmaceutical Dosage Forms: |

| |
|---|
| Disperse Systems Vol. 2, 261-309 (H.A. Lieberman, M.M. Rieger and G.S. Banker eds., Marcel Dekker 1996). |
| *Remington: The Science and Practice of Pharmacology* Vol. 2, 1515-16 (A. Gennaro ed., Mack Publishing Co. 1995) |
| STPAT00769569-STPAT00769574 |
| Atomoxetine Drug Delivery: Line Extension Opportunities, dated 06/22/2007 |

SANDOZ INC.

/s/ Eric I. Abraham
ERIC I. ABRAHAM
 Hill Wallack, LLP
 202 Carnegie Center
 Princeton, NJ 08540
 Telephone: (609) 734-6358
 Facsimile: (609) 452-1888

KEITH V. ROCKEY
KATHLEEN A. LYONS
JOSEPH A. FUCHS
AVANI MACALUSO
 Rockey, Depke, & Lyons, LLC
 Sears Tower, Suite 5450
 233 South Wacker Drive
 Chicago, Illinois 60606
 Telephone: (312) 277-2006
 Facsimile: (312) 441-0570

SUN PHARMACEUTICAL
INDUSTRIES LIMITED

/s/ James Richter
JAMES RICHTER
MELISSA STEEDLE BOGAD
 Winston & Strawn The Legal Center
 One Riverfront Plaza, 7th Floor
 Newark, NJ 07102-0301
 Telephone: (973) 848-7676
 Facsimile: (973) 848-7650

GAIL J. STANDISH
PETER E. PERKOWSKI
  Winston & Strawn LLP
  333 S. Grand Avenue
  Los Angeles, CA 90071
  Telephone: (213) 615-1700
  Facsimile: (213) 615-1750

JAMES F. HURST
SAMUEL MENDENHALL
  Winston & Strawn LLP
  35 West Wacker Drive
  Chicago, IL 60601
  Telephone: (312) 558-5600
  Facsimile: (312) 558-5700

JOVIAL WONG
  Winston & Strawn LLP
  1700 K Street, NW
  Washington, DC 20006
  Telephone: (202) 282-5000
  Facsimile: (202) 282-5100


MYLAN PHARMACEUTICALS INC.


/s/ Arnold B. Calmann
ARNOLD B. CALMANN
  Saiber LLC
  One Gateway Center, 13th Floor
  Newark, NJ 07102-5311
  Telephone: (973) 622-3333
  Facsimile: (973) 286-2465

THOMAS J. PARKER
VICTORIA E. SPATARO
  Alston & Bird LLP
  90 Park Avenue
  New York, NY 10016
  Telephone: (212) 210-9400
  Facsimile: (212) 210-9444

APOTEX INC.

/s/ Alan B. Clement
ALAN B. CLEMENT
  Locke Lord Bissell & Liddell LLP
  Three World Financial Center
  New York, NY  10281
    Telephone:  (212) 415-8600
    Facsimile:   (212) 303-2754

JOSEPH N. FROEHLICH
DAVID G. GREENE
R. JAMES JUCE DE ROSE, III
  Locke Lord Bissell & Liddell LLP
  885 Third Avenue
  New York, NY  10022
    Telephone:  (212) 415-8600
    Facsimile:   (212) 303-2754

SCOTT B. FEDER
KEITH D. PARR
KEVIN M. NELSON
DAVID B. ABRAMOWITZ
MYOKA KIM GOODIN
  Locke Lord Bissell & Liddel LLP
  111 S. Wacker Drive
  Chicago, IL  60606
    Telephone:  (312) 443-0700
    Facsimile:   (312) 443-0336


AUROBINDO PHARMA LTD.

/s/ James E. Cecchi
JAMES E. CECCHI
MELISSA E. FLAX
Carella, Byrne, Cecchi, Olstein,
  Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ  07068
  Telephone:  (973) 994-1700
  Facsimile:   (973) 994-1744

CHRISTINE J. SIWIK
WILLIAM A. RAKOCZY
PAUL J. MOLINO
DEANNE M. MAZZOCHI
NEIL A. BENCHELL
  Rakoczy Molino Mazzochi Siwik LLP
  6 W. Hubbard Street, Suite 500
  Chicago, IL 60610
  Telephone: (312) 527-2157
  Facsimile: (312) 527-4205

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16, 2010, a true and correct copy of the foregoing NOTICE OF DEFENDANTS UNDER 35 U.S.C. § 282 was filed electronically with the Court's CM/ECF system, which will provide electronic notice to the following:

Attorneys for Eli Lilly and Company

JOHN F. BRENNER, ESQ.
MELISSA A. CHUDEREWICZ
  Pepper Hamilton, LLP
  Suite 400
  301 Carnegie Center
  Princeton, NJ  08543-5276
  Tel:  (609) 452-0808
  Fax: (609) 452-1147

CHARLES E. LIPSEY
L. SCOTT BURWELL
  Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
  Two Freedom Square
  11955 Freedom Drive
  Reston, VA  20190-5675
  Tel:    (571) 203-2700
  Fax:   (202) 408-4400

ROBERT D. BAJEFSKY
LAURA P. MASUROVSKY
M. ANDREW HOLTMAN
KRISTA E. BIANCO
  Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
  901 New York Avenue, N.W.
  Washington, DC  20001-4413
  Tel:  (202) 408-4000
  Fax: (202) 408-4400

JENNIFER S. SWAN
  Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
  Stanford Research Park
  3300 Hillview Avenue
  Palo Alto, CA  94304-1203
  Tel:    (650) 849-6600
  Fax:   (650) 849-6666

Attorneys for Apotex, Inc.

JOSEPH N. FROEHLICH, ESQ.
DAVID G. GREENE, ESQ.
R. JAMES JUDE DE ROSE,
  III, ESQ.
Locke Lord Bissell & Liddell LLP
  885 Third Avenue
  New York, NY  10022
  Tel: (212) 947-4700
  Fax: (212) 947-1202

SCOTT B. FEDER, ESQ.
KEITH D. PARR, ESQ.
KEVIN M. NELSON, ESQ.
DAVID B. ABRAMOWITZ, ESQ.
  Locke Lord Bissell & Liddell LLP
  111 S. Wacker Drive
  Chicago, IL  60606
  Tel: (312) 443-0700
  Fax: (312) 440-0336

<u>Attorneys for Aurobindo Pharma Ltd.</u>

JAMES E. CECCHI, ESQ.
MELISSA E. FLAX ESQ.
  Carella, Byrne, Bain, Gilfillan,
    Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Fax: (973) 994-1744

CHRISTINE J. SIWIK, ESQ.
WILLIAM A. RAKOCZY, ESQ.
PAUL J. MOLINO, ESQ.
DEANNE M. MAZZOCHI, ESQ.
NEIL A. BENCHELL, ESQ.
  Rakoczy Molino Mazzochi Siwik LLP
  6 W. Hubbard Street, Suite 500
  Chicago, IL 60610
  Tel: (312) 222-6304
  Fax: (312) 222-6324

<u>Attorneys for Mylan Pharmaceuticals, Inc.</u>

ARNOLD B. CALMANN, ESQ.
JANE JHUN, ESQ.
  Saiber, Schlesinger, Satz &
    Goldstein, LLC
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Tel: (973) 622-3333
Fax: (973) 622-3349

THOMAS PARKER, ESQ.
  Alston & Bird
90 Park Avenue
New York, NY 10016-1387
Tel: (212) 210-9400
Fax: (212) 210-9444

<u>Attorneys for Sun Pharmaceutical Industries Limited</u>

JAMES S. RICHTER, ESQ.
  Winston & Strawn LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, NJ 07102-0301
Tel: (973) 621-2230
Fax: (973) 623-4640

JAMES F. HURST, ESQ.
DONALD J. MIZERK, ESQ.
SAMUEL MENDENHALL, ESQ.
  Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

/s/ Eric I. Abraham
One of the Attorneys for Sandoz, Inc.