**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001

*Attorneys for Plaintiff
Eli Lilly and Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ELI LILLY AND COMPANY,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | **Civil Action No. 07-3770 (DMC) (MF)** |
| ACTAVIS ELIZABETH LLC, GLENMARK  ) | |
| PHARMACEUTICALS, INC., USA, SUN  ) | |
| PHARMACEUTICAL, INDUSTRIES  ) | **NOTICE OF APPEARANCE** |
| LIMITED, SANDOZ INC., MYLAN  ) | |
| PHARMACEUTICALS INC., APOTEX INC.,  ) | |
| AUROBINDO PHARMA LTD., TEVA  ) | |
| PHARMACEUTICALS USA, INC.,  ) | |
| SYNTHON LABORATORIES, INC., ZYDUS  ) | |
| PHARMACEUTICALS, USA, INC.,  ) | |
| ) | |
| Defendants.  ) | |

Please enter my appearance as counsel of record for Plaintiff, Eli Lilly and Company, in the above-captioned matter.

| | |
|---|---|
| Dated: April 25, 2010 | s/ M. Andrew Holtman |
| | |
| Charles E. Lipsey | John E. Brenner |
| L. Scott Burwell | Melissa E. Chuderewicz |
| FINNEGAN, HENDERSON, | PEPPER HAMILTON LLP |
| FARABOW, | 301 Carnegie Center, Suite 400 |
|   GARRETT & DUNNER, LLP | Princeton, NJ 08543-5276 |
| Two Freedom Square | Phone: (609) 452-0808 |
| 11955 Freedom Drive | Fax: (609) 452-1147 |
| Reston, VA 20190 | brennerj@pepperlaw.com |
| Phone: (571) 203-2700 | chuderem@pepperlaw.com |
| Fax: (571) 203-2777 | |
| charles.lipsey@finnegan.com | Robert D. Bajefsky |
| scott.burwell@finnegan.com | Laura P. Masurovsky |
| | M. Andrew Holtman |
| Jennifer S. Swan | Krista E. Bianco |
| FINNEGAN, HENDERSON, | FINNEGAN, HENDERSON, FARABOW, |
| FARABOW, |   GARRETT & DUNNER, LLP |
|   GARRETT & DUNNER, LLP | 901 New York Avenue, N.W. |
| 3300 Hillview Avenue | Washington, DC 20001 |
| Palo Alto, CA 94304 | Phone: (202) 408-4000 |
| Phone: (650) 849-6600 | Fax: (202) 408-4400 |
| Fax: (650) 849-6666 | robert.bajefsky@finnegan.com |
| jennifer.swan@finnegan.com | laura.masurovsky@finnegan.com |
| | andy.holtman@finnegan.com |
| | krista.bianco@finnegan.com |
| | |
| | Attorneys for Plaintiff |
| | Eli Lilly and Company |

**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001

*Attorneys for Plaintiff
Eli Lilly and Company*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| ELI LILLY AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS, INC., USA, SUN PHARMACEUTICAL, INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 07-3770 (DMC) (MF)** |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2010, I caused the Notice of Appearance for M. Andrew Holtman to be served upon counsel of record via the Court's ECF filing system.

s/ M. Andrew Holtman

| | |
|---|---|
| Charles E. Lipsey | John E. Brenner |
| L. Scott Burwell | Melissa E. Chuderewicz |
| FINNEGAN, HENDERSON, FARABOW, | PEPPER HAMILTON LLP |
|   GARRETT & DUNNER, LLP | 301 Carnegie Center, Suite 400 |
| Two Freedom Square | Princeton, NJ  08543-5276 |
| 11955 Freedom Drive | Phone: (609) 452-0808 |
| Reston, VA 20190 | Fax: (609) 452-1147 |
| Phone: (571) 203-2700 | brennerj@pepperlaw.com |
| Fax: (571) 203-2777 | chuderem@pepperlaw.com |
| charles.lipsey@finnegan.com | |
| scott.burwell@finnegan.com | Robert D. Bajefsky |
| | Laura P. Masurovsky |
| Jennifer S. Swan | M. Andrew Holtman |
| FINNEGAN, HENDERSON, FARABOW, | Krista E. Bianco |
|   GARRETT & DUNNER, LLP | FINNEGAN, HENDERSON, FARABOW, |
| 3300 Hillview Avenue |   GARRETT & DUNNER, LLP |
| Palo Alto, CA 94304 | 901 New York Avenue, N.W. |
| Phone: (650) 849-6600 | Washington, DC 20001 |
| Fax: (650) 849-6666 | Phone: (202) 408-4000 |
| jennifer.swan@finnegan.com | Fax: (202) 408-4400 |
| | robert.bajefsky@finnegan.com |
| | laura.masurovsky@finnegan.com |
| | andy.holtman@finnegan.com |
| | krista.bianco@finnegan.com |
| | |
| | Attorneys for Plaintiff |
| | Eli Lilly and Company |