UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

James E. Cecchi
Melissa E. Flax
CARELLA, BYRNE, CECCHI, OLSTEIN,
 BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
(973) 994-1744

Christine J. Siwik
William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222.6304 (telephone)
(312) 222.6324 (facsimile)

*Attorneys for Defendant Aurobindo Pharma Ltd.*

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) Honorable Dennis M. Cavanaugh |
| | ) |
| v. | ) |
| | ) |
| ACTAVIS ELIZABETH LLC, | ) |
| GLENMARK PHARMACEUTICALS | ) |
| INC., USA, SUN PHARMACEUTICAL | ) Civil Action No. 07-3770 (DMC)(MF) |
| INDUSTRIES LIMITED, SANDOZ INC., | ) |
| MYLAN PHARMACEUTICALS INC., | ) |
| APOTEX INC., AUROBINDO PHARMA | ) |
| LTD., TEVA PHARMACEUTICALS USA, | ) |
| INC., SYNTHON LABORATORIES, INC., | ) |
| ZYDUS PHARMACEUTICALS, USA, | ) |
| INC. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

ERIC MAGNELLI, of full age and upon his oath certifies:

I hereby certify under penalty of perjury that on the 4th of May, 2010, I served the following documents upon attorneys for plaintiff, Laura Masurovsky, FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP, 901 New York Avenue, N.W., Washington, D.C. 20001, via Federal Express and John C. Brenner, PEPPER HAMILTON, LLP, 301 Carnegie Center, Suite 400, Princeton, NJ 08543-5276, attorneys for plaintiff, via Hand Delivery:

1. Defendants' Opposition to Lilly's Motion *In Limine* to Excluded Defense Expert Bohigian, to Limit the Testimony of Defense Expert Staller, and to Exclude "Related Exhibits" (filed under seal);

2. Declaration of Eric Magnelli (filed under seal); and

3. Certificate of Service.

I hereby certify that on the 3rd of May, 2010, the above documents were electronically filed via CM/ECF.

_____
ERIC MAGNELLI