Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-3349 (facsimile)

Thomas J. Parker (thomas.parker@alston.com)
Victoria E. Spataro (victoria.spataro@alston.com)
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016-1387
(212) 210-9400 (telephone)
(212) 210-9444 (facsimile)

Attorneys for Defendant
Mylan Pharmaceuticals Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | Civil Action No. 07-3770 (DMC)(MF) |
| Plaintiff, | |
| v. | NOTICE OF MOTION TO SEAL |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS USA, INC., | RETURN DATE: JUNE 7, 2010 |
| Defendants. | *DOCUMENT ELECTRONICALLY FILED* |

**TO:** John F. Brenner
(Brennerj@pepperlaw.com)
Melissa Anne Chuderewicz
(chuderewiczm@pepperlaw.com)
**PEPPER HAMILTON LLP**
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
(609) 452-0808

Laura P. Masurovsky
(laura.masurovsky@finnegan.com)
Robert D. Bajefsky
(robert.bajefsky@finnegan.com)
Andrew M. Holtman
(andy.holtman@finnegan.com)
Krista E. Bianco
(krista.bianco@finnegan.com)
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Charles E. Lipsey
(charles.lipsey@finnegan.com)
L. Scott Burwell
(scott.burwell@finnegan.com)
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
(571) 203-2700

Jennifer S. Swan
(jennifer.swan@finnegan.com)
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
(650) 849-6600

**PLEASE TAKE NOTICE** that on the 7th day of June, 2010, or as soon thereafter as counsel may be heard, Defendant Mylan Pharmaceuticals Inc. ("Mylan") will appear before the Honorable Mark Falk, United States Magistrate Judge, sitting at the Frank R. Lautenberg U.S. Post Office & Federal Courthouse, 1 Federal Square, Newark, New Jersey 07102, and will move this Court pursuant to Local Civil Rule 5.3(c), for an Order to Seal the following:

- Pages 3, 13, 14, and 15 of Defendants' Brief in Opposition to Plaintiff's *Motion In Limine* To Preclude Testimony of Defendants' Expert Dr. James R. Johnson Relating to U.S. Patent No. 5,658,590;

- Exhibit 3, pages 148, 184-185, and 246-256, attached to the Declaration of Victoria E. Spataro, Esq. ("Spataro Declaration") filed in support of Defendants' Brief in Opposition to Plaintiffs' *Motion In Limine* To Preclude Testimony of Defendants' Expert Dr. James R. Johnson Relating to U.S. Patent No. 5,658,590;

- Exhibit 6, paragraphs 35 and 190, attached to the Spataro Declaration; and

- Exhibit 7 attached to the Spataro Declaration.

**PLEASE TAKE FURTHER NOTICE THAT** Mylan shall rely upon the accompanying Brief, the Declaration of Victoria E. Spataro, Esq., the Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith. A proposed form of Order is also submitted for the Court's consideration.

                                          Respectfully submitted,

                                          **SAIBER LLC**
                                          Attorneys for Defendant
                                          Mylan Pharmaceuticals Inc.

By:      s/ Arnold B. Calmann
            Arnold B. Calmann (abc@saiber.com)
            Katherine A. Escanlar (kae@saiber.com)
            **SAIBER LLC**
            One Gateway Center, 10th Floor
            Newark, NJ  07102-5311
            Tel: (973) 622-3333
            Fax: (973) 622-3349

            Thomas J. Parker
            (thomas.parker@alston.com)
            Victoria E. Spataro
            (victoria.spataro@alston.com)
            **ALSTON & BIRD, LLP**
            90 Park Avenue
            New York, NY 10016-1387
            (212) 210-9400 (telephone)
            (212) 210-9444 (facsimile)

            Attorneys for Defendant
            Mylan Pharmaceuticals Inc.

Dated: May 4, 2010

{00615132.DOC}