UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>                    **Plaintiff,**<br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS, INC., *et al.*,<br><br>                    **Defendants.** | Civil Action No. 07-3770 (DMC)<br><br>**ORDER** |

    **THIS MATTER** having come before the Court by way of Plaintiff's motion *in limine* to permit Steven M. Paul, M.D. to testify as a fact witness at trial [CM/ECF No. 575]; and the Court having considered the papers submitted and having heard oral argument on May 5, 2010; and for the reasons set forth on the record on May 5, 2010, and in the Opinion issued on this date; and for good cause shown;

    **IT IS** on this 7th day of May 2010,

    **ORDERED** that Plaintiff's motion is granted, subject to the terms set forth on the record and in the Court's Opinion.

                                                  s/Mark Falk
                                                  **MARK FALK**
                                                  **United States Magistrate Judge**