UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACTAVIS ELIZABETH LLC, GLENMARK )<br>PHARMACEUTICALS, INC., USA, SUN )<br>PHARMACEUTICAL INDUSTRIES LIMITED, )<br>SANDOZ INC., MYLAN )<br>PHARMACEUTICALS INC., APOTEX INC., )<br>AUROBINDO PHARMA LTD., TEVA )<br>PHARMACEUTICALS USA, INC., SYNTHON )<br>LABORATORIES, INC., ZYDUS )<br>PHARMACEUTICALS, USA, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 2:07-cv-3770 (DMC)(MF)<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' REQUEST TO BRING CERTAIN AUDIO-VISUAL EQUIPMENT INTO THE COURTROOM |

**THIS MATTER** having come before the Court upon the letter request of the parties to bring certain audio-visual equipment into the courtroom, and the Court having reviewed the list submitted with said letter, and for good cause shown:

**IT IS ON** this _13th_ day of _May_, 2010;

**ORDERED**, that the parties' request to bring the audio-visual equipment listed in attachment A of this order, into the courtroom is **GRANTED**.

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.

## Attachment A

| Equipment arriving on Friday, May 14 | Quantity |
|---|---|
| 17" LCD HP Computer Monitors | 10 |
| Epson 8300I Projector | 1 |
| Epson 8300 Projector Bulb | 1 |
| DaLite 25"x 17" Projection Stands | 2 |
| 7.5"x10" Fastfold Screen | 1 |
| WolfVision Visualizer VZ-8 Plus (Elmo) | 1 |
| Inline 6in x 1out VGA Switch (splitter) | 2 |
| Inline 1in x 8out VGA DA (video splitter) | 1 |
| CAP-1 Computer Audio Patch (Mono) (volume control switch) | 2 |
| Tech Tables (18" x 60") | 4 |
| Laptop with associated power cord (for LiveNote feed) | 1 |
| Fender 150W Speakers | 1 pair |
| Cables, Adapters, Extension Cords, Surge Protectors, Gaffers Tape | |
| Brother Laser Printer | 1 |
| **Equipment arriving on Tuesday, May 18** | **Quantity** |
| Laptops with associated power cords, keyboards and mice | 11 |