```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: 18 May 2010

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                          Docket # 7cv3770

Eli Lilly & Co.  v.  Activis, et al

Appearances:

P-   Charles Lipsey, Laura Masarovsky, L. Scott Burwell, Tonya
     Combs, Mark Stewart, Robert Bejefsky & John Brenner

D-   Alan Clement, Keith Rockey, William Rakocsy, Melissa Flax,
     Thomas Parker, James Hurst, James Richter, Gail Standish, Eric
     Abraham & Arnold Calmann

Nature of proceedings:

Bench Trial w/o jury moved at 8:45 a.m.
     Alan Clement & William Racoczy      Opened for Deft.
     Charles Lipsey                      Opened for Pltf.
        Craig Berridge        Sworn for Deft.

Court recess from    12    to    1

        Craig Berridge              resumed

Trial w/o jury adj. @ 4:00 p.m. until 5/19/2010 @9:00 a.m.

Time Commenced   8:45
Time Adjourned   4:00


cc: chambers                              Scott P. Creegan
                                          Deputy Clerk