```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                   DATE: 25 May 2010

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                           Docket # 7cv3770

Eli Lilly & Co.  v.  Activis, et al

Appearances:

P-    Charles Lipsey, Laura Masarovsky, L. Scott Burwell, Tonya
      Combs, Mark Stewart, Robert Bejefsky & John Brenner

D-    Alan Clement, Keith Rockey, William Rakocsy, Melissa Flax,
      Thomas Parker, James Hurst, James Richter, Gail Standish, Eric
      Abraham & Arnold Calmann

Nature of proceedings:

Bench Trial w/o jury continued at 8:55 a.m.

        James R. Johnson           resumed
deft's rest testimony portion of case
Pltf's rule 52c motion
Court indicated reserved decision
        Steven Pliszka             Sworn for Pltf.

Court recess from    12:00    to    1:15

        Steven Pliszka             resumed (Dep used)

Trial w/o jury adj. @ 4:00 p.m. until 5/26/2010 @9:00 a.m.

Time Commenced   8:55
Time Adjourned   4:00


cc: chambers                             Scott P. Creegan
                                         Deputy Clerk
```