```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                      DATE: 26 May 2010

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                              Docket # 7cv3770

Eli Lilly & Co.  v.  Activis, et al

Appearances:

P-   Charles Lipsey, Laura Masarovsky, L. Scott Burwell, Tonya
     Combs, Mark Stewart, Robert Bejefsky & John Brenner

D-   Alan Clement, Keith Rockey, William Rakocsy, Melissa Flax,
     Thomas Parker, James Hurst, James Richter, Gail Standish, Eric
     Abraham & Arnold Calmann

Nature of proceedings:

Bench Trial w/o jury continued at 8:55 a.m.

        Steven Pliszka              resumed

Court recess from     12:30    to    1:30

        Steven Pliszka              resumed
Pltf's testimony portion concluded
Hrg. On Pltf's objection to rebuttal testimony
Court allows rebuttal testimony over objection


Trial w/o jury adj. @ 3:00 p.m. until 5/27/2010 @9:00 a.m.

Time Commenced    8:55
Time Adjourned    3:00


cc: chambers                              Scott P. Creegan
                                          Deputy Clerk