```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: 27 May 2010

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                          Docket # 7cv3770

Eli Lilly & Co.  v.  Activis, et al

Appearances:

P-   Charles Lipsey, Laura Masarovsky, L. Scott Burwell, Jennifer
     Swan   Tonya Combs, Mark Stewart, Robert Bejefsky & John
     Brenner
D-   Alan Clement, Keith Rockey, William Rakocsy, Melissa Flax,
     Thomas Parker, James Hurst, James Richter, Gail Standish,
     Christine Siwik, Eric Abraham & Arnold Calmann


Nature of proceedings:

Bench Trial w/o jury continued at 8:55 a.m.
Rebuttal case
         Harry Boghigian          Sworn for Deft.
         Jud Staller              Sworn for Deft.
Rebuttal testimony stage complete.
Both sides rest.
Both sides move for rule 52c    Court reserves decision
Deposition Designations to be provided with proposed findings of
fact and conclusions of law.
Proposed findings due June 21, 2010
Closing arguments to be heard on Friday July 2, 2010 at 9:00 a.m.

Trial w/o jury concluded at 2:00 p.m.

Time Commenced    8:55
Time Adjourned    2:00

cc: chambers                            Scott P. Creegan
                                        Deputy Clerk