UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC,<br>GLENMARK PHARMACEUTICALS INC.,<br>USA, SUN PHARMACEUTICAL<br>INDUSTRIES LIMITED, SANDOZ INC.,<br>MYLAN PHARMACEUTICALS INC.,<br>APOTEX INC., AUROBINDO PHARMA LTD.,<br>TEVA PHARMACEUTICALS USA, INC.,<br>SYNTHON LABORATORIES, INC.,<br>ZYDUS PHARMACEUTICALS USA, INC.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 07-3770 (DMC)(MF) |

## [~~PROPOSED~~] STIPULATED ORDER REGARDING POST-TRIAL BRIEFING

The parties having stipulated and agreed to the following, the Court's Orders regarding post-trial briefing are hereby amended as follows:

1. The page limit for post-trial briefs will be extended to 45 pages at 12 point proportional font; and

2. Motions to strike testimony or evidence submitted at trial will be briefed separately from the trial briefs with opening briefs to be submitted on June 21, 2010 and opposition briefs to be submitted on or before June 29, 2010.

SO ORDERED:

Dated: June 17, 2010

_____
Honorable Dennis M. Cavanaugh
United States District Judge

| | |
|---|---|
| **PEPPER HAMILTON, LLP** | **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.** |

/S_____
John F. Brenner
301 Carnegie Center
Suite 400
Princeton, NJ  08543-5276
(609) 951-4193

*Of Counsel:*
**FINNEGAN HENDERSON
  FARABOW GARRETT AND DUNNER**
Charles E. Lipsey
L. Scott Burwell
Two Freedom Square
11955 Freedom Drive
Reston, Virginia  20190-5675
(571) 203-2700

Robert D. Bajefsky
Laura P. Masurovsky
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

*Attorneys for Plaintiff Eli Lilly and Company*

/S_____
James E. Cecchi
Melissa E. Flax
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

**RAKOCZY MOLINO MAZZOCHI
SIWIK LLP**
Christine J. Siwik
William A. Rakoczy
Paul J. Molino
6 West Hubbard St., Suite 500
Chicago, IL 60654
(312) 527-2157

*Attorneys for Defendant Aurobindo Pharma Ltd.*

**SAIBER LLC**

/S_____
Arnold B. Calmann, Esq.
Jeffrey Soos, Esq.
Katherine A. Escanlar, Esq.
One Gateway Center, 10th Floor
Newark, NJ 07102-5311

**ALSTON & BIRD LLP**
Thomas J. Parker
Victoria E. Spataro
90 Park Avenue
New York, NY 10016

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

**LOCKE LORD BISSELL & LIDDELL LLP**

/S_____
Joseph N. Froehlich
Alan B. Clement
Andrea L. Wayda
3 World Financial Center
New York, NY 10281
(212) 415 8600

**LOCKE LORD BISSELL & LIDDELL LLP**
Keith D. Parr
Scott B. Feder
Kevin M. Nelson
Myoka Kim Goodin
David B. Abramowitz
111 South Wacker Dr.
Chicago, IL 60606
(312) 443-0700

*Attorneys for Defendant Apotex Inc.*

**HILL WALLACK, LLP**

/S_____
Eric I. Abraham
202 Carnegie Center
Princeton, New Jersey 08540

**ROCKEY, DEPKE, & LYONS, LLC**
Keith V. Rockey
Kathleen A. Lyons
Joseph A. Fuchs
Sears Tower, Suite 5450
33 South Wacker Drive
Chicago, Illinois 60606

*Attorneys for Defendant Sandoz Inc.*

**WINSTON & STRAWN LLP**

/S_____
James S. Richter
Melissa Steedle Bogad

**WINSTON & STRAWN LLP**
James F. Hurst
35 West Wacker Drive
Chicago, IL 60601

**WINSTON & STRAWN LLP**
Gail J. Standish
333 S. Grand Avenue
Los Angeles, CA 90071-1543

**WINSTON & STRAWN LLP**
Jovial Wong
1700 K Street, NW
Washington, DC 20006

*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*