# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ELI LILLY AND COMPANY, | Honorable Dennis M. Cavanaugh, U.S.D.J. |
| Plaintiff, | Civil Action No. 07 CV 3770 (DMC) (MF) |
| v. |  |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LTD., SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | **DEFENDANTS' NOTICE OF MOTION TO STRIKE EVIDENCE AND ARGUMENT RELATED TO FDA AUTHORIZATION OR REVIEW BOARD APPROVAL OF THE MGH PILOT STUDY OFFERED TO SUPPORT UTILITY** |
| Defendants. | **Oral Argument Requested** |
|  | **Return Date: To be set by the Court** |

TO:

| | |
|---|---|
| John F. Brenner | Charles E. Lipsey |
| Melissa Anne Chuderewicz | L. Scott Burwell |
| PEPPER HAMILTON LLP | FINNEGAN, HENDERSON, FARABOW, |
| Suite 400 | GARRETT & DUNNER, LLP |
| 301 Carnegie Center | Two Freedom Square |
| Princeton, New Jersey 08543-5276 | 11955 Freedom Drive |
| (609) 452-0808 | Reston, Virginia 20190 |
| | (571) 203-2700 |
| Laura P. Masurovsky | |
| Robert D. Bajefsky | Jennifer S. Swan |
| M. Andrew Holtman | FINNEGAN, HENDERSON, FARABOW, |
| Krista E. Bianco | GARRETT & DUNNER, LLP |
| FINNEGAN, HENDERSON, FARABOW, | 3300 Hillview Avenue |
| GARRETT & DUNNER, LLP | Palo Alto, California 94304 |
| 901 New York Avenue, N.W. | (650) 849-6600 |
| Washington, DC 20001-4413 | |
| (202) 408-4000 | *Attorneys for Plaintiff* |

**PLEASE TAKE NOTICE** that, on a date and time to be set by the Court, the undersigned counsel for Sun Pharmaceutical Industries Limited, Sandoz Inc., Mylan Pharmaceuticals Inc., Apotex Inc., and Aurobindo Pharma Ltd. (collectively, "Defendants") shall move before the Honorable Dennis M. Cavanaugh, U.S.D.J., at the Frank R. Lautenberg U.S. Post Office & Courthouse, 1 Federal Square, Newark, New Jersey 07101, for entry of an Order granting Defendants' Motion to Strike Evidence and Argument Related to FDA Authorization or Review Board Approval of the MGH Pilot Study Offered to Support Utility, and striking all trial testimony, deposition testimony, trial exhibits and argument, as listed in Exhibit A to the supporting Declaration of James S. Richter.

**PLEASE TAKE FURTHER NOTICE** that Defendants rely upon the Brief and Declaration of James S. Richter submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument.

                    WINSTON & STRAWN LLP
                    Attorneys for Defendant
                    Sun Pharmaceutical Industries Ltd.

                    By:   s/ James S. Richter
                            James S. Richter
                            jrichter@winston.com
                            Melissa Steedle Bogad
                            mbogad@winston.com

Dated: June 21, 2010

**OF COUNSEL:**
James F. Hurst
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

Gail J. Standish
Peter E. Perkowski
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA  90071

Jovial Wong
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006

                HILL WALLACK LLP
                Attorneys for Defendant
                Sandoz Inc.

                By:     s/ Eric I. Abraham
                       Eric I. Abraham
                       eia@hillwallack.com

**OF COUNSEL:**
Keith V. Rockey
Kathleen A. Lyons
Joseph A. Fuchs
ROCKEY, DEPKE, & LYONS, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, IL 60606

                SAIBER LLC
                Attorneys for Defendant
                Mylan Pharmaceuticals Inc.

                By:     s/ Arnold B. Calmann
                       Arnold B. Calmann
                       abc@saiber.com

**OF COUNSEL:**
Thomas Parker
Victoria Spataro
ALSTON & BIRD
90 Park Avenue
New York, NY 10016-1387

                LOCKE LORD BISSELL & LIDDELL LLP
Attorneys for Defendant
Apotex Inc.

By:   s/ Alan B. Clement
      Alan B. Clement
      aclement@lockelord.com
      Joseph N. Froehlich
      jfroehlich@lockelord.com
      David G. Greene
      dgreene@lockelord.com
      Andrea Wayda
      awayda@lockelord.com

**OF COUNSEL:**
Scott B. Feder
Keith D. Parr
Kevin M. Nelson
David B. Abramowitz
Myoka Kim Goodin
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL 60606

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
Attorneys for Defendant
Aurobindo Pharma Ltd.

By:   s/ Melissa E. Flax
      Melissa E. Flax
      mflax@carellabyrne.com

**OF COUNSEL:**
Christine J. Siwik
William A. Rakoczy
Paul J. Molino
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60654

4

## CERTIFICATION OF SERVICE

I hereby certify that on June 21, 2010, copies of the foregoing Notice of Motion and supporting documents were served by electronic filing and electronic mail upon the following:

John F. Brenner
Melissa Anne Chuderewicz
PEPPER HAMILTON LLP
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
(609) 452-0808

Laura P. Masurovsky
Robert D. Bajefsky
M. Andrew Holtman
Krista E. Bianco
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Charles E. Lipsey
L. Scott Burwell
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
(571) 203-2700

Jennifer S. Swan
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
(650) 849-6600

*Attorneys for Plaintiff*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                  s/ James S. Richter
                                                    James S. Richter

Dated: June 21, 2010

NY:1293719.1