UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ELI LILLY AND COMPANY, | Honorable Dennis M. Cavanaugh, U.S.D.J. |
| Plaintiff, | Civil Action No. 07 CV 3770 (DMC) (MF) |
| v. |  |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LTD., SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | **ORDER GRANTING DEFENDANTS' MOTION TO STRIKE EVIDENCE AND ARGUMENT RELATED TO FDA AUTHORIZATION OR REVIEW BOARD APPROVAL OF THE MGH PILOT STUDY OFFERED TO SUPPORT UTILITY** |
| Defendants. |  |

**THIS MATTER**, being opened to the Court by Winston & Strawn LLP, attorneys for Defendant Sun Pharmaceutical Industries, Ltd., by way of Defendants Sun Pharmaceutical Industries, Ltd., Sandoz Inc., Mylan Pharmaceuticals Inc., Apotex Inc., and Aurobindo Pharma Ltd.'s (collectively, "Defendants") Motion to Strike Evidence and Argument Related to FDA Authorization or Review Board Approval of the MGH Pilot Study Offered to Support Utility; and the Court having reviewed the papers submitted in support of, and in opposition to, said Motion; and for good cause shown,

**IT IS** on this _____ day of _____, 2010

**ORDERED** as follows:

1.  Defendants' Motion to Strike Evidence Related to FDA Authorization or Review Board Approval of the MGH Pilot Study Offered to Support Utility be and is hereby granted.

2

2. All trial testimony, deposition testimony, argument and trial exhibits as listed in Exhibit A to the supporting Declaration of James S. Richter be and hereby are stricken from the trial record.

3. A copy of this Order shall be served upon all counsel of record within seven (7) days of the date hereof.

_____

Honorable Dennis M. Cavanaugh, U.S.D.J.

NY:1293725.1