UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 2:07-cv-3770 (DMC)(JAD) |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS, INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | ) [███████] ORDER REGARDING AUDIO VISUAL EQUIPMENT |
| Defendants. | ) |

THIS MATTER having come before the Court upon the letter request of the parties to have employees of Aquipt Company bring certain audio-visual equipment into and out of the courtroom, and the Court having reviewed the list submitted with said letter, and for good cause shown:

IT IS ON this __29th__ day of __June__, 2010;

ORDERED, that the parties' request to bring the audio-visual equipment listed in attachment A of this order into the courtroom is **GRANTED**; and

ORDERED, that the parties' request to remove the audio-visual equipment listed in attachment B of this order from the courtroom is **GRANTED**.

Hon. Dennis M. Cavanaugh, U.S.D.J.

## Attachment A

| Equipment arriving on Thursday, July 1 | Quantity |
|---|---|
| 17" LCD HP Computer Monitors | 5 |
| Epson 8300I Projector | 1 |
| Epson 8300 Projector Bulb | 1 |
| DaLite 25"x 17" Projection Stands | 2 |
| 7.5"x10" Fastfold Screen | 1 |
| Inline 6in x 1out VGA Switch (splitter) | 2 |
| Inline 1in x 8out VGA DA (video splitter) | 1 |
| CAP-1 Computer Audio Patch (Mono) (volume control switch) | 2 |
| Tech Tables (18" x 60") | 2 |
| Laptop with associated power cord (for LiveNote feed) | 1 |
| Fender 150W Speakers | 1 pair |
| Cables, Adapters, Extension Cords, Surge Protectors, Gaffers Tape | |

| Equipment arriving on Friday, July 2 | Quantity |
|---|---|
| Laptops with associated power cords, keyboards and mice | 6 |

Attachment B

| Equipment to be removed on Friday July, 2 | Quantity |
|---|---|
| 17" LCD HP Computer Monitors | 5 |
| Epson 8300I Projector | 1 |
| Epson 8300 Projector Bulb | 1 |
| DaLite 25"x 17" Projection Stands | 2 |
| 7.5"x10" Fastfold Screen | 1 |
| Inline 6in x 1out VGA Switch (splitter) | 2 |
| Inline 1in x 8out VGA DA (video splitter) | 1 |
| CAP-1 Computer Audio Patch (Mono) (volume control switch) | 2 |
| Tech Tables (18" x 60") | 2 |
| Laptop with associated power cord (for LiveNote feed) | 1 |
| Fender 150W Speakers | 1 pair |
| Cables, Adapters, Extension Cords, Surge Protectors, Gaffers Tape | |
| Laptops with associated power cords, keyboards and mice | 6 |