UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>      Plaintiff,<br>  v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br>      Defendants. | Civil Action No. 2:07-3770 (DMC)(MF) |

## [~~PROPOSED~~] STIPULATED ORDER REGARDING EXHIBITS

WHEREAS, from May 18, 2010, through May 27, 2010, the parties in the above-captioned case participated in a bench trial before the Court;

WHEREAS, during trial, certain exhibits were accepted into evidence, offered for demonstrative purposes only or judicially noticed. Specifically:

Exhibits Admitted as Affirmative Evidence:

  DTX 1, 2, 3, 6, 7, 8, 18, 19, 20, 22, 23, 24, 25 26, 28, 32, 33, 34, 38, 42, 47, 52, 55, 59, 61, 66, 67, 86, 93, 95, 107, 112, 129, 133, 160, 165, 166, 202, 205, 210, 211, 212, 215, 216, 224, 313, 314, 318, 319, 324, 325, 354, 367, 374, 403, 413, 418, 421, 427, 428, 431, 436, 449, 472, 534, 554, 560, 561, 563

  PTX 1, 2, 3, 5, 6, 186, 293, 300, 301, 371, 621, 635, 636, 722, 737, 760, 913, 914, 1140, 1296, 1388, 1411, 1412, 1415

  LDX 4.12, 4.13

Exhibits Offered as Demonstrative Evidence Only:

    LDX 4.1-4.11 and 4.15-4.20 (Pliszka demonstratives)
    DTX 562 (Johnson demonstrative slides 22-25, 27, 28, 30-32, 35, 36, 38-40)
    DTX 564 (Berridge demonstratives, including animations)
    DTX 565 (Staller demonstratives)
    DTX 566 (Boghigian demonstratives)
    DTX 567 (Goolkasian demonstratives)

Judicially Noticed Exhibits:

    PTX 1406, 1407, 1408;

WHEREAS, based on the Court's instructions during trial, the parties sought to reach a global agreement on the admissibility of additional exhibits identified by any party;

WHEREAS, to facilitate the parties' agreement to admit the exhibits identified by any party, and to avoid burdening the Court with the task of ruling upon each and every objection to the exhibits identified by the parties, the parties agreed to the admissibility of the additional exhibits subject to the stipulations below.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval of the Court, through their undersigned attorneys, that the following additional exhibits shall be admitted as affirmative evidence:

    LDX 4.14;

    PTX 21, 28, 31, 32, 36, 37, 46, 48, 56, 57, 58, 59, 60, 66, 71, 72, 76, 77,
    78, 79, 80, 81, 83, 86, 87, 93, 102, 104, 119, 120, 127, 128, 129, 130, 132,
    135, 153, 154, 156, 159, 160, 162, 163, 164, 165, 166, 171, 172, 173, 174,
    175, 176, 177, 178, 179, 180, 181, 189, 190, 191, 192, 193, 197, 200, 203,
    204, 206, 207, 208, 209, 212, 213, 214, 215, 216, 217, 218, 219, 220, 223,
    224, 226, 228, 229, 237, 239, 240, 241, 242, 244, 247, 248, 250, 251, 254,
    255, 257, 259, 262, 264, 271, 274, 275, 276, 277, 280, 288, 291, 302, 303,
    304, 306, 313, 314, 315, 318, 319, 320, 321, 322, 325, 332, 333, 334, 335,
    336, 337, 338, 339, 340, 341, 343, 345, 346, 347, 348, 349, 350, 351, 352,
    353, 354, 355, 368, 369, 370, 381, 447, 542, 544, 554, 556, 559, 560, 562,
    566, 632, 744, 754, 892, 1295, 1405;

>DTX 21, 31, 36, 37, 39, 40, 43, 44, 50, 65, 70, 79, 83, 85, 91, 106, 117, 121, 132, 134, 135, 137, 138, 146, 147, 148, 152, 153, 163, 164, 169, 170, 171, 172, 173, 175, 182, 183, 191, 197, 198, 203, 204, 206, 207, 219, 225, 228, 230, 231, 232, 233, 234, 246, 250, 252, 254, 255, 258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 274, 275, 278, 279, 282, 285, 286, 290, 292, 295, 315, 316, 317, 320, 321, 323, 326, 327, 328, 329, 330, 331, 332, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 359, 363, 366, 372, 373, 376, 377, 378, 379, 380, 381, 382, 383, 384, 385, 386, 387, 388, 389, 390, 391, 392, 393, 394, 396, 398, 400, 408, 414, 415, 416, 419, 420, 422, 423, 424, 425, 426, 430, 432, 434, 435, 438, 439, 440, 442, 443, 444, 445, 447, 448, 451, 452, 453, 454, 460, 461, 464, 492, 493, 510, 511, 513, 514, 515, 518, 519, 520, 521, 522, 524, 525, 530, and 531.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval of the Court, through their undersigned attorneys, that the following additional exhibit shall be offered as demonstrative evidence only:

>DTX 559 (Marked version of LDX 4.18 used during cross-examination of Dr. Pliszka)
>DTX 568 (Berridge Redirect demonstratives).

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval of the Court, through their undersigned attorneys, that the parties' agreement on the exhibits identified above does not:

1. Waive any party's ability to move to strike, as part of the post-trial submissions made pursuant to the directions of the Court, any of the exhibits pursuant to the Court's direction at trial;

2. Constitute an admission by any party that an exhibit constitutes prior art; and/or

3. Waive any party's previously-identified objection(s) to deposition testimony designated as part of the Final Pretrial Order submitted to the Court on April 19, 2010.

SO ORDERED:

Date: 6/30, 2010

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT JUDGE

By: ELI LILLY & COMPANY

s/ John F. Brenner
John E. Brenner
Melissa E. Chuderewicz
PEPPER HAMILTON LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Phone: (609) 452-0808
Fax: (609) 452-1147

Charles E. Lipsey
L. Scott Burwell
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Phone: (571) 203-2700
Fax: (571) 203-2777

Robert D. Bajefsky
Laura P. Masurovsky
M. Andrew Holtman
Krista E. Bianco
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Phone: (202) 408-4000
Fax: (202) 408-4400

Jennifer S. Swan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Phone: (650) 849-6600
Fax: (650) 849-6666

By: SUN PHARMACEUTICAL
INDUSTRIES LIMITED

s/ James Richter
James S. Richter, Esq.
Melissa Steedle Bogad, Esq.
Winston & Strawn
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, NJ 07102-0301

Gail J. Standish, Esq.
Peter E. Perkowski, Esq.
Winston & Strawn
333 S. Grand Avenue
Los Angeles, CA 90071

James F. Hurst, Esq.
Samuel Mendenhall, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Jovial Wong, Esq.
Winston & Strawn
1700 K Street, NW
Washington, D.C. 20006


By: MYLAN PHARMACEUTICALS
INC.

s/ Arnold B. Calmann
Arnold B. Calmann, Esq.
Saiber, LLC
One Gateway Center, 10th Floor
Newark, NJ 07102-5311

Thomas Parker, Esq.
Victoria Spataro, Esq.
Alston & Bird
90 Park Avenue
New York, NY 10016-1387
Tel: (212) 210-9400
Fax: (212) 210-9444

By: SANDOZ, INC.

s/ Eric I. Abraham
Eric I. Abraham, Esq.
Hill Wallack LLP
202 Carnegie Center
Princeton, NJ 08540

Keith V. Rockey, Esq.
Kathleen A. Lyons, Esq.
Joseph A. Fuchs, Esq.
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, IL 60606

By: APOTEX, INC.

s/ Alan B. Clement
Alan B. Clement, Esq.
Joseph N. Froehlich, Esq.
David G. Greene, Esq.
Andrea Wayda, Esq.
Locke Lord Bissell & Liddell LLP
Three World Financial Center
New York, NY 10281

Scott B. Feder, Esq.
Keith D. Parr, Esq.
Kevin M. Nelson, Esq.
David B. Abramowitz, Esq.
Myoka Kim Goodin, Esq.
Locke Lord Bissell & Liddell LLP
111 S. Wacker Drive
Chicago, IL 60606

By: AUROBINDO PHARMA LTD.

s/ James E. Cecchi
James E. Cecchi, Esq.
Melissa E. Flax, Esq.
Carella, Byrne, Cecchi, Olstein,
  Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068

Christine J. Siwik, Esq.
William A. Rakoczy, Esq.
Paul J. Molino, Esq.
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60654