```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
                         MINUTES OF PROCEEDINGS


NEWARK                                    DATE: 2 July 2010

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                            Docket # 7cv3770

Eli Lilly & Co.  v.  Activis, et al

Appearances:

P-   Charles Lipsey, Laura Masarovsky, L. Scott Burwell, Jennifer
     Swan   Tonya Combs, Mark Stewart, Robert Bejefsky & John
     Brenner
D-   Alan Clement, Keith Rockey, William Rakocsy, G. Troublefield,
     Thomas Parker, James Hurst, James Richter, Gail Standish,
     Christine Siwik, & Eric Abraham

Nature of proceedings:

Closing arguments held on Bench trial from May 2010
Court places preliminary statements on the record
        Keith Rockey       Closed for Deft. (15 min.)
        William Rokoczy    Closed for deft. (10 min.)
        James Hurst        Closed for Deft. (22 min.)
        Thomas Parker      Closed for Deft. (10 min.)
        Charles Lipsey     Closed for Pltf. (68 min.)
        Alan Clement       Rebuttal         (5 min)

Court indicated Decision to be filed in written Opinion form.

Time Commenced   9:00
Time Adjourned   12:00


cc: chambers                              Scott P. Creegan
                                          Deputy Clerk
```