

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
WWW.FINNEGAN.COM

M. Andrew Holtman, Ph.D.
202.408.4131
andy.holtman@finnegan.com

August 16, 2010

**Via ECF**

The Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
Room PO-04
50 Walnut Street Room
Newark, NJ  07101

    Re: *Eli Lilly and Company v. Actavis et al.*, Civil Action No. 07-3770 (DMC)(JAD)

Dear Judge Cavanaugh,

    Lilly objects to Mylan's *ex parte* filing of a Proposed Final Judgment in this case.  On Thursday, August 12, 2010, the Court directed the ***parties*** to file a proposed Final Judgment.  (D.E. 657.)  Lilly has been diligently attempting to meet and confer with the parties.  Mylan's filing of 11:23 p.m. Sunday night violates both the spirit and the letter of this Court's ruling.  Lilly respectfully requests that the Court defer entry of judgment to consider Lilly's Objection (D.E. 659), concurrently filed herewith.

                                             Respectfully yours,

                                             Andrew Holtman /CPM

                                             M. Andrew Holtman, Ph.D.

cc: All Counsel of Record