**FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC  20001

*Attorneys for Plaintiff*
*Eli Lilly and Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ELI LILLY AND COMPANY,** )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>**ACTAVIS ELIZABETH LLC,** )<br>**GLENMARK PHARMACEUTICALS** )<br>**INC., USA, SUN PHARMACEUTICAL** )<br>**INDUSTRIES LIMITED, SANDOZ INC.,** )<br>**MYLAN PHARMACEUTICALS INC.,** )<br>**APOTEX INC., AUROBINDO PHARMA** )<br>**LTD., TEVA PHARMACEUTICALS** )<br>**USA, INC., SYNTHON LABORATORIES,** )<br>**INC., ZYDUS PHARMACEUTICALS,** )<br>**USA, INC.,** )<br> )<br>**Defendants.** )<br> ) | **Civil Action No. 07-3770**<br>**(DMC)(JAD)** |

### ELI LILLY AND COMPANY'S MOTION FOR (1) DEFERRAL OF ENTRY OF JUDGMENT OR FOR AN ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS AND (2) A TEMPORARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 62(c), and the authorities cited in the accompanying memorandum and declarations, and for the reasons set forth therein, Lilly respectfully moves the Court to temporarily enjoin Defendants from launching in the U.S. a generic atomoxetine hydrochloride version of Lilly's product Strattera® for only the period of time it takes for the Federal Circuit to decide Lilly's appeal of this Court's decision in the above-captioned matter.

Alternatively, if the Court denies Lilly's request for an injunction, Lilly respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 62(c), and the authorities cited in the accompanying memorandum and declarations, and for the reasons set forth therein, to briefly enjoin Defendants from launching in the U.S. a generic atomoxetine product while Lilly appeals the denial of the injunction to the Federal Circuit pursuant to Fed. Cir. R. 8(a) and for the Federal Circuit to decide if an injunction is warranted through the appeal.

Lilly also hereby applies for an Order to Show Cause with Temporary Restraints to preserve the status quo pending resolution of this motion.  Or, alternatively, Lilly requests that the Court defer entry of final judgment until it decides Lilly's request for a temporary injunction.

Dated:  August 16, 2010                                   Respectfully submitted,


Charles E. Lipsey                                         By: /s/ M. Andrew Holtman
L. Scott Burwell
Finnegan, Henderson, Farabow,                             ELI LILLY AND COMPANY
   Garrett & Dunner, LLP
Two Freedom Square, 1955 Freedom Drive                    Mark J. Stewart
Reston, VA  20190-5675                                    Tonya L. Combs
Tel: (571) 203-2700                                       Eli Lilly and Company
Fax: (202) 408-4400                                       Lilly Corporate Center
                                                          Indianapolis, IN  46285
Robert D. Bajefsky                                        Tel: (317) 276-2000
Laura P. Masurovsky                                       Fax: (317) 277-6534
M. Andrew Holtman
Krista E. Bianco                                          John F. Brenner
Finnegan, Henderson, Farabow                              Pepper Hamilton LLP
   Garrett & Dunner, LLP                              Suite 400
901 New York Avenue, N.W.                                 301 Carnegie Center
Washington, DC  20001-4413                                Princeton, NJ  08543-5276
Tel: (202) 408-4000                                       Tel: (609) 452-0808
Fax: (202) 408-4400                                       Fax: (609) 452-1147

Jennifer S. Swan
Finnegan, Henderson, Farabow
   Garrett & Dunner, LLP                              *Attorneys for Plaintiff Eli Lilly and Company*
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Tel: (650) 849-6600
Fax: (650) 849-6666