**FINNEGAN, HENDERSON, FARABOW,**
 **GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001

*Attorneys for Plaintiff*
*Eli Lilly and Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07-cv-3770 |
| ) | (DMC)(JAD) |
| ACTAVIS ELIZABETH LLC, GLENMARK ) | |
| PHARMACEUTICALS, INC., USA, SUN ) | |
| PHARMACEUTICAL INDUSTRIES LIMITED, ) | |
| SANDOZ INC., MYLAN ) | DOCUMENT FILED VIA ECF |
| PHARMACEUTICALS INC., APOTEX INC., ) | |
| AUROBINDO PHARMA LTD., TEVA ) | |
| PHARMACEUTICALS USA, INC., SYNTHON ) | |
| LABORATORIES, INC., ZYDUS ) | |
| PHARMACEUTICALS, USA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2010, Eli Lilly and Company's ("Lilly") Motion for (1) Deferral of Entry of Judgment or for an Order to Show Cause with Temporary Restraints and (2) a Temporary Injunction, Memorandum of Law in Support of Lilly's Motion for (1) Deferral of Entry of Judgment or for an Order to Show Cause with Temporary Restraints and (2) a Temporary Injunction, Declarations in Support, Proposed Order Granting Motion for Temporary Injunction, Proposed Order to Show Cause, and this Certificate of Service were filed electronically. Notice of this filing will be sent to all parties' counsel of record through the

Court's system.  The sealed portion of this filing was caused to be served via electronic mail upon all parties' counsel of record.

        By: /s/ M. Andrew Holtman
        M. Andrew Holtman
        FINNEGAN, HENDERSON, FARABOW,
         GARRETT & DUNNER, LLP
        901 New York Avenue, NW
        Washington, DC   20001-4413
        Tel: (202) 408-4000
        Fax: (202) 408-4400
        andy.holtman@finnegan.com

        Attorney for Plaintiff
        Eli Lilly and Company