## WINSTON & STRAWN LLP

214 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1078

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

11TH FLOOR, GLOUCESTER TOWER,
THE LANDMARK, 15 QUEEN'S ROAD CENTRAL
HONG KONG

99 GRESHAM STREET
LONDON EC2V 7NG

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5401

(973) 848-7676

FACSIMILE (973) 848-7650

www.winston.com

4 STASOVOY ULITSA
119071 MOSCOW, RUSSIAN FEDERATION

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

25 AVENUE MARCEAU
CS 31621
75773 PARIS CEDEX 16

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5802

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

Writer's Direct Dial Number
973-848-7645

August 16, 2010

**BY ECF**

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. Post Office & Courthouse
1 Federal Square
Newark, NJ 07102

      Re:    *Eli Lilly and Company v. Actavis Elizabeth LLC et al.,*
                  Civil Action No. 07-3770 (DMC)(MF)

Dear Judge Cavanaugh:

      As Your Honor is aware, this firm represents Defendant Sun Pharmaceutical Industries Ltd. ("Sun") in the above-captioned matter.

      Late last week, in finding the '590 patent invalid, Your Honor directed the parties "to submit a Judgment and Form of Order consistent with this Court's opinion." Op. 74. Over the weekend, though, Mylan jumped the gun—asking Your Honor to immediately enter final judgment—a step we believe was inconsistent with Your Honor's directive that the draft final judgment be submitted by the "*parties*." Op. 74 (emphasis added). Sun did not consent to Mylan's filing and objects to its entry. Indeed, at this point, Sun's attorneys have not even received feedback from our overseas client on Mylan's proposed judgment.

      For many reasons, we respectfully submit it is critical that Your Honor avoid entering judgment on a defendant-by-defendant basis, something that could wreak severe harm in the marketplace. Thus, for the time being, Sun respectfully requests that Your Honor decline to enter Mylan's proposed judgment to give the parties—as contemplated by Your Honor's opinion—an opportunity to work on a joint proposal that might very well simplify the issues.

WINSTON & STRAWN LLP

Honorable Dennis M. Cavanaugh, U.S.D.J.
August 16, 2010
Page 2

      We thank Your Honor for your attention to this matter. We are available to discuss these issues with Your Honor at your convenience.

                              Respectfully submitted,

                              *JS Richter*
                              James S. Richter

cc:    All Counsel of Record (by email)