# WINSTON & STRAWN LLP

| 214 NORTH TRYON STREET<br>CHARLOTTE, NORTH CAROLINA 28202-1078 | ONE RIVERFRONT PLAZA<br>NEWARK, NEW JERSEY 07102-5401 | 4 STASOVOY ULITSA<br>119071 MOSCOW, RUSSIAN FEDERATION |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | (973) 848-7676 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | FACSIMILE (973) 848-7650 | 25 AVENUE MARCEAU<br>CS 31621<br>75773 PARIS CEDEX 16 |
| 11TH FLOOR, GLOUCESTER TOWER,<br>THE LANDMARK, 15 QUEEN'S ROAD CENTRAL<br>HONG KONG | www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5802 |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | | |

Writer's Direct Dial Number
973-848-7643

August 18, 2010

**BY ECF AND FACSIMILE (8/19/10)**
Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. Post Office & Courthouse
1 Federal Square
Newark, NJ 07102

      Re:    *Eli Lilly and Company v. Actavis Elizabeth LLC et al.*,
                  **Civil Action No. 07-3770 (DMC)(MF)**

Dear Judge Cavanaugh:

      As Your Honor is aware, this firm represents Defendant Sun Pharmaceutical Industries Ltd. ("Sun") in the above-captioned matter. This responds to Mylan's letter of today (D.E. 671), which suggests that the Court rule on Lilly's motion (D.E. 661, 662) without the need for further briefing.

      While Sun acknowledges the importance of the proceedings, Mylan did not coordinate with Sun (or, we believe, the other defendants) regarding its opposition to Lilly's motion. Sun is evaluating Mylan's submission to determine whether an additional response is necessary, and other defendants may be intending to respond to Lilly's motion as well. Sun respectfully suggests that the Court enter a briefing schedule that permits defendants to oppose Lilly's motion by Monday, August 23.

      We thank the Court for its attention to this important matter.

                                  Respectfully submitted,

                                  s/ Melissa Steedle Bogad

                                  Melissa Steedle Bogad

cc:    Honorable Mark Falk, U.S.M.J. (by facsimile, 8/19/10)
         Counsel of Record (by e-mail)