IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS, INC., *et al.*,<br><br>Defendants. | Civil Action No.: 07-3770 (DMC)<br><br>ORDER |

Pending before the Court are (1) Plaintiff Eli Lilly and Company's ("Lilly") Motion to Seal its Post-Trial Brief [ECF no. 638]; (2) Lilly's Motion to Seal its Post-Trial Proposed Findings of Fact and Conclusions of Law [ECF No. 640]; and (3) Defendants Sun Pharmaceutical Industries Limited, Sandoz Inc., Mylan Pharmaceuticals Inc., Apotex Inc., and Aurobindo Pharma Ltd.'s Motion to Seal their Post-Trial Brief and Exhibit 1 attached to the accompanying Declaration of James S. Richter and their Proposed Findings of Fact and Conclusions of Law [ECF No. 642].

For the reasons set forth in Magistrate Judge Mark Falk's June 22, 2010 Order (ECF No. 647):

IT IS on this 24 day of August 2010,

**ORDERED** that the pending motions to seal [ECF Nos. 638, 640, and 642] are **denied without prejudice**. The parties may renew their motions within 20 days in accordance with the protocol identified in Local Civil Rule 5.3(c) and Magistrate Judge Mark Falk's June 22, 2010 Order.

**Honorable Joseph A. Dickson**
**United States Magistrate Judge**

cc:   Honorable Dennis M. Cavanaugh, U.S.D.J.