# WINSTON & STRAWN LLP

214 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1078

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

11TH FLOOR, GLOUCESTER TOWER,
THE LANDMARK, 15 QUEEN'S ROAD CENTRAL
HONG KONG

99 GRESHAM STREET
LONDON EC2V 7NG

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5401

(973) 848-7676

FACSIMILE (973) 848-7650

www.winston.com

4 STASOVOY ULITSA
119071 MOSCOW, RUSSIAN FEDERATION

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

25 AVENUE MARCEAU
CS 31621
75773 PARIS CEDEX 16

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5802

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

JAMES S. RICHTER
973-848-7645
jrichter@winston.com

August 25, 2010

**BY ECF AND FEDERAL EXPRESS**

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   **Eli Lilly and Company v. Actavis Elizabeth LLC et al.,
Civil Action No. 07 CV 3770 (DMC)(MF)**

Dear Judge Cavanaugh:

This firm represents Defendant Sun Pharmaceutical Industries Ltd. ("Sun") in the above-captioned matter. We are writing to advise Your Honor that the proposed form of Final Judgment and Order submitted by Defendant, Mylan Pharmaceuticals, Inc. on August 24 (Docket Entry no. 683) is acceptable to Sun.

We thank Your Honor for your attention to this matter and we look forward to the entry of the Final Judgment and Order.

Respectfully submitted,

/s/ James S. Richter
James S. Richter

cc:   All Counsel of Record (by email)

NY:1302421.1