LOCKE LORD BISSELL & LIDDELL, LLP
Three World Financial Center
New York, NY 10281
(212) 415-8600
jfroehlich@lockelord.com

*Attorneys for Apotex Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACTAVIS ELIZABETH LLC, GLENMARK ) <br> PHARMACEUTICALS INC., USA, SUN ) <br> PHARMACEUTICAL INDUSTRIES ) <br> LIMITED, SANDOZ INC., MYLAN ) <br> PHARMACEUTICALS INC., APOTEX INC., ) <br> AUROBINDO PHARMA LTD., TEVA ) <br> PHARMACEUTICALS USA, INC., ) <br> SYNTHON LABORATORIES, INC., ZYDUS ) <br> PHARMACEUTICALS, USA, INC. ) <br> ) <br> Defendants. ) <br> ) | Honorable Dennis M. Cavanaugh <br><br> Civil Action No. 07-3770 (DMC)(JAD) |

## NOTICE OF CROSS-APPEAL

Defendant Apotex Inc. cross-appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on August 25, 2010, to the extent the Court made any rulings and/or findings adverse to Apotex, including, without limitation, the judgment that:

(1) Apotex's conduct constitutes inducement of infringement of claims 1-16 of U.S. Patent No. 5,658,590 ("the '590 patent"), if valid;

(2) Defendants failed to prove by clear and convincing evidence that claims 1-16 of the '590 patent are invalid for obviousness; and

(3) Defendants failed to prove by clear and convincing evidence that claims 1-16 of the '590 patent are invalid for lack of enablement to the full scope of the claims.

and from all underlying and related opinions, orders, decisions, and rulings.

Dated: August 27, 2010

Respectfully submitted,

APOTEX INC.

/s/ _____

Joseph N. Froehlich
Alan B. Clement
Andrea L. Wayda
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, NY 10281
(212) 415-8600
jfroehlich@lockelord.com

*Attorneys for Apotex Inc.*

*Of counsel:*
Keith D. Parr
Scott B. Feder
Kevin M. Nelson
Myoka K. Goodin
David B. Abramowitz
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Dr.
Chicago, Illinois 60606
Phone: 312-443-0700
Fax: 312-443-0336

## CERTIFICATE OF SERVICE

I hereby certify that, on August 27, 2010, I electronically filed the foregoing NOTICE OF CROSS-APPEAL with the clerk of the Court by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

Dated: August 27, 2010

            s/_____
             Joseph N. Froehlich