# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PRELIMINARY NOTICE OF DOCKETING

2010-1500, ELI LILLY AND COMPANY V ACTAVIS

08/26/2010

(Date of Docketing)

Appeal from: U.S. District Court, District of New Jersey, Case No. 07-CV-3770

Name of appellant(s): Eli Lilly and Company

    A Rule 8 motion has been filed.

    Docket No. 2010-1500 has been assigned.

    The notice of docketing will be issued when copies of the notice of appeal and the docket entries are received from the clerk of the lower court and the appeal has been entered on the docket of this court.

    Attachments (with recipients noted) to this notice include:

- Official caption (All parties)
- Entry of appearance form (All parties)

Jan Horbaly
Clerk

cc: Clerk's Office, U.S. District Court, District of New Jersey
Robert D. Bajefsky
All Appellees Counsel

RECEIVED

AUG 3 0 2010

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2010-1500

ELI LILLY AND COMPANY,

        Plaintiff-Appellant,

v.

ACTAVIS ELIZABETH LLC,

        Defendant-Appellee,

and

SUN PHARMACEUTICAL INDUSTRIES, LTD.,

        Defendant-Appellee,

and

SANDOZ, INC.,

        Defendant-Appellee,

and

MYLAN PHARMACEUTICALS INC.,

        Defendant-Appellee,

and

APOTEX INC.,

        Defendant-Appellee,

and

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

AUROBINDO PHARMA LTD.,

                              Defendant-Appellee,

and

TEVA PHARMACEUTICALS USA, INC.,

                              Defendant-Appellee.

Appeal from the United States District Court for the District of New Jersey in case no. 07-CV-3770, Judge Dennis M. Cavanaugh.

## Authorized Abbreviated Caption[2]

ELI LILLY AND COMPANY V ACTAVIS, 2010-1500

---

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.