# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | MARC D. MICELI |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | WALTER G. LUGER | RAYMOND E. STAUFFER° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | | OF COUNSEL | ERIC MAGNELLI |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | DONALD ECKLUND |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | VINCENZO M. MOGAVERO |
| | G. GLENNON TROUBLEFIELD | | | °MEMBER N.Y. BAR ONLY |
| | BRIAN H. FENLON | | | |
| JAMES D. CECCHI (1933-1995) | KHOREN BANDAZIAN | | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | | |

September 3, 2010

**Via CM/ECF**
Clerk of the Court
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Bldg & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

> Re: **CLERK'S LETTER REQUESTING REFUND**
> *Eli Lilly and Company v. Actavis Elizabeth LLC et al.*,
> Civil Action No. 07-3770 (DMC)(MF)

Dear Clerk:

    We, along with Rakoczy Molino Mazzochi Siwik LLP, represent Defendant Aurobindo Pharma Ltd. ("Aurobindo") in the above-captioned matter. On Friday August 27, 2010, we electronically filed through the Court's CM/ECF system a Notice of Cross-Appeal on behalf of Aurobindo. Unfortunately, however, the $455 payment was charged twice to our credit card. I have attached to this letter as Exhibit A, the two automated messages that we received on August 27 confirming that our Credit Card was charged twice for one transaction. I have also attached as Exhibit B, relevant portions of the Docket Entry confirming that only one such filing occurred.

    In addition, on Wednesday September 1, 2010, we received a Clerk's Quality Control Message, informing us that our firm needed to re-file the above Notice of Cross-Appeal. As a result, we had to again pay a $455 filing fee. Thus, we have now paid three times for one filing. I have attached as Exhibit C, the automated message we received on September 1 confirming that our Credit Card was again charged for this transaction. *See also* Ex. B.

Clerk of the Court
September 3, 2010
Page 2

      Due to the foregoing, we respectfully request the Clerk refund $910 to our Credit Card. If you have any questions please do not hesitate to contact me.

Very truly yours,

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO

ERIC MAGNELLI

EM
Enclsoures
cc:    Crystal, Finance Office (via ordinary mail)

# EXHIBIT A

**Eric Magnelli**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, August 27, 2010 3:01 PM |
| **To:** | Eric Magnelli |
| **Subject:** | Pay.Gov Payment Confirmation |

```
THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: NJD CM ECF
Pay.gov Tracking ID: 251CNOVM
Agency Tracking ID: 0312-3292719

Account Holder Name: MELISSA FLAX
Transaction Type: Sale
Transaction Amount: $455.00
Billing Address: 5 BECKER FARM ROAD
Zip/Postal Code: 07068
Country: USA
Card Type: American Express
Card Number: **********2009
Transaction Date: Aug 27, 2010 3:01:17 PM
```

1

# Eric Magnelli

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, August 27, 2010 3:06 PM |
| **To:** | Eric Magnelli |
| **Subject:** | Pay.Gov Payment Confirmation |

```
THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: NJD CM ECF
Pay.gov Tracking ID: 251CO5U3
Agency Tracking ID: 0312-3292780

Account Holder Name: MELISSA FLAX
Transaction Type: Sale
Transaction Amount: $455.00
Billing Address: 5 BECKER FARM ROAD
Zip/Postal Code: 07068
Country: USA
Card Type: American Express
Card Number: ***********2009
Transaction Date: Aug 27, 2010 3:06:19 PM
```

# EXHIBIT B

ANDA, APPEAL, PRETRL, RULE16, SCHEDO

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:07-cv-03770-DMC -JAD

| | |
|---|---|
| ELI LILLY AND COMPANY v. ACTAVIS ELIZABETH LLC | Date Filed: 08/09/2007 |
| Assigned to: Judge Dennis M. Cavanaugh | Date Terminated: 08/25/2010 |
| Referred to: Magistrate Judge Joseph A. Dickson | Jury Demand: Defendant |
| Cause: 35:183 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Movant**

**CHAMBERLAIN COMMUNICATIONS GROUP, LLC**  represented by  **JAMES S. FRIEDMAN**
LAW OFFICES OF JAMES S. FRIEDMAN, LLC
17 ACADEMY STREET
SUITE 305
PO BOX 32009
NEWARK, NJ 07102
(973) 353-9500
Fax: (973) 596-8332
Email: jfriedlaw@optonline.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**ELI LILLY AND COMPANY**  represented by  **JOHN F. BRENNER**
PEPPER HAMILTON , LLP
301 CARNEGIE CENTER
SUITE 400
PRINCETON, NJ 08543-5276
(609) 951-4193
Fax: (609) 452-1147
Email: Brennerj@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MELISSA ANNE CHUDEREWICZ**
PEPPER HAMILTON, LLP
301 CARNEGIE CENTER
SUITE 400
PRINCETON, NJ 08543-5276
(609) 452-0808
Email: chuderewiczm@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID J. COONER**
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER

| | | |
|---|---|---|
| 08/25/2010 | 688 | Letter from M. Andrew Holtman re 674 Order on Motion for TRO,,. (Attachments: # 1 Lilly's Corporate Undertaking on Temporary Injunction Order)(HOLTMAN, MICHAEL) (Entered: 08/25/2010) |
| 08/27/2010 | 689 | NOTICE OF CROSS APPEAL as to 686 Order by AUROBINDO. Filing fee $ 455, receipt number 0312-3292780. Appeal Record due by 8/27/2010. (Attachments: # 1 Certificate of Service)(FLAX, MELISSA) (Entered: 08/27/2010) |
| 08/27/2010 | | Certified copies of Notice of Apppeal (doc 687)and Docket sheet, as well as Orders and Opinions being appealed sent to the USCA - Federal Circuit via Fed Ex. (tjg,) (Entered: 08/27/2010) |
| 08/27/2010 | 690 | NOTICE OF CROSS APPEAL as to 686 Order by MYLAN PHARMACEUTICALS INC.. Filing fee $ 455, receipt number 0312-3292989. (Attachments: # 1 Certificate of Service)(CALMANN, ARNOLD) (Entered: 08/27/2010) |
| 08/27/2010 | 691 | NOTICE OF CROSS APPEAL as to 686 Order by APOTEX, INC.. Filing fee $ 455, receipt number 0312-3292933. Appeal Record due by 8/27/2010. (FROEHLICH, JOSEPH) (Entered: 08/27/2010) |
| 08/27/2010 | 692 | NOTICE OF CROSS APPEAL by SUN PHARMACEUTICALS. Filing fee $ 455, receipt number 0312-3293337. (RICHTER, JAMES) (Entered: 08/27/2010) |
| 08/27/2010 | | CLERK'S QUALITY CONTROL MESSAGE - The Notice of Cross Appeal submitted by J. Froehlich on 8/27/10 did not contain a proper electronic signature (s/). PLEASE RESUBMIT THE DOCUMENT WITH THE PROPER ELECTRONIC SIGNATURE (s/ Attorney's Name.) This submission will remain on the docket unless otherwise ordered by the court. (tjg,) (Entered: 08/30/2010) |
| 08/30/2010 | 693 | NOTICE OF CROSS APPEAL by SANDOZ INC.. Filing fee $ 455, receipt number 0312-3293626. (Attachments: # 1 Certificate of Service) (ABRAHAM, ERIC) (Entered: 08/30/2010) |
| 08/30/2010 | 694 | NOTICE OF CROSS APPEAL as to 686 Order by APOTEX, INC.. (FROEHLICH, JOSEPH) (Entered: 08/30/2010) |
| 08/30/2010 | 695 | MOTION for Reconsideration re 674 Order on Motion for TRO,, by MYLAN PHARMACEUTICALS INC.. (Attachments: # 1 Declaration of Victoria E. Spataro, Esq., # 2 Exhibit 1 to Spataro Declaration, # 3 Text of Proposed Order, # 4 Certificate of Service)(CALMANN, ARNOLD) (Entered: 08/30/2010) |
| 08/30/2010 | 696 | BRIEF in Support re 695 MOTION for Reconsideration re 674 Order on Motion for TRO,, MOTION for Reconsideration re 674 Order on Motion for TRO,, filed by MYLAN PHARMACEUTICALS INC.. (Attachments: # 1 Declaration of Tony Mauro, # 2 Exhibit 2 to Spataro Declaration, # 3 Exhibit 3 to Spataro Declaration)(CALMANN, ARNOLD) (Entered: 08/30/2010) |
| 08/31/2010 | 697 | PRELIMINARY NOTICE OF DOCKETING. RULE 8 MOTION HAS BEEN FILED AND A APPEAL DOCKET NO. ASSIGNED:2010-1500. (tjg,) (Entered: 08/31/2010) |
| 09/01/2010 | | CLERK'S QUALITY CONTROL MESSAGE - The Notice of Cross Appeals |

| | | |
|---|---|---|
| | | document numbers 689, 690, 691, 692,693, 694 filed by Melissa Flax, Arnold Calmann, Joseph Froehlich, James Richter, Eric Abraham on 8/27/10 and 8/30/10 was submitted incorrectly as a Notice of Cross Appeal. PLEASE RESUBMIT THE Notice of Cross Appeal USING Notice of Appeal to Federal Circuit and text in Cross Appeal. This submission will remain on the docket unless otherwise ordered by the court. (mn, ) (Entered: 09/01/2010) |
| 09/01/2010 | 698 | NOTICE OF APPEAL to Federal Circuit as to 686 Order by MYLAN PHARMACEUTICALS INC.. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (Attachments: # 1 Certificate of Service)(CALMANN, ARNOLD) (Entered: 09/01/2010) |
| 09/01/2010 | 699 | NOTICE OF APPEAL to Federal Circuit as to 686 Order by APOTEX, INC.. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (FROEHLICH, JOSEPH) (Entered: 09/01/2010) |
| 09/01/2010 | 700 | NOTICE OF APPEAL to Federal Circuit as to 686 Order by AUROBINDO. Filing fee $ 455, receipt number 0312-3298452. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. Appeal Record due by 8/27/2010. (Attachments: # 1 Certificate of Service)(FLAX, MELISSA) (Entered: 09/01/2010) |
| 09/01/2010 | 701 | MOTION to Withdraw as Attorney *Jo-Anne M. Kokoski, Pro Hac Vice* by ACTAVIS ELIZABETH LLC. (Attachments: # 1 Declaration of Jo-Anne M. Kokoski, Esq., # 2 Text of Proposed Order)(MILLER, GREGORY) (Entered: 09/01/2010) |
| 09/01/2010 | 702 | Notice to be terminated and withdraw from Notices of Electronic filing as to case. Attorney FRANK HOLAHAN terminated. (HOLAHAN, FRANK) (Entered: 09/01/2010) |
| 09/01/2010 | 703 | Letter from Arnold B. Calmann, Esq. Regarding Mylan's Motion to Seal (Docket Entry No. 678). (Attachments: # 1 Text of Proposed Order)(CALMANN, ARNOLD) (Entered: 09/01/2010) |
| 09/01/2010 | 704 | MOTION to Seal *Regarding Docket Entry No. 696* by MYLAN PHARMACEUTICALS INC.. (Attachments: # 1 Brief, # 2 Declaration of Victoria E. Spataro, # 3 Proposed Findings of Fact and Conclusions of Law, # 4 Text of Proposed Order, # 5 Certificate of Service)(CALMANN, ARNOLD) (Entered: 09/01/2010) |
| 09/01/2010 | 705 | RESPONSE in Opposition re 695 MOTION for Reconsideration re 674 Order on Motion for TRO,, MOTION for Reconsideration re 674 Order on Motion for TRO,, filed by ELI LILLY AND COMPANY. (Attachments: # 1 Certificate of Service)(HOLTMAN, MICHAEL) (Entered: 09/01/2010) |
| 09/02/2010 | | Set Deadline as to 704 MOTION to Seal *Regarding Docket Entry No. 696*. Motion set for 10/4/2010 before Judge Dennis M. Cavanaugh. The motion will be decided on the papers. No appearances required unless notified by the court. (sr, ) (Entered: 09/02/2010) |
| 09/02/2010 | 706 | NOTICE OF APPEAL to Federal Circuit by SANDOZ INC.. Filing fee $ 455, receipt number 0312-3301079. The Clerk's Office hereby certifies the |

# EXHIBIT C

# Eric Magnelli

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, September 01, 2010 11:40 AM |
| **To:** | Eric Magnelli |
| **Subject:** | Pay.Gov Payment Confirmation |

```
THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: NJD CM ECF
Pay.gov Tracking ID: 251DB5K7
Agency Tracking ID: 0312-3298452

Account Holder Name: MELISSA FLAX
Transaction Type: Sale
Transaction Amount: $455.00
Billing Address: 5 BECKER FARM ROAD
Zip/Postal Code: 07068
Country: USA
Card Type: American Express
Card Number: ***********2009
Transaction Date: Sep 1, 2010 11:40:12 AM
```

1