# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## FINAL NOTICE OF DOCKETING

2010-1500 – ELI LILLY AND COMPANY V ACTAVIS

09/01/2010

Appeal from:  U.S. District Court, District of New Jersey, Case No. 07-CV-3770

Name of appellant(s):  Eli Lilly and Company

This notice supersedes the preliminary notice of docketing dated 08/26/2010.

Copies of the notice of appeal and docket entries have now been received from the clerk of the lower court.

**Critical dates include:**
- Date of docketing.  See Fed. Cir. R. 12.
- Entry of appearance.  See Fed. Cir. R. 47.3.
- Certificate of interest.  See Fed. Cir. R. 47.4.
- Requests for extensions of time.  See Fed. Cir. R. 26 and 27.  **N.B. Delayed requests are not favored by the court.**
- Briefs.  See Fed. Cir. R. 31.  **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions.  See Fed. Cir. R. 33.
- Oral argument schedule conflicts.  See Practice Note following Fed. Cir. R. 34.

Some of these requirements may already have been fulfilled.

Jan Horbaly
Clerk

cc:   Clerk's Office, DCT
      Robert D. Bajefsky
      All Appellees Counsel

**RECEIVED**

SEP 0 3 2010

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK