Gregory D. Miller
Damian P. Conforti
PODVEY, MEANOR, CATENACCI, HILDNER,
 COCOZIELLO & CHATTMAN
A Professional Corporation
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 623-1000

James D. Veltrop
Matthew J. Becker
Jo-Anne M. Kokoski
Chad A. Landmon
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

*Attorneys for Defendant*
*Actavis Elizabeth LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　　　Plaintiff,<br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 07-3770 (DMC) (MF)<br><br>ORDER GRANTING WITHDRAWAL OF JO-ANNE M. KOKOSKI, ESQ. AS *PRO HAC VICE* COUNSEL FOR ACTAVIS ELIZABETH LLC |

**THIS MATTER** having been opened to the Court by Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, a Professional Corporation, attorneys for defendant, Actavis Elizabeth LLC ("Actavis"), for an Order granting withdrawal of Jo-

Anne M. Kokoski, Esq., as *pro hac vice* counsel for Actavis, and the Court having considered the papers submitted, and for good cause shown;

IT IS on this 7th day of September, 2010;

**ORDERED** that pursuant to Local Civil Rule 102.1 of the United States District Court for the District of New Jersey that Jo-Anne M. Kokoski, Esq., is hereby withdrawn as *pro hac vice* counsel for Actavis Elizabeth LLC in the above captioned matter.

HON. JOSEPH A. DICKSON, U.S.M.J.

Doc#. 283710