NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., SUN PHARMACEUTICAL INDUSTRIES LTD., SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br><br>Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 07-cv-3770 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon Defendant Mylan Pharmaceuticals Inc.'s ("Mylan") motion to reconsider this Court's order requiring Plaintiff to post security in the amount of $10 million.

**WHEREAS** this Court has been advised that on August 31, 2010, the Federal Circuit granted Plaintiff's request for an injunction pending appeal without any required increase in posted security;

IT IS on this 7th day of September, 2010;

**ORDERED** that Defendant Mylan's motion to reconsider is **dismissed as moot.**

Dennis M. Cavanaugh, U.S.D.J.