Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-3349 (facsimile)

Thomas J. Parker (thomas.parker@alston.com)
Victoria E. Spataro (victoria.spataro@alston.com)
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016-1387
(212) 210-9400 (telephone)
(212) 210-9444 (facsimile)

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | |
| Plaintiff, | Civil Action No. 07-3770 (DMC)(MF) |
| v. | **NOTICE OF MOTION TO SEAL** |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS USA, INC., | RETURN DATE: OCTOBER 4, 2010 |
| Defendants. | *DOCUMENT ELECTRONICALLY FILED* |

**TO:** John F. Brenner
(Brennerj@pepperlaw.com)
Melissa Anne Chuderewicz
(chuderewiczm@pepperlaw.com)
**PEPPER HAMILTON LLP**
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
(609) 452-0808

Laura P. Masurovsky
(laura.masurovsky@finnegan.com)
Robert D. Bajefsky
(robert.bajefsky@finnegan.com)
Andrew M. Holtman
(andy.holtman@finnegan.com)
Krista E. Bianco
(krista.bianco@finnegan.com)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Charles E. Lipsey
(charles.lipsey@finnegan.com)
L. Scott Burwell
(scott.burwell@finnegan.com)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
(571) 203-2700

Jennifer S. Swan
(jennifer.swan@finnegan.com)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
(650) 849-6600

**PLEASE TAKE NOTICE** that on the 4th day of October, 2010, or as soon thereafter as counsel may be heard, Defendant Mylan Pharmaceuticals Inc. ("Mylan") will appear before the Honorable Joseph A. Dickson, United States Magistrate Judge, sitting at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, and will move this Court pursuant to Local Civil Rule 5.3(c), for an Order to Seal the following:

- Mylan's September 7, 2010 Letter to Honorable Dennis M. Cavanaugh, U.S.D.J.:

    o Page 3, first full paragraph, after "atomoxetine products" and ending at "This value"

    o Page 3, second full paragraph, after "final approval is received" and ending at "*see* Second Declaration".

**PLEASE TAKE FURTHER NOTICE THAT** Mylan shall rely upon the accompanying Brief, the Declaration of Victoria E. Spataro, Esq., the Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith. A proposed form of Order is also submitted for the Court's consideration.

Respectfully submitted,

**SAIBER LLC**
*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

By:     s/ Arnold B. Calmann
         Arnold B. Calmann (abc@saiber.com)
         Katherine A. Escanlar (kae@saiber.com)
         **SAIBER LLC**
         One Gateway Center, 10th Floor
         Newark, NJ 07102-5311
         Tel: (973) 622-3333
         Fax: (973) 622-3349

         Thomas J. Parker
         (thomas.parker@alston.com)
         Victoria E. Spataro
         (victoria.spataro@alston.com)
         **ALSTON & BIRD, LLP**
         90 Park Avenue
         New York, NY 10016-1387
         (212) 210-9400 (telephone)
         (212) 210-9444 (facsimile)

Dated: September 9, 2010