Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-3349 (facsimile)

Thomas J. Parker (thomas.parker@alston.com)
Victoria E. Spataro (victoria.spataro@alston.com)
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016-1387
(212) 210-9400 (telephone)
(212) 210-9444 (facsimile)

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | Civil Action No. 07-3770 (DMC)(MF) |
| Plaintiff, | |
| v. | <u>**CERTIFICATE OF SERVICE**</u> |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS USA, INC., | *DOCUMENT ELECTRONICALLY FILED* |
| Defendants. | |

{00628614.DOC}

**ARNOLD B. CALMANN** hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2. I hereby certify that on the 9th day of September, 2010, I caused a copy of (i) Notice of Motion to Seal; (ii) Brief in Support of Motion to Seal; (iii) Declaration of Victoria E. Spataro, Esq.; (iv) Proposed Findings of Fact and Conclusions of Law; (v) Proposed form of Order; and (vi) Certificate of Service, to be served upon all counsel of record via CM/ECF and E-mail.

Date: September 9, 2010        /s Arnold B. Calmann
                               Arnold B. Calmann