1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW JERSEY

3

4    ELI LILLY AND COMPANY,              :    Civil No.
                                              07-cv-3770-DMC
5                    Plaintiff,          :
                                              TRANSCRIPT OF
6            v.                          : TRIAL PROCEEDINGS

7    ACTIVIS ELIZABETH LLC,              :        VOLUME 1
     GLENMARK PHARMACEUTICALS INC., USA,
8    SUN PHARMACEUTICAL INDUSTRIES LIMITED,  :
     SANDOZ INC., MYLAN PHARMACEUTICALS INC.,
9    APOTEX INC., AUROBINDO PHARMA LTD.,      :
     TEVA PHARMACEUTICALS USA, INC.,
10   SYNTHON LABORATORIES, INC.,         :
     ZYDUS PHARMACEUTICALS, USA, INC.,
11                                       :
                     Defendants.
12   ---------------------------------------x

13                                        Newark, New Jersey
                                          May 18, 2010
14

15

16

     BEFORE:
17
             THE HON. DENNIS M. CAVANAUGH, U.S.D.J.
18

19                                   Reported by
                                     CHARLES P. McGUIRE, C.S.R.
20                                   Official Court Reporter

21

22           Pursuant to Section 753, Title 28, United States
             Code, the following transcript is certified to be
23           an accurate record as taken stenographically in
             the above entitled proceedings.
24

25                                   s/CHARLES P. McGUIRE, C.S.R.


                       CHARLES P. McGUIRE, C.S.R.

```
 1    APPEARANCES:

 2
             PEPPER HAMILTON, LLP
 3           301 Carnegie Center
             Suite 400
 4           Princeton, New Jersey 08543-5276
             BY: JOHN F. BRENNER, ESQ.
 5           And
             FINNEGAN HENDERSON FARABOW GARRETT & DUNNER
 6           Two Freedom Square
             11955 Freedom Drive
 7           Reston, Virginia 20190-5675
             BY: CHARLES E. LIPSEY, ESQ.,
 8               L. SCOTT BURWELL, ESQ.,
                 ROBERT D. BAJEFSKY, ESQ., and
 9               LAURA P. MASUROVSKY, ESQ.,
             And
10           MARK STEWART, ESQ., and
             TONYA L. COMBS, ESQ.,
11           Patent Counsel, Eli Lilly and Company,
             Attorneys for Plaintiff
12
             WINSTON & STRAWN LLP
13           35 West Wacker Drive
             Chicago, Illinois 60601
14           BY: JAMES S. RICHTER, ESQ.,
                 JAMES F. HURST, ESQ., and
15               GAIL J. STANDISH, ESQ.,
             Attorneys for Defendant Sun Pharmaceutical Industries
16           Ltd.

17           HILL WALLACK, LLP
             202 Carnegie Center
18           Princeton, New Jersey 08540
             BY: ERIC I. ABRAHAM, ESQ.
19           And
             ROCKEY, DEPKE & LYONS, LLC
20           Sears Tower, Suite 5450
             33 South Wacker Drive
21           Chicago, Illinois 60606
             BY: KEITH V. ROCKEY, ESQ.,
22               KATHLEEN A. LYONS, ESQ., and
                 JOSEPH A. FUCHS, ESQ.
23           And
             ALEXANDRA HANER, ESQ., and
24           PEARL SIEW, ESQ., in-house counsel,
             Attorneys for Defendant Sandoz Inc.
25
```

CHARLES P. McGUIRE, C.S.R.

```
 1     APPEARANCES:

 2        SAIBER LLC
          One Gateway Center, 10th floor
 3        Newark, New Jersey 07102-5311
          BY: ARNOLD B. CALMANN, ESQ.,
 4        And
          ALSTON & BIRD, LLP
 5        90 Park Avenue
          New York, New York 10016
 6        BY: THOMAS J. PARKER, ESQ., and
             VICTORIA E. SPATARO, ESQ.,
 7        Attorneys for Defendant Mylan Pharmaceuticals Inc.

 8        LOCKE LORD BISSELL & LIDDELL, LLP
          3 World Financial Center
 9        New York, New York 10281
          BY: ALAN B. CLEMENT, ESQ.,
10            JOSEPH N. FROEHLICH, ESQ.,
              ANDREA L. WAYDA, ESQ.,
11            MYOKA KIM GOODIN, ESQ., and
              DAVID B. ABRAMOWITZ, ESQ.,
12        Attorneys for Defendant Apotex Inc.

13        CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
          5 Becker Farm Road
14        Roseland, New Jersey 07068
          BY:  MELISSA E. FLAX, ESQ.
15        And
          RAKOCZY MOLINO MAZZOCHI SIWIK LLP
16        6 West Hubbard Street, Suite 500
          Chicago, Illinois 60654
17        BY:  WILLIAM A. RAKOCZY, ESQ., and
              CHRISTINE J. SIWIK, ESQ.,
18        Attorneys for Defendant Aurobindo Pharma Ltd.

19

20

21

22

23

24

25
```

CHARLES  P.  McGUIRE,  C.S.R.

1                    THE COURT CLERK:  All rise.

2                    THE COURT:  Be seated.

3                    Good morning.

4                    Well, I guess we're starting a trial today.

5                    This is Lilly v. Activis, et al, Civil Action

6       Number 07-3770.

7                    I guess for the record we should start by getting

8       those of you who are willing to put your names on the

9       record.

10                   MR. LIPSEY:  Good morning, Your Honor.

11                   Charles Lipsey, Finnegan Henderson, for Plaintiff

12      Eli Lilly and Company.

13                   I'm joined at counsel table today by my partner

14      from Finnegan Henderson Laura Masurovsky, by my partner Mr.

15      Scott Burwell, and from Eli Lilly and Company, Mr. Mark

16      Stewart --

17                   MR. STEWART:  Good morning, Your Honor.

18                   MR. LIPSEY:  -- and Mr. Tonya Combs.  We may have

19      a different cast of characters as the trial progresses.

20                   THE COURT:  I understand.

21                   Anyone else here on behalf of Plaintiff who wishes

22      to get on the record?

23                   MR. BRENNER:  Your Honor, John Brenner, Pepper

24      Hamilton, also on behalf of the Plaintiff.

25                   MR. BAJEFSKY:  Your Honor, Robert Bajefsky,

1    Finnegan Henderson.

2              THE COURT:  All right.  Now let's start on the

3    other side.

4              MR. CLEMENT:  Thank you, Your Honor.

5              Alan Clement from the firm of Locke Lord Bissell &

6    Liddell on behalf of Defendant Apotex, and with me I have

7    Miki Goodin, Joe Froehlich, David Green, and David

8    Abramowitz from our firm as well.

9              THE COURT:  Okay.

10             MR. ROCKEY:  Good morning, Your Honor.

11             Keith Rockey and Eric Abraham --

12             MR. ABRAHAM:  Good morning, Your Honor.  Eric

13   Abraham from Hill Wallack, also for Defendant Sandoz.

14             MR. ROCKEY:  I'm from the firm of Rockey Depke &

15   Lyons in Chicago.  With me is my partner Kathy Lyons,

16   somewhere.

17             MR. ABRAHAM:  We also after from Sandoz Alexandra

18   Haner and Pearl Siew in the courtroom.  Thank you.

19             MS. FLAX:  Good morning, Your Honor.

20             Melissa Flax from the law firm of Carella Byrne on

21   behalf of Aurobindo.  With me at counsel table from the law

22   firm of Rakoczy Molino Mazzochi Siwik is William Rakoczy.

23   Also in the courtroom is Christine Siwik as well as Robert

24   Teigen and Gregory Duff.

25             THE COURT:  Okay.  Thank you.

1          MR. PARKER:  Good morning, Your Honor.

2          Tom Parker from the law firm of Alston & Bird,

3   representing Mylan Pharmaceuticals.  In the courtroom with

4   me this morning, Your Honor, is our local counsel, Arnie

5   Callmann.

6          MR. CALLMANN:  Hello, Your Honor.

7          MR. PARKER:  And also, Your Honor, I have with me

8   Vicki Spataro from the law firm of Alston Bird also here on

9   behalf of Mylan, and also Mylan's in house counsel, Andrea

10  Triglio.

11         THE COURT:  Thank you.

12         MR. HURST:  Good morning, Your Honor.

13         Jim Hurst, I'm from Winston & Strawn, and we're

14  here on behalf of Sun Pharmaceutical Industries.  I'm here

15  with my partners, James Richter and Gail Standish.

16         MS. STANDISH:  Good morning, Your Honor.

17         MR. RICHTER:  Good morning, Your Honor.

18         THE COURT:  Anyone else that needs to get on the

19  record before we continue?

20         All right.  I hope there's not going to be a test

21  as to who --

22         (Laughter)

23         THE COURT:  I'll do my best, but most of you will

24  be addressed as "counsel."

25         All right.  Well, basically, we have here a

1      challenge to the Eli patent, the 5,658,590 patent by

2      Defendants, who claim that the patent is invalid and/or

3      unenforceable based on lack of enablement and utility,

4      obviousness, and inequitable conduct before the Patent

5      Office.  The '590 patent is a method of use patent which

6      claims methods of treatment for Attention

7      Deficit/Hyperactivity Disorder, ADHD, with atomoxetine.

8      Claim 1 of the patent covers a method of treating Attention

9      Deficit/Hyperactivity Disorder comprising administering to a

10     patient in need of such treatment an effective amount of

11     tomoxetine.  Claims 2 through 16 cover specific treatment

12     plans for subtypes of ADHD and for certain groups of

13     patients.

14          This Court has had the benefit of -- call it

15     benefit --

16          (Laughter)

17          THE COURT:  -- of dispositive motions that we've

18     ruled upon, and more recently a significant number of in

19     limine applications, also ruled upon.

20          I will not revisit any of those applications.

21     Plus, Judge Falk has issued several opinions, one in

22     particular regarding an expert, Dr. Paul, I believe, which I

23     will also adopt.

24          I believe that it's been decided -- it's been

25     agreed that in this juxtaposed Plaintiff-Defendant situation

1    under Hatch-Waxman that the Defendants will go forth with

2    their case-in-chief, then the Plaintiffs, and then we'll

3    deal with rebuttal.

4         Just so those of you who haven't been here before

5    should be aware, I want this to be a pleasant experience.

6    I'm a great believer in civility and promptness.  Maybe I

7    should change that:  I'm a great believer in promptness --

8         (Laughter)

9         THE COURT:  -- and civility.  We have a lot of

10   people, a lot of claims, a lot of important information that

11   has to get out here.  So it would be my plan -- I'm going to

12   tell you how my plan is to move this along and then I'm

13   going to tell you why I have to be away for a couple of

14   days.  It's my plan to start every day by at least nine

15   o'clock, I may adjust that to earlier, and to end each day

16   around four.  I may adjust that to later, depending.

17        This week, we will go today and tomorrow, we will

18   probably stop tomorrow around 3:30 or so.  It is necessary

19   that I go to -- my son, my last son will be graduating

20   college on Saturday, so we're going out to his college, and

21   so I will not be here on Thursday and Friday.  I will be

22   back, of course, hopefully on Monday.

23        The other scheduling problem that I see is, I

24   guess this will carry, I think counsel have suggested

25   perhaps 12 trial days, 10 to 12, something like that.  I

1    guess that will run us into Memorial Day, so we will lose

2    that Monday, whatever day of the week that is, Rob, 29th or

3    something, whatever it is.  And then in the event we do have

4    to go further, there are issues about a couple of you having

5    to appear before the Circuit, I think on the 3rd and 6th of

6    June.

7           MR. LIPSEY:  The 7th, Your Honor.  Hopefully we

8    will not be here, but just in case.

9           THE COURT:  I'm hopeful, too.

10          MR. RAKOCZY:  And I have an appearance on June

11   3rd, Your Honor, before the 3rd Circuit.  Thank you.

12          THE COURT:  Okay.  Well, of course, since the

13   Circuit has chosen not to make an adjournment, this Court,

14   always being the bastion of reason, will.

15       (Laughter)

16          THE COURT:  And I will certainly allow counsel to

17   appear before the Circuit if that occurs.

18           Again, for those of you that haven't been before

19   me before, I do try to move things along.  I try not to be

20   too difficult about that, but I find that, especially with

21   good attorneys who are prepared, which I'm sure I have

22   before me, that at the end of the day, the attorneys also

23   appreciate it.  I don't like much down time.  I recognize we

24   don't have a jury here to deal with, so I will be as

25   flexible and I will try to be as accommodating as I can to

1    you.   I know some of you are from out of state, and you have

2    to make a lot of arrangements.   I know what it's like to

3    have to try a case and the difficulties and the time

4    consumption for you when you're not in court.   So, again, I

5    will try my best to accommodate you while still trying to

6    move this along at a reasonable rate.   I do have another

7    trial right after this that's been around forever and I'm

8    going to have to get to that too, but I don't plan to give

9    anyone here short shrift.

10           Now, I also know that there was a request for the

11   ability to put on a two-hour tutorial or thereabouts.   I

12   have denied that request only because I don't think it's

13   necessary in that I have paid a lot of attention to this

14   case, I've had, as I said at the beginning, the benefit of a

15   lot of motions, which gave me the opportunity to read a

16   whole lot about the case, and I think that the same benefit

17   can occur when that individual, who I think is the main

18   expert on behalf of Plaintiff, when that gentleman has to

19   testify, he can expand his testimony to explain that which

20   he has to explain, within reason.

21           All right.   I think I have taken care of -- what

22   are your plans -- on the last one of these I had where I had

23   a cast of characters, there were issues, just mundane issues

24   of what you're going to do for lunch, where you're going to

25   do it, how you're going to do it.   We have tons of people

1    here.  Because I really don't want to be breaking for lunch

2    and then have to wait around for two hours and three hours

3    for people to get back.  So to the extent that's an issue

4    logistically, perhaps you can speak -- if you haven't

5    already taken care of this, I know you have local counsel,

6    perhaps they've helped you -- with my deputy, Scott Creegan.

7    I know the last time, we set aside a couple of rooms for

8    some individuals so you could have your lunch brought in and

9    didn't have to be running all over the city.  But I'll leave

10   that to you.  Maybe some of you don't plan on eating, I

11   don't know.

12          All right.  Well, that said, is there anything

13   that we have to get on the record before we begin?

14          (No response)

15          THE COURT:  All right.  What is the order that

16   we're going to go in as far as the Defendants?

17          MR. CLEMENT:  I believe Defendants are going to

18   start with the opening.

19          THE COURT:  I know that.  But which Defendant?

20   What's the order of Defendants?

21          MR. CLEMENT:  I'm going to do part of the opening.

22   I think you've given us 45 minutes for the opening, Your

23   Honor.  I'm going to take up about 25 minutes, and then my

24   colleague, Mr. Rokoczy, is going to take up the other 20.

25          THE COURT:  But I mean which client, which

CHARLES P. McGUIRE, C.S.R.

12

1    Defendants will be going?  In what order?

2              MR. CLEMENT:  We're trying to do it in a joint

3    manner in order to expedite things.

4              THE COURT:  Because I'm not going to have to worry

5    about everybody getting up and all of that.

6              MR. CLEMENT:  No, it's just going to be two of the

7    Defendants' attorneys speaking at the opening, Your Honor.

8              THE COURT:  Okay.  Thank you.

9              All right.  Counsel, I'll hear you.

10             MR. CLEMENT:  Thank you, Your Honor.

11             Your Honor, I have a couple notebooks I'd like to

12   hand up with the slide presentation.

13             THE COURT:  And to the extent anybody has any

14   telephones or any of those other annoying devices, could you

15   just please put them on silent or something so we don't

16   interrupt counsel while they're in the midst of their

17   presentations?  Thank you.

18             MR. CLEMENT:  Thank you very much, Your Honor.

19             My name is Alan Clement.  I'm with the firm of

20   Locke Lord Bissell & Liddell, and I represent Defendant

21   Apotex in this case.

22             Your Honor, we're here on the following issues:

23   Obviousness, nonenablement for lack of utility, secondary

24   considerations, nonenablement to the full claim scope, and

25   inequitable conduct.

CHARLES P. McGUIRE, C.S.R.

1          I'm going to be addressing the first three, and

2    then, as I said, Mr. Rakoczy will finish the opening

3    addressing the last two.

4          Invalidity, Your Honor, always starts with looking

5    at the patent claim, and the claim here is a method of

6    treating ADHD comprising administering to a patient in need

7    of treatment an effective amount of tomoxetine.  It's a

8    simple claim.  We haven't even had any disputes about --

9    Markman disputes about claim construction.

10         Claims 2 to 16 are dependent claims either

11   directly or indirectly from claim 1.  They really don't add

12   much, just a few details.  I don't think any of the parties

13   are asserting any of those details with regard to

14   obviousness.  We all pretty much agree they rise or fall

15   together.

16         Your Honor, we can't talk about obviousness

17   without looking at the Graham factors.  I'm sure you're

18   aware of them.  I just want to run through them briefly

19   here:  Level of skill in the art; scope and content of the

20   art; differences between the art, and the claims as issue,

21   and by following these factors, you avoid problems with

22   hindsight.

23         We also cannot talks about obviousness without

24   talking about the KSR case.  And one thing the KSR case did

25   was affirm that obviousness can be established by an

CHARLES P. McGUIRE, C.S.R.

1    obviousness to try standard.  In the KSR case, it said:

2    "When there is a design need and there is only a finite

3    number of identified, predictable solutions that leads to

4    anticipated success, we have invalidity based on obvious to

5    try."

6           If you turn back to the Graham factors, Your

7    Honor, the first factor is level of skill in the art.

8    There's really not much dispute about it.  It's a very high

9    level here.

10           Let's turn to the prior art, the scope of the

11    prior art, and the prior art that the Defendants are relying

12    on.

13           Okay.  What art is it the Defendants are relying

14    on?  We are relying on Donnelly in view of Bolden-Watson and

15    Fuller & Wong.  We rely on Donnelly to teach that

16    desipramine, which is another compound, it was an

17    antidepressant, but it was also used to treat ADHD, it

18    specifically blocks -- it operates by having a known

19    mechanism of selectively blocking norepinephrine reuptake,

20    and desipramine also was known to have less neuronal

21    receptor activity, which caused it to have fewer side

22    effects .

23           In combination with Donnelly, the Bolden-Watson

24    and Fuller & Wong references show that there was a known

25    compound at the time the '590 patent was filed known as

1    atomoxetine, and that like desipramine, atomoxetine had the

2    known mechanism to specifically block norepinephrine

3    reuptake, and also like desipramine, it had less neuronal

4    receptor activity and less side effects.  And this

5    combination, Your Honor, leads to the conclusion that the

6    '590 patent claims are obvious.

7              Let's turn to the Donnelly reference and take a

8    look at it briefly.

9              Your Honor, this is a picture of the Donnelly

10   reference.  It's a 1986 publication, and it discussed the

11   study for the efficacy of using desipramine to treat ADHD.

12   And right in the abstract, Your Honor -- and Dr. Berridge is

13   going to testify at length regarding this -- right in the

14   abstract, it says that the authors find desipramine to be

15   effective in treating ADHD.  That "DMI" in that top right

16   box, that's shorthand for desipramine.

17             In the bottom box, the abstract shows that the

18   authors also found why they thought desipramine treated

19   ADHD.  And they use these words:  "These data corroborate

20   previous findings on sympathomimetic effects..."  Your

21   Honor, as Dr. Berridge will explain, that's just a fancy way

22   of saying that the findings support that drugs with a

23   noradrenergic mechanism treat ADHD.  Noradrenergic and

24   noradrenaline -- norepinephrine, I'm sorry, are one and the

25   same thing.  There's no dispute about that.

1          Okay.  What else does Donnelly say?

2          It talks a little bit about receptor activity and

3    side effects.  On the second page of Donnelly, Dr. Berridge

4    will explain that desipramine has less receptor activity and

5    therefore has a reduced side effect profile than the other

6    TCAs.  Other than desipramine, there are other known

7    conducts like imipramine, nortriptyline.  They are known as

8    the TCAs.

9          So what Donnelly is saying, Your Honor, is that

10   desipramine is a better TCA for treating ADHD because it

11   works, and it has the benefit of less side effects.  This

12   leaves a person of ordinary skill in the art with the

13   thought that if I can find another drug with similar

14   norepinephrine reuptake inhibition properties and less

15   receptor activity, that also should be reasonably

16   anticipated to work to treat ADHD.

17         And was there another such drug out there?  Yes,

18   there was:  Atomoxetine, as taught by Defendant's secondary

19   references, Bolden-Watson and Fuller-Wong.

20         Let's first take a look at Bolden-Watson, Your

21   Honor.  This is DTX-22, and Dr. Berridge is going to speak

22   at length about this, and he's going to explain that

23   Bolden-Watson contains data from which the person of

24   ordinary skill in the art can conclude that atomoxetine,

25   like desipramine, has selective norepinephrine reuptake

1        inhibition properties.

2                The next reference Defendants rely on is Fuller &

3        Wong, and whereas Bolden Watson talked about the reuptake

4        selectivity, Defendants rely on Fuller Wong to talk about

5        the receptor activities and the reduced side effects.

6        Dr. Berridge is going to explain that this reference also

7        has data from which one can tell that atomoxetine has

8        reduced receptor activity and a reduced side effect profile.

9                So that takes us to the last Graham factor, the

10       differences between the prior art and the claims at issue.

11       And going back to my earlier chart, the only thing that the

12       prior art doesn't show is that atomoxetine had been used at

13       the time of the patent to treat ADHD.  It was never

14       explicitly described in the prior art.

15               However, Your Honor, it would have been obvious to

16       try atomoxetine for the treatment of ADHD because, under the

17       KSR obviousness to try analysis, desipramine was effective

18       in treating ADHD and it had the pharmacological mechanism of

19       being a selective norepinephrine reuptake inhibitor, and if

20       another ADHD treatment was desired, there were only a finite

21       number of selective norepinephrine reuptake inhibitors.

22       Atomoxetine was a known selective norepinephrine reuptake

23       inhibitor with low receptor activity, just like desipramine,

24       and a person of ordinary skill in the art would reasonably

25       expect atomoxetine with those similar selective

1   norepinephrine reuptake inhibition properties and even lower

2   receptor activity to work to treat ADHD.

3            Your Honor, that is obvious to try, and the prior

4   art therefore compels the conclusion that the '590 patent

5   claims are obvious and invalid.

6            I want to turn next to our invalidity based on

7   nonenablement utility argument.

8            Nonenablement utility, as Your Honor knows, comes

9   from the patent statute 35 U.S.C. 112 which requires an

10   inventor to show he had a useful invention at the time of

11   filing.  He cannot just file a patent application based on a

12   hypothesis or a research plan.

13            And what's interesting here, Your Honor, is the

14   interplay between obviousness and nonenablement utility.

15   It's created what I believe is an insoluble dilemma for

16   Lilly.  I know in Lilly's trial brief, they assert that

17   utility is not the flip side of obviousness; and while that

18   may be true, where a patent actually provides data showing

19   something's useful, it is not true when the patent's

20   completely devoid of any such data.  And that's exactly what

21   we have here, and that was the same as was the case in the

22   Federal Circuit decisions of In Re 318 and Rasmussen, among

23   others.

24            Lilly's dilemma is this:  The law under the 318

25   case is at the time you file your invention, you need to

1    establish utility, either by providing data or providing a

2    rationale as to why the invention has utility.  It is clear,

3    as Your Honor already found in the summary judgment rulings,

4    that the '590 patent does not have any data to show utility.

5    Thus, Lilly must rely on some sort of rationale to show

6    utility.  The only rationale for Lilly to rely on is the

7    teachings of the prior art, and, if the teachings provide

8    that rationale, then the patent is invalid for obviousness.

9    If the teachings don't provide that rationale, then there's

10   no utility to the patent.  So therefore, Your Honor, I think

11   you have to either find the patent obvious or invalid for

12   nonenablement, lack of utility.

13          If we take a look at the next slide, I think this

14   is very important, so I just want to point to, I want to

15   show you this in pictorial form as well.

16          As I've said, enablement requires either data in

17   the patent or rationale.  Here, there's no question there's

18   no data establishing utility in the patent.  Therefore,

19   Lilly needs to rely on the prior art.  And if the prior art,

20   as Lilly argues, does not demonstrate that it, atomoxetine,

21   is useful for treating ADHD, then we go up the right-hand

22   side and we find it invalid as not enabled.

23          However, if, as Defendants argue, the prior art

24   does teach that atomoxetine is useful for treating ADHD,

25   then it compels the conclusion that the patent is invalid

1    for obviousness.  It's an insoluble dilemma.

2              All right.  First, let's talk about whether the

3    patent did provide any data to establish utility.

4              And Your Honor did review this during the summary

5    judgment stage and came to the correct conclusion at page

6    five of your opinion which denied Lilly's request for

7    reconsideration that there was no data in the patent to

8    establish utility.  But I do want to walk through the

9    patent, I think it will be instructive, one portion at a

10   time.

11             The first portion of the patent is the field of

12   the invention.  It merely says that the invention belongs to

13   the pharmaceutical chemistry and psychiatric medicine

14   fields.  There's no data in there to support utility.

15             The next section is the background.  This mostly

16   talks about the stimulants that were used to treat ADHD and

17   the TCAs, including desipramine, that were used to treat

18   ADHD.  Of course, it omits talking about the teachings I

19   discussed, that selective norepinephrine reuptake inhibition

20   was important, but they did mention the TCAs.

21             So there's nothing in there for Lilly to rely upon

22   to show utility.

23             The next section is the summary of the invention.

24   It's merely a conclusory statement repeating the claim.  No

25   evidence of utility, not any help to Lilly.

1          The next section, "Detailed Description."  The

2     first paragraph of the detailed description just talks about

3     tomoxetine being a well-known drug and that it had selective

4     norepinephrine reuptake inhibition properties, just like we

5     discussed with the prior art.  But this is of no help to

6     Lilly in establishing utility.  There's no data there,

7     either.

8          Okay.  Let's take a look at the next paragraph on

9     the bottom of column one up to the top of column tow.  There

10    they say tomoxetine is a notably safe drug and its use in

11    ADHD is a superior treatment for that disorder.  So there,

12    they're trying to say that there is use.

13          Let's see what the inventor, Dr. Heiligenstein,

14    actually had to say about this paragraph.

15         (A videotaped deposition of Dr. Heiligenstein was

16    played as follows:

17          "QUESTION:  Let's go back to Exhibit 1, the

18    patent.  At the bottom of column 1, line 66, do you see it

19    says "Tomoxetine is a notably safe drug and its use in ADHD

20    in both adults and children is a superior treatment for that

21    disorder because of its improved safety."  Do you see that?

22          "ANSWER:  Yes.

23          "QUESTION:  How did you know that on January 11th,

24    1995?

25          "ANSWER:  I didn't.

1           "QUESTION:  What did -- what did you base that

2       statement on?

3           "ANSWER:  That is a statement that is prepared

4       through the Patent Office, and that is, from my

5       understanding, standard labeling that would be used in the

6       application for a patent."

7           (Playback stopped)

8           MR. CLEMENT:  In other words, he didn't know where

9       that statement came from, he just made it up.  It cannot be

10      used to establish utility.

11          Let's take a look at the next paragraph.  Now, it

12      seems like this one might show some utility.  It talks about

13      effective dose ranges that you can use of tomoxetine to

14      treat ADHD.  Let's see what Dr. Heiligenstein had to say

15      about this in his deposition.

16          (A videotaped deposition of Dr. Heiligenstein was

17      played as follows:

18          "QUESTION:  Now, if you turn to column 2, right,

19      line 7?

20          "ANSWER:  Column 2, line 7, yes, okay.

21          "QUESTION:  It talks about the effective dose of

22      tomoxetine for ADHD.  And it gives a slew of numbers there.

23      Do you see that?

24          "ANSWER:  Yes, I do.

25          "QUESTION:  Where do those numbers come from?

1          "ANSWER:  It's hypothesis.  It's based upon best

2     thinking, so to speak.  It was not based upon any

3     information that we had at the time regarding whether or not

4     it could be effective in ADHD, it's hypothesis."

5          (Playback stopped)

6          MR. CLEMENT:  I think that says it all, Your

7     Honor:  "It's hypothesis."  This paragraph has nothing about

8     utility.  It's just guessing.

9          Let's turn to the next portion of the patent.

10          This portion talks about potential dosage, you

11     know, forms that you could put the atomoxetine in.  It

12     doesn't say anything about treating ADHD.  It doesn't add

13     anything to the utility.

14          The next portion of the patent also doesn't add

15     anything to the utility.  This is just a copy of the

16     diagnostic criteria for ADHD from a book known as the DSM,

17     the Diagnostic Statistical Manual of Mental Disorders.  And

18     that just carries over on to the next page.  It's a long

19     definition, so it takes up another half of another column of

20     this patent.

21          Let's continue to look at the next column of the

22     patent or the next portion of the patent.

23          Here, Dr. -- or the inventors continue to talk

24     about the disease, how it's made up of two components, how

25     it can continue from childhood into adolescence into

1   adulthood, and then it talks about at the bottom there that

2   tomoxetine is effective in the treatment of ADHD even though

3   the situation of the treated patient may be complicated by

4   comorbidity with one or more additional disorders.

5          Well, Dr. Heiligenstein has some interesting

6   testimony on that one as well.

7          (A videotaped deposition of Dr. Heiligenstein was

8   played as follows:

9          "QUESTION:  And then you go on to say, "Tomoxetine

10  is effective in the treatment of ADHD, even though the

11  situation of the treated patient may be complicated by

12  co-morbidity with one or more additional disorders.

13         "Do you see that?

14         "ANSWER:  I do.

15         "QUESTION:  How did you know that -- what was the

16  basis for that statement in January 1995?

17         "ANSWER:  Well, there is no scientific data that

18  supports that.  It's part of a patent application process.

19         "QUESTION:  So you had no scientific data to

20  support that when you filed this application, correct?

21         "ANSWER:  No scientific data from tomoxetine

22  studies.

23         "QUESTION:  Okay.  So you didn't know that

24  statement was true or not, it was just part of the

25  application process; is that your testimony?

1          "ANSWER:  My testimony would be that that is part

2     of the filing of an application.

3          "QUESTION:  That this statement just goes in there

4     because you're filing an application; that's your testimony?

5          "ANSWER:  I would have to defer to patent attorney

6     experts as to how these patents are prepared.

7          "QUESTION:  Okay.  When you write an article for a

8     peer-reviewed journal that your name is going to go on, do

9     you want to know every statement in there, you know to be

10    true?

11         "ANSWER:  It's very different writing a scientific

12    article from writing a legal document."

13         (Playback stopped)

14         MR. CLEMENT:  Your Honor, I think that last bit of

15    testimony is particularly compelling.  He in fact had no

16    basis for this patent, and he was just making the statements

17    in there without regard to the truth.

18         The next two paragraphs of the patent, they merely

19    talk about the issues that ADHD causes in people's lives and

20    the needs for treatment of ADHD.  Then there's some

21    conclusory statements about the methods.  There's no basis

22    here to establish utility, more just boilerplate hoped-for

23    statements.

24         And the last portion of the patent, of course, is

25    the claims.  Those are just conclusory statements, nothing

1    to establish utility.

2             Your Honor, as you can see from this brief summary

3    of the patent, you correctly found that there was no data in

4    the patent to establish utility.  It was all hypothesis.

5    And the law is that hypothesis cannot support the utility

6    needed for a patent application.

7             Your Honor's decision was based on longstanding

8    Federal Circuit law that unproved hypotheses or research

9    plans are not proper subject matter for patents, and that's

10   from the In Re 318 case, citing to the Rasmussen case.

11   There is no question, Your Honor, that this invention was

12   not based on anything other than unsupported hypothesis.  I

13   showed you a few clips from Dr. Heiligenstein's deposition,

14   but in his deposition, over 30 times, he said his invention

15   was based only on hypothesis.

16            And it wasn't only Dr. Heiligenstein who said

17   there was no utility at the time of filing the application.

18            Lilly's own expert, Dr. Pliszka, in deposition

19   said he would have told Heiligenstein his hypothesis was

20   wrong.  He says right there at his deposition transcript,

21   page 601:  "Right, because at the time I would have said

22   you're wrong.  Dr. Heiligenstein's model is not a good

23   model.  I think that's what most people were seeing.

24            So what does Lilly want to rely on for utility?

25            They want to rely on this Mass. General Hospital

CHARLES P. McGUIRE, C.S.R.

1    IND study.  The problem with that, Your Honor, is that it

2    took place after the filing of the patent, and Your Honor

3    has already considered whether post-filing data can

4    establish utility for the '590 patent, and Your Honor

5    correctly answered that as a no in your decision on Lilly's

6    reconsideration motion.  That is the law of the case, and

7    Lilly has no other data.

8          Lilly having struck out with the results of the

9    MGH IND study now seeks to say there was some utility known

10   before based on an IRB review.  An IRB review is an

11   Institutional Review Board that merely reviews proposed

12   studies to make sure that they're ethical, that they're

13   going to be safe.  It's based on things like the Nuremberg

14   Code.  But in any event, the IRB is insufficient to

15   establish utility because it was never given to the Patent

16   Office.  As Your Honor correctly held in your amended

17   opinion regarding the summary judgment motions, information

18   not given to the Patent Office cannot be used to establish

19   utility.

20         And, Your Honor, even after the MGH IND study was

21   completed, let alone some IRB review, Dr. Heiligenstein

22   himself still did not believe he had made an invention.

23         In his deposition at page 127, he told us:

24         "I wasn't even sure after that study -- " --

25   meaning the MGH IND study -- " -- that in the targeted

1    population, the primary population to be targeted for

2    treatment, that we could prove the hypothesis."

3            So I think it's clear the patent, Your Honor,

4    doesn't have information needed to establish utility.

5    Dr. Heiligenstein said over and over and over again that it

6    was a mere hypothesis, that he wasn't sure it would work.

7    Lilly's own expert said it wouldn't work.

8            This case is just like the In Re 318 case that

9    Your Honor correctly discussed in the summary judgment and

10   reconsideration opinions.  And if the '590 patent is not

11   obvious, it is invalid for nonenablement for failure to

12   establish utility.

13           As the courts have long held, Your Honor, a patent

14   is not a hunting license.  It is not a reward for the

15   search, but compensation for its successful completion.

16           At the time the '590 patent was filed, Lilly and

17   Heiligenstein were still involved in the search.  They had

18   not completed the invention.

19           Okay.  Now I want to turn back to -- turn briefly

20   to secondary considerations, Your Honor, sometimes viewed as

21   the fourth Graham factor.

22           I have a list here of the ones that Lilly is

23   relying on.  I don't think that any of these -- none of

24   these have any merit, but I do want to address a few here

25   for your convenience.

1          On Lilly, we're not sure, they may rely on

2   commercial success and/or long-felt need.  We're not sure at

3   this point in time.  But Lilly's own documents say the

4   product was not successful and did not satisfy any long-felt

5   need.

6          I have here up on the screen, Your Honor, DTX-413.

7   It's a page taken from Lilly's global development plan.

8   It's a couple of statements that they pulled from some

9   studies, Strattera benefit studies I guess that they had

10  done.

11          And I think the middle one is compelling.  It

12  says:  "What I don't have now is a kid that walks in my door

13  and I say 'That's a Strattera kid.'"

14          If that's what the doctors are saying, this is not

15  a successful proved satisfying a long-felt need.

16          And the bottom one:  "Some physicians feel

17  embarrassed or that they need to apologize when patients

18  invest time in Strattera with no result."

19          This is on a Lilly document.  If that's what the

20  doctors are saying, this is not a successful product, not

21  satisfying any long-felt need.

22          Your Honor, you're also going to see some call

23  notes.  These provide further evidence that the product was

24  not a success.  A call note is when a representative goes to

25  visit a physician, it's what he writes down about his, you

1    know, sales call after the visit.  And we looked at

2    thousands of these, Your Honor, and our experts,

3    Mr. Boghigian and Dr. Staller, are going to testify about

4    these.  And on the slide here is a sample of three, but

5    there were many, many more.

6            The first one:  "Strattera is a disaster."  This

7    doctor is overall disgusted with the company and the reps.

8    The second one said that Strattera wasn't word a damn, and

9    the third one, well, that doctor left it to expletives to

10   describe what he thought of Strattera.

11           Finally, Your Honor, I'm going to talk about no

12   unexpected results.

13           Lilly is relying on a whole litany of unexpected

14   results, mostly things like, the kids can't fall asleep at

15   night, they lose their appetites when they take stimulants.

16   Stimulants needed to be dosed twice a day back then.

17           The problem with that is that's a legally wrong

18   standard to apply.  When you look at unexpected results, you

19   compare it to the closest prior art, not the prior art of

20   Lilly's choosing.  The closest prior art, Your Honor, is the

21   desipramine prior art.  That's what Defendants are relying

22   on.  And those alleged unexpected results are not

23   improvements over desipramine.  Desipramine didn't cause the

24   kids to stay up at night.  Desipramine did not cause the

25   kids to lose their appetite.  Desipramine could be dosed

1    once a day.  And any advantages, Your Honor, that

2    atomoxetine does have over desipramine based on some lower

3    side effects, that was all known at the time of the

4    invention.  It's not unexpected.  Lilly had tested this drug

5    in depression and urinary incontinence.  The properties, the

6    side effect profile of Lilly's drug was known at the time of

7    filing.

8             I'm now going to pass my time over to Mr. Rakoczy.

9             Thank you, Your Honor.

10            MR. RAKOCZY:  Thank you, Your Honor.

11            William Rakoczy on behalf of Defendant Aurobindo

12   Pharma Limited.

13            I will speak briefly this morning to the two

14   remaining issues for trial, the first one being lack of

15   enablement to the full scope of the claims, the second one

16   being unenforceability for inequitable conduct.

17            The first, really quickly back to enablement, Your

18   Honor.

19            Just as the patent must establish a credible

20   utility as of the filing date, it must also teach the person

21   of ordinary skill how to make and use that invention to the

22   full scope of the claims without undue experimentation.

23            And as you've just heard, that is really part of

24   the critical quid pro quo of the patent bargain, Your Honor.

25   In exchange for roping off the field as Lilly has done here,

1    they have to provide an enabling disclosure, and it has to

2    be sufficient enough such that when the skilled person reads

3    it, they know immediately that the invention would work, and

4    they have to know how to make and use it to get it to work

5    without undue experimentation.

6           Now, what experimentation is undue?  For that, the

7    courts look to a variety of Wands factors.  I'll take the

8    Court through just a few of them here, Your Honor, but

9    suffice it to say that the evidence here is going to show

10   that all weight is decidedly against Lilly and in favor of a

11   finding of undue experimentation.

12          The first two Wands factors are very

13   straightforward and simple, nature of the invention and

14   breadth of claims.  Here, the invention, again, is

15   straightforward, the use of atomoxetine for treating ADHD.

16   But it's the breadth of claims here that is even more

17   critical because they cover any conceivable dosage form and

18   any conceivable form of atomoxetine at the time of filing.

19          This is just a representative list, Your Honor,

20   from Lilly itself of the possible dosage forms that fall

21   within the scope of these claims.  Again, this is not

22   exhaustive, this is just some of them.  There are these and

23   many more known in 1995, including those like depot

24   injections at the bottom that are pointed out specifically

25   in the specification.

1              And then we get to the forms of atomoxetine.

2        There's even more forms of the drug itself, because we're

3        not just talking about tomoxetine on its own; we're talking

4        about any form of atomoxetine, including all of its

5        pharmaceutically acceptable salts.  Again, this is a list, a

6        representative list, not exhaustive, from Lilly, and it

7        comes out of Lilly's own compound patent for the '081 patent

8        that shows all these different forms of atomoxetine.  So we

9        have extraordinarily broad claims here.

10             Now, Lilly is going to stand up here and tell

11       Your Honor you don't need to worry about any of this.  You

12       can just focus solely on the preferred tablet and capsule

13       form.

14             But that's besides the point, Your Honor.  A

15       patent is not enabled just because it enables some so-called

16       preferred form.  It has to enable every single mode of

17       practicing the invention, particularly when the

18       specification calls out some very specific dosage forms.

19       You have to enable all of them.  You can't just say, I did

20       one, don't worry about the rest, because, again, remember,

21       when the person of skill reads this, he has to be able to

22       figure out how to make it work in all of its forms, and that

23       specification here simply doesn't do that, which leads to --

24       let me back up a second, Your Honor.

25             It also bears repeating that the risk of these

1    broad claims falls on Lilly, not the Defendants.  The

2    Federal Circuit has repeatedly warned patentees, be careful

3    of what you ask for when you get broad claims because, when

4    you get them, you have to be prepared to meet the challenge

5    that they're enabled to the full scope.

6            And again, here, that's a challenge we think Lilly

7    cannot meet given how flimsy this disclosure is.

8            Which is the next Wands factor, which is the

9    guidance or direction in the specification as well as the

10   presence or absence of example.  And this is easy, Your

11   Honor.  We could read this specification aloud together in

12   less than a couple of minutes, but there's no point in it

13   because you can look at the summary of the invention, the

14   background of the invention, the field of the invention and

15   none of them say anything about dosage forms, let alone how

16   to make and use them.  Even if we go to the details section,

17   misnamed as it is, all we get is a laundry list of dosage

18   forms, tablets, capsules and the like, injectable solutions,

19   depot injections, suppositories and the like.  It just names

20   them.  It doesn't given anyone a clue how to make or use

21   them.

22           Now, Lilly is not going to get up here and defend

23   the content of the specification.  They can't, because it

24   admittedly does not teach how to make all these things.

25           What Lilly is going to do instead is they're going

1    to say, Don't worry about the specification, toss it aside,

2    because the knowledge of one of ordinary skill in the art in

3    1995 would allow that person to use routine testing to make

4    all of these covered dosage forms.

5         But there's a problem with that, Your Honor, and

6    that's kind of the rub here and the sleight of hand the

7    Court has to be wary of, because the Federal Circuit doesn't

8    allow you to toss out the specification and rely solely on

9    the knowledge of one of ordinary skill to enable a patent.

10   You can't do that.  You have to have an enabling disclosure

11   per se to be sure the knowledge of one of ordinary skill can

12   fill in very minor gaps, but repeat, very minor.  You can't

13   just toss the specification and say a person of ordinary

14   skill has enough knowledge, they don't need an enabling

15   disclosure.  You can't do that, and the Federal Circuit has

16   repeatedly held that, including a recent case that is on all

17   fours with this one, Alza v. Andrx, which I'll get to in a

18   moment.

19        Now, the final couple Wands factors, the presence

20   or example -- or presence or absence of working examples,

21   again, that's an easy one.  There's nothing here at all, no

22   examples of any kind.

23        And then the last factor I think is very telling.

24   It's the quantity of experimentation.  And here, Your Honor,

25   you're going to hear from the Defendant's expert, Dr. James

1      Johnson, an expert in formulation with over 40 years of

2      experience in this field.  And as you can see just from this

3      slide, which Dr. Johnson will explain in more detail, this

4      is just the preformulation steps necessary to make a depot

5      injection.  And all these steps are doing is getting you to

6      the proper form of atomoxetine for the active ingredient.

7      It involves a very complex iterative trial and error process

8      of multiple stages of making the drug and testing the drug,

9      and again, this is just to get to the active ingredient to

10     use.  We're not even formulating a dosage form yet.  This

11     process alone can take years and millions of dollars.

12          Then we get to the actual formulation stage,

13     which, again, this is just a representative example of a

14     depot injection, not all the other possible examples.  And

15     again, here, once we get the active ingredient, as

16     Dr. Johnson will explain, we now have to go through the

17     formulation steps.  Multiple formulations have to be made.

18     They have to be tested in vitro and in vivo.  Again, for a

19     depot injection alone, this is a process that can take at

20     least two to five years and many millions of dollars.  This

21     is no routine process, as Lilly says; it is a very complex,

22     iterative trial and error process.  And in fact, these depot

23     injections are so complex that only a handful of these

24     things have ever been developed in the U.S.  So undue

25     experimentation in the extreme.

1          And, in fact, the type of iterative trial and

2    error process that's involved here is exactly the kind of

3    process that the Federal Circuit recently held amounted to

4    undue experimentation in an almost identical case.  That's

5    the Alza v. Andrx case, which involved one of the world's

6    top-selling ADHD medications, Concerta.  Now, Concerta

7    contains the stimulant medication methylphenidate.  The

8    patent there was also a broad method of use patent which was

9    directed to a method of treating ADHD with a methylphenidate

10   that provides an ascending release rate.  The Court broadly

11   construed the claims to cover any methylphenidate dosage

12   form that provides that rate.  The problem was, the

13   specification only identified a very particular release

14   mechanism called an osmotic dosage form.  Otherwise, it just

15   gave a laundry list like the specification here of other

16   non-osmotic dosage forms but didn't say anything about how

17   to make or use them.

18          Now, much like Lilly here, the brand company there

19   argued that you don't need to worry about the spec; you can

20   rely on the knowledge of one of ordinary skill in the art

21   even with our minimal guidance in our specification.  Again,

22   the Federal Circuit rejected that because you can't solely

23   rely on the knowledge of one of ordinary skill.  You have to

24   rely on the enabling disclosure.  And even if you could, the

25   iterative trial and error process involved in that case

1    amounted to undue experimentation.  That's exactly what

2    we've got here.  We've gotten even broader claims in this

3    case, no guidance or direction in the spec, no working

4    examples, very complex trial and error iterative process to

5    get to these formulations and certainly to get to all of the

6    conceivable dosage forms, and on top of that, again, we get

7    no guidance whatsoever.  And as a matter of law, the Court

8    can't just go back to the knowledge of one of ordinary

9    skill.

10        In the end, this specification is so flimsy, all

11   it's doing is an invitation to the person of ordinary skill,

12   saying, Hey, I've got an idea to use this for atomoxetine,

13   now why don't you go out and try to find out how to use it?

14        That's the epitome of a nonenabling disclosure.

15        Now, the last issue, Your Honor, inequitable

16   conduct or unenforceability of the claims.

17        Your Honor has already identified the withheld

18   prior art references in the summary judgment opinion.  Just

19   briefly, they are now known in the record as the Board

20   opinion, which is an opinion of the Patent Board of Appeals

21   and Interferences rejecting -- or affirming the rejection of

22   analogous claims for the same rationale used to reject the

23   '590 patent claims here, and secondly, the so-called

24   tandamine reference, which was from a European search report

25   issued during the prosecution of the foreign counterpart to

1    the '590 patent.  That search report identified the

2    tandamine reference as a particularly relevant or what is

3    known as a wide reference.

4           Now, I think it's important to put these in

5    context, Your Honor, and discuss very briefly what is not in

6    dispute here.

7           first off, there's no dispute that Lilly's patent

8    attorneys, Joseph Jones and Robert Titus, neither of which I

9    believe will show up for trial here, were aware of these

10   references.  They were intimately involved with the

11   prosecution of this patent.  They did not disclose these

12   references to the Patent Office, and I believe they both

13   acknowledged their duty of candor and utmost good faith as

14   well as a knowledge of the MPE regulations governing patent

15   examinations.

16          Now, materiality and intent.  Quickly, on the

17   Board reference, it would be an understatement to say that

18   this would be important to a reasonable examiner.  As

19   Mr. Goolkasian will testify, who spent over 10 years on the

20   Patent Board himself, what's important about the Board

21   opinion is not necessarily that it are involves a patent on

22   a method of using atomoxetine for urinary incontinence, but

23   the rationale used to reject that patent, which is the same

24   rationale used in the '590 patent, namely, that tomoxetine

25   was a known inhibitor of norepinephrine reuptake, and that

1      such reuptake was known in the prior art with compounds like

2      the TCAs to be effective in treating urinary incontinence.

3      The same rationale was used by the '590 patent examiner

4      here.   Tomoxetine is known as a norepinephrine reuptake

5      inhibitor, and such reuptake in the TCAs was known to be

6      effective in treating ADHD.  Had the Patent Examiner for the

7      '590 patent actually had this Board opinion, he likely never

8      would have let these claims issue because he would have seen

9      that his rationale had been upheld by a binding Bored

10     opinion.

11           And from the circumstances of these

12     nondisclosures, intent to deceive can easily be inferred.

13     Attorney Jones was not only aware of the Board opinion.  He

14     handled it.  He actually briefed it.  And then he went about

15     doing everything in his power to try and wipe it off the

16     books.  He actually went and tried to withdraw it, which is

17     an extremely rare occurrence.  People rarely even ask for

18     this kind of relief.  They never get it.  But he wanted it

19     gone.  Why did he want it gone?  Because he knew it could be

20     harmful to other cases on atomoxetine.

21           In addition, Lilly's likely going to tell you that

22     reference is not relevant, or that Jones didn't think it was

23     relevant because it dealt with urinary incontinence.

24           Also not true, Your Honor.  Jones was already

25     submitting references on urinary incontinence.

1          So the only reasonable inference so be drawn here

2     is that while Attorney Jones was perfectly willing to show

3     the Patent Office other references on urinary incontinence,

4     he was doing everything in his power to hide that Board

5     opinion.

6          Now, just quickly, Your Honor, the tandamine

7     reference.  Again, admittedly material.  In addition to

8     refuting an argument in favor of patentability by Lilly,

9     namely, that the TCAs were somehow nonselective or dirty

10    drugs, the tandamine reference directly refutes that.

11    Everybody else in the world, including Titus, thought that

12    this reference was material.  The European Patent Office

13    issued this search report saying that it's particularly

14    relevant.  This reference was actually used in part to

15    reject claims of the foreign counterpart to the '590 patent,

16    and Attorney Titus himself thought it was relevant because

17    he gave it to the Canadian Patent Office.  He has no excuse

18    for not giving it to the U.S. office.  A good patent

19    attorney, mindful of his duty of disclosure, always, always

20    submits these particularly relevant search reports to the

21    U. S. Patent Office.  In fact, that's why Titus had a

22    regular custom and practice of giving these things to the

23    Patent Office.  But he didn't do it here.  The only

24    inference to be drawn is he knew it was relevant since he

25    gave it to the Canadian Patent Office.  He had a custom and

42

1    practice of giving it to the U. S. Patent Office but

2    mysteriously decided not to give this one over.  The only

3    inference is, again, that he was hiding this reference from

4    the Patent Office.

5           So we think that the Court will see evidence from

6    which materiality can be proven by clear and convincing

7    evidence and from which a strong inference of intent to

8    deceive can be inferred.

9           In sum, Your Honor, the Defendants respectfully

10   request that the Court hold the '590 patent invalid and

11   unenforceable.

12          Thank you, Judge.

13          THE COURT:  Thank you.

14          Mr. Lipsey?

15          MR. LIPSEY:  Thank you, Your Honor.

16          Charles Lipsey, Finnegan Henderson, for the

17   Plaintiffs Eli Lilly and Company.

18          And as is the custom, I have copies of my slide

19   presentation, which, with the Court's permission, I will

20   hand up, and with the Court's permission I will give to the

21   Court Reporter since it may facilitate transcription.

22          THE COURT:  He needs all the help he can get.

23          (Laughter)

24          MR. LIPSEY:  We're here about Strattera.  The name

25   is atomoxetine.  It was called at the time tomoxetine, and

CHARLES P. McGUIRE, C.S.R.

1    for consistency with the documents, I will refer to it as

2    tomoxetine.

3           It was the first FDA-approved nonstimulant ADHD

4    drug.  And as much as the Defendants wish to denigrate that

5    fact, that was a big deal, Your Honor.

6           And we're here now to determine whether or not the

7    patent on it is invalid.  And the time is gone for

8    accusation and innuendo, and the time is here for the

9    presentation of clear and convincing evidence.  It is their

10   burden to prove their allegations by clear and convincing

11   evidence, and we believe they will be unable to do so.

12          Now, here are some of the advantages and benefits

13   of Strattera.  They're right off the label.

14          It's approved for use in children.

15          Now, why is that important?

16          It's important, Your Honor, because desipramine,

17   the stated principal prior art, was not recommended for use

18   in children because of potential dangerous cardiac side

19   effects that I'll discuss in a minute.

20          It's also approved for adults.  It was the first

21   ever medication in the United States approved for the

22   treatment of adult ADHD.

23          Those next three items, lack of abuse potential,

24   not a Schedule II controlled substance, and once a day

25   dosing are huge practical benefits of parents of children

1    with ADHD children, and those are actual practical benefits

2    for those.

3            The last one, approved for maintenance and

4    extended treatment, also has significance because the

5    evidence will show that the prior art tricyclic

6    antidepressants were described as losing effectiveness over

7    time.

8            Now, there are 10 Defendant corporations on the

9    caption of this case, all of whom are lined up to copy this

10   drug.  And while you will hear them tell you what a terrible

11   drug it is, that objective fact speaks volumes about its

12   merit.  The fact that they sifted through one million call

13   notes in order to find the three that they showed you proves

14   nothing.

15           The fact of the matter is, the FDA has found the

16   drug to be safe and effective for these uses, and that is

17   the end of it.

18           Now, let's talk about obviousness.  And I would

19   like to highlight the fact that the obviousness analysis is

20   one in which hindsight is forbidden.  It is the great enemy

21   of a proper analysis.  And even under KSR, it is the enemy

22   of a proper analysis.  And hindsight is exactly what the

23   Defendants have done, because when they showed you the scope

24   and content of the prior art, they didn't show you the whole

25   scope and content of the prior art.  They showed you the

1    selected bits and pieces of it that they thought fit

2    together with hindsight to suggest the invention.  And the

3    fact of the matter is, when you see the totality of the

4    prior art, as I will preview for the Court, the conclusion

5    of exactly the opposite is drawn.

6              So where do we start?

7              We start with the question of how is it obvious to

8    decide what's going to be a good medication for a disease

9    when you don't know what the cause of the disease is?  And

10   the cause of ADHD was unknown and complex.

11             This McCracken reference; this is from a group at

12   the National Institutes of Mental Health.  It was in the

13   center of the development of treatments for ADHD in the

14   1980's and early 1990's, and even in 1991, and it's true

15   today, as yet, there is no consensus on the precise

16   mechanism of action of ADHD's most commonly prescribed

17   treatment, or of the etiology of ADHD itself.

18             And why not?

19             Here is from Donnelly, their principal reference,

20   Your Honor:  "The literature describing the neurochemistry

21   of learning and memory is voluminous, complex, and often

22   contradictory," and Your Honor will see that.

23   "Noradrenergic, dopaminergic, cholinergic, serotonergic,

24   peptide, and neurohormonal systems - both central and

25   peripheral - have been implicated in various cognitive

1    processes."

2              And that's part of the prior art, Your Honor.

3              Now, what was in the prior art?

4              There were a whole variety of ADHD drugs in the

5    art, I have them illustrated here, and they worked in a

6    whole bunch of different ways.  There were stimulants.

7    There were inhibitors of the enzyme that breaks down these

8    monoamine transmitters.  There were mixed dopamine and

9    norepinephrine reuptake inhibitors, there were the tricyclic

10   antidepressants, which I'll talk about in minute, which had

11   a very broad and diverse pharmacology, and there were these

12   molecules, so-called alpha-2 receptor agonists that bound

13   specifically to receptors, and we will see, as you've been

14   told, tomoxetine doesn't bind to receptors.

15             So what else do we know?

16             Their whole thesis is, Oh, it was norepinephrine.

17   A norepinephrine uptake inhibitor is all you need to treat

18   ADHD.

19             And the problem, Your Honor, is, people who

20   thought very deeply and very long on this had rejected that

21   hypothesis.

22             Here is Donnelly, their reference:  "It is most

23   probable that both noradrenergic -- " -- meaning

24   norepinephrine -- " -- and dopaminergic mechanisms are

25   involved in the mediation of stimulant-induced behavioral

CHARLES P. McGUIRE, C.S.R.

1     improvement in ADDH."

2           Here is Zametkin & Rapoport, again from that

3     central group at NIMH.  What did they conclude?  "It is

4     clear by now that the array of effective agents has put to

5     rest any single transmitter hypothesis."

6           And what else did they conclude in summary:

7     "Alteration of noradrenergic function appears necessary but

8     not sufficient -- " -- Your Honor, not sufficient -- " --

9     for clinical efficacy."

10           You didn't see that slide when they put theirs up.

11           Moreover, the role of norepinephrine was unclear.

12           Here again, this is the Shenker reference.  It's

13     cited 12 times in the two reports of their expert.  It is a

14     detailed review of the literature at the time of 1992, and

15     it points out that even then, the relative roles that

16     dopamine and norepinephrine play in the therapy of ADHD are

17     still unresolved, and they are unresolved today, Your Honor.

18           And why?

19           There were confusing signals in the prior art.

20     There was a compound called mianserin.  Mianserin was

21     thought to enhance the release of norepinephrine from nerve

22     terminals and create more norepinephrine in the synapse,

23     just the way uptake inhibition does.  And what happened?

24     They tested it for ADHD and it didn't work.  That's the

25     conclusion that Langer reached.

1          And then we have opposite conclusion in the prior

2     art.  There was a molecule called clonidine that was

3     reported at that time to decrease norepinephrine.  But what

4     happened when they tested it?  It turned out to be

5     apparently effective in ADHD.

6          So the point is that norepinephrine was not the

7     answer.  The single neurotransmitter hypothesis had been

8     rejected.

9          How about desipramine?

10         Desipramine was quite a complicated molecule, as

11    were all of the TCAs, and its mechanism of action was

12    uncertain.

13         Here is Dr. Biederman from the MGH publishing in

14    1999 an absolutely unambiguous statement, which, again, you

15    were not shown in their opening:  "The pharmacological

16    mechanism of action of DMI -- " -- that's desipramine

17    -- " -- in ADDH remains unknown."

18         Here's their Donnelly reference.  Why was it

19    unknown?  It didn't just interact with norepinephrine.  It

20    had been shown to affect other neurotransmitters centrally.

21    From their own reference, Donnelly.

22         And why?  This is Ross Baldessarini, the

23    pre-eminent expert at the time on antidepressants,

24    discussing the tricyclic antidepressants, of which

25    desipramine was a prototypical example:  "In addition to

1    blocking the uptake of norepinephrine -- " -- which is all

2    they're talking about -- " -- the tricyclic-type

3    antidepressants exert complex effects on the metabolism,

4    receptors, and functions of monoamines in the brain.  It is

5    unfortunate that the drugs used to treat patients at

6    increased risk of suicide are so toxic and potentially

7    lethal."

8         And that was a major problem with the tricyclic

9    antidepressants.

10        And it was reflected in the FDA approvals of the

11   day.  Desipramine, the holy grail that is now being held up

12   here as the answer to everything, in fact was not

13   recommended for use in children.  There was specific

14   reference to the cardiovascular risks, and, in fact, there

15   had been instances of sudden death with the use of

16   desipramine which greatly contraindicated its use.

17        Now, we will come back to that in a minute.  But

18   before we go, it is alleged that because you can see in the

19   literature references to desipramine as a selective

20   norepinephrine uptake inhibitor, well, of course that meant

21   that tomoxetine should be used for the same purpose.

22        But that's not what the prior art taught, Your

23   Honor.  What the prior art taught was that desipramine was

24   relatively selective compared to the other TCAs.  And that,

25   again, is from the Biederman 1989 reference.  There was a

1    similar statement in the Donnelly reference that they showed

2    you.   Only relatively specific.

3             And how do we know that?

4             Well, there's data from Dr. Cusack in 1994 where

5    he measured the affinity of these various drugs for these

6    receptors, and you can see desipramine is in red, imipramine

7    is in blue, and that relative to imipramine, it is

8    relatively selective.   It does not have as much activity at

9    these receptors as the other TCAs, but it still has

10   significant utility.

11            And that was the recognition of people working in

12   the field who knew.

13            This is Dr. Spencer.   Drs. Biederman and Spencer

14   were the ones at MGH who actually tested atomoxetine:

15            "QUESTION:   And desipramine is also a selective

16   norepinephrine reuptake inhibitors?

17            "ANSWER:   No, it's not selective.   It has some

18   noradrenergic action, and then some action on lots of other

19   systems, so it's distinctly not selective."

20            And that, after all, is the point Baldessarini had

21   made:   They do lots of things.

22            Dr. Biederman, to the same effect:

23            "ANSWER: ...it's a dirtier drug," has other

24   effects on other neurotransmitters.

25            As to norepinephrine:   "It's more than other

CHARLES P. McGUIRE, C.S.R.

1    tricyclics, but not selective."

2         Moreover, desipramine's broad actions were

3    implicated in its activities.  Again, from people who were

4    in a position to know, Dr. Biederman was asked about TCAs,

5    and he says:

6         "The TCAs have been found empirically in studies

7    to work in children with ADHD.

8         "Why?

9         "Well, we don't know why.  I think sometimes we

10    know that things work, and it takes a long time to

11    understand the why.  The try six clicks tend to have a very

12    broad effects of various neurotransmitters, norepinephrine,

13    serotonin, histamine, et cetera, et cetera."

14         And this point is picked up in spades, Your Honor,

15    in the Shenker review.  Again, in 1992:  "Any discussion of

16    the efficacy of imipramine and desipramine in ADHD must

17    include the fact that, unlike amphetamine, they are fairly

18    potent antagonists of the alpha-1 adrenergic receptor and

19    certain other brain receptors.  Whether these properties

20    contribute to or detract from the clinical efficacy remains

21    to be seen."

22         And that experiment, Your Honor, had not been done

23    as of the filing date of this patent.

24         Now, into that milieu comes tomoxetine.

25         Tomoxetine, in contrast, is a truly selective

CHARLES P. McGUIRE, C.S.R.

1    norepinephrine reuptake inhibitor, and it was pitched as

2    such and touted as such the day it came into the literature.

3         This is the Wong 1982 publication talking about an

4    inhibitor of "Norepinephrine Uptake Devoid of Affinity For

5    Receptors in the Rat Brain."  And that was the major

6    distinction from the day that the properties of this

7    molecule were laid out for people of ordinary skill in the

8    art.

9         And again, Cusack tells us why.  We have here the

10   graph that I showed you comparing imipramine and

11   desipramine, and it also has the data for tomoxetine on

12   there.

13        And I know what you're thinking:  It's missing.

14        It's not missing, Your Honor.  You just can barely

15   see it or not see it at all because it is so much different

16   from desipramine.

17        Now, even if you double the scale and look at

18   desipramine only, you can barely see the effects of

19   atomoxetine.  And that is why tomoxetine is not son of

20   desipramine or desipramine two or desipramine redux; as

21   you've heard, it was a fundamentally different kind of drug.

22        And, Your Honor, the thing that their evidence

23   will simply be unable to explain and the clearest, most

24   objective indication of why this invention is not obvious is

25   the 13-year delay between the time desipramine -- excuse me,

53

1    atomoxetine's properties as a truly selective norepinephrine

2    reuptake inhibitor were described in the literature and the

3    time its benefits in ADHD were recognized.  If it were, in

4    fact, so obvious to use it, it would have been mentioned,

5    and it was not.

6              And then the question is, why not?

7              Well, the prior art answers that question, too,

8    Your Honor.  The prior art taught away from truly selective

9    norepinephrine reuptake inhibitors.  Specifically, it

10   focused on other types of drugs.

11             Now, what they've done in their opening, they've

12   tried to freeze time back in 1984, or 1986.  But the fact of

13   the matter is, time moved on and the art moved on, and the

14   art moved on without selective norepinephrine reuptake

15   inhibitors, and that's clear from the literature.

16             Here again, Zametkin and Rapoport, future

17   directions.  What are they suggesting?  A combination of

18   dopaminergic and noradrenergic agents.

19             That's not tomoxetine.

20             Mefford and Potter from that same group at the

21   NIMH:  "The ideal therapeutic agent for treatment of

22   hyperactivity would show a high degree of specificity for

23   uptake into noradrenergic terminals and storage vesicles and

24   possess potent MAO type A activity," and that's not

25   tomoxetine.

CHARLES P. McGUIRE, C.S.R.

54

1          McCracken from the same group in 1991.  This model

2     would predict that B-HT 920, a selective dopamine

3     autoreceptor agonist drug that also possesses alpha-2

4     adrenergic agonist properties would be equivalent to

5     stimulants.  And that's not tomoxetine either, Your Honor.

6          Shenker in 1992, reviewing the field.  Under the

7     heading of New Drugs:  "It may very well be that increased

8     synaptic availability of both dopamine and norepinephrine is

9     required," and that's not tomoxetine, Your Honor.

10         Under the heading of New Drugs, he talks about a

11    drug called Nomifensine.  People had high hope for it

12    because it blocked both dopamine and norepinephrine.  It was

13    found to be toxic, as many of these drugs are.

14         And what does he say?  He says new drugs that are

15    both potent blockers of both dopamine and norepinephrine

16    uptake systems have been described elsewhere.  And that is

17    not tomoxetine.

18         Other publications.  For example, the Steere

19    publication in 1984 taught the benefit of these molecules

20    that are selective alpha-2A agonists, in other words, a

21    molecule that is intended to bind specifically to the

22    receptor, and that was exactly what tomoxetine did not do.

23         Back to Shenker.  Shenker reviews the field.  He

24    has a table.  He has a table listing selective drugs that

25    may be useful in behavioral research on ADHD.  And what does

1    he list?  He lists 25 different drugs, Your Honor.  Not one

2    of them is tomoxetine.  He lists half a dozen different

3    categories of drugs.  Not one of them is a norepinephrine

4    reuptake inhibitor, a selective norepinephrine reuptake

5    inhibitor.

6            The prior art had moved on, Your Honor, and had

7    moved on to other things, and people simply had not focused

8    and were not focusing and were not attempting to develop

9    selective norepinephrine reuptake inhibitors, including and

10   specifically those that didn't have the broad spectrum of

11   other receptor activities that the tricyclics had.

12           There was more.  There were the safety concerns

13   that I mentioned.  There were the sudden death incidences

14   with desipramine.

15           And what was said about them?  Here's Dr. Riddle

16   in 1993:  "It is possible desipramine differs from other

17   tricyclics in ways that make it potentially more lethal."

18   And he explains why.

19           What's the difference?

20           "Desipramine's most distinctive feature among the

21   class of tricyclic drugs is that it is the most specific

22   inhibitor of reuptake of norepinephrine."

23           And if it is possible that that was the

24   sudden-death problem with desipramine, that was a problem

25   that tomoxetine would have in spades, and an excellent

1    reason why nobody considered using it at the time.

2              So we come back again to the dilemma in the

3    Defendant's case, which is, if it was so obvious that this

4    molecule was a suitable and superior replacement in ADHD,

5    why did nobody mention it for 13 years?

6              And the answers are now clear.  The prior art

7    taught away.  They were looking for other things.

8              Tomoxetine was known not to have the rich

9    pharmacology that the TCAs had, and therefore, there could

10   have been questions about whether it would be efficacious.

11             And finally, the desipramine molecule had safety

12   concerns which would have applied in spades to tomoxetine.

13             All three good reasons why nobody thought of it,

14   and nobody did.

15             Now, the utility analysis.

16             We have a profound disconnect on the applicable

17   law.  The Court is aware, I think, of our position on it.

18             There is new news, which we tried to point out,

19   which is that the Federal Circuit in a subsequent en banc

20   decision, the Area (ph) case made it very clear that you

21   cannot require a description in the patent application of

22   what they call an actual reduction to practice, that is an

23   actual demonstration in the laboratory that the invention

24   works.  And the argument which you've heard from the

25   Defendants is that we had to have exactly such a

CHARLES P. McGUIRE, C.S.R.

1    demonstration.  That is a gloss on In Re 318 and I would

2    hope at some point to have an opportunity to chat with the

3    Court, hopefully in closing, about what the correct result

4    ought to be.

5         But even applying the standards that the Court has

6    currently applied, there's a profound difference between the

7    obvious analysis and the utility analysis, whereas

8    obviousness prohibited hindsight, utility requirement

9    mandates it.  How?  The utility requirement addresses what

10   would be perceived by a person of ordinary skill in the art

11   who was not thinking of this invention to begin with, who

12   had moved on to other things as we have said, who was

13   thinking of going other directions, who, once the invention

14   was made known to them, could they, mining the available

15   prior art with hindsight, reasonably conclude that this was

16   a credible utility.  And we think that there is some very

17   substantial evidence in the record to support that that is

18   the case.

19        First of all, we're not talking about the same

20   disclosure.  This is not In Re 318.  There were other drugs

21   that credibly and successfully treated this condition.  It

22   was not an inherently credible utility.  They are described.

23   Their mechanisms are described.

24        The properties of tomoxetine upon which the

25   asserted utility are based are described in detail, and

1    specifically, Your Honor, it's said to be notably safe.

2    Notably safe, that was not a guess.  Lilly had tested this

3    compound in about a thousand human patients and had a large

4    volume of safety data upon which that statement was made,

5    and that was a sharp distinction from the tricyclic

6    antidepressants.

7            And then there is the statement, of course, that

8    it can be used in ADHD and that that safety will be an

9    improvement.

10           The patent also fully describes the state of the

11   prior art.

12           What else was there?

13           You've heard this before.  There was an operative

14   recipe in there.  There was no guesswork about it.  It said,

15   here's how you diagnosis the patient.  Here is the drug you

16   use.  Here is how you use it and how much you use, and, Your

17   Honor, that works.  There's no dispute about it.  We have

18   the anomalous situation, we're standing here in court with

19   10 Defendants spending million and millions of dollars

20   because they want to copy a drug that they now claim doesn't

21   work.  And of course it works.  And the recipe in the patent

22   is an absolutely complete conception of the invention.  It

23   is a complete and operative idea of how the invention is to

24   be practiced.  And that's all the law requires, Your Honor.

25           And as Dr. Heiligenstein said, what was it based

1    on?  It was based on best thinking.  And there's nothing in

2    the patent law that prohibits making an invention based on

3    best thinking.  And this one was fully, completely, and

4    adequately disclosed.

5           And it works.  We will be making an offer of proof

6    that, in fact, that is the very method that's been approved

7    by the FDA, treating patients with ADHD with up to 100

8    milligrams a day of Strattera, exactly as disclosed.

9           Now, we think that there is a fundamental

10   distinction here between this case and all the others in the

11   decided cases, and that is, this invention was the subject

12   of an FDA-approved clinical trial under an approved

13   Investigative New Drug Application before the patent

14   application was ever filed.  We think there are consequences

15   that flow from that.  Let's talk about them for a minute.

16          Here's Dr. Biederman's testimony:

17          "QUESTION:  And what did you and Dr. Spencer think

18   about Dr. Heiligenstein's ideas?

19          "ANSWER:  Well, we thought it was a good idea that

20   required testing.

21          "QUESTION:  Why did you think it was a good idea?

22          "ANSWER:  Because theoretically the mechanism of

23   action could work in ADHD, but a study is required to see

24   from theory to practice.

25          "QUESTION:  So until the study is completed, you

1    weren't sure whether in fact tomoxetine would be an

2    effective treatment for ADHD?

3              "ANSWER:  We had no idea."

4              And that, Your Honor, that is the truth.  And if

5    the fact that clinicians need to test in human beings to

6    determine that fully conceived inventions in fact work the

7    way they do, if that's required before you file a patent

8    application and it has to be described in your patent, then

9    I guess we lose.  But the one thing you would have to say in

10   that circumstance is there's no way that invention was

11   obvious in that circumstance.

12             But I suggest to you, Your Honor, even under

13   existing law, it does not require a conclusion that there

14   was no utility.

15             We will offer into evidence or make an offer of

16   proof, as the case may be, of the certified transcript of

17   the FDA's records of the MGH IND.  It contains an indication

18   of a communication on January 3, 1995, before the filing

19   date of this application, that the FDA had approved that

20   application and that MGH was entitled to proceed.  It

21   includes by way of a progress report the publication of the

22   results.  The publication states the obvious, Your Honor.

23   It states that "The study was approved by our Institutional

24   Review Board, and all subjects provided written informed

25   consent."  And those two steps are the result of well

1     defined regulatory practices in this industry.  We will be

2     offering testimony or asking the Court to take judicial

3     notice of that structure.  The FDA requires an IRB, an

4     Institutional Review Board, they require approval of the

5     study.  "In order to approve research covered by these

6     regulations, the IRB been shall determine that all of the

7     following requirements are satisfied:  That "the risks to

8     subjects are reasonable in relation to anticipated

9     benefits," Your Honor.  If there are no anticipated

10    benefits, the study cannot go forward.

11          What does it say about informed consent?  Again,

12    the FDA regulations":  "In seeking informed consent, the

13    following information shall be provided to each subject:  A

14    description of any benefits to the subject or to others

15    which may reasonably be expected from the research."  And we

16    have and will offer into evidence the consent form from

17    Massachusetts General Hospital.  And what does it say?  It

18    says "The benefits of the study are as follows:  You may

19    experience improvement in your symptoms if you are assigned

20    to receive tomoxetine."

21          That was a benefit that gentlemen and women of

22    good will and good skill determined reasonably may be

23    expected from the method.  And that was before the patent

24    application was filed.

25          And that is why, Your Honor, that now puts a

1  little flesh on the bones of what you heard about already,

2  which is the standard Patent Office practice that when a

3  drug is in clinical trials, the utility is accepted as

4  established, based -- and you can now see that that analysis

5  is based exactly on the regulatory structure which requires

6  these judgments to be made before the significant step of

7  actually putting the drug into a human patient is taken.

8          "Thus, as a general rule, if an applicant has

9  initiated human clinical trials for a therapeutic product or

10  process, [Patent Office] personnel should presume that the

11  applicant has established that the subject matter of that

12  trial is reasonably predictive of having asserted

13  therapeutic utility."

14          Now, Your Honor, we contend that any rational

15  construction of the United States Patent Office has to have

16  room in it for this kind of invention, which is sufficiently

17  likely to succeed, that men and women of good skill and good

18  will have determined that ethically you may proceed to

19  testing, and when it in fact works precisely as indicated.

20          Now, we will also be offering in evidence or

21  making an offer of proof that the results of that study

22  were, in fact, available before the patent issued.  They

23  were sent to Dr. Heiligenstein on May 18th.  They were

24  published later on in an abstract, again before the patent

25  was issued, and candidly, Your Honor, had the Patent Office

1    raised any issue about whether that asserted utility was

2    credible, that evidence was available and could have been

3    presented just as it's been for the 60 years before the

4    In Re 318 decision and routinely accepted by the Patent

5    Office.  It would be an irrational construction of the

6    patent law to suggest that we should be in a worse position

7    because the Patent Office agreed with us that it was

8    credible than we would have been had they challenged it and

9    we'd come forward with the available evidence.

10          Now, those are sharp factual distinctions between

11   all of the cases that have been cited here, and much of

12   what's been done here is to read quotable quotes in cases

13   and attempting to apply it to fact patterns that were not

14   there.  And I think the Court of Appeals and any experienced

15   trial judge knows you can sometimes get in trouble doing

16   that.  We would ask the Court at some appropriate point to

17   take a reasoned view of the technological status of this

18   invention and its being actually in clinical trials and to

19   construe the language in those cases appropriately.

20          The inequitable conduct analysis.

21          Our position here is basically that the arguments

22   are fundamentally without scientific merit.  The issue in

23   the application was quite an error on it.  This was the

24   examiner's 's reason for allowance:  The prior art does not

25   show nor fairly suggest the method of treating the

1    particular condition (ADHD) with an effective amount of a

2    particular drug tomoxetine.  That was the issue.  And

3    frankly, the question of whether some other drug might have

4    been used for that purpose is really irrelevant.

5              And the fact of the matter is that this tandamine

6    reference did not suggest that even it should be used for

7    ADHD, and Dr. Berridge testified on cross-examination, and

8    we expect he will do the same in this Court:

9              "QUESTION:  Would the tandamine reference have any

10   bearing on the central issue of the obviousness of the '590

11   patent?

12             "ANSWER:  I don't think so."

13             It was fundamentally technologically relevant.

14             And the same is true of this urinary incontinence

15   point.  Urinary incontinence is a peripheral effect,

16   fundamentally different from the complex interactions, the

17   goings-on inside the brain that we spent so much time

18   talking about.

19             Again, with Dr. Berridge:

20             "QUESTION:  Have you formed any opinion as to

21   whether the urinary incontinence information you cite would

22   have been material to or relevant to the examiner

23   considering whether to allow the '590 patent ?

24             "ANSWER:  No.  I don't believe it would have been

25   relevant."

1          And that's to say nothing, Your Honor, of the

2   complete absence of evidence of any kind of intent to

3   deceive.  And the law is quite clear here, the

4   Star Scientific case, the inference of intent to deceive has

5   to be the single most reasonable inference to be drawn from

6   the evidence, and they have not come close to that.

7          On the tandamine reference, I think the Court

8   denied summary judgment because it thought we had submitted

9   that reference in other cases.  The evidence will show we

10  did not.

11         Now, the enablement analysis.

12         This argument, Your Honor, is completely without

13  precedent and if it were accepted could be applied to

14  virtually ever pharmaceutical patent based on the discovery

15  of new therapeutic use.

16         The invention is not a dosage form, and very much

17  unlike the Alza case, where the invention was using a

18  particular dosage form.

19         Here, the invention was the discovery that

20  tomoxetine has this therapeutic effect when administered to

21  this class of patients, and that's what the patent is all

22  about.  Alza required a specific kind of dosage form and

23  they had failed to disclose how to make it.  It has nothing

24  whatsoever to do with this case.

25         If I can go back to that for just a minute, they

CHARLES P. McGUIRE, C.S.R.

1      say, Oh, but it covers doing it anyway.

2            Of course it covers doing it anyway.  It covers

3      people who discover new ways of doing it 10 years from now,

4      eight years from now, whenever the patent expires.  That's

5      in the nature of patents.  The fact that it wouldn't be

6      infringed by this claim does not mean that all of a sudden

7      the claim is invalid because we didn't disclose all of these

8      potential future dosage forms.  The question is, could

9      somebody practice that invention without undue

10     experimentation?

11           We think the answer is yes.  One hundred percent

12     of the ADHD market at the time this patent application was

13     filed was all immediate and sustained release tablets and

14     capsules.

15           They concede, Your Honor, as they must, that this

16     patent specification is completely enabling for tablets,

17     capsules, or oral dosage forms like that, and, indeed, the

18     patent says, since it's orally administered, why you would

19     rarely if ever use it any other way.

20           And as to sustained release tablets, those are in

21     the prior art, Your Honor.  There's a patent, this '092

22     patent, Plaintiff's Trial Exhibit 72, it's an invention on

23     sustained release pharmaceutical compositions, and example 4

24     is an example with tomoxetine hydrochloride.

25           Patents are not production specifications.  I can

1       cite you 15 cases that say that.  That which is known to

2       those of ordinary skill in the art need not be disclosed and

3       is preferably omitted.  I can cite a dozen cases that say

4       that.  And what they're asking is that we take an industrial

5       manufacturing specification and append it to the patent

6       application for every conceivable dosage form somebody might

7       want to use and every conceivable salt form, and on failure

8       to do that, the patent is invalid.  And that's simply not

9       the law.

10              The patent says, all it says, use the usual dosage

11      forms.  People of ordinary skill in the art know what those

12      are.

13              On other pharmaceutical forms, use those that are

14      well known to and understood by pharmaceutical scientists.

15              What does that mean?

16              There are textbooks, Your Honor, that are devoted

17      to this topic.  It is a standard part of the pharmaceutical

18      business that everybody in it goes through.  This is just

19      one example, Plaintiff's Trial Exhibit 543, and you can look

20      down the list and see that it instructs you how to make all

21      of these various dosage forms.

22              Moreover, there's prior art.  There's this

23      Canadian patent, Plaintiff's Trial Exhibit 473, which

24      describes how to make oral and liquid dosage forms of

25      tomoxetine.  That patent also describes other forms, like

CHARLES P. McGUIRE, C.S.R.

1    subcutaneously administered ones or sublingual disks or

2    suppositories.  That's all in the prior art.

3            What is the dispositive factor?  The dispositive

4    factor is that the evidence will show that there was nothing

5    about the properties of tomoxetine that made it in any way

6    troublesome or problematic for people to formulate as they

7    saw fit.  It was regularly used as a salt.

8            Keep in mind, Your Honor, this patent is not about

9    a new drug.  Tomoxetine had been disclosed in the prior art.

10   It had been the subject of clinical trials for depression,

11   which, by the way, failed.  It was a well-known actual

12   material that had been formulated already into

13   pharmaceutical dosage forms.  It was notably safe, it was

14   readily orally available, it was crystalline, it was stable,

15   it was soluble, it had previously been formulated.  There is

16   nothing to indicate that a person of ordinary skill in the

17   art could not, doing what pharmaceutical formulators do

18   every day, make and use the method of treatment invention

19   which is the subject of the patent.

20           Thank you very much, Your Honor.

21           THE COURT:  Thank you.

22           Who's going to be the first witness?

23           MR. ROCKEY:  Your Honor, Keith Rockey for Sandoz.

24           The first witness will be Dr. Craig Berridge.

25           THE COURT:  All right, and how long will he be?

1            MR. ROCKEY:  About, roughly two hours, two and a

2    half max.

3            THE COURT:  Okay.  It's almost 10:30.  Do you want

4    to take a short break and then we'll bring him in?

5            MR. ROCKEY:  Fine.

6            THE COURT:  All right.  Why don't we just take

7    about 10 minutes?

8        (Recess taken)

9            THE COURT CLERK:  Remain seated.

10           THE COURT:  Be seated.

11           All right.  Let's call our first witness.

12           MR. ROCKEY:  Thank you, Your Honor.

13           Defendants called Dr. Craig Berridge.

14           THE COURT CLERK:  Placing your left hand on the

15   bible and raising your right hand:

16   C R A I G   B E R R I D G E, called as a witness on behalf

17   of the Defendants, and having been duly sworn, testified as

18   follows:

19           THE COURT CLERK:  Please be seated.

20           Please state your name, spelling it for the

21   record.

22           THE WITNESS:  Craig Berridge, C-r-a-i-g,

23   B-e-r-r-i-d-g-e.

24           MR. ROCKEY:  Thank you, Your Honor.

25

1                         DIRECT EXAMINATION

2       BY MR. ROCKEY:

3       Q.      Dr. Berridge, would you state for the record your name

4       and current home address, please?

5       A.      Craig Berridge, 2217 Rowley Avenue, R-o-w-l-e-y,

6       Madison, Wisconsin.

7       Q.      And by whom are you employed?

8       A.      The University of Wisconsin, Madison.

9       Q.      What is your position at the University of Wisconsin?

10      A.      I'm a -- my primary appointment is in psychology.  I'm

11      a professor in psychology, and I have an affiliative

12      appointment in psychiatry.

13      Q.      How long have you been on the faculty at the

14      University of Wisconsin?

15      A.      Nearly 15 years.

16      Q.      Would you describe the positions you've held on the

17      faculty at Wisconsin?

18      A.      I began as an assistant professor in the Psychology

19      Department.  I was promoted to associate professor, and then

20      I was promoted to full professor.

21      Q.      Would you describe previous positions that you've held

22      prior to coming to Wisconsin?

23      A.      I was a -- after, following graduate school in

24      neuroscience at the University of Florida, I held a couple

25      of postdoctoral research positions, one at the University of

1      California San Diego in their Psychiatry Department, and one

2      was at Yale University Medical School in the Pharmacology

3      Department.

4      Q.     Would you describe your educational background?

5      A.     I have a Bachelor's of Art degree from the University

6      of California San Diego in psychology as well as

7      biochemistry and cell biology.

8      Q.     When was that degree awarded?

9      A.     That was in March of 1982.

10     Q.     Any advanced training beyond that?

11     A.     I received my doctorate in neuroscience from the

12     Medical School at the University of Florida.

13     Q.     And when was that degree awarded?

14     A.     That was in December of 1988.

15     Q.     Can you tell us what neuroscience is?

16     A.     Neuroscience is the study of nervous systems, and

17     because a key part of nervous systems is the neuron, much of

18     neuroscience focuses on the biology and functions of

19     neurons.

20     Q.     And what is your specialty in the field of

21     neuroscience?

22     A.     I have a broad specialty in behavioral neuroscience,

23     and more specifically, I have specialty in the behavioral

24     actions of neurotransmitter systems, and then if we get more

25     specific, I have expertise in a type of neurotransmitter

1    class called the catecholamines, and the catecholamines for

2    brain function, the two that are largely the focus of study

3    are norepinephrine and dopamine.

4          MR. ROCKEY:  Your Honor, we'll be getting into

5    those details in a few minutes.

6    Q.    Have you in the course of your work used drugs in your

7    studies?

8    A.    We use drugs extensively to manipulate

9    neurotransmitter systems and different aspects of

10   neurotransmitter function, so yes.

11   Q.    Okay.  Does that include ADHD?

12   A.    That includes drugs that are commonly used in ADHD,

13   yes.

14         MR. ROCKEY:  Your Honor, I've handed to the

15   witness and to opposing counsel as well as your clerk a

16   series of notebooks of exhibits.  The first one I'm going to

17   start off with --

18         THE COURT:  Does my law clerk have one?

19         MR. ROCKEY:  Oh, I guess the witness needs it,

20   yes.

21         THE COURT:  For what it's worth, anybody that is

22   going to be handing me anything, it's more important that my

23   law clerk has it.

24         (Laughter)

25         MR. ROCKEY:  A question, Your Honor, of procedure,

1    how you prefer to proceed.  Are we to assume that any

2    exhibit not objected to is received in evidence, marked in

3    the pretrial order?

4              THE COURT:  How do you want to proceed?  There's

5    no jury here, so I'm not as concerned about poisoning

6    someone's mind because they see something that they

7    shouldn't see.

8              I will do whatever facilitates and make your

9    presentations simpler.  I assume you know what's going to be

10   objected to.  In all likelihood, if there's no objection to

11   something, I am probably not going to sui sponte find an

12   objection.

13             MR. LIPSEY:  Just for purposes of good order, I

14   think it would be helpful as we go through them, since you

15   may not use all of the exhibits in the book, if you were to

16   offer them, and if we have no objection, we'll state we have

17   no objection.

18             THE COURT:  Okay.

19             MR. LIPSEY:  If that's all right.

20             THE COURT:  I guess that would probably keep the

21   record clear.  Why don't we try it that way to move it

22   quickly?

23             MR. ROCKEY:  Okay.  And one other question, Your

24   Honor, related to that, and that is that we will in the

25   course of Dr. Berridge's examination, as you look through

1    the notebook, be marking some forensic charts, which are

2    demonstrative exhibits.  Does Your Honor prefer that those

3    be marked as exhibits, or just submitted to the Court at the

4    close of the trial?

5              THE COURT:  Well, if you're going to refer to

6    them, they should probably be marked as exhibits, again, for

7    clarity of the record.

8              MR. ROCKEY:  That's fine.

9              THE COURT:  And again, if they're not into

10   evidence, they're just going to be for demonstrative

11   purposes, let that be known, and we'll deal with it

12   accordingly.

13             MR. ROCKEY:  Okay.  Very good.

14   BY MR. ROCKEY:

15   Q.    Dr. Berridge, have you found Exhibit 47 in your

16   notebook?

17   A.    Can you repeat which exhibit that is?

18   Q.    Yes.  Look in the notebook for Defendants' Trial

19   Exhibit DTX-47.

20   A.    Okay.  Forty-seven.  Yes.

21   Q.    Did you find it?

22   A.    I did.

23   Q.    Okay.  Is that your CV?

24   A.    Yes.

25             THE COURT:  Is there going to be any objection to

1     offering this witness as an expert in the field of I guess

2     neuroscience?

3              MR. LIPSEY:  Your Honor, our objections really go

4     more to the weight of his testimony.  We'll bring it out on

5     cross.

6              THE COURT:  You can deal with that on

7     cross-examination.  But as far as offering him as an expert,

8     since I'm going to have the benefit of his curriculum vitae,

9     I don't think it's necessary to go through the doctor's

10    background as we normally would in front of a jury.

11             MR. ROCKEY:  That's fine with me, Your Honor.

12             MR. LIPSEY:  I mean, I hate to suggest it, but it

13    might be important, the distinction between the

14    qualifications of the two experts.

15             THE COURT:  All right.  Then go ahead.

16             MR. LIPSEY:  And I would have no objection to

17    going through it; but of course, you're the judge.

18             THE COURT:  Counsel, by the way, when I ask for

19    something that might in my view be more efficient or quick,

20    if you believe that in any way it's going to harm your

21    position, don't be afraid to say so.  I'll be okay with

22    that.  So go ahead.  Go through them.

23             MR. ROCKEY:  So the consensus is I should

24    continue.

25             THE COURT:  I think that's the consensus.

CHARLES P. McGUIRE, C.S.R.

1          MR. ROCKEY:  Well, I don't agree, but I'll

2     certainly do it that way.

3          (Laughter)

4     BY MR. ROCKEY:

5     Q.    Have you prepared any publications and made any

6     presentations, Dr. Berridge?

7     A.    In the course of my career, I've prepared a number of

8     publications and a number of presentations related to my

9     research in neurotransmitter function, with a heavy emphasis

10    on catecholamines, and in particular, norepinephrine.

11    Q.    Yes.  I'd like for you to just summarize, I don't

12    think we need to go through a whole extended list, but would

13    you summarize generally the subject matter, the publications

14    and presentations that you've made?

15    A.    They're focused on what are the behavior -- there are

16    a couple of questions.  They're focused on what are the

17    behavioral functions of norepinephrine, and that takes place

18    in the context of stress and arousal, and then they're

19    focused on the neurobiology of the psychostimulants, drugs

20    that are widely used in ADHD, and what their biological and

21    neurochemical actions are.  And that's in the context of how

22    these stimulants promote arousal, and then more recently,

23    how do stimulants enhance cognition, which would be relevant

24    to their therapeutic effects in ADHD.

25    Q.    Have you ever served as a consultant to the

1    pharmaceutical industry?

2    A.    I have served on a number of instances, occasions.

3    Q.    Can you briefly summarize the kinds of activities

4    you've undertaken as a consultant in the pharmaceutical

5    industry?

6    A.    Right.  My activities have taken three forms.  In the

7    first, I've tested compounds that have been identified by

8    drug discovery programs and tested them as far as their

9    behavioral or neurochemical actions.

10           In the second form, I have attended scientific

11   advisory boards of pharmaceutical companies that are focused

12   on ADHD medications, and there, we discussed what is known

13   about the known, the current drugs that are used to treat

14   ADHD, specifically psychostimulants or alpha-2 agonists.

15           In the third capacity, I've facilitated, assisted

16   in-house in pharmaceutical drug discovery programs in their

17   development of an animal research program that would allow

18   them to test the behavioral actions of an identified

19   compound.

20   Q.    Do you distinguish between drug discovery and drug

21   development?

22   A.    I do, and I think most people do.  Drug discovery is

23   the identification of compounds that might have clinical

24   potential, and drug development is the taking of those

25   compounds and determining clinical uses.

1    Q.    Very good.

2            Have you received any grants from anybody?

3    A.    In the course of my career, I've received a number of

4    grants, thankfully, and these are from the National

5    Institutes of Health, both the National Institute of Mental

6    Health and National Institute of Drug Abuse, as well as the

7    National Science Foundation.

8    Q.    Over what kind of time period are we talking about?

9    A.    Since my graduate school, the start of graduate

10    school, and then certainly during the course of my time at

11    the University of Wisconsin.

12    Q.    Do you carry a teaching load at the University of

13    Wisconsin?

14    A.    I do.  I teach at both the undergraduate and graduate

15    levels.

16    Q.    What do you teach?

17    A.    These days it's primarily neuropharmacology, the study

18    of drugs that affect brain function, and that's both at an

19    undergraduate class or level and a graduate level, and then

20    early in my tenure there, I taught behavioral neuroscience

21    to undergraduates.

22    Q.    And what kind of behavioral neuroscience have you

23    taught?

24    A.    Well, at the behavioral neuroscience one, that was a

25    course that I taught.  It was simply the topic of behavioral

1    neuroscience, which is how does the brain control behavior

2    across a wide range of functions.   In my neuropharmacology

3    course, it's what do the neurotransmitter systems do

4    behaviorally and what drugs do to these neurotransmitter

5    systems, and in the treatment of how do drugs used in the

6    treatment of psychiatric disorders, how do they affect brain

7    activity, pharmacologically, what do they do.

8    Q.    Have you had any teaching responsibilities in the

9    field of ADHD?

10   A.    In my neuropharmacology courses, both in the

11   undergraduate and graduate, we have a -- I have a section

12   where we talk about psychiatric disorders and drugs that are

13   used to treat them, and one of the disorders we talk about

14   is ADHD.

15   Q.    Have you been an invited speaker at any meetings that

16   deal with ADHD, Dr. Berridge?

17   A.    I've been an invited speaker at a number of meetings

18   that have focused on the pharmacology of ADHD.

19          MR. ROCKEY:  Your Honor, at this point, I would

20   offer him as an expert in neuroscience.

21          MR. LIPSEY:  No objection with the proviso I

22   noted.

23          THE COURT:  With the proviso what?

24          MR. LIPSEY:  I noted, which is, our objections

25   will go to the weight to be given his testimony.  We'll deal

CHARLES P. McGUIRE, C.S.R.

80

1     with them on cross.

2                  THE COURT:  I don't think that's a proper basis

3     for objecting to an expert.  I'll certainly allow you your

4     opportunity to cross-examine.

5                  I'll allow this witness, Dr. Berridge, to testify

6     as an expert in the field of -- I guess it's neuroscience?

7                  MR. ROCKEY:  Neuroscience, Your Honor, yes.

8     BY MR. ROCKEY:

9     Q.     Okay.  Let's go to the first slide.

10                  Dr. Berridge, have you had occasion -- or the

11    second slide -- have you had occasion to look at the '590

12    patent that's involved in this lawsuit?

13    A.     I have.

14                  THE WITNESS:  Can I just add one thing to that

15    last conversation you two had?

16                  THE COURT:  Which conversation?

17                  THE WITNESS:  Well, my expertise.  I would say it

18    is in neuroscience, and then more specifically, it's in

19    neuropharmacology.

20                  THE COURT:  Okay.

21                  THE WITNESS:  I don't know if that's relevant, but

22    that's more precise.

23                  THE COURT:  Okay.

24                  MR. ROCKEY:  Thank you, Your Honor.

25    A.     Yes, I have had a chance to look at the patent.

1    Q.    Okay.  Can you briefly describe what you understand

2    the '590 patent to be directed to?

3    A.    This patent describes the method for treating ADHD

4    with a compound called tomoxetine, which we'll be referring

5    to as atomoxetine.

6    Q.    What is atomoxetine?

7    A.    Atomoxetine is a drug that has a specific

8    pharmacological action, and that action is, it blocks

9    norepinephrine reuptake.

10         MR. ROCKEY:  Incidentally, Your Honor, I don't

11   think there is any dispute about this.  Tomoxetine was the

12   older name.  Now it's more frequently identified as

13   atomoxetine --

14         THE COURT:  Okay.

15         MR. ROCKEY:  -- as a result of some FDA issues.

16         THE COURT:  No one wants to make it simple.

17     (Laughter)

18         MR. ROCKEY:  Well, apparently it was being

19   confused with the breast cancer drug tomoxaphine (ph).  And

20   so the FDA said why don't you call it atomoxetine.

21         THE COURT:  All right.

22   BY MR. ROCKEY:

23   Q.    Now, is atomoxetine a new compound?

24   A.    Atomoxetine is not a new compound.  I think it was

25   described in the early 80's or late 70's.

CHARLES P. McGUIRE, C.S.R.

1    Q.    Now, in your review of the patent, did you find any

2    data to show whether and to what extent atomoxetine was

3    effective in the treatment of ADHD?

4    A.    I saw no data that showed that atomoxetine is

5    effective in the treatment of ADHD.

6    Q.    Okay.  Now, let's get into the background of

7    neuroscience, if we might, a little bit.

8          You describe neuroscience as the study of neurons

9    and how they behave.  We should start, perhaps, with the

10   question of what is a neuron.

11         MR. ROCKEY:  Put the next slide up.

12   Q.    What is a neuron?

13   A.    Well, as shown in this schematic, and it's highly

14   simplified, but it's accurate for today's purpose, a neuron

15   is a specialized type of cell that -- what makes it unique

16   is that it's electrically excitable, and neurons talk to

17   each other via neurochemicals, called transmitters or

18   neurotransmitters, and this just shows some of the anatomy

19   of a neuron.  There's a cell body, there's a thin extension

20   or cable that's called an axon, and then that axon ends in a

21   specialized ending called a terminal.

22   Q.    How do neurons function in general terms?

23   A.    How do they -- well, they function in general terms by

24   communicating to each other, and that involves the release

25   of these communicating chemicals called neurotransmitters.

1    Q.    Okay.  Let's go to the next slide, if we might.

2          What do we have up on the screen there, Dr.

3    Berridge?

4    A.    Well, we have -- there's a lot of things on the

5    screen, and I'll try to walk through them quickly but

6    clearly.

7          We have -- just on the left here are two neurons,

8    and this top one is talking to this bottom one, and the

9    place where it talks is called a synapse.  In this, when we

10   talk about two neurons talking to each other, we refer to

11   the presynaptic neuron as the one talking, releasing the

12   neurotransmitter, and we refer to the postsynaptic neuron as

13   the one receiving that information in the form of a

14   neurotransmitter.  And then that specialized, where all the

15   work happens is this specialized connection called the

16   synapse, and that's blown up over here.  And in this --

17   Q.    Okay.  Well, we'll get into that in a second.

18         MR. ROCKEY:  Your Honor, I think we're going to

19   have to mark these as exhibits.  I think it would be more

20   efficient if we marked it at the end of the examination and

21   offered it, but I can do it now.  I hate to take up trial

22   time to be marking exhibits.

23         THE COURT:  Well, aren't these premarked?

24         MR. ROCKEY:  Not the slides, Your Honor.

25         THE COURT:  Because these were the ones you're

1    going to use -- are you going to be offering these into

2    evidence?

3              MR. ROCKEY:  Yes.

4              THE COURT:  Are there any objections to any of

5    these slides?

6              MR. LIPSEY:  No, Your Honor.  My suggestion would

7    be to mark the book, perhaps, as Defendants' Demonstrative

8    Exhibit 1 and then use the slide numbers as parenthetical

9    subnumbers.

10             THE COURT:  Are there going to be any objections

11   to anything else in the book?

12             MR. LIPSEY:  My review of it last night led me to

13   believe no, Your Honor.

14             THE COURT:  All right.  Then what we'll do, we'll

15   mark this book for the moment -- I don't know how your

16   markings have been.  How do you want to mark it?

17             MR. ROCKEY:  Defendants' Trial Exhibit Number:

18   The next one is 553, Your Honor, DTX-553.

19             THE COURT:  All right.  We'll mark the book

20   DTX-553 and that will come into evidence thereafter and

21   we'll mark with an evidence marking.  Go ahead.

22             MR. ROCKEY:  Perfect.

23             THE COURT:  And then at the end of the testimony,

24   you can put forth that which you believe after counsel has

25   looked at it what will be marked into evidence.

CHARLES P. McGUIRE, C.S.R.

1          MR. ROCKEY:  Thank you, Your Honor.

2          (Defendants' Trial Exhibit 553 marked for

3     identification)

4     BY MR. ROCKEY:

5     Q.    Okay.  We talked about the left-hand side of slide 4

6     of Exhibit 553, Dr. Berridge.  Can you tell us what the

7     right side of the drawing is?

8     A.    Right.  That's a blowup of this specialized synapse,

9     and it shows the major components involved in

10    neurotransmitter action in neurotransmission.

11    Q.    Okay.  Now, we look at that, and we see a notation,

12    "Terminal."  How does -- where does that compare or what --

13    how does that correspond with the neuron?

14    A.    So --

15    Q.    Can we go back to the neuron for a second?  Yes,

16    that's it.

17    A.    So the terminal is the specialized ending called the

18    axon terminal, and that's where neurotransmitters are being

19    released from.

20          MR. ROCKEY:  Okay.  Let's go back to slide 4, if

21    you would, please, Jeff.

22    Q.    All right.  Now, we see the note "Neurotransmitter."

23          What does that mean?

24    A.    So neurotransmitters are chemicals that are secreted

25    by a neuron or released by a neuron, and then they travel

CHARLES P. McGUIRE, C.S.R.

1    across this space, this synaptic space and bind to

2    specialized proteins, called receptors.  And when it binds,

3    that means to physically attach.  When it physically

4    attaches to the receptor, that initiates a biochemical

5    signal in this postsynaptic neuron, which is that one over

6    here, and that biochemical signal changes the activity of

7    that postsynaptic neuron.  In some way, it's providing

8    information to that neuron.

9    Q.    Okay.  Now, we have some other terms we need to define

10   on slide 4, Dr. Berridge.

11         You've told us about neurotransmitter.

12         Vesicles:  What's that?

13   A.    The vesicles -- the neurotransmitters are packaged and

14   they're sitting there waiting to be released, and the way

15   they're released is, they're stored in vesicles, and that's

16   again just a storage form for the neurotransmitter, and then

17   that vesicle moves, physically moves over to this part of

18   the terminal and spills out its contents of

19   neurotransmitters into that space.

20   Q.    Okay.  We also see a presynaptic receptor in yellow.

21   What's that?

22   A.    Right.  As if it isn't complicated enough, we have

23   receptors on the postsynaptic neuron, and they're involved

24   in the communication between these two neurons, but neurons

25   can also have a receptor on the terminal, on the presynaptic

1    neuron that binds, interacts with this transmitter that is

2    being released.  So as an example, if this is

3    norepinephrine, because we will get there, then

4    norepinephrine will be released and it will bind to a

5    norepinephrine receptor that sits here, and the function of

6    that is to provide a negative feedback signal.  It dampens

7    the amount of release that's going on, and it's similar, the

8    example I typically give is it's similar to a thermostat on

9    a furnace.  So the furnace goes up in temperature to some

10   point, and then the house thermostat shuts -- slows down the

11   rate of heat output.  And that's what these things are

12   doing.  These presynaptic receptors are keeping release

13   within a more narrow range than you would have if you didn't

14   have those presynaptic receptors.

15   Q.    Now, we also see in slide four of Exhibit 553 three --

16   I'm not very good at colors -- rust-colored things labeled

17   "Reuptake Sites."  What are those?

18   A.    Once the transmitter is released and it sends a signal

19   to the adjacent neurons, it's important that that signal is

20   eventually stopped, that the transmitter doesn't sit around

21   indefinitely, and there are two ways that that can happen.

22   You could have enzymes out in the synaptic cleft which break

23   down the transmitter, but in the case of the catecholamines,

24   monoamine transmitters that we'll be talking about today,

25   the primary way that those transmitters are inactivated is

1    that they're suctioned out of this space, vacuumed up by

2    these specialized proteins, which are referred to as

3    reuptake sites.

4    Q.    What happens if a receptor comes into contact with a

5    reuptake site?

6    A.    Receptors typically don't come into contact with

7    reuptake sites.

8    Q.    I misspoke.  Sorry.

9          What happens when a neurotransmitter comes into

10   contact with a reuptake site?

11   A.    So there's a physical binding to it, just as with the

12   receptors, but in this case, instead of signaling some

13   signal inside, that reuptake site physically takes that

14   transmitter and puts it into this terminal, sends it back

15   into the terminal from which it was released.

16   Q.    Okay.  In slide four, we also see a rectangular shape,

17   looks a little yellowish to me, called enzymes.  What's

18   that?

19   A.    Once the transmitter is taken back into the terminal

20   by these reuptake sites, it can take one of two paths.  It

21   can go back into the vesicles for later release so the

22   transmitters can be recycled, or it can be enzymatically

23   degraded, and that's what this schematic indicates, that

24   there are enzymes that are in the terminal that can degrade

25   transmitters.  And the more that they degrade transmitters,

CHARLES P. McGUIRE, C.S.R.

89

1    the less there is for repackaging and release.

2    Q.    Now, what neurotransmitters are relevant here to this

3    case in dealing with ADHD?

4    A.    We're going to -- when you talk about the pharmacology

5    of ADHD, and certainly in this case one will talk about

6    generally a class of transmitters called monoamines,

7    referring to the fact that they have a single amine group,

8    not to get technical, but that's a nitrogen atom with a

9    couple of hydrogens, and then you can break out the

10   monoamines into different categories.  Monoamines include

11   serotonin, which is called an indolamine, and then it

12   includes catecholamines, and specifically, those are

13   norepinephrine and dopamine.

14   Q.    And each of these, norepinephrine, dopamine and

15   serotonin, are neurotransmitters?

16   A.    They're all neurotransmitters.  They're structurally

17   different.  They bind to different receptors.

18   Q.    Okay.

19   A.    They're released from different neurons.

20   Q.    Okay.  Which neurotransmitter do you think is the most

21   important when it comes to ADHD?

22   A.    Well, I'll tell you, there are multiple ways to look

23   at that question, but the short answer is, I -- there's --

24   no one knows what the most important neurotransmitter is

25   when it comes to treating ADHD.

CHARLES P. McGUIRE, C.S.R.

1    Q.     Which are the ones that are talked about the most?

2    A.     The ones that are talked about and that are certainly

3    affected by drugs that treat ADHD are the catecholamines,

4    dopamine and norepinephrine.

5    Q.    Okay.  Let's talk about norepinephrine specifically.

6           MR. ROCKEY:  And if we go to slide 5, please,

7    Jeff.

8    Q.    Okay.  Can you tell us what we're seeing here in slide

9    5 of Exhibit 553, Dr. Berridge?

10   A.     So this is very -- this is a similar organization to

11   the schematic that we were just looking at that was for a

12   generic neuron.  This is for a norepinephrine neuron.  So

13   instead of saying transmitters over here generically,

14   they're labeled as norepinephrine.  This is a norepinephrine

15   terminal.  We'll be abbreviating probably on some slides

16   norepinephrine as NE.

17          Norepinephrine is in vesicles, indicated by these

18   blue circles.  These are different norepinephrine receptors

19   on a postsynaptic neuron, and there are three major classes

20   of receptors, and they're labeled alpha-1, alpha-2, and

21   beta.  And then there are presynaptic receptors, and those

22   turn out to be alpha-2 receptors, and they're similar

23   structurally to the postsynaptic alpha-2 receptors.

24   Q.    Now, the other terms that appears for the first time

25   there in slide 5 is the term "Monoamine" and "Oxidase."

1    A.    Right.

2    Q.    What's that?

3    A.    So that is an enzyme, just as it was labeled in the

4    previous schematic.  Monoamine oxidase is an enzyme.  It's

5    found in monoamine terminals, including norepinephrine, but

6    that would also include serotonin and dopamine, and it

7    serves a degradative function.  It takes the transmitter and

8    degrades it.

9    Q.    Is that important?

10   A.    Evidently, it is important.  We don't really know what

11   the function is for brain function, but we know that when

12   norepinephrine is degraded by this enzyme, there is less for

13   repackaging and rerelease.

14   Q.    Now, you've described the different norepinephrine

15   receptors.  How do they differ from each other in the sense

16   of what happens in a neuron?

17   A.    Right.

18         So they're different structurally, they're

19   different proteins.  They all bind norepinephrine, so they

20   have that in common.  But what's different is that when

21   norepinephrine binds to this receptor, physically attaches

22   to that receptor, each receptor sends a different

23   biochemical signal to that postsynaptic neuron, and though

24   the functions of those signals aren't entirely known, but we

25   certainly know that those are different signals, and that

1    allows this neuron or different neurons to keep track of

2    which receptor is being stimulated.

3    Q.    Okay.  I think we've defined all the terms there.

4    Let's move on.

5          How does neurotransmission work, and have you

6    prepared anything that would illustrate that?

7    A.    So we have an animation that goes over this general

8    principle.  Before we go there, I'll just point out that

9    there are these norepinephrine reuptake sites, they're the

10   generic reuptake site that was in the other neuron.  In this

11   case, they're specific for norepinephrine.  They won't take

12   up other neurotransmitters in general.

13   Q.    Okay.  Thank you.  I omitted that.

14         Okay.  Let's go on to slide 6.

15   A.    All right.  So we're going to see is just an

16   animation, and it's a complicated process, and I think the

17   animation adds some clarity to that process.  We're going to

18   see norepinephrine being released.  It's going to bind to

19   different receptors.  When it does, there's going to be a

20   response, a physiological response in the two different

21   parts of this synapse, the presynaptic terminal and the

22   postsynaptic neuron, and then after it does that, it's going

23   to get taken up, and then it can either get degraded or it

24   can go back into the vesicles for later release.

25   Q.    Okay.  Let's start the animation.

1              And when you get into it, if you pause it --

2     A.      So there's norepinephrine being released.

3              Can you pause it there?

4              And it's binding to receptors, and it could be an

5     alpha-1 or an alpha-2 or a beta receptor, and here, the

6     norepinephrine molecule is going up to the alpha-2

7     presynaptic receptor, and when it binds, it produces a

8     physiological response, and we're indicating that by having

9     it light up.  Okay?

10    Q.      Okay.

11             (The animation continues)

12    A.      And then it's going to get cleared up by the reuptake

13    sites, and it's going to get repackaged or it's going do get

14    degraded by this monoamine oxidase enzyme, and that just

15    continues.  You get more release, more responses, taken up,

16    repackaged, degraded by monoamine oxidase.

17    Q.      Okay.  Now, that light flashing is symbolic of what,

18    Dr. Berridge?

19    A.      The neurotransmitter having an effect on the

20    physiology of this neuron.

21    Q.      Okay.  Very good.

22             THE WITNESS:  Mr. Rockey, do we have a sheet

23    that defines a lot of these terms or abbreviations?

24             MR. ROCKEY:  Oh, we do.  I forgot about that.

25    Thank you.

CHARLES P. McGUIRE, C.S.R.

1              We do have a sheet that's in the book, I believe,

2      of definitions.

3              THE WITNESS:  There is a lot of terms, and one can

4      get lost in the terms.

5              MR. ROCKEY:  That's a glossary of the terms that

6      Dr. Berridge has already defined.

7              Okay.  Let's go on, Dr. Berridge.

8              Thank you, Eric.

9      Q.    How do drugs -- well, go back to ADHD.  What classes

10     of drugs have been used, let's say before January of 1995,

11     in the treatment of ADHD?

12     A.    There are four main classes that people typically have

13     talked about and studied and used in the treatment of ADHD.

14     There are more, but there are what I believe are four main

15     classes, and they target, interestingly, they target

16     different aspects of this neurotransmission process.  And by

17     far, the most effective drugs out there, of course, the

18     psychostimulants are widely acknowledged as being the most

19     effective drugs are the psychostimulants.  Psychostimulants

20     act pharmacologically by blocking norepinephrine reuptake,

21     so they would physically interact with this reuptake site

22     and prevent norepinephrine from getting in there.  That will

23     increase the amount of norepinephrine floating around.

24             They also -- similarly, they block dopamine

25     reuptake, another catecholamine, another neurotransmitter,

1    and in the same way, they will increase the levels of

2    dopamine in the synapse, and the amount of dopamine

3    available for signaling or communicating to other neurons.

4            A second class of drugs that's been commonly used

5    and studied, not everyone responds well to the

6    psychostimulants or there are some patients where symptoms

7    would contraindicate the use of psychostimulants, so there

8    is another category of drugs that everybody used.  Those are

9    the tricyclic antidepressants.  And the tricyclic

10   antidepressants share in some manner the pharmacological

11   actions of the psychostimulants.  They also block the

12   reuptake of monoamines.  In this case, norepinephrine and

13   serotonin are the two transmitters that get targeted most

14   predominantly and are most frequently discussed, but they

15   can also affect dopamine.  So as a class, they're called

16   monoamine reuptake blockers.

17           A third class of drug is the alpha-2 agonist.

18   Q.    What is an agonist?

19   A.    The terms keep going on.

20           An agonist is a drug that mimics the activity of

21   the internal transmitter.  So in this case, an agonist will

22   bind to this receptor, this alpha-2 receptor, it's an

23   alpha-2 agonist, stimulate that receptor, produce the

24   biochemical response that that receptor drives.  And that,

25   of course, will occur at both the postsynaptic and

1    presynaptic alpha-2 receptors.

2            And then lastly, the other class of drugs, though

3    in the United States these are not typically used as a

4    second-choice drug, they are the monoamine oxidase

5    inhibitors, and they'll be abbreviated as MAOI.  That's

6    shown on that board.  And what they do is, they block the

7    activity of this enzyme, and when you block the activity of

8    that enzyme, you increase the amount of transmitter

9    available for release, and this would include

10   norepinephrine, serotonin, and dopamine.

11           So one thing all these drugs have in common is

12   they in one way or another influence monoamine

13   neurotransmission.

14   Q.    Okay.  Mentioned four.  What's the other one?

15   A.    I think I covered four.  Monoamine oxidase inhibitor

16   was four.  We have monoamine oxidase inhibitors, alpha-2

17   agonists, tricyclic antidepressants, and psychostimulants.

18   Q.    Which of these groups do you believe have been most

19   intensely studied in the literature?

20   A.    Well, by far, the most intensely studied because

21   they're the most effective and the most widely used are the

22   psychostimulants.

23   Q.    Okay.  What's number two, if you rank them?

24   A.    Well, my understanding of the reading of the

25   literature, the next most intensively studied would be the

1      tricyclic antidepressants.

2      Q.     Okay, and what do the tricyclic antidepressants do?

3      A.     Pharmacologically or behaviorally or --

4      Q.     Pharmacologically.

5      A.     The tricyclic antidepressants as a class block

6      monoamine reuptake, and typically the two monoamines that

7      they tend to target most strongly are norepinephrine and

8      serotonin.

9      Q.     Okay.  Would you go to the next slide, please?

10             Okay.  Tell us what we have here in slide 8, I

11     guess it is.

12     A.     This is just a schematic.  It's -- again, we're

13     focusing on a norepinephrine terminal, and what we're going

14     to see is how a reuptake blocker would influence or affect

15     the level of norepinephrine in the synapse and the amount of

16     receptor frequency that would be driven by that.

17             This, for the tricyclics, will affect

18     norepinephrine reuptake, but as I said, they'll affect

19     others, perhaps, and then again the psychostimulants, one

20     common action of those or one action of the psychostimulants

21     is they also block norepinephrine reuptake.

22             All right.  So can you pause it there?

23             So this is just the reuptake blocker.  The

24     norepinephrine reuptake blocker simply does what its name

25     says:  It blocks norepinephrine reuptake.  And to do this,

1    it has to physically bind or interact with the reuptake

2    site.  Okay?

3            So you get norepinephrine release.  You get

4    norepinephrine receptor action.  But now norepinephrine

5    can't be taken back up, sucked up, and so you get an

6    accumulation of norepinephrine, and that's going to lead to

7    greater signaling at both the postsynaptic and presynaptic

8    receptors.

9    Q.    What are the green triangles?

10   A.    The green triangles are just identifying a

11   norepinephrine reuptake blocker blocking norepinephrine.

12   Q.    And are green triangles known in the real world

13   specifically?

14   A.    Are there norepinephrine reuptake blockers?

15   Q.    Yes.

16   A.    There are.  As I said, the psychostimulants do this,

17   and then as a class, the tricyclic antidepressants do this.

18   Q.    Okay.

19   A.    There are also selective -- there are selective

20   norepinephrine reuptake inhibitors as well.

21   Q.    Okay.  Any other --

22   A.    And then, of course, and atomoxetine is a

23   norepinephrine reuptake blocker, and so this would indicate

24   how atomoxetine in a schematic form is going to influence

25   norepinephrine.

CHARLES P. McGUIRE, C.S.R.

1    Q.    Okay.  So if you were to compare on the basis of this

2    slide how desipramine, for example, as a member of the

3    tricyclics and atomoxetine work, would there be any

4    difference that you could see on the --

5    A.    In terms of their ability to block norepinephrine

6    reuptake, no.  They could -- that's their -- that's how we

7    describe a pharmacological action.  When we say

8    pharmacological action, we mean, what is that drug

9    physically interacting with and influencing at the neuron

10   level?  After that, it gets complicated very quickly, but

11   that's the pharmacological action of the desipramine and

12   atomoxetine when we're talking about the norepinephrine

13   reuptake site.

14   Q.    Have you formed any opinions as to whether a person

15   skilled in the art -- well, we need to talk about that for a

16   moment, because we haven't.

17         Have you formed an opinion as to whether one

18   skilled in the art would have found it obvious in 1995 to

19   use atomoxetine in the treatment of ADHD?

20         THE COURT:  Do we have a definition of what one

21   skilled in the art is?

22         MR. ROCKEY:  Yes, we are, Your Honor, and that's

23   what's next.

24         THE COURT:  Shouldn't we know that before the

25   question?

CHARLES P. McGUIRE, C.S.R.

1          MR. ROCKEY:  Dr. Berridge has gone through the

2     three Graham factors.  The first is on slide 10, and on the

3     left-hand side, Dr. Berridge's definition; on the right-hand

4     side, the definition of Plaintiff's expert, Dr. Pliszka.

5     Q.     How, do you find much difference between those two

6     views on level of skill?

7     A.     No, I find little difference.  We both suggest or

8     state that advanced training in the form of a Ph.D. or M.D.

9     degree would be necessary, and then there would have to be

10    additional expertise and training, postgraduate training in

11    the use of drugs that influence behavior in psychiatric

12    disorders.

13    Q.     So you're in general in agreement with Dr. Pliszka?

14    A.     That's correct.

15    Q.     Looking at slide 11.

16          The second of the Graham factors, did you look at

17    the scope and content of the prior art, Dr. Berridge?

18    A.     I did.

19    Q.     And what did you find in the prior art?

20    A.     That the prior art teaches that a norepinephrine

21    reuptake blocker is effective in the treatment of ADHD, and

22    primarily, the most intensively studied example of that is

23    desipramine, and that though desipramine has other actions,

24    those are linked to side effects, and atomoxetine not having

25    those other actions would be effective in the treatment of

1    ADHD without having those side effects.

2              MR. ROCKEY:  Okay.  Let's go to the next slide,

3    12.

4    Q.    Now, Mr. Clement used this.

5              Have you looked at the Donnelly publication,

6    Donnelly et al publication?

7    A.    I have.  I did.

8    Q.    Who are the authors?

9    A.    So the first author is Maureen Donnelly.  This

10    actually is a group at the National Institutes of Health,

11    National Institute of Mental Health in the child psychiatry

12    branch, I believe.  Maureen Donnelly -- it consists of the

13    first author, Maureen Donnelly, but other author include

14    Alan Zametkin and Judith Rapoport.

15    Q.    What does the Donnelly et al publication talk about?

16    A.    It talks about how one of the tricyclic

17    antidepressants, desipramine, is effective in the treatment

18    of ADHD, and they do this in a double-blind clinical study

19    looking at desipramine's effects in children with ADHD.

20    Q.    Let me stop you here because somebody whispered in my

21    ear that the level of skill might not be as clear as it

22    might be.

23              Let's go back to that slide 9 -- 10.  Ten is what

24    I want.  Okay.

25              Now, your view is Ph.D., M.D., training --

CHARLES P. McGUIRE, C.S.R.

1    A.    Training in neurotransmitters and neurotransmitter

2    action.  I think if you're going to talk about pharmacology

3    of ADHD, you're going to have to be familiar with

4    catecholamines and monoamines, and then additional training

5    after your graduate training.

6    Q.    Okay.

7    A.    And Dr. Pliszka suggests expertise in pharmaceutical

8    chemistry or psychiatry with an M.D. or Ph.D. degree, and

9    three to five years in experience in development in clinical

10   use of drugs and therapies for psychological disorders.  And

11   if you're going to talk about drugs for psychological

12   disorders, you're going to have to talk about monoamines and

13   the drugs that influence those.

14            MR. ROCKEY:  Okay.  Let's go back to slide 12.

15   Q.    Now, we were talking about the Donnelly et al

16   publication.  And you mentioned double-blind study.  What is

17   a double-blind study, and what's it got to do with anything?

18   A.    A double-blind study is considered the most rigorous

19   way to test the clinical effects of a drug, and the

20   double-blind phrase refers to the fact that both the

21   patient, the person receiving the drug, and the person

22   prescribing the drug or scoring the behavioral effect or

23   clinical effect of the drug, the person participating

24   directly in the study, do not know what the person -- the

25   patient is receiving, whether they're getting the drug or a

1    control, placebo control type compound.  So they're both

2    blind, the patient and the investigator are blind to the

3    experimental treatment that an individual is getting.

4    Q.    And that's good?

5    A.    That's considered the most objective and rigorous way

6    to determine whether there's a behavioral action of the

7    drug.

8    Q.    Okay.  Now, we see in the excerpts from the first page

9    of Donnelly -- well, first of all, what was Donnelly using

10   to treat ADHD?

11   A.    So in this study, as I said, they're using

12   desipramine, and it's common to abbreviate it as DMI.  Those

13   are some of the initials that are in the longer chemical

14   name of it, but it's frequently referred to as desipramine.

15   And they show that there's a clinical and immediate effect

16   of desipramine in the treatment of ADHD.

17   Q.    Okay.  Now, in the second portion of the first page

18   there, there is a reference to noradrenergic mechanism.

19   What is that?

20   A.    Well, what they're suggesting, and I'll explain this a

21   little bit in a second or two, what they're suggesting is

22   that the ability of desipramine to improve ADHD symptoms

23   relates to an influence, a reuptake blocking action on

24   norepinephrine, and it's even more complicated:

25   Norepinephrine and noradrenergic are synonymous.  The

1      British called norepinephrine noradrenaline, and we call

2      norepinephrine norepinephrine.  So they're synonymous.

3      Q.    So they mean the same thing?

4      A.    They mean the same thing.  So when they say a

5      noradrenergic mechanism, they're saying a norepinephrine

6      mechanism.

7      Q.    Saying what?

8      A.    They're saying an norepinephrine mechanism.

9      Q.    Okay.  Now, let's go on to the next page.

10           MR. ROCKEY:  Incidentally, Your Honor, this is

11     Defendants' Trial Exhibit 23.

12           Go on to slide 13, if you would.

13     Q.    Now, there's another quotation singled out there,

14     actually two of them.  It referred at the beginning to

15     imipramine.

16           What is imipramine?

17     A.    Well, this is -- this paragraph is where they get --

18     where they reach the conclusion that there's a

19     norepinephrine mechanism underlying desipramine's clinical

20     effects, and the tricyclics as a group had been shown to be

21     effective in treating ADHD.  That had been known for a

22     number of years.  A commonly used tricyclic antidepressant,

23     both in the treatment of depression and ADHD, had been

24     imipramine, and as I said, as a class, the tricyclics block

25     monoamine reuptake, particularly blocking norepinephrine and

1   serotonin, and that's true of imipramine.

2            Desipramine, it's always been interesting that

3   desipramine doesn't block serotonin reuptake in any

4   appreciable way, and thus it is more selective, it's a

5   selective norepinephrine reuptake blocker when we compare it

6   to the other tricyclic compounds.  And so what they're

7   saying is, in contrast to imipramine, desipramine has

8   relatively specific neuropharmacological action on

9   transmitters.  Acutely, it inhibits norepinephrine reuptake,

10  while it has no known effect on dopaminergic activity, and

11  we know it as no known effect on serotonin activity.  And

12  that's where they reached -- in England, because that's

13  where they reached their noradrenergic idea.

14  Q.    Okay.  What conclusions did they draw from that?

15  A.    Well, the reading, in the abstract in here, I think

16  the conclusion is that it -- the ability of desipramine to

17  block reuptake contributes to its therapeutic effects.

18  Q.    Okay.  Now, there's a quote there, compared with other

19  TCAs, DMI, et cetera, and it's talking about alpha-1,

20  adrenergic, muscarinic, and H-1 receptors.  What's that one

21  about?

22  A.    Well, the tricyclics, as is common with many drugs or

23  even most drugs, their primary mechanism is described as

24  blocking monoamine reuptake, but they also do other things

25  in a pharmacological manner, and what they're known for is

1    blocking a variety of neurotransmitter receptors.  And I

2    don't know if people can see it, but again, when I say

3    receptors, I'm talking about these postsynaptic receptors

4    over here, and if you block those receptors, then the

5    neurotransmitter that binds that receptor isn't sending a

6    signal.

7            In the case of tricyclics, they block a variety of

8    receptors, and that includes norepinephrine alpha-1, that

9    includes acetylcholine, muscarinic receptors, and that

10   includes histamine H-1 receptors as well as others.

11           So what this part of their paper is pointing out

12   is that when you compare desipramine with other tricyclics,

13   it's widely known, and we saw it in opening statements, that

14   desipramine has lower receptor activity, weaker receptor

15   activity than other tricyclics such as imipramine.  So what

16   they're saying is, compared to other tricyclics, desipramine

17   is also a less potent inhibitor of these receptors.  And

18   that's viewed as a good thing in this study.

19   Q.    Why is it good?

20   A.    Because it 's widely taught that these receptors

21   contribute to the side effects of the tricyclic

22   antidepressants.

23   Q.    What are the side effects?

24   A.    Well, there would be a variety of them, and I'm not a

25   clinician and I can't give you a complete list, but the

1    things people talk about most commonly are anticholinergic,

2    where you block acetylcholine receptors.  That can lead to

3    dry mouth as well as many others, I believe.  Sedation,

4    which people don't know really where that comes from, but

5    that's probably blocking alpha-1 receptors as well as other

6    receptors.  So a variety of these types of effects that are

7    unwanted.

8    Q.    So what conclusion do you draw from the Donnelly et al

9    publication, Dr. Berridge?

10   A.    That -- there are two points, I think, that are made

11   here, is that blocking norepinephrine reuptake is effective

12   in treating ADHD, and the fewer the receptor interaction,

13   the fewer the receptor effects, the fewer the side effects.

14   Q.    Okay.  Let's go on to the next one, which is Trial

15   Exhibit 25, slide 14.

16         What is Exhibit 25?

17   A.    This is showing a published paper that looked at the

18   effects of desipramine and the treatment of in this case

19   adolescents with ADHD.  This is by the group -- a group at

20   Harvard, Massachusetts General Hospital, who are experts in

21   child psychiatry and drug action and in treating psychiatric

22   disorders.  And they make the same --

23   Q.    Well, before we go on there, Dr. Berridge, let me ask

24   you a question about the group.

25         How well known is the group at Harvard?

CHARLES P. McGUIRE, C.S.R.

1    A.    Well, in my opinion, they're very well known.   In

2    particular, Joseph Biederman, who is currently still at

3    Harvard in this research group, is a very prominent name in

4    the field of ADHD and pharmacological treatment of ADHD as

5    well as other childhood psychiatric disorders.

6    Q.    Okay.   Go ahead with your explanation of what this

7    Exhibit 25 Gastfriend publication teaches.

8    A.    So in this 1984 paper, they reach a similar conclusion

9    to that by Donnelly, which is that desipramine not only --

10   desipramine is effective in treating ADHD, but they again

11   point to that desipramine is a selective or more specific,

12   as they say, in the blockade of norepinephrine reuptake

13   relative to other tricyclics, and it -- because it has fewer

14   receptor actions, desipramine is associated with fewer

15   adverse effects or what I call side effects.   So they're

16   making a similar conclusion to that reached by Donnelly et

17   al.

18   Q.    Let's go to the next slide, slide 15, and this is

19   Exhibit 26.

20         Is this the same publication that we were looking

21   at, or is this another one?

22   A.    No, it's the same first author, but this is in 1985,

23   not 1984.

24   Q.    And what does Exhibit 25 add to the picture?

25   A.    This is again looking at the clinical efficacy of

1    desipramine in treating ADHD, and again, this was in

2    adolescents, and they make similar conclusions.  They point

3    out that because desipramine has greater specificity in

4    blocking norepinephrine reuptake, it's likely effective in

5    treating ADHD, and because desipramine has fewer receptor

6    actions, and they refer to this as anticholinergic and

7    anti-alpha adrenergic effects, it's better tolerated that

8    imipramine.  It has fewer side effects.

9    Q.    Okay.  Thank you.  Let's go on to Exhibit 28, slide

10   16.

11         What do we have here, Dr. Berridge?

12   A.    This is another paper by the same Harvard group, and I

13   believe Joseph Biederman.  Dr. Biederman is a co-author on

14   this paper.  They had a large number of studies focused on

15   desipramine in ADHD.  And here, they're looking at

16   desipramine in children, but this time it's in children with

17   ADHD who have an additional disorder, and in this case, it's

18   tic disorder and Tourette's syndrome.

19   Q.    Is this consistent with or contrary to blocking

20   norepinephrine reuptake?

21   A.    They make -- this is desipramine, and because, as the

22   previous studies pointed out, that desipramine is selective

23   in its ability to block norepinephrine reuptake, it's

24   therapeutic, but because desipramine has fewer actions at

25   alpha-1 receptors, alpha-2 receptors, beta receptors, and

1    dopamine receptors, DMI is associated with less adverse

2    effects or side effects, and they list a number of those,

3    and they point out that this benign adverse effect, meaning

4    lower side effect profile, has led to wide use in sensitive

5    populations, including the elderly and children.

6    Q.     Let's go on to the next exhibit, 129, slide 17.

7           What is Defendants' Trial Exhibit 129?

8    A.     This is yet another publication from the Harvard

9    research group.  This time Dr. Biederman is the first

10   author, and this was published in 1985.  And as I said, they

11   looked at desipramine's actions in children, and they've

12   looked at a number of different levels of action, and in

13   this case, they're looking at cardiovascular effects of

14   desipramine in children and adolescents with attention

15   deficit disorder.  They point out that desipramine

16   relatively to imipramine, another tricyclic, that

17   desipramine is more specific in the blockade of

18   norepinephrine reuptake, and is associated with less side

19   effects, fewer -- reduced side effects.

20   Q.     When somebody like Dr. Biederman talks about more

21   specific, how does that compare with selectivity?

22   A.     Well, the terminology that is used here is ambiguous,

23   and I think in this case it's synonymous with selective.  If

24   it's more specific, that means it's acting in a more

25   pharmacologically more specific way, and since what they're

1    talking about is reuptake, they're referring to the fact

2    that desipramine in contrast to imipramine is not hitting

3    serotonin reuptake, and therefore, it's more specific.

4    Q.    How about side effects?  Does Dr. Biederman talk about

5    that?

6    A.    Yes, down here, as I said, earlier, that they point

7    out, as the other papers have, as all these papers have that

8    desipramine is associated with fewer side effects.  They

9    list sedation, dry mouth, impaired cognition.

10    Q.    Now, based on your review of the literature, some of

11    the literature dealing with desipramine, have you formed any

12    conclusions as to the prior art teachings of desipramine?

13    A.    Well, I think, as outlined in all these slides, and

14    there were other papers as well, that the conclusion to be

15    drawn and the conclusion that these authors make is that

16    desipramine acting as a norepinephrine reuptake blocker is

17    effective in treating ADHD, and that because it has weaker

18    receptor interactions, it has weaker side effects relative

19    to the other try psych clicks.

20    Q.    Have you prepared a slide with those conclusions?

21    A.    I believe we did.

22    Q.    Let's go to slide 18.

23         Can you go through these one by one and explain

24    what you're talking about?

25    A.    Well, this is just a bulleted list of what we've

1    discussed.  Donnelly and these other papers, as we reviewed,

2    demonstrate that desipramine is effective in treating ADHD.

3    It's an effective drug for that disorder.  It's well known,

4    the data support the statement that desipramine is more

5    specific or we'll get to data that say it's specific in the

6    blockade of norepinephrine reuptake relative to other TCAs,

7    tricyclic antidepressants, including imipramine, and that

8    desipramine had fewer side effects compared to imipramine

9    because it had reduced receptor interactions, including

10   reduced anticholinergic and alpha adrenergic actions.

11   Q.    Well, let's revisit one other point you covered

12   earlier in your testimony.

13         You mentioned that you had been involved in drug

14   discovery.

15         What implications do the conclusions that you have

16   reached in slide 18 of Exhibit 553 have on how you believe a

17   skilled worker would undertake a drug discovery effort in

18   the field of ADHD?

19   A.    In my experience in participating in drug discovery,

20   the standard approach or standard model is, you look at what

21   we know about existing drugs and you use that information to

22   guide selection of additional drugs, compounds.  And in the

23   case of desipramine, we know it's effective, we know it

24   blocks norepinephrine reuptake, and that's widely linked --

25   believed to be linked with the therapeutic effects of the

1    drug, and the receptor interactions of the drug are linked

2    to side effects.  So from a drug discovery perspective,

3    then, what one would say, well, it would be nice if we had a

4    drug that's a norepinephrine reuptake blocker and that has

5    minimal receptor interactions.

6    Q.    And is there such a drug out there?

7    A.    Well, of course, there is, and the best example of

8    that is atomoxetine.

9    Q.    And how do you know that?

10         Let's go to the next slide, which is 22 -- I'm

11   sorry, 19, and Trial Exhibit 22.

12         Okay.  Can you tell the Court what you've got on

13   this slide, Dr. Berridge?

14   A.    This is a paper that compared the ability of

15   atomoxetine, and they're referring to it as tomoxetine,

16   highlighted down here in yellow, and a bunch, a variety of

17   other antidepressants, including desipramine, highlighted up

18   here.  They're comparing the ability of these compounds to

19   interact with different monoamine reuptake sides.

20   Q.    Would you, Dr. Berridge, go through what the various

21   columns, vertical columns represent in the Bolden-Watson

22   paper?

23   A.    Yes.  The reason I think this paper is quite

24   informative and relevant to the discussion is that this

25   shows the data, this is the data, these are the data that

1    one would use to draw conclusions about specific actions

2    about desipramine or atomoxetine and their ability to block

3    different monoamine transports.  And what you're seeing here

4    are data from -- the numbers for different drugs and how

5    strongly they interact with the reuptake site, and they are

6    doing this for norepinephrine in this column, abbreviated

7    NE, they're doing it for serotonin in this column, and

8    that's abbreviated 5H-T, and they're doing it for dopamine

9    in this column and that's abbreviated DA.  And not to get

10   into the methodology, but just to focus down that, it's a

11   little counterintuitive when you do these types of

12   measurements, perform these types of assays, low numbers

13   indicate a strong interaction.  High numbers indicate a weak

14   interaction.  It's an inverse type measure.  And you can see

15   that atomoxetine, which has been described as a selective

16   norepinephrine reuptake blocker, has a low number for

17   norepinephrine, below 1.30, and it has relatively high

18   numbers for serotonin, we're seeing 43, and dopamine, 1,400.

19   And really, what you have to do is look at the ratio of

20   these, .7 versus 43, that's a big difference, and what that

21   says is that this is selective for the norepinephrine

22   reuptake site because it doesn't have low numbers for either

23   of these transports.  And again, that's what everybody

24   agrees to or what is widely acknowledged.

25          And then you compare that with desipramine.

CHARLES P. McGUIRE, C.S.R.

1    Desipramine has a very low number for norepinephrine and it

2    has very high numbers for serotonin and dopamine, in fact,

3    higher than atomoxetine.

4                And so if we started then with desipramine, we

5    know it's an effective clinical drug, well, what does it do

6    at these reuptake sites?  It's very selective.  Is there

7    another compound that has a similar pattern across the

8    different reuptake sites?  And the compound that is most

9    closely in nature to desipramine is atomoxetine.  It has a

10   low number for norepinephrine and high numbers for the other

11   reuptake sites.

12   Q.   Well, what about 1,400 versus 11,000; is that a

13   significant difference?

14   A.   In general, it isn't.  What's really important is, is

15   the ratio between this number and this number large or low

16   if you -- depends on how you put the number in the

17   numerator, but is it a big difference.  And when you get

18   into this magnitude difference, 40 times difference, 60

19   times difference, that's selective.  But as I said, if

20   anything, desipramine has higher numbers, so one would

21   describe it as even more selective than atomoxetine.

22   Q.   How is this data determined; do you know?

23   A.   These data, it's a little complicated, but these data

24   were done in rat brain, and they're using a standard measure

25   of the strength of the interaction of the drug with these

1    reuptake sites.

2    Q.    Is that an appropriate comparison, using rat brains?

3    A.    It is for -- it is because rat brains, the monoamines

4    of rats, their systems and their properties and the

5    pharmacology of these symptoms is very similar to that seen

6    in humans, and for that reason, this's why rat brains are

7    used widely in academic research to understand how

8    monoamines are working in humans and how you could target

9    them and the treatment of behavioral disorders.

10   Q.    Okay.  Let's go to the next slide dealing with Trial

11   Exhibit 24, slide 20.

12         Can you tell us what the Fuller-Wong paper is?

13   A.    The Fuller and Wong paper is a paper by a group of Eli

14   Lilly scientists who are also using rat brains to study the

15   ability of atomoxetine and other antidepressants, in this

16   case to interact with different neurotransmitter receptors.

17   And we saw a very pretty slide of this in opening statement.

18   But the point is the same, which is that when you look at

19   atomoxetine's ability to interact with receptors, you have

20   very high numbers, and that's indicative that it does not

21   interact much with those receptors.  So when you look across

22   other antidepressants, atomoxetine has very low interactions

23   with a variety of neurotransmitter receptors, and these are

24   the same neurotransmitter receptors that were mentioned in

25   the Donnelly and other papers that are linked to tricyclic

1    side effects.

2    Q.    Okay.  Thank you.

3            Now, considering the Bolden-Watson and Richelson

4    and Fuller and Wong papers together, what conclusions do you

5    think a person of ordinary skill in the art would reach

6    based on this literature?

7    A.    Well, I think what those two papers show is that

8    desipramine and atomoxetine, Bowden-Watson and Richelson

9    show that atomoxetine is similar to desipramine in its

10   ability to selectively block norepinephrine relative to the

11   other monoamine transporters that are commonly targeted by

12   tricyclics.

13           And then Fuller and Wong is teaching us that

14   atomoxetine has fewer receptors, interactions with

15   receptors, and we know that that has been linked to side

16   effects associated with tricyclic antidepressants, including

17   desipramine.

18   Q.    Okay.  Let's look at the last Graham factor, if you

19   pull up slide 23.

20           Now, the last slide are different from the prior

21   art and the claims.  Have you reached an opinion as to what,

22   if any, differences exist between the prior art you've

23   discussed and the claim of '590 patent ?

24   A.    Well, I see very little difference between the prior

25   art and the claim.  The prior art is teaching norepinephrine

1    reuptake blockers are effective, and really, the only

2    difference is that the patent or the claim explicitly

3    mentions the use of atomoxetine in treating ADHD.

4    Q.    Okay.  Now I'd like you to take another step further.

5    I want you to consider Donnelly in combination with

6    Bolden-Watson and Richelson and Fuller and Wong.  What

7    conclusions do you believe a person of ordinary skill in the

8    art as you've defined it would reach based on considering

9    those three prior art publications?

10   A.    I hate to be repetitive, but I think that what those

11   clearly indicate is that selective norepinephrine reuptake

12   blockers, including desipramine, are effective in treating

13   ADHD.  The side effects of tricyclic antidepressants,

14   including desipramine, are linked to receptor interactions,

15   and that atomoxetine being a selective norepinephrine

16   reuptake blocker with minimal receptor activity would be an

17   obvious candidate for treating ADHD.

18   Q.    Thank you.

19            Now, let's go to a slightly different topic.

20            Now, you've already mentioned you didn't find any

21   data in the patent that told you that atomoxetine would be

22   effective in treating ADHD.

23            What do you believe a person of ordinary skill in

24   the art would derive from the teachings of the patent?

25   A.    Can you repeat that question?

119

1    Q.    Sure.

2            What do you believe one skilled in the art would

3    understand from the rationale that was provided in the '590

4    patent as to the basis for the statement that atomoxetine

5    would be effective in treating ADHD?

6    A.    The only rationale I can see is the literature, the

7    prior art that I've pointed out, that desipramine being a

8    selective norepinephrine reuptake blocker is effective in

9    treating ADHD because, as I said, there was no data in the

10    patent indicating that atomoxetine would have efficacy in

11    the disorder.

12    Q.    If you're wrong in that view, if the prior art doesn't

13    suggest atomoxetine, what conclusion do you reach as to the

14    rationale for the disclosure of utility in the patent?

15    A.    You're going to have to repeat that one.

16            THE COURT:  Yes, I'd have to hear that question

17    again, too.

18            MR. ROCKEY:  Okay.

19            THE COURT:  Want it read back?

20            MR. ROCKEY:  Sure.  Why don't we read it back?

21        (Record read)

22    A.    Well, I'm not sure what "disclosure of utility" means.

23    Q.    Let me withdraw the question and rephrase it.

24            If you're incorrect in the view that you express,

25    is there any rationale contained in the patent that would

1    explain the basis on which atomoxetine would be used in the

2    treatment of ADHD?

3    A.    No, there's no rationale provided for using

4    atomoxetine in the absence of prior art.  So the prior art

5    is irrelevant.  I see no rationale for using atomoxetine.

6    Q.    Okay.  Have you looked at any other evidence in this

7    case that have affected your views on that?

8    A.    On that last point?

9    Q.    Yes, on that last point.

10   A.    Well, there's the testimony by one of the inventors,

11   Dr. Heiligenstein, which we've heard reference to earlier.

12   Q.    Okay.  Well, let's pull that up.

13        Did you understand Dr. Heiligenstein to be saying

14   that he didn't know whether his invention would work?

15   A.    It is what I understood, and here's an excerpt from

16   the testimony which is very similar to what we heard:

17        Did you have a reasonable expectation that it

18   would work?  And he answered, "It was a hypothesis.  The

19   hypothesis would not have been generated by the fact that it

20   was a selective norepinephrine reuptake inhibitor."

21        Can we go to next slide?

22   Q.    We were just talking about slide 25.  Let's go to

23   slide 26.

24   A.    Okay.

25   Q.    This is more Heiligenstein testimony, isn't it?

1  A.    It is, and here, he just makes the point that I've

2  stated, that he says, well, there is no scientific data that

3  supports that, which is referring to this statement up here,

4  the statement in the patent that tomoxetine is effective in

5  treating ADHD, and he says there's no scientific data from

6  tomoxetine studies.

7  Q.    Okay.  Let's go on to the next slide, 27.

8  A.    And then, again, he just says, when he was asked, did

9  you believe -- reasonably believe it was going to work, he

10  says, I had no idea if it would work, no idea.

11        MR. ROCKEY:  Your Honor, I think I'm just about

12  done, if I can take a minute.

13        THE COURT:  Certainly.

14        MR. ROCKEY:  I have no further questions, Your

15  Honor.

16     (Off the record discussion)

17        MR. ROCKEY:  I just want to clarify, there are no

18  objections to the demonstratives I've offered from Exhibit

19  553, Your Honor.

20        MR. LIPSEY:  No objection as demonstratives, Your

21  Honor.

22        THE COURT:  Okay.  Wait.  I don't know what that

23  means.

24        MR. LIPSEY:  I mean, I assume they were

25  demonstrative evidence.

1           THE COURT:  Well, if they're demonstrative,

2   there's nothing else we have to do with them.  If they're

3   being offered in evidence, there's something we have to do

4   with them.

5           MR. ROCKEY:  That's what I'm doing, Your Honor.

6           THE COURT:  You're offering them into evidence.

7           MR. ROCKEY:  Into evidence.

8           THE COURT:  Any objection?

9           MR. LIPSEY:  May I reserve on that?  Perhaps we

10  can work out a stipulation that either they all come in or

11  they all don't, and I think we can try to work it out.

12          THE COURT:  Okay.

13          MR. ROCKEY:  Fine, Your Honor.

14          THE COURT:  Now, do you want to start, or do you

15  want to break for lunch?  What do you want to do?

16          MR. LIPSEY:  I think it might make sense to break

17  for lunch.  We have a fairly large volume of documents that

18  we have to get out.

19          THE COURT:  Okay.  I thought we'd take seven or

20  eight minutes for lunch.

21      (Laughter)

22          MR. LIPSEY:  Your Honor, I can be ready in five.

23          THE COURT:  How long do you want to break for

24  lunch?  Forty-five minutes, an hour?

25          MR. LIPSEY:  I think an hour.

1           THE COURT:  An hour?  Everybody.

2           Okay.  By the way, that clock is wrong.  It's

3    somewhat slow.  The Federal Government has paid, I don't

4    know, three, $400,000 trying to fix that clock.  We can't do

5    it.  So it's about 12 o'clock, so we'll come back here at

6    one.

7           MR. LIPSEY:  Okay.  Thank you.

8           THE COURT:  Okay.  Doctor, you may step down.

9           THE WITNESS:  Thank you.

10          MR. ROCKEY:  Thank you, Your Honor.

11          THE COURT:  One o'clock.

12       (Luncheon recess taken)

13

14

15

16

17

18

19

20

21

22

23

24

25

1            **A F T E R N O O N    S E S S I O N**

2

3                THE COURT:  Be seated.

4                Okay.  Everyone's back.

5                Ready to start cross-examination?

6                MR. ROCKEY:  Your Honor, before Mr. Lipsey begins,

7    I just want to make sure the record is clear.  We talked

8    about the exhibits, and there is no objection to the ones

9    contained in Exhibit 553 --

10               THE COURT:  Is that so?

11               MR. ROCKEY:  I'm not quite done.

12               -- Trial Exhibits 1, 22, 23, 24, 25, 26, 28, 47,

13   and 129.

14               MR. LIPSEY:  Those are Defendants' Trial Exhibits,

15   and there's no objection to them.

16               THE COURT:  Okay.  They will be in evidence.  What

17   wasn't?

18               MR. ROCKEY:  Well, what he is doing is reserving

19   his objection on the demonstratives.

20               MR. LIPSEY:  We're trying to work out some kind of

21   mutual arrangement on them.

22               THE COURT:  Okay.

23               MR. ROCKEY:  So we'll see if we can get that done.

24               THE COURT:  Those are in evidence.  The others,

25   we'll reserve.

1          MR. ROCKEY:  Thank you, Your Honor.

2          THE COURT:  Okay.  Let's proceed.

3          (Defendants' Trial Exhibits 1, 22, 23, 24, 25, 26, 28,

4     47 and 129 marked in evidence)

5          MR. LIPSEY:  Thank you, Your Honor.

6                          CROSS-EXAMINATION

7     BY MR. LIPSEY:

8     Q.    Good afternoon, Dr. Berridge.

9     A.    Good afternoon.

10    Q.    My name is Charles Lipsey.  I represent Lilly.  I did

11    not have the pleasure of being at your deposition, but I've

12    had the pleasure of reading your handiwork.

13          Have you fully expressed the opinions on the

14    obviousness and enablement utility issues in this case?

15    A.    I have fully expressed my opinions on the obvious

16    issue.  I haven't expressed opinions on the second category.

17    Q.    But you're not consciously holding something back?

18    A.    I'm sorry, can you repeat that?

19    Q.    You're not consciously holding something back on the

20    obviousness issue, are you?

21    A.    No.

22    Q.    You haven't -- the reason I ask is that there were 30

23    references in your expert report, and now there are seven

24    that you've relied upon, and I just want to make sure that

25    those are the seven that we're going to be focused on.  Is

CHARLES P. McGUIRE, C.S.R.

126

1      that your understanding?

2      A.    No, I don't have an understanding related to that.

3      I'm happy to talk about everything that was in my expert

4      witness report.

5      Q.    But you didn't hold back any of your opinions in your

6      direct testimony; correct?

7      A.    No.   No.   The sampling I -- we focused on today

8      represents the most important parts that I consider the most

9      important parts of my report.

10     Q.    Now, and of those seven references that you're now

11     relying on, five of those were published before you got your

12     Ph.D. in 1988; correct?

13     A.    If that's -- that sounds about right, yes.

14     Q.    Let's chat a little bit about your CV, Defendant's

15     Trial Exhibit 47.

16           Can you identify for me which publications on your

17     CV relate to new human drugs that you have developed?

18     A.    I have not developed new human drugs.  I worked with

19     compounds that were identified as drug -- by drug discovery

20     programs that they felt might have potential at some point

21     in human use.

22     Q.    Okay.  But you have not --

23     A.    And that's the nature of the drug discovery program.

24     Q.    But you yourself have not developed new drugs for

25     human use; correct?

127

1    A.    No.

2          Can I just add, I haven't worked in drug

3    development, so that's why.  That follows.

4    Q.    Now, the bulk of your work related to ADHD has

5    actually been directed to the study of the stimulants; is

6    that right?

7    A.    Correct.

8    Q.    Can you identify for me which of the publications on

9    your CV relate to ADHD work you did with desipramine?

10   A.    I have not done work with desipramine.

11   Q.    Can you identify for me which publications on your CV

12   relate to ADHD-related work you did with a tricyclic

13   depressant?

14   A.    There would be none.

15   Q.    I'm sorry, antidepressant.

16   A.    There would be none.

17   Q.    Now, the only publication on your CV prior to January

18   of 1995 that refers to ADHD is this publication number

19   seven, your 1993 paper in "Physiological Medicine"; is that

20   correct?

21   A.    That's correct.  Didn't start working on the

22   pharmacology of ADHD until the early -- around 2000.

23   Q.    Okay.  And the reference in that 1993 article is

24   simply to cite Dr. Hunt's 1985 article about the use of

25   clonidine in ADHD; correct?

CHARLES P. McGUIRE, C.S.R.

1    A.    No, I don't think that's entirely accurate.  In that

2    1983 article, we're talking about the degree to which

3    postsynaptic alpha-2 receptors in the prefrontal cor text

4    promote cognitive function, and -- just basically, and then

5    we make the extension that that action would be useful in

6    treating disorders associated with impaired cognition, and

7    then we make an extension of that to ADHD.

8            MR. LIPSEY:  Objection; nonresponsive.  Move to

9    strike the answer.

10           THE COURT:  Well, wait.  Wait.  Wait.  How would I

11   possibly know if it's not responsive?  I've got a heading.

12           MR. LIPSEY:  Okay.  Point well taken, Your Honor.

13           May I approach the witness?

14           THE COURT:  Sure.

15           MR. LIPSEY:  As a matter of style, should we ask,

16   or should we assume --

17           THE COURT:  You can feel free to float around.

18       (Laughter)

19   Q.    I'm handing you a copy of that 1993 article, marked

20   for identification as Defendant's Trial Exhibit 68.

21   A.    Yes, sir.

22   Q.    And that is the article that is referenced, it's

23   reference number seven on your CV; correct?

24   A.    Can I just -- do you want me to make sure of that?

25           THE COURT:  Sure.

1    A.    Correct.

2    Q.    And if you turn to page 561, under "Clinical

3    Implications" --

4    A.    Correct.  Yes.

5    Q.    And halfway down the second paragraph, the statement

6    is made "and attention deficit disorder (attention

7    regulation and impulsiveness) (Hunt et al 1985)."  Do you

8    see where I've read?

9    A.    That is correct.

10   Q.    And that's the only reference to attention deficit

11   disorder in this paper; correct?

12   A.    Well, I'm not -- that is correct.  I'm not sure I

13   understood your question.

14   Q.    That's fine.  That's all I was asking.

15          Now, the only publication -- the first publication

16   that I saw on your CV that actually mentioned ADHD in the

17   title is this 2001 article, reference number nine on

18   Defendant's Trial Exhibit 47; is that right?

19   A.    That's correct.  And that's about when I became

20   interested in the pharmacology, interested in studying the

21   pharmacology of ADHD.  And it was because of my

22   participation in that book that I became interested in the

23   pharmacology of ADHD.

24   Q.    Okay.  And your chapter in that book was in the

25   section on basic neuroscience; right?

1    A.    Correct.

2    Q.    And one of the things that caught your eye at that

3    time relating to your perceived importance of norepinephrine

4    was an observation that low doses of the stimulant

5    methylphenidate actually affected norepinephrine, but not

6    dopamine; correct?

7    A.    No, I don't think that's accurate.  What I think isn't

8    accurate is the, not affecting dopamine.  I think it affects

9    dopamine.  I think it has stronger action on norepinephrine.

10   But I'm not sure that's confined to low doses.  I think

11   that's a general property of methylphenidate.

12   Q.    I'll hand you a copy of that article appearing in

13   "Stimulant Drugs and ADHD."

14   A.    Thank you.

15   Q.    That is the book chapter listed on your CV; correct?

16   A.    It is listed in my CV.

17         I think I do know the issue you're talking about.

18         THE COURT:  Well, wait.  Listen to the question.

19         THE WITNESS:  Okay.

20   Q.    And if you turn, please, to page 172.

21   A.    Yes.

22   Q.    The last few sentences before the heading there --

23   A.    Yes.

24   Q.    -- it says:  "Of potential greater significance to the

25   current discussion, recent observations by Kuczenski and

1    Segal (personal communication) indicate that at low doses

2    (.5 milligrams per kilogram sc) methylphenidate elicits

3    significant increases in NE efflux in the absence of changes

4    in extracellular dopamine levels as measured by in vivo

5    microdialysis."

6           That is what you wrote then?

7    A.    That is what the preliminary observations suggested,

8    yes.

9    Q.    And that was an observation that led you to believe

10   that norepinephrine might be particularly important in ADHD;

11   correct?

12   A.    No.  Not accurate.  No.  And can I explain, or do you

13   want to follow up?

14   Q.    Well, you make the same comment at the top of page

15   174; correct?  The first complete sentence:  "Finally, the

16   preliminary observations described above of a selective

17   increase in NE efflux and not dopamine at lower doses of

18   methylphenidate further strengthens the hypothesis that

19   therapeutic actions of amphetamine-like stimulants in the

20   treatment of ADHD involves alterations in NE

21   neurotransmission."

22          That's what you wrote then.

23   A.    That's what it says.  The involves, though, does not

24   say that --

25   Q.    That's -- that's what you said?

CHARLES P. McGUIRE, C.S.R.

1          MR. ROCKEY:  Your Honor, may he explain his

2     answer?

3          THE COURT:  You know, if I had a jury here, I

4     think I would say, counsel, you can straight this out on

5     redirect.  But there's no jury here.  It's evident that this

6     witness wants to make an explanation as to his comment.  I

7     think it's appropriate that I hear it.

8          THE WITNESS:  Thank you, Your Honor.

9          MR. LIPSEY:  Fair enough.  Fair enough.

10          THE COURT:  All right.

11     A.    All right.  So this says -- let me -- the word

12     "involves" does not mean solely due to norepinephrine.  It

13     just means it involves.  The literature at that point when I

14     wrote this article, which was not 1995, put an emphasis on

15     the involvement of dopamine in the therapeutic effects of

16     psychostimulants at the exclusion of norepinephrine.  This

17     was highlighting the fact that one shouldn't ignore the

18     possibility role of norepinephrine in the therapeutic

19     effects.  And although the work by Kuczenski suggested,

20     well, maybe low-dose methylphenidate has a stronger action

21     on norepinephrine, my next -- where I took this paper in my

22     next chapter or my next paper related to ADHD focused on a

23     different part of the brain, where we had reason to think

24     that low-dose methylphenidate might target both

25     norepinephrine and dopamine.  And I've never once suggested

1    that psychostimulants are therapeutic through only their

2    actions of norepinephrine.  In fact, I've suggested that

3    both transmitters are important.

4    Q.    Okay.  And the observation we're talking about was a

5    recent observation in 2001; correct?

6    A.    The observation that I just ended up on is 2006.  But

7    when I was writing this, that's the direction we were going,

8    and the reason I chose a different region than the Kuczenski

9    observations is because I had reason to think the drug would

10   do something different in that region.  And I've never once

11   thought norepinephrine was the sole story behind

12   psychostimulants.

13   Q.    Now, while you were writing this book chapter on

14   "Basic Neuroscience," the chapter in the section on

15   "Clinical Neuroscience" relating to "Comparing the Effects

16   of Stimulant and Non-Stimulant Agents on Catecholamine

17   Functions:  Implications For Theories of ADHD" was being

18   written by Dr. Pliszka, correct?

19   A.    Okay.

20   Q.    And you read Dr. Pliszka's chapter at the time that

21   you were writing your chapter; correct?

22   A.    I don't know if I read it.  It certainly was

23   distributed among the participants in the book, and we

24   attended a meeting where everyone shared their information.

25   Q.    And you cited Dr. Pliszka's chapter 14 on page 159 of

134

1     your chapter; correct?

2     A.     Which page?

3     Q.     159, at the top, halfway down, the first paragraph.

4            Let's get chapter 14.

5     A.     Yes.

6     Q.     And you knew from Dr. Pliszka's chapter that

7     tomoxetine had been used to treat ADHD in 2001; correct?

8     A.     You know, I can't give a definitive answer to that.  I

9     don't remember what I knew about Dr. Pliszka's chapter when

10    I made this -- when I cited this.  It's possible that the

11    editor suggested I cite this at this point, though it's

12    possible I did it on my own.  I really -- at this point, I

13    can't tell you.

14    Q.     Let's try to cut through it, then.

15           You were aware that tomoxetine had been shown to

16    be safe and effective for the treatment of ADHD before you

17    were retained as an expert in this case; correct?

18    A.     I had known that atomoxetine was used in the treatment

19    of ADHD, and it's probably right around here that I had

20    heard about it.

21    Q.     And that's something you knew about before you ever

22    sat down to do your obviousness analysis; correct?

23    A.     Yes.  Yes.

24    Q.     And you mentioned double-blind studies as being the

25    most reliable indicator.  Why is that?

135

1    A.    Because they avoid any potential bias from the

2    investigator that might push the data in a particular

3    desired direction.

4    Q.    Because if the investigator knows what it is he's

5    looking for, he might see it even if it's not there;

6    correct?

7    A.    Right.

8    Q.    Now, you are not a medical doctor; correct?

9    A.    Correct.

10   Q.    And you've never treated a patient with ADHD; correct?

11   A.    Correct.

12   Q.    You've never tried to diagnose a patient with ADHD;

13   correct?

14   A.    Correct.

15   Q.    And you've never tried to determine whether medication

16   given to a particular patient for ADHD improved the symptoms

17   of that patient; correct?

18   A.    Correct.

19   Q.    And you're not a clinical pharmacologist; correct?

20   A.    Correct.

21   Q.    And I think you said you didn't focus on ADHD in your

22   research until around 2000; is that right?

23   A.    Correct.

24   Q.    And you didn't do any research or other work related

25   to ADHD prior to that time; correct?

CHARLES P. McGUIRE, C.S.R.

1    A.    Correct.

2    Q.    Now, the question of why clinical doctors use a

3    particular medication to treat ADHD is outside of your area

4    of expertise; correct?

5    A.    That is correct.

6    Q.    I apologize if I've already asked this.  Are there any

7    publications on your CV that cite any of the references to

8    desipramine that you rely on prior to 1995?

9    A.    No, I don't think so.

10   Q.    Are there any on there that cite any of these

11   desipramine references you rely upon even today?

12   A.    I don't think so.

13         Was the "today" in reference to what I cited

14   today, or any articles that I've written that cite?

15   Q.    I was referring to whether you had referred to it in

16   any of your articles, even today.

17   A.    Today, I have.  They're probably not on your CV

18   because that's a year old.

19   Q.    Now, you have several volumes in front of you.  I

20   probably should have done this first.  Volume 1 is your

21   expert report and its attachments --

22   A.    Okay.

23   Q.    -- in case you want to look at it.  Volume 2 is your

24   deposition transcript in case you want to look at it.

25   Volume 3 is the patent-in-suit, its file history and the

1    tandamine reference.  Volume 4 is the prosecution history of

2    U. S. Patent 5,441,985, Defendant's Trial Exhibit 122, which

3    you had also reviewed in your report.  And Volume 5 is a

4    collection of references.

5    A.    Okay.

6    Q.    Okay.  In Volume 5, if you could please turn to tab

7    17, Defendant's Trial Exhibit 23, that's the Donnelly

8    reference that you rely upon in support of your opinion

9    here; right?

10   A.    Correct.

11   Q.    Can you turn, please, to page 78?  And over in the

12   right-hand column, the last complete paragraph, starting

13   "The literature...."  Donnelly and others report here:  "The

14   literature describing the neurochemistry of learning and

15   memory is voluminous, complex, and often contradictory.

16   Noradrenergic, dopaminergic, cholinergic, serotonergic,

17   peptide, and neurohormonal systems - both central and

18   peripheral - have been implicated in various cognitive

19   processes.  It has been suggested that dopaminergic and

20   cholinergic mechanisms may be more important than

21   noradrenergic mechanisms for information processing tasks

22   that require attention-demanding or effortful cognitive

23   activity."

24         Do you see where I've read?

25   A.    I do.

1    Q.    Okay.  And you don't disagree with that; correct?

2    A.    I don't disagree with that.

3    Q.    And you would agree that as of January 1995, the cause

4    and mechanism of ADHD were not known; correct?

5    A.    Correct.

6    Q.    And you would also agree that even today, the causes

7    and mechanisms of ADHD are not known.

8    A.    Correct.

9    Q.    And that's despite studies since the 1930's concerning

10   ADHD; correct?

11   A.    That is correct, yes.

12   Q.    And even as of today, not much is understood about the

13   biology of ADHD; correct?

14   A.    That is certainly true.

15   Q.    And the neurotransmitter bases for ADHD is not

16   understood even as of today; correct?

17   A.    Correct.

18   Q.    The scientific data do not strongly implicate the

19   prominent involvement of a single transmitter in ADHD;

20   correct?

21   A.    Yes, that's related to the last point you made.

22   Q.    And that's because the brain is a complicated thing,

23   with hundreds of transmitters, lots of different regions,

24   and lots of different cell types; correct?

25   A.    Correct.

CHARLES P. McGUIRE, C.S.R.

1    Q.    Sounds familiar; right?

2          (Laughter)

3    A.    It's an understatement.

4    Q.    And as of January 1995, there was no way to see into

5    the human brain to see what the drugs were doing that might

6    affect the norepinephrine transmission system; correct?

7    A.    In the human, that's correct.

8    Q.    And I've seen in your publications you've done a lot

9    of work with the portion of the brain called the locus

10   coeruleus.  Did I pronounce that right?

11   A.    You did.

12   Q.    Okay.

13   A.    And I have.

14   Q.    And may we agree that we'll call that the LC, just to

15   save everybody the trouble?

16   A.    Sounds good to me.

17   Q.    Okay.  And you're aware that as of January 1995, there

18   were theories concerning whether the norepinephrine neurons

19   in the LC were firing too much or firing too little in ADHD;

20   correct?

21   A.    There were theories.

22   Q.    And there was no consensus at that time as to whether

23   in ADHD the norepinephrine neurons in the LC were firing too

24   much or too little; correct?

25   A.    That's correct, because we don't understand then or

1    now the neurobiology of ADHD.

2    Q.    And it's fair to say that there is no widely accepted

3    monkey model of ADHD; correct?

4    A.    There is no widely accepted animal model of ADHD,

5    including monkeys.

6    Q.    And that would include the aged monkey; correct?

7    A.    Correct.

8    Q.    And that's because the aged monkey doesn't share the

9    features of ADHD; correct?

10   A.    Correct, in many respects.

11   Q.    And animal models of attention are not necessarily

12   models of ADHD; correct?

13   A.    No.   There is no good animal model of ADHD.

14   Q.    And that's because there are multiple forms of

15   attention, and the attention effects that have been studied

16   in animals and human subjects are not necessarily the same

17   types of attentional mechanisms that are affected in ADHD;

18   correct?

19   A.    That is part of the answer, yes.

20   Q.    Now, at the risk of beating a dead horse, I gather you

21   would concede that the belief is that there's a role for

22   dopamine as well as norepinephrine in the pathology of ADHD;

23   correct?

24   A.    I think that -- in the pathology of ADHD?  No, I don't

25   agree with that.

CHARLES P. McGUIRE, C.S.R.

141

1      Q.    Well, let me rephrase that.

2            You would agree that in addition to

3      norepinephrine, there was a role for dopamine as a potential

4      contributor to the pharmacology of ADHD.

5      A.    I would agree to that.  I do agree to that.

6      Q.    And, indeed, if you take a look at Donnelly,

7      Defendant's Trial Exhibit 23, tab 17 that we were just in,

8      and you look at page 79, top of the right-hand column, the

9      first complete sentence, that was known back in 1986 also,

10     that dopamine and norepinephrine were likely involved;

11     correct?

12     A.    Yes, that comes from a comparison of stimulant action

13     versus compounds like desipramine.

14     Q.    Now, in Donnelly, Trial Exhibit 23, if you turn to

15     page 79 again, and over in the left-hand column, the bottom

16     paragraph, that's a discussion of the apparent relationship

17     of norepinephrine to the treatment of ADHD; correct?

18     A.    Correct.

19     Q.    And the point that Donnelly and others make here, down

20     about the middle of the paragraph, is that the relationship

21     is not simple; correct?

22     A.    Give me a second.  Let me read it.

23     Q.    Sure .

24     A.    That statement is taken in a context of a discussion

25     of MHPG and other indirect -- my guess is other measures of

1    norepinephrine and other neurotransmitter action, and that

2    is the statement -- that statement's coming from a

3    discussion of this relatively indirect measure called MHPG.

4    Q.    But at the time of Donnelly, they do state that the

5    relationship between norepinephrine and the treatment of

6    ADHD is not simple; correct?

7    A.    They say that, based on these MHPG data, and I think

8    that's a significant point.

9    Q.    Okay.  And the first reason they give in the next

10   clause is because DMI, which is desipramine, "has been shown

11   to affect other neurotransmitters centrally "; correct?

12   A.    Correct.

13   Q.    And at the bottom --

14   A.    But the citation to that statement is a review article

15   that I think would contradict the data table I presented

16   earlier.

17   Q.    I'm sorry?

18   A.    They cite number 14, a paper.  It's a review article,

19   I think, and they're not looking directly at the degree to

20   which DMI is specifically interacting with different

21   transporters.  So I'm not sure that that -- you know, that

22   statement is there, and they cite reference 14 as evidence

23   for it, but I'm not sure I would agree with their statement

24   there.

25   Q.    They make the statement.

1    A.    They make the statement.

2    Q.    And the paper that they cite is Dr. Potter's paper of

3    the NIMH where he showed that desipramine also could affect

4    serotonin; correct?

5    A.    They show that desipramine can affect serotonin

6    metabolites, which are an indirect way of measuring whether

7    it affects serotonin.  So I don't think that's a definitive

8    observation.

9    Q.    Okay.  That's a view that you formed sometime in 2000,

10   looking back at these papers?

11   A.    No, that's a view I was taught in my first year in

12   graduate school in 1984, that these measures that they're

13   focusing on are indirect measures, and although they are

14   often related to release in neurotransmission, they can be

15   influenced by other mechanisms.  And this is something I

16   teach today to my undergraduate and graduate students.

17   Q.    The first time you reviewed this Donnelly reference

18   was sometime after 2000; correct?

19   A.    That's correct.

20   Q.    And there's a reference in the same paragraph to

21   mianserin down there towards the bottom.  Do you see that?

22   A.    I do.

23   Q.    The statement is made:   "...and mianserin, which

24   presumably produces similar alterations in noradrenergic

25   metabolism (plasma NE levels were increased by 36 percent in

1    the small group studied), was not clinically effective in

2    the treatment of ADHD ADDH."  Do you see where I've read?

3    A.    Yes.

4    Q.    And mianserin was a drug that was thought at this time

5    to increase norepinephrine levels in the synapse; correct?

6    A.    The answer in one of its actions is to block

7    norepinephrine reuptake.  What's relevant to this discussion

8    and relevant to what I said earlier, it also blocks these

9    alpha-2 receptors, which is what another class of drugs that

10   are used to treat ADHD stimulate.  So one might draw the

11   conclusion that when you have a few norepinephrine reuptake

12   blockers that are effective in ADHD, desipramine,

13   nortriptyline are the primary examples, and a third doesn't

14   have the same behavioral effect, but it has a different

15   neurochemical reaction, I think the person of ordinary skill

16   in the art would say, well, maybe that's the reason why he

17   didn't like the others.

18   Q.    That's not what Donnelly said here; right?

19   A.    No, it's not what Donnelly says here.

20   Q.    And I think you noted that the authors of this

21   publication include not just Donnelly, but they include Dr.

22   Zametkin, Dr. Rapoport, and Dr. Potter; correct?

23   A.    Correct.

24   Q.    All of the National Institutes of Mental Health;

25   correct?

CHARLES P. McGUIRE, C.S.R.

1    A.    Correct.

2    Q.    And that was a meeting group in the ADHD field in the

3    80's and early 90's; correct?

4    A.    Correct.

5    Q.    And while we're in the book, if you can turn, please,

6    to tab 12, Plaintiff's Trial Exhibit 621.

7    A.    I'm sorry, which book are we looking at?

8    Q.    The book that's got the reference in it.

9          THE COURT:  The same one.

10   A.    Volume 5.  Thank you.

11   Q.    It's Plaintiff's Trial Exhibit 621.  That's the Langer

12   article describing the failure of mianserin in ADHD.

13   A.    So we're in volume 25 at reference 21?

14   Q.    I'm sorry?

15   A.    Volume 25 at --

16   Q.    Tab 12.

17   A.    Twelve.  I'm sorry.

18         Okay.

19   Q.    That's the Langer publication describing the failure

20   of mianserin in the ADHD trial; right?

21   A.    Okay.  Correct.

22   Q.    And if you turn to tab 15, Plaintiff's Trial Exhibit

23   314, that's the Hunt 1985 article that you cited in your

24   1993 paper; correct?

25   A.    Correct .

CHARLES P. McGUIRE, C.S.R.

1    Q.    And it's discussing clonidine; right?

2    A.    Yes.

3    Q.    If you turn to page 618, under the heading

4    "Clonidine," they report there that "Clonidine is an

5    alpha-adrenergic stimulating agent which acts preferentially

6    on presynaptic alpha-2 neurons to inhibit noradrenergic

7    activity."  I'm skipping the citations.  It states:  "It

8    stimulates release of growth hormone and inhibits

9    norepinephrine release...."  Do you see where I've read?

10    A.    Yes.

11    Q.    And that is how Hunt characterized clonidine in 1985;

12    correct?

13    A.    In 1985, before post --

14    Q.    Clonidine was nonetheless thought to be at least

15    partly effective in treating ADHD at that time; right?

16    A.    At that time.  In 1985, postsynaptic alpha-2 receptors

17    weren't widely recognized to exist, so everyone did focus on

18    the presynaptic alpha-2 receptors in 1985.  That changed

19    later, a few years later, and by the early 1990's, there was

20    substantial evidence to suggest postsynaptic alpha-2

21    receptors exist and they promote cognitive functions similar

22    to that seen in ADHD.

23    Q.    While we're at it, if you turn to tab 16, Defendant's

24    Trial Exhibit 59, that's Dr. Hunt's paper in 1986; correct?

25    A.    Correct.

1    Q.    If you turn to page 230, upper left-hand side, it's

2    got the same statement in there, that clonidine inhibits

3    norepinephrine activity; correct?

4    A.    Yes, and before the discovery of postsynaptic alpha-2

5    receptors, clonidine's ability to treat ADHD was confusing.

6    Q.    I'd like to hand you a copy of a publication by Wayne

7    H. Green, M.D., Plaintiff's Trial Exhibit 614.

8          You recognize Dr. Wayne H. Green as a reliable

9    authority in the field of ADHD; correct?

10   A.    I recognize that he wrote a chapter on the

11   pharmacological treatment of ADHD.

12   Q.    And you cited the 1992 chapter that he wrote on the

13   same topic in your expert report; correct?

14   A.    I did.

15   Q.    Okay.  So you regard Dr. Green as a reliable authority

16   on this topic; correct?

17   A.    I don't know much about Dr. Green and his

18   qualifications.  He has written the chapter I cited, and I

19   found it a useful source, but not necessarily a definitive

20   source.  But when you --

21   Q.    Not necessarily what?

22   A.    Not necessarily a definitive source.

23   Q.    That wasn't my question.  My question is, he's a

24   scientist --

25   A.    I don't know much about Dr. Green, and I don't have an

148

1   opinion on his qualifications or his degree of

2   authoritativeness in this topic.

3   Q.   You found his writings on this topic sufficiently

4   reliable to cite them in your own writings.

5   A.   Yes.

6   Q.   And if you would turn, please, to page 186, under the

7   heading "Alpha Adrenergic Antagonists," Dr. Green writes

8   there:   "Clonidine, a centrally acting antihypertensive

9   agent, is an alpha-2 noradrenergic receptor agonist that

10  acts preferentially on presynaptic neurons to inhibit

11  endogenous release of norepinephrine in the brain."

12           That's what he wrote.

13  A.   That's what he wrote.

14  Q.   And this publication is dated in January of 1995.

15  A.   Right.   And partially accurate, but as I said, he's

16  ignoring the fact that there are postsynaptic alpha-2

17  receptors.   He clearly didn't keep up with the literature on

18  this aspect.   But you know, he's speculating on how the drug

19  works.   But he's ignoring relevant information in that

20  speculation.

21  Q.   He was working in the field in January 1995 and you

22  were not; correct?

23  A.   My impression is he has clinical expertise.

24  Q.   Now, as of January 1995, serotonin could not be

25  definitively ruled out as a potential contributor to the

CHARLES P. McGUIRE, C.S.R.

1     pharmacology of ADHD; isn't that right?

2     A.    As of 1995?

3     Q.    Yes.

4     A.    I think the weight of the information would suggest it

5     wasn't effective, and I think that's stated by some of the

6     people we've reviewed.  I do understand that there were

7     limited publications that suggest maybe it was.  But across

8     the ones I looked at, the majority stated serotonin reuptake

9     blockers were ineffective in the treatment of ADHD.

10    Q.    But you agree that serotonin could not be definitively

11    ruled out as a potential contributor to the pharmacology of

12    ADHD in January of 1995; correct?

13    A.    I don't know about that.  I think the citations that

14    we've cited and that Dr. Pliszka cited state that SSRIs are

15    ineffective in the treatment of ADHD.

16          Now, I do know there are others out there, but I

17    think that these definitive statements, and I didn't go and

18    look at the quality of the studies, but it seemed to me that

19    there was consensus on this, even if it wasn't unanimous.

20    Q.    You have your deposition up there in Volume 2?

21    A.    I'm sure I do.

22    Q.    On page 78, starting at line 15, you were asked:

23          "QUESTION:  Anything else?

24          "ANSWER:  Those are the most commonly discussed.

25    There were, depending on who you read, discussions of

CHARLES P. McGUIRE, C.S.R.

1    serotonin, but drugs that block reuptake of serotonin, there

2    were mixed results with those drugs in clinical trials, and

3    so many people, most people, including Dr. Pliszka, I

4    believe, concluded that serotonin probably wasn't the most

5    relevant transmitter to be focusing on.

6            "As we talked about, Mefford and Potter talked

7    about epinephrine, but as we talked about, I don't see that

8    as being supported in the literature as the most obvious one

9    to start talking about, though it could participate."

10           Correct?

11   A.    In the context of epinephrine, that's correct.

12   Q.    Let's take a look at the Zametkin publication.  And

13   that should be tab 18, Defendant's Trial Exhibit 33.

14           THE COURT:  Are you back to Volume 5?

15           MR. LIPSEY:  I'm sorry?

16           THE COURT:  Five?

17           MR. LIPSEY:  Five.

18           THE WITNESS:  And which number in there?

19   Q.    Tab 18, Defendant's Trial Exhibit 33.

20   A.    Yes.

21   Q.    This is a 1987 review article written by Drs. Zametkin

22   and Rapoport; correct?

23   A.    Correct.

24   Q.    They were some of the co-authors on the Donnelly

25   paper; correct?

CHARLES P. McGUIRE, C.S.R.

151

1    A.    Correct.

2    Q.    And this was a review article; correct?

3    A.    Yes.

4    Q.    Now, you didn't read this article when it came out in

5    1987, did you?

6    A.    No, I didn't.

7    Q.    And this review article attempts to summarize 50 years

8    of studying ADHD in medications; correct?

9    A.    They were ambitious, and yes.

10   Q.    Okay.  Would you turn to page 678, please?

11         Over there on the right-hand side, in the

12   second-to-last complete paragraph, starting "The more recent

13   reports," --

14   A.    Yes.

15   Q.    -- there is reference there to arguing for a

16   pathological hyperfunctioning of the noradrenergic system in

17   ADHD.  Do you see that?

18   A.    Yes.  Yes.

19   Q.    And that is a suggestion that there's too much

20   norepinephrine in ADHD; correct?

21   A.    They are speculating about the biology of ADHD, and

22   they are speculating there is too much norepinephrine,

23   correct.

24   Q.    Okay.  And right below that, there's some discussion

25   of some animal studies that suggest that norepinephrine

152

1      depletion provides an animal model for attentional deficits.

2      Do you see that?

3      A.    Yes.

4      Q.    So that's a suggestion that there may be too little

5      norepinephrine in ADHD; correct?

6      A.    From that animal model, yes.

7      Q.    In the first sentence of the next paragraph,

8      Drs. Zametkin and Rapoport state:  "Support for a

9      noradrenergic hypothesis (leaving aside the issue of over or

10     underactivity) comes from several areas."

11            Do you see that?

12     A.    Yes.

13     Q.    And that indicates that these authors are not taking a

14     position as to whether there's too much or too little

15     norepinephrine in ADHD; correct?

16     A.    Yes.

17     Q.    You would agree that --

18     A.    Well, sorry.  Can you repeat your question?

19     Q.    That indicates that these authors are not taking a

20     position as to whether it's too much or too little

21     norepinephrine in ADHD; correct?

22     A.    No, it sounds like they're saying there is a support

23     for a noradrenergic hypothesis, but they're not saying that

24     there's too much or too little, but they're hypothesizing

25     there's a norepinephrine involvement in the disorder.

1    Q.    But they are not taking a position as to whether it's

2    too much or too little; correct?

3    A.    That's -- yes, I agree.

4    Q.    And you agree that the noradrenergic hypothesis refers

5    to the theory that ADHD involves a disregulation of

6    norepinephrine in some form; correct?

7    A.    Yes, in this paragraph, I think that's what it's

8    referring to.

9    Q.    And you agree it was called a hypothesis because it

10   was not proven; correct?

11   A.    It was not proven, but there were observations that

12   led one to that hypothesis.

13   Q.    And it's still not proven even today; correct?

14   A.    Correct.  We do not understand the neurobiology of

15   ADHD.

16   Q.    And if we move on to page 679 in Defendant's Trial

17   Exhibit 33, the Zametkin and Rapoport paper, and you look at

18   the sentence bridging the columns at the bottom of the page,

19   they go on to state:  "Thus, change in noradrenergic

20   function might be necessary, but it is not a sufficient

21   condition for improvement in ADDH."

22         That was their conclusion; correct?

23   A.    That was their conclusion in this paper.  It's based

24   on an observation with MHPG.  You can see it in the other

25   paragraph just before you start highlighting.  As I said,

154

1    that is an indirect measure.  It is fraught with

2    limitations.  People who use it as an index of

3    norepinephrine transmission need to treat it carefully, and

4    when you compare that one observation against the bulk of

5    the known pharmacology where it's factual, not assumption,

6    that statement doesn't make much sense.

7    Q.    Just so that hopefully the Judge is with us at least

8    at some point, MHPG refers to a metabolite of

9    norepinephrine; right?

10   A.    Yes.  The more -- after norepinephrine is released, it

11   gets taken up, monamine oxidase acts on it, converts it to

12   MHPG, and under many conditions, the more norepinephrine you

13   have released, the more you get taken up, the more you have

14   broken down, so MHPG is an indirect measure of that.  But

15   many things influence -- can influence that concentration.

16   Q.    That metabolite can show up in the blood or in the

17   urine; correct?

18   A.    It can.

19   Q.    And --

20   A.    And there, it's primarily measuring peripheral

21   transmitters.

22   Q.    But there was no way to get into the human brain and

23   actually measure what was going on in a live patient;

24   correct?

25   A.    There was no way to get into the human brain.  There

CHARLES P. McGUIRE, C.S.R.

155

1    were many animal studies where you could measure

2    norepinephrine directly, and those -- levels directly and

3    not the breakdown product in indirect, and those studies

4    give rise to what is a widely held belief that these drugs

5    work to increase levels of norepinephrine, desipramine and

6    like compounds, and that the whole foundation of biomedical

7    research is on the assumption that the way it's working in

8    the rat is the same way it's working in the human in general

9    terms.

10   Q.    The question I asked was, there's no way to directly

11   measure it in a human brain, and the answer to that question

12   is yes?

13   A.    That's correct.

14   Q.    Okay.  Thank you.

15         And clinicians are interested in long-term

16   measures in the human of the effect of these drugs on the

17   noradrenergic system; correct?

18   A.    Clinicians who are treating patients, yes.  Clinicians

19   who might participate in drug discovery, no.

20   Q.    But clinicians who are interested in the long-term

21   effects, that's the only tool they had back then; isn't that

22   correct?

23   A.    That's the only tool.  That's why we use animals, to

24   further our understanding of how these drugs are working in

25   humans.

156

1    Q.    The MHPG measures that Zametkin and Rapoport are

2    referring to are the only measures available to clinicians

3    to gauge the long-term effects on the norepinephrine system;

4    correct?

5    A.    That's correct.  But it's not a strong observation.

6    Q.    Thank you.

7          Okay.  And then returning to Zametkin and

8    Rapoport, Defendant's Trial Exhibit 33, if you turn to their

9    summary --

10         THE COURT:  Wait.  What's the number?

11         MR. LIPSEY:  It's still at tab 18.

12         THE COURT:  I've got it.  Go ahead.

13   Q.    And it's at page 684, under "Summary," the second

14   paragraph, the single sentence, two-sentence paragraph, they

15   state again as their summary:  "Alteration in noradrenergic

16   function appears necessary but not sufficient for clinical

17   efficacy."  That was in their summary; correct?

18   A.    That was in this chapter summary.  It was not in

19   another paper they published in the same year where they

20   talk about norepinephrine mechanisms in treatment.

21   Q.    That is in the chapter summary of this a review

22   article summarizing 50 years of work.

23         Now, if you turn back to 680, looking in the

24   right-hand column, there's an italicized heading there that

25   states:  "Single neurotransmitter hypothesis:  Untenable."

CHARLES P. McGUIRE, C.S.R.

1      Correct?

2      A.      Correct.

3      Q.      And you interpret that heading to mean that the

4      pathophysiology of ADHD is not based on a single

5      transmitter; correct?

6      A.      I would have to read the paragraph.  That certainly

7      could well be true.  It could also be talking about how you

8      get optimal therapeutic benefit from drugs to treat ADHD.

9      Q.      The statement they make in this article in 1987 is

10     that the single neurotransmitter hypothesis is untenable;

11     correct?

12     A.      That's what they're saying.  You asked me -- this is

13     in reference to the biology of ADHD, and I didn't read the

14     paragraph, so I'm not sure what it's in reference to.

15     Q.      And you agree that the scientific data do not strongly

16     implicate a prominent involvement of a single

17     neurotransmitter in ADHD; correct?

18     A.      In the pathology of ADHD?

19     Q.      Yes.

20     A.      Yes.

21     Q.      And while we're in Zametkin and Rapoport, if you could

22     turn to page 682, we see in the left-hand column there a

23     heading "Future Directions."  Correct?

24     A.      Yes.

25     Q.      And the first topic discussed there are

CHARLES P. McGUIRE, C.S.R.

1   pharmacological studies; correct?

2   A.    Yes.

3   Q.    And if we go over to the top of the right-hand column,

4   the last sentence there is one where they propose trials of

5   a combination of dopaminergic and noradrenergic agents.  Do

6   you see that?

7   A.    Yes.

8   Q.    And that's not tomoxetine; correct?

9   A.    That's not tomoxetine.  This is a comment in reference

10  to how do you mimic the optimal therapeutic effects of

11  psychostimulants, which are undisputed to be more effective

12  than desipramine, and the data would certainly argue that to

13  get the same efficacy of the stimulants, one would want to

14  increase dopamine and norepinephrine simultaneously.

15  Q.    I want you to be able to get out whatever information

16  you think is important, but I also would like to be able to

17  get answers to my questions, and I think everybody would

18  like not to be here all day.  So if you can carefully listen

19  to my question and try to answer my question, I think that

20  will move things along.

21             MR. ROCKEY:  I object to that, Your Honor.

22             THE COURT:  What's the objection?

23             MR. ROCKEY:  The organization is, argumentative.

24             THE COURT:  Well, there's no question.

25             One of my difficulties is that I think it's hard

159

1      to parse some of this because it's such technical -- so many

2      technical comments.  And I think, to be fair, in the

3      scientific community, one can't just look at a heading and

4      kind of ask, Doesn't that mean this, and read a sentence.

5      So I'm not having difficulty with the witness making some

6      explanations.  And from what I understand of this, which may

7      not be as much as -- which I know isn't as much as the

8      witness, I think he seems to be staying within the realm of

9      what the question is.  So --

10                 MR. LIPSEY:  I will obviously defer to the Court.

11                 THE COURT:  The point is, I don't think he's being

12      nonresponsive.  If you think he's being nonresponsive, you

13      can make that objection, and I'll deal with it.  But I

14      haven't really heard him being nonresponsive.

15                 MR. LIPSEY:  Okay.  I will plow ahead, Your Honor.

16      BY MR. LIPSEY:

17      Q.    Okay.  Would you turn, please, in the same binder to

18      Plaintiff's Trial Exhibit 243, tab 19?  And that's a

19      publication by Dr. Biederman and others in 1989; correct?

20      A.    Correct.

21      Q.    And that's something that you reviewed in connection

22      with your work in this case; correct?

23      A.    I did.

24      Q.    And you consider Dr. Biederman to be one of the most

25      prominent clinical pharmacologists in the ADHD field;

160

1     correct?

2     A.     That's what it appears to me.

3     Q.     And if you would turn, please, to page 783, in the

4     left-hand column, second-to-last paragraph, first sentence,

5     Dr. Biederman states there:  "The pharmacological mechanism

6     of action of DMI -- " -- which is desipramine -- " -- in

7     ADDH remains unknown."

8            Do you see where I've read?

9     A.     Yes.

10    Q.     And that is Dr. Biederman's statement in 1989;

11    correct?

12    A.     Correct.

13    Q.     Okay.  And if you would turn, please, to page 777, the

14    bottom of the right-hand column, Dr. Biederman is there

15    talking about desipramine; correct?

16    A.     Correct.

17    Q.     And he characterizes desipramine's affinity for these

18    other receptors as relatively low compared with other TCAs;

19    correct?

20    A.     Correct.

21    Q.     And the fact of the matter is that desipramine, even

22    though relatively low compared to other TCAs, does have

23    affinity for this constellation of receptors discussed here.

24    A.     Absolutely, as you showed in your opening statement.

25    Q.     And I gather you had occasion to study as many of

1    Dr. Biederman's publications as you thought was appropriate

2    in the course of preparing your expert report; is that

3    right?

4    A.    I studied a large number.

5    Q.    And there was no limitation placed on you in term of

6    anybody else's publications that you could have reviewed in

7    doing that work; --

8    A.    No.

9    Q.    -- right?

10    A.    Correct.

11    Q.    And in the course of your work, you did not see any

12    publication in which Dr. Biederman or his group suggested

13    using tomoxetine to treat ADHD prior to January of 1995;

14    correct?

15    A.    Correct.

16    Q.    And indeed, you did not find a publication of any

17    group suggesting that tomoxetine should be used to treat

18    ADHD prior to January of 1995; correct?

19    A.    Specifically to tomoxetine, no.  But as I said, I

20    think the literature suggested using a drug like tomoxetine.

21    Q.    You talked about a drug called tandamine in your

22    expert report.  Do you remember?

23    A.    I mentioned it, yes.

24    Q.    And I think you suggested that tandamine was described

25    in the literature as a selective norepinephrine reuptake

CHARLES P. McGUIRE, C.S.R.

```
 1      inhibitor.

 2                  MR. ROCKEY:  Objection, Your Honor; beyond the

 3      scope of the direct.

 4                  THE COURT:  No, no, no.  This is an expert.  I'm

 5      going to let him testify.  Otherwise I'd be forced to have

 6      counsel call him back in his own case --

 7                  MR. ROCKEY:  Thank you, Your Honor.

 8                  THE COURT:  -- and just waste a lot of time.  No,

 9      I'm going to let him go.  It's in his expert report.

10      Q.    I'll reask the question.

11                  You characterize tandamine as having been

12      described in the literature as a selective norepinephrine

13      reuptake inhibitor; correct?

14      A.    Similar in nature to desipramine, perhaps, yes.

15      Q.    And, in fact, it had been disclosed in the literature

16      even before tomoxetine had; correct?

17      A.    Yes.

18      Q.    But you didn't find any suggestion in the literature

19      you reviewed to use tandamine to treat ADHD; correct?

20      A.    Correct.

21      Q.    And tandamine is a structurally very different

22      molecule from tomoxetine; correct?

23      A.    I assume so.

24      Q.    And the fact that tandamine might have been used as an

25      antidepressant does not help you answer the question of
```

CHARLES P. McGUIRE, C.S.R.

1    whether it would have been obvious to use tomoxetine to

2    treat ADHD; correct?

3    A.    No.

4    Q.    No, that's not correct?

5    A.    No, it's -- you are correct in your statement.  Thank

6    you.

7    Q.    Thank you.

8          Now, before we leave Biederman 1989, Defendant's

9    Trial Exhibit 20, if we could go to page 782, please, in the

10   right-hand column, in the first complete paragraph, about

11   six lines down, there's a discussion of imipramine.  Do you

12   see that?  It starts:  "Quinn and Rapoport have noted that

13   imipramine, though indistinguishable from the stimulants

14   during the initial phase of treatment, failed to have

15   sustained clinical efficacy in a substantial proportion of

16   children given relatively low doses of that tertiary-amine

17   TCA."  Do you see where I've read?

18   A.    Yes.

19   Q.    And that's reflecting an observation made in an ADHD

20   trial of a dropoff in the therapeutic effect with this

21   tricyclic antidepressant; correct?

22   A.    In this study, with that tricyclic, yes, although I

23   believe other studies with other tricyclics and maybe even

24   imipramine suggest it is a sustained, but it's outside my

25   area of expertise.

1    Q.    And in this study, this Biederman 1989 study,

2    Defendant's Trial Exhibit 20, Dr. Biederman observed a

3    delayed response using desipramine; correct?

4    A.    I'd have to look at the observations.

5    Q.    And it's on that same page in the left-hand column.

6    A.    And which page is that?  I was just letting you --

7    Q.    Page 782, in the left-hand column, the last complete

8    paragraph, he observed there:  "The present study required 3

9    to 4 weeks to reach a significant drug versus placebo

10   difference in benefits," citing Figure 1.  "This slow

11   response, even to a maximum daily dose of desipramine,

12   appears to be inconsistent with previous reports of a more

13   rapid response to imipramine -- " --

14         Do you see where I've read?

15   A.    Yes.

16   Q.    -- " -- or DMI."  Correct?

17   A.    Yes.  I think later they speculate about why that

18   might be.

19   Q.    Now let's go ahead and deal with that.

20         Biederman here says that he saw significant

21   results after three to four weeks; correct?

22   A.    He did.  I think the design of the study, though I'd

23   have to look at the methods, was that they wanted to start

24   out with low doses to try to avoid some of the side effects,

25   and they speculated, if I remember rightly, they speculated

1   that because they started with low doses and they worked

2   their way up slowly, it took a longer time than Donnelly

3   observed.

4   Q.    Okay.  If we look at page 780 in the Biederman 1989,

5   Defendant's Trial Exhibit 20, in the left-hand column, first

6   complete paragraph, he gives you the daily doses there.  Do

7   you see that?

8   A.    Yes.

9   Q.    And at the end of week one, the dose was 1.8

10   milligrams per kilogram, and at the end of week two, it was

11   3.0 milligrams per kilogram; correct?

12   A.    Okay.

13   Q.    And if we go back to the Donnelly study, which is the

14   comparator he mentions back on page 782, which is at tab 17,

15   Defendant's Trial Exhibit 23, and there, they say they got

16   effects on the third day.  Do you remember that?

17   A.    Yes.  And I think that was the first day they

18   measured, but again, I don't remember the details.

19   Q.    And if we look at page 75 of the Donnelly article,

20   Defendant's Trial Exhibit 23, the average dose on day three

21   in that study was 1.83 milligrams per kilogram; right?

22   A.    Okay.

23   Q.    And that's roughly the dose at week one in Biederman;

24   right?

25   A.    Yes.

1   Q.   And that's lower than the dose in week two in

2   Biederman; right?

3   A.   Yes.

4   Q.   And Biederman did not see a statistical significance

5   until week three; right?

6   A.   Okay.

7   Q.   If you turn, please, in this same volume to tab 14,

8   that's the 1985 Baldessarini work, Defendant's Trial Exhibit

9   18, on antidepressant agents; correct?

10   A.   Tab 14, yes.

11   Q.   And that's something you considered in preparing your

12   report; correct?

13   A.   Correct.

14   Q.   And if you turn to page 233, he gives the summary and

15   conclusions.  And in the first paragraph --

16   A.   Wait.  Wait, please.

17   Q.   Excuse me.  It's a big article.

18   A.   Yes.

19   Q.   In the last two sentences of that first paragraph, he

20   writes in his "Summary and Conclusions":  "In addition to

21   blocking the uptake of norepinephrine, the tricyclic-type

22   antidepressants exert complex effects on the metabolism,

23   receptors, and functions of monoamines in the brain.  It is

24   unfortunate that the drugs used to treat patients at

25   increased risk of suicide are so toxic and potentially

CHARLES P. McGUIRE, C.S.R.

1      lethal."

2              Do you see where I've read?

3      A.    Yes.

4      Q.    And you recognize Dr. Baldessarini as an authority on

5      antidepressants?

6      A.    I do.

7      Q.    Okay.

8      A.    And I think that's consistent with what I was saying

9      about side effects and the like.

10     Q.    Well, I mean, one of the problems of the tricyclic

11     antidepressants was, the toxic dose was relatively close to

12     the therapeutic dose; correct?

13     A.    That's correct.  Well, I think -- I have heard that.

14     Do I know that definitively?  I don't.

15     Q.    And a big problem with them is that people could

16     commit suicide with that drug.  If they took a lot of pills,

17     they could kill themselves; correct?

18     A.    Yeah, I don't know about that.  That I heard that more

19     with the monoamine oxidase inhibitors, but --

20     Q.    Okay.  One of the things that tricyclic

21     antidepressants did was, they had effects on conduction in

22     the heart; right?

23     A.    I believe that's true, yes.

24     Q.    Now, in connection with your consideration of the

25     state of the art in 1995, you took into account the side

1   effects associated with the use of tricyclics to treat ADHD;

2   correct?

3   A.    I did.

4   Q.    Including the cardiovascular side effects; correct?

5   A.    Yes.

6   Q.    And when you think of cardiovascular side effects, you

7   were thinking of effects on cardiovascular function such as

8   those measured by an electrocardiogram; right?

9   A.    That would be one of them.  I'm not a clinician, so I

10  don't really know the full manifestation of cardiac effects,

11  or cardiovascular effects.

12  Q.    And you are aware that some patients treated with

13  desipramine for ADHD suffered sudden death; correct?

14  A.    I am aware that a small number of patients did have

15  sudden death while on desipramine, yes.

16  Q.    Okay.  But you didn't take into account the

17  sudden-death issue concerning desipramine in deciding

18  whether or not the use of tomoxetine to treat ADHD would

19  have been obvious in January of 1995; correct?

20  A.    Can you repeat that?

21  Q.    Sure.

22        You did not take into account the sudden-death

23  issue concerning desipramine in deciding whether or not the

24  use of tomoxetine to treat ADHD would have been obvious in

25  January of 1995; correct?

CHARLES P. McGUIRE, C.S.R.

1    A.    I did take into account the fact that there were a

2    small number of sudden-death reports.

3    Q.    Do you have your deposition there, Volume 2?

4          Starting at page 99, line 25, you were asked --

5          THE COURT:  Hold on.

6    A.    One second.  One second.

7          THE COURT:  Page 99.

8    Q.    Page 99, and it extends over to 100, starting at the

9    very bottom of the page, line 25.

10         You were asked:

11         "Did you take into account the sudden death issue

12   concerning desipramine in deciding whether or not the use of

13   atomoxetine to treat ADHD was obvious in January of 1995, or

14   did you discount it?

15         "ANSWER:  When I viewed the literature as teaching

16   that a selective norepinephrine reuptake inhibitor that had

17   fewer receptor actions would be useful in the treatment of

18   ADHD, I didn't see the sudden death issue as related to that

19   line of thought."

20         That was the testimony you gave then; correct?

21         MR. ROCKEY:  Your Honor, can we read on?

22         THE COURT:  One second.

23   A.    You asked did I take it into account.  And I took it

24   into account, and then I discounted it.  And I'd be happy to

25   explain why.

170

1    Q.    Well, you did discount it; correct?

2    A.    Yes.

3    Q.    And I think you said yourself you were not a

4    clinician; correct?

5    A.    Correct.  But I think I have the scientific training

6    that would allow one to evaluate that issue, as I think I

7    went into detail in my deposition.

8    Q.    Have you ever diagnosed a heart patient?

9    A.    No, I have no clinical experience.  But I do know how

10   to look at data and interpret them.

11   Q.    If someone came to you and said, I want to give your

12   child a medication which has suddenly and without

13   explanation killed a number of other children, albeit small,

14   would you feel competent to evaluate that data and decide

15   whether to give the medicine to your child?

16   A.    Well, there are two parts of my answer to that

17   question.  First, you said it killed -- well, it's all one

18   answer.  You said it killed -- the medication killed the

19   children.  In the case of desipramine, it was a very small

20   number.  People do, unfortunately, die under any number of

21   conditions and during any number of treatments.  And when I

22   looked at the broad literature related to tricyclics and the

23   use of -- and psychostimulants in the use of ADHD, on the

24   one hand, we had a number of cases, a small number of cases

25   of sudden death with desipramine.  On the other hand,

CHARLES P. McGUIRE, C.S.R.

1    psychostimulants block norepinephrine reuptake.  Others,

2    tricyclics block norepinephrine reuptake, including

3    nortriptyline.  Across the whole range of drugs, there

4    wasn't any consistent reports of sudden death, and my

5    conclusion then and I think it would be true if it were even

6    my own child was that it was more likely a statistical

7    phenomenon rather than a causal correlation.

8    Q.    You would feel competent to make that medical

9    judgment.

10   A.    Yeah.  We're talking about numbers and how you analyze

11   numbers and consider the statistical significance.

12   Q.    Numbers mean one thing when it's somebody else's

13   child; it's something else altogether when it's yours.

14   Would you agree?

15   A.    No, we see these reports in the newspapers all the

16   time, when this drug is associated with this side effect or

17   this condition or outcome, but what gets lost in the

18   newspaper article but what us scientists know is really

19   going on is that coincidences occur, and that's why we do

20   statistical analyses, to try to control for the fact that

21   coincidences occur.  I feel pretty adequately -- adequately

22   trained that I can assess whether three cases out of some

23   number of kids treated with this drug but also other kids

24   treated with related drugs might be linked to the sudden

25   death.

CHARLES P. McGUIRE, C.S.R.

172

1    Q.    Okay.  You never confronted that issue with respect to

2    desipramine prior to January of 1995; correct?

3    A.    No, sir.

4    Q.    All right.

5          And prior to January of 1995, there were reports

6    in the medical literature about instances of sudden death of

7    children on desipramine; correct?

8    A.    That is true.  I think that's also true for

9    atomoxetine.

10   Q.    The clinical pharmacology and therapeutic use --

11   strike that.

12         The therapeutic uses of atomoxetine are beyond

13   your field of expertise; correct?

14   A.    Correct.

15   Q.    Thank you.

16         Now, would you turn, please, to tab 25 in the same

17   volume, Plaintiff's Trial Exhibit 635?

18   A.    Tab 25?

19   Q.    Tab 25, Plaintiff's Exhibit 635.

20         Do you have that?

21   A.    Yes.

22   Q.    And that's a publication by Dr. Riddle --

23   A.    Yes.

24   Q.    -- relating to the sudden-death issue with

25   desipramine; correct?

CHARLES P. McGUIRE, C.S.R.

1    A.    Correct.

2    Q.    You considered some of Dr. Riddle's publications on

3    this issue in the course of preparing your expert report?

4    A.    I considered a number of articles that dealt with the

5    sudden-death issue, and Dr. Riddle's was one of them.

6    Q.    And would you turn, please, to page 795?

7          And in the left-hand column, about eight lines

8    down, there's a sentence that begins:  "It is possible..."

9    It's right there.

10   A.    Yes.

11   Q.    And Dr. Riddle states here:  "It is possible

12   desipramine differs from other tricyclics in ways that make

13   it potentially more lethal.  This possibility is supported

14   by the findings of a recent study indicating that the chance

15   of death after an overdose is greater for desipramine than

16   for other tricyclic drugs," citing Kapur.

17   A.    Yes.

18   Q.    "Desipramine's most distinctive feature among the

19   class of tricyclic drugs is that it is the most specific

20   inhibitor of uptake of norepinephrine."

21         Do you see where I've read?

22   A.    Yes.

23   Q.    And if it were perceived that the specificity of

24   norepinephrine reuptake inhibition was a problem for this

25   cardiac issue, that would have dissuaded a person of

CHARLES P. McGUIRE, C.S.R.

1    ordinary skill in the art from trying to use tomoxetine for

2    ADHD; correct?

3    A.    Can you repeat that?

4    Q.    Certainly.

5          If the perception were that the selectivity of

6    norepinephrine reuptake inhibition was a contributing factor

7    to the sudden-death issue, that would have dissuaded a

8    person of ordinary skill in the art from developing

9    tomoxetine for use as an ADHD medication; correct?

10   A.    I believe there was certainly concern about that, but

11   the data argued against that interpretation.  Imipramine is

12   converted to desipramine.  Nortriptyline was used, and

13   that's a significant norepinephrine blocker.  Stimulants

14   block norepinephrine.  I think the bulk of the data,

15   though -- you know, I understand why they're speculating

16   about it, but it is speculation, and the bulk of the data

17   would lead someone skilled in the art, I believe, to

18   conclude that it could just be that desipramine actions and

19   the sudden deaths were unrelated.

20   Q.    I'm sorry, that what?

21   A.    That the relationship between desipramine and the

22   sudden death was not a direct connection.

23   Q.    But Dr. Riddle here confronting the actual issue in

24   1993 suggests the possibility that the selectivity of

25   desipramine's norepinephrine reuptake inhibition may be a

1    factor; correct?

2    A.     There is no doubt that there was lots of concern about

3    that, and people switched to other tricyclics which also

4    block norepinephrine reuptake.  So it never made much sense

5    to me.

6    Q.     And those other tricyclics also blocked serotonin

7    reuptake; correct?

8    A.     Some of them.  Nortriptyline did not.

9    Q.     It blocked serotonin reuptake more than desipramine

10   did; correct?

11   A.     Relatively speaking, I would disagree.  Nortriptyline

12   is described in -- the data that I showed in my direct

13   questioning would show that nortriptyline is almost pretty

14   -- it's as selective as desipramine, and that's how it's

15   commonly described.

16   Q.     The operative word is "almost"?

17   A.     No, I'll be happy to go through those data and show

18   you why they're exactly the same.

19   Q.     I thought the thesis of your whole opinion when you

20   stood up here this morning was that desipramine was the most

21   selective norepinephrine reuptake inhibitor among the

22   tricyclics and that's why it was obvious to try to do the

23   same thing.  Are you changing your opinion?

24   A.     No, I didn't say it was the most selective among all

25   the tricyclics.  I said it was selective and that it is

176

1   effective in the treatment of ADHD.  When I was talking

2   about those numbers in the column, I had mentioned it's

3   really a ratio thing, and if you look at the numbers for

4   nortriptyline, I think it's 2.2 for norepinephrine and then

5   a very large number for serotonin and dopamine.  And so the

6   ratio, they're going to differ a little bit between

7   desipramine and nortriptyline, but it's very similar.

8   Q.    The fact of the matter is, this sudden cardiac death

9   issue scared people into using things other than DMI;

10  correct?

11  A.    It definitely did.

12  Q.    And by DMI, you understood I meant desipramine?

13  A.    Desipramine.

14  Q.     It's an acronym for des-methyl imipramine, which is

15  why it gets used.

16          And part of your thesis is that tomoxetine is just

17  as selective a norepinephrine reuptake inhibitor as

18  desipramine; correct?

19  A.    Without the receptor interactions.

20  Q.    I would like to show you an article marked for

21  identification as Defendants' Trial Exhibit 137, which is a

22  Biederman article from March of 1995.

23          And this is an article by Dr. Biederman dealing

24  with the sudden-death issue in relation to desipramine;

25  correct?

CHARLES P. McGUIRE, C.S.R.

1    A.    Okay.  Yes.  I did not review this one, since it

2    happened prior -- after 1995.

3    Q.    But you do recognize Dr. Biederman as a reliable

4    authority on this issue.

5    A.    Yes.  And prior to 1995, it was his opinion that

6    desipramine probably wasn't causally related to the sudden

7    deaths.

8    Q.    And if you turn to page 90 of Defendants' Trial

9    Exhibit 137, in the lower left-hand corner, introductory

10   clause of that paragraph, Dr. Biederman referred to the --

11   A.    I'm sorry, which paragraph?

12   Q.    The bottom, incomplete paragraph on the left-hand

13   column.

14   A.    Okay.

15   Q.    The introductory clause there in relation to this

16   issue says, "Although a current source of grave concern."

17   Correct?

18   A.    Yes.

19   Q.    And if you turn to page 91, in the second complete

20   paragraph, the last sentence, starting "This issue," Dr.

21   Biederman wrote:  "This issue may be particularly relevant

22   for desipramine-treated children because of the known

23   effects of desipramine on neuronal reuptake of

24   norepinephrine and epinephrine."

25        That's what he wrote in 1995; correct?

CHARLES P. McGUIRE, C.S.R.

1    A.    Yes.

2    Q.    Why don't we take a look at the Mefford and Potter

3    article, which is at tab 20, Defendants' Trial Exhibit 61.

4          That doesn't sound right.

5    A.    It is 20.

6    Q.    No, that is right.  Sorry.

7          The Mefford and Potter article, Defendants' Trial

8    Exhibit 61, is one of the publications you considered in

9    preparing your report; correct?

10   A.    Correct.

11   Q.    These authors were also from Dr. Rapoport's group at

12   the NIMH that did much of the work on ADHD; correct?

13   A.    I don't know if they were part of Dr. Rapoport's

14   group, but they certainly worked in the same area.

15   Q.    Now, Mefford and Potter's theory was that in order to

16   reduce the amount of LC firing, you needed to have more

17   epinephrine; right?

18   A.    Can you repeat that?  I couldn't hear the last phrase.

19   Q.    I'm sorry.

20         Mefford and Potter's theory was that in order to

21   reduce the amount of LC firing in ADHD, you needed to have

22   norepinephrine; right?

23   A.    Yes.

24   Q.    Not -- yes, not norepinephrine, epinephrine.

25   A.    Epinephrine.  That is their theory.  They're

1    speculating on circuitry involved in how the drug works,

2    which is different than pharmacology.

3    Q.    If you turn, please, to page 38, the right-hand

4    column, first full paragraph states, starting "Based,"

5    "Based on these arguments, the ideal therapeutic agent for

6    treatment of hyperactivity would show a high degree of

7    specificity for uptake into noradrenergic terminals and

8    storage vesicles, and possess potent inhibitor properties

9    toward MAO type A..."

10          Do you see where I've read?

11   A.    I do.

12   Q.    Now, tomoxetine does not show a high degree of

13   specificity for uptake into the noradrenergic terminals and

14   storage vesicles; correct?

15   A.    That's correct.  Nor does desipramine.

16   Q.    And tomoxetine does not possess potent and inhibitory

17   properties toward MAO type A; correct?

18   A.    That is correct.  Nor does desipramine.

19   Q.    So this suggestion by Mefford and Potter is not a

20   suggestion to use tomoxetine; correct?

21   A.    This suggestion is based on a speculated mechanism of

22   how a pharmacological action then triggers a series of

23   biological events that lead to therapy.

24   Q.    Tomoxetine is not Mefford and Potter's ideal

25   therapeutic agent; correct?

1    A.    Correct.

2             THE COURT:  Counsel, how much longer are you going

3    to be?

4             MR. LIPSEY:  I'm sorry?

5             THE COURT:  How much longer are you going to be?

6             MR. LIPSEY:  A while.

7             THE COURT:  Do you think this would be a good time

8    to take a break, an afternoon break?

9             MR. LIPSEY:  I would love a break.

10            THE COURT:  Why don't we take 15 minutes, and then

11   we'll come back and finish up for the day.

12            You can step down.

13            THE WITNESS:  Thank you.

14        (Recess taken)

15            THE COURT:  Be seated.

16        (The witness resumed the stand.)

17            THE COURT:  Continue.

18   BY MR. LIPSEY:

19   Q.    Welcome back.

20            MR. LIPSEY:  It's blessedly cool out in the

21   hallway, Your Honor.

22            THE COURT:  For those of you who want to take your

23   jackets off, feel free to do so.

24            MR. LIPSEY:  Your Honor, bless you.

25        (Laughter)

CHARLES P. McGUIRE, C.S.R.

1          THE COURT:  Well, if anybody asked, I would

2     have --

3          (Laughter)

4          THE COURT:  I want to limit it to jackets.

5          (Laughter)

6          THE COURT:  Okay.

7          MR. LIPSEY:  Thank you.

8     BY MR. LIPSEY:

9     Q.    With the blessed leave of court, we are here now,

10    Dr. Berridge, in our shirt-sleeves.  Hopefully it will be a

11    facilitator of communication.

12          When we broke, we are were talking about Mefford

13    and Potter, Defendants' Trial Exhibit 61, which is at tab 20

14    of the binder, and we were on page 38, looking at the

15    characteristics of what Mefford and Potter characterized as

16    their ideal therapeutic agent for the treatment of ADHD, and

17    we had gotten through the first one.

18          Next, he states, starting with the word "Even":

19    "Even more ideal would be selectivity towards brainstem

20    PNMT-containing neurons."  Do you see where I've read?

21    A.    Yes.

22    Q.    Okay.  And that's not tomoxetine, either; correct?

23    A.    There are no drugs that do that that are selective to

24    those neurons.

25    Q.    So tomoxetine is not the drug described here by

182

1    Mefford and Potter as even more ideal; correct?

2    A.    Based on their hypothesis about circuitry involved,

3    correct.

4    Q.    And the last proposal he makes, he says:

5    "Alternatively, a site selective alpha-2 agonist acting only

6    at the brainstem level might be effective and perhaps devoid

7    of growth hormone effects."

8          Do you see where I've read?

9    A.    I do.

10   Q.    Okay.  And that is not tomoxetine either; correct?

11   A.    Nor desipramine.  But yes, you're right.

12   Q.    And indeed, tomoxetine would never be confused for an

13   alpha-2 agonist because what distinguishes tomoxetine from

14   other drugs is its lack of binding to receptors; correct?

15   A.    That is correct, but it does act as an indirect

16   alpha-2 agonist because it stimulates -- elevates

17   norepinephrine to stimulate alpha-2 receptors.

18   Q.    Atomoxetine does not bind to the alpha-2 receptor;

19   correct?

20   A.    That's correct.

21   Q.    And therefore, it is not an alpha-2 agonist within the

22   meaning of this statement; correct?

23   A.    Correct.

24   Q.    Now, to the extent that tomoxetine may inhibit

25   reuptake of norepinephrine and thereby raise norepinephrine

183

1    concentrations in the synapse, it would be expected to

2    stimulate interaction of norepinephrine with all the

3    available neurotransmitters -- excuse me, all the available

4    receptors, not just the alpha-2 receptors; correct?

5    A.    That's correct.

6    Q.    And particularly not just alpha-2A receptors; correct?

7    A.    That's correct.

8    Q.    Okay.  Let's take a look at McCracken, Plaintiff's

9    Trial Exhibit 5 at tab 21.

10             THE COURT:  I'm sorry.  What was that tab?

11             MR. LIPSEY:  Tab 21, the next one in order, Your

12   Honor.

13   Q.    Okay.  The McCracken reference is something you

14   reviewed in preparing your report; correct?

15   A.    I don't remember.  I certainly have read it.

16   Q.    And you know Dr. McCracken and recognize him as a

17   reliable authority on ADHD; correct?

18   A.    Yes, on the clinical side.

19   Q.    Okay.  And in fact, you've published articles with

20   him; right?

21   A.    I have.  I'm a co-author on one article.

22   Q.    And he was at the NIMH with Drs. Rapoport and

23   Zametkin; correct?

24   A.    I will believe that.

25   Q.    Okay.  Now, if you turn to page 208, please, this is

1    in his summary section, and specifically the third sentence,

2    he states:  "It is proposed that maximal benefit from

3    medications for ADHD symptom amelioration occurs only when

4    inhibitory presynaptic DA agonism and alpha-2 adrenergic

5    effects denominate, leading to reduction in ascending

6    Mesolimbic DA inhibition and reduced L-NE activity,

7    respectively."  Do you see where I've read?

8    A.    Yes.  He like Mefford and Potter in this part of the

9    paper was speculating on neurocircuitry involved in

10   pharmacological treatment of ADHD.

11   Q.    Okay.  So the first property he mentions is one that

12   would affect the level of dopamine; correct?

13   A.    Correct.

14   Q.    And the second part he mentions would decrease

15   norepinephrine in the LC; correct?

16   A.    Correct.  And this is in the context of how you get

17   optimal effects, so he's comparing this to the

18   psychostimulants.

19   Q.    And in the last paragraph of the summary, he states,

20   in the sentence that begins:  "For example, this model would

21   predict that B-HT 920, a selective DA autoreceptor agonist

22   drug that also possesses alpha-2 adrenergic agonist

23   properties, would have equivalent efficacy to the stimulants

24   within appropriate dosage ranges."

25         Do you see where I've read?

CHARLES P. McGUIRE, C.S.R.

1    A.    Yes.

2    Q.    And that doesn't describe tomoxetine either; correct?

3    A.    That does not.  Nor does it describe desipramine.

4    Q.    And, in fact, tomoxetine does not satisfy the two-part

5    model that --

6    A.    No.  It's a model, and it does not satisfy it.

7    Q.    And let me just get a complete question so we have a

8    record.

9          Tomoxetine does not satisfy the two-part model

10   proposed by Mefford and Potter in the summary; correct?

11   A.    Correct.

12   Q.    And before we leave McCracken, if we can go back to

13   the beginning, page 201, in the left-hand column, about six

14   lines up from the bottom, he states, in part:  "As yet there

15   is no consensus on the precise mechanism of action of ADHD's

16   most commonly prescribed treatment (the stimulants) or of

17   the etiology of ADHD itself."  Do you see where I've read?

18   A.    Yes.

19   Q.    And you would agree with that; right?

20   A.    That's an accurate statement.

21   Q.    Would you turn, please, to page 204?

22         In the right-hand column there, he's talking about

23   monoamine oxidase inhibitors, MAOs -- MAOIs, excuse me.  The

24   very last sentence of that paragraph, he states:  "However,

25   because of the requirement of dietary restrictions and

186

1    possible side effects, the MAOIs remain primarily of

2    interest as research treatments and are prescribed only in

3    rare circumstances."

4              Do you see where I've read?

5    A.    Yes.

6    Q.    And you would agree with that also.

7    A.    Yes.  I said that earlier.

8    Q.    And in the next paragraph there on page 204, he's

9    talking about the tricyclic antidepressants, particularly

10   desipramine and imipramine; correct?

11   A.    Yes.

12   Q.    And in the second sentence, he notes that some

13   investigators have noted a falloff in response with those

14   drugs even during eight-week drug trials; correct?

15   A.    He does say that, yes.

16   Q.    He goes on to state that the biggest disappointment

17   with the tricyclics for ADHD is in their consistent lack of

18   effectiveness in enhancing cognition; correct?

19   A.    That's true, and he's referring to in laboratory

20   tests, not in the clinical setting.

21   Q.    That's your interpretation of what he's written there.

22   A.    No, I'm pretty sure that's accurate.

23             He also lists tricyclics as the second line of

24   treatment under some conditions in a different part of that

25   paper, including desipramine.

CHARLES P. McGUIRE, C.S.R.

1    Q.    And before we leave, if you would quickly flip back to

2    page 205, in the right-hand column, there's a discussion of

3    clonidine, and up at the top, the second complete sentence,

4    he states:  "Clinical experience has suggested -- " -- with

5    respect to Clonidine -- " -- that the 'therapeutic window'

6    of behavioral effects without excessive sedation is narrow."

7         And you would agree with that; correct?

8    A.    I wouldn't disagree with that.  I don't have the

9    expertise to know.

10   Q.    Let's take a look at the Shenker review article, which

11   is Plaintiff's Trial Exhibit 6 in tab 23, skipping one.

12        And this is an article you reviewed in connection

13   with your work on this case; correct?

14   A.    Yes.

15   Q.    And it's basically a review of the mechanism of action

16   in terms of treatment of ADHD; correct?

17   A.    Yes.

18   Q.    And the author here, Andrew Shenker, is both an M.D.

19   and a Ph.D.; correct?

20   A.    Yes.

21   Q.    If you turn to the back of the article, page 364,

22   let's look at the acknowledgments, you see he gratefully

23   acknowledges the comments of Dr. Rapoport, Dr. Zametkin, and

24   Dr. Potter that we've talked about before for their comments

25   on an earlier version of the manuscript.  Do you see that?

188

1    A.    Yes.

2    Q.    That was the group at NIMH; right?

3    A.    Yes.

4    Q.    Now, by my count, you've cited this article a total of

5    12 times in the two expert reports you've prepared in

6    connection with this litigation.

7    A.    I find this a very knowledgeable article.

8    Q.    I'm sorry?

9    A.    I find this a very knowledgeable article.  It seems to

10    be well informed.

11    Q.    Okay.  If we could go to page 340, please, there's a

12    section there in Shenker where he's discussing the tricyclic

13    antidepressants; correct?

14    A.    Correct.

15    Q.    And he's got a general discussion of them and their

16    actions on page 340, and then it extends over on to page

17    341; correct?

18    A.    Correct.

19    Q.    And the first paragraph of page 341 states:  "Any

20    discussion of the efficacy of imipramine and desipramine in

21    ADHD must include the fact that, unlike amphetamine, they

22    are fairly potent antagonists at the alpha-1 AR and certain

23    other brain receptors.  Whether these properties contribute

24    to or detract from clinical efficacy remains to be seen."

25        Do you see where I've read?

1    A.    Yes.

2    Q.    And the experiment to answer that question had not

3    been done by January of 1995; correct?

4    A.    The experiment to definitively answer that question

5    had not been done.  There certainly were many observations

6    in the literature related to that, which would suggest that

7    those receptor actions are unlikely to contribute in a

8    substantial way to the effects, therapeutic effects of the

9    tricyclic.

10   Q.    Shenker addressing a problem in the field in 1992

11   stated:  "Whether these properties contribute to or detract

12   from clinical efficacy remains to be seen."  That's what he

13   wrote at the time; right?

14   A.    That's what he wrote, and that is not inaccurate.

15   Q.    Now, would you turn, please, to table three at page

16   359?

17   A.    Okay.

18   Q.    You're better at getting to it than I am.

19   A.    Once in a while.

20   Q.    That table is entitled "Selective Drugs That May Be

21   Useful in Behavioral Research on ADHD"; correct?

22   A.    Correct.

23   Q.    There are 25 drugs listed there; right?

24   A.    Correct.

25   Q.    And none of them is tomoxetine; correct?

190

1   A.     None of them is tomoxetine.

2   Q.     And none of them is a selective norepinephrine

3   reuptake inhibitor.

4   A.     That's correct.  That's because this paper is focused

5   on how do you mimic the optimal or maximal efficacy of

6   stimulants, and as I said, we already know that selective

7   norepinephrine reuptake inhibitors aren't as effective as

8   the stimulants.  So you wouldn't list them on a table that

9   suggests where you might go to get comparable efficacy to

10  the stimulants.  There is a context here.

11  Q.     None of those drugs is a selective norepinephrine

12  reuptake inhibitor.

13  A.     That's correct.

14  Q.     To the extent he's got uptake inhibitors at all, they

15  are either dopamine uptake inhibitors or mixed

16  norepinephrine and dopamine uptake inhibitors; correct?

17  A.     On this table, that's correct.

18  Q.     Turn back to page 356 on Plaintiff's Trial Exhibit 6.

19  It's got a section there on "Future Research."  Do you see

20  that?

21  A.     Yes.

22  Q.     Under the first heading there on page 356, which we'll

23  do the old-fashioned way, is entitled "Future Research," and

24  the first heading is "New Drugs."  Do you see that?

25  A.     I do.

191

1    Q.    And he states, first of all, "It" may very well be

2    that increased synaptic availability of both dopamine and

3    norepinephrine is required for optimal pharmacotherapy of

4    ADHD."

5    A.    Yes, and that comes from the psychostimulants.

6    Q.    I'm sorry?

7    A.    That conclusion comes from the psychostimulants.

8    Q.    And in the next paragraph, he mentions the drug

9    Nomifensine; correct?

10   A.    Correct.

11   Q.    And Nomifensine was a mixed uptake inhibitor for

12   dopamine and norepinephrine.

13   A.    Correct.

14   Q.    And unfortunately, it was found to have toxic effects

15   when actually used; correct?

16   A.    Yes, as happens in drug discovery and drug development

17   programs.

18   Q.    Okay.  And that's why you always have to test it in

19   humans to know whether it will work; right?

20   A.    Absolutely.

21   Q.    I'm sorry?

22   A.    Yes.

23   Q.    And he goes on, Shenker goes on here at page 356 to

24   state:  "But several new drugs that are potent blockers of

25   both dopamine and norepinephrine uptake systems have been

CHARLES P. McGUIRE, C.S.R.

1    described," and he names a few.

2    A.    Yes.

3    Q.    And tomoxetine is not such a drug.

4    A.    No, because it wouldn't be expected to increase

5    dopamine and norepinephrine simultaneously.

6    Q.    Would you turn, please, to page 358?  I'm sorry, 357,

7    and about two-thirds of the way down in that first

8    incomplete paragraph, Shenker states:  "In treating some

9    neuropsychiatric disorders, the more successful drugs may be

10   those that are less selective, or those that can alter the

11   integration of complex neurotransmitter systems."

12            Do you see that?

13   A.    Yes.

14   Q.    And tomoxetine was decidedly selective; right?

15   A.    Correct.

16   Q.    And if you turn to page 358, the last incomplete

17   paragraph, first line in the section under "Animal

18   Research," Shenker states there that "a phrmacologic model

19   to explain drug efficacy in ADHD may be years away";

20   correct?

21   A.    I'm sorry, I thought you were going to highlight that.

22   Q.    Oh.

23   A.    Can you repeat what it says?

24   Q.    Okay.  The sentence beginning "Although," he states

25   that "a pharmacologic model to explain drug efficacy in ADHD

CHARLES P. McGUIRE, C.S.R.

1    may be years away"; correct?

2    A.    I don't see it, but I won't dispute that it's there.

3    Q.    Well, even I don't want you to guess.

4         (Laughter)

5    Q.    I'm sorry, it's above "Animal Research."  That's where

6    we want to focus.

7    A.    Oh, yes.  Now I see.

8    Q.    "Although a pharmacologic model to explain drug

9    efficacy in ADHD may be years away"; that's what he said

10   there in 1992, right?

11   A.    Yes, and I believe that's accurate today.

12   Q.    And if you go to page 364, the first complete

13   paragraph, he states again, "a simple pharmacologic model to

14   explain the utility of stimulants, tricyclics, MAO

15   inhibitors, neuroleptics and clonidine in ADHD is not yet

16   available."  That is what he said at the time; correct?

17   A.    I think that is in reference to a model that would

18   explain how they're all effective, and I think that's true.

19   Q.    Now, to back up to a topic that we touched on before,

20   one of the real problems confronting both the underlying

21   neuroscience in humans and the development of new drugs was

22   the inability to take direct measurements in the brain of a

23   living human being; correct?

24   A.    I don't know if I would agree with that statement that

25   it was a -- can you repeat it?

CHARLES P. McGUIRE, C.S.R.

194

1    Q.     One of the impediments both to a complete

2    understanding of the neuroscience and to the development of

3    drugs to treat ADHD was the inability to take measurements

4    directly in the living human brain; correct?

5    A.     I would agree with the first part, that we couldn't

6    understand the neuroscience without that.  I wouldn't agree

7    to the second part, that you would need that to develop

8    drugs.

9    Q.     You don't think an understanding of what's going on

10   inside the human brain is relevant to the design of drugs?

11   A.     We -- we in the generic sense have been developing

12   drugs to treat human disorders for more than a half a

13   century.  In that period of time, we've never been able to

14   measure what's going on in the brain.

15   Q.     Okay, and that's really the point I want to get to.

16   You can measure it in humans -- in rats; right?

17   A.     And that has served pretty well.

18   Q.     Okay, and the way you have attempted to get at that in

19   rats is by inserting probes into the brain of a living rat,

20   presumably.

21   A.     And humans.

22   Q.     H'm?

23   A.     And humans.  That approach, inserting a probe in the

24   brain of rats, has been used in humans.

25   Q.     Okay.  But there are ethical constraints --

CHARLES P. McGUIRE, C.S.R.

195

1     A.      There are, that's right.  You'd have to -- it's a

2     unique population of humans where that would happen.

3     Q.      Okay.

4             THE COURT:  Glad to hear that.

5             (Laughter)

6             MR. LIPSEY:  Only lawyers, Your Honor.

7             (Laughter)

8     Q.      And there are ethical concerns about doing surgery on

9     a person with ADHD; correct?

10    A.      Correct.

11    Q.      And in fact, there are FDA regulations regarding the

12    types of human experimentation that could be done; correct?

13    A.      Correct.

14    Q.      And those regulations require that the experiment be

15    approved by an Institutional Review Board; correct?

16    A.      Yes.

17    Q.      And the Institutional Review Board can't approve the

18    experiment until the risk is reasonable in relation to the

19    anticipated benefits to the patient; correct?

20    A.      I don't know about that.  I've never served on a human

21    subjects internal review board.  I have served on panels for

22    animals.  My understanding is that -- and this is true in

23    animals -- you just want to make sure that whatever is

24    happening proceeds in some -- to match some ethical

25    standards.

CHARLES P. McGUIRE, C.S.R.

1    Q.    Okay.  And --

2    A.    I'm not sure that people -- and I don't know how it

3    works in humans, so I guess I don't know the answer to your

4    question.

5    Q.    Okay.  But with animals, you don't need informed

6    consent, and with people, you do; right?

7    A.    Correct.

8    Q.    And part of getting informed consent in accordance

9    with the FDA regulatory framework is informing the patient

10   of benefits that reasonably may be expected from the

11   procedure; correct?

12   A.    I'll take your word for it.  Again, I have no

13   experience with human subjects IRBs.

14   Q.    Let's talk a little bit about this issue which has

15   been various characterized as an enablement issue or utility

16   issue or some hybrid of the two.

17          I gather you have offered the opinion that a

18   person of ordinary skill in the art informed of this

19   invention would perceive it as being one that was reasonably

20   likely to work; is that right?

21   A.    Based on the prior art, correct.

22   Q.    So I'd like to ask you a hypothetical question, and

23   it's a lengthy hypothetical question, so I'm going to break

24   it into bite size pieces.  All right?

25   A.    Please.

1    Q.    First, I'd like you to assume that persons of ordinary

2    skill in the ADHD art in January of 1995 were not looking

3    for a selective norepinephrine reuptake inhibitor, but

4    instead were looking for drugs with combined effects on

5    dopamine and norepinephrine, or drugs that directly bound to

6    receptors, or drugs that had selective influences on some

7    adrenergic receptors but not others.  Do you have that much

8    in mind?

9    A.    We're looking for drugs that would do many things.  Is

10   that right?

11   Q.    Right, that they were looking for basically

12   multifunctional drugs or drugs that actively bound to a

13   receptor.

14   A.    Okay.

15   Q.    Okay?  So you've got that much in mind.

16         I'd like you to assume further that the idea of a

17   selective norepinephrine reuptake inhibitor was no longer of

18   interest for ADHD because of sudden-death issues with

19   desipramine, but not with other TCAs where the principal

20   difference between the two was the relative selectivity of

21   desipramine for inhibiting norepinephrine reuptake.

22         Do you have that much in mind?

23   A.    Okay.

24   Q.    And I'd like you to assume in that environment that an

25   experienced scientist came to such a person of ordinary

CHARLES P. McGUIRE, C.S.R.

1    skill in the art and said, stop what you're thinking, stop

2    thinking that, and think about this:  I have a highly

3    selective norepinephrine reuptake inhibitor with basically

4    no activity towards other receptors.  I have done an

5    experiment in a thousand people, and I have determined that

6    it's notably safe.  I believe it will work in ADHD and that

7    that safety will be a benefit there.  I believe it will be

8    effective in ADHD at doses between five milligrams and 100

9    milligrams a day.

10            Do you have that much of my hypothetical in mind?

11   A.    I do.

12   Q.    With that in mind, and with the aid of hindsight, and

13   reviewing the prior art with this suggestion in mind, would

14   a person of ordinary skill in the art in January of 1995

15   have viewed the idea that tomoxetine could be used to treat

16   ADHD as incredible?

17   A.    As being credible or --

18   Q.    Incredible.

19   A.    Well, if we go with all of those assumptions, which I

20   don't believe accurately reflects what was happening in

21   1995, I think the answer would be yes.

22   Q.    And would a person so skilled have accepted that the

23   treatment with tomoxetine could work?

24   A.    I don't know.

25   Q.    And why is that?

199

1     A.    You're making a lot of assumptions there and it's

2    really hard for me to know -- you know, if it were me, and I

3    were that hypothetical person, and I was taking all those

4    assumptions, you know, I guess anything's possible, but --

5    Q.    No, no, my hypothetical --

6    A.    -- but I think the chances are that you would -- based

7    on everything that you said that someone would say it could

8    work, maybe, it may not, it may be likely not to work.

9    Q.    Okay.  I didn't ask you to change any of your

10    assumptions about what the prior art taught.  I was asking

11    you to change your assumptions about what people skilled in

12    the art were looking for.  Do you understand?

13    A.    You're losing me.

14         Let me try to keep it --

15    Q.    The point being, to try to simplify the

16    hypothetical --

17    A.  So people were looking for the things you said, but we

18    haven't thrown out the prior art?

19    Q.    The prior art is what the prior art is.  It includes

20    the invention of fire, the steam engine, and it progresses

21    all the way up until 1995.

22    A.    You know, if I don't throw out the prior art, I look

23    at desipramine and other selective norepinephrine reuptake

24    blockers.

25    Q.    I'm sorry?

200

1    A.    If I don't throw out the prior art, if I'm allowed to

2    keep the prior art, I would note that desipramine and other

3    norepinephrine reuptake blockers are effective in treating

4    ADHD.

5    Q.    And so had you been a person of ordinary skill in the

6    art studiously working away on the projects of the day that

7    did not include this issue and not have it in mind that

8    somebody came to you and said Stop that, think about this,

9    think about using tomoxetine to treat ADHD, when you stopped

10   and thought about it, and looked back at what you could

11   glean from the prior art in hindsight, I gather you would

12   conclude that it could work.

13   A.    I think at the time a person of ordinary skill in the

14   art, though they might be looking at these multiacting drugs

15   to mimic the efficacy of stimulants, would have to know

16   about tricyclics, including desipramine, and a person of

17   ordinary skill in the art would have to know that it is a

18   selective norepinephrine reuptake inhibitor, and I think

19   everything goes from there.

20   Q.    Your conclusion is?

21   A.    That someone would say yeah, it could work.  It may

22   not be as effective as stimulants, but it could work.

23   Q.    Okay.  That's what I wanted to know.  But in any

24   event, in the hypothetical that I offered, it would not be

25   viewed as incredible; correct?

CHARLES P. McGUIRE, C.S.R.

1    A.    Correct.

2    Q.    Let me ask you a slightly different but equally

3    painfully long hypothetical.

4              I want you to suppose or assume that a

5    pharmaceutical company with 20 years of experience with

6    monoamine reuptake inhibitors and antidepressants came to

7    you and said, We have tomoxetine, a highly selective

8    norepinephrine reuptake inhibitor, virtually devoid of

9    activity in other receptors.  We have tested it in a

10   thousand human patients, and we have noted it to be notably

11   safe.  The Massachusetts General Hospital IRB and the Food

12   and Drug Administration have approved a clinical trial in

13   humans of the drug for ADHD.  The patients have been

14   notified by the IRB that a benefit that reasonably may be

15   expected is that their ADHD symptoms may improve if they're

16   on tomoxetine.  We believe that it can be used to treat

17   ADHD.

18             Under those circumstances, by viewing that

19   suggestion with hindsight and gleaning from the prior art

20   what could be gleaned on the issue, in your opinion, would a

21   person of ordinary skill in the art view that suggestion to

22   use tomoxetine as incredible?

23   A.    Can you tell me what you mean by -- what's the

24   significance of the phrase, "in hindsight"?

25   Q.    What I'm telling you is, I've asked you to stop

CHARLES P. McGUIRE, C.S.R.

202

1    thinking what you're doing -- what you're thinking about

2    now.  I want you to stop and think about my idea.  I want

3    you to think about my idea, and based on everything that you

4    now can see in the prior art, since I've shone a light on

5    it, can you look at it and say, You know, I think that could

6    work?

7    A.    I don't think you need the hindsight part of your

8    question to answer that question.

9    Q.    But you would agree with me that certainly with

10   hindsight, you could conclude that it could work.

11   A.    I think with hindsight, the conclusion would be the

12   same as it was without hindsight.

13   Q.    That may be as close to agreement as we can get.

14          Now, you relied on Dr. Heiligenstein's deposition

15   testimony in support of your opinion that you felt that

16   without the prior art, there was no way to believe that this

17   would work; correct?

18   A.    Correct.

19   Q.    What Dr. Heiligenstein testified to is, he didn't have

20   any data, he didn't have any tomoxetine data on the issue of

21   whether it would work for ADHD; right?

22   A.    Correct.

23   Q.    And he basically said that he wasn't going to be

24   satisfied that it could work until he got data; right?

25   A.    Correct.

CHARLES P. McGUIRE, C.S.R.

1    Q.     And he was not satisfied even with the data from the

2    study Dr. Biederman did; right?

3    A.     Correct.

4    Q.     And, in fact, he testified at his deposition that he

5    wasn't satisfied until he had the results of the first two

6    double-blind studies sometime in 1997; right?

7    A.     Correct.

8    Q.     Now, those are the kinds of studies that you need in

9    order to actually market the drug with FDA approval; right?

10   A.     I don't know what's required for FDA approval.   But

11   you need those kinds of studies to start to have definitive

12   data related to the question.

13   Q.     You need double-blind controlled studies showing

14   safety and efficacy in order to get FDA approval, do you

15   not?

16   A.     Okay.

17   Q.     And that's why drug companies do that kind of stuff;

18   right?

19   A.     Okay.

20   Q.     And so the yardstick that Dr. Heiligenstein was using

21   was one that was much closer to the question of whether the

22   drug could be commercialized or approved than it is to the

23   rudimentary question of whether it could work; right?

24          MR. ROCKEY:   Objection, Your Honor.

25          THE COURT:   What's the objection?

1              MR. ROCKEY:  Mischaracterizes Dr. Heiligenstein's

2     testimony.  What he said was, I wasn't sure it would work.

3              THE COURT:  Do you recall what -- what is his

4     name?

5              THE WITNESS:  Heiligenstein.

6              THE COURT:  Do you recall what he said?

7              THE WITNESS:  What I was going to say is,

8     Heiligenstein thought that.  He didn't say that.  He said, I

9     didn't have data.  He didn't say, I have preliminary data,

10    it's not clear, which I would have said, if I were him, and

11    I had preliminary data.  He said he didn't have data.  And

12    as a scientist, I'm going to interpret that at face value

13    because there was no qualifying statement associated with

14    that.

15    Q.    Okay.  After the MGH study, he did have data; right?

16    A.    I -- yes, after the MGH study, he did.

17    Q.    And that still didn't satisfy Dr. Heiligenstein, did

18    it?

19    A.    You know, at that point, I don't remember what he

20    said.

21    Q.    Well let me read his deposition.

22              This is the Heiligenstein deposition, starting at

23    page 138, line 24, and extending to 139, line 10:

24              "QUESTION:  And I think you also testified that

25    you didn't think that the Mass. General study proved your

1       hypothesis.  Is that correct?

2                   "ANSWER:  I was not satisfied, no.

3                   "QUESTION:  When did you finally become satisfied?

4                   "ANSWER:  It was not until we had data from the

5       first two double-blind studies.

6                   "QUESTION:  And do you recall about when that was?

7                   "ANSWER:  I don't recall when that data was

8       available.

9                   "QUESTION:  Was it after 1997?

10                  "ANSWER:  Yes.

11      A.    So there, he's mentioning proving a hypothesis.  And I

12      agree with him.  You want to prove your hypothesis, which is

13      awfully hard; you need a body of pretty strong data.  But if

14      I were to ask, do I have data to support my hypothesis, I

15      would say I have data; it's not definitive, it's preliminary

16      in nature, we need to replicate it.  Myself and everyone

17      else I know in the business, we always describe preliminary

18      data because preliminary data are much better than no data.

19      Q.    His testimony was that he, subjectively, wasn't

20      satisfied that the hypothesis had been established until

21      after those two double-blind studies; correct?

22      A.    He said proven.  And I think there is a distinction.

23      Q.    Now, I gather you agree that the invention described

24      in the patent, the treatment of ADHD with tomoxetine in

25      doses of five to 100 micrograms per kilogram per day, does,

CHARLES P. McGUIRE, C.S.R.

1    in fact, work as described.

2    A.    Can you repeat that?

3    Q.    You agree that the invention of using tomoxetine to

4    treat ADHD patients at doses of from five to 100 micrograms

5    -- milligrams per kilogram per day does, in fact, work as

6    described?

7    A.    I'm not familiar with the doses that are used.  I do

8    know that atomoxetine has been reported to be effective in

9    the treatment of ADHD.

10   Q.    Okay.  Have you seen the label for the product?

11   A.    I may have.  I don't remember any of the details.

12   Q.    Okay.  And if the label described -- said that the

13   maximum dose was a hundred milligrams a day -- I actually

14   misspoke in my question.  Let me ask you a better one.

15          Let me ask you to assume that the FDA-approved

16   label states that tomoxetine is effective and safe to treat

17   ADHD with a maximum dose of 100 milligrams a day, and that

18   the FDA-approved dosage forms are in amounts ranging from 10

19   milligrams to 100 milligrams.

20          Do you have the assumption in mind?

21   A.    Okay.

22   Q.    I gather you would agree that the disclosed invention

23   in the patent to treat ADHD patients with tomoxetine in a

24   dose of from five to 100 milligrams per day does, in fact,

25   work as described.

1    A.    Yes.

2    Q.    And I gather you would agree that the results of the

3    Biederman study showed that tomoxetine was effective in

4    treating ADHD patients.

5    A.    The 1989 paper -- the 1989 study?

6    Q.    No, the 1998 paper describing the study that was done

7    beginning in December of '94 and finished in early 1995.

8    A.    Oh.  Right.  Sorry.  I got confused.

9    Q.    Let me reask the question.

10   A.    I --

11   Q.    Let me just ask it, because it may be important.

12         Do you agree that the results of the Spencer and

13   Biederman study conducted at MGH in 1994 and early 1995 and

14   ultimately published in an article in 1998 show that

15   tomoxetine is effective to treat ADHD?

16   A.    I'm pretty sure that's what they say.  I haven't read

17   that paper in a while.  But I know they have a paper that

18   shows it's effective.  I don't know -- I know they have a

19   paper that shows it's effective.

20   Q.    It shows what?

21   A.    That the drug atomoxetine is effective.

22   Q.    Now let's talk about the scope and content of the

23   prior art for just a minute.

24         You did not include as a basis for your opinion

25   prior art relating, for example, to MAO inhibitors; right?

CHARLES P. McGUIRE, C.S.R.

1    A.    I did.  I did, I thought.

2    Q.    You did?

3    A.    Yes.

4    Q.    Okay.  And you did include specifically prior art

5    relating to the tricyclic antidepressants; right?

6    A.    Yes, among other compounds.

7    Q.    Okay.  But you did not include in your analysis of the

8    obviousness issue in your report prior art relating to

9    treatment of urinary incontinence; is that correct?

10   A.    That's correct.

11   Q.    Okay.  And that was because you believed that the

12   prior art leading to treatment of urinary incontinence was

13   not scientifically pertinent to the issue of the obviousness

14   of using tomoxetine to treat the disease of ADHD; right?

15   A.    Correct.

16         Well, --

17   Q.    No, that's fine.

18         Let's talk for just a minute about the picture

19   that you had up here, I think it's slide eight.

20         MR. LIPSEY:  May we have their slide eight,

21   anybody that's got the machine?

22         If you can start it up and I'll tell you where to

23   stop it, and then I'd like to ask some questions.

24         That's not quite the one I was looking for.

25         MR. ROCKEY:  That's an animation.  Your Honor,

1    that's an animation.  That's why you don't see anything

2    happening.

3            MR. LIPSEY:  Okay.  Go ahead and let it start, and

4    I'll tell you when to stop.

5            (The animation was played .)

6            MR. LIPSEY:  Okay.  Stop it.  Can you go back just

7    a little bit?

8            Okay.  Go forward some.

9            Okay.  Go ahead and stop it right there.

10   Q.    Now, that is the schematic illustration that you

11   offered of how a norepinephrine reuptake inhibitor could

12   prevent norepinephrine in the synapse from being taken back

13   up into what you called the presynaptic neuron; correct?

14   A.    Correct.

15   Q.    And the little green triangles there are the

16   norepinephrine reuptake inhibitor; correct?

17   A.    Correct.

18   Q.    And when you have a norepinephrine reuptake inhibitor

19   that can bind not only to the reuptake sites but also to

20   receptors, you could end up with those little green

21   triangles down on the postsynaptic neuron where you've

22   labeled the beta, alpha-2 and alpha-1 receptors; correct?

23   A.    Correct.  And we know, as I said, tricyclics do that.

24   Q.    Okay.  There are a couple of pieces of prior art that

25   I would like to go through with you.  If you could go back

CHARLES P. McGUIRE, C.S.R.

1    to Volume 4 in your book, and turn, please, to tab 11 and

2    Defendants' Trial Exhibit 32.

3    A.    Volume 4.  So now we're out of Volume 5?

4    Q.    Well, we never were -- it's the same volume we've been

5    talking about.

6    A.    All right.  Which tab?

7    Q.    Tab 11, the very first one.

8    A.    Yes.

9    Q.    That's a 1982 Lilly publication describing tomoxetine

10   as a selective norepinephrine reuptake inhibitor and

11   pointing out that it was devoid of affinity for receptors;

12   correct?

13   A.    Correct.

14   Q.    If you would turn, please, to tab 13.  That's

15   Defendants' Trial Exhibit 55.  That's something you

16   considered in forming your opinion; right?

17   A.    I have seen it, yes.

18   Q.    And this reported a preliminary, a very preliminary

19   clinical trial of tomoxetine for depression; correct?

20   A.    Yes.

21   Q.    And that was in 1984; right?

22   A.    Correct.

23   Q.    And by 1995, there had been no report of any

24   successful demonstration of tomoxetine for depression in

25   Phase III trials; correct?

1    A.    I don't know the literature on tomoxetine's use in

2    depression.

3    Q.    Okay.  And is it your understanding from your review

4    of the materials in this case that tomoxetine in fact failed

5    to show efficacy in a large clinical trial of depression?

6    A.    I know there was one study that did come to that

7    conclusion.  I know I've heard of other comments somewhere

8    in this -- here in this case that it does have

9    antidepressant action.  I didn't look into that.

10   Q.    Okay.  But as far as you know, it never was approved

11   by the FDA as an antidepressant; correct?

12   A.    That's correct.

13   Q.    And to the extent a person of ordinary skill in the

14   art sees a preliminary report in 1984 and there's still no

15   drug by a decade later, that could tend to suggest there was

16   some problem with the drug; right?

17   A.    Well, it depends on what you mean by there was no

18   drug.  If you mean FDA approval, I'm not sure I would agree.

19   I know drugs are used without FDA approval.

20   Q.    I mean, that's a possible inference that could be

21   drawn by persons in drug development would be that if it

22   appeared a drug had entered clinical trials in 1984 and that

23   it disappeared from the face of the earth with no

24   announcement of successful Phase III trials that there was

25   potentially a problem with the drug; correct?

CHARLES P. McGUIRE, C.S.R.

1    A.    Well, someone with experience in drug discovery could

2    reach a number of conclusions, that maybe it wasn't as

3    effective as they wanted, for whatever reason they decided

4    they're going to put their priorities somewhere else.   I

5    just don't know enough about this to give you a strong

6    opinion either way.

7    Q.    Yes, but one of the possibilities would be that there

8    was either some toxicity problem or some efficacy problem in

9    the drug; correct?

10    A.    Correct.

11    Q.    Okay.  Would you turn, please, to tab 15, and that's

12    the 1985 article that you say referred to the 1983 article.

13    A.    Correct.

14    Q.    And for the record, the Hunt article is Defendants'

15    Trial Exhibit 314, and in this 1985 article, Dr. Hunt

16    describes clonidine as inhibiting norepinephrine release;

17    correct?

18    A.    Yes.

19    Q.    In tab 16, Defendants' Trial Exhibit 59 -- I

20    apologize.  That's Dr. Hunt's 1986 article, making the same

21    statement about clonidine; correct?

22    A.    Yes.  Again, this was before the idea of postsynaptic

23    alpha-2 receptors modulating cognition had percolated

24    through the field, and as I said, clonidine inhibiting

25    norepinephrine release and being effective in ADHD was

1    always confusing before we learned about postsynaptic

2    alpha-2 receptors.

3    Q.    Okay.  Would you turn, please, to tab 22?  And that's

4    Defendants' Trial Exhibit 66.  That's the Silver publication

5    relating to variety of ADHD treatments, including clonidine;

6    correct?

7    A.    Correct.

8    Q.    And in this 1992 publication, Silver also reports that

9    clonidine reduces norepinephrine; correct?

10   A.    Correct, and it certainly does.

11   Q.    Would you turn to tab 24, please?

12         This is Defendants' Trial Exhibit 67.  This is the

13   1992 publication of Dr. Green that we talked about earlier

14   that you cited in your expert report; correct?

15   A.    Correct.

16   Q.    And in this article, Dr. Green also characterizes

17   clonidine as an inhibiting endogenous release of

18   norepinephrine; correct?

19   A.    Yes.

20   Q.    Would you turn, please, to tab 29?

21         This is Defendants' Trial Exhibit 93, the Cusack

22   publication, that actually measured receptor binding

23   affinities for a variety of drugs in human brain tissue;

24   correct?

25   A.    Um-h'm.

1    Q.    As distinct from the rat brain tissue that had been

2    measured earlier.

3    A.    Yes.

4    Q.    And this was something you considered in forming your

5    opinions; correct?

6    A.    Yes.

7    Q.    And one of the conclusions that Cusack draws here on

8    page 563 in Defendants' Trial Exhibit 93, the right-hand

9    column, at the bottom of the short paragraph beginning with

10   the word "Venlafaxine," Cusack notes:  "...from a practical

11   standpoint, there were many other compounds that would not

12   likely affect any of these seven receptors directly in vivo.

13   These compounds included...tomoxetine."  Right?

14   A.    I'm still looking for that.  Can you give me the

15   directions to it?

16   Q.    On page 563, --

17   A.    Yes.

18   Q.    -- in the middle of the right-hand column, --

19   A.    Okay.  Yes.

20   Q.    -- there's a short paragraph that begins with the word

21   "Venlafaxine."

22   A.    Yes.

23   Q.    And at the bottom there, Cusack concludes that based

24   on his data, tomoxetine is unlikely to affect any of these

25   seven receptors directly in vivo; correct?

1      A.    Yes.

2      Q.    And that's in distinction to the classical tricyclic

3      antidepressants which he characterizes a few lines above as

4      being the most potent compounds at blocking five of the

5      seven receptors; right?

6      A.    Correct.

7      Q.    Would you turn, please, to tab 31?  And that's

8      Defendants' Trial Exhibit 112, and that's a Lilly article

9      describing a mixed inhibitor of both serotonin and

10     norepinephrine reuptake; correct?

11     A.    Correct.

12     Q.    And that's the drug that ultimately became duloxetine;

13     correct?

14     A.    Yes.

15     Q.    Now, if we could talk briefly about some of the

16     publications that you relied upon in your direct testimony,

17     hopefully up there you still have somewhere your original

18     binder.

19     A.    Somewhere, I do.  Yes.

20     Q.    Let's start with Defendants' Trial Exhibit 26, which

21     is the 1985 Gastfriend article.  And in the opening

22     paragraph there, Gastfriend notes that "Pharmacologic

23     treatment of attention deficit disorder (ADD) has largely

24     been limited to the use of psychostimulants in prepubertal

25     children.  However, as many as 30 percent of children prove

216

1    refractory to treatment with stimulants."

2              And you would agree with that, I gather.

3    A.    I don't know the exact number.  I do know that there's

4    some population that proved refractory.  Whether it's 20 or

5    30, I'm not sure.

6    Q.    Okay.  But you don't have any information in conflict

7    with what Gastfriend writes here; correct?

8    A.    In general terms, no.

9    Q.    And right below that, he states that "In adolescents,

10   little is known about the nature of the disorder itself,

11   much less about pharmacologic agents for treatment."

12   Correct?

13   A.    Yes.

14   Q.    Could you look, please, at Defendants' Trial Exhibit

15   22, which is the Bolden and Watson article?

16              This is a 1993 publication; correct?

17   A.    Correct.

18   Q.    And looking at the first sentence of the article

19   underneath the abstract or summary, after the abstract, the

20   first sentence of the actual article, Bolden and Watson

21   state here:  "Antidepressant drugs offer effective treatment

22   for depression, although their mechanism of action in the

23   treatment of depressive illness remains an enigma."  Do you

24   see where I've read?

25   A.    Yes.

CHARLES P. McGUIRE, C.S.R.

1    Q.    And I gather you don't quarrel with that?

2    A.    No, in terms of depression use, it's -- it's always

3    complicated, and I think -- in terms of depression use, it's

4    more complicated because you have to treat patients for

5    multiple weeks before you see therapeutic efficacy.  So the

6    acute pharmacological actions that I showed here aren't

7    sufficient to explain how these drugs translate to a change

8    -- to a therapeutic effect.  It's a little more complicated.

9    Q.    Okay.  So let's talk about that a little bit.

10         Bolden Watson, Defendants' Trial Exhibit 22, does,

11   in fact, hint at that on page 1027 in the last complete

12   paragraph, where he says:  "The mechanism of therapeutic

13   effects of antidepressants is uncertain.  Possibly, the

14   resulting potentiation of monoaminergic neurotransmission

15   caused by uptake inhibition by antidepressants is a first

16   step in a complex cascade of events ultimately producing a

17   desensitization and downregulation of certain

18   neurotransmitter receptors."

19   A.    Correct.

20   Q.    And that 's the complex phenomenon you were referring

21   to in your last answer.

22   A.    That's some of it, yes.

23   Q.    In fact, it's even more complicated than that.

24   A.    Yes.

25   Q.    And in fact, they can end up affecting other

1    neurotransmission systems, including serotonin and dopamine;

2    correct?

3    A.    Correct.  And that's true with any drug we give that

4    acts in the brain.  After that first pharmacological action,

5    which is relatively -- we can measure that.  What happens in

6    the next half a minute to many weeks is complicated.

7    Q.    Okay.  And Biederman, in the study he did in 1989 that

8    we already talked about, he said he didn't see a distinction

9    between the placebo and the desipramine-treated group until

10   the third week; is that right?

11   A.    That is what he said.  And that contradicted data from

12   other studies.

13   Q.    But that was Dr. Biederman; right?

14   A.    That was Dr. Biederman's study.  I think there were

15   other studies where you didn't see that.

16   Q.    Do you know whether the activity of tomoxetine in

17   treating ADHD is immediate or delayed?

18   A.    No, I don't know.  And I think part of the -- it's

19   complicated when you read the literature because people say

20   different things.  Sometimes they're referring to the

21   maximal response, which can take a little bit of time.

22   Sometimes they say it's immediate.  It isn't as clear a

23   story, but when you compare the psychostimulants, which are

24   norepinephrine and dopamine reuptake blockers, with the

25   tricyclics, which have an action of blocking norepinephrine

CHARLES P. McGUIRE, C.S.R.

219

1      and serotonin, it's a reasonable -- I think a person of

2      ordinary skill in the art would assume it's the reuptake

3      blockade that leads to a relatively rapid effect.

4      Q.    The uptake blockade occurs immediately; right?

5      A.    The uptake blockade occurs immediately, and like we

6      showed in Donnelly, like Donnelly reports, it's a fast

7      response.

8      Q.    And Biederman reports that it wasn't a fast response.

9      A.    A delay, and he speculates, well, maybe there's some

10     ramping up, and although the end result is the same, the

11     pharmacology is complicated, and if you start giving low

12     doses, there are these compensatory receptor actions that

13     occur, and, you know, it just gets complicated at that

14     point.

15     Q.    It is indeed very complicated; that, we can agree.

16     Right?

17            I need an audible answer.

18     A.    Well, it is complicated how all this plays out.  The

19     pharmacology is straightforward.  That's why we focus on

20     pharmacology in drug development.  We don't start to worry

21     about the circuitry or the biology of the disorder.

22     Q.    You don't; right?

23     A.    No.  Drug discovery doesn't.

24     Q.    And --

25     A.    Prozac, the development of Prozac didn't.

CHARLES P. McGUIRE, C.S.R.

220

1    Q.    Since that was our drug, I suspect we may know a

2    little more about that than you.  Do you agree?

3    A.    It depends --

4          THE COURT:  Well, I don't want to know anything

5    about it.

6          (Laughter)

7          THE COURT:  Stick to this drug.

8          MR. LIPSEY:  I've always wanted to reargue that

9    case, Your Honor, because Mr. Hurst right here took it away

10   from me at the 11th hour.

11         THE COURT:  Take it to Philadelphia.

12         (Laughter)

13   Q.    The effects of the tricyclic antidepressants,

14   including desipramine, on the brain of humans in connection

15   with their action on ADHD were quite complex; correct?

16   A.    I think the pharmacological actions are not that

17   complex.  The biology, how that pharmacological action

18   translates into changed behavior is complicated.  The

19   pharmacology is not that complicated.  It's more complicated

20   than atomoxetine, but it isn't that complicated.  We know a

21   lot about the pharmacology of these drugs.

22         MR. LIPSEY:  Your Honor, it is 3:55.

23         THE COURT:  Yes, it is.

24         MR. LIPSEY:  I would dearly love an opportunity to

25   renew my notes.  I'm reluctant to keep everybody here.  I

1    suspect if I do, I will either have either nothing or

2    something very brief for the witness in the morning.

3                THE COURT:  I assume there's going to be some

4    redirect.

5                MR. ROCKEY:  Not sure, Your Honor.  Right now, I

6    don't think so.  If there were --

7                THE COURT:  Is this gentleman going to be here

8    tomorrow?

9                MR. ROCKEY:  Yes.

10               THE COURT:  All right.  Well, then, I'm not so

11   worried.  I was fearful that we were keeping him from

12   beautiful Wisconsin.  I didn't want to do that.

13               You know what I think we'll do?  I think we'll

14   break for today.  The doctor has been on the stand in a long

15   hot afternoon, and I think he should probably take a break,

16   too.

17               THE WITNESS:  Thank you, Your Honor.

18               THE COURT:  So why don't we take a break for

19   today.  We will resume tomorrow.

20               Who is your next witness?

21               MR. CLEMENT:  Mr. Goolkasian, Your Honor.

22               THE COURT:  So we will have our next witness ready

23   to go?

24               MR. CLEMENT:  Yes, Your Honor.

25               THE COURT:  And any witness after that?

1    MR. PARKER:  Yes, Your Honor.  Dr. James Johnson.

2    THE COURT:  And that witness will also be present

3    or available?

4    MR. PARKER:  Yes, he will, Your Honor, and I

5    suspect that we probably won't finish direct on Wednesday,

6    probably have to carry over into the following week.  But

7    he's available.

8    THE COURT:  Okay.  We're only going to go tomorrow

9    until about 3:30.

10    We'll see you all tomorrow at 9 a.m.  Have a good

11    night.

12    (Matter adjourned until Wednesday, May 19, 2010,

13    commencing at 9 a.m.

14

15

16

17

18

19

20

21

22

23

24

25

CHARLES P. McGUIRE, C.S.R.

1                              __INDEX__

2                                                          __Page__:

3       __COURT'S REMARKS__:                                4

4
        __OPENING STATEMENTS__:
5
        MR. CLEMENT:                                        12
6
        MR. RAKOCZY:                                        31
7
        MR. LIPSEY:                                         42
8

9                                                        Further
10                     __Direct__   __Cross__   __Redirect__   __Recross__   __Redirect__

11      WITNESSES FOR
        __THE DEFENDANTS__:
12
        CRAIG BERRIDGE      70      125
13

14
        __EXHIBITS__:                        __Marked__      __Received__:
15
        DTX-553                              85
16
        DTX-1, 22, 23, 24, 25, 26, 28, 47, 129           125
17

18

19

20

21

22

23

24

25

CHARLES P. McGUIRE, C.S.R.

224

| $ | | | |
|---|---|---|---|

**$400,000** [1] - 123:4

| ' | | | |
|---|---|---|---|

**'081** [1] - 33:7
**'092** [1] - 66:21
**'590** [21] - 7:5, 14:25, 15:6, 18:4, 19:4, 27:4, 28:10, 28:16, 38:23, 39:1, 39:24, 40:3, 40:7, 41:15, 42:10, 64:10, 64:23, 80:11, 81:2, 117:23, 119:3
**'94** [1] - 207:7
**'therapeutic** [1] - 187:5

| 0 | | | |
|---|---|---|---|

**07-3770** [1] - 4:6
**07-cv-3770-DMC** [1] - 1:4
**07068** [1] - 3:14
**07102-5311** [1] - 3:3
**08540** [1] - 2:18
**08543-5276** [1] - 2:4

| 1 | | | |
|---|---|---|---|

**1** [10] - 1:7, 7:8, 13:11, 21:17, 21:18, 84:8, 124:12, 125:3, 136:20, 164:10
**1,400** [2] - 114:18, 115:12
**1.30** [1] - 114:17
**1.8** [1] - 165:9
**1.83** [1] - 165:21
**10** [10] - 8:25, 39:19, 44:8, 58:19, 66:3, 69:7, 100:2, 101:23, 204:23, 206:18
**100** [8] - 59:7, 169:8, 198:8, 205:25, 206:4, 206:17, 206:19, 206:24
**10016** [1] - 3:5
**1027** [1] - 217:11
**10281** [1] - 3:9
**10:30** [1] - 69:3
**10th** [1] - 3:2
**11** [3] - 100:15, 210:1, 210:7
**11,000** [1] - 115:12
**112** [2] - 18:9, 215:8
**11955** [1] - 2:6

**11th** [2] - 21:23, 220:10
**12** [10] - 8:25, 47:13, 101:3, 102:14, 123:5, 145:6, 145:16, 188:5, 223:5
**122** [1] - 137:2
**125** [2] - 223:12, 223:16
**127** [1] - 27:23
**129** [5] - 110:6, 110:7, 124:13, 125:4, 223:16
**13** [3] - 56:5, 104:12, 210:14
**13-year** [1] - 52:25
**137** [2] - 176:21, 177:9
**138** [1] - 204:23
**139** [1] - 204:23
**14** [7] - 107:15, 133:25, 134:4, 142:18, 142:22, 166:7, 166:10
**15** [7] - 67:1, 70:15, 108:18, 145:22, 149:22, 180:10, 212:11
**159** [2] - 133:25, 134:3
**16** [5] - 7:11, 13:10, 109:10, 146:23, 212:19
**17** [4] - 110:6, 137:7, 141:7, 165:14
**172** [1] - 130:20
**174** [1] - 131:15
**18** [7] - 1:13, 111:22, 112:16, 150:13, 150:19, 156:11, 166:9
**186** [1] - 148:6
**18th** [1] - 62:23
**19** [3] - 113:11, 159:18, 222:12
**1930's** [1] - 138:9
**1980's** [1] - 45:14
**1982** [3] - 52:3, 71:9, 210:9
**1983** [2] - 128:2, 212:12
**1984** [8] - 53:12, 54:19, 108:8, 108:23, 143:12, 210:21, 211:14, 211:22
**1985** [12] - 108:22, 110:10, 127:24, 145:23, 146:11, 146:13, 146:16, 146:18, 166:8, 212:12, 212:15, 215:21
**1985)** [1] - 129:7
**1986** [5] - 15:10, 53:12, 141:9, 146:24, 212:20
**1987** [3] - 150:21,

151:5, 157:9
**1988** [2] - 71:14, 126:12
**1989** [9] - 49:25, 159:19, 160:10, 163:8, 164:1, 165:4, 207:5, 218:7
**1990's** [2] - 45:14, 146:19
**1991** [2] - 45:14, 54:1
**1992** [8] - 47:14, 51:15, 54:6, 147:12, 189:10, 193:10, 213:8, 213:13
**1993** [7] - 55:16, 127:19, 127:23, 128:19, 145:24, 174:24, 216:16
**1994** [2] - 50:4, 207:13
**1995** [38] - 21:24, 24:16, 32:23, 35:3, 60:18, 94:10, 99:18, 127:18, 132:14, 136:8, 138:3, 139:4, 139:17, 148:14, 148:21, 148:24, 149:2, 149:12, 161:13, 161:18, 167:25, 168:19, 168:25, 169:13, 172:2, 172:5, 176:22, 177:2, 177:5, 177:25, 189:3, 197:2, 198:14, 198:21, 199:21, 207:7, 207:13, 210:23
**1997** [2] - 203:6, 205:9
**1998** [2] - 207:6, 207:14
**1999** [1] - 48:14

| 2 | | | |
|---|---|---|---|

**2** [7] - 7:11, 13:10, 22:18, 22:20, 136:23, 149:20, 169:3
**2.2** [1] - 176:4
**20** [10] - 11:24, 116:11, 163:9, 164:2, 165:5, 178:3, 178:5, 181:13, 201:5, 216:4
**2000** [4] - 127:22, 135:22, 143:9, 143:18
**2001** [3] - 129:17, 133:5, 134:7
**2006** [1] - 133:6
**201** [1] - 185:13
**2010** [2] - 1:13, 222:12
**20190-5675** [1] - 2:7
**202** [1] - 2:17

**204** [2] - 185:21, 186:8
**205** [1] - 187:2
**208** [1] - 183:25
**21** [3] - 145:13, 183:9, 183:11
**22** [2] - 113:10, 113:11, 124:12, 125:3, 213:3, 216:15, 217:10, 223:16
**2217** [1] - 70:5
**23** [11] - 104:11, 117:19, 124:12, 125:3, 137:7, 141:7, 141:14, 165:15, 165:20, 187:11, 223:16
**230** [1] - 147:1
**233** [1] - 166:14
**24** [6] - 116:11, 124:12, 125:3, 204:23, 213:11, 223:16
**243** [1] - 159:18
**25** [18] - 7:13, 55:1, 107:15, 107:16, 108:7, 108:24, 120:22, 124:12, 125:3, 145:13, 145:15, 169:4, 169:9, 172:16, 172:18, 172:19, 189:23, 223:16
**26** [6] - 108:19, 120:23, 124:12, 125:3, 215:20, 223:16
**27** [1] - 121:7
**28** [5] - 1:22, 109:9, 124:12, 125:3, 223:16
**29** [1] - 213:20
**29th** [1] - 9:2

| 3 | | | |
|---|---|---|---|

**3** [4] - 3:8, 60:18, 136:25, 164:8
**3.0** [1] - 165:11
**30** [4] - 26:14, 125:22, 215:25, 216:5
**301** [1] - 2:3
**31** [2] - 215:7, 223:6
**314** [2] - 145:23, 212:15
**318** [7] - 18:22, 18:24, 26:10, 28:8, 57:1, 57:20, 63:4
**32** [1] - 210:2
**33** [5] - 2:20, 150:13, 150:19, 153:17, 156:8
**340** [2] - 188:11, 188:16
**341** [2] - 188:17, 188:19

**35** [2] - 2:13, 18:9
**356** [3] - 190:18, 190:22, 191:23
**357** [1] - 192:6
**358** [2] - 192:6, 192:16
**359** [1] - 189:16
**36** [1] - 143:25
**364** [2] - 187:21, 193:12
**38** [2] - 179:3, 181:14
**3:30** [2] - 8:18, 222:9
**3:55** [1] - 220:22
**3rd** [3] - 9:5, 9:11

| 4 | | | |
|---|---|---|---|

**4** [9] - 66:23, 85:5, 85:20, 86:10, 137:1, 164:9, 210:1, 210:3, 223:3
**40** [2] - 36:1, 115:18
**400** [1] - 2:3
**42** [1] - 223:7
**43** [2] - 114:18, 114:20
**45** [1] - 11:22
**47** [6] - 74:15, 124:12, 125:4, 126:15, 129:18, 223:16
**473** [1] - 67:23

| 5 | | | |
|---|---|---|---|

**5** [11] - 3:13, 90:6, 90:9, 90:25, 131:2, 137:3, 137:6, 145:10, 150:14, 183:9, 210:3
**5,441,985** [1] - 137:2
**5,658,590** [1] - 7:1
**50** [2] - 151:7, 156:22
**500** [1] - 3:16
**543** [1] - 67:19
**5450** [1] - 2:20
**55** [1] - 210:15
**553** [8] - 84:18, 85:2, 85:6, 87:15, 90:9, 112:16, 121:19, 124:9
**561** [1] - 129:2
**563** [2] - 214:8, 214:16
**59** [2] - 146:24, 212:19
**5H** [1] - 114:8
**5H-T** [1] - 114:8

**6**

**6** [4] - 3:16, 92:14, 187:11, 190:18
**60** [2] - 63:3, 115:18
**601** [1] - 26:21
**60601** [1] - 2:13
**60606** [1] - 2:21
**60654** [1] - 3:16
**61** [3] - 178:3, 178:8, 181:13
**614** [1] - 147:7
**618** [1] - 146:3
**621** [2] - 145:6, 145:11
**635** [2] - 172:17, 172:19
**66** [2] - 21:18, 213:4
**67** [1] - 213:12
**678** [1] - 151:10
**679** [1] - 153:16
**68** [1] - 128:20
**680** [1] - 156:23
**682** [1] - 157:22
**684** [1] - 156:13
**6th** [1] - 9:5

**7**

**7** [3] - 22:19, 22:20, 114:20
**70** [1] - 223:12
**70's** [1] - 81:25
**72** [1] - 66:22
**75** [1] - 165:19
**753** [1] - 1:12
**777** [1] - 160:13
**78** [2] - 137:11, 149:22
**780** [1] - 165:4
**782** [3] - 163:9, 164:7, 165:14
**783** [1] - 160:3
**79** [2] - 141:8, 141:15
**795** [1] - 173:6
**7th** [1] - 9:7

**8**

**8** [1] - 97:10
**80's** [2] - 81:25, 145:3
**85** [1] - 223:15

**9**

**9** [3] - 101:23, 222:10, 222:13

**90** [2] - 3:5, 177:8
**90's** [1] - 145:3
**91** [1] - 177:19
**920** [2] - 54:2, 184:21
**93** [2] - 213:21, 214:8
**99** [3] - 169:4, 169:7, 169:8

**A**

**A..** [1] - 179:9
**a.m** [2] - 222:10, 222:13
**abbreviate** [1] - 103:12
**abbreviated** [4] - 96:5, 114:6, 114:8, 114:9
**abbreviating** [1] - 90:15
**abbreviations** [1] - 93:23
**ability** [12] - 10:11, 99:5, 103:22, 105:16, 109:23, 113:14, 113:18, 114:2, 116:15, 116:19, 117:10, 147:5
**able** [4] - 33:21, 158:15, 158:16, 194:13
**Abraham** [2] - 5:11, 5:13
**ABRAHAM** [3] - 2:18, 5:12, 5:17
**ABRAMOWITZ** [1] - 3:11
**Abramowitz** [1] - 5:8
**absence** [5] - 34:10, 35:20, 65:2, 120:4, 131:3
**absolutely** [4] - 48:14, 58:22, 160:24, 191:20
**abstract** [7] - 15:12, 15:14, 15:17, 62:24, 105:15, 216:19
**Abuse** [1] - 78:6
**abuse** [1] - 43:23
**academic** [1] - 116:7
**acceptable** [1] - 33:5
**accepted** [6] - 62:3, 63:4, 65:13, 140:2, 140:4, 198:22
**accommodate** [1] - 10:5
**accommodating** [1] - 9:25
**accordance** [1] - 196:8
**accordingly** [1] -

74:12
**account** [7] - 167:25, 168:16, 168:22, 169:1, 169:11, 169:23, 169:24
**accumulation** [1] - 98:6
**accurate** [10] - 1:23, 82:14, 128:1, 130:7, 130:8, 131:12, 148:15, 185:20, 186:22, 193:11
**accurately** [1] - 198:20
**accusation** [1] - 43:8
**acetylcholine** [2] - 106:9, 107:2
**acknowledged** [3] - 39:13, 94:18, 114:24
**acknowledges** [1] - 187:23
**acknowledgments** [1] - 187:22
**acronym** [1] - 176:14
**act** [2] - 94:20, 182:15
**acting** [4] - 110:24, 111:16, 148:8, 182:5
**Action** [1] - 4:5
**action** [36] - 45:16, 48:11, 48:16, 50:18, 59:23, 81:8, 85:10, 97:20, 98:4, 99:7, 99:8, 99:11, 102:2, 103:6, 103:23, 105:8, 107:21, 110:12, 128:5, 130:9, 132:20, 141:12, 142:1, 160:6, 179:22, 185:15, 187:15, 211:9, 216:22, 218:4, 218:25, 220:15, 220:17
**actions** [24] - 51:2, 71:24, 76:21, 77:9, 77:18, 95:11, 100:23, 100:25, 108:14, 109:6, 109:24, 110:11, 112:10, 114:1, 131:19, 133:2, 144:6, 169:17, 174:18, 188:16, 189:7, 217:6, 219:12, 220:16
**active** [3] - 36:6, 36:9, 36:15
**actively** [1] - 197:12
**Activis** [1] - 4:5
**ACTIVIS** [1] - 1:7
**activities** [5] - 17:5, 51:3, 55:11, 77:3, 77:6
**activity** [27] - 14:21, 15:4, 16:2, 16:4, 16:15, 17:8, 17:23, 18:2, 50:8, 53:24, 79:7, 86:6, 95:20, 96:7, 105:10, 105:11, 106:14, 106:15,

118:16, 137:23, 146:7, 147:3, 184:6, 198:4, 201:9, 218:16
**acts** [4] - 146:5, 148:10, 154:11, 218:4
**actual** [7] - 36:12, 44:1, 56:22, 56:23, 68:11, 174:23, 216:20
**acute** [1] - 217:6
**acutely** [1] - 105:9
**add** [6] - 13:11, 23:12, 23:14, 80:14, 108:24, 127:2
**ADD** [1] - 215:23
**ADDH** [5] - 47:1, 48:17, 144:2, 153:21, 160:7
**addition** [5] - 40:21, 41:7, 48:25, 141:2, 166:20
**additional** [6] - 24:4, 24:12, 100:10, 102:4, 109:17, 112:22
**address** [2] - 28:24, 70:4
**addressed** [1] - 6:24
**addresses** [1] - 57:9
**addressing** [3] - 13:1, 13:3, 189:10
**adds** [1] - 92:17
**adequately** [3] - 59:4, 171:21
**ADHD** [239] - 7:7, 7:12, 13:6, 14:17, 15:11, 15:15, 15:19, 15:23, 16:10, 16:16, 17:13, 17:16, 17:18, 17:20, 18:2, 19:21, 19:24, 20:16, 20:18, 21:11, 21:19, 22:14, 22:22, 23:4, 23:12, 23:16, 24:2, 24:10, 25:19, 25:20, 32:15, 37:6, 37:9, 40:6, 43:3, 43:22, 44:1, 45:10, 45:13, 45:17, 46:4, 46:18, 47:16, 47:24, 48:5, 51:7, 51:16, 53:3, 54:25, 56:4, 58:8, 59:7, 59:23, 60:2, 64:1, 64:7, 66:12, 72:11, 72:12, 76:20, 76:24, 77:12, 77:14, 79:9, 79:14, 79:16, 79:18, 81:3, 82:3, 82:5, 89:3, 89:5, 89:21, 89:25, 90:3, 94:9, 94:11, 94:13, 99:19, 100:21, 101:1, 101:18, 101:19, 102:3, 103:10, 103:16, 103:22,

104:21, 104:23, 107:12, 107:19, 108:4, 108:10, 109:1, 109:5, 109:15, 109:17, 111:17, 112:2, 112:18, 118:3, 118:13, 118:17, 118:22, 119:5, 119:9, 120:2, 121:5, 127:4, 127:9, 127:12, 127:18, 127:22, 127:25, 128:7, 129:16, 129:21, 129:23, 130:13, 131:10, 131:20, 132:22, 133:17, 134:7, 134:16, 134:19, 135:10, 135:12, 135:16, 135:21, 135:25, 136:3, 138:4, 138:7, 138:10, 138:13, 138:15, 138:19, 139:19, 139:23, 140:1, 140:3, 140:4, 140:9, 140:12, 140:13, 140:17, 140:22, 140:24, 141:4, 141:17, 142:6, 144:2, 144:10, 144:12, 145:2, 145:12, 145:20, 146:15, 146:22, 147:5, 147:9, 147:11, 149:1, 149:9, 149:12, 149:15, 151:8, 151:17, 151:20, 151:21, 152:5, 152:15, 152:21, 153:5, 153:15, 157:4, 157:8, 157:13, 157:17, 157:18, 159:25, 161:13, 161:18, 162:19, 163:2, 163:19, 168:1, 168:13, 168:18, 168:24, 169:13, 169:18, 170:23, 174:2, 174:9, 176:1, 178:12, 178:21, 181:16, 183:17, 184:3, 184:10, 185:17, 186:17, 187:16, 188:21, 189:21, 191:4, 192:19, 192:25, 193:9, 193:15, 194:3, 195:9, 197:2, 197:18, 198:6, 198:8, 198:16, 200:4, 200:9, 201:13, 201:15, 201:17, 202:21, 205:24, 206:4, 206:9, 206:17, 206:23, 207:4, 207:15, 208:14, 212:25, 213:5, 218:17, 220:15
**ADHD's** [2] - 45:16, 185:15
**ADHD-related** [1] - 127:12
**adjacent** [1] - 87:19
**adjourned** [1] - 222:12
**adjournment** [1] - 9:13

**adjust** [2] - 8:15, 8:16
**administered** [3] - 65:20, 66:18, 68:1
**administering** [2] - 7:9, 13:6
**Administration** [1] - 201:12
**admittedly** [2] - 34:24, 41:7
**adolescence** [1] - 23:25
**adolescents** [4] - 107:19, 109:2, 110:14, 216:9
**adopt** [1] - 7:23
**Adrenergic** [1] - 148:7
**adrenergic** [9] - 51:18, 54:4, 105:20, 109:7, 112:10, 146:5, 184:4, 184:22, 197:7
**adult** [1] - 43:22
**adulthood** [1] - 24:1
**adults** [2] - 21:20, 43:20
**advanced** [2] - 71:10, 100:8
**advantages** [2] - 31:1, 43:12
**adverse** [3] - 108:15, 110:1, 110:3
**advisory** [1] - 77:11
**affect** [14] - 48:20, 78:18, 79:6, 95:15, 97:14, 97:17, 97:18, 139:6, 142:11, 143:3, 143:5, 184:12, 214:12, 214:24
**affected** [4] - 90:3, 120:7, 130:5, 140:17
**affecting** [2] - 130:8, 217:25
**affects** [2] - 130:8, 143:7
**affiliative** [1] - 70:11
**affinities** [1] - 213:23
**affinity** [4] - 50:5, 160:17, 160:23, 210:11
**Affinity** [1] - 52:4
**affirm** [1] - 13:25
**affirming** [1] - 38:21
**afraid** [1] - 75:21
**afternoon** [4] - 125:8, 125:9, 180:8, 221:15
**aged** [2] - 140:6, 140:8
**agent** [6] - 53:21, 146:5, 148:9, 179:5, 179:25, 181:16
**agents** [5] - 47:4,

53:18, 158:5, 166:9, 216:11
**Agents** [1] - 133:16
**AGNELLO** [1] - 3:13
**agonism** [1] - 184:4
**agonist** [14] - 54:3, 54:4, 95:17, 95:18, 95:20, 95:21, 95:23, 148:9, 182:5, 182:13, 182:16, 182:21, 184:21, 184:22
**agonists** [4] - 46:12, 54:20, 77:14, 96:17
**agree** [34] - 13:14, 76:1, 138:3, 138:6, 139:14, 140:25, 141:2, 141:5, 142:23, 149:10, 152:17, 153:3, 153:4, 153:9, 157:15, 171:14, 185:19, 186:6, 187:7, 193:24, 194:5, 194:6, 202:9, 205:12, 205:23, 206:3, 206:22, 207:2, 207:12, 211:18, 216:2, 219:15, 220:2
**agreed** [2] - 7:25, 63:7
**agreement** [2] - 100:13, 202:13
**agrees** [1] - 114:24
**ahead** [9] - 75:15, 75:22, 84:21, 108:6, 156:12, 159:15, 164:19, 209:3, 209:9
**aid** [1] - 198:12
**al** [7] - 4:5, 101:6, 101:15, 102:15, 107:8, 108:17, 129:7
**Alan** [3] - 5:5, 12:19, 101:14
**ALAN** [1] - 3:9
**albeit** [1] - 170:13
**ALEXANDRA** [1] - 2:23
**Alexandra** [1] - 5:17
**allegations** [1] - 43:10
**alleged** [2] - 30:22, 49:18
**allow** [8] - 9:16, 35:3, 35:8, 64:23, 77:17, 80:3, 80:5, 170:6
**allowance** [1] - 63:24
**allowed** [1] - 200:1
**allows** [1] - 92:1
**almost** [4] - 37:4, 69:3, 175:13, 175:16
**alone** [4] - 27:21, 34:15, 36:11, 36:19
**aloud** [1] - 34:11

**alpha** [3] - 109:7, 112:10, 146:5
**Alpha** [1] - 148:7
**alpha-1** [9] - 51:18, 90:20, 93:5, 105:19, 106:8, 107:5, 109:25, 188:22, 209:22
**alpha-2** [35] - 46:12, 54:3, 77:14, 90:20, 90:22, 90:23, 93:5, 93:6, 95:17, 95:22, 95:23, 96:1, 96:16, 109:25, 128:3, 144:9, 146:6, 146:16, 146:18, 146:20, 147:4, 148:9, 148:16, 182:5, 182:13, 182:16, 182:17, 182:18, 182:21, 183:4, 184:4, 184:22, 209:22, 212:23, 213:2
**alpha-2A** [2] - 54:20, 183:6
**alpha-adrenergic** [1] - 146:5
**Alston** [2] - 6:2, 6:8
**ALSTON** [1] - 3:4
**alter** [1] - 192:10
**alteration** [2] - 47:7, 156:15
**alterations** [2] - 131:20, 143:24
**alternatively** [1] - 182:5
**altogether** [1] - 171:13
**Alza** [4] - 35:17, 37:5, 65:17, 65:22
**ambiguous** [1] - 110:22
**ambitious** [1] - 151:9
**amelioration** [1] - 184:3
**amended** [1] - 27:16
**amine** [2] - 89:7, 163:16
**amount** [10] - 7:10, 13:7, 64:1, 87:7, 94:23, 95:2, 96:8, 97:15, 178:16, 178:21
**amounted** [2] - 37:3, 38:1
**amounts** [1] - 206:18
**amphetamine** [3] - 51:17, 131:19, 188:21
**amphetamine-like** [1] - 131:19
**analogous** [1] - 38:22
**analyses** [1] - 17:10
**analysis** [12] - 17:17, 44:19, 44:21, 44:22,

56:15, 57:7, 62:4, 63:20, 65:11, 134:22, 208:7
**analyze** [1] - 171:10
**anatomy** [1] - 82:18
**AND** [1] - 1:4
**ANDREA** [1] - 3:10
**Andrea** [1] - 6:9
**Andrew** [1] - 187:18
**Andrx** [2] - 35:17, 37:5
**Animal** [1] - 193:5
**animal** [9] - 77:17, 140:4, 140:11, 140:13, 151:25, 152:1, 152:6, 155:1, 192:17
**animals** [5] - 140:16, 155:23, 195:22, 195:23, 196:5
**animation** [8] - 92:7, 92:16, 92:17, 92:22, 92:25, 93:11, 208:25, 209:1, 209:5
**announcement** [1] - 211:24
**annoying** [1] - 12:14
**anomalous** [1] - 58:18
**ANSWER** [25] - 21:22, 21:25, 22:3, 22:20, 22:24, 23:1, 24:14, 24:17, 24:21, 25:1, 25:5, 25:11, 50:17, 50:23, 59:19, 59:22, 60:3, 64:12, 64:24, 149:24, 169:15, 205:2, 205:4, 205:7, 205:10
**answer** [21] - 48:7, 49:12, 66:11, 89:23, 128:9, 132:2, 134:8, 140:19, 144:6, 155:11, 158:19, 162:25, 170:16, 170:18, 189:2, 189:4, 196:3, 198:21, 202:8, 217:21, 219:17
**answered** [2] - 27:5, 120:18
**answers** [3] - 53:7, 56:6, 158:17
**Antagonists** [1] - 148:7
**antagonists** [2] - 51:18, 188:22
**anti** [1] - 109:7
**anti-alpha** [1] - 109:7
**anticholinergic** [2] - 107:1, 109:6, 112:10
**anticipated** [5] - 14:4, 16:16, 61:8, 61:9, 195:19

**antidepressant** [9] - 14:17, 104:22, 127:15, 162:25, 163:21, 166:9, 211:9, 211:11, 216:21
**antidepressants** [34] - 44:6, 46:10, 48:23, 48:24, 49:3, 49:9, 58:6, 95:9, 95:10, 96:17, 97:1, 97:2, 97:5, 98:17, 101:17, 106:22, 112:7, 113:17, 116:15, 116:22, 117:16, 118:13, 166:22, 167:5, 167:11, 167:21, 186:9, 188:13, 201:6, 208:5, 215:3, 217:13, 217:15, 220:13
**antihypertensive** [1] - 148:8
**anyway** [2] - 66:1, 66:2
**apologize** [3] - 29:17, 136:6, 212:20
**Apotex** [3] - 3:12, 5:6, 12:21
**APOTEX** [1] - 1:9
**apparent** [1] - 141:16
**Appeals** [2] - 38:20, 63:14
**appear** [2] - 9:5, 9:17
**appearance** [1] - 9:10
**APPEARANCES** [2] - 2:1, 3:1
**appeared** [1] - 211:22
**appearing** [1] - 130:12
**append** [1] - 67:5
**appetite** [1] - 30:25
**appetites** [1] - 30:15
**applicable** [1] - 56:16
**applicant** [2] - 62:8, 62:11
**application** [18] - 18:11, 22:6, 24:18, 24:20, 24:25, 25:2, 25:4, 26:6, 26:17, 56:21, 59:14, 60:8, 60:19, 60:20, 61:24, 63:23, 66:12, 67:6
**Application** [1] - 59:13
**applications** [2] - 7:19, 7:20
**applied** [3] - 56:12, 57:6, 65:13
**apply** [2] - 30:18, 63:13
**applying** [1] - 57:5
**appointment** [2] - 70:10, 70:12
**appreciable** [1] -

105:4

**appreciate** [1] - 9:23
**approach** [3] - 112:20, 128:13, 194:23
**appropriate** [5] - 63:16, 116:2, 132:7, 161:1, 184:24
**appropriately** [1] - 63:19
**approval** [6] - 61:4, 203:9, 203:10, 203:14, 211:18, 211:19
**approvals** [1] - 49:10
**approve** [2] - 61:5, 195:17
**approved** [16] - 43:3, 43:14, 43:20, 43:21, 44:3, 59:6, 59:12, 60:19, 60:23, 195:15, 201:12, 203:22, 206:15, 206:18, 211:10
**AR** [1] - 188:22
**Area** [1] - 56:20
**area** [3] - 136:3, 163:25, 178:14
**areas** [1] - 152:10
**argue** [2] - 19:23, 158:12
**argued** [2] - 37:19, 174:11
**argues** [1] - 19:20
**arguing** [1] - 151:15
**argument** [4] - 18:7, 41:8, 56:24, 65:12
**argumentative** [1] - 158:23
**arguments** [2] - 63:21, 179:5
**Arnie** [1] - 6:4
**ARNOLD** [1] - 3:3
**arousal** [2] - 76:18, 76:22
**arrangement** [1] - 124:21
**arrangements** [1] - 10:2
**array** [1] - 47:4
**Art** [1] - 71:5
**art** [113] - 13:19, 13:20, 14:7, 14:10, 14:11, 14:13, 16:12, 16:24, 17:10, 17:12, 17:14, 17:24, 18:4, 19:7, 19:19, 19:23, 21:5, 30:19, 30:20, 30:21, 35:2, 37:20, 38:18, 40:1, 43:17, 44:5, 44:24, 44:25, 45:4, 46:2, 46:3, 46:5, 47:19, 48:2, 49:22,

49:23, 52:8, 53:7, 53:8, 53:13, 53:14, 55:6, 56:6, 57:10, 57:15, 58:11, 63:24, 66:21, 67:2, 67:11, 67:22, 68:2, 68:9, 68:17, 99:15, 99:18, 99:21, 100:17, 100:19, 100:20, 111:12, 117:5, 117:21, 117:22, 117:25, 118:8, 118:9, 118:24, 119:2, 119:7, 119:12, 120:4, 144:16, 167:25, 174:1, 174:8, 174:17, 196:18, 196:21, 197:2, 198:1, 198:13, 198:14, 199:10, 199:12, 199:18, 199:19, 199:22, 200:1, 200:2, 200:6, 200:11, 200:14, 200:17, 201:19, 201:21, 202:4, 202:16, 207:23, 207:25, 208:4, 208:8, 208:12, 209:24, 211:14, 219:2
**article** [47] - 25:7, 25:12, 127:23, 127:24, 128:2, 128:19, 128:22, 129:17, 130:12, 132:14, 142:14, 142:18, 145:12, 145:23, 150:21, 151:2, 151:4, 151:7, 156:22, 157:9, 165:19, 166:17, 171:18, 176:20, 176:22, 176:23, 178:3, 178:7, 183:21, 187:10, 187:12, 187:21, 188:4, 188:7, 188:9, 207:14, 212:12, 212:14, 212:15, 212:20, 213:16, 215:8, 215:21, 216:15, 216:18, 216:20
**articles** [4] - 136:14, 136:16, 173:4, 183:19
**ascending** [2] - 37:10, 184:5
**aside** [3] - 11:7, 35:1, 152:9
**asleep** [1] - 30:14
**aspect** [1] - 148:18
**aspects** [2] - 72:9, 94:16
**assays** [1] - 114:12
**assert** [1] - 18:16
**asserted** [3] - 57:25, 62:12, 63:1
**asserting** [1] - 13:13
**assess** [1] - 171:22
**assigned** [1] - 61:19
**assistant** [1] - 70:18
**assisted** [1] - 77:15
**associate** [1] - 70:19

**associated** [9] - 108:14, 110:1, 110:18, 111:8, 117:16, 128:6, 168:1, 171:16, 204:13
**assume** [12] - 73:1, 73:9, 121:24, 128:16, 162:23, 197:1, 197:16, 197:24, 201:4, 206:15, 219:2, 221:3
**assumption** [3] - 154:5, 155:7, 206:20
**assumptions** [5] - 198:19, 199:1, 199:4, 199:10, 199:11
**atom** [1] - 89:8
**atomoxetine** [69] - 7:7, 15:1, 16:24, 17:7, 17:12, 17:16, 17:22, 17:25, 19:20, 19:24, 23:11, 31:2, 32:15, 32:18, 33:1, 33:4, 33:8, 36:6, 38:12, 39:22, 40:20, 42:25, 50:14, 52:19, 81:5, 81:6, 81:7, 81:13, 81:20, 81:23, 81:24, 82:2, 82:4, 98:22, 98:24, 99:3, 99:12, 99:19, 100:24, 113:8, 113:15, 114:2, 114:15, 115:3, 115:9, 115:21, 116:15, 116:22, 117:8, 117:9, 117:14, 118:3, 118:15, 118:21, 119:4, 119:10, 119:13, 120:1, 120:4, 120:5, 134:18, 169:13, 172:9, 172:12, 182:18, 206:8, 207:21, 220:20
**Atomoxetine** [1] - 16:18
**atomoxetine's** [2] - 53:1, 116:19
**attach** [1] - 86:3
**attaches** [2] - 86:4, 91:21
**attachments** [1] - 136:21
**attempted** [1] - 194:18
**attempting** [2] - 55:8, 63:13
**attempts** [1] - 151:7
**attended** [2] - 77:10, 133:24
**Attention** [2] - 7:6, 7:8
**attention** [10] - 10:13, 110:14, 129:6, 129:10, 137:22, 140:11, 140:15, 215:23

**attention-demanding** [1] - 137:22
**attentional** [2] - 140:17, 152:1
**attorney** [3] - 25:5, 40:13, 41:19
**Attorney** [2] - 41:2, 41:16
**Attorneys** [6] - 2:11, 2:15, 2:24, 3:7, 3:12, 3:18
**attorneys** [4] - 9:21, 9:22, 12:7, 39:8
**audible** [1] - 219:17
**Aurobindo** [3] - 3:18, 5:21, 31:11
**AUROBINDO** [1] - 1:9
**author** [8] - 101:9, 101:13, 108:22, 109:13, 110:10, 183:21, 187:18
**authoritativeness** [1] - 148:2
**authority** [5] - 147:9, 147:15, 167:4, 177:4, 183:17
**authors** [9] - 15:14, 15:18, 101:8, 111:15, 144:20, 150:24, 152:13, 152:19, 178:11
**autoreceptor** [2] - 54:3, 184:21
**availability** [2] - 54:8, 191:2
**available** [14] - 57:14, 62:22, 63:2, 63:9, 68:14, 95:3, 96:9, 156:2, 183:3, 193:16, 205:8, 222:3, 222:7
**Avenue** [2] - 3:5, 70:5
**average** [1] - 165:20
**avoid** [3] - 13:21, 135:1, 164:24
**awarded** [2] - 71:8, 71:13
**aware** [9] - 8:5, 13:18, 39:9, 40:13, 56:17, 134:15, 139:17, 168:12, 168:14
**awfully** [1] - 205:13
**axon** [2] - 82:20, 85:18

**B**

**B-e-r-r-i-d-g-e** [1] - 69:23
**B-HT** [2] - 54:2, 184:21
**Bachelor's** [1] - 71:5

**background** [5] - 20:15, 34:14, 71:4, 75:10, 82:6
**Bajefsky** [1] - 4:25
**BAJEFSKY** [2] - 2:8, 4:25
**Baldessarini** [4] - 48:22, 50:20, 166:8, 167:4
**banc** [1] - 56:19
**barely** [2] - 52:14, 52:18
**bargain** [1] - 31:24
**base** [1] - 22:1
**based** [33] - 7:3, 14:4, 18:6, 18:11, 23:1, 23:2, 26:7, 26:12, 26:15, 27:10, 27:13, 31:2, 57:25, 58:25, 59:1, 59:2, 62:4, 62:5, 65:14, 111:10, 117:6, 118:8, 142:7, 153:23, 157:4, 179:4, 179:5, 179:21, 182:2, 196:21, 199:6, 202:3, 214:23
**bases** [1] - 138:15
**basic** [1] - 129:25
**Basic** [1] - 133:14
**basis** [8] - 24:16, 25:16, 25:21, 80:2, 99:1, 119:4, 120:1, 207:24
**bastion** [1] - 9:14
**bearing** [1] - 64:10
**bears** [1] - 33:25
**beating** [1] - 140:20
**beautiful** [1] - 221:12
**became** [3] - 129:19, 129:22, 215:12
**Becker** [1] - 3:13
**become** [1] - 205:3
**BEFORE** [1] - 1:16
**began** [1] - 70:18
**begin** [2] - 11:13, 57:11
**beginning** [6] - 10:14, 104:14, 185:13, 192:24, 207:7, 214:9
**begins** [4] - 124:6, 173:8, 184:20, 214:20
**behalf** [9] - 4:21, 4:24, 5:6, 5:21, 6:9, 6:14, 10:18, 31:11, 69:16
**behave** [1] - 82:9
**behavior** [4] - 76:15, 79:1, 100:11, 220:18
**behavioral** [16] - 46:25, 54:25, 71:22, 71:23, 76:17, 77:9,

228

77:18, 78:20, 78:22, 78:24, 78:25, 102:22, 103:6, 116:9, 144:14, 187:6

**Behavioral** [1] - 189:21

**behaviorally** [2] - 79:4, 97:3

**behind** [1] - 133:11

**beings** [1] - 60:5

**belief** [2] - 140:21, 155:4

**believer** [2] - 8:6, 8:7

**belongs** [1] - 20:12

**below** [3] - 114:17, 151:24, 216:9

**benefit** [13] - 7:14, 7:15, 10:14, 10:16, 16:11, 29:9, 54:19, 61:21, 75:8, 157:8, 184:2, 198:7, 201:14

**benefits** [11] - 43:12, 43:25, 44:1, 53:3, 61:9, 61:10, 61:14, 61:18, 164:10, 195:19, 196:10

**benign** [1] - 110:3

**BERRIDGE** [1] - 223:12

**Berridge** [33] - 15:12, 15:21, 16:3, 16:21, 17:6, 64:7, 64:19, 68:24, 69:13, 69:22, 70:3, 70:5, 74:15, 76:6, 79:16, 80:5, 80:10, 83:3, 85:6, 86:10, 90:9, 93:18, 94:6, 94:7, 100:1, 100:17, 107:9, 107:23, 109:11, 113:13, 113:20, 125:8, 181:10

**Berridge's** [2] - 73:25, 100:3

**best** [6] - 6:23, 10:5, 23:1, 59:1, 59:3, 113:7

**beta** [4] - 90:21, 93:5, 109:25, 209:22

**better** [5] - 16:10, 109:7, 189:18, 205:18, 206:14

**between** [20] - 13:20, 17:10, 18:14, 52:25, 57:6, 59:10, 63:10, 75:13, 77:20, 86:24, 100:5, 115:15, 117:22, 117:24, 142:5, 174:21, 176:6, 197:20, 198:8, 218:9

**beyond** [3] - 71:10, 162:2, 172:12

**bias** [1] - 135:1

**bible** [1] - 69:15

**Biederman** [35] - 48:13, 49:25, 50:13, 50:22, 51:4, 108:2, 109:13, 110:9, 110:20, 111:4, 159:19, 159:24, 160:5, 160:14, 161:12, 163:8, 164:1, 164:2, 164:20, 165:4, 165:23, 166:2, 166:4, 176:22, 176:23, 177:3, 177:10, 177:21, 203:2, 207:3, 207:13, 218:7, 218:13, 219:8

**Biederman's** [4] - 59:16, 160:10, 161:1, 218:14

**big** [5] - 43:5, 114:20, 115:17, 166:17, 167:15

**biggest** [1] - 186:16

**bind** [11] - 46:14, 54:21, 86:1, 87:4, 89:17, 91:19, 92:18, 95:22, 98:1, 182:18, 209:19

**binder** [3] - 159:17, 181:14, 215:18

**binding** [5] - 40:9, 88:11, 93:4, 182:14, 213:22

**binds** [5] - 86:2, 87:1, 91:21, 93:7, 106:5

**biochemical** [4] - 86:4, 86:6, 91:23, 95:24

**biochemistry** [1] - 71:7

**biological** [2] - 76:20, 179:23

**biology** [7] - 71:7, 71:18, 138:13, 151:21, 157:13, 219:21, 220:17

**biomedical** [1] - 155:6

**Bird** [2] - 6:2, 6:8

**BIRD** [1] - 3:4

**Bissell** [2] - 5:5, 12:20

**BISSELL** [1] - 3:8

**bit** [10] - 16:2, 25:14, 82:7, 103:21, 126:14, 176:6, 196:14, 209:7, 217:9, 218:21

**bite** [1] - 196:24

**bits** [1] - 45:1

**bless** [1] - 180:24

**blessed** [1] - 181:9

**blessedly** [1] - 180:20

**blind** [12] - 101:18, 102:16, 102:17, 102:18, 102:20, 103:2, 134:24, 203:6, 203:13, 205:5,

205:21

**block** [23] - 15:2, 94:24, 95:11, 96:6, 96:7, 97:5, 97:21, 99:5, 104:24, 105:3, 105:17, 106:4, 106:7, 107:2, 109:23, 114:2, 117:10, 144:6, 150:1, 171:1, 171:2, 174:14, 175:4

**blockade** [6] - 108:12, 110:17, 112:6, 219:3, 219:4, 219:5

**blocked** [3] - 54:12, 175:6, 175:9

**blocker** [13] - 97:14, 97:23, 97:24, 98:11, 98:23, 100:21, 105:5, 111:16, 113:4, 114:16, 118:16, 119:8, 174:13

**blockers** [11] - 54:15, 95:16, 98:14, 118:1, 118:12, 144:12, 149:9, 191:24, 199:24, 200:3, 218:24

**blocking** [15] - 14:19, 49:1, 94:20, 98:11, 103:23, 104:25, 105:24, 106:1, 107:5, 107:11, 109:4, 109:19, 166:21, 215:4, 218:25

**blocks** [5] - 14:18, 81:8, 97:25, 112:24, 144:8

**blood** [1] - 154:16

**blown** [1] - 83:16

**blowup** [1] - 85:8

**blue** [2] - 50:7, 90:18

**board** [2] - 96:6, 195:21

**Board** [13] - 27:11, 38:19, 38:20, 39:17, 39:20, 40:7, 40:13, 41:4, 60:24, 61:4, 195:15, 195:17

**boards** [1] - 77:11

**body** [2] - 82:19, 205:13

**Boghigian** [1] - 30:3

**boilerplate** [1] - 25:22

**Bolden** [12] - 14:14, 14:23, 16:19, 16:20, 16:23, 17:3, 113:21, 117:3, 118:6, 216:15, 216:20, 217:10

**Bolden-Watson** [8] - 14:14, 14:23, 16:19, 16:20, 16:23, 113:21, 117:3, 118:6

**bones** [1] - 62:1

**book** [16] - 23:16,

73:15, 84:7, 84:11, 84:15, 84:19, 94:1, 129:22, 129:24, 130:15, 133:13, 133:23, 145:5, 145:7, 145:8, 210:1

**books** [1] - 40:16

**Bored** [1] - 40:9

**bottom** [17] - 15:17, 21:9, 21:18, 24:1, 29:16, 32:24, 83:8, 141:15, 142:13, 143:21, 153:18, 160:14, 169:9, 177:12, 185:14, 214:9, 214:23

**bound** [3] - 46:12, 197:5, 197:12

**Bowden** [1] - 117:8

**Bowden-Watson** [1] - 117:8

**box** [2] - 15:16, 15:17

**brain** [29] - 49:4, 51:19, 64:17, 72:2, 78:18, 79:1, 79:6, 91:11, 115:24, 132:23, 138:22, 139:5, 139:9, 148:11, 154:22, 154:25, 155:11, 166:23, 188:23, 193:22, 194:4, 194:10, 194:14, 194:19, 194:24, 213:23, 214:1, 218:4, 220:14

**Brain** [1] - 52:5

**brains** [4] - 116:2, 116:3, 116:6, 116:14

**brainstem** [2] - 181:19, 182:6

**branch** [1] - 101:12

**brand** [1] - 37:18

**breadth** [2] - 32:14, 32:16

**break** [13] - 69:4, 87:22, 89:9, 122:15, 122:16, 122:23, 180:8, 180:9, 196:23, 221:14, 221:15, 221:18

**breakdown** [1] - 155:3

**breaking** [1] - 11:1

**breaks** [1] - 46:7

**breast** [1] - 81:19

**BRENNER** [2] - 2:4, 4:23

**Brenner** [1] - 4:23

**bridging** [1] - 153:18

**brief** [3] - 18:16, 26:2, 221:2

**briefed** [1] - 40:14

**briefly** [9] - 13:18, 15:8, 28:19, 31:13, 38:19, 39:5, 77:3, 81:1,

215:15

**bring** [2] - 69:4, 75:4

**British** [1] - 104:1

**broad** [10] - 33:9, 34:1, 34:3, 37:8, 46:11, 51:2, 51:12, 55:10, 71:22, 170:22

**broader** [1] - 38:2

**broadly** [1] - 37:10

**BRODY** [1] - 3:13

**broke** [1] - 181:12

**broken** [1] - 154:14

**brought** [1] - 11:8

**bulk** [4] - 127:4, 154:4, 174:14, 174:16

**bulleted** [1] - 111:25

**bunch** [2] - 46:6, 113:16

**burden** [1] - 43:10

**Burwell** [1] - 4:15

**BURWELL** [1] - 2:8

**business** [2] - 67:18, 205:17

**BY** [20] - 2:4, 2:7, 2:14, 2:18, 2:21, 3:3, 3:6, 3:9, 3:14, 3:17, 70:2, 74:14, 76:4, 80:8, 81:22, 85:4, 125:7, 159:16, 180:18, 181:8

**BYRNE** [1] - 3:13

**Byrne** [1] - 5:20

---

# C

**C.S.R** [2] - 1:19, 1:25

**cable** [1] - 82:20

**California** [2] - 71:1, 71:6

**Callmann** [1] - 6:5

**CALLMANN** [1] - 6:6

**CALMANN** [1] - 3:3

**Canadian** [2] - 41:17, 41:25, 67:23

**cancer** [1] - 81:19

**candidate** [1] - 118:17

**candidly** [1] - 62:25

**candor** [1] - 39:13

**cannot** [8] - 13:23, 18:11, 22:9, 26:5, 27:18, 34:7, 56:21, 61:10

**capacity** [1] - 77:15

**capsule** [1] - 33:12

**capsules** [3] - 34:18, 66:14, 66:17

**caption** [1] - 44:9

**cardiac** [4] - 43:18, 168:10, 173:25, 176:8

**cardiovascular** [6] - 49:14, 110:13, 168:4, 168:6, 168:7, 168:11
**care** [2] - 10:21, 11:5
**career** [2] - 76:7, 78:3
**careful** [1] - 34:2
**carefully** [2] - 154:3, 158:18
**Carella** [1] - 5:20
**CARELLA** [1] - 3:13
**Carnegie** [2] - 2:3, 2:17
**carries** [1] - 23:18
**carry** [3] - 8:24, 78:12, 222:6
**cascade** [1] - 217:16
**case** [56] - 8:2, 9:8, 10:3, 10:14, 10:16, 12:21, 13:24, 14:1, 18:21, 18:25, 26:10, 27:6, 28:8, 35:16, 37:4, 37:5, 37:25, 38:3, 44:9, 56:3, 56:20, 57:18, 59:10, 60:16, 65:4, 65:17, 65:24, 87:23, 88:12, 89:3, 89:5, 92:11, 95:12, 95:21, 106:7, 107:18, 109:17, 110:13, 110:23, 112:23, 116:16, 120:7, 125:14, 134:17, 136:23, 136:24, 159:22, 162:6, 170:19, 187:13, 211:4, 211:8, 220:9
**case-in-chief** [1] - 8:2
**cases** [11] - 40:20, 59:11, 63:11, 63:12, 63:19, 65:9, 67:1, 67:3, 170:24, 171:22
**cast** [2] - 4:19, 10:23
**catecholamine** [1] - 94:25
**Catecholamine** [1] - 133:16
**catecholamines** [7] - 72:1, 76:10, 87:23, 89:12, 90:3, 102:4
**categories** [2] - 55:3, 89:10
**category** [2] - 95:8, 125:16
**caught** [1] - 130:2
**causal** [1] - 171:7
**causally** [1] - 177:6
**caused** [2] - 14:21, 217:15
**causes** [2] - 25:19, 138:6
**CAVANAUGH** [1] - 1:17

**CECCHI** [1] - 3:13
**cell** [4] - 71:7, 82:15, 82:19, 138:24
**center** [1] - 45:13
**Center** [4] - 2:3, 2:17, 3:2, 3:8
**central** [4] - 45:24, 47:3, 64:10, 137:17
**centrally** [3] - 48:20, 142:11, 148:8
**century** [1] - 194:13
**certain** [4] - 7:12, 51:19, 188:22, 217:17
**certainly** [9] - 9:16, 38:5, 76:2, 78:10, 80:3, 89:5, 90:2, 91:25, 121:13, 133:22, 138:14, 157:6, 158:12, 174:4, 174:10, 178:14, 183:15, 189:5, 202:9, 213:10
**certified** [2] - 1:22, 60:16
**cetera** [3] - 51:13, 105:19
**challenge** [3] - 7:1, 34:4, 34:6
**challenged** [1] - 63:8
**chance** [2] - 80:25, 173:14
**chances** [1] - 199:6
**change** [5] - 8:7, 153:19, 199:9, 199:11, 217:7
**changed** [2] - 146:18, 220:18
**changes** [2] - 86:6, 131:3
**changing** [1] - 175:23
**chapter** [17] - 129:24, 130:15, 132:22, 133:13, 133:14, 133:20, 133:21, 133:25, 134:1, 134:4, 134:6, 134:9, 147:10, 147:12, 147:18, 156:18, 156:21
**characteristics** [1] - 181:15
**characterize** [1] - 162:11
**characterized** [3] - 146:11, 181:15, 196:15
**characterizes** [3] - 160:17, 213:16, 215:3
**characters** [4] - 4:19, 10:23
**CHARLES** [2] - 1:19, 2:7
**Charles** [3] - 4:11, 42:16, 125:10
**chart** [1] - 17:11

**charts** [1] - 74:1
**chat** [2] - 57:2, 126:14
**chemical** [1] - 103:13
**chemicals** [2] - 82:25, 85:24
**chemistry** [2] - 20:13, 102:8
**Chicago** [4] - 2:13, 2:21, 3:16, 5:15
**chief** [1] - 8:2
**child** [6] - 101:11, 107:21, 170:12, 170:15, 171:6, 171:13
**childhood** [2] - 23:25, 108:5
**children** [20] - 21:20, 43:14, 43:18, 43:25, 44:1, 49:13, 51:7, 101:19, 109:16, 110:5, 110:11, 110:14, 163:16, 170:13, 170:19, 172:7, 177:22, 215:25
**choice** [1] - 96:4
**cholinergic** [3] - 45:23, 137:16, 137:20
**choosing** [1] - 30:20
**chose** [1] - 133:8
**chosen** [1] - 9:13
**CHRISTINE** [1] - 3:17
**Christine** [1] - 5:23
**circles** [1] - 90:18
**Circuit** [12] - 9:5, 9:11, 9:13, 9:17, 18:22, 26:8, 34:2, 35:7, 35:15, 37:3, 37:22, 56:19
**circuitry** [1] - 179:1, 182:2, 219:21
**circumstance** [2] - 60:10, 60:11
**circumstances** [3] - 40:11, 186:3, 201:18
**citation** [1] - 142:14
**citations** [2] - 146:7, 149:13
**cite** [12] - 64:21, 67:1, 67:3, 127:24, 134:11, 136:7, 136:10, 136:14, 142:18, 142:22, 143:2, 148:4
**cited** [12] - 47:13, 63:11, 133:25, 134:10, 136:13, 145:23, 147:12, 147:18, 149:14, 188:4, 213:14
**citing** [3] - 26:10, 164:10, 173:16
**city** [1] - 11:9
**Civil** [2] - 1:4, 4:5
**civility** [2] - 8:6, 8:9
**claim** [15] - 7:2, 7:8,

12:24, 13:5, 13:8, 13:9, 13:11, 20:24, 58:20, 66:6, 66:7, 117:23, 117:25, 118:2
**claims** [26] - 7:6, 7:11, 8:10, 13:10, 13:20, 15:6, 17:10, 18:5, 25:25, 31:15, 31:22, 32:14, 32:16, 32:21, 33:9, 34:1, 34:3, 37:11, 38:2, 38:16, 38:22, 38:23, 40:8, 41:15, 117:17
**clarify** [1] - 121:17
**clarity** [2] - 74:7, 92:17
**class** [14] - 55:21, 65:21, 72:1, 78:19, 89:6, 95:4, 95:15, 95:17, 96:2, 97:5, 98:17, 104:24, 144:9, 173:19
**classes** [4] - 90:19, 94:9, 94:12, 94:15
**classical** [1] - 215:2
**clause** [3] - 142:10, 177:10, 177:15
**clear** [15] - 19:2, 28:3, 42:6, 43:9, 43:10, 47:4, 53:15, 56:6, 56:20, 65:3, 73:21, 101:21, 124:7, 204:10, 218:22
**cleared** [1] - 93:12
**clearest** [1] - 52:23
**clearly** [3] - 83:6, 118:11, 148:17
**cleft** [1] - 87:22
**CLEMENT** [14] - 3:9, 5:4, 11:17, 11:21, 12:2, 12:6, 12:10, 12:18, 22:8, 23:6, 25:14, 221:21, 221:24, 223:5
**Clement** [3] - 5:5, 12:19, 101:4
**clerk** [3] - 72:15, 72:18, 72:23
**CLERK** [4] - 4:1, 69:9, 69:14, 69:19
**clicks** [2] - 51:11, 111:19
**client** [1] - 11:25
**clinical** [36] - 47:9, 51:20, 59:12, 62:3, 62:9, 63:18, 68:10, 77:23, 77:25, 101:18, 102:9, 102:19, 102:23, 103:15, 104:19, 108:25, 115:5, 129:2, 135:19, 136:2, 148:23, 150:2, 156:16, 159:25, 163:15,

170:9, 172:10, 183:18, 186:20, 187:4, 188:24, 189:12, 201:12, 210:19, 211:5, 211:22
**Clinical** [1] - 133:15
**clinically** [1] - 144:1
**clinician** [3] - 106:25, 168:9, 170:4
**clinicians** [6] - 60:5, 155:15, 155:18, 155:20, 156:2
**clips** [1] - 26:13
**clock** [2] - 123:2, 123:4
**Clonidine** [2] - 146:4, 187:5
**clonidine** [16] - 48:2, 127:25, 146:1, 146:4, 146:11, 146:14, 147:2, 148:8, 187:3, 193:15, 212:16, 212:21, 212:24, 213:5, 213:9, 213:17
**clonidine's** [1] - 147:5
**close** [4] - 65:6, 74:4, 167:11, 202:13
**closely** [1] - 115:9
**closer** [1] - 203:21
**closest** [2] - 30:19, 30:20
**closing** [1] - 57:3
**clue** [1] - 34:20
**co** [4] - 24:12, 109:13, 150:24, 183:21
**co-author** [2] - 109:13, 183:21
**co-authors** [1] - 150:24
**co-morbidity** [1] - 24:12
**Code** [2] - 1:22, 27:14
**coeruleus** [1] - 139:10
**cognition** [5] - 76:23, 111:9, 128:6, 186:18, 212:23
**cognitive** [5] - 45:25, 128:4, 137:18, 137:22, 146:21
**coincidences** [2] - 171:19, 171:21
**colleague** [1] - 11:24
**collection** [1] - 137:4
**college** [1] - 8:20
**colored** [1] - 87:16
**colors** [1] - 87:16
**column** [31] - 21:9, 21:18, 22:18, 22:20, 23:19, 23:21, 114:6, 114:7, 114:9, 137:12,

141:8, 141:15, 156:24, 157:22, 158:3, 160:4, 160:14, 163:10, 164:5, 164:7, 165:5, 173:7, 176:2, 177:13, 179:4, 185:13, 185:22, 187:2, 214:9, 214:18

**columns** [3] - 113:21, 153:18

**combination** [5] - 14:23, 15:5, 53:17, 118:5, 158:5

**combined** [1] - 197:4

**COMBS** [1] - 2:10

**Combs** [1] - 4:18

**coming** [2] - 70:22, 142:2

**commencing** [1] - 222:13

**comment** [3] - 131:14, 132:6, 158:9

**comments** [4] - 159:2, 187:23, 187:24, 211:7

**commercial** [1] - 29:2

**commercialized** [1] - 203:22

**commit** [1] - 167:16

**common** [5] - 91:20, 96:11, 97:20, 103:12, 105:22

**commonly** [9] - 45:16, 72:12, 95:4, 104:22, 107:1, 117:11, 149:24, 175:15, 185:16

**communicating** [3] - 82:24, 82:25, 95:3

**communication** [4] - 60:18, 86:24, 131:1, 181:11

**community** [1] - 159:3

**comorbidity** [1] - 24:4

**companies** [2] - 77:11, 203:17

**company** [3] - 30:7, 37:18, 201:5

**Company** [4] - 2:11, 4:12, 4:15, 42:17

**COMPANY** [1] - 1:4

**comparable** [1] - 190:9

**comparator** [1] - 165:14

**compare** [9] - 30:19, 85:12, 99:1, 105:5, 106:12, 110:21, 114:25, 154:4, 218:23

**compared** [7] - 49:24, 105:18, 106:16, 112:8,

113:14, 160:18, 160:22

**Comparing** [1] - 133:15

**comparing** [3] - 52:10, 113:18, 184:17

**comparison** [2] - 116:2, 141:12

**compelling** [2] - 25:15, 29:11

**compels** [2] - 18:4, 19:25

**compensation** [1] - 28:15

**compensatory** [1] - 219:12

**competent** [2] - 170:14, 171:8

**complete** [17] - 58:22, 58:23, 65:2, 106:25, 131:15, 137:12, 141:9, 151:12, 163:10, 164:7, 165:6, 177:19, 185:7, 187:3, 193:12, 194:1, 217:11

**completed** [3] - 27:21, 28:18, 59:25

**completely** [4] - 18:20, 59:3, 65:12, 66:16

**completion** [1] - 28:15

**complex** [15] - 36:7, 36:21, 36:23, 38:4, 45:10, 45:21, 49:3, 64:16, 137:15, 166:22, 192:11, 217:16, 217:20, 220:15, 220:17

**complicated** [23] - 24:3, 24:11, 48:10, 86:22, 92:16, 99:10, 103:24, 115:23, 138:22, 217:3, 217:4, 217:8, 217:23, 218:6, 218:19, 219:11, 219:13, 219:15, 219:18, 220:18, 220:19, 220:20

**components** [2] - 23:24, 85:9

**compositions** [1] - 66:23

**compound** [12] - 14:16, 14:25, 33:7, 47:20, 58:3, 77:19, 81:4, 81:23, 81:24, 103:1, 115:7, 115:8

**compounds** [14] - 40:1, 77:7, 77:23, 77:25, 105:6, 112:22, 113:18, 126:19, 141:13, 155:6, 208:6, 214:11,

214:13, 215:4

**comprising** [2] - 7:9, 13:6

**concede** [2] - 66:15, 140:21

**conceivable** [5] - 32:17, 32:18, 38:6, 67:6, 67:7

**conceived** [1] - 60:6

**concentration** [1] - 154:15

**concentrations** [1] - 183:1

**conception** [1] - 58:22

**concern** [3] - 174:10, 175:2, 177:16

**concerned** [1] - 73:5

**concerning** [5] - 138:9, 139:18, 168:17, 168:23, 169:12

**concerns** [3] - 55:12, 56:12, 195:8

**Concerta** [2] - 37:6

**conclude** [7] - 16:24, 47:3, 47:6, 57:15, 174:18, 200:12, 202:10

**concluded** [1] - 150:4

**concludes** [1] - 214:23

**conclusion** [24] - 15:5, 18:4, 19:25, 20:5, 45:4, 47:25, 48:1, 60:13, 104:18, 105:16, 107:8, 108:8, 108:16, 111:14, 111:15, 119:13, 144:11, 153:22, 153:23, 171:5, 191:7, 200:20, 202:11, 211:7

**conclusions** [12] - 105:14, 109:2, 111:12, 111:20, 112:15, 114:1, 117:4, 118:7, 166:15, 166:20, 212:2, 214:7

**conclusory** [3] - 20:24, 25:21, 25:25

**condition** [4] - 57:21, 64:1, 153:21, 171:17

**conditions** [3] - 154:12, 170:21, 186:24

**conduct** [5] - 7:4, 12:25, 31:16, 38:16, 63:20

**conducted** [1] - 207:13

**conduction** [1] - 167:21

**conducts** [1] - 16:7

**confined** [1] - 130:10

**conflict** [1] - 216:6

**confronted** [1] - 172:1

**confronting** [2] - 174:23, 193:20

**confused** [3] - 81:19, 182:12, 207:8

**confusing** [3] - 47:19, 147:5, 213:1

**connection** [7] - 83:15, 159:21, 167:24, 174:22, 187:12, 188:6, 220:14

**consciously** [2] - 125:17, 125:19

**consensus** [6] - 45:15, 75:23, 75:25, 139:22, 149:19, 185:15

**consent** [6] - 60:25, 61:11, 61:12, 61:16, 196:6, 196:8

**consequences** [1] - 59:14

**consider** [4] - 118:5, 126:8, 159:24, 171:11

**consideration** [1] - 167:24

**considerations** [2] - 12:24, 28:20

**considered** [10] - 27:3, 56:1, 102:18, 103:5, 166:11, 173:2, 173:4, 178:8, 210:16, 214:4

**considering** [3] - 64:23, 117:3, 118:8

**consistency** [1] - 43:1

**consistent** [4] - 109:19, 167:8, 171:4, 186:17

**consists** [1] - 101:12

**constellation** [1] - 160:23

**constraints** [1] - 194:25

**construction** [3] - 13:9, 62:15, 63:5

**construe** [1] - 63:19

**construed** [1] - 37:11

**consultant** [2] - 76:25, 77:4

**consumption** [1] - 10:4

**contact** [3] - 88:4, 88:6, 88:10

**contained** [2] - 119:25, 124:9

**containing** [1] - 181:20

**contains** [3] - 16:23,

37:7, 60:17

**contend** [1] - 62:14

**content** [6] - 13:19, 34:23, 44:24, 44:25, 100:17, 207:22

**contents** [1] - 86:18

**context** [7] - 39:5, 76:18, 76:21, 141:24, 150:11, 184:16, 190:10

**continue** [6] - 6:19, 23:21, 23:23, 23:25, 75:24, 180:17

**continues** [2] - 93:11, 93:15

**contradict** [1] - 142:15

**contradicted** [1] - 218:11

**contradictory** [2] - 45:22, 137:15

**contraindicate** [1] - 95:7

**contraindicated** [1] - 49:16

**contrary** [1] - 109:19

**contrast** [3] - 51:25, 105:7, 111:2

**contribute** [5] - 51:20, 106:21, 188:23, 189:7, 189:11

**contributes** [1] - 105:17

**contributing** [1] - 174:6

**contributor** [3] - 141:4, 148:25, 149:11

**control** [4] - 79:1, 103:1, 171:20

**controlled** [2] - 43:24, 203:13

**convenience** [1] - 28:25

**conversation** [2] - 80:15, 80:16

**converted** [1] - 174:12

**converts** [1] - 154:11

**convincing** [3] - 42:6, 43:9, 43:10

**cool** [1] - 180:20

**copies** [1] - 42:18

**copy** [6] - 23:15, 44:9, 58:20, 128:19, 130:12, 147:6

**cor** [1] - 128:3

**corner** [1] - 177:9

**corporations** [1] - 44:8

**Correct** [1] - 150:10

**correct** [320] - 20:5,

24:20, 57:3, 100:14, 126:6, 126:12, 126:25, 127:7, 127:20, 127:21, 127:25, 128:23, 129:1, 129:4, 129:9, 129:11, 129:12, 129:19, 130:1, 130:6, 130:15, 131:11, 131:15, 133:5, 133:18, 133:21, 134:1, 134:7, 134:17, 134:22, 135:6, 135:8, 135:9, 135:10, 135:11, 135:13, 135:14, 135:17, 135:18, 135:19, 135:20, 135:23, 135:25, 136:1, 136:4, 136:5, 137:10, 138:1, 138:4, 138:5, 138:8, 138:10, 138:11, 138:13, 138:16, 138:17, 138:20, 138:24, 138:25, 139:6, 139:7, 139:20, 139:24, 139:25, 140:3, 140:6, 140:7, 140:9, 140:10, 140:12, 140:18, 140:23, 141:11, 141:17, 141:18, 141:21, 142:6, 142:11, 142:12, 143:4, 143:18, 143:19, 144:5, 144:22, 144:23, 144:25, 145:1, 145:3, 145:4, 145:21, 145:24, 145:25, 146:12, 146:24, 146:25, 147:3, 147:9, 147:13, 147:16, 148:22, 149:12, 150:11, 150:22, 150:23, 150:25, 151:1, 151:2, 151:8, 151:20, 151:23, 152:5, 152:15, 152:21, 153:2, 153:6, 153:10, 153:13, 153:14, 153:22, 154:17, 154:24, 155:13, 155:17, 155:22, 156:4, 156:5, 156:17, 157:1, 157:2, 157:5, 157:11, 157:17, 157:23, 158:1, 158:8, 159:19, 159:20, 159:22, 160:1, 160:11, 160:12, 160:15, 160:16, 160:19, 160:20, 161:10, 161:14, 161:15, 161:18, 162:13, 162:16, 162:19, 162:20, 162:22, 163:2, 163:4, 163:5, 163:21, 164:3, 164:16, 164:21, 165:11, 166:9, 166:12, 166:13, 167:12, 167:13, 167:17, 168:2, 168:4, 168:13, 168:19, 168:25, 169:20, 170:1, 170:4, 170:5, 172:2, 172:7, 172:13, 172:14, 172:25, 173:1, 174:2,

174:9, 175:1, 175:7, 175:10, 176:10, 176:18, 176:25, 177:17, 177:25, 178:9, 178:10, 178:12, 179:14, 179:15, 179:17, 179:18, 179:20, 179:25, 180:1, 181:22, 182:1, 182:3, 182:10, 182:14, 182:15, 182:19, 182:20, 182:22, 182:23, 183:4, 183:5, 183:6, 183:7, 183:14, 183:17, 183:23, 184:12, 184:13, 184:15, 184:16, 185:2, 185:10, 185:11, 186:10, 186:14, 186:18, 187:7, 187:13, 187:16, 187:19, 188:13, 188:14, 188:17, 188:18, 189:3, 189:21, 189:22, 189:24, 189:25, 190:4, 190:13, 190:16, 190:17, 191:9, 191:10, 191:13, 191:15, 192:15, 192:20, 193:1, 193:16, 193:23, 194:4, 195:9, 195:10, 195:12, 195:13, 195:15, 195:19, 196:7, 196:11, 196:21, 200:25, 201:1, 202:17, 202:18, 202:22, 202:25, 203:3, 203:7, 205:1, 205:21, 208:9, 208:10, 208:15, 209:13, 209:14, 209:16, 209:17, 209:22, 209:23, 210:12, 210:13, 210:19, 210:22, 210:25, 211:11, 211:12, 211:25, 212:9, 212:10, 212:13, 212:17, 212:21, 213:6, 213:7, 213:9, 213:10, 213:14, 213:15, 213:18, 213:24, 214:5, 214:25, 215:6, 215:10, 215:11, 215:13, 216:7, 216:12, 216:16, 216:17, 217:19, 218:2, 218:3, 220:15

correctly [4] - 26:3, 27:5, 27:16, 28:9
correlation [1] - 171:7
correspond [1] - 85:13
corroborate [1] - 15:19
Counsel [1] - 2:11
counsel [17] - 2:24, 4:13, 5:21, 6:4, 6:9, 6:24, 8:24, 9:16, 11:5, 12:9, 12:16, 72:15, 75:18, 84:24, 132:4,

162:6, 180:2
count [1] - 188:4
counterintuitive [1] - 114:11
counterpart [2] - 38:25, 41:15
couple [11] - 8:13, 9:4, 11:7, 12:11, 29:8, 34:12, 35:19, 70:24, 76:16, 89:9, 209:24
course [23] - 8:22, 9:12, 20:18, 25:24, 49:20, 58:7, 58:21, 66:2, 72:6, 73:25, 75:17, 76:7, 78:3, 78:10, 78:25, 79:3, 94:17, 95:25, 98:22, 113:7, 161:2, 161:11, 173:3
courses [1] - 79:10
court [3] - 10:4, 58:18, 181:9
COURT [127] - 1:1, 4:1, 4:2, 4:20, 5:2, 5:9, 5:25, 6:11, 6:18, 6:23, 7:17, 8:9, 9:9, 9:12, 9:16, 11:15, 11:19, 11:25, 12:4, 12:8, 12:13, 42:13, 42:22, 68:21, 68:25, 69:3, 69:6, 69:9, 69:10, 69:14, 69:19, 72:18, 72:21, 73:4, 73:18, 73:20, 74:5, 74:9, 74:25, 75:6, 75:15, 75:18, 75:25, 79:23, 80:2, 80:16, 80:20, 80:23, 81:14, 81:16, 81:21, 83:23, 83:25, 84:4, 84:10, 84:14, 84:19, 84:23, 99:20, 99:24, 119:16, 119:19, 121:13, 121:22, 122:1, 122:6, 122:8, 122:12, 122:14, 122:19, 122:23, 123:1, 123:8, 123:11, 124:3, 124:10, 124:16, 124:22, 124:24, 125:2, 128:10, 128:14, 128:17, 128:25, 130:18, 132:3, 132:10, 145:9, 150:14, 150:16, 156:10, 156:12, 158:22, 158:24, 159:11, 162:4, 162:8, 169:5, 169:7, 169:22, 180:2, 180:5, 180:7, 180:10, 180:15, 180:17, 180:22, 181:1, 181:4, 181:6, 183:10, 195:4, 203:25, 204:3, 204:6, 220:4,

220:7, 220:11, 220:23, 221:3, 221:7, 221:10, 221:18, 221:22, 221:25, 222:2, 222:8
Court [22] - 1:20, 7:14, 9:13, 32:8, 35:7, 37:10, 38:7, 42:5, 42:10, 42:21, 45:4, 56:17, 57:3, 57:5, 61:2, 63:14, 63:16, 64:8, 65:7, 74:3, 113:12, 159:10
Court's [2] - 42:19, 42:20
COURT'S [1] - 223:3
courtroom [3] - 5:18, 5:23, 6:3
courts [2] - 28:13, 32:7
cover [3] - 7:11, 32:17, 37:11
covered [4] - 35:4, 61:5, 96:15, 112:11
covers [4] - 7:8, 66:1, 66:2
Craig [4] - 68:24, 69:13, 69:22, 70:5
CRAIG [2] - 69:22, 223:12
create [1] - 47:22
created [1] - 18:15
credible [6] - 31:19, 57:16, 57:22, 63:2, 63:8, 198:17
credibly [1] - 57:21
Creegan [1] - 11:6
criteria [1] - 23:16
critical [2] - 31:24, 32:17
Cross [1] - 223:10
CROSS [1] - 125:6
cross [6] - 64:7, 75:5, 75:7, 80:1, 80:4, 124:5
CROSS-EXAMINATION [1] - 125:6
cross-examination [3] - 64:7, 75:7, 124:5
cross-examine [1] - 80:4
crystalline [1] - 68:14
current [4] - 70:4, 77:13, 130:25, 177:16
curriculum [1] - 75:8
Cusack [6] - 50:4, 52:9, 213:21, 214:7, 214:10, 214:23
custom [3] - 41:22, 41:25, 42:18
cut [1] - 134:14

CV [12] - 74:23, 126:14, 126:17, 127:9, 127:11, 127:17, 128:23, 129:16, 130:15, 130:16, 136:7, 136:17

## D

DA [4] - 114:9, 184:4, 184:6, 184:21
daily [2] - 164:11, 165:6
damn [1] - 30:8
dampens [1] - 87:6
dangerous [1] - 43:18
data [70] - 15:19, 16:23, 17:7, 18:18, 18:20, 19:1, 19:4, 19:16, 19:18, 20:3, 20:7, 20:14, 21:6, 24:17, 24:19, 24:21, 26:3, 27:3, 27:7, 50:4, 52:11, 58:4, 82:2, 82:4, 112:4, 112:5, 113:25, 114:4, 115:22, 115:23, 118:21, 119:9, 121:2, 121:5, 135:2, 138:18, 142:7, 142:15, 157:15, 158:12, 170:10, 170:14, 174:11, 174:14, 174:16, 175:12, 175:17, 202:20, 202:24, 203:1, 203:12, 204:9, 204:11, 204:15, 205:4, 205:7, 205:13, 205:14, 205:15, 205:18, 214:24, 218:11
date [3] - 31:20, 51:23, 60:19
dated [1] - 148:14
David [2] - 5:7
DAVID [2] - 3:11
days [3] - 8:14, 8:25, 78:17
dead [1] - 140:20
deal [9] - 8:3, 9:24, 43:5, 74:11, 75:6, 79:16, 79:25, 159:13, 164:19
dealing [4] - 89:3, 111:11, 116:10, 176:23
dealt [2] - 40:23, 173:4
dearly [1] - 220:24
death [22] - 49:15, 55:13, 55:24, 168:13, 168:15, 168:17, 168:22, 169:2, 169:11, 169:18, 170:25, 171:4, 171:25, 172:6, 172:24, 173:5,

173:15, 174:7, 174:22, 176:8, 176:24, 197:18

**deaths** [2] - 174:19, 177:7

**decade** [1] - 211:15

**deceive** [4] - 40:12, 42:8, 65:3, 65:4

**December** [2] - 71:14, 207:7

**decide** [2] - 45:8, 170:14

**decided** [4] - 7:24, 42:2, 59:11, 212:3

**decidedly** [2] - 32:10, 192:14

**deciding** [3] - 168:17, 168:23, 169:12

**decision** [4] - 26:7, 27:5, 56:20, 63:4

**decisions** [1] - 18:22

**decrease** [2] - 48:3, 184:14

**deeply** [1] - 46:20

**defend** [1] - 34:22

**Defendant** [12] - 2:15, 2:24, 3:7, 3:12, 3:18, 5:6, 5:13, 7:25, 11:19, 12:20, 31:11, 44:8

**Defendant's** [20] - 16:18, 35:25, 56:3, 126:14, 128:20, 129:18, 137:2, 137:7, 141:7, 146:23, 150:13, 150:19, 153:16, 156:8, 163:8, 164:2, 165:5, 165:15, 165:20, 166:8

**DEFENDANTS** [1] - 223:11

**Defendants** [21] - 1:11, 7:2, 8:1, 11:16, 11:17, 11:20, 12:1, 14:11, 14:13, 17:2, 17:4, 19:23, 30:21, 34:1, 42:9, 43:4, 44:23, 56:25, 58:19, 69:13, 69:17

**Defendants'** [26] - 12:7, 74:18, 84:7, 84:17, 85:2, 104:11, 110:7, 124:14, 125:3, 176:21, 177:8, 178:3, 178:7, 181:13, 210:2, 210:15, 212:14, 212:19, 213:4, 213:12, 213:21, 214:8, 215:8, 215:20, 216:14, 217:10

**defer** [2] - 25:5, 159:10

**deficit** [4] - 110:15, 129:6, 129:10, 215:23

**Deficit/Hyperactivity** [2] - 7:7, 7:9

**deficits** [1] - 152:1

**define** [1] - 86:9

**defined** [4] - 61:1, 92:3, 94:6, 118:8

**defines** [1] - 93:23

**definitely** [1] - 176:11

**definition** [4] - 23:19, 99:20, 100:3, 100:4

**definitions** [1] - 94:2

**definitive** [7] - 134:8, 143:7, 147:19, 147:22, 149:17, 203:11, 205:15

**definitively** [4] - 148:25, 149:10, 167:14, 189:4

**degradative** [1] - 91:7

**degrade** [2] - 88:24, 88:25

**degraded** [5] - 88:23, 91:12, 92:23, 93:14, 93:16

**degrades** [1] - 91:8

**degree** [11] - 53:22, 71:5, 71:8, 71:13, 100:9, 102:8, 128:2, 142:19, 148:1, 179:6, 179:12

**delay** [2] - 52:25, 219:9

**delayed** [2] - 164:3, 218:17

**demanding** [1] - 137:22

**demonstrate** [2] - 19:20, 112:2

**demonstration** [3] - 56:23, 57:1, 210:24

**demonstrative** [4] - 74:2, 74:10, 121:25, 122:1

**Demonstrative** [1] - 84:7

**demonstratives** [3] - 121:18, 121:20, 124:19

**denied** [3] - 10:12, 20:6, 65:8

**denigrate** [1] - 43:4

**DENNIS** [1] - 1:17

**denominate** [1] - 184:5

**Department** [3] - 70:19, 71:1, 71:3

**dependent** [1] - 13:10

**Depke** [1] - 5:14

**DEPKE** [1] - 2:19

**depletion** [1] - 152:1

**deposition** [18] - 21:15, 22:15, 22:16,

24:7, 26:13, 26:14, 26:18, 26:20, 27:23, 125:11, 136:24, 149:20, 169:3, 170:7, 202:14, 203:4, 204:21, 204:22

**depot** [6] - 32:23, 34:19, 36:4, 36:14, 36:19, 36:22

**depressant** [1] - 127:13

**depression** [10] - 31:5, 68:10, 104:23, 210:19, 210:24, 211:2, 211:5, 216:22, 217:2, 217:3

**depressive** [1] - 216:23

**deputy** [1] - 11:6

**derive** [1] - 118:24

**des** [1] - 176:14

**des-methyl** [1] - 176:14

**describe** [11] - 30:10, 70:16, 70:21, 71:4, 81:1, 82:8, 99:7, 115:21, 185:2, 185:3, 205:17

**described** [24] - 17:14, 44:6, 53:2, 54:16, 57:22, 57:23, 57:25, 60:8, 81:25, 91:14, 105:23, 114:15, 131:16, 161:24, 162:12, 175:12, 175:15, 181:25, 192:1, 205:23, 206:1, 206:6, 206:12, 206:25

**describes** [5] - 58:10, 67:24, 67:25, 81:3, 212:16

**describing** [7] - 45:20, 137:14, 145:12, 145:19, 207:6, 210:9, 215:9

**description** [4] - 21:1, 21:2, 56:21, 61:14

**desensitization** [1] - 217:17

**design** [3] - 14:2, 164:22, 194:10

**desipramine** [155] - 14:16, 14:20, 15:1, 15:3, 15:11, 15:14, 15:16, 15:18, 16:4, 16:6, 16:10, 16:25, 17:17, 17:23, 20:17, 30:21, 30:23, 30:24, 30:25, 31:2, 43:16, 48:9, 48:10, 48:16, 48:25, 49:11, 49:16, 49:19, 49:23, 50:6,

50:15, 51:16, 52:11, 52:16, 52:18, 52:20, 52:25, 55:14, 55:16, 55:24, 56:11, 99:2, 99:11, 100:23, 101:17, 103:12, 103:14, 103:16, 103:22, 105:2, 105:3, 105:7, 105:16, 106:12, 106:14, 106:16, 107:18, 108:9, 108:10, 108:11, 108:14, 109:1, 109:3, 109:5, 109:15, 109:16, 109:21, 109:22, 109:24, 110:14, 110:15, 110:17, 111:2, 111:8, 111:11, 111:12, 111:16, 112:2, 112:4, 112:8, 112:23, 113:17, 114:2, 114:25, 115:1, 115:4, 115:9, 115:20, 117:8, 117:9, 117:17, 118:12, 118:14, 119:7, 127:9, 127:10, 136:8, 136:11, 141:13, 142:10, 143:3, 143:5, 144:12, 155:5, 158:12, 160:6, 160:15, 160:21, 162:14, 164:3, 164:11, 168:13, 168:15, 168:17, 168:23, 169:12, 170:19, 170:25, 172:2, 172:7, 172:25, 173:12, 173:15, 174:12, 174:18, 174:21, 175:9, 175:14, 175:20, 176:7, 176:12, 176:13, 176:18, 176:24, 177:6, 177:22, 177:23, 179:15, 179:18, 182:11, 185:3, 186:10, 186:25, 188:20, 197:19, 197:21, 199:23, 200:2, 200:16, 218:9, 220:14

**Desipramine's** [1] - 55:20

**desipramine's** [7] - 51:2, 101:19, 104:19, 110:11, 160:17, 173:18, 174:25

**desipramine-treated** [2] - 177:22, 218:9

**desired** [2] - 17:20, 135:3

**despite** [1] - 138:9

**detail** [3] - 36:3, 57:25, 170:7

**detailed** [3] - 21:1, 21:2, 47:14

**details** [6] - 13:12, 13:13, 34:16, 72:5, 165:18, 206:11

**determine** [5] - 43:6,

60:6, 61:6, 103:6, 135:15

**determined** [4] - 61:22, 62:18, 115:22, 198:5

**determining** [1] - 77:25

**detract** [3] - 51:20, 188:24, 189:11

**develop** [2] - 55:8, 194:7

**developed** [4] - 36:24, 126:17, 126:18, 126:24

**developing** [2] - 174:8, 194:11

**development** [13] - 29:7, 45:13, 77:17, 77:21, 77:24, 102:9, 127:3, 191:16, 193:21, 194:2, 211:21, 219:20, 219:25

**devices** [1] - 12:14

**devoid** [4] - 18:20, 182:6, 201:8, 210:11

**Devoid** [1] - 52:4

**devoted** [1] - 67:16

**diagnose** [1] - 135:12

**diagnosed** [1] - 170:8

**diagnosis** [1] - 58:15

**diagnostic** [1] - 23:16

**Diagnostic** [1] - 23:17

**die** [1] - 170:20

**Diego** [2] - 71:1, 71:6

**dietary** [1] - 185:25

**differ** [2] - 91:15, 176:6

**difference** [15] - 55:19, 57:6, 99:4, 100:5, 100:7, 114:20, 115:13, 115:17, 115:18, 115:19, 117:24, 118:2, 164:10, 197:20

**differences** [3] - 13:20, 17:10, 117:22

**different** [45] - 4:19, 25:11, 33:8, 46:6, 52:15, 52:21, 55:1, 55:2, 64:16, 72:9, 89:10, 89:17, 89:19, 90:18, 91:14, 91:18, 91:19, 91:20, 91:22, 91:25, 92:1, 92:19, 92:20, 94:16, 110:12, 113:19, 114:3, 114:4, 115:8, 116:16, 117:20, 118:19, 132:23, 133:8, 133:10, 138:23, 138:24, 142:20, 144:14, 162:21, 179:2, 186:24, 201:2,

218:20
 differs [2] - 55:16, 173:12
 difficult [1] - 9:20
 difficulties [2] - 10:3, 158:25
 difficulty [1] - 159:5
 dilemma [4] - 18:15, 18:24, 20:1, 56:2
 direct [7] - 126:6, 162:3, 174:22, 175:12, 193:22, 215:16, 222:5
 DIRECT [1] - 70:1
 Direct [1] - 223:10
 directed [3] - 37:9, 81:2, 127:5
 direction [4] - 34:9, 38:3, 133:7, 135:3
 directions [4] - 53:17, 57:13, 157:23, 214:15
 directly [11] - 13:11, 41:10, 102:24, 142:19, 155:2, 155:10, 194:4, 197:5, 214:12, 214:25
 dirtier [1] - 50:23
 dirty [1] - 41:9
 disagree [4] - 138:1, 138:2, 175:11, 187:8
 disappeared [1] - 211:23
 disappointment [1] - 186:16
 disaster [1] - 30:6
 disclose [3] - 39:11, 65:23, 66:7
 disclosed [6] - 59:4, 59:8, 67:2, 68:9, 162:15, 206:22
 disclosure [10] - 32:1, 34:7, 35:10, 35:15, 37:24, 38:14, 41:19, 57:20, 119:14, 119:22
 disconnect [1] - 56:16
 discount [2] - 169:14, 170:1
 discounted [1] - 169:24
 discover [1] - 66:3
 discovery [17] - 65:14, 65:19, 77:8, 77:16, 77:20, 77:22, 112:14, 112:17, 112:19, 113:2, 126:19, 126:23, 147:4, 155:19, 191:16, 212:1, 219:23
 discuss [2] - 39:5, 43:19
 discussed [11] - 15:10, 20:19, 21:5,

28:9, 77:12, 95:14, 112:1, 117:23, 149:24, 157:25, 160:23
 discussing [3] - 48:24, 146:1, 188:12
 discussion [13] - 51:15, 113:24, 121:16, 130:25, 141:16, 141:24, 142:3, 144:7, 151:24, 163:11, 187:2, 188:15, 188:20
 discussions [1] - 149:25
 disease [4] - 23:24, 45:8, 45:9, 208:14
 disgusted [1] - 30:7
 disks [1] - 68:1
 Disorder [2] - 7:7, 7:9
 disorder [13] - 21:11, 21:21, 109:17, 109:18, 110:15, 112:3, 119:11, 129:6, 129:11, 152:25, 215:23, 216:10, 219:21
 Disorders [1] - 23:17
 disorders [14] - 24:4, 24:12, 79:6, 79:12, 79:13, 100:12, 102:10, 102:12, 107:22, 108:5, 116:9, 128:6, 192:9, 194:12
 dispositive [3] - 7:17, 68:3
 dispute [7] - 14:8, 15:25, 39:6, 39:7, 58:17, 81:11, 193:2
 disputes [2] - 13:8, 13:9
 disregulation [1] - 153:5
 dissuaded [2] - 173:25, 174:7
 distinct [1] - 214:1
 distinction [7] - 52:6, 58:5, 59:10, 75:13, 205:22, 215:2, 218:8
 distinctions [1] - 63:10
 distinctive [2] - 55:20, 173:18
 distinctly [1] - 50:19
 distinguish [1] - 77:20
 distinguishes [1] - 182:13
 distributed [1] - 133:23
 DISTRICT [2] - 1:1, 1:2
 diverse [1] - 46:11
 DMI [11] - 15:15,

48:16, 103:12, 105:19, 110:1, 142:10, 142:20, 160:6, 164:16, 176:9, 176:12
 doctor [4] - 30:7, 30:9, 135:8, 221:14
 Doctor [1] - 123:8
 doctor's [1] - 75:9
 doctorate [1] - 71:11
 doctors [3] - 29:14, 29:20, 136:2
 document [2] - 25:12, 29:19
 documents [3] - 29:3, 43:1, 122:17
 dollars [3] - 36:11, 36:20, 58:19
 done [18] - 29:10, 31:25, 44:23, 51:22, 53:11, 63:12, 115:24, 121:12, 124:11, 124:23, 127:10, 136:20, 139:8, 189:3, 189:5, 195:12, 198:4, 207:6
 Donnelly [44] - 14:14, 14:15, 14:23, 15:7, 15:9, 16:1, 16:3, 16:9, 45:19, 46:22, 48:18, 48:21, 50:1, 101:5, 101:6, 101:9, 101:12, 101:13, 101:15, 102:15, 103:9, 107:8, 108:9, 108:16, 112:1, 116:25, 118:5, 137:7, 137:13, 141:6, 141:14, 141:19, 142:4, 143:17, 144:18, 144:19, 144:21, 150:24, 165:2, 165:13, 165:19, 219:6
 door [1] - 29:12
 dopamine [42] - 46:8, 47:16, 54:2, 54:8, 54:12, 54:15, 72:3, 89:13, 89:14, 90:4, 91:6, 94:24, 95:2, 95:15, 96:10, 110:1, 114:8, 114:18, 115:2, 130:6, 130:8, 130:9, 131:4, 131:17, 132:15, 132:25, 140:22, 141:3, 141:10, 158:14, 176:5, 184:12, 190:15, 190:16, 191:2, 191:12, 191:25, 192:5, 197:5, 218:1, 218:24
 dopaminergic [7] - 45:23, 46:24, 53:18, 105:10, 137:16, 137:19, 158:5
 dosage [24] - 23:10,

32:17, 32:20, 33:18, 34:15, 34:17, 35:4, 36:10, 37:11, 37:14, 37:16, 38:6, 65:16, 65:18, 65:22, 66:8, 66:17, 67:6, 67:10, 67:21, 67:24, 68:13, 184:24, 206:18
 dose [14] - 22:13, 22:21, 132:20, 132:24, 164:11, 165:9, 165:20, 165:23, 166:1, 167:11, 167:12, 206:13, 206:17, 206:24
 dosed [2] - 30:16, 30:25
 doses [13] - 130:4, 130:10, 131:1, 131:17, 163:16, 164:24, 165:1, 165:6, 198:8, 205:25, 206:4, 206:7, 219:12
 dosing [1] - 43:25
 double [1] - 52:17, 101:18, 102:16, 102:17, 102:18, 102:20, 134:24, 203:6, 203:13, 205:5, 205:21
 double-blind [10] - 101:18, 102:16, 102:17, 102:18, 102:20, 134:24, 203:6, 203:13, 205:5, 205:21
 doubt [1] - 175:2
 down [21] - 9:23, 29:25, 46:7, 67:20, 87:10, 87:23, 111:6, 113:16, 114:10, 123:8, 129:5, 134:3, 134:22, 141:19, 143:21, 154:14, 163:11, 173:8, 180:12, 192:7, 209:21
 downregulation [1] - 217:17
 dozen [2] - 55:2, 67:3
 Dr [126] - 7:22, 15:12, 15:21, 16:3, 16:21, 17:6, 21:13, 21:15, 22:14, 22:16, 23:23, 24:5, 24:7, 26:13, 26:16, 26:18, 26:22, 27:21, 28:5, 30:3, 35:25, 36:3, 36:16, 48:13, 50:4, 50:13, 50:22, 51:4, 55:15, 58:25, 59:16, 59:17, 59:18, 62:23, 64:7, 64:19, 68:24, 69:13, 70:3, 73:25, 74:15, 76:6, 79:16, 80:5, 80:10, 83:2, 85:6,

86:10, 90:9, 93:18, 94:6, 94:7, 100:1, 100:3, 100:4, 100:13, 100:17, 102:7, 107:9, 107:23, 109:11, 109:13, 110:9, 110:20, 111:4, 113:13, 113:20, 120:11, 120:13, 125:8, 127:24, 133:18, 133:20, 133:25, 134:6, 134:9, 143:2, 144:21, 144:22, 146:24, 147:8, 147:15, 147:17, 147:25, 148:7, 149:14, 150:3, 159:19, 159:24, 160:5, 160:10, 160:14, 162:1, 162:4, 162:12, 164:7, 167:4, 172:22, 173:2, 173:5, 173:11, 174:23, 176:23, 177:3, 177:10, 177:20, 178:11, 178:13, 181:10, 183:16, 187:23, 187:24, 202:14, 202:19, 203:2, 203:20, 204:1, 204:17, 212:15, 212:20, 213:13, 213:16, 218:13, 218:14, 222:1
 draw [4] - 105:14, 107:8, 114:1, 144:10
 drawing [1] - 85:7
 drawn [6] - 41:1, 41:24, 45:5, 65:5, 111:15, 211:21
 draws [1] - 214:7
 Drive [3] - 2:6, 2:13, 2:20
 driven [1] - 97:16
 drives [1] - 95:24
 dropoff [1] - 163:20
 Drs [4] - 50:13, 150:21, 152:8, 183:22
 Drug [3] - 59:13, 78:6, 201:12
 drug [99] - 16:13, 16:17, 21:3, 21:10, 21:19, 31:4, 31:6, 33:2, 36:8, 43:4, 44:10, 44:11, 44:16, 50:23, 52:21, 54:3, 54:11, 58:15, 58:20, 62:3, 62:7, 64:2, 64:3, 68:9, 77:8, 77:16, 77:20, 77:22, 77:24, 81:7, 81:19, 95:17, 95:20, 96:4, 99:8, 102:19, 102:21, 102:22, 102:23, 102:25, 103:7, 107:21, 112:3, 112:13, 112:17, 112:19, 113:1, 113:2, 113:4, 113:6, 115:5, 115:25, 126:19, 126:23,

127:2, 133:9, 144:4, 148:18, 155:19, 161:20, 161:21, 164:9, 167:16, 171:16, 171:23, 179:1, 181:25, 184:22, 186:14, 191:8, 191:16, 192:3, 192:19, 192:25, 193:8, 201:13, 203:9, 203:17, 203:22, 207:21, 211:15, 211:16, 211:18, 211:21, 211:22, 211:25, 212:1, 212:9, 215:12, 218:3, 219:20, 219:23, 220:1, 220:7

**Drugs** [4] - 54:7, 54:10, 189:20, 190:24

**drugs** [81] - 15:22, 41:10, 46:4, 49:5, 50:5, 53:10, 54:13, 54:14, 54:24, 55:1, 55:3, 55:21, 57:20, 72:6, 72:8, 72:12, 76:19, 77:13, 78:18, 79:4, 79:5, 79:12, 90:3, 94:9, 94:10, 94:17, 94:19, 95:4, 95:8, 96:2, 96:11, 100:11, 102:10, 102:11, 102:13, 105:22, 105:23, 112:21, 112:22, 114:4, 126:17, 126:18, 126:24, 130:13, 139:5, 144:9, 150:1, 150:2, 155:4, 155:16, 155:24, 157:8, 166:24, 171:3, 171:24, 173:16, 173:19, 181:23, 182:14, 186:14, 189:23, 190:11, 191:24, 192:9, 193:21, 194:3, 194:8, 194:10, 194:12, 197:4, 197:5, 197:6, 197:9, 197:12, 200:14, 211:19, 213:23, 216:21, 217:7, 220:21

**dry** [2] - 107:3, 111:9
**DSM** [1] - 23:16
**DTX-1** [1] - 223:16
**DTX-22** [1] - 16:21
**DTX-413** [1] - 29:6
**DTX-47** [1] - 74:19
**DTX-553** [3] - 84:18, 84:20, 223:15
**due** [1] - 132:12
**Duff** [1] - 5:24
**duloxetine** [1] - 215:12

**duly** [1] - 69:17
**DUNNER** [1] - 2:5
**during** [6] - 20:4, 38:25, 78:10, 163:14, 170:21, 186:14

**duty** [2] - 39:13, 41:19

# E

**ear** [1] - 101:21
**early** [8] - 45:14, 78:20, 81:25, 127:22, 145:3, 146:19, 207:7, 207:13
**earth** [1] - 211:23
**easily** [1] - 40:12
**easy** [2] - 34:10, 35:21
**eating** [1] - 11:10
**editor** [1] - 134:11
**educational** [1] - 71:4
**effect** [20] - 16:5, 17:8, 31:6, 50:22, 64:15, 65:20, 93:19, 102:22, 102:23, 103:15, 105:10, 105:11, 110:3, 110:4, 144:14, 155:16, 163:20, 171:16, 217:8, 219:3
**effective** [62] - 7:10, 13:7, 15:15, 17:17, 22:13, 22:21, 23:4, 24:2, 24:10, 40:2, 40:6, 44:16, 47:4, 48:5, 60:2, 64:1, 82:3, 82:5, 94:17, 94:19, 96:21, 100:21, 100:25, 101:17, 104:21, 107:11, 108:10, 109:4, 111:17, 112:2, 112:3, 112:23, 115:5, 118:1, 118:12, 118:22, 119:5, 119:8, 121:4, 134:16, 144:1, 144:12, 146:15, 149:5, 158:11, 176:1, 182:6, 190:7, 193:18, 198:8, 200:3, 200:22, 206:8, 206:16, 207:3, 207:15, 207:18, 207:19, 207:21, 212:3, 212:25, 216:21
**effectiveness** [2] - 44:6, 186:18
**effects** [71] - 14:22, 15:4, 16:3, 16:11, 17:5, 31:3, 43:19, 49:3, 50:24, 51:12, 52:18, 76:24, 100:24, 101:1, 101:19, 102:19, 104:20, 105:17, 106:21, 106:23, 107:6, 107:13, 107:18, 108:15, 109:7, 109:8, 110:2, 110:13, 110:19, 111:4, 111:8, 111:18, 112:8, 112:25, 113:2,

117:1, 117:16, 118:13, 132:15, 132:19, 140:15, 155:21, 156:3, 158:10, 164:24, 165:16, 166:22, 167:9, 167:21, 168:1, 168:4, 168:6, 168:7, 168:10, 168:11, 177:23, 182:7, 184:5, 184:17, 186:1, 187:6, 189:8, 191:14, 197:4, 217:13, 220:15
**Effects** [1] - 133:15
**effects..** [1] - 15:20
**efficacious** [1] - 56:10
**efficacy** [23] - 15:11, 47:9, 51:16, 51:20, 108:25, 119:10, 156:17, 158:13, 163:15, 184:23, 188:20, 188:24, 189:12, 190:5, 190:9, 192:19, 192:25, 193:9, 200:15, 203:14, 211:5, 212:8, 217:5
**efficient** [2] - 75:19, 83:20
**efflux** [2] - 131:3, 131:17
**effort** [1] - 112:17
**effortful** [1] - 137:22
**eight** [6] - 66:4, 122:20, 173:7, 186:14, 208:19, 208:20
**eight-week** [1] - 186:14
**either** [17] - 13:10, 19:1, 19:11, 19:16, 21:7, 54:5, 92:23, 114:22, 122:10, 181:22, 182:10, 185:2, 190:15, 212:6, 212:8, 221:1
**elderly** [1] - 110:5
**electrically** [1] - 82:16
**electrocardiogram** [1] - 168:8
**elevates** [1] - 182:16
**ELI** [1] - 1:4
**Eli** [6] - 2:11, 4:12, 4:15, 7:1, 42:17, 116:13
**elicits** [1] - 131:2
**ELIZABETH** [1] - 1:7
**elsewhere** [1] - 54:16
**embarrassed** [1] - 29:17
**eminent** [1] - 48:23
**emphasis** [2] - 76:9, 132:14
**empirically** [1] - 51:6
**employed** [1] - 70:7

**en** [1] - 56:19
**enable** [3] - 33:16, 33:19, 35:9
**enabled** [3] - 19:22, 33:15, 34:5
**enablement** [7] - 7:3, 19:16, 31:15, 31:17, 65:11, 125:14, 196:15
**enables** [1] - 33:15
**enabling** [5] - 32:1, 35:10, 35:14, 37:24, 66:16
**end** [11] - 8:15, 9:22, 38:10, 44:17, 83:20, 84:23, 165:9, 165:10, 209:20, 217:25, 219:10
**ended** [1] - 133:6
**ending** [2] - 82:21, 85:17
**endogenous** [2] - 148:11, 213:17
**ends** [1] - 82:20
**enemy** [2] - 44:20, 44:21
**engine** [1] - 199:20
**England** [1] - 105:12
**enhance** [2] - 47:21, 76:23
**enhancing** [1] - 186:18
**enigma** [1] - 216:23
**entered** [1] - 211:22
**entirely** [2] - 91:24, 128:1
**entitled** [4] - 1:23, 60:20, 189:20, 190:23
**environment** [1] - 197:24
**enzymatically** [1] - 88:22
**enzyme** [7] - 46:7, 91:3, 91:4, 91:12, 93:14, 96:7, 96:8
**enzymes** [3] - 87:22, 88:17, 88:24
**epinephrine** [6] - 150:7, 150:11, 177:24, 178:17, 178:24, 178:25
**epitome** [1] - 38:14
**equally** [1] - 201:2
**equivalent** [2] - 54:4, 184:23
**ERIC** [1] - 1:23
**Eric** [3] - 5:11, 5:12, 94:8
**error** [6] - 36:7, 36:22, 37:2, 37:25, 38:4, 63:23
**especially** [1] - 9:20
**ESQ** [27] - 2:4, 2:7, 2:8, 2:8, 2:9, 2:10, 2:10,

2:14, 2:14, 2:15, 2:18, 2:21, 2:22, 2:22, 2:23, 2:24, 3:3, 3:6, 3:6, 3:9, 3:10, 3:10, 3:11, 3:11, 3:14, 3:17, 3:17
**establish** [13] - 19:1, 20:3, 20:8, 22:10, 25:22, 26:1, 26:4, 27:4, 27:15, 27:18, 28:4, 28:12, 31:19
**established** [4] - 13:25, 62:4, 62:11, 205:20
**establishing** [2] - 19:18, 21:6
**et** [10] - 4:5, 51:13, 101:6, 101:15, 102:15, 105:19, 107:8, 108:16, 129:7
**ethical** [4] - 27:12, 194:25, 195:8, 195:24
**ethically** [1] - 62:18
**etiology** [2] - 45:17, 185:17
**European** [2] - 38:24, 41:12
**evaluate** [2] - 170:6, 170:14
**event** [3] - 9:3, 27:14, 200:24
**events** [2] - 179:23, 217:16
**eventually** [1] - 87:20
**evidence** [35] - 20:25, 29:23, 32:9, 42:5, 42:7, 43:9, 43:11, 44:5, 52:22, 57:17, 60:15, 61:16, 62:20, 63:2, 63:9, 65:2, 65:6, 65:9, 68:4, 73:2, 74:10, 84:2, 84:20, 84:21, 84:25, 120:6, 121:25, 122:3, 122:6, 122:7, 124:16, 124:24, 125:4, 142:22, 146:20
**evident** [1] - 132:5
**evidently** [1] - 91:10
**exact** [1] - 216:3
**exactly** [16] - 18:20, 37:2, 38:1, 44:22, 45:5, 54:22, 56:25, 59:8, 62:5, 175:18
**EXAMINATION** [2] - 70:1, 125:6
**examination** [5] - 64:7, 73:25, 75:7, 83:20, 124:5
**examinations** [1] - 39:15
**examine** [1] - 80:4

**examiner** [3] - 39:18, 40:3, 64:22
**Examiner** [1] - 40:6
**examiner's** [1] - 63:24
**example** [15] - 34:10, 35:20, 36:13, 48:25, 54:18, 66:23, 66:24, 67:19, 87:2, 87:8, 99:2, 100:22, 113:7, 184:20, 207:25
**examples** [5] - 35:20, 35:22, 36:14, 38:4, 144:13
**excellent** [1] - 55:25
**excerpt** [1] - 120:15
**excerpts** [1] - 103:8
**excessive** [1] - 187:6
**exchange** [1] - 31:25
**excitable** [1] - 82:16
**exclusion** [1] - 132:16
**excuse** [5] - 41:17, 52:25, 166:17, 183:3, 185:23
**exert** [2] - 49:3, 166:22
**exhaustive** [2] - 32:22, 33:6
**Exhibit** [70] - 21:17, 66:22, 67:19, 67:23, 74:15, 74:19, 84:8, 84:17, 85:2, 85:6, 87:15, 90:9, 104:11, 107:15, 107:16, 108:7, 108:19, 108:24, 109:9, 110:7, 112:16, 113:11, 116:11, 121:18, 124:9, 126:15, 128:20, 129:18, 137:2, 137:7, 141:7, 141:14, 145:6, 145:11, 145:22, 146:24, 147:7, 150:13, 150:19, 153:17, 156:8, 159:18, 163:9, 164:2, 165:5, 165:15, 165:20, 166:8, 172:17, 172:19, 176:21, 177:9, 178:3, 178:8, 181:13, 183:9, 187:11, 190:18, 210:2, 210:15, 212:15, 212:19, 213:4, 213:12, 213:21, 214:8, 215:8, 215:20, 216:14, 217:10
**exhibit** [3] - 73:2, 74:17, 110:6
**Exhibits** [3] - 124:12, 124:14, 125:3
**exhibits** [8] - 72:16, 73:15, 74:2, 74:3, 74:6, 83:19, 83:22, 124:8

**EXHIBITS** [1] - 223:14
**exist** [3] - 117:22, 146:17, 146:21
**existing** [2] - 60:13, 112:21
**expand** [1] - 10:19
**expect** [2] - 17:25, 64:8
**expectation** [1] - 120:17
**expected** [6] - 61:15, 61:23, 183:1, 192:4, 196:10, 201:15
**expedite** [1] - 12:3
**experience** [10] - 8:5, 36:2, 61:19, 102:9, 112:19, 170:9, 187:4, 196:13, 201:5, 212:1
**experienced** [2] - 63:14, 197:25
**experiment** [6] - 51:22, 189:2, 189:4, 195:14, 195:18, 198:5
**experimental** [1] - 103:3
**experimentation** [10] - 31:22, 32:5, 32:6, 32:11, 35:24, 36:25, 37:4, 38:1, 66:10, 195:12
**expert** [26] - 7:22, 10:18, 26:18, 28:7, 35:25, 36:1, 47:13, 48:23, 75:1, 75:7, 79:20, 80:3, 80:6, 100:4, 125:23, 126:3, 134:17, 136:21, 147:13, 161:2, 161:22, 162:4, 162:9, 173:3, 188:5, 213:14
**expertise** [9] - 71:25, 80:17, 100:10, 102:7, 136:4, 148:23, 163:25, 172:13, 187:9
**experts** [4] - 25:6, 30:2, 75:14, 107:20
**expires** [1] - 66:4
**explain** [21] - 10:19, 10:20, 15:21, 16:4, 16:22, 17:6, 36:3, 36:16, 52:23, 103:20, 111:23, 120:1, 131:12, 132:1, 169:25, 192:19, 192:25, 193:8, 193:14, 193:18, 217:7
**explains** [1] - 55:18
**explanation** [3] - 108:6, 132:6, 170:13
**explanations** [1] -

159:6
**expletives** [1] - 30:9
**explicitly** [2] - 17:14, 118:2
**express** [1] - 119:24
**expressed** [3] - 125:13, 125:15, 125:16
**extended** [2] - 44:4, 76:12
**extending** [1] - 204:23
**extends** [2] - 169:8, 188:16
**extension** [3] - 82:19, 128:5, 128:7
**extensively** [1] - 72:8
**extent** [6] - 11:3, 12:13, 82:2, 182:24, 190:14, 211:13
**extracellular** [1] - 131:4
**extraordinarily** [1] - 33:9
**extreme** [1] - 36:25
**extremely** [1] - 40:17
**eye** [1] - 130:2

## F

**face** [2] - 204:12, 211:23
**facilitate** [1] - 42:21
**facilitated** [1] - 77:15
**facilitates** [1] - 73:8
**facilitator** [1] - 181:11
**fact** [50] - 25:15, 36:22, 37:1, 41:21, 43:5, 44:11, 44:12, 44:15, 44:19, 45:3, 49:12, 49:14, 51:17, 53:4, 53:12, 59:6, 60:1, 60:5, 60:6, 62:19, 62:22, 63:13, 64:5, 66:5, 89:7, 102:20, 111:1, 115:2, 120:19, 132:17, 133:2, 148:16, 160:21, 162:15, 162:24, 169:1, 171:20, 176:8, 183:19, 185:4, 188:21, 195:11, 203:4, 206:1, 206:5, 206:24, 211:4, 217:11, 217:23, 217:25
**factor** [10] - 14:7, 17:9, 28:21, 34:8, 35:23, 68:3, 68:4, 117:18, 174:6, 175:1
**factors** [8] - 13:17, 13:21, 14:6, 32:7, 32:12, 35:19, 100:2,

100:16
**factual** [2] - 63:10, 154:5
**faculty** [2] - 70:13, 70:17
**failed** [4] - 65:23, 68:11, 163:14, 211:4
**failure** [4] - 28:11, 67:7, 145:12, 145:19
**fair** [4] - 132:9, 140:2, 159:2
**fairly** [4] - 51:17, 63:25, 122:17, 188:22
**faith** [1] - 39:13
**Falk** [1] - 7:21
**fall** [3] - 13:14, 30:14, 32:20
**falloff** [1] - 186:13
**falls** [1] - 34:1
**familiar** [3] - 102:3, 139:1, 206:7
**fancy** [1] - 15:21
**far** [6] - 11:16, 75:7, 77:8, 94:17, 96:20, 211:10
**FARABOW** [1] - 2:5
**Farm** [1] - 3:13
**fashioned** [1] - 190:23
**fast** [2] - 219:6, 219:8
**favor** [2] - 32:10, 41:8
**FDA** [20] - 43:3, 44:15, 49:10, 59:7, 59:12, 60:19, 61:3, 61:12, 81:15, 81:20, 195:11, 196:9, 203:9, 203:10, 203:14, 206:15, 206:18, 211:11, 211:18, 211:19
**FDA's** [1] - 60:17
**FDA-approved** [4] - 43:3, 59:12, 206:15, 206:18
**fearful** [1] - 221:11
**feature** [2] - 55:20, 173:18
**features** [1] - 140:9
**Federal** [9] - 18:22, 26:8, 34:2, 35:7, 35:15, 37:3, 37:22, 56:19, 123:3
**feedback** [1] - 87:6
**felt** [6] - 29:2, 29:4, 29:15, 29:21, 126:20, 202:15
**few** [10] - 13:12, 26:13, 28:24, 32:8, 72:5, 130:22, 144:11, 146:19, 192:1, 215:3
**fewer** [14] - 14:21,

107:12, 107:13, 108:13, 108:14, 109:5, 109:8, 109:24, 110:19, 111:8, 112:8, 117:14, 169:17
**field** [20] - 20:11, 31:25, 34:14, 36:2, 50:12, 54:6, 54:23, 71:20, 75:1, 79:9, 80:6, 108:4, 112:18, 145:2, 147:9, 148:21, 159:25, 172:13, 189:10, 212:24
**fields** [1] - 20:14
**Figure** [1] - 164:10
**figure** [1] - 33:22
**file** [4] - 18:11, 18:25, 60:7, 136:25
**filed** [6] - 14:25, 24:20, 28:16, 59:14, 61:24, 66:13
**filing** [11] - 18:11, 25:2, 25:4, 26:17, 27:2, 27:3, 31:7, 31:20, 32:18, 51:23, 60:18
**fill** [1] - 35:12
**final** [1] - 35:19
**finally** [4] - 30:11, 56:11, 131:15, 205:3
**Financial** [1] - 3:8
**findings** [3] - 15:20, 15:22, 173:14
**fine** [6] - 69:5, 74:8, 75:11, 122:13, 129:14, 208:17
**finish** [3] - 13:2, 180:11, 222:5
**finished** [1] - 207:7
**finite** [2] - 14:2, 17:20
**FINNEGAN** [1] - 2:5
**Finnegan** [4] - 4:11, 4:14, 5:1, 42:16
**fire** [1] - 199:20
**firing** [5] - 139:19, 139:23, 178:16, 178:21
**firm** [8] - 5:5, 5:8, 5:14, 5:20, 5:22, 6:2, 6:8, 12:19
**first** [65] - 13:1, 14:7, 16:20, 20:22, 20:11, 21:2, 30:6, 31:14, 31:17, 32:12, 39:7, 43:3, 43:20, 57:19, 68:22, 68:24, 69:11, 72:16, 77:7, 80:9, 90:24, 100:2, 101:9, 101:13, 103:8, 103:9, 103:17, 108:22, 110:9, 129:15, 131:15, 134:3, 136:20, 141:9, 142:9, 143:11, 143:17, 152:7, 157:25, 160:4, 163:10,

236

165:5, 165:17, 166:15, 166:19, 170:17, 179:4, 181:17, 184:11, 188:19, 190:22, 190:24, 191:1, 192:7, 192:17, 193:12, 194:5, 197:1, 203:5, 205:5, 210:7, 216:18, 216:20, 217:15, 218:4

**fit** [2] - 45:1, 68:7

**five** [13] - 20:6, 36:20, 102:9, 122:22, 122:24, 126:11, 150:16, 150:17, 198:8, 205:25, 206:4, 206:24, 215:4

**fix** [1] - 123:4

**flashing** [1] - 93:17

**Flax** [1] - 5:20

**FLAX** [2] - 3:14, 5:19

**flesh** [1] - 62:1

**flexible** [1] - 9:25

**flimsy** [2] - 34:7, 38:10

**flip** [2] - 18:17, 187:1

**float** [1] - 128:17

**floating** [1] - 94:23

**floor** [1] - 3:2

**Florida** [2] - 70:24, 71:12

**flow** [1] - 59:15

**focus** [7] - 33:12, 72:2, 114:10, 135:21, 146:17, 193:6, 219:19

**focused** [12] - 53:10, 55:7, 76:15, 76:16, 76:19, 77:11, 79:18, 109:14, 125:25, 126:7, 132:22, 190:4

**focuses** [1] - 71:18

**focusing** [4] - 55:8, 97:13, 143:13, 150:5

**follow** [1] - 131:13

**following** [7] - 1:22, 12:22, 13:21, 61:7, 61:13, 70:23, 222:6

**follows** [6] - 21:16, 22:17, 24:8, 61:18, 69:18, 127:3

**Food** [1] - 201:11

**FOR** [2] - 1:2, 223:11

**forbidden** [1] - 44:20

**forced** [1] - 162:5

**foreign** [2] - 38:25, 41:15

**forensic** [1] - 74:1

**forever** [1] - 10:7

**forgot** [1] - 93:24

**form** [22] - 19:15, 32:17, 32:18, 33:4, 33:13, 33:16, 36:6, 36:10, 37:12, 37:14,

61:16, 65:16, 65:18, 65:22, 67:6, 67:7, 77:10, 83:13, 86:16, 98:24, 100:8, 153:6

**formed** [5] - 64:20, 99:14, 99:17, 111:11, 143:9

**forming** [2] - 210:16, 214:4

**forms** [23] - 23:11, 32:20, 33:1, 33:2, 33:8, 33:18, 33:22, 34:15, 34:18, 35:4, 37:16, 38:6, 66:8, 66:17, 67:11, 67:13, 67:21, 67:24, 67:25, 68:13, 77:6, 140:14, 206:18

**formulate** [1] - 68:6

**formulated** [2] - 68:12, 68:15

**formulating** [1] - 36:10

**formulation** [3] - 36:1, 36:12, 36:17

**formulations** [2] - 36:17, 38:5

**formulators** [1] - 68:17

**forth** [2] - 8:1, 84:24

**Forty** [1] - 122:24

**forty** [1] - 74:20

**Forty-five** [1] - 122:24

**forty-seven** [1] - 74:20

**forward** [3] - 61:10, 63:9, 209:8

**Foundation** [1] - 78:7

**foundation** [1] - 155:6

**four** [9] - 8:16, 87:15, 88:16, 94:12, 94:14, 96:14, 96:15, 96:16, 164:21

**fours** [1] - 35:17

**fourth** [1] - 28:21

**framework** [1] - 196:9

**frankly** [1] - 64:3

**fraught** [1] - 154:1

**free** [2] - 128:17, 180:23

**Freedom** [2] - 2:6, 2:6

**freeze** [1] - 53:12

**frequency** [1] - 97:16

**frequently** [3] - 81:12, 95:14, 103:14

**Friday** [1] - 8:21

**FROEHLICH** [1] - 3:10

**Froehlich** [1] - 5:7

**front** [2] - 75:10,

136:19

**FUCHS** [1] - 2:22

**full** [7] - 12:24, 31:15, 31:22, 34:5, 70:20, 168:10, 179:4

**Fuller** [10] - 14:15, 14:24, 16:19, 17:2, 17:4, 116:12, 116:13, 117:4, 117:13, 118:6

**Fuller-Wong** [2] - 16:19, 116:12

**fully** [5] - 58:10, 59:3, 60:6, 125:13, 125:15

**function** [15] - 47:7, 72:2, 72:10, 76:9, 78:18, 82:22, 82:23, 87:5, 91:7, 91:11, 128:4, 153:20, 156:16, 168:7

**Functions** [1] - 133:17

**functions** [7] - 49:4, 71:18, 76:17, 79:2, 91:24, 146:21, 166:23

**fundamental** [1] - 59:9

**fundamentally** [4] - 52:21, 63:22, 64:13, 64:16

**furnace** [2] - 87:9

**Future** [2] - 190:19, 190:23

**future** [3] - 53:16, 68:4, 157:23

**G**

**Gail** [1] - 6:15

**GAIL** [1] - 2:15

**gaps** [1] - 35:12

**GARRETT** [1] - 2:5

**Gastfriend** [4] - 108:7, 215:21, 215:22, 216:7

**Gateway** [1] - 3:2

**gather** [9] - 140:20, 160:25, 196:17, 200:11, 205:23, 206:22, 207:2, 216:2, 217:1

**gauge** [1] - 156:3

**general** [11] - 62:8, 82:22, 82:23, 92:7, 92:12, 100:13, 115:14, 130:11, 155:8, 188:15, 216:8

**General** [5] - 26:25, 61:17, 107:20, 201:11, 204:25

**generally** [2] - 76:13,

89:6

**generated** [1] - 120:19

**generic** [3] - 90:12, 92:10, 194:11

**generically** [1] - 90:13

**gentleman** [2] - 10:18, 221:7

**gentlemen** [1] - 61:21

**given** [8] - 11:22, 27:15, 27:18, 34:7, 34:20, 79:25, 135:16, 163:16

**glad** [1] - 195:4

**glean** [1] - 200:11

**gleaned** [1] - 201:20

**gleaning** [1] - 201:19

**GLENMARK** [1] - 1:7

**global** [1] - 29:7

**gloss** [1] - 57:1

**glossary** [1] - 94:5

**goings** [1] - 64:17

**goings-on** [1] - 64:17

**Goodin** [1] - 5:7

**GOODIN** [1] - 3:11

**Goolkasian** [2] - 39:19, 221:21

**governing** [1] - 39:14

**Government** [1] - 123:3

**graduate** [9] - 70:23, 78:9, 78:14, 78:19, 79:11, 102:5, 143:12, 143:16

**graduating** [1] - 8:19

**Graham** [7] - 13:17, 14:6, 17:9, 28:21, 100:2, 100:16, 117:18

**grail** [1] - 49:11

**grants** [2] - 78:2, 78:4

**graph** [1] - 52:10

**gratefully** [1] - 187:22

**grave** [1] - 177:16

**great** [3] - 8:6, 8:7, 44:20

**greater** [4] - 98:7, 109:3, 130:24, 173:15

**greatly** [1] - 49:16

**Green** [2] - 5:7, 147:25

**green** [12] - 98:9, 98:10, 98:12, 147:7, 147:8, 147:15, 147:17, 148:7, 209:15, 209:20, 213:13, 213:16

**Gregory** [1] - 5:24

**group** [23] - 45:11, 47:3, 53:20, 54:1, 89:7, 101:10, 104:20, 107:19,

107:24, 107:25, 108:3, 109:12, 110:9, 116:13, 144:1, 145:2, 161:12, 161:17, 178:11, 178:14, 188:2, 218:9

**groups** [2] - 7:12, 96:18

**growth** [2] - 146:8, 182:7

**guess** [16] - 4:4, 4:7, 8:24, 9:1, 29:9, 58:2, 60:9, 72:19, 73:20, 75:1, 80:6, 97:11, 141:25, 193:3, 196:3, 199:4

**guessing** [1] - 23:8

**guesswork** [1] - 58:14

**guidance** [4] - 34:9, 37:21, 38:3, 38:7

**guide** [1] - 112:22

**H**

**h'm** [2] - 194:22, 213:25

**H-1** [2] - 105:20, 106:10

**half** [5] - 23:19, 55:2, 69:2, 194:12, 218:6

**halfway** [2] - 129:5, 134:3

**hallway** [1] - 180:21

**HAMILTON** [1] - 2:2

**Hamilton** [1] - 4:24

**hand** [36] - 12:12, 19:21, 35:6, 42:20, 69:14, 69:15, 85:5, 100:3, 130:12, 137:12, 141:8, 141:15, 147:1, 147:6, 151:11, 156:24, 157:22, 158:3, 160:4, 160:14, 163:10, 164:5, 164:7, 165:5, 170:24, 170:25, 173:7, 177:9, 177:12, 179:3, 185:13, 185:22, 187:2, 214:8, 214:18

**handed** [1] - 72:14

**handful** [1] - 36:23

**handing** [2] - 72:22, 128:19

**handiwork** [1] - 125:12

**handled** [1] - 40:14

**Haner** [1] - 5:18

**HANER** [1] - 2:23

**happy** [3] - 126:3, 169:24, 175:17

**hard** [3] - 158:25, 199:2, 205:13
**harm** [1] - 75:20
**harmful** [1] - 40:20
**Harvard** [5] - 107:20, 107:25, 108:3, 109:12, 110:8
**Hatch** [1] - 8:1
**Hatch-Waxman** [1] - 8:1
**hate** [3] - 75:12, 83:21, 118:10
**heading** [12] - 54:7, 54:10, 128:11, 130:22, 146:3, 148:7, 156:24, 157:3, 157:23, 159:3, 190:22, 190:24
**Health** [6] - 45:12, 78:5, 78:6, 101:10, 101:11, 144:24
**hear** [7] - 12:9, 35:25, 44:10, 119:16, 132:7, 178:18, 195:4
**heard** [4] - 31:23, 52:21, 56:24, 58:13, 62:1, 120:11, 120:16, 134:20, 159:14, 167:13, 167:18, 211:7
**heart** [2] - 167:22, 170:8
**heat** [1] - 87:11
**heavy** [1] - 76:9
**Heiligenstein** [22] - 21:13, 21:15, 22:14, 22:16, 24:5, 24:7, 26:16, 26:19, 27:21, 28:5, 28:17, 58:25, 62:23, 120:11, 120:13, 120:25, 202:19, 203:20, 204:5, 204:8, 204:17, 204:22
**Heiligenstein's** [5] - 26:13, 26:22, 59:18, 202:14, 204:1
**held** [9] - 27:16, 28:13, 35:16, 37:3, 49:11, 70:16, 70:21, 70:24, 155:4
**hello** [1] - 6:6
**help** [4] - 20:25, 21:5, 42:22, 162:25
**helped** [1] - 11:6
**helpful** [1] - 73:14
**HENDERSON** [1] - 2:5
**Henderson** [4] - 4:11, 4:14, 5:1, 42:16
**hide** [1] - 41:4
**hiding** [1] - 42:3
**high** [10] - 14:8,

53:22, 54:11, 114:13, 114:17, 115:2, 115:10, 116:20, 179:6, 179:12
**higher** [2] - 115:3, 115:20
**highlight** [2] - 44:19, 192:21
**highlighted** [2] - 113:16, 113:17
**highlighting** [2] - 132:17, 153:25
**highly** [3] - 82:13, 198:2, 201:7
**Hill** [1] - 5:13
**HILL** [1] - 2:17
**himself** [3] - 27:22, 39:20, 41:16
**hindsight** [14] - 13:22, 44:20, 44:22, 45:2, 57:8, 57:15, 198:12, 200:11, 201:19, 201:24, 202:7, 202:10, 202:11, 202:12
**hint** [1] - 217:11
**histamine** [2] - 51:13, 106:10
**history** [2] - 136:25, 137:1
**hitting** [1] - 111:2
**hold** [3] - 42:10, 126:5, 169:5
**holding** [2] - 125:17, 125:19
**holy** [1] - 49:11
**home** [1] - 70:4
**HON** [1] - 1:17
**Honor** [167] - 4:10, 4:17, 4:23, 4:25, 5:4, 5:10, 5:12, 5:19, 6:1, 6:4, 6:6, 6:7, 6:12, 6:16, 6:17, 9:7, 9:11, 11:23, 12:7, 12:10, 12:11, 12:18, 12:22, 13:4, 13:16, 14:7, 15:5, 15:9, 15:12, 15:21, 16:9, 16:21, 17:15, 18:3, 18:8, 18:13, 19:3, 19:10, 20:4, 23:7, 25:14, 26:2, 26:11, 27:1, 27:2, 27:4, 27:16, 27:20, 28:3, 28:9, 28:13, 28:20, 29:6, 29:22, 30:2, 30:11, 30:20, 31:1, 31:9, 31:10, 31:18, 31:24, 32:8, 32:19, 33:11, 33:14, 33:24, 34:11, 35:5, 35:24, 38:15, 38:17, 39:5, 40:24, 41:6, 42:9, 42:15, 43:5,

43:16, 45:20, 45:22, 46:2, 46:19, 47:8, 47:17, 49:23, 51:14, 51:22, 52:14, 52:22, 53:8, 54:5, 54:9, 55:1, 55:6, 58:1, 58:17, 58:24, 60:4, 60:12, 60:22, 61:9, 61:25, 62:14, 62:25, 65:1, 65:12, 66:15, 66:21, 67:16, 68:8, 68:20, 68:23, 69:12, 69:24, 72:4, 72:14, 72:25, 73:24, 74:2, 75:3, 75:11, 79:19, 80:7, 80:24, 81:10, 83:18, 83:24, 84:6, 84:13, 84:18, 85:1, 99:22, 104:10, 121:11, 121:15, 121:19, 121:21, 122:5, 122:13, 122:22, 123:10, 124:6, 125:1, 125:5, 128:12, 132:1, 132:8, 158:21, 159:15, 162:2, 162:7, 169:21, 180:21, 180:24, 183:12, 195:6, 203:24, 208:25, 220:9, 220:22, 221:5, 221:17, 221:21, 221:24, 222:1, 222:4
**Honor's** [1] - 26:7
**hope** [3] - 6:20, 54:11, 57:2
**hoped** [1] - 25:22
**hoped-for** [1] - 25:22
**hopeful** [1] - 9:9
**hopefully** [6] - 8:22, 9:7, 57:3, 154:7, 181:10, 215:17
**hormone** [2] - 146:8, 182:7
**horse** [1] - 140:20
**Hospital** [4] - 26:25, 61:17, 107:20, 201:11
**hot** [1] - 221:15
**hour** [5] - 10:11, 122:24, 122:25, 123:1, 220:10
**hours** [3] - 11:2, 69:1
**house** [4] - 2:24, 6:9, 77:16, 87:10
**HT** [2] - 54:2, 184:21
**Hubbard** [1] - 3:16
**huge** [1] - 43:25
**human** [25] - 58:3, 60:5, 62:7, 62:9, 126:17, 126:18, 126:21, 126:25, 139:5, 139:7, 140:16, 154:22, 154:25, 155:8, 155:11, 155:16,

193:23, 194:4, 194:10, 194:12, 195:12, 195:20, 196:13, 201:10, 213:23
**humans** [13] - 116:6, 116:8, 155:25, 191:19, 193:21, 194:16, 194:21, 194:23, 194:24, 195:2, 196:3, 201:13, 220:14
**hundred** [2] - 66:11, 206:13
**hundreds** [1] - 138:23
**Hunt** [5] - 129:7, 145:23, 146:11, 212:14, 212:15
**Hunt's** [3] - 127:24, 146:24, 212:20
**hunting** [1] - 28:14
**Hurst** [2] - 6:13, 220:9
**HURST** [2] - 2:14, 6:12
**hybrid** [1] - 196:16
**hydrochloride** [1] - 66:24
**hydrogens** [1] - 89:9
**hyperactivity** [2] - 53:22, 179:6
**hyperfunctioning** [1] - 151:16
**hypotheses** [1] - 26:8
**hypothesis** [30] - 18:12, 23:1, 23:4, 23:7, 26:4, 26:5, 26:12, 26:15, 26:19, 28:2, 28:6, 46:21, 47:5, 48:7, 120:18, 120:19, 131:18, 152:9, 152:23, 153:4, 153:9, 153:12, 156:25, 157:10, 182:2, 205:1, 205:11, 205:12, 205:14, 205:20
**hypothesizing** [1] - 152:24
**hypothetical** [8] - 196:22, 196:23, 198:10, 199:3, 199:5, 199:16, 200:24, 201:3

# I

**idea** [13] - 38:12, 58:23, 59:19, 59:21, 60:3, 105:13, 121:10, 197:16, 198:15, 202:2, 202:3, 212:22
**ideal** [6] - 53:21, 179:5, 179:24, 181:16, 181:19, 182:1
**ideas** [1] - 59:18
**identical** [1] - 37:4

**identification** [4] - 77:23, 85:3, 128:20, 176:21
**identified** [8] - 14:3, 37:13, 38:17, 39:1, 77:7, 77:18, 81:12, 126:19
**identify** [3] - 126:16, 127:8, 127:11
**identifying** [1] - 98:10
**ignore** [1] - 132:17
**ignoring** [2] - 148:16, 148:19
**II** [1] - 43:24
**III** [2] - 210:25, 211:24
**Illinois** [3] - 2:13, 2:21, 3:16
**illness** [1] - 216:23
**illustrate** [1] - 92:6
**illustrated** [1] - 46:5
**illustration** [1] - 209:10
**imipramine** [24] - 16:7, 50:6, 50:7, 51:16, 52:10, 104:15, 104:16, 104:24, 105:1, 105:7, 106:15, 109:8, 110:16, 111:2, 112:7, 112:8, 163:11, 163:13, 163:24, 164:13, 174:11, 176:14, 186:10, 188:20
**immediate** [4] - 66:13, 103:15, 218:17, 218:22
**immediately** [3] - 32:3, 219:4, 219:5
**impaired** [2] - 111:9, 128:6
**impediments** [1] - 194:1
**implicate** [2] - 138:18, 157:16
**implicated** [3] - 45:25, 51:3, 137:18
**implications** [2] - 112:15, 129:3
**Implications** [1] - 133:17
**importance** [1] - 130:3
**important** [23] - 8:10, 19:14, 20:20, 39:4, 39:18, 39:20, 43:15, 43:16, 72:22, 75:13, 87:19, 89:21, 89:24, 91:9, 91:10, 115:14, 126:8, 126:9, 131:10, 133:3, 137:20, 158:16, 207:11
**impression** [1] -

148:23
**improve** [2] - 103:22, 201:15
**improved** [2] - 21:21, 135:16
**improvement** [4] - 47:1, 58:9, 61:19, 153:21
**improvements** [1] - 30:23
**impulsiveness** [1] - 129:7
**IN** [1] - 1:1
**in-house** [2] - 2:24, 77:16
**inability** [2] - 193:22, 194:3
**inaccurate** [1] - 189:14
**inactivated** [1] - 87:25
**INC** [7] - 1:7, 1:8, 1:9, 1:9, 1:10, 1:10
**Inc** [3] - 2:24, 3:7, 3:12
**incidences** [1] - 55:13
**incidentally** [2] - 81:10, 104:10
**include** [14] - 51:17, 72:11, 89:10, 91:6, 96:9, 101:13, 140:6, 144:21, 188:21, 200:7, 207:24, 208:4, 208:7
**included... tomoxetine** [1] - 214:13
**includes** [7] - 60:21, 72:12, 89:12, 106:8, 106:9, 106:10, 199:19
**including** [23] - 20:17, 32:23, 33:4, 35:16, 41:11, 55:9, 91:5, 110:5, 112:7, 112:9, 113:17, 117:16, 118:12, 118:14, 140:5, 150:3, 168:4, 171:2, 186:25, 200:16, 213:5, 218:1, 220:14
**incomplete** [3] - 177:12, 192:8, 192:16
**inconsistent** [1] - 164:12
**incontinence** [11] - 31:5, 39:22, 40:2, 40:23, 40:25, 41:3, 64:14, 64:15, 64:21, 208:9, 208:12
**incorrect** [1] - 119:24
**increase** [8] - 94:23, 95:1, 96:8, 131:17,

144:5, 155:5, 158:14, 192:4
**increased** [5] - 49:6, 54:7, 143:25, 166:25, 191:2
**increases** [1] - 131:3
**incredible** [4] - 198:16, 198:18, 200:25, 201:22
**IND** [5] - 27:1, 27:9, 27:20, 27:25, 60:17
**indeed** [5] - 66:17, 141:6, 161:16, 182:12, 219:15
**indefinitely** [1] - 87:21
**INDEX** [1] - 223:1
**index** [1] - 154:2
**indicate** [5] - 68:16, 98:23, 114:13, 118:11, 131:1
**indicated** [2] - 62:19, 90:17
**indicates** [3] - 88:23, 152:13, 152:19
**indicating** [3] - 93:8, 119:10, 173:14
**indication** [2] - 52:24, 60:17
**indicative** [1] - 116:20
**indicator** [1] - 134:25
**indirect** [8] - 141:25, 142:3, 143:6, 143:13, 154:1, 154:14, 155:3, 182:15
**indirectly** [1] - 13:11
**indistinguishable** [1] - 163:13
**individual** [2] - 10:17, 103:3
**individuals** [1] - 11:8
**indolamine** [1] - 89:11
**induced** [1] - 46:25
**industrial** [1] - 67:4
**INDUSTRIES** [1] - 1:8
**Industries** [2] - 2:15, 6:14
**industry** [3] - 61:1, 77:1, 77:5
**ineffective** [2] - 149:9, 149:15
**inequitable** [5] - 7:4, 12:25, 31:16, 38:15, 63:20
**inference** [7] - 41:1, 41:24, 42:3, 42:7, 65:4, 65:5, 211:20
**inferred** [2] - 40:12, 42:8

**influence** [8] - 96:12, 97:14, 98:24, 100:11, 102:13, 103:23, 154:15
**influenced** [1] - 143:15
**influences** [1] - 197:6
**influencing** [1] - 99:9
**information** [15] - 8:10, 23:3, 27:17, 28:4, 61:13, 64:21, 83:13, 86:8, 112:21, 133:24, 137:21, 148:19, 149:4, 158:15, 216:6
**informative** [1] - 113:24
**informed** [7] - 60:24, 61:11, 61:12, 188:10, 196:5, 196:8, 196:18
**informing** [1] - 196:9
**infringed** [1] - 66:6
**ingredient** [3] - 36:6, 36:9, 36:15
**inherently** [1] - 57:22
**inhibit** [3] - 146:6, 148:10, 182:24
**inhibiting** [4] - 197:21, 212:16, 212:24, 213:17
**inhibition** [11] - 16:14, 17:1, 18:1, 20:19, 21:4, 47:23, 173:24, 174:6, 174:25, 184:6, 217:15
**inhibitor** [35] - 17:19, 17:23, 39:25, 40:5, 46:17, 49:20, 52:1, 52:4, 53:2, 55:4, 55:5, 55:22, 96:15, 106:17, 120:20, 162:1, 162:13, 169:16, 173:20, 175:21, 176:17, 179:8, 190:3, 190:12, 191:11, 197:3, 197:17, 198:3, 200:18, 201:8, 209:11, 209:16, 209:18, 210:10, 215:9
**inhibitors** [19] - 17:21, 46:7, 46:9, 50:16, 53:9, 53:15, 55:9, 96:5, 96:16, 98:20, 167:19, 185:23, 190:7, 190:14, 190:15, 190:16, 193:15, 201:6, 207:25
**inhibitory** [2] - 179:16, 184:4
**inhibits** [3] - 105:9, 146:8, 147:2
**initial** [1] - 163:14
**initials** [1] - 103:13
**initiated** [1] - 62:9

**initiates** [1] - 86:4
**injectable** [1] - 34:18
**injection** [3] - 36:5, 36:14, 36:19
**injections** [3] - 32:24, 34:19, 36:23
**innuendo** [1] - 43:8
**inserting** [2] - 194:19, 194:23
**inside** [3] - 64:17, 88:13, 194:10
**insoluble** [2] - 18:15, 20:1
**instances** [3] - 49:15, 77:2, 172:6
**instead** [4] - 34:25, 88:12, 90:13, 197:4
**Institute** [3] - 78:5, 78:6, 101:11
**Institutes** [4] - 45:12, 78:5, 101:10, 144:24
**Institutional** [5] - 27:11, 60:23, 61:4, 195:15, 195:17
**instructive** [1] - 20:9
**instructs** [1] - 67:20
**insufficient** [1] - 27:14
**integration** [1] - 192:11
**intended** [1] - 54:21
**intensely** [2] - 96:19, 96:20
**intensively** [2] - 96:25, 100:22
**intent** [5] - 39:16, 40:12, 42:7, 65:2, 65:4
**interact** [8] - 48:19, 94:21, 98:1, 113:19, 114:5, 116:16, 116:19, 116:21
**interacting** [2] - 99:9, 142:20
**interaction** [5] - 107:12, 114:13, 114:14, 115:25, 183:2
**interactions** [9] - 64:16, 111:18, 112:9, 113:1, 113:5, 116:22, 117:14, 118:14, 176:19
**interacts** [1] - 87:1
**interest** [2] - 186:2, 197:18
**interested** [5] - 129:20, 129:22, 155:15, 155:20
**interesting** [3] - 18:13, 24:5, 105:2
**interestingly** [1] - 94:15

**Interferences** [1] - 38:21
**internal** [2] - 95:21, 195:21
**interplay** [1] - 18:14
**interpret** [3] - 157:3, 170:10, 204:12
**interpretation** [2] - 174:11, 186:21
**interrupt** [1] - 12:16
**intimately** [1] - 39:10
**introductory** [2] - 177:9, 177:15
**invalid** [11] - 7:2, 18:5, 19:8, 19:11, 19:22, 19:25, 28:11, 42:10, 43:7, 66:7, 67:8
**invalidity** [3] - 13:4, 14:4, 18:6
**invention** [43] - 18:10, 18:25, 19:2, 20:12, 20:23, 26:11, 26:14, 27:22, 28:18, 31:4, 31:21, 32:3, 32:13, 32:14, 33:17, 34:13, 34:14, 45:2, 52:24, 56:23, 57:11, 57:13, 58:22, 58:23, 59:2, 59:11, 60:10, 62:16, 63:18, 65:16, 65:17, 65:19, 66:9, 66:22, 68:18, 120:14, 196:19, 199:20, 205:23, 206:3, 206:22
**inventions** [1] - 60:6
**inventor** [2] - 18:10, 21:13
**inventors** [2] - 23:23, 120:10
**inverse** [1] - 114:14
**invest** [1] - 29:18
**Investigative** [1] - 59:13
**investigator** [3] - 103:2, 135:2, 135:4
**investigators** [1] - 186:13
**invitation** [1] - 38:11
**invited** [2] - 79:15, 79:17
**involved** [14] - 28:17, 37:2, 37:5, 37:25, 39:10, 46:25, 80:12, 85:9, 86:23, 112:13, 141:10, 179:1, 182:2, 184:9
**involvement** [4] - 132:15, 138:19, 152:25, 157:16
**involves** [8] - 36:7,

39:21, 82:24, 131:20,
131:23, 132:12, 132:13,
153:5
  **IRB** [8] - 27:10, 27:14,
27:21, 61:3, 61:6,
201:11, 201:14
  **IRBs** [1] - 196:13
  **irrational** [1] - 63:5
  **irrelevant** [2] - 64:4,
120:5
  **issue** [39] - 11:3,
13:20, 17:10, 38:15,
40:8, 63:1, 63:22, 64:2,
64:10, 125:16, 125:20,
130:17, 152:9, 168:17,
168:23, 169:11, 169:18,
170:6, 172:1, 172:24,
173:3, 173:5, 173:25,
174:7, 174:23, 176:9,
176:24, 177:4, 177:16,
177:20, 177:21, 196:14,
196:15, 196:16, 200:7,
201:20, 202:20, 208:8,
208:13
  **issued** [5] - 7:21,
38:25, 41:13, 62:22,
62:25
  **issues** [9] - 9:4,
10:23, 12:22, 25:19,
31:14, 81:15, 125:14,
197:18
  **italicized** [1] - 156:24
  **items** [1] - 43:23
  **iterative** [5] - 36:7,
36:22, 37:1, 37:25, 38:4
  **itself** [5] - 32:20, 33:2,
45:17, 185:17, 216:10

**J**

  **jackets** [2] - 180:23,
181:4
  **JAMES** [2] - 2:14,
2:14
  **James** [3] - 6:15,
35:25, 222:1
  **January** [22] - 21:23,
24:16, 60:18, 94:10,
127:17, 138:3, 139:4,
139:17, 148:14, 148:21,
148:24, 149:12, 161:13,
161:18, 168:19, 168:25,
169:13, 172:2, 172:5,
189:3, 197:2, 198:14
  **Jeff** [2] - 85:21, 90:7
  **JERSEY** [1] - 1:2
  **Jersey** [5] - 1:13, 2:4,
2:18, 3:3, 3:14
  **Jim** [1] - 6:13

  **Joe** [1] - 5:7
  **JOHN** [1] - 2:4
  **John** [1] - 4:23
  **Johnson** [4] - 36:1,
36:3, 36:16, 222:1
  **joined** [1] - 4:13
  **joint** [1] - 12:2
  **Jones** [5] - 39:8,
40:13, 40:22, 40:24,
41:2
  **JOSEPH** [2] - 2:22,
3:10
  **Joseph** [3] - 39:8,
108:2, 109:13
  **journal** [1] - 25:8
  **judge** [2] - 63:15,
75:17
  **Judge** [3] - 7:21,
42:12, 154:7
  **judgment** [7] - 19:3,
20:5, 27:17, 28:9,
38:18, 65:8, 171:9
  **judgments** [1] - 62:6
  **judicial** [1] - 61:2
  **Judith** [1] - 101:14
  **June** [2] - 9:6, 9:10
  **jury** [5] - 9:24, 73:5,
75:10, 132:3, 132:5
  **juxtaposed** [1] - 7:25

**K**

  **Kapur** [1] - 173:16
  **KATHLEEN** [1] - 2:22
  **Kathy** [1] - 5:15
  **keep** [8] - 68:8, 73:20,
92:1, 95:19, 148:17,
199:14, 200:2, 220:25
  **keeping** [2] - 87:12,
221:11
  **KEITH** [1] - 2:21
  **Keith** [2] - 5:11, 68:23
  **key** [1] - 71:17
  **kid** [2] - 29:12, 29:13
  **kids** [5] - 30:14,
30:24, 30:25, 171:23
  **kill** [1] - 167:17
  **killed** [4] - 170:13,
170:17, 170:18
  **kilogram** [6] - 131:2,
165:10, 165:11, 165:21,
205:25, 206:5
  **KIM** [1] - 3:11
  **kind** [13] - 35:6,
35:22, 37:2, 40:18,
52:21, 62:16, 65:2,
65:22, 78:8, 78:22,
124:20, 159:4, 203:17
  **kinds** [3] - 77:3,

203:8, 203:11
  **knowledge** [8] - 35:2,
35:9, 35:11, 35:14,
37:20, 37:23, 38:8,
39:14
  **knowledgeable** [2] -
188:7, 188:9
  **known** [45] - 14:18,
14:20, 14:24, 14:25,
15:2, 16:6, 16:7, 17:22,
21:3, 23:16, 27:9, 31:3,
31:6, 32:23, 38:19,
39:3, 39:25, 40:1, 40:4,
40:5, 56:8, 57:14, 67:1,
67:14, 68:11, 74:11,
77:12, 77:13, 91:24,
98:12, 104:21, 105:10,
105:11, 105:25, 106:13,
107:25, 108:1, 112:3,
134:18, 138:4, 138:7,
141:9, 154:5, 177:22,
216:10
  **knows** [4] - 18:8,
63:15, 89:24, 135:4
  **KSR** [5] - 13:24, 14:1,
17:17, 44:21
  **Kuczenski** [3] -
130:25, 132:19, 133:8

**L**

  **L-NE** [1] - 184:6
  **label** [4] - 43:13,
206:10, 206:12, 206:16
  **labeled** [5] - 87:16,
90:14, 90:20, 91:3,
209:22
  **labeling** [1] - 22:5
  **LABORATORIES** [1] -
1:10
  **laboratory** [2] - 56:23,
186:19
  **lack** [7] - 7:3, 12:23,
19:12, 31:14, 43:23,
182:14, 186:17
  **laid** [1] - 52:7
  **Langer** [3] - 47:25,
145:11, 145:19
  **language** [1] - 63:19
  **large** [7] - 58:3,
109:14, 115:15, 122:17,
161:4, 176:5, 211:5
  **largely** [2] - 72:2,
215:23
  **last** [32] - 8:19, 10:22,
11:7, 13:3, 17:9, 25:14,
25:24, 35:23, 38:15,
44:3, 80:15, 84:12,
117:18, 117:20, 120:8,

120:9, 130:22, 137:12,
138:21, 151:12, 158:4,
160:4, 164:7, 166:19,
177:20, 178:18, 182:4,
184:19, 185:24, 192:16,
217:11, 217:21
  **lastly** [1] - 96:2
  **late** [1] - 81:25
  **Laughter** [11] - 42:23,
76:3, 81:17, 122:21,
181:3, 181:5, 193:4,
195:5, 195:7, 220:6,
220:12
  **laughter** [8] - 6:22,
7:16, 8:8, 9:15, 72:24,
128:18, 139:2, 180:25
  **laundry** [2] - 34:17,
37:15
  **LAURA** [1] - 2:9
  **Laura** [1] - 4:14
  **law** [18] - 5:20, 5:21,
6:2, 6:8, 18:24, 26:5,
26:8, 27:6, 38:7, 56:17,
58:24, 59:2, 60:13,
63:6, 65:3, 67:9, 72:18,
72:23
  **lawsuit** [1] - 80:12
  **lawyers** [1] - 195:6
  **LC** [6] - 139:14,
139:19, 139:23, 178:16,
178:21, 184:15
  **lead** [4] - 98:6, 107:2,
174:17, 179:23
  **leading** [1] - 184:5,
208:12
  **leads** [4] - 14:3, 15:5,
33:23, 219:3
  **learned** [1] - 213:1
  **learning** [2] - 45:21,
137:14
  **least** [4] - 8:14, 36:20,
146:14, 154:7
  **leave** [5] - 11:9,
163:8, 181:9, 185:12,
187:1
  **leaves** [1] - 16:12
  **leaving** [1] - 152:9
  **led** [4] - 84:12, 110:4,
131:9, 153:12
  **left** [16] - 30:9, 69:14,
83:7, 85:5, 100:3,
141:15, 147:1, 157:22,
160:4, 164:5, 164:7,
165:5, 173:7, 177:9,
177:12, 185:13
  **left-hand** [13] - 85:5,
100:3, 141:15, 147:1,
157:22, 160:4, 164:5,
164:7, 165:5, 173:7,
177:9, 177:12, 185:13

  **legal** [1] - 25:12
  **legally** [1] - 30:17
  **length** [2] - 15:13,
16:22
  **lengthy** [1] - 196:23
  **less** [4] - 14:20,
15:3, 15:4, 16:4, 16:11,
16:14, 34:12, 89:1,
91:12, 106:17, 110:1,
110:18, 192:10, 216:11
  **lethal** [4] - 49:7,
55:17, 167:1, 173:13
  **letting** [1] - 164:6
  **level** [11] - 13:19,
14:7, 14:9, 78:19,
97:15, 99:10, 100:6,
101:21, 182:6, 184:12
  **levels** [8] - 78:15,
95:1, 110:12, 131:4,
143:25, 144:5, 155:2,
155:5
  **license** [1] - 28:14
  **Liddell** [2] - 5:6,
12:20
  **LIDDELL** [1] - 3:8
  **light** [3] - 93:9, 93:17,
202:4
  **likelihood** [1] - 73:10
  **likely** [9] - 40:7,
40:21, 62:17, 109:4,
114:10, 171:6, 196:20,
199:8, 214:12
  **LILLY** [1] - 1:4
  **Lilly** [39] - 2:11, 4:15,
4:12, 4:15, 18:16, 19:5,
19:6, 19:19, 19:20,
20:21, 20:25, 21:6,
26:24, 27:7, 27:8,
28:16, 28:22, 29:1,
29:19, 30:13, 31:4,
31:25, 32:10, 32:20,
33:6, 33:10, 34:1, 34:6,
34:22, 34:25, 36:21,
37:18, 41:8, 42:17,
58:2, 116:14, 125:10,
210:9, 215:8
  **Lilly's** [13] - 18:16,
18:24, 20:6, 26:18,
27:5, 28:7, 29:3, 29:7,
30:20, 31:6, 33:7, 39:7,
40:21
  **limine** [1] - 7:19
  **limit** [1] - 181:4
  **limitation** [1] - 161:5
  **limitations** [1] - 154:2
  **LIMITED** [1] - 1:8
  **Limited** [1] - 31:12
  **limited** [2] - 149:7,
215:24
  **line** [11] - 21:18,

22:19, 22:20, 149:22, 169:4, 169:9, 169:19, 186:23, 192:17, 204:23
**lined** [1] - 44:9
**lines** [4] - 163:11, 173:7, 185:14, 215:3
**linked** [8] - 100:24, 112:24, 112:25, 113:1, 116:25, 117:15, 118:14, 171:24
**Lipsey** [5] - 4:11, 42:14, 42:16, 124:6, 125:10
**LIPSEY** [53] - 2:7, 4:10, 4:18, 9:7, 42:15, 42:24, 73:13, 73:19, 75:3, 75:12, 75:16, 79:21, 79:24, 84:6, 84:12, 121:20, 121:24, 122:9, 122:16, 122:22, 122:25, 123:7, 124:14, 124:20, 125:5, 125:7, 128:8, 128:12, 128:15, 132:9, 150:15, 150:17, 156:11, 159:10, 159:15, 159:16, 180:4, 180:6, 180:9, 180:18, 180:20, 180:24, 181:7, 181:8, 183:11, 195:6, 208:20, 209:3, 209:6, 220:8, 220:22, 220:24, 223:7
**liquid** [1] - 67:24
**list** [14] - 28:22, 32:19, 33:5, 33:6, 34:17, 37:15, 55:1, 67:20, 76:12, 106:25, 110:2, 111:9, 111:25, 190:8
**listed** [3] - 130:15, 130:16, 189:23
**listen** [2] - 130:18, 158:18
**listing** [1] - 54:24
**lists** [3] - 55:1, 55:2, 186:23
**litany** [1] - 30:13
**literature** [27] - 45:20, 47:14, 49:19, 52:2, 53:2, 53:15, 96:19, 96:25, 111:10, 111:11, 117:6, 119:6, 132:13, 137:14, 148:17, 150:8, 161:20, 161:25, 162:12, 162:15, 162:18, 169:15, 170:22, 172:6, 189:6, 211:1, 218:19
**literature...** [1] - 137:13
**litigation** [1] - 188:6
**live** [1] - 154:23

**lives** [1] - 25:19
**living** [3] - 193:23, 194:4, 194:19
**LLC** [3] - 1:7, 2:19, 3:2
**LLP** [6] - 2:2, 2:12, 2:17, 3:4, 3:8, 3:15
**load** [1] - 78:12
**local** [2] - 6:4, 11:5
**Locke** [2] - 5:5, 12:20
**LOCKE** [1] - 3:8
**locus** [1] - 139:9
**logistically** [1] - 11:4
**long-felt** [4] - 29:2, 29:4, 29:15, 29:21
**long-term** [3] - 155:15, 155:20, 156:3
**longstanding** [1] - 26:7
**look** [45] - 15:8, 16:20, 19:13, 21:8, 22:11, 23:21, 30:18, 32:7, 34:13, 52:17, 67:19, 73:25, 74:18, 80:11, 80:25, 85:11, 89:22, 100:16, 112:20, 114:19, 116:18, 116:21, 117:18, 136:23, 136:24, 141:6, 141:8, 149:18, 150:12, 153:17, 159:3, 164:4, 164:23, 165:4, 165:19, 170:10, 176:3, 178:2, 183:8, 187:10, 187:22, 199:22, 202:5, 211:9, 216:14
**looked** [10] - 30:1, 84:25, 101:5, 107:17, 110:11, 110:12, 120:6, 149:8, 170:22, 200:10
**looking** [26] - 13:4, 13:17, 56:7, 90:11, 100:15, 101:19, 108:20, 108:25, 109:15, 110:13, 135:5, 142:19, 143:10, 145:7, 156:23, 181:14, 197:2, 197:4, 197:9, 197:11, 199:12, 199:17, 200:14, 208:24, 214:14, 216:18
**looks** [1] - 88:17
**LORD** [1] - 3:8
**Lord** [2] - 5:5, 12:20
**lose** [4] - 9:1, 30:15, 30:25, 60:9
**losing** [1] - 44:6, 199:13
**lost** [2] - 94:4, 171:17
**love** [2] - 180:9, 220:24
**low** [19] - 17:23,

114:12, 114:16, 114:22, 115:1, 115:10, 115:15, 116:22, 130:4, 130:10, 131:1, 132:20, 132:24, 160:18, 160:22, 163:16, 164:24, 165:1, 219:11
**low-dose** [2] - 132:20, 132:24
**lower** [7] - 18:1, 31:2, 106:14, 110:4, 131:17, 166:1, 177:9
**LTD** [1] - 1:9
**Ltd** [2] - 2:16, 3:18
**lunch** [7] - 10:24, 11:1, 11:8, 122:15, 122:17, 122:20, 122:24
**luncheon** [1] - 123:12
**Lyons** [2] - 5:15
**LYONS** [2] - 2:19, 2:22

# M

**M.D** [5] - 100:8, 101:25, 102:8, 147:7, 187:18
**machine** [1] - 208:21
**Madison** [2] - 70:6, 70:8
**magnitude** [1] - 115:18
**main** [3] - 10:17, 94:12, 94:14
**maintenance** [1] - 44:3
**major** [4] - 49:8, 52:5, 85:9, 90:19
**majority** [1] - 149:8
**mandates** [1] - 57:9
**manifestation** [1] - 168:10
**manipulate** [1] - 72:8
**manner** [2] - 12:3, 95:10, 105:25
**Manual** [1] - 23:17
**manufacturing** [1] - 67:5
**manuscript** [1] - 187:25
**MAO** [5] - 53:24, 179:9, 179:17, 193:14, 207:25
**MAOI** [1] - 96:5
**MAOIs** [2] - 185:23, 186:1
**MAOs** [1] - 185:23
**March** [2] - 71:9, 176:22
**MARK** [1] - 2:10

**Mark** [1] - 4:15
**mark** [6] - 83:19, 84:7, 84:15, 84:16, 84:19, 84:21
**Marked** [1] - 223:14
**marked** [9] - 73:2, 74:3, 74:6, 83:20, 84:25, 85:2, 125:4, 128:19, 176:20
**market** [2] - 66:12, 203:9
**marking** [3] - 74:1, 83:22, 84:21
**markings** [1] - 84:16
**Markman** [1] - 13:9
**Mass** [2] - 26:25, 204:25
**Massachusetts** [3] - 61:17, 107:20, 201:11
**Masurovsky** [1] - 4:14
**MASUROVSKY** [1] - 2:9
**match** [1] - 195:24
**material** [4] - 41:7, 41:12, 64:22, 68:12
**materiality** [2] - 39:16, 42:6
**materials** [1] - 211:4
**matter** [12] - 26:9, 38:7, 44:15, 45:3, 53:13, 62:11, 64:5, 76:13, 128:15, 160:21, 176:8, 222:12
**Maureen** [3] - 101:9, 101:12, 101:13
**max** [1] - 69:2
**maximal** [2] - 184:2, 190:5, 218:21
**maximum** [3] - 164:11, 206:13, 206:17
**Mazzochi** [1] - 5:22
**MAZZOCHI** [1] - 3:15
**McCracken** [6] - 45:11, 54:1, 183:8, 183:13, 183:16, 185:12
**McGUIRE** [2] - 1:19, 1:25
**mean** [18] - 11:25, 66:6, 67:15, 75:12, 85:23, 99:8, 104:3, 104:4, 121:24, 132:12, 157:3, 159:4, 167:10, 171:12, 201:23, 211:17, 211:18, 211:20
**meaning** [4] - 27:25, 46:23, 110:3, 182:22
**means** [5] - 86:3, 110:24, 119:22, 121:23, 132:13

**meant** [2] - 49:20, 176:12
**measure** [11] - 114:14, 115:24, 142:3, 154:1, 154:14, 154:23, 155:1, 155:11, 194:14, 194:16, 218:5
**measured** [6] - 50:5, 131:4, 165:18, 168:8, 213:22, 214:2
**measurements** [3] - 114:12, 193:22, 194:3
**measures** [6] - 141:25, 143:12, 143:13, 155:16, 156:1, 156:2
**measuring** [2] - 143:6, 154:20
**mechanism** [22] - 14:19, 15:2, 15:23, 17:18, 37:14, 45:16, 48:11, 48:16, 59:22, 103:18, 104:5, 104:6, 104:8, 104:19, 105:23, 138:4, 160:5, 179:21, 185:15, 187:15, 216:22, 217:12
**mechanisms** [8] - 46:24, 57:23, 137:20, 137:21, 138:7, 140:17, 143:15, 156:20
**mediation** [1] - 46:25
**medical** [3] - 135:8, 171:8, 172:6
**Medical** [1] - 71:2, 71:12
**medication** [8] - 37:7, 43:21, 45:8, 135:15, 136:3, 170:12, 170:18, 174:9
**medications** [4] - 37:6, 77:12, 151:8, 184:3
**medicine** [3] - 20:13, 127:19, 170:15
**meet** [2] - 34:4, 34:7
**meeting** [2] - 133:24, 145:2
**meetings** [2] - 79:15, 79:17
**Mefford** [13] - 53:20, 150:6, 178:2, 178:7, 178:15, 178:20, 179:19, 179:24, 181:12, 181:15, 182:1, 184:8, 185:10
**MELISSA** [1] - 3:14
**Melissa** [1] - 5:20
**member** [1] - 99:2
**Memorial** [1] - 9:1
**memory** [2] - 45:21, 137:15

**men** [1] - 62:17
**Mental** [5] - 23:17, 45:12, 78:5, 101:11, 144:24
**mention** [2] - 20:20, 56:5
**mentioned** [11] - 53:4, 55:13, 96:14, 102:16, 112:13, 116:24, 118:20, 129:16, 134:24, 161:23, 176:2
**mentioning** [1] - 205:11
**mentions** [5] - 118:3, 165:14, 184:11, 184:14, 191:8
**mere** [1] - 28:6
**merely** [4] - 20:12, 20:24, 25:18, 27:11
**merit** [3] - 28:24, 44:12, 63:22
**Mesolimbic** [1] - 184:6
**metabolism** [3] - 49:3, 143:25, 166:22
**metabolite** [2] - 154:8, 154:16
**metabolites** [1] - 143:6
**method** [11] - 7:5, 7:8, 13:5, 37:8, 37:9, 39:22, 59:6, 61:23, 63:25, 68:18, 81:3
**methodology** [1] - 114:10
**methods** [3] - 7:6, 25:21, 164:23
**methyl** [1] - 176:14
**methylphenidate** [9] - 37:7, 37:9, 37:11, 130:5, 130:11, 131:2, 131:18, 132:20, 132:24
**MGH** [10] - 27:9, 27:20, 27:25, 48:13, 50:14, 60:17, 60:20, 204:15, 204:16, 207:13
**MHPG** [8] - 141:25, 142:3, 142:7, 153:24, 154:8, 154:12, 154:14, 156:1
**mianserin** [7] - 47:20, 143:21, 143:23, 144:4, 145:12, 145:20
**microdialysis** [1] - 131:5
**micrograms** [2] - 205:25, 206:4
**middle** [3] - 29:11, 141:20, 214:18
**midst** [1] - 12:16

**might** [26] - 22:12, 64:3, 67:6, 75:13, 75:19, 77:23, 82:7, 83:1, 101:21, 101:22, 122:16, 126:20, 131:10, 132:24, 135:2, 135:5, 139:5, 144:10, 153:20, 155:19, 162:24, 164:18, 171:24, 182:6, 190:9, 200:14
**Miki** [1] - 5:7
**milieu** [1] - 51:24
**milligrams** [13] - 59:8, 131:2, 165:10, 165:11, 165:21, 198:8, 198:9, 206:5, 206:13, 206:17, 206:19, 206:24
**million** [2] - 44:12, 58:19
**millions** [3] - 36:11, 36:20, 58:19
**mimic** [3] - 158:10, 190:5, 200:15
**mimics** [1] - 95:20
**mind** [10] - 68:8, 73:6, 197:8, 197:15, 197:22, 198:10, 198:12, 198:13, 200:7, 206:20
**mindful** [1] - 41:19
**minimal** [3] - 37:21, 113:5, 118:16
**mining** [1] - 57:14
**minor** [2] - 35:12
**minute** [9] - 43:19, 46:10, 49:17, 59:15, 65:25, 121:12, 207:23, 208:18, 218:6
**minutes** [8] - 11:22, 11:23, 34:12, 69:7, 72:5, 122:20, 122:24, 180:10
**mischaracterizes** [1] - 204:1
**misnamed** [1] - 34:17
**missing** [2] - 52:13, 52:14
**misspoke** [1] - 88:8, 206:14
**mixed** [5] - 46:8, 150:2, 190:15, 191:11, 215:9
**mode** [1] - 33:16
**model** [18] - 26:22, 26:23, 54:1, 112:20, 140:3, 140:4, 140:13, 152:1, 152:6, 184:20, 185:5, 185:6, 185:9, 192:18, 192:25, 193:8, 193:13, 193:17
**models** [2] - 140:11,

140:12
**modulating** [1] - 212:23
**molecule** [8] - 48:2, 48:10, 52:7, 54:21, 56:4, 56:11, 93:6, 162:22
**molecules** [2] - 46:12, 54:19
**MOLINO** [1] - 3:15
**Molino** [1] - 5:22
**moment** [3] - 35:18, 84:15, 99:16
**monamine** [1] - 154:11
**Monday** [2] - 8:22, 9:2
**monkey** [3] - 140:3, 140:6, 140:8
**monkeys** [1] - 140:5
**Monoamine** [1] - 90:25
**monoamine** [20] - 46:8, 87:24, 91:4, 91:5, 93:14, 93:16, 95:16, 96:4, 96:12, 96:15, 96:16, 97:6, 104:25, 105:24, 113:19, 114:3, 117:11, 167:19, 185:23, 201:6
**monoaminergic** [1] - 217:14
**monoamines** [11] - 49:4, 89:6, 89:10, 95:12, 97:6, 102:4, 102:12, 116:3, 116:8, 166:23
**morbidity** [1] - 24:12
**moreover** [3] - 47:11, 51:2, 67:22
**morning** [14] - 4:3, 4:10, 4:17, 5:10, 5:12, 5:19, 6:1, 6:4, 6:12, 6:16, 6:17, 31:13, 175:20, 221:2
**most** [42] - 6:23, 26:23, 45:16, 46:22, 52:23, 55:20, 55:21, 65:5, 77:22, 89:20, 89:24, 90:1, 94:17, 94:18, 95:13, 95:14, 96:18, 96:20, 96:21, 96:25, 97:7, 100:22, 102:18, 103:5, 105:23, 107:1, 115:8, 126:8, 134:25, 149:24, 150:3, 150:4, 150:8, 159:24, 173:18, 173:19, 175:20, 175:24, 185:16, 215:4
**mostly** [2] - 20:15, 30:14

**motion** [1] - 27:6
**motions** [3] - 7:17, 10:15, 27:17
**mouth** [2] - 107:3, 111:9
**move** [8] - 8:12, 9:19, 10:6, 73:21, 92:4, 128:8, 153:16, 158:20
**moved** [6] - 53:13, 53:14, 55:6, 55:7, 57:12
**moves** [2] - 86:17
**MPE** [1] - 39:14
**MR** [149] - 4:10, 4:17, 4:18, 4:23, 4:25, 5:4, 5:10, 5:12, 5:14, 5:17, 6:1, 6:6, 6:7, 6:12, 6:17, 9:7, 11:17, 11:21, 12:2, 12:6, 12:10, 12:18, 22:8, 23:6, 25:14, 31:10, 42:15, 42:24, 68:23, 69:1, 69:5, 69:12, 69:24, 70:2, 72:4, 72:14, 72:19, 72:25, 73:13, 73:19, 73:23, 74:8, 74:13, 74:14, 75:3, 75:11, 75:12, 75:16, 75:23, 76:1, 76:4, 79:19, 79:21, 79:24, 80:7, 80:8, 80:24, 81:10, 81:15, 81:18, 81:22, 82:11, 83:18, 83:24, 84:3, 84:6, 84:12, 84:17, 84:22, 85:1, 85:4, 85:20, 90:6, 93:24, 94:5, 99:22, 100:1, 101:2, 102:14, 104:10, 119:18, 119:20, 121:11, 121:14, 121:17, 121:20, 121:24, 122:5, 122:7, 122:9, 122:13, 122:16, 122:22, 122:25, 123:7, 123:10, 124:6, 124:11, 124:14, 124:18, 124:20, 124:23, 125:1, 125:5, 125:7, 128:8, 128:12, 128:15, 132:1, 132:9, 150:15, 150:17, 156:11, 158:21, 158:23, 159:10, 159:15, 159:16, 162:2, 162:7, 169:21, 180:4, 180:6, 180:9, 180:18, 180:20, 180:24, 181:7, 181:8, 183:11, 195:6, 203:24, 204:1, 208:20, 208:25, 209:3, 209:6, 220:8, 220:22, 220:24, 221:5, 221:9, 221:21, 221:24, 222:1, 222:4, 223:5, 223:6,

223:7
**MS** [2] - 5:19, 6:16
**multiacting** [1] - 200:14
**multifunctional** [1] - 197:12
**multiple** [5] - 36:8, 36:17, 89:22, 140:14, 217:5
**mundane** [1] - 10:23
**muscarinic** [2] - 105:20, 106:9
**must** [6] - 19:5, 31:19, 31:20, 51:16, 66:15, 188:21
**mutual** [1] - 124:21
**Mylan** [3] - 3:7, 6:3, 6:9
**MYLAN** [1] - 1:8
**Mylan's** [1] - 6:9
**MYOKA** [1] - 3:11
**mysteriously** [1] - 42:2

---

**N**

**name** [12] - 12:19, 25:8, 42:24, 69:20, 70:3, 81:12, 97:24, 103:14, 108:3, 125:10, 204:4
**namely** [2] - 39:24, 41:9
**names** [3] - 4:8, 34:19, 192:1
**narrow** [2] - 87:13, 187:6
**National** [8] - 45:12, 78:4, 78:5, 78:6, 78:7, 101:10, 101:11, 144:24
**nature** [7] - 32:13, 66:5, 115:9, 126:23, 162:14, 205:16, 216:10
**NE** [7] - 90:16, 114:7, 131:3, 131:17, 131:20, 143:25, 184:6
**nearly** [1] - 70:15
**necessarily** [6] - 39:21, 140:11, 140:16, 147:19, 147:21, 147:22
**necessary** [8] - 8:18, 10:13, 36:4, 47:7, 75:9, 100:9, 153:20, 156:16
**need** [28] - 7:10, 13:6, 14:2, 18:25, 29:2, 29:5, 29:15, 29:17, 29:21, 33:11, 35:14, 37:19, 46:17, 60:5, 67:2, 76:12, 86:9, 99:15,

154:3, 194:7, 196:5, 202:7, 203:8, 203:11, 203:13, 205:13, 205:16, 219:17
**needed** [5] - 26:6, 28:4, 30:16, 178:16, 178:21
**needs** [5] - 6:18, 19:19, 25:20, 42:22, 72:19
**negative** [1] - 87:6
**nerve** [1] - 47:21
**nervous** [2] - 71:16, 71:17
**neurobiology** [2] - 76:19, 140:1, 153:14
**neurochemical** [3] - 76:21, 77:9, 144:15
**neurochemicals** [1] - 82:17
**neurochemistry** [2] - 45:20, 137:14
**neurocircuitry** [1] - 184:9
**neurohormonal** [2] - 45:24, 137:17
**neuroleptics** [1] - 193:15
**neuron** [28] - 71:17, 82:10, 82:12, 82:14, 82:19, 83:11, 83:12, 85:13, 85:15, 85:25, 86:5, 86:7, 86:8, 86:23, 87:1, 90:12, 90:19, 91:16, 91:23, 92:1, 92:10, 92:22, 93:20, 99:9, 209:13, 209:21
**neuronal** [3] - 14:20, 15:3, 177:23
**neurons** [18] - 71:19, 82:8, 82:16, 82:22, 83:7, 83:10, 86:24, 87:19, 89:19, 92:1, 95:3, 139:18, 139:23, 146:6, 148:10, 181:20, 181:24
**neuropharmacologi cal** [1] - 105:8
**neuropharmacolog y** [4] - 78:17, 79:2, 79:10, 80:19
**neuropsychiatric** [1] - 192:9
**Neuroscience** [2] - 133:14, 133:15
**neuroscience** [22] - 70:24, 71:11, 71:15, 71:16, 71:18, 71:21, 71:22, 75:2, 78:20, 78:22, 78:24, 79:1,

79:20, 80:6, 80:7, 80:18, 82:7, 82:8, 129:25, 193:21, 194:2, 194:6
**neurotransmission** [8] - 85:10, 92:5, 94:16, 96:13, 131:21, 143:14, 217:14, 218:1
**neurotransmitter** [32] - 48:7, 71:24, 71:25, 72:9, 72:10, 76:9, 79:3, 79:4, 83:12, 83:14, 85:10, 85:22, 86:11, 86:16, 88:9, 89:20, 89:24, 93:19, 94:25, 102:1, 106:1, 106:5, 116:16, 116:23, 116:24, 138:15, 142:1, 156:25, 157:10, 157:17, 192:11, 217:18
**neurotransmitters** [16] - 48:20, 50:24, 51:12, 82:18, 82:25, 85:18, 85:24, 86:13, 86:19, 89:2, 89:15, 89:16, 92:12, 102:1, 142:11, 183:3
**never** [16] - 17:13, 27:15, 40:7, 40:18, 132:25, 133:10, 135:10, 135:12, 135:15, 172:1, 175:4, 182:12, 194:13, 195:20, 210:4, 211:10
**new** [12] - 54:14, 56:18, 65:15, 66:3, 68:9, 81:23, 81:24, 126:17, 126:18, 126:24, 191:24, 193:21
**NEW** [1] - 1:2
**New** [13] - 1:13, 2:4, 2:18, 3:3, 3:5, 3:9, 3:14, 54:7, 54:10, 59:13, 190:24
**Newark** [2] - 1:13, 3:3
**news** [1] - 56:18
**newspaper** [1] - 171:18
**newspapers** [1] - 171:15
**next** [42] - 17:2, 18:6, 19:13, 20:15, 20:23, 21:1, 21:8, 22:11, 23:9, 23:14, 23:18, 23:21, 23:22, 25:18, 34:8, 43:23, 82:11, 83:1, 84:18, 96:25, 97:9, 99:23, 101:2, 104:9, 107:14, 108:18, 110:6, 113:10, 116:10, 120:21, 121:7, 132:21, 132:22,

142:9, 152:7, 183:11, 186:8, 191:8, 218:6, 221:20, 221:22
**Next** [1] - 181:18
**nice** [1] - 113:3
**night** [4] - 30:15, 30:24, 84:12, 222:11
**NIMH** [4] - 47:3, 53:21, 143:3, 178:12, 183:22, 188:2
**nine** [2] - 8:14, 129:17
**nitrogen** [1] - 89:8
**nobody** [4] - 56:1, 56:5, 56:13, 56:14
**Nomifensine** [3] - 54:11, 191:9, 191:11
**non** [1] - 37:16
**Non** [1] - 133:16
**non-osmotic** [1] - 37:16
**Non-Stimulant** [1] - 133:16
**nondisclosures** [1] - 40:12
**none** [8] - 28:23, 34:15, 127:14, 127:16, 189:25, 190:1, 190:2, 190:11
**nonenablement** [7] - 12:23, 12:24, 18:7, 18:8, 18:14, 19:12, 28:11
**nonenabling** [1] - 38:14
**nonetheless** [1] - 146:14
**nonresponsive** [4] - 128:8, 159:12, 159:14
**nonselective** [1] - 41:9
**nonstimulant** [1] - 43:3
**noradrenaline** [2] - 15:24, 104:1
**noradrenergic** [27] - 15:23, 45:23, 46:23, 47:7, 50:18, 53:18, 53:23, 103:18, 103:25, 104:5, 105:13, 137:16, 137:21, 143:24, 146:6, 148:9, 151:16, 152:9, 152:23, 153:4, 153:19, 155:17, 156:15, 158:5, 179:7, 179:13
**Norepinephrine** [2] - 52:4, 90:17
**norepinephrine** [221] - 14:19, 15:2, 15:24, 16:14, 16:25, 17:19, 17:21, 17:22, 18:1,

20:19, 21:4, 39:25, 40:4, 46:9, 46:16, 46:17, 46:24, 47:11, 47:16, 47:21, 47:22, 48:3, 48:6, 48:19, 49:1, 49:20, 50:16, 50:25, 51:12, 52:1, 53:1, 53:9, 53:14, 54:8, 54:12, 54:15, 55:3, 55:4, 55:9, 55:22, 72:3, 76:10, 76:17, 81:9, 87:3, 87:4, 87:5, 89:13, 89:14, 90:4, 90:5, 90:12, 90:14, 90:16, 90:18, 91:5, 91:12, 91:14, 91:19, 91:21, 92:9, 92:11, 92:18, 93:2, 93:6, 94:20, 94:22, 94:23, 95:12, 96:10, 97:7, 97:13, 97:15, 97:18, 97:21, 97:24, 97:25, 98:3, 98:4, 98:6, 98:11, 98:14, 98:20, 98:23, 98:25, 99:5, 99:12, 100:20, 103:24, 103:25, 104:1, 104:2, 104:5, 104:8, 104:19, 104:25, 105:5, 105:9, 106:8, 107:11, 108:12, 109:4, 109:20, 109:23, 110:18, 111:16, 112:6, 112:24, 113:4, 114:6, 114:16, 114:17, 114:21, 115:1, 115:10, 117:10, 117:25, 118:11, 118:15, 119:8, 120:20, 130:3, 130:5, 130:9, 131:10, 132:12, 132:16, 132:18, 132:21, 132:25, 133:2, 133:11, 139:6, 139:18, 139:23, 140:22, 141:3, 141:10, 141:17, 142:1, 142:5, 144:5, 144:7, 144:11, 146:9, 147:3, 148:11, 151:20, 151:22, 151:25, 152:5, 152:15, 152:21, 152:25, 153:6, 154:3, 154:9, 154:10, 154:12, 155:2, 155:5, 156:3, 156:20, 158:14, 161:25, 162:12, 166:21, 169:16, 171:1, 171:2, 173:20, 173:24, 174:6, 174:13, 174:14, 174:25, 175:4, 175:21, 176:4, 176:17, 177:24, 178:22, 178:24, 182:17, 182:25, 183:2, 184:15, 190:2, 190:7, 190:11, 190:16, 191:3, 191:12, 191:25, 192:5, 197:3, 197:5,

197:17, 197:21, 198:3, 199:23, 200:3, 200:18, 201:8, 209:11, 209:12, 209:16, 209:18, 210:10, 212:16, 212:25, 213:9, 213:18, 215:10, 218:24, 218:25
**normally** [1] - 75:10
**nortriptyline** [9] - 16:7, 144:13, 171:3, 174:12, 175:8, 175:11, 175:13, 176:4, 176:7
**notably** [7] - 21:10, 21:19, 58:1, 58:2, 68:13, 198:6, 201:10
**notation** [1] - 85:11
**note** [3] - 29:24, 85:22, 200:2
**notebook** [3] - 74:1, 74:16, 74:18
**notebooks** [2] - 12:11, 72:16
**noted** [6] - 79:22, 79:24, 144:20, 163:12, 186:13, 201:10
**notes** [6] - 29:23, 44:13, 186:12, 214:10, 215:22, 220:25
**nothing** [12] - 20:21, 23:7, 25:25, 35:21, 44:14, 59:1, 65:1, 65:23, 68:4, 68:16, 122:2, 221:1
**notice** [1] - 61:3
**notified** [1] - 201:14
**Number** [2] - 4:6, 84:17
**number** [39] - 7:18, 14:3, 17:21, 76:7, 76:8, 77:2, 78:3, 79:17, 96:23, 104:22, 109:14, 110:2, 110:12, 114:16, 115:1, 115:10, 115:15, 115:16, 127:18, 128:23, 129:17, 142:18, 150:18, 156:10, 161:4, 168:14, 169:2, 170:13, 170:20, 170:21, 170:24, 171:23, 173:4, 176:5, 212:2, 216:3
**numbers** [17] - 22:22, 22:25, 84:8, 114:4, 114:12, 114:13, 114:18, 114:22, 115:2, 115:10, 115:20, 116:20, 171:10, 171:11, 171:12, 176:2, 176:3
**numerator** [1] - 115:17
**Nuremberg** [1] -

27:13

# O

**o'clock** [3] - 8:15, 123:5, 123:11
**object** [1] - 158:21
**objected** [2] - 73:2, 73:10
**objecting** [1] - 80:3
**objection** [18] - 73:10, 73:12, 73:16, 73:17, 74:25, 75:16, 79:21, 121:20, 122:8, 124:8, 124:15, 124:19, 128:8, 158:22, 159:13, 162:2, 203:24, 203:25
**objections** [5] - 75:3, 79:24, 84:4, 84:10, 121:18
**objective** [3] - 44:11, 52:24, 103:5
**observation** [10] - 130:4, 131:9, 133:4, 133:5, 133:6, 143:8, 153:24, 154:4, 156:5, 163:19
**observations** [7] - 130:25, 131:7, 131:16, 133:9, 153:11, 164:4, 189:5
**observed** [3] - 164:2, 164:8, 165:3
**obvious** [23] - 14:4, 15:6, 17:15, 18:3, 18:5, 19:11, 28:11, 45:7, 52:24, 53:4, 56:3, 57:7, 60:11, 60:22, 99:18, 118:17, 125:15, 150:8, 163:1, 168:19, 168:24, 169:13, 175:22
**obviously** [1] - 159:10
**obviousness** [21] - 7:4, 12:23, 13:14, 13:16, 13:23, 13:25, 14:1, 17:17, 18:14, 18:17, 19:8, 20:1, 44:18, 44:19, 57:8, 64:10, 125:14, 125:20, 134:22, 208:8, 208:13
**occasion** [3] - 80:10, 80:11, 160:25
**occasions** [1] - 77:2
**occur** [5] - 10:17, 95:25, 171:19, 171:21, 219:13
**occurrence** [1] - 40:17

**occurs** [4] - 9:17, 184:3, 219:4, 219:5
**OF** [2] - 1:2, 1:5
**offer** [8] - 59:5, 60:15, 61:16, 62:21, 73:16, 79:20, 216:21
**offered** [6] - 83:21, 121:18, 122:3, 196:17, 200:24, 209:11
**offering** [6] - 61:2, 62:20, 75:1, 75:7, 84:1, 122:6
**Office** [19] - 7:5, 22:4, 27:16, 27:18, 39:12, 41:3, 41:12, 41:17, 41:21, 41:23, 41:25, 42:1, 42:4, 62:2, 62:10, 62:15, 62:25, 63:5, 63:7
**office** [1] - 41:18
**Official** [1] - 1:20
**often** [3] - 45:21, 137:15, 143:14
**old** [2] - 136:18, 190:23
**old-fashioned** [1] - 190:23
**older** [1] - 81:12
**OLSTEIN** [1] - 3:13
**omits** [1] - 20:18
**omitted** [2] - 67:3, 92:13
**once** [9] - 31:1, 36:15, 43:24, 57:13, 87:18, 88:19, 132:25, 133:10, 189:19
**one** [122] - 7:21, 10:22, 13:24, 15:24, 17:7, 20:9, 21:9, 22:12, 24:4, 24:6, 24:12, 29:11, 29:16, 30:6, 30:8, 30:9, 31:14, 31:15, 33:20, 35:2, 35:9, 35:11, 35:17, 35:21, 37:5, 37:20, 37:23, 38:8, 42:2, 44:3, 44:12, 44:20, 55:1, 55:3, 59:3, 60:9, 66:11, 67:19, 70:25, 71:1, 72:16, 72:18, 73:23, 78:24, 79:13, 80:14, 81:16, 83:8, 83:11, 83:13, 84:18, 86:5, 88:20, 89:5, 89:24, 94:3, 96:11, 96:12, 96:14, 97:19, 97:20, 99:17, 99:20, 101:16, 105:20, 107:14, 108:21, 111:23, 112:11, 113:3, 114:1, 115:20, 119:2, 119:15, 120:10, 123:6,

123:11, 130:2, 132:17, 144:6, 144:10, 145:9, 150:8, 153:12, 154:4, 158:4, 158:13, 158:25, 159:3, 159:24, 165:9, 165:23, 167:10, 167:20, 168:9, 169:6, 169:22, 170:6, 170:17, 170:24, 171:12, 173:5, 177:1, 178:8, 181:17, 183:11, 183:21, 184:11, 187:11, 193:20, 194:1, 196:19, 203:21, 206:14, 208:24, 210:7, 211:6, 212:7, 214:7
**One** [1] - 3:2
**ones** [8] - 28:22, 50:14, 68:1, 83:25, 90:1, 90:2, 124:8, 149:8
**OPENING** [1] - 223:4
**opening** [11] - 11:18, 11:21, 11:22, 12:7, 13:2, 48:15, 53:11, 106:13, 116:17, 160:24, 215:21
**operates** [1] - 14:18
**operative** [3] - 58:13, 58:23, 175:16
**opinion** [25] - 20:6, 27:17, 38:18, 38:20, 39:21, 40:7, 40:10, 40:13, 41:5, 64:20, 99:17, 108:1, 117:21, 137:8, 148:1, 175:19, 175:23, 177:5, 196:17, 201:20, 202:15, 207:24, 210:16, 212:6
**opinions** [8] - 7:21, 28:10, 99:14, 125:13, 125:15, 125:16, 126:5, 214:5
**opportunity** [4] - 10:15, 57:2, 80:4, 220:24
**opposing** [1] - 72:15
**opposite** [2] - 45:5, 48:1
**optimal** [5] - 157:8, 158:10, 184:17, 190:5, 191:3
**oral** [2] - 66:17, 67:24
**orally** [2] - 66:18, 68:14
**order** [13] - 11:15, 11:20, 12:1, 12:3, 44:13, 61:5, 73:3, 73:13, 178:15, 178:20, 183:11, 203:9, 203:14
**ordinary** [33] - 16:12, 16:24, 17:24, 31:21,

35:2, 35:9, 35:11, 35:13, 37:20, 37:23, 38:8, 38:11, 52:7, 57:10, 67:2, 67:11, 68:16, 117:5, 118:7, 118:23, 144:15, 174:1, 174:8, 196:18, 197:1, 197:25, 198:14, 200:5, 200:13, 200:17, 201:21, 211:13, 219:2
**organization** [2] - 90:10, 158:23
**original** [1] - 215:17
**osmotic** [2] - 37:14, 37:16
**otherwise** [2] - 37:14, 162:5
**ought** [1] - 57:4
**outcome** [1] - 171:17
**outlined** [1] - 111:13
**output** [1] - 87:11
**outside** [2] - 136:3, 163:24
**overall** [1] - 30:7
**overdose** [1] - 173:15
**own** [10] - 26:18, 28:7, 29:3, 33:3, 33:7, 48:21, 134:12, 148:4, 162:6, 171:6
**Oxidase** [1] - 90:25
**oxidase** [9] - 91:4, 93:14, 93:16, 96:4, 96:15, 96:16, 154:11, 167:19, 185:23

# P

**P.C** [1] - 3:13
**packaged** [1] - 86:13
**Page** [1] - 223:2
**page** [66] - 16:3, 20:5, 23:18, 26:21, 27:23, 29:7, 103:8, 103:17, 104:9, 129:2, 130:20, 131:14, 133:25, 134:2, 137:11, 141:8, 141:15, 146:3, 147:1, 148:6, 149:22, 151:10, 153:16, 153:18, 156:13, 157:22, 160:3, 160:13, 163:9, 164:5, 164:6, 164:7, 165:4, 165:14, 165:19, 166:14, 169:4, 169:7, 169:8, 169:9, 173:6, 177:8, 177:19, 179:3, 181:14, 183:25, 185:13, 185:21, 186:8, 187:2, 187:21, 188:11, 188:16, 188:19, 189:15, 190:18,

190:22, 191:23, 192:6, 192:16, 193:12, 204:23, 214:8, 214:16, 217:11
**paid** [2] - 10:13, 123:3
**painfully** [1] - 201:3
**panels** [1] - 195:21
**paper** [32] - 106:11, 107:17, 108:8, 109:12, 109:14, 113:14, 113:22, 113:23, 116:12, 116:13, 127:19, 129:11, 132:21, 132:22, 142:18, 143:2, 145:24, 146:24, 150:25, 153:17, 153:23, 156:19, 184:9, 186:25, 190:4, 207:5, 207:6, 207:17, 207:19
**papers** [8] - 111:7, 111:14, 112:1, 116:25, 117:4, 117:7, 143:10
**paragraph** [43] - 21:2, 21:8, 21:14, 22:11, 23:7, 104:17, 129:5, 134:3, 137:12, 141:16, 141:20, 143:20, 151:12, 152:7, 153:7, 153:25, 156:14, 157:6, 157:14, 160:4, 163:10, 164:8, 165:6, 166:15, 166:19, 177:10, 177:11, 177:12, 177:20, 179:4, 184:19, 185:24, 186:8, 188:19, 191:8, 192:8, 192:17, 193:13, 214:9, 214:20, 215:22, 217:12
**paragraphs** [1] - 25:18
**parenthetical** [1] - 84:8
**parents** [1] - 43:25
**Park** [1] - 3:5
**Parker** [1] - 6:2
**PARKER** [5] - 3:6, 6:1, 6:7, 222:1, 222:4
**parse** [1] - 159:1
**part** [26] - 11:21, 24:18, 24:24, 25:1, 31:23, 41:14, 46:2, 67:17, 71:17, 86:17, 106:11, 132:23, 140:19, 176:16, 178:13, 184:8, 184:14, 185:4, 185:9, 186:18, 186:24, 194:5, 194:7, 196:8, 202:7, 218:18
**partially** [1] - 148:15
**participants** [1] - 133:23
**participate** [2] - 150:9, 155:19

**participating** [2] - 102:23, 112:19
**participation** [1] - 129:22
**particular** [10] - 7:22, 37:13, 64:1, 64:2, 65:18, 76:10, 108:2, 135:2, 135:16, 136:3
**particularly** [10] - 25:15, 33:17, 39:2, 41:13, 41:20, 104:25, 131:10, 177:21, 183:6, 186:9
**parties** [1] - 13:12
**partly** [1] - 146:15
**partner** [3] - 4:13, 4:14, 5:15
**partners** [1] - 6:15
**parts** [4] - 92:21, 126:8, 126:9, 170:16
**pass** [1] - 31:8
**patent** [114] - 7:1, 7:2, 7:5, 7:8, 13:5, 14:25, 15:6, 17:13, 18:4, 18:9, 18:11, 18:18, 19:4, 19:8, 19:10, 19:11, 19:17, 19:18, 19:25, 20:3, 20:7, 20:9, 20:11, 21:18, 22:6, 23:9, 23:14, 23:20, 23:22, 24:18, 25:5, 25:16, 25:18, 25:24, 26:3, 26:4, 26:6, 27:2, 27:4, 28:3, 28:10, 28:13, 28:16, 31:19, 31:24, 33:7, 33:15, 35:9, 37:8, 38:23, 39:1, 39:7, 39:11, 39:14, 39:21, 39:23, 39:24, 40:3, 40:7, 41:15, 41:18, 42:10, 43:7, 51:23, 56:21, 58:10, 58:21, 59:2, 59:13, 60:7, 60:8, 61:23, 62:22, 62:24, 63:6, 64:11, 64:23, 65:14, 65:21, 66:4, 66:12, 66:16, 66:18, 66:21, 66:22, 67:5, 67:8, 67:10, 67:23, 67:25, 68:8, 68:19, 80:12, 80:25, 81:2, 81:3, 82:1, 117:23, 118:2, 118:21, 118:24, 119:4, 119:10, 119:14, 119:25, 121:4, 136:25, 205:24, 206:23
**Patent** [24] - 2:11, 7:4, 22:4, 27:15, 27:18, 38:20, 39:12, 39:20, 40:6, 41:3, 41:12,

41:17, 41:21, 41:23, 41:25, 42:1, 42:4, 62:2, 62:10, 62:15, 62:25, 63:4, 63:7, 137:2
**patent's** [1] - 18:19
**patent-in-suit** [1] - 136:25
**patentability** [1] - 41:8
**patentees** [1] - 34:2
**patents** [3] - 25:6, 26:9, 66:5
**Patents** [1] - 66:25
**pathological** [1] - 151:16
**pathology** [3] - 140:22, 140:24, 157:18
**pathophysiology** [1] - 157:4
**paths** [1] - 88:20
**patient** [17] - 7:10, 13:6, 24:3, 24:11, 58:15, 62:7, 102:21, 102:25, 103:2, 135:10, 135:12, 135:16, 135:17, 154:23, 170:8, 195:19, 196:9
**patients** [17] - 7:13, 29:17, 49:5, 58:3, 59:7, 65:21, 95:6, 155:18, 166:24, 168:12, 168:14, 201:10, 201:13, 206:4, 206:23, 207:4, 217:4
**pattern** [1] - 115:7
**patterns** [1] - 63:13
**Paul** [1] - 7:22
**pause** [3] - 93:1, 93:3, 97:22
**PEARL** [1] - 2:24
**Pearl** [1] - 5:18
**peer** [1] - 25:8
**peer-reviewed** [1] - 25:8
**people** [33] - 8:10, 10:25, 11:3, 26:23, 40:17, 46:19, 50:11, 51:3, 52:7, 54:11, 55:7, 66:3, 67:11, 68:6, 77:22, 94:12, 106:2, 107:1, 107:4, 149:6, 150:3, 154:2, 167:15, 170:20, 175:3, 176:9, 196:2, 196:6, 198:5, 199:11, 199:17, 218:19
**people's** [1] - 25:19
**PEPPER** [1] - 2:2
**Pepper** [1] - 4:23
**peptide** [2] - 45:24, 137:17
**per** [10] - 35:11,

131:2, 165:10, 165:11, 165:21, 205:25, 206:5, 206:24
**perceive** [1] - 196:19
**perceived** [3] - 57:10, 130:3, 173:23
**percent** [3] - 66:11, 143:25, 215:25
**perception** [1] - 174:5
**percolated** [1] - 212:23
**perfect** [1] - 84:22
**perfectly** [1] - 41:2
**perform** [1] - 114:12
**perhaps** [9] - 8:25, 11:4, 11:6, 82:9, 84:7, 97:19, 122:9, 162:14, 182:6
**period** [2] - 78:8, 194:13
**peripheral** [4] - 45:25, 64:15, 137:18, 154:20
**permission** [2] - 42:19, 42:20
**person** [34] - 16:12, 16:23, 17:24, 31:20, 32:2, 33:21, 35:3, 35:13, 38:11, 57:10, 68:16, 99:14, 102:21, 102:23, 102:24, 117:5, 118:7, 118:23, 144:15, 173:25, 174:8, 195:9, 196:18, 197:25, 198:14, 198:22, 199:3, 200:5, 200:13, 200:16, 201:21, 211:13, 219:1
**personal** [1] - 131:1
**personnel** [1] - 62:10
**persons** [2] - 197:1, 211:21
**perspective** [1] - 113:2
**pertinent** [1] - 208:13
**ph** [1] - 56:20
**ph)** [1] - 81:19
**Ph.D** [5] - 100:8, 101:25, 102:8, 126:12, 187:19
**Pharma** [2] - 3:18, 31:12
**PHARMA** [1] - 1:9
**pharmaceutical** [14] - 20:13, 65:14, 66:23, 67:13, 67:14, 67:17, 68:13, 68:17, 77:1, 77:4, 77:11, 77:16, 102:7, 201:5
**PHARMACEUTICAL** [1] - 1:8
**Pharmaceutical** [2] -

2:15, 6:14
**pharmaceutically** [1] - 33:5
**Pharmaceuticals** [2] - 3:7, 6:3
**PHARMACEUTICALS** [4] - 1:7, 1:8, 1:9, 1:10
**Pharmacologic** [1] - 215:22
**pharmacologic** [4] - 192:25, 193:8, 193:13, 216:11
**pharmacological** [18] - 17:18, 48:15, 81:8, 95:10, 99:7, 99:8, 99:11, 105:25, 108:4, 147:11, 158:1, 160:5, 179:22, 184:10, 217:6, 218:4, 220:16, 220:17
**pharmacologically** [5] - 79:7, 94:20, 97:3, 97:4, 110:25
**pharmacologist** [1] - 135:19
**pharmacologists** [1] - 159:25
**Pharmacology** [1] - 71:2
**pharmacology** [21] - 46:11, 56:9, 79:18, 89:4, 102:2, 116:5, 127:22, 129:20, 129:21, 129:23, 141:4, 149:1, 149:11, 154:5, 172:10, 179:2, 219:11, 219:19, 219:20, 220:19, 220:21
**pharmacotherapy** [1] - 191:3
**phase** [1] - 163:14
**Phase** [2] - 210:25, 211:24
**phenomenon** [2] - 171:7, 217:20
**Philadelphia** [1] - 220:11
**phrase** [3] - 102:20, 178:18, 201:24
**phrmacologic** [1] - 192:18
**physical** [1] - 88:11
**physically** [4] - 86:3, 86:17, 88:13, 91:21, 94:21, 98:1, 99:9
**physician** [1] - 29:25
**physicians** [1] - 29:16
**physiological** [3] - 92:20, 93:8, 127:19
**physiology** [1] - 93:20

**picked** [1] - 51:14
**pictorial** [1] - 19:15
**picture** [3] - 15:9, 108:24, 208:18
**pieces** [3] - 45:1, 196:24, 209:24
**pills** [1] - 167:16
**pitched** [1] - 52:1
**place** [3] - 27:2, 76:17, 83:9
**placebo** [3] - 103:1, 164:9, 218:9
**placed** [1] - 161:5
**placing** [1] - 69:14
**Plaintiff** [7] - 1:5, 2:11, 4:11, 4:21, 4:24, 7:25, 10:18
**Plaintiff's** [14] - 66:22, 67:19, 67:23, 100:4, 145:6, 145:11, 145:22, 147:7, 159:18, 172:17, 172:19, 183:8, 187:11, 190:18
**Plaintiff-Defendant** [1] - 7:25
**Plaintiffs** [2] - 8:2, 42:17
**plan** [7] - 8:11, 8:12, 8:14, 10:8, 11:10, 18:12, 29:7
**plans** [3] - 7:12, 10:22, 26:9
**plasma** [1] - 143:25
**play** [1] - 47:16
**Playback** [3] - 22:7, 23:5, 25:13
**played** [4] - 21:16, 22:17, 24:8, 209:5
**plays** [1] - 219:18
**pleasant** [1] - 8:5
**pleasure** [2] - 125:11, 125:12
**Pliszka** [7] - 26:18, 100:4, 100:13, 102:7, 133:18, 149:14, 150:3
**Pliszka's** [4] - 133:20, 133:25, 134:6, 134:9
**plow** [1] - 159:15
**plus** [1] - 7:21
**PNMT** [1] - 181:20
**PNMT-containing** [1] - 181:20
**point** [38] - 19:14, 29:3, 33:14, 34:12, 48:6, 50:20, 51:14, 56:18, 57:2, 63:16, 64:15, 79:19, 87:10, 92:8, 108:11, 109:2, 110:3, 110:15, 111:6, 112:11, 116:18, 120:8,

120:9, 121:1, 126:20, 128:12, 132:13, 134:11, 134:12, 138:21, 141:19, 142:8, 154:8, 159:11, 194:15, 199:15, 204:19, 219:14

**pointed** [3] - 32:24, 109:22, 119:7

**pointing** [1] - 106:11, 210:11

**points** [2] - 47:15, 107:10

**poisoning** [1] - 73:5

**population** [4] - 28:1, 195:2, 216:4

**populations** [1] - 110:5

**portion** [9] - 20:9, 20:11, 23:9, 23:10, 23:14, 23:22, 25:24, 103:17, 139:9

**position** [9] - 51:4, 56:17, 63:6, 63:21, 70:9, 75:21, 152:14, 152:20, 153:1

**positions** [3] - 70:16, 70:21, 70:25

**possess** [2] - 53:24, 179:8, 179:16

**possesses** [2] - 54:3, 184:22

**possibilities** [1] - 212:7

**possibility** [3] - 132:18, 173:13, 174:24

**possible** [10] - 32:20, 36:14, 55:16, 55:23, 134:10, 134:12, 173:11, 186:1, 199:4, 211:20

**possible..** [1] - 173:8

**possibly** [2] - 128:11, 217:13

**post** [2] - 27:3, 146:13

**post-filing** [1] - 27:3

**postdoctoral** [1] - 70:25

**postgraduate** [1] - 100:10

**postsynaptic** [19] - 83:12, 86:5, 86:7, 86:23, 90:19, 90:23, 91:23, 92:22, 95:25, 98:7, 106:3, 128:3, 146:16, 146:20, 147:4, 148:16, 209:21, 212:22, 213:1

**potent** [9] - 51:18, 53:24, 54:15, 106:17, 179:8, 179:16, 188:22,

191:24, 215:4

**potential** [11] - 23:10, 43:18, 43:23, 66:8, 77:24, 126:20, 130:24, 135:1, 141:3, 148:25, 149:11

**potentially** [5] - 49:6, 55:17, 166:25, 173:13, 211:25

**potentiation** [1] - 217:14

**Potter** [12] - 53:20, 144:22, 150:6, 178:2, 178:7, 179:19, 181:13, 181:15, 182:1, 184:8, 185:10, 187:24

**Potter's** [4] - 143:2, 178:15, 178:20, 179:24

**power** [2] - 40:15, 41:4

**practical** [3] - 43:25, 44:1, 214:10

**practice** [6] - 41:22, 42:1, 56:22, 59:24, 62:2, 66:9

**practiced** [1] - 58:24

**practices** [1] - 61:1

**practicing** [1] - 33:17

**pre** [1] - 48:23

**pre-eminent** [1] - 48:23

**precedent** [1] - 65:13

**precise** [3] - 45:15, 80:22, 185:15

**precisely** [1] - 62:19

**predict** [2] - 54:2, 184:21

**predictable** [1] - 14:3

**predictive** [1] - 62:12

**predominantly** [1] - 95:14

**prefer** [2] - 73:1, 74:2

**preferably** [1] - 67:3

**preferentially** [2] - 146:5, 148:10

**preferred** [2] - 33:12, 33:16

**preformulation** [1] - 36:4

**prefrontal** [1] - 128:3

**preliminary** [10] - 131:7, 131:16, 204:9, 204:11, 205:15, 205:17, 205:18, 210:18, 211:14

**premarked** [1] - 83:23

**prepared** [9] - 9:21, 22:3, 25:6, 34:4, 76:5, 76:7, 92:6, 111:20, 188:5

**preparing** [5] - 161:2,

166:11, 173:3, 178:9, 183:14

**prepubertal** [1] - 215:24

**prescribed** [3] - 45:16, 185:16, 186:2

**prescribing** [1] - 102:22

**presence** [3] - 34:10, 35:19, 35:20

**present** [2] - 164:8, 222:2

**presentation** [3] - 12:12, 42:19, 43:9

**presentations** [5] - 12:17, 73:9, 76:6, 76:8, 76:14

**presented** [2] - 63:3, 142:15

**presumably** [2] - 143:24, 194:20

**presume** [1] - 62:10

**presynaptic** [15] - 83:11, 86:20, 86:25, 87:12, 87:14, 90:21, 92:21, 93:7, 96:1, 98:7, 146:6, 146:18, 148:10, 184:4, 209:13

**pretrial** [1] - 73:3

**pretty** [8] - 13:14, 116:7, 171:21, 175:13, 186:22, 194:17, 205:13, 207:16

**prevent** [2] - 94:22, 209:12

**preview** [1] - 45:4

**previous** [5] - 15:20, 70:21, 91:4, 109:22, 164:12

**previously** [1] - 68:15

**primarily** [4] - 78:17, 100:22, 154:20, 186:1

**primary** [5] - 28:1, 70:10, 87:25, 105:23, 144:13

**Princeton** [2] - 2:4, 2:18

**principal** [3] - 43:17, 45:19, 197:19

**principle** [1] - 92:8

**priorities** [1] - 212:4

**pro** [1] - 31:24

**probable** [1] - 46:23

**probe** [1] - 194:23

**probes** [1] - 194:19

**problem** [16] - 8:23, 27:1, 30:17, 35:5, 37:12, 46:19, 49:8, 55:24, 167:15, 173:24, 189:10, 211:16, 211:25,

212:8

**problematic** [1] - 68:6

**problems** [3] - 13:21, 167:10, 193:20

**procedure** [2] - 72:25, 196:11

**proceed** [5] - 60:20, 62:18, 73:1, 73:4, 125:2

**PROCEEDINGS** [1] - 1:6

**proceedings** [1] - 1:23

**proceeds** [1] - 195:24

**process** [15] - 24:18, 24:25, 36:7, 36:11, 36:19, 36:21, 36:22, 37:2, 37:3, 37:25, 38:4, 62:10, 92:16, 92:17, 94:16

**processes** [2] - 46:1, 137:19

**processing** [1] - 137:21

**produce** [1] - 95:23

**produces** [2] - 93:7, 143:24

**producing** [1] - 217:16

**product** [6] - 29:4, 29:20, 29:23, 62:9, 155:3, 206:10

**production** [1] - 66:25

**professor** [4] - 70:11, 70:18, 70:19, 70:20

**profile** [4] - 16:5, 17:8, 31:6, 110:4

**profound** [2] - 56:16, 57:6

**program** [2] - 77:17, 126:23

**programs** [4] - 77:8, 77:16, 126:20, 191:17

**progress** [1] - 60:21

**progresses** [2] - 4:19, 199:20

**prohibited** [1] - 57:8

**prohibits** [1] - 59:2

**projects** [1] - 200:6

**prominent** [4] - 108:3, 138:19, 157:16, 159:25

**promote** [3] - 76:22, 128:4, 146:21

**promoted** [2] - 70:19, 70:20

**promptness** [2] - 8:6, 8:7

**pronounce** [1] - 139:10

**proof** [3] - 59:5, 60:16, 62:21

**proper** [2] - 26:9, 36:6, 44:21, 44:22, 80:2

**properties** [17] - 16:14, 17:1, 18:1, 21:4, 31:5, 51:19, 52:6, 53:1, 54:4, 57:24, 68:5, 116:4, 179:8, 179:17, 184:23, 188:23, 189:11

**property** [2] - 130:11, 184:11

**proportion** [1] - 163:15

**proposal** [1] - 182:4

**propose** [1] - 158:4

**proposed** [2] - 27:11, 184:2, 185:10

**prosecution** [3] - 38:25, 39:11, 137:1

**proteins** [3] - 86:2, 88:2, 91:19

**prototypical** [1] - 48:25

**prove** [4] - 28:2, 43:10, 205:12, 215:25

**proved** [2] - 29:15, 204:25, 216:4

**proven** [5] - 42:6, 153:10, 153:11, 153:13, 205:22

**proves** [1] - 44:13

**provide** [6] - 19:7, 19:9, 20:3, 29:23, 32:1, 87:6

**provided** [4] - 60:24, 61:13, 119:3, 120:3

**provides** [4] - 18:18, 37:10, 37:12, 152:1

**providing** [3] - 19:1, 86:7

**proving** [1] - 205:11

**proviso** [2] - 79:21, 79:23

**Prozac** [2] - 219:25

**psych** [1] - 111:19

**psychiatric** [6] - 20:13, 79:6, 79:12, 100:11, 107:21, 108:5

**Psychiatry** [1] - 71:1

**psychiatry** [4] - 70:12, 101:11, 102:8, 107:21

**psychological** [2] - 102:10, 102:11

**Psychology** [3] - 70:10, 70:11, 71:6

**Psychology** [1] - 70:18

**psychostimulants**

[24] - 76:19, 77:14, 94:18, 94:19, 95:6, 95:7, 95:11, 96:17, 96:22, 97:19, 97:20, 98:16, 132:16, 133:1, 133:12, 158:11, 170:23, 171:1, 184:18, 191:5, 191:7, 215:24, 218:23
**publication** [32] - 15:10, 52:3, 54:19, 60:21, 60:22, 101:5, 101:6, 101:15, 102:16, 107:9, 108:7, 108:20, 110:8, 127:17, 127:18, 129:15, 144:21, 145:19, 147:6, 148:14, 150:12, 159:19, 161:12, 161:16, 172:22, 210:9, 213:4, 213:8, 213:13, 213:22, 216:16
**publications** [16] - 54:18, 76:5, 76:8, 76:13, 118:9, 126:16, 127:8, 127:11, 136:7, 139:8, 149:7, 161:1, 161:6, 173:2, 178:8, 215:16
**published** [7] - 62:24, 107:17, 110:10, 126:11, 156:19, 183:19, 207:14
**publishing** [1] - 48:13
**pull** [2] - 117:19, 120:12
**pulled** [1] - 29:8
**purpose** [3] - 49:21, 64:4, 82:14
**purposes** [2] - 73:13, 74:11
**Pursuant** [1] - 1:22
**push** [1] - 135:2
**put** [12] - 4:8, 10:11, 12:15, 23:11, 39:4, 47:4, 47:10, 82:11, 84:24, 115:16, 132:14, 212:4
**puts** [2] - 61:25, 88:14
**putting** [1] - 62:7

## Q

**qualifications** [3] - 75:14, 147:18, 148:1
**qualifying** [1] - 204:13
**quality** [1] - 149:18
**quantity** [1] - 35:24
**quarrel** [1] - 217:1
**QUESTION** [23] -

21:17, 21:23, 22:1, 22:18, 22:21, 22:25, 24:9, 24:15, 24:19, 24:23, 25:3, 25:7, 50:15, 59:17, 59:21, 59:25, 64:9, 64:20, 149:23, 204:24, 205:3, 205:6, 205:9
**questioning** [1] - 175:13
**questions** [5] - 56:10, 76:16, 121:14, 158:17, 208:23
**quick** [1] - 75:19
**quickly** [7] - 31:17, 39:16, 41:6, 73:22, 83:5, 99:10, 187:1
**quid** [1] - 31:24
**Quinn** [1] - 163:12
**quite** [7] - 48:10, 63:23, 65:3, 113:23, 124:11, 208:24, 220:15
**quo** [1] - 31:24
**quotable** [1] - 63:12
**quotation** [1] - 104:13
**quote** [1] - 105:18
**quotes** [1] - 63:12

## R

**raise** [1] - 182:25
**raised** [1] - 63:1
**raising** [1] - 69:15
**RAKOCZY** [5] - 3:15, 3:17, 9:10, 31:10, 223:6
**Rakoczy** [5] - 5:22, 13:2, 31:8, 31:11
**ramping** [1] - 219:10
**range** [3] - 79:2, 87:13, 171:3
**ranges** [2] - 22:13, 184:24
**ranging** [1] - 206:18
**rank** [1] - 96:23
**rapid** [2] - 164:13, 219:3
**Rapoport** [3] - 47:2, 53:16, 101:14, 144:22, 150:22, 152:8, 153:17, 156:1, 156:8, 157:21, 163:12, 183:22, 187:23
**Rapoport's** [2] - 178:11, 178:13
**rare** [2] - 40:17, 186:3
**rarely** [2] - 40:17, 66:19
**Rasmussen** [2] - 18:22, 26:10
**rat** [8] - 115:24,

116:2, 116:3, 116:6, 116:14, 155:8, 194:19, 214:1
**Rat** [1] - 52:5
**rate** [4] - 10:6, 37:10, 37:12, 87:11
**rather** [1] - 171:7
**ratio** [4] - 114:19, 115:15, 176:3, 176:6
**rational** [1] - 62:14
**rationale** [17] - 19:2, 19:5, 19:6, 19:8, 19:9, 19:17, 38:22, 39:23, 39:24, 40:3, 40:9, 119:3, 119:6, 119:14, 119:25, 120:3, 120:5
**rats** [4] - 116:4, 194:16, 194:19, 194:24
**Re** [6] - 18:22, 26:10, 28:8, 57:1, 57:20, 63:4
**reach** [7] - 104:18, 108:8, 117:5, 118:8, 119:13, 164:9, 212:2
**reached** [4] - 47:25, 105:12, 105:13, 108:16, 112:16, 117:21
**reaction** [1] - 144:15
**read** [37] - 10:15, 34:11, 63:12, 119:19, 119:20, 119:21, 129:8, 133:20, 133:22, 137:24, 141:22, 144:2, 146:9, 149:25, 151:4, 157:6, 157:13, 159:4, 160:8, 163:17, 164:14, 167:2, 169:21, 173:21, 179:10, 181:20, 182:8, 183:15, 184:7, 184:25, 185:17, 186:4, 188:25, 204:21, 207:16, 216:24, 218:19
**readily** [1] - 68:14
**reading** [3] - 96:24, 105:15, 125:12
**reads** [2] - 32:2, 33:21
**ready** [2] - 122:22, 221:22
**Ready** [1] - 124:5
**real** [2] - 98:12, 193:20
**really** [19] - 11:1, 13:11, 14:8, 31:17, 31:23, 64:4, 75:3, 91:10, 107:4, 114:19, 115:14, 118:1, 134:12, 159:14, 168:10, 171:18, 176:3, 194:15, 199:2
**realm** [1] - 159:8
**reargue** [1] - 220:8
**reask** [2] - 162:10,

207:9
**reason** [13] - 9:14, 10:20, 56:1, 63:24, 113:23, 116:6, 125:22, 132:23, 133:8, 133:9, 142:9, 144:16, 212:3
**reasonable** [8] - 10:6, 39:18, 41:1, 61:8, 65:5, 120:17, 195:18, 219:1
**reasonably** [10] - 16:15, 17:24, 57:15, 61:15, 61:22, 62:12, 121:9, 196:10, 196:19, 201:14
**reasoned** [1] - 63:17
**reasons** [1] - 56:13
**rebuttal** [1] - 8:3
**receive** [1] - 61:20
**Received** [1] - 223:14
**received** [4] - 71:11, 73:2, 78:2, 78:3
**receiving** [3] - 83:13, 102:21, 102:25
**recent** [5] - 35:16, 130:25, 133:5, 151:12, 173:14
**recently** [3] - 7:18, 37:3, 76:22
**receptor** [51] - 14:21, 15:4, 16:2, 16:4, 16:15, 17:5, 17:8, 17:23, 18:2, 46:12, 51:18, 54:22, 55:11, 86:4, 86:20, 86:25, 87:5, 88:4, 91:21, 91:22, 92:2, 93:5, 93:7, 95:22, 95:23, 95:24, 97:16, 98:4, 106:5, 106:14, 107:12, 107:13, 108:14, 109:5, 111:18, 112:9, 113:1, 113:5, 118:14, 118:16, 148:9, 169:17, 176:19, 182:18, 189:7, 197:13, 213:22, 219:12
**receptors** [76] - 46:13, 46:14, 49:4, 50:6, 50:9, 51:19, 86:2, 86:23, 87:12, 87:14, 88:6, 88:12, 89:17, 90:18, 90:20, 90:21, 90:22, 90:23, 91:15, 92:19, 93:4, 96:1, 98:8, 105:20, 106:1, 106:3, 106:4, 106:8, 106:9, 106:10, 106:17, 106:20, 107:2, 107:5, 107:6, 109:25, 110:1, 116:16, 116:19, 116:21, 116:23, 116:24, 117:14, 117:15, 128:3, 144:9, 146:16,

146:18, 146:21, 147:5, 148:17, 160:18, 160:23, 166:23, 182:14, 182:17, 183:4, 183:6, 188:23, 197:6, 197:7, 198:4, 201:9, 209:20, 209:22, 210:11, 212:23, 213:2, 214:12, 214:25, 215:5, 217:18
**Receptors** [1] - 52:5
**recess** [3] - 69:8, 123:12, 180:14
**recipe** [2] - 58:14, 58:21
**recognition** [1] - 50:11
**recognize** [6] - 9:23, 147:8, 147:10, 167:4, 177:3, 183:16
**recognized** [2] - 53:3, 146:17
**recommended** [2] - 43:17, 49:13
**reconsideration** [3] - 20:7, 27:6, 28:10
**record** [17] - 1:23, 4:7, 4:9, 4:22, 6:19, 11:13, 38:19, 57:17, 69:21, 70:3, 73:21, 74:7, 119:21, 121:16, 124:7, 185:8, 212:14
**records** [1] - 60:17
**Recross** [1] - 223:10
**rectangular** [1] - 88:16
**recycled** [1] - 88:22
**red** [1] - 50:6
**redirect** [2] - 132:5, 221:4
**Redirect** [1] - 223:10
**reduce** [2] - 178:16, 178:21
**reduced** [8] - 16:5, 17:5, 17:8, 110:19, 112:9, 112:10, 184:6
**reduces** [1] - 213:9
**reduction** [2] - 56:22, 184:5
**redux** [1] - 52:20
**refer** [5] - 43:1, 74:5, 83:10, 83:12, 109:6
**reference** [47] - 15:7, 15:10, 17:2, 17:6, 38:24, 39:2, 39:3, 39:17, 40:22, 41:7, 41:10, 41:12, 41:14, 42:3, 45:11, 45:19, 46:22, 47:12, 48:18, 48:21, 49:14, 49:25, 50:1, 64:6, 64:9, 65:7,

65:9, 103:18, 120:11, 127:23, 128:23, 129:10, 129:17, 136:13, 137:1, 137:8, 142:22, 143:17, 143:20, 145:8, 145:13, 151:15, 157:13, 157:14, 158:9, 183:13, 193:17

**referenced** [1] - 128:22

**references** [13] - 14:24, 16:19, 38:18, 39:10, 39:12, 40:25, 41:3, 49:19, 125:23, 126:10, 136:7, 136:11, 137:4

**referred** [6] - 88:2, 103:14, 104:14, 136:15, 177:10, 212:12

**referring** [11] - 81:4, 89:7, 111:1, 113:15, 121:3, 136:15, 153:8, 156:2, 186:19, 217:20, 218:20

**refers** [4] - 102:20, 127:18, 153:4, 154:8

**reflected** [1] - 49:10

**reflecting** [1] - 163:19

**reflects** [1] - 198:20

**refractory** [2] - 216:1, 216:4

**refutes** [1] - 41:10

**refuting** [1] - 41:8

**regard** [3] - 13:13, 25:17, 147:15

**regarding** [5] - 7:22, 15:13, 23:3, 27:17, 195:11

**region** [2] - 133:8, 133:10

**regions** [1] - 138:23

**regular** [1] - 41:22

**regularly** [1] - 68:7

**regulation** [1] - 129:7

**regulations** [5] - 39:14, 61:6, 61:12, 195:11, 195:14

**regulatory** [3] - 61:1, 62:5, 196:9

**reject** [3] - 38:22, 39:23, 41:15

**rejected** [3] - 37:22, 46:20, 48:8

**rejecting** [1] - 38:21

**rejection** [1] - 38:21

**relate** [3] - 126:17, 127:9, 127:12

**related** [15] - 73:24, 76:8, 126:2, 127:4, 127:12, 132:22, 135:24, 138:21, 143:14, 169:18,

170:22, 171:24, 177:6, 189:6, 203:12

**relates** [1] - 103:23

**relating** [7] - 130:3, 133:15, 172:24, 207:25, 208:5, 208:8, 213:5

**relation** [4] - 61:8, 176:24, 177:15, 195:18

**relationship** [4] - 141:16, 141:20, 142:5, 174:21

**relative** [7] - 47:15, 50:7, 108:13, 111:18, 112:6, 117:10, 197:20

**relatively** [14] - 49:24, 50:2, 50:8, 105:8, 110:16, 114:17, 142:3, 160:18, 160:22, 163:16, 167:11, 175:11, 218:5, 219:3

**release** [21] - 37:10, 37:13, 47:21, 66:13, 66:20, 66:23, 82:24, 87:7, 87:12, 88:21, 89:1, 92:24, 93:15, 96:9, 98:3, 143:14, 146:8, 148:11, 212:16, 212:25, 213:17

**release...** [1] - 146:9

**released** [13] - 85:19, 85:25, 86:14, 86:15, 87:2, 87:4, 87:18, 88:15, 89:19, 92:18, 93:2, 154:10, 154:13

**releasing** [1] - 83:11

**relevant** [20] - 39:2, 40:22, 40:23, 41:14, 41:16, 41:20, 41:24, 64:13, 64:22, 64:25, 76:23, 80:21, 89:2, 113:24, 144:7, 144:8, 148:19, 150:5, 177:21, 194:10

**reliable** [6] - 134:25, 147:8, 147:15, 148:4, 177:3, 183:17

**relied** [3] - 125:24, 202:14, 215:16

**relief** [1] - 40:18

**reluctant** [1] - 220:25

**rely** [17] - 14:15, 17:2, 17:4, 19:5, 19:6, 19:19, 20:21, 26:24, 26:25, 29:1, 35:8, 37:20, 37:23, 37:24, 136:8, 136:11, 137:8

**relying** [7] - 14:11, 14:13, 14:14, 28:23, 30:13, 30:21, 126:11

**remain** [2] - 69:9,

186:1

**remaining** [1] - 31:14

**remains** [6] - 48:17, 51:20, 160:7, 188:24, 189:12, 216:23

**REMARKS** [1] - 223:3

**remember** [9] - 33:20, 134:9, 161:22, 164:25, 165:16, 165:18, 183:15, 204:19, 206:11

**renew** [1] - 220:25

**repackaged** [2] - 93:13, 93:16

**repackaging** [2] - 89:1, 91:13

**repeat** [12] - 35:12, 74:17, 118:25, 119:15, 125:18, 152:18, 168:20, 174:3, 178:18, 192:23, 193:25, 206:2

**repeatedly** [2] - 34:2, 35:16

**repeating** [2] - 20:24, 33:25

**repetitive** [1] - 118:10

**rephrase** [2] - 119:23, 141:1

**replacement** [1] - 56:4

**replicate** [1] - 205:16

**report** [23] - 38:24, 39:1, 41:13, 60:21, 125:23, 126:4, 126:9, 136:21, 137:3, 137:13, 146:4, 147:13, 161:2, 161:22, 162:9, 166:12, 173:3, 178:9, 183:14, 208:8, 210:23, 211:14, 213:14

**Reported** [1] - 1:19

**reported** [4] - 48:3, 206:8, 210:18

**Reporter** [2] - 1:20, 42:21

**reports** [12] - 41:20, 47:13, 151:13, 164:12, 169:2, 171:4, 171:15, 172:5, 188:5, 213:8, 219:6, 219:8

**represent** [3] - 12:20, 113:21, 125:10

**representative** [4] - 29:24, 32:19, 33:6, 36:13

**representing** [1] - 6:3

**represents** [1] - 126:8

**reps** [1] - 30:7

**request** [4] - 10:10, 10:12, 20:6, 42:10

**require** [5] - 56:21,

60:13, 61:4, 137:22, 195:14

**required** [8] - 54:9, 59:20, 59:23, 60:7, 65:22, 164:8, 191:3, 203:10

**requirement** [3] - 57:8, 57:9, 185:25

**requirements** [1] - 61:7

**requires** [5] - 18:9, 19:16, 58:24, 61:3, 62:5

**rerelease** [1] - 91:13

**Research** [5] - 189:21, 190:19, 190:23, 192:18, 193:5

**research** [15] - 18:12, 26:8, 54:25, 61:5, 61:15, 70:25, 76:9, 77:17, 108:3, 110:9, 116:7, 135:22, 135:24, 155:7, 186:2

**reserve** [2] - 122:9, 124:25

**reserving** [1] - 124:18

**respect** [2] - 172:1, 187:5

**respectfully** [1] - 42:9

**respectively** [1] - 184:7

**respects** [1] - 140:10

**responds** [1] - 95:5

**response** [12] - 11:14, 92:20, 93:8, 95:24, 164:3, 164:11, 164:13, 186:13, 218:21, 219:7, 219:8

**responses** [1] - 93:15

**responsibilities** [1] - 79:8

**responsive** [1] - 128:11

**rest** [2] - 33:20, 47:5

**Reston** [1] - 2:7

**restrictions** [1] - 185:25

**result** [5] - 29:18, 57:3, 60:25, 81:15, 219:10

**resulting** [1] - 217:14

**results** [12] - 27:8, 30:12, 30:14, 30:18, 30:22, 60:22, 62:21, 150:2, 164:21, 203:5, 207:2, 207:12

**resume** [1] - 221:19

**resumed** [1] - 180:16

**retained** [1] - 134:17

**returning** [1] - 156:7

**reuptake** [126] -

14:19, 15:3, 16:14, 16:25, 17:3, 17:19, 17:21, 17:22, 18:1, 20:19, 21:4, 39:25, 40:1, 40:4, 40:5, 46:9, 50:16, 52:1, 53:2, 53:9, 53:14, 55:4, 55:9, 55:22, 81:9, 88:3, 88:5, 88:7, 88:10, 88:13, 88:20, 92:9, 92:10, 93:12, 94:20, 94:21, 94:25, 95:12, 95:16, 97:6, 97:14, 97:18, 97:21, 97:23, 97:24, 97:25, 98:1, 98:11, 98:14, 98:20, 98:23, 99:6, 99:13, 100:21, 103:23, 104:25, 105:3, 105:5, 105:9, 105:17, 105:24, 107:11, 108:12, 109:4, 109:20, 109:23, 110:18, 111:1, 111:3, 111:16, 112:6, 112:24, 113:4, 113:19, 114:5, 114:16, 114:22, 115:6, 115:8, 115:11, 116:1, 118:1, 118:11, 118:16, 119:8, 120:20, 144:7, 144:11, 149:8, 150:1, 161:25, 162:13, 169:16, 171:1, 171:2, 173:24, 174:6, 174:25, 175:4, 175:7, 175:9, 175:21, 176:17, 177:23, 182:25, 190:3, 190:7, 190:12, 197:3, 197:17, 197:21, 198:3, 199:23, 200:3, 200:18, 201:6, 201:8, 209:11, 209:16, 209:18, 209:19, 210:10, 215:10, 218:24, 219:2

**Reuptake** [1] - 87:17

**Review** [5] - 27:11, 60:24, 61:4, 195:15, 195:17

**review** [20] - 20:4, 27:10, 27:21, 47:14, 51:15, 82:1, 84:12, 111:10, 142:14, 142:18, 150:21, 151:2, 151:7, 156:21, 177:1, 187:10, 187:15, 195:21, 211:3

**reviewed** [10] - 25:8, 112:1, 137:3, 143:17, 149:6, 159:21, 161:6, 162:19, 183:14, 187:12

**reviewing** [2] - 54:6, 198:13

**reviews** [2] - 27:11, 54:23

248

revisit [2] - 7:20, 112:11
reward [1] - 28:14
rich [1] - 56:8
Richelson [3] - 117:3, 117:8, 118:6
Richter [1] - 6:15
RICHTER [2] - 2:14, 6:17
riddle [4] - 55:15, 172:22, 173:11, 174:23
riddle's [2] - 173:2, 173:5
right-hand [14] - 19:21, 100:3, 137:12, 141:8, 151:11, 156:24, 158:3, 160:14, 163:10, 179:3, 185:22, 187:2, 214:8, 214:18
rightly [1] - 164:25
rigorous [2] - 102:18, 103:5
rise [3] - 4:1, 13:14, 155:4
risk [5] - 33:25, 49:6, 140:20, 166:25, 195:18
risks [2] - 49:14, 61:7
Road [1] - 3:13
Rob [1] - 9:2
ROBERT [2] - 2:8
Robert [3] - 4:25, 5:23, 39:8
ROCKEY [72] - 2:19, 2:21, 5:10, 5:14, 68:23, 69:1, 69:5, 69:12, 69:24, 70:2, 72:4, 72:14, 72:19, 72:25, 73:23, 74:8, 74:13, 74:14, 75:11, 75:23, 76:1, 76:4, 79:19, 80:7, 80:8, 80:24, 81:10, 81:15, 81:18, 81:22, 82:11, 83:18, 83:24, 84:3, 84:17, 84:22, 85:1, 85:4, 85:20, 90:6, 93:24, 94:5, 99:22, 100:1, 101:2, 102:14, 104:10, 119:18, 119:20, 121:11, 121:14, 121:17, 122:5, 122:7, 122:13, 123:10, 124:6, 124:11, 124:18, 124:23, 125:1, 132:1, 158:21, 158:23, 162:2, 162:7, 169:21, 203:24, 204:1, 208:25, 221:5, 221:9
Rockey [4] - 5:11, 5:14, 68:23, 93:22
Rokoczy [1] - 11:24
role [4] - 47:11,

132:18, 140:21, 141:3
roles [1] - 47:15
room [1] - 62:16
rooms [1] - 11:7
roping [1] - 31:25
Roseland [1] - 3:14
Ross [1] - 48:22
roughly [2] - 69:1, 165:23
routine [2] - 35:3, 36:21
routinely [1] - 63:4
Rowley [1] - 70:5
ROWLEY [1] - 70:5
rub [1] - 35:6
rudimentary [1] - 203:23
rule [1] - 62:8
ruled [4] - 7:18, 7:19, 148:25, 149:11
rulings [1] - 19:3
run [2] - 9:1, 13:18
running [1] - 11:9
rust [1] - 87:16
rust-colored [1] - 87:16

S

s/CHARLES [1] - 1:25
safe [11] - 21:10, 21:19, 27:13, 44:16, 58:1, 58:2, 68:13, 134:16, 198:6, 201:11, 206:16
safety [7] - 21:21, 55:12, 56:11, 58:4, 58:8, 198:7, 203:14
SAIBER [1] - 3:2
sales [1] - 30:4
salt [2] - 67:7, 68:7
salts [1] - 33:5
sample [1] - 30:4
sampling [1] - 126:7
San [2] - 71:1, 71:6
Sandoz [4] - 2:24, 5:13, 5:17, 68:23
SANDOZ [1] - 1:8
sat [1] - 134:22
satisfied [7] - 61:7, 202:24, 203:1, 203:5, 205:2, 205:3, 205:20
satisfy [5] - 29:4, 185:4, 185:6, 185:9, 204:17
satisfying [2] - 29:15, 29:21
Saturday [1] - 8:20
save [1] - 139:15

saw [6] - 68:7, 82:4, 106:13, 116:17, 129:16, 164:20
secondary [3] - 12:23, 16:18, 28:20
sc [1] - 131:2
scale [1] - 52:17
scared [1] - 176:9
Schedule [1] - 43:24
scheduling [1] - 8:23
schematic [7] - 82:13, 88:23, 90:11, 91:4, 97:12, 98:24, 209:10
school [4] - 70:23, 78:9, 78:10, 143:12
School [2] - 71:2, 71:12
Science [1] - 78:7
Scientific [1] - 65:4
scientific [12] - 24:17, 24:19, 24:21, 25:11, 63:22, 77:10, 121:2, 121:5, 138:18, 157:15, 159:3, 170:5
scientifically [1] - 208:13
scientist [3] - 147:24, 197:25, 204:12
scientists [3] - 67:14, 116:14, 171:18
scope [12] - 12:24, 13:19, 14:10, 31:15, 31:22, 32:21, 34:5, 44:23, 44:25, 100:17, 162:3, 207:22
scoring [1] - 102:22
SCOTT [1] - 2:8
Scott [2] - 4:15, 11:6
screen [1] - 29:6, 83:2, 83:5
se [1] - 35:11
search [6] - 28:15, 28:17, 38:24, 39:1, 41:13, 41:20
Sears [1] - 2:20
seated [6] - 4:2, 69:9, 69:10, 69:19, 124:3, 180:15
second [28] - 16:3, 30:8, 31:15, 33:24, 77:10, 80:11, 83:17, 85:15, 95:4, 96:4, 100:16, 103:17, 103:21, 125:16, 129:5, 141:22, 151:12, 156:13, 160:4, 169:6, 169:22, 177:19, 184:14, 186:12, 186:23, 187:3, 194:7
second-choice [1] - 96:4
second-to-last [2] -

151:12, 160:4
secondary [3] - 12:23, 16:18, 28:20
secondly [1] - 38:23
secreted [1] - 85:24
section [11] - 20:15, 20:23, 21:1, 34:16, 79:11, 129:25, 133:14, 184:1, 188:12, 190:19, 192:17
Section [1] - 1:22
sedation [3] - 107:3, 111:9, 187:6
see [89] - 8:23, 21:13, 21:18, 21:21, 22:14, 22:23, 24:13, 26:2, 29:22, 36:2, 42:5, 45:3, 45:22, 46:13, 47:10, 49:18, 50:6, 52:15, 52:18, 59:23, 62:4, 67:20, 73:6, 73:7, 85:11, 85:22, 86:20, 87:15, 88:16, 92:15, 92:18, 97:14, 99:4, 103:8, 106:2, 114:14, 117:24, 119:6, 120:5, 124:23, 129:8, 135:5, 137:24, 139:4, 139:5, 143:21, 144:2, 146:9, 150:7, 151:17, 152:2, 152:11, 153:24, 157:22, 158:6, 160:8, 161:11, 163:12, 163:17, 164:14, 165:7, 166:4, 167:2, 169:18, 171:15, 173:21, 179:10, 181:20, 182:8, 184:7, 184:25, 185:17, 186:4, 187:22, 187:25, 188:25, 190:19, 190:24, 192:12, 193:2, 193:7, 202:4, 209:1, 216:24, 217:5, 218:8, 218:15, 222:10
seeing [4] - 26:23, 90:8, 114:3, 114:18
seeking [1] - 61:12
seeks [1] - 27:9
sees [1] - 211:14
Segal [1] - 131:1
selected [1] - 45:1
selection [1] - 112:22
Selective [1] - 189:20
selective [64] - 16:25, 17:19, 17:21, 17:22, 17:25, 20:19, 21:3, 49:19, 49:24, 50:8, 50:15, 50:17, 50:19, 51:1, 51:25, 53:1, 53:8, 53:14, 54:2, 54:20, 54:24, 55:4, 55:9,

98:19, 105:4, 105:5, 108:11, 109:22, 110:23, 114:15, 114:21, 115:6, 115:19, 115:21, 118:11, 118:15, 119:8, 120:20, 131:16, 161:25, 162:12, 169:16, 175:14, 175:21, 175:24, 175:25, 176:17, 181:23, 182:5, 184:21, 190:2, 190:6, 190:11, 192:10, 192:14, 197:3, 197:6, 197:17, 198:3, 199:23, 200:18, 201:7, 210:10
selectively [2] - 14:19, 117:10
selectivity [6] - 17:4, 110:21, 174:5, 174:24, 181:19, 197:20
selling [1] - 37:6
sending [1] - 106:5
sends [3] - 87:18, 88:14, 91:22
sense [5] - 91:15, 122:16, 154:6, 175:4, 194:11
sensitive [1] - 110:4
sent [1] - 62:23
sentence [19] - 131:15, 141:9, 152:7, 153:18, 156:14, 158:4, 159:4, 160:4, 173:8, 177:20, 184:1, 184:20, 185:24, 186:12, 187:3, 192:24, 216:18, 216:20
sentences [2] - 130:22, 166:19
series [2] - 72:16, 179:22
serotonergic [2] - 45:23, 137:16
serotonin [29] - 51:13, 89:11, 89:15, 91:6, 95:13, 96:10, 97:8, 105:1, 105:3, 105:11, 111:3, 114:7, 114:18, 115:2, 143:4, 143:5, 143:7, 148:24, 149:8, 149:10, 150:1, 150:4, 175:6, 175:9, 176:5, 215:9, 218:1, 219:1
served [5] - 76:25, 77:2, 194:17, 195:20, 195:21
serves [1] - 91:7
set [1] - 11:7
setting [1] - 186:20
seven [10] - 74:20, 122:19, 125:23, 125:25,

126:10, 127:19, 128:23, 214:12, 214:25, 215:5

**several** [4] - 7:21, 136:19, 152:10, 191:24

**shall** [2] - 61:6, 61:13

**shape** [1] - 88:16

**share** [2] - 95:10, 140:8

**shared** [1] - 133:24

**sharp** [2] - 58:5, 63:10

**sheet** [2] - 93:22, 94:1

**Shenker** [12] - 47:12, 51:15, 54:6, 54:23, 187:10, 187:18, 188:12, 189:10, 191:23, 192:8, 192:18

**shirt** [1] - 181:10

**shirt-sleeves** [1] - 181:10

**shone** [1] - 202:4

**short** [5] - 10:9, 69:4, 89:23, 214:9, 214:20

**shorthand** [1] - 15:16

**show** [30] - 14:24, 17:12, 18:10, 19:4, 19:5, 19:15, 20:22, 22:12, 32:9, 39:9, 41:2, 44:5, 44:24, 53:22, 63:25, 65:9, 68:4, 82:2, 103:15, 117:7, 117:9, 143:5, 154:16, 175:13, 175:17, 176:20, 179:6, 179:12, 207:14, 211:5

**showed** [13] - 26:13, 44:13, 44:23, 44:25, 50:1, 52:10, 82:4, 143:3, 160:24, 175:12, 207:3, 217:6, 219:6

**showing** [3] - 18:18, 107:17, 203:13

**shown** [7] - 48:15, 48:20, 82:13, 96:6, 104:20, 134:15, 142:10

**shows** [8] - 15:17, 33:8, 82:18, 85:9, 113:25, 207:18, 207:19, 207:20

**shrift** [1] - 10:9

**shuts** [1] - 87:10

**side** [46] - 5:3, 14:21, 15:4, 16:3, 16:5, 16:11, 17:5, 17:8, 18:17, 19:22, 31:3, 31:6, 43:18, 85:5, 85:7, 100:3, 100:4, 100:24, 101:1, 106:21, 106:23, 107:13, 108:15, 109:8, 110:2, 110:4, 110:18, 110:19, 111:4, 111:8,

111:18, 112:8, 113:2, 117:1, 117:15, 118:13, 147:1, 151:11, 164:24, 167:9, 167:25, 168:4, 168:6, 171:16, 183:18, 186:1

**sides** [1] - 113:19

**SIEW** [1] - 2:24

**Siew** [1] - 5:18

**sifted** [1] - 44:12

**signal** [8] - 86:5, 86:6, 87:6, 87:18, 87:19, 88:13, 91:23, 106:6

**signaling** [3] - 88:12, 95:3, 98:7

**signals** [3] - 47:19, 91:24, 91:25

**significance** [5] - 44:4, 130:24, 166:4, 171:11, 201:24

**significant** [9] - 7:18, 50:10, 62:6, 115:13, 131:3, 142:8, 164:9, 164:20, 174:13

**silent** [1] - 12:15

**Silver** [2] - 213:4, 213:8

**similar** [18] - 16:13, 17:25, 50:1, 87:7, 87:8, 90:10, 90:22, 108:8, 108:16, 109:2, 115:7, 116:5, 117:9, 120:16, 143:24, 146:21, 162:14, 176:7

**similarly** [1] - 94:24

**simple** [6] - 13:8, 32:13, 81:16, 141:21, 142:6, 193:13

**simpler** [1] - 73:9

**simplified** [1] - 82:14

**simplify** [1] - 199:15

**simply** [7] - 33:23, 52:23, 55:7, 67:8, 78:25, 97:24, 127:24

**simultaneously** [2] - 158:14, 192:5

**single** [11] - 33:16, 47:5, 48:7, 65:5, 89:7, 138:19, 156:14, 156:25, 157:4, 157:10, 157:16

**singled** [1] - 104:13

**sit** [1] - 87:20

**site** [10] - 88:5, 88:10, 88:13, 92:10, 94:21, 98:2, 99:13, 114:5, 114:22, 182:5

**Sites** [1] - 87:17

**sites** [10] - 88:3, 88:7, 88:20, 92:9, 93:13, 115:6, 115:8, 115:11,

116:1, 209:19

**sits** [1] - 87:5

**sitting** [1] - 86:14

**situation** [4] - 7:25, 24:3, 24:11, 58:18

**SIWIK** [2] - 3:15, 3:17

**Siwik** [2] - 5:22, 5:23

**six** [3] - 51:11, 163:11, 185:13

**size** [1] - 196:24

**skill** [40] - 13:19, 14:7, 16:12, 16:24, 17:24, 31:21, 33:21, 35:2, 35:9, 35:11, 35:14, 37:20, 37:23, 38:9, 38:11, 52:7, 57:10, 61:22, 62:17, 67:2, 67:11, 68:16, 100:6, 101:21, 117:5, 118:7, 118:23, 144:15, 174:1, 174:8, 196:18, 197:2, 198:1, 198:14, 200:5, 200:13, 200:17, 201:21, 211:13, 219:2

**skilled** [9] - 32:2, 99:15, 99:18, 99:21, 112:17, 119:2, 174:17, 198:22, 199:11

**skipping** [2] - 146:7, 187:11

**sleeves** [1] - 181:10

**sleight** [1] - 35:6

**slew** [1] - 22:22

**slide** [50] - 12:12, 19:13, 30:4, 36:3, 42:18, 47:10, 80:9, 80:11, 82:11, 83:1, 84:8, 85:5, 85:20, 86:10, 87:15, 88:16, 90:6, 90:8, 90:25, 92:14, 97:9, 97:10, 99:2, 100:2, 100:15, 101:2, 101:23, 102:14, 104:12, 107:15, 108:18, 109:9, 110:6, 111:20, 111:22, 112:16, 113:10, 113:13, 116:10, 116:11, 116:17, 117:19, 117:20, 120:21, 120:22, 120:23, 121:7, 208:19, 208:20

**slides** [4] - 83:24, 84:5, 90:15, 111:13

**slightly** [2] - 118:19, 201:2

**slow** [2] - 123:3, 164:10

**slowly** [1] - 165:2

**slows** [1] - 87:10

**small** [6] - 144:1, 168:14, 169:2, 170:13,

170:19, 170:24

**so-called** [3] - 33:15, 38:23, 46:12

**sole** [1] - 133:11

**solely** [4] - 33:12, 35:8, 37:22, 132:12

**soluble** [1] - 68:15

**solutions** [2] - 14:3, 34:18

**someone** [5] - 170:11, 174:17, 199:7, 200:21, 212:1

**something's** [1] - 18:19

**sometime** [3] - 143:9, 143:18, 203:6

**sometimes** [5] - 28:20, 51:9, 63:15, 218:20, 218:22

**somewhat** [1] - 123:3

**somewhere** [5] - 5:16, 211:7, 212:4, 215:17, 215:19

**son** [3] - 8:19, 52:19

**sorry** [25] - 15:24, 88:8, 113:11, 125:18, 127:15, 142:17, 145:7, 145:14, 145:17, 150:15, 152:18, 174:20, 177:11, 178:6, 178:19, 180:4, 183:10, 188:8, 191:6, 191:21, 192:6, 192:21, 193:5, 199:25, 207:8

**sort** [1] - 19:5

**sound** [1] - 178:4

**sounds** [4] - 126:13, 139:1, 139:16, 152:22

**source** [4] - 147:19, 147:20, 147:22, 177:16

**South** [1] - 2:20

**space** [4] - 86:1, 86:19, 88:1

**spades** [3] - 51:14, 55:25, 56:12

**Spataro** [1] - 6:8

**SPATARO** [1] - 3:6

**speaker** [2] - 79:15, 79:17

**speaking** [2] - 12:7, 175:11

**speaks** [1] - 44:11

**spec** [2] - 37:19, 38:3

**specialized** [6] - 82:15, 82:21, 83:14, 83:15, 85:8, 85:17, 86:2, 88:2

**specialty** [3] - 71:20, 71:22, 71:23

**specific** [20] - 7:11, 33:18, 49:13, 50:2,

55:21, 65:22, 71:25, 81:7, 92:11, 105:8, 108:11, 110:17, 110:21, 110:24, 110:25, 111:3, 112:5, 114:1, 173:19

**specifically** [18] - 14:18, 15:2, 32:24, 46:13, 53:9, 54:21, 55:10, 58:1, 71:23, 77:14, 80:18, 89:12, 90:5, 98:13, 142:20, 161:19, 184:1, 208:4

**specification** [15] - 32:25, 33:18, 33:23, 34:9, 34:11, 34:23, 35:1, 35:8, 35:13, 37:13, 37:15, 37:21, 38:10, 66:16, 67:5

**specifications** [1] - 66:25

**specificity** [5] - 53:22, 109:3, 173:23, 179:7, 179:13

**spectrum** [1] - 55:10

**speculate** [1] - 164:17

**speculated** [3] - 164:25, 179:21

**speculates** [1] - 219:9

**speculating** [6] - 148:18, 151:21, 151:22, 174:15, 179:1, 184:9

**speculation** [2] - 148:20, 174:16

**spelling** [1] - 69:20

**Spencer** [4] - 50:13, 59:17, 207:12

**spending** [1] - 58:19

**spent** [2] - 39:19, 64:17

**spills** [1] - 86:18

**sponte** [1] - 73:11

**Square** [1] - 2:6

**SSRIs** [2] - 149:14

**stable** [1] - 68:14

**stage** [2] - 20:5, 36:12

**stages** [1] - 36:8

**Staller** [1] - 30:3

**stand** [3] - 33:10, 180:16, 221:14

**standard** [8] - 14:1, 22:5, 30:18, 62:2, 67:17, 112:20, 115:24

**standards** [2] - 57:5, 195:25

**standing** [1] - 58:18

**Standish** [1] - 6:15

**STANDISH** [2] - 2:15, 6:16

standpoint [1] - 214:11
Star [1] - 65:4
start [22] - 4:7, 5:2, 8:14, 11:18, 45:6, 45:7, 72:17, 78:9, 82:9, 92:25, 122:14, 124:5, 127:21, 150:9, 153:25, 164:23, 203:11, 208:22, 209:3, 215:20, 219:11, 219:20
started [2] - 115:4, 165:1
Starting [1] - 169:4
starting [9] - 4:4, 137:12, 149:22, 151:12, 169:8, 177:20, 179:4, 181:18, 204:22
starts [2] - 13:4, 163:12
state [15] - 10:1, 58:10, 69:20, 70:3, 73:16, 100:8, 142:4, 149:14, 152:8, 153:19, 156:15, 167:25, 186:16, 191:24, 216:21
statement [37] - 20:24, 22:2, 22:3, 22:9, 24:16, 24:24, 25:3, 25:9, 48:14, 50:1, 58:4, 58:7, 112:4, 116:17, 119:4, 121:3, 121:4, 129:5, 141:24, 142:2, 142:14, 142:22, 142:23, 142:25, 143:1, 143:23, 147:2, 154:6, 157:9, 160:10, 160:24, 163:5, 182:22, 185:20, 193:24, 204:13, 212:21
statement's [1] - 142:2
STATEMENTS [1] - 223:4
statements [7] - 25:16, 25:21, 25:23, 25:25, 29:8, 106:13, 149:17
states [21] - 60:22, 60:23, 146:7, 156:25, 160:5, 173:11, 179:4, 181:18, 184:2, 184:19, 188:19, 191:1, 192:8, 192:18, 192:24, 193:13, 206:16, 216:9
States [4] - 1:22, 43:21, 62:15, 96:3
STATES [1] - 1:1
Statistical [1] - 23:17
statistical [4] - 166:4,

171:6, 171:11, 171:20
status [1] - 63:17
statute [1] - 18:9
stay [1] - 30:24
staying [1] - 159:8
steam [1] - 199:20
Steere [1] - 54:18
stenographically [1] - 1:23
step [5] - 62:6, 118:4, 123:8, 180:12, 217:16
steps [4] - 36:4, 36:5, 36:17, 60:25
STEWART [2] - 2:10, 4:17
Stewart [1] - 4:16
stick [1] - 220:7
still [12] - 10:5, 27:22, 28:17, 47:17, 50:9, 108:2, 153:13, 156:11, 204:17, 211:14, 214:14, 215:17
Stimulant [2] - 133:16
stimulant [5] - 37:7, 46:25, 130:4, 130:13, 141:12
stimulant-induced [1] - 46:25
stimulants [21] - 20:16, 30:15, 30:16, 46:6, 54:5, 76:22, 76:23, 127:5, 131:19, 158:13, 163:13, 174:13, 184:23, 185:16, 190:6, 190:8, 190:10, 193:14, 200:15, 200:22, 216:1
stimulate [4] - 95:23, 144:10, 182:17, 183:2
stimulated [1] - 92:2
stimulates [2] - 146:8, 182:16
stimulating [1] - 146:5
stipulation [1] - 122:10
stood [1] - 175:20
stop [11] - 8:18, 101:20, 198:1, 200:8, 201:25, 202:2, 208:23, 209:4, 209:6, 209:9
stopped [5] - 22:7, 23:5, 25:13, 87:20, 200:9
storage [4] - 53:23, 86:16, 179:8, 179:14
stored [1] - 86:15
story [2] - 133:11, 218:23
straight [1] - 132:4
straightforward [3] -

32:13, 32:15, 219:19
Strattera [9] - 29:9, 29:13, 29:18, 30:6, 30:8, 30:10, 42:24, 43:13, 59:8
Strawn [1] - 6:13
STRAWN [1] - 2:12
Street [1] - 3:16
strength [1] - 115:25
strengthens [1] - 131:18
stress [1] - 76:18
strike [2] - 128:9, 172:11
strong [5] - 42:7, 114:13, 156:5, 205:13, 212:5
stronger [2] - 130:9, 132:20
strongly [4] - 97:7, 114:5, 138:18, 157:15
struck [1] - 27:8
structurally [4] - 89:16, 90:23, 91:18, 162:21
structure [2] - 61:3, 62:5
students [1] - 143:16
studied [4] - 94:13, 95:5, 96:19, 96:20, 96:25, 100:22, 140:15, 144:1, 161:4
studies [25] - 24:22, 27:12, 29:9, 51:6, 72:7, 109:14, 109:22, 121:6, 134:24, 138:9, 149:18, 151:25, 155:1, 155:3, 158:1, 163:23, 203:6, 203:8, 203:11, 203:13, 205:5, 205:21, 218:12, 218:15
studiously [1] - 200:6
study [46] - 15:11, 27:1, 27:9, 27:20, 27:24, 27:25, 59:23, 59:25, 60:23, 61:5, 61:10, 61:18, 62:21, 71:16, 72:2, 78:17, 82:8, 101:18, 102:16, 102:17, 102:18, 102:24, 103:11, 106:18, 116:14, 127:5, 160:25, 163:22, 164:1, 164:8, 164:22, 165:13, 165:21, 173:14, 203:2, 204:15, 204:16, 204:25, 207:3, 207:5, 207:6, 207:13, 211:6, 218:7, 218:14
studying [2] - 129:20, 151:8

stuff [1] - 203:17
style [1] - 128:15
subcutaneously [1] - 68:1
subject [8] - 26:9, 59:11, 61:13, 61:14, 62:11, 68:10, 68:19, 76:13
subjectively [1] - 205:19
subjects [5] - 60:24, 61:8, 140:16, 195:21, 196:13
sublingual [1] - 68:1
submits [1] - 41:20
submitted [2] - 65:8, 74:3
submitting [1] - 40:25
subnumbers [1] - 84:9
subsequent [1] - 56:19
substance [1] - 43:24
substantial [4] - 57:17, 146:20, 163:15, 189:8
subtypes [1] - 7:12
succeed [1] - 62:17
success [3] - 14:4, 29:2, 29:24
successful [7] - 28:15, 29:4, 29:15, 29:20, 192:9, 210:24, 211:24
successfully [1] - 57:21
sucked [1] - 98:5
suctioned [1] - 88:1
sudden [24] - 49:15, 55:13, 55:24, 66:6, 168:13, 168:15, 168:17, 168:22, 169:2, 169:11, 169:18, 170:25, 171:4, 171:24, 172:6, 172:24, 173:5, 174:7, 174:19, 174:22, 176:8, 176:24, 177:6, 197:18
sudden-death [9] - 55:24, 168:17, 168:22, 169:2, 172:24, 173:5, 174:7, 176:24, 197:18
suddenly [1] - 170:12
suffered [1] - 168:13
suffice [1] - 32:9
sufficient [6] - 32:2, 47:8, 153:20, 156:16, 217:7
sufficiently [2] - 62:16, 148:3
suggest [15] - 45:2,

60:12, 63:6, 63:25, 64:6, 75:12, 100:7, 119:13, 146:20, 149:4, 149:7, 151:25, 163:24, 189:6, 211:15
suggested [11] - 8:24, 131:7, 132:19, 132:25, 133:2, 134:11, 137:19, 161:12, 161:20, 161:24, 187:4
suggesting [4] - 53:17, 103:20, 103:21, 161:17
suggestion [10] - 84:6, 151:19, 152:4, 162:18, 179:19, 179:20, 179:21, 198:13, 201:19, 201:21
suggests [3] - 102:7, 174:24, 190:9
sui [1] - 73:11
suicide [3] - 49:6, 166:25, 167:16
suit [1] - 136:25
suitable [1] - 56:4
Suite [3] - 2:3, 2:20, 3:16
sum [1] - 42:9
summarize [4] - 76:11, 76:13, 77:3, 151:7
summarizing [1] - 156:22
summary [22] - 19:3, 20:4, 20:23, 26:2, 27:17, 28:9, 34:13, 38:18, 47:6, 65:8, 156:9, 156:13, 156:15, 156:17, 156:18, 156:21, 166:14, 166:20, 184:1, 184:19, 185:10, 216:19
Sun [2] - 2:15, 6:14
SUN [1] - 1:8
superior [3] - 21:11, 21:20, 56:4
support [11] - 15:22, 20:14, 24:20, 26:5, 57:17, 112:4, 137:8, 152:8, 152:22, 202:15, 205:14
supported [2] - 150:8, 173:13
supports [2] - 24:18, 121:3
suppose [1] - 201:4
suppositories [2] - 34:19, 68:2
surgery [1] - 195:8
suspect [3] - 220:1, 221:1, 222:5

**sustained** [5] - 66:13, 66:20, 66:23, 163:15, 163:24
**switched** [1] - 175:3
**sworn** [1] - 69:17
**symbolic** [1] - 93:17
**sympathomimetic** [1] - 15:20
**symptom** [1] - 184:3
**symptoms** [6] - 61:19, 95:6, 103:22, 116:5, 135:16, 201:15
**synapse** [10] - 47:22, 83:9, 83:16, 85:8, 92:21, 95:2, 97:15, 144:5, 183:1, 209:12
**synaptic** [4] - 54:8, 86:1, 87:22, 191:2
**syndrome** [1] - 109:18
**synonymous** [3] - 103:25, 104:2, 110:23
**SYNTHON** [1] - 1:10
**system** [4] - 139:6, 151:16, 155:17, 156:3
**systems** [14] - 45:24, 50:19, 54:16, 71:16, 71:17, 71:24, 72:9, 79:3, 79:5, 116:4, 137:17, 191:25, 192:11, 218:1

**T**

**tab** [32] - 137:6, 141:7, 145:6, 145:16, 145:22, 146:23, 150:13, 150:19, 156:11, 159:18, 165:14, 166:7, 166:10, 172:16, 172:18, 172:19, 178:3, 181:13, 183:9, 183:10, 183:11, 187:11, 210:1, 210:6, 210:7, 210:14, 212:11, 212:19, 213:3, 213:11, 213:20, 215:7
**table** [9] - 4:13, 5:21, 54:24, 142:15, 189:15, 189:20, 190:8, 190:17
**tablet** [1] - 33:12
**tablets** [4] - 34:18, 66:13, 66:16, 66:20
**talks** [12] - 13:23, 16:2, 20:16, 21:2, 22:12, 22:21, 23:10, 24:1, 54:10, 83:9, 101:16, 110:20
**tandamine** [14] - 38:24, 39:2, 41:6,

41:10, 64:5, 64:9, 65:7, 137:1, 161:21, 161:24, 162:11, 162:19, 162:21, 162:24
**target** [5] - 94:15, 97:7, 116:8, 132:24
**targeted** [4] - 27:25, 28:1, 95:13, 117:11
**tasks** [1] - 137:21
**taught** [12] - 16:18, 49:22, 49:23, 53:8, 54:19, 56:7, 78:20, 78:23, 78:25, 106:20, 143:11, 199:10
**TCA** [2] - 16:10, 163:17
**TCAs** [18] - 16:6, 16:8, 20:17, 20:20, 40:2, 40:5, 41:9, 48:11, 49:24, 50:9, 51:4, 51:6, 56:9, 105:19, 112:6, 160:18, 160:22, 197:19
**teach** [7] - 14:15, 19:24, 31:20, 34:24, 78:14, 78:16, 143:16
**teaches** [2] - 100:20, 108:7
**teaching** [5] - 78:12, 79:8, 117:13, 117:25, 169:15
**teachings** [6] - 19:7, 19:9, 20:18, 111:12, 118:24
**technical** [3] - 89:8, 159:1, 159:2
**technological** [1] - 63:17
**technologically** [1] - 64:13
**Teigen** [1] - 5:24
**telephones** [1] - 12:14
**temperature** [1] - 87:9
**ten** [1] - 101:23
**tend** [3] - 51:11, 97:7, 211:15
**tenure** [1] - 78:20
**term** [5] - 90:25, 155:15, 155:20, 156:3, 161:5
**terminal** [12] - 82:21, 85:17, 85:18, 86:18, 86:25, 88:14, 88:15, 88:19, 88:24, 90:15, 92:21, 97:13
**Terminal** [1] - 85:12
**terminals** [5] - 47:22, 53:23, 91:5, 179:7, 179:13

**terminology** [1] - 110:22
**terms** [16] - 82:22, 82:23, 86:9, 90:24, 92:3, 93:23, 94:3, 94:4, 94:5, 95:19, 99:5, 155:9, 187:16, 216:8, 217:2, 217:3
**terrible** [1] - 44:10
**tertiary** [1] - 163:16
**tertiary-amine** [1] - 163:16
**test** [5] - 6:20, 60:5, 77:18, 102:19, 191:18
**tested** [9] - 31:4, 36:18, 47:24, 48:4, 50:14, 58:2, 77:7, 77:8, 201:9
**testified** [5] - 64:7, 69:17, 202:19, 203:4, 204:24
**testify** [6] - 10:19, 15:13, 30:3, 39:19, 80:5, 162:5
**testimony** [21] - 10:19, 24:6, 24:25, 25:1, 25:4, 25:15, 59:16, 61:2, 75:4, 79:25, 84:23, 112:12, 120:10, 120:16, 120:25, 126:6, 169:20, 202:15, 204:2, 205:19, 215:16
**testing** [4] - 35:3, 36:8, 59:20, 62:19
**tests** [1] - 186:20
**TEVA** [1] - 1:9
**text** [1] - 128:3
**textbooks** [1] - 67:16
**thankfully** [1] - 78:4
**THE** [144] - 1:1, 1:2, 1:17, 4:1, 4:2, 4:20, 5:2, 5:9, 5:25, 6:11, 6:18, 6:23, 7:17, 8:9, 9:9, 9:12, 9:16, 11:15, 11:19, 11:25, 12:4, 12:8, 12:13, 42:13, 42:22, 68:21, 68:25, 69:3, 69:6, 69:9, 69:10, 69:14, 69:19, 69:22, 72:18, 72:21, 73:4, 73:18, 73:20, 74:5, 74:9, 74:25, 75:6, 75:15, 75:18, 75:25, 79:23, 80:2, 80:14, 80:16, 80:17, 80:20, 80:21, 80:23, 81:14, 81:16, 81:21, 83:23, 83:25, 84:4, 84:10, 84:14, 84:19, 84:23, 93:22, 94:3, 99:20,

99:24, 119:16, 119:19, 121:13, 121:22, 122:1, 122:6, 122:8, 122:12, 122:14, 122:19, 122:23, 123:1, 123:8, 123:9, 123:11, 124:3, 124:10, 124:16, 124:22, 124:24, 125:2, 128:10, 128:14, 128:17, 128:25, 130:18, 130:19, 132:3, 132:8, 132:10, 145:9, 150:14, 150:16, 150:18, 156:10, 156:12, 158:22, 158:24, 159:11, 162:4, 162:8, 169:5, 169:7, 169:22, 180:2, 180:5, 180:7, 180:10, 180:13, 180:15, 180:17, 180:22, 181:1, 181:4, 181:6, 183:10, 195:4, 203:25, 204:3, 204:5, 204:6, 204:7, 220:4, 220:7, 220:11, 220:23, 221:3, 221:7, 221:10, 221:17, 221:18, 221:22, 221:25, 222:2, 222:8, 223:11
**theirs** [1] - 47:10
**themselves** [1] - 167:17
**theoretically** [1] - 59:22
**theories** [2] - 139:18, 139:21
**Theories** [1] - 133:17
**theory** [5] - 59:24, 153:5, 178:15, 178:20, 178:25
**therapeutic** [26] - 53:21, 62:9, 62:13, 65:15, 65:20, 76:24, 105:17, 109:24, 112:25, 131:19, 132:15, 132:18, 133:1, 157:8, 158:10, 163:20, 167:12, 172:10, 172:12, 179:5, 179:25, 181:16, 189:8, 217:5, 217:8, 217:12
**therapies** [1] - 102:10
**therapy** [2] - 47:16, 179:23
**thereabouts** [1] - 10:11
**thereafter** [1] - 84:20
**thereby** [1] - 182:25
**therefore** [7] - 16:5, 18:4, 19:10, 19:18, 56:9, 111:3, 182:21
**thermostat** [2] - 87:8, 87:10
**thesis** [3] - 46:16,

175:19, 176:16
**they've** [4] - 11:6, 53:11, 110:11
**thin** [1] - 82:19
**thinking** [11] - 23:2, 52:13, 57:11, 57:13, 59:1, 59:3, 168:7, 198:1, 198:2, 202:1
**third** [7] - 30:9, 77:15, 95:17, 144:13, 165:16, 184:1, 218:10
**thirds** [1] - 192:7
**this's** [1] - 116:6
**THOMAS** [1] - 3:6
**thousand** [3] - 58:3, 198:5, 201:10
**thousands** [1] - 30:2
**three** [11] - 4:12, 13:1, 30:4, 43:23, 44:13, 56:13, 77:6, 87:15, 90:19, 100:2, 102:9, 118:9, 123:4, 164:21, 165:20, 166:5, 171:22, 189:15
**throw** [2] - 199:22, 200:1
**thrown** [1] - 199:18
**Thursday** [1] - 8:21
**tic** [1] - 109:18
**tissue** [2] - 213:23, 214:1
**Title** [1] - 1:22
**title** [1] - 129:17
**Titus** [4] - 39:8, 41:11, 41:16, 41:21
**today** [20] - 4:4, 4:13, 8:17, 45:15, 47:17, 87:24, 126:7, 136:11, 136:13, 136:14, 136:16, 136:17, 138:6, 138:12, 138:16, 143:16, 153:13, 193:11, 221:14, 221:19
**today's** [1] - 82:14
**together** [4] - 13:15, 34:11, 45:2, 117:4
**tolerated** [1] - 109:7
**Tom** [1] - 6:2
**tomorrow** [6] - 8:17, 8:18, 221:8, 221:19, 222:8, 222:10
**tomoxaphine** [1] - 81:19
**tomoxetine** [96] - 7:11, 13:7, 21:3, 21:10, 22:13, 22:22, 24:2, 24:21, 33:3, 39:24, 40:4, 42:25, 43:2, 46:14, 49:21, 51:24, 51:25, 52:11, 52:19, 53:19, 53:25, 54:5,

252

54:9, 54:17, 54:22, 55:2, 55:25, 56:8, 56:12, 57:24, 60:1, 61:20, 64:2, 65:20, 66:24, 67:25, 68:5, 68:9, 81:4, 81:11, 113:15, 121:4, 121:6, 134:7, 134:15, 158:8, 158:9, 161:13, 161:17, 161:19, 161:20, 162:16, 162:22, 163:1, 168:18, 168:24, 174:1, 174:9, 176:16, 179:12, 179:16, 179:20, 179:24, 181:22, 181:25, 182:10, 182:12, 182:13, 182:24, 185:2, 185:4, 185:9, 189:25, 190:1, 192:3, 192:14, 198:15, 198:23, 200:9, 201:7, 201:16, 201:22, 202:20, 205:24, 206:3, 206:16, 206:23, 207:3, 207:15, 208:14, 210:9, 210:19, 210:24, 211:4, 214:24, 218:16

**Tomoxetine** [2] - 21:19, 24:9

**tomoxetine's** [1] - 211:1

**tons** [1] - 10:25

**Tonya** [1] - 4:18

**TONYA** [1] - 2:10

**took** [7] - 27:2, 132:21, 165:2, 167:16, 167:25, 169:23, 220:9

**tool** [2] - 155:21, 155:23

**top** [10] - 15:15, 21:9, 37:6, 38:6, 83:8, 131:14, 134:3, 141:8, 158:3, 187:3

**top-selling** [1] - 37:6

**topic** [9] - 67:17, 78:25, 118:19, 147:13, 147:16, 148:2, 148:3, 157:25, 193:19

**toss** [3] - 35:1, 35:8, 35:13

**total** [1] - 188:4

**totality** [1] - 45:3

**touched** [1] - 193:19

**Tourette's** [1] - 109:18

**touted** [1] - 52:2

**tow** [1] - 21:9

**toward** [2] - 179:9, 179:17

**towards** [3] - 143:21, 181:19, 198:4

**Tower** [1] - 2:20

**toxic** [5] - 49:6, 54:13, 166:25, 167:11, 191:14

**toxicity** [1] - 212:8

**track** [1] - 92:1

**trained** [1] - 171:22

**training** [9] - 71:10, 100:8, 100:10, 101:25, 102:1, 102:4, 102:5, 170:5

**transcript** [4] - 1:22, 26:20, 60:16, 136:24

**TRANSCRIPT** [1] - 1:5

**transcription** [1] - 42:21

**translate** [1] - 217:3

**translates** [1] - 220:18

**transmission** [2] - 139:6, 154:3

**transmitter** [13] - 47:5, 87:1, 87:18, 87:20, 87:23, 88:14, 88:19, 91:7, 95:21, 96:8, 138:19, 150:5, 157:5

**transmitters** [14] - 46:8, 82:17, 87:24, 87:25, 88:22, 88:25, 89:6, 90:13, 95:13, 105:9, 133:3, 138:23, 154:21

**transporters** [2] - 117:11, 142:21

**transports** [2] - 114:3, 114:23

**travel** [1] - 85:25

**treat** [41] - 14:17, 15:11, 15:23, 16:16, 17:13, 18:2, 20:16, 20:17, 22:14, 46:17, 49:5, 77:13, 79:13, 90:3, 103:10, 134:7, 136:3, 144:10, 147:5, 154:3, 157:8, 161:13, 161:17, 162:19, 163:2, 166:24, 168:1, 168:18, 168:24, 169:13, 194:3, 194:12, 198:15, 200:9, 201:16, 206:4, 206:16, 206:23, 207:15, 208:14, 217:4

**treated** [10] - 15:18, 24:3, 24:11, 57:21, 135:10, 168:12, 171:23, 171:24, 177:22, 218:9

**treating** [38] - 7:8, 13:6, 15:15, 16:10, 17:18, 19:21, 19:24, 23:12, 32:15, 37:9,

40:2, 40:6, 59:7, 63:25, 81:3, 89:25, 104:21, 107:12, 107:21, 108:10, 109:1, 109:5, 111:17, 112:2, 118:3, 118:12, 118:17, 118:22, 119:5, 119:9, 121:5, 128:6, 146:15, 155:18, 192:8, 200:3, 207:4, 218:17

**treatment** [64] - 7:6, 7:10, 7:11, 13:7, 17:16, 17:20, 21:11, 21:20, 24:2, 24:10, 25:20, 28:2, 43:22, 44:4, 45:17, 53:21, 60:2, 68:18, 79:5, 79:6, 82:3, 82:5, 94:11, 94:13, 99:19, 100:21, 100:25, 101:17, 103:3, 103:16, 104:23, 107:18, 108:4, 116:9, 120:2, 131:20, 134:16, 134:18, 141:17, 142:5, 144:2, 147:11, 149:9, 149:15, 156:20, 163:14, 169:17, 176:1, 179:6, 181:16, 184:10, 185:16, 186:24, 187:16, 198:23, 205:24, 206:9, 208:9, 208:12, 215:23, 216:1, 216:11, 216:21, 216:23

**treatments** [4] - 45:13, 170:21, 186:2, 213:5

**Trial** [58] - 66:22, 67:19, 67:23, 74:18, 84:17, 85:2, 104:11, 107:14, 110:7, 113:11, 116:10, 124:12, 124:14, 125:3, 126:15, 128:20, 129:18, 137:2, 137:7, 141:7, 141:14, 145:6, 145:11, 145:22, 146:24, 147:7, 150:13, 150:19, 153:16, 156:8, 159:18, 163:9, 164:2, 165:5, 165:15, 165:20, 166:8, 172:17, 176:21, 177:8, 178:3, 178:7, 181:13, 183:9, 187:11, 190:18, 210:2, 210:15, 212:15, 212:19, 213:4, 213:12, 213:21, 214:8, 215:8, 215:20, 216:14, 217:10

**TRIAL** [1] - 1:6

**trial** [22] - 4:4, 4:19, 8:25, 10:7, 18:16, 31:14, 36:7, 36:22, 37:1, 37:25, 38:4, 39:9, 59:12, 62:12, 63:15,

74:4, 83:21, 145:20, 163:20, 201:12, 210:19, 211:5

**trials** [10] - 62:3, 62:9, 63:18, 68:10, 150:2, 158:4, 186:14, 210:25, 211:22, 211:24

**triangles** [5] - 98:9, 98:10, 98:12, 209:15, 209:21

**tricyclic** [37] - 44:5, 46:9, 48:24, 49:2, 49:8, 55:21, 58:5, 95:9, 96:17, 97:1, 97:2, 97:5, 98:17, 101:16, 104:22, 105:6, 106:21, 110:16, 112:7, 116:25, 117:16, 118:13, 127:12, 163:21, 163:22, 166:21, 167:10, 167:20, 173:16, 173:19, 186:9, 188:12, 189:9, 208:5, 215:2, 220:13

**tricyclic-type** [2] - 49:2, 166:21

**tricyclics** [29] - 51:1, 55:11, 55:17, 97:17, 99:3, 104:20, 104:24, 105:22, 106:7, 106:12, 106:15, 106:16, 108:13, 117:12, 163:23, 168:1, 170:22, 171:2, 173:12, 175:3, 175:6, 175:22, 175:25, 186:17, 186:23, 193:14, 200:16, 209:23, 218:25

**tried** [5] - 40:16, 53:12, 56:18, 135:12, 135:15

**triggers** [1] - 179:22

**Triglio** [1] - 6:10

**trouble** [2] - 63:15, 139:15

**troublesome** [1] - 68:6

**true** [18] - 18:18, 18:19, 24:24, 25:10, 40:24, 45:14, 64:14, 105:1, 138:14, 157:7, 167:23, 171:5, 172:8, 186:19, 193:18, 195:22, 218:3

**truly** [3] - 51:25, 53:1, 53:8

**truth** [2] - 25:17, 60:4

**try** [24] - 9:19, 9:25, 10:3, 10:5, 14:1, 14:5, 17:16, 17:17, 18:3, 38:13, 40:15, 51:11, 73:21, 83:5, 111:19, 122:11, 134:14, 158:19,

164:24, 171:20, 175:22, 199:14, 199:15

**trying** [6] - 10:5, 12:2, 21:12, 123:4, 124:20, 174:1

**turn** [48] - 14:6, 14:10, 15:7, 18:6, 22:18, 23:9, 28:19, 90:22, 129:2, 130:20, 137:6, 137:11, 141:14, 145:5, 145:22, 146:3, 146:23, 147:1, 148:6, 151:10, 156:8, 156:23, 157:22, 159:17, 160:3, 160:13, 166:7, 166:14, 172:16, 173:6, 177:8, 177:19, 179:3, 183:25, 185:21, 187:21, 189:15, 190:18, 192:6, 192:16, 210:1, 210:14, 212:11, 213:3, 213:11, 213:20, 215:7

**turned** [1] - 48:4

**tutorial** [1] - 10:11

**twelve** [1] - 145:17

**twice** [1] - 30:16

**Two** [1] - 2:6

**two** [45] - 10:11, 11:2, 12:6, 13:3, 23:24, 25:18, 31:13, 32:12, 36:20, 47:13, 52:20, 60:25, 69:1, 72:2, 75:14, 80:15, 83:7, 83:10, 86:24, 87:21, 88:20, 92:20, 95:13, 96:23, 97:6, 100:5, 103:21, 104:14, 107:10, 117:7, 156:14, 165:10, 166:1, 166:19, 170:16, 185:4, 185:9, 188:5, 192:7, 196:16, 197:20, 203:5, 205:5, 205:21

**two-hour** [1] - 10:11

**two-part** [2] - 185:4, 185:9

**two-sentence** [1] - 156:14

**two-thirds** [1] - 192:7

**type** [10] - 37:1, 49:2, 53:24, 71:25, 82:15, 103:1, 114:14, 166:21, 179:9, 179:17

**types** [7] - 53:10, 107:6, 114:11, 114:12, 138:24, 140:17, 195:12

**typically** [5] - 87:8, 88:6, 94:12, 96:3, 97:6

## U

**U.S** [2] - 36:24, 41:18
**U.S.C** [1] - 18:9
**U.S.D.J** [1] - 1:17
**ultimately** [3] - 207:14, 215:12, 217:16
**um-h'm** [1] - 213:25
**unable** [2] - 43:11, 52:23
**unambiguous** [1] - 48:14
**unanimous** [1] - 149:19
**uncertain** [2] - 48:12, 217:13
**unclear** [1] - 47:11
**Under** [1] - 201:18
**under** [17] - 8:1, 17:16, 18:24, 44:21, 54:6, 54:10, 59:12, 60:12, 129:2, 146:3, 148:6, 154:12, 156:13, 170:20, 186:24, 190:22, 192:17
**underactivity** [1] - 152:10
**undergraduate** [4] - 78:14, 78:19, 79:11, 143:16
**undergraduates** [1] - 78:21
**underlying** [2] - 104:19, 193:20
**underneath** [1] - 216:19
**understatement** [2] - 39:17, 139:3
**understood** [6] - 67:14, 120:15, 129:13, 138:12, 138:16, 176:12
**undertake** [1] - 112:17
**undertaken** [1] - 77:4
**undisputed** [1] - 158:11
**undue** [8] - 31:22, 32:5, 32:6, 32:11, 36:24, 37:4, 38:1, 66:9
**unenforceability** [2] - 31:16, 38:16
**unenforceable** [2] - 7:3, 42:11
**unexpected** [5] - 30:12, 30:13, 30:18, 30:22, 31:4
**unfortunate** [2] - 49:5, 166:24
**unfortunately** [2] -

170:20, 191:14
**unique** [2] - 82:15, 195:2
**UNITED** [1] - 1:1
**United** [4] - 1:22, 43:21, 62:15, 96:3
**University** [10] - 70:8, 70:9, 70:14, 70:24, 70:25, 71:2, 71:5, 71:12, 78:11, 78:12
**unknown** [4] - 45:10, 48:17, 48:19, 160:7
**unlike** [3] - 51:17, 65:17, 188:21
**unlikely** [2] - 189:7, 214:24
**unproved** [1] - 26:8
**unrelated** [1] - 174:19
**unresolved** [2] - 47:17
**unsupported** [1] - 26:12
**untenable** [2] - 156:25, 157:10
**unwanted** [1] - 107:7
**up** [60] - 11:23, 11:24, 12:5, 12:12, 19:21, 21:9, 22:9, 23:19, 23:24, 29:6, 30:24, 33:10, 33:24, 34:22, 39:9, 42:20, 44:9, 47:10, 49:11, 51:14, 59:7, 82:11, 83:2, 83:16, 83:21, 87:9, 88:1, 92:12, 92:23, 93:6, 93:9, 93:12, 93:15, 98:5, 113:17, 117:19, 120:12, 121:3, 131:13, 133:6, 148:17, 149:20, 154:11, 154:13, 154:16, 165:2, 175:20, 180:11, 185:14, 187:3, 193:19, 199:21, 208:19, 208:22, 209:13, 209:20, 215:17, 217:25, 219:10
**upheld** [1] - 40:9
**upper** [1] - 147:1
**Uptake** [1] - 52:4
**uptake** [18] - 46:17, 47:23, 49:1, 49:20, 53:23, 54:16, 166:21, 173:20, 179:7, 179:13, 190:14, 190:15, 190:16, 191:11, 191:25, 217:15, 219:4, 219:5
**urinary** [11] - 31:5, 39:22, 40:2, 40:23, 40:25, 41:3, 64:14, 64:15, 64:21, 208:9, 208:12

**urine** [1] - 154:17
**USA** [3] - 1:7, 1:9, 1:10
**Useful** [1] - 189:21
**useful** [8] - 18:10, 18:19, 19:21, 19:24, 54:25, 128:5, 147:19, 169:17
**uses** [3] - 44:16, 77:25, 172:12
**usual** [1] - 67:10
**utility** [54] - 7:3, 12:23, 18:7, 18:8, 18:14, 18:17, 19:1, 19:2, 19:4, 19:6, 19:10, 19:12, 19:18, 20:3, 20:8, 20:14, 20:22, 20:25, 21:6, 22:10, 22:12, 23:8, 23:13, 23:15, 25:22, 26:1, 26:4, 26:5, 26:17, 26:24, 27:4, 27:9, 27:15, 27:19, 28:4, 28:12, 31:20, 50:10, 56:15, 57:7, 57:8, 57:9, 57:16, 57:22, 57:25, 60:14, 62:3, 62:13, 63:1, 119:14, 119:22, 125:14, 193:14, 196:15
**utmost** [1] - 39:13

## V

**vacuumed** [1] - 88:1
**value** [1] - 204:12
**variety** [10] - 32:7, 46:4, 106:1, 106:7, 106:24, 107:6, 113:16, 116:23, 213:5, 213:23
**various** [7] - 45:25, 50:5, 51:12, 67:21, 113:20, 137:18, 196:15
**Venlafaxine** [2] - 214:10, 214:21
**version** [1] - 187:25
**versus** [4] - 114:20, 115:12, 141:13, 164:9
**vertical** [1] - 113:21
**vesicle** [1] - 86:17
**vesicles** [5] - 53:23, 86:13, 86:15, 88:21, 90:17, 92:24, 179:8, 179:14
**Vesicles** [1] - 86:12
**via** [1] - 82:17
**Vicki** [1] - 6:8
**VICTORIA** [1] - 3:6
**videotaped** [3] - 21:15, 22:16, 24:7

**view** [9] - 14:14, 63:17, 75:19, 101:25, 119:12, 119:24, 143:9, 143:11, 201:21
**viewed** [5] - 28:20, 106:18, 169:15, 198:15, 200:25
**viewing** [1] - 201:18
**views** [2] - 100:6, 120:7
**Virginia** [1] - 2:7
**virtually** [2] - 65:14, 201:8
**visit** [2] - 29:25, 30:1
**vitae** [1] - 75:8
**vitro** [1] - 36:18
**vivo** [4] - 36:18, 131:4, 214:12, 214:25
**volume** [13] - 58:4, 122:17, 136:20, 136:23, 136:25, 137:1, 145:10, 145:13, 145:15, 166:7, 172:17, 210:3, 210:4
**VOLUME** [1] - 1:7
**Volume** [7] - 137:3, 137:6, 149:20, 150:14, 169:3, 210:1, 210:3
**volumes** [2] - 44:11, 136:19
**voluminous** [2] - 45:21, 137:15

## W

**Wacker** [2] - 2:13, 2:20
**wait** [9] - 11:2, 121:22, 128:10, 130:18, 156:10, 166:16
**waiting** [1] - 86:14
**walk** [2] - 20:8, 83:5
**walks** [1] - 29:12
**WALLACK** [1] - 2:17
**Wallack** [1] - 5:13
**Wands** [4] - 32:7, 32:12, 34:8, 35:19
**wants** [2] - 81:16, 132:6
**warned** [1] - 34:2
**wary** [1] - 35:7
**waste** [1] - 162:8
**Watson** [13] - 14:14, 14:23, 16:19, 16:20, 16:23, 17:3, 113:21, 117:3, 117:8, 118:6, 216:15, 216:20, 217:10
**Waxman** [1] - 8:1
**WAYDA** [1] - 3:10
**Wayne** [1] - 147:6,

147:8
**ways** [6] - 46:6, 55:17, 66:3, 87:21, 89:22, 173:12
**weak** [1] - 114:13
**weaker** [3] - 106:14, 111:17, 111:18
**Wednesday** [2] - 222:5, 222:12
**week** [10] - 8:17, 9:2, 165:9, 165:10, 165:23, 166:1, 166:5, 186:14, 218:10, 222:6
**weeks** [4] - 164:9, 164:21, 217:5, 218:6
**weight** [4] - 32:10, 75:4, 79:25, 149:4
**welcome** [1] - 180:19
**well-known** [2] - 21:3, 68:11
**West** [2] - 2:13, 3:16
**whatsoever** [2] - 38:7, 65:24
**whereas** [2] - 17:3, 57:7
**whispered** [1] - 101:20
**whole** [10] - 10:16, 30:13, 44:24, 46:4, 46:6, 46:16, 76:12, 155:6, 171:3, 175:19
**wide** [3] - 39:3, 79:2, 110:4
**widely** [12] - 76:20, 94:18, 96:21, 106:13, 106:20, 112:24, 114:24, 116:7, 140:2, 140:4, 146:17, 155:4
**WILLIAM** [1] - 3:17
**William** [2] - 5:22, 31:11
**willing** [2] - 4:8, 41:2
**window'** [1] - 187:5
**WINSTON** [1] - 2:12
**Winston** [1] - 6:13
**wipe** [1] - 40:15
**Wisconsin** [9] - 70:6, 70:8, 70:9, 70:14, 70:17, 70:22, 78:11, 78:13, 221:12
**wish** [1] - 43:4
**wishes** [1] - 4:21
**withdraw** [2] - 40:16, 119:23
**withheld** [1] - 38:17
**witness** [19] - 68:22, 68:24, 69:11, 69:16, 75:7, 72:19, 75:1, 80:5, 126:4, 128:13, 132:6, 159:5, 159:8,

180:16, 221:2, 221:20, 221:22, 221:25, 222:2

**WITNESS** [14] - 69:22, 80:14, 80:17, 80:21, 93:22, 94:3, 123:9, 130:19, 132:8, 150:18, 180:13, 204:5, 204:7, 221:17

**WITNESSES** [1] - 223:11

**women** [2] - 61:21, 62:17

**Wong** [11] - 14:15, 14:24, 16:19, 17:3, 17:4, 52:3, 116:12, 116:13, 117:4, 117:13, 118:6

**word** [7] - 30:8, 132:11, 175:16, 181:18, 196:12, 214:10, 214:20

**words** [3] - 15:19, 22:8, 54:20

**worker** [1] - 112:17

**works** [9] - 16:11, 56:24, 58:17, 58:21, 59:5, 62:19, 148:19, 179:1, 196:3

**world** [2] - 41:11, 98:12

**World** [1] - 3:8

**world's** [1] - 37:5

**worried** [1] - 221:11

**worry** [6] - 12:4, 33:11, 33:20, 35:1, 37:19, 219:20

**worse** [1] - 63:6

**worth** [1] - 72:21

**write** [1] - 25:7

**writes** [4] - 29:25, 148:7, 166:20, 216:7

**writing** [5] - 25:11, 25:12, 133:7, 133:13, 133:21

**writings** [2] - 148:3, 148:4

**written** [6] - 60:24, 133:18, 136:14, 147:18, 150:21, 186:21

**wrote** [11] - 131:6, 131:22, 132:14, 147:10, 147:12, 148:12, 148:13, 177:21, 177:25, 189:13, 189:14

## Y

**Yale** [1] - 71:2

**yardstick** [1] - 203:20

**year** [3] - 136:18,

143:11, 156:19

**years** [18] - 36:1, 36:11, 36:20, 39:19, 56:5, 63:3, 66:3, 66:4, 70:15, 102:9, 104:22, 146:19, 151:7, 156:22, 192:19, 193:1, 193:9, 201:5

**yellow** [2] - 86:20, 113:16

**yellowish** [1] - 88:17

**York** [4] - 3:5, 3:9

**yourself** [2] - 126:24, 170:3

## Z

**Zametkin** [13] - 47:2, 53:16, 101:14, 144:22, 150:12, 150:21, 152:8, 153:17, 156:1, 156:7, 157:21, 183:23, 187:23

**ZYDUS** [1] - 1:10