Arnold B. Calmann (abc@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-3349 (facsimile)

Thomas J. Parker (thomas.parker@alston.com)
Victoria E. Spataro (victoria.spataro@alston.com)
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016-1387
(212) 210-9400 (telephone)
(212) 210-9444 (facsimile)

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | Civil Action No. 07-3770 (DMC)(MF) |
| Plaintiff, | |
| v. | |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS USA, INC., | **ORDER GRANTING MOTION TO SEAL** |
| | *DOCUMENT ELECTRONICALLY FILED* |
| Defendants. | |

{00628613.DOC}

**THIS MATTER** having been opened to the Court by Defendant Mylan Pharmaceuticals Inc. ("Mylan"), by and through its attorneys, Saiber LLC and Alston & Bird, LLP, in connection with Mylan's Motion to Seal, pursuant to Local Civil Rule 5.3(c), portions of its September 7, 2010 Letter to Honorable Dennis M. Cavanaugh, U.S.D.J.; and the Court having considered the papers submitted by Mylan in support of the within Motion; and papers submitted by plaintiff Eli Lilly & Company herein in opposition thereto, if any; and the Court having considered and adopted the Declaration of Victoria E. Spataro, Esq., and the Findings of Fact and Conclusions of Law submitted by Mylan in support of the within Motion; and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the foregoing Confidential document and information; and the Court having considered oral argument of the parties, if any; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown,

**IT IS** on this 22 day of September 2010;

**ORDERED** that Mylan's Motion pursuant to Local Civil Rule 5.3(c) to Seal the subject document and information be and the same is hereby granted; and it is further

**ORDERED** that the following shall be sealed:

- Mylan's September 7, 2010 Letter to Honorable Dennis M. Cavanaugh, U.S.D.J.:
    - Page 3, first full paragraph, after "atomoxetine products" and ending at "This value"
    - Page 3, second full paragraph, after "final approval is received" and ending at "*see* Second Declaration".

**ORDERED** that said document and information shall be sealed and shall be filed **UNDER SEAL** with this Court.

_____
**HONORABLE JOSEPH A. DICKSON**
**UNITED STATES MAGISTRATE JUDGE**