# EXHIBIT 3

Redacted - Public Version







