NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., SUN PHARMACEUTICAL INDUSTRIES LTD., SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br><br>    Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 07-cv-3770 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

    This matter comes before the Court upon the motion of Plaintiff Eli Lilly and Company ("Lilly") for enforcement of a consent judgment against Zydus Pharmaceuticals USA, Inc., and the Court having considered the written submissions of Lilly:

    **WHEREAS** on August 31, 2010, the Federal Circuit granted Lilly's request for an injunction pending appeal and that Court currently having jurisdiction over this matter;

    **IT IS** on this 23rd day of September, 2010;

    **ORDERED** that Lilly's motion for enforcement of consent judgment against Zydus is **denied for lack of jurisdiction.**

                                                      S/ Dennis M. Cavanaugh
                                                      Dennis M. Cavanaugh, U.S.D.J.

Orig.:     Clerk's Office
cc:       All Counsel of Record
           The Honorable Mark Falk, U.S.M.J.