**FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC  20001

*Attorneys for Plaintiff
Eli Lilly and Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-3770 (DMC)(JAD) |
| | ) | |
| v. | ) | |
| | ) | **Motion Day:  December 5, 2011** |
| ACTAVIS ELIZABETH LLC, | ) | |
| GLENMARK PHARMACEUTICALS | ) | |
| INC., USA, SUN PHARMACEUTICAL | ) | |
| INDUSTRIES LIMITED, SANDOZ INC., | ) | |
| MYLAN PHARMACEUTICALS INC., | ) | |
| APOTEX INC., AUROBINDO PHARMA | ) | |
| LTD., TEVA PHARMACEUTICALS | ) | |
| USA, INC., SYNTHON LABORATORIES, | ) | |
| INC., ZYDUS PHARMACEUTICALS, | ) | |
| USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF ELI LILLY AND COMPANY'S MOTION FOR ENTRY OF JUDGMENT**

Pursuant to the reasons set forth in the accompanying memorandum and declarations, Plaintiff Eli Lilly and Company respectfully moves the Court to enter the proposed Final Judgment submitted herewith.

Dated:  November 1, 2011

Respectfully submitted,

ELI LILLY AND COMPANY

By: s/ M. Andrew Holtman
John F. Brenner
Pepper Hamilton LLP
Suite 400
301 Carnegie Center
Princeton, NJ  08543-5276
Tel: (609) 452-0808
Fax: (609) 452-1147

Charles E. Lipsey
L. Scott Burwell
Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
Two Freedom Square,
1955 Freedom Drive
Reston, VA  20190-5675
Tel: (571) 203-2700
Fax: (202) 408-4400

Robert D. Bajefsky
Laura P. Masurovsky
M. Andrew Holtman
Krista E. Bianco
Finnegan, Henderson, Farabow
    Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

2

                  Jennifer S. Swan
                  Finnegan, Henderson, Farabow
                     Garrett & Dunner, LLP
                  Stanford Research Park
                  3300 Hillview Avenue
                  Palo Alto, CA  94304-1203
                  Tel: (650) 849-6600
                  Fax: (650) 849-6666

*Attorneys for Plaintiff Eli Lilly and Company*