**FINNEGAN, HENDERSON, FARABOW,**
 **GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001

*Attorneys for Plaintiff*
*Eli Lilly and Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-3770 |
| | ) (DMC)(JAD) |
| ACTAVIS ELIZABETH LLC, GLENMARK | ) |
| PHARMACEUTICALS, INC., USA, SUN | ) |
| PHARMACEUTICAL INDUSTRIES LIMITED, | ) DOCUMENT FILED VIA ECF |
| SANDOZ INC., MYLAN | ) |
| PHARMACEUTICALS INC., APOTEX INC., | ) |
| AUROBINDO PHARMA LTD., TEVA | ) |
| PHARMACEUTICALS USA, INC., SYNTHON | ) |
| LABORATORIES, INC., ZYDUS | ) |
| PHARMACEUTICALS, USA, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF L. SCOTT BURWELL IN SUPPORT OF ELI LILLY AND COMPANY'S MOTION FOR ENTRY OF JUDGMENT**

I, L. Scott Burwell, declare, under penalty of perjury, as follows:

1. I am an attorney at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attorneys for Plaintiff Eli Lilly and Company ("Lilly") in this action. I am thoroughly familiar with the facts and circumstances of this action. I make this declaration in support of Lilly's Motion for Entry of Judgment.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the mandate, issued on October 25, 2011, by the United States Court of Appeals for the Federal Circuit ("Federal Circuit") in *Eli Lilly and Company v. Actavis Elizabeth LLC*, No. 2010-1500.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the opinion, issued on July 29, 2011, by the United States Court of Appeals for the Federal Circuit ("Federal Circuit") in *Eli Lilly and Company v. Actavis Elizabeth LLC*, No. 2010-1500.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the Federal Circuit's Order granting Lilly's motion for injunction pending appeal in *Eli Lilly and Company v. Actavis Elizabeth LLC*, No. 2010-1500.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment. Executed this 1st day of November, 2011.

By: _____
L. Scott Burwell
Attorney for Plaintiff
Eli Lilly and Company