**Exhibit 1**

# United States Court of Appeals for the Federal Circuit

2010-1500

ELI LILLY AND COMPANY,

        Plaintiff-Appellant,

v.

ACTAVIS ELIZABETH LLC,

        Defendant-Appellee,

and

SUN PHARMACEUTICAL INDUSTRIES, LTD.,

        Defendant-Appellee,

and

SANDOZ, INC.,

        Defendant-Appellee,

and

MYLAN PHARMACEUTICALS INC.,

        Defendant-Appellee,

and

APOTEX INC.,

        Defendant-Appellee,

and

AUROBINDO PHARMA LTD.,

        Defendant-Appellee,

and

TEVA PHARMACEUTICALS USA, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States District Court for the District of New Jersey

in CASE NO(S).     07-CV-3770

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED-IN PART, REVERSED-IN-PART, and REMANDED**

ENTERED BY ORDER OF THE COURT

DATED JUL 29 2011

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** OCT 25 2011