FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC  20001

*Attorneys for Plaintiff*
*Eli Lilly and Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br><br>            Defendants. | Civil Action No. 07-3770 (DMC)(JAD) |

**SUPPLEMENTAL DECLARATION OF RAYMOND S. SIMS**

1.   I previously submitted a Declaration in this action dated August 12, 2010.

2.   I hereby update paragraph 4 of my August 12, 2010, Declaration to refer to my current *curriculum vitae*, which is attached hereto as Exhibit 1.

3.   I hereby update paragraph 5 of my August 12, 2010, Declaration to reflect that my current billing rate is $660 per hour.

4.   I have reviewed the October 24, 2011, Declaration of Rebecca Morison, in which she indicates that the statements made in paragraphs 5-36 of the August 12, 2010, Declaration of Michael Mason remain true and correct today, as supplemented by paragraph 6 of her Declaration. Based on my review and reliance upon the Declaration of Ms. Morison, I hereby state that the statements made in my August 12, 2010, Declaration that refer to the August 12,

2010, Declaration of Mr. Mason remain true and correct today.  The remaining statements in my August 12, 2010, Declaration, as updated by paragraphs 2 and 3 above, also remain true and correct today.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Oct. 26, 2011

Raymond S. Sims