**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001

*Attorneys for Plaintiff
Eli Lilly and Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS, INC., USA, SUN PHARMACEUTICAL, INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC., | ) **Civil Action No. 07-3770 (DMC) (JAD)** |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following documents filed this day in support of Eli Lilly and Company's Notice of Motion for Entry of Judgment were served upon all parties' counsel of record by the undersigned this 1st day of November, 2011, via ECF: (1) Notice of Motion for Entry of Judgment; (2) Memorandum of Law in Support of Motion for Entry of Judgment; (3) Declaration of Rebecca Morison; (4) Proposed Order Granting Motion for Entry of Judgment; and (5) this Certificate of Service.  Notice of this filing will be sent to all

parties' counsel of record through the Court's system.  The sealed portion of this filing was caused to be served via electronic mail upon all parties' counsel of record.

           s/  M. Andrew Holtman
           M. Andrew Holtman
           FINNEGAN, HENDERSON, FARABOW,
            GARRETT & DUNNER, LLP
           901 New York Ave., N.W.
           Washington, DC 20001
           Tel: (202) 408-4000
           Fax: (202) 408-4400
           andy.holtman@finnegan.com

           Attorney for Plaintiff
           Eli Lilly and Company