## CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | °MEMBER N.Y. BAR ONLY |
| | BRIAN H. FENLON | | | |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | November 17, 2011 | | |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

*Via ECF and Federal Express*
Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
Room PO-09
50 Walnut Street Room
Newark, NJ 07101

  Re: *Eli Lilly and Company v. Actavis Elizabeth LLC et al.,*
    <u>Civil Action No. 07-3770 (DMC)(MF)(D.N.J.)</u>

Dear Judge Cavanaugh:

  We, along with Rakoczy Molino Mazzochi Siwik LLP, represent Defendant Aurobindo Pharma Ltd. ("Aurobindo") in the above-captioned matter. We write on behalf of Defendants Aurobindo, Sun Pharmaceutical Industries Limited, Sandoz, Inc., Mylan Pharmaceuticals, Inc., and Apotex Inc. (collectively, "Defendants") to seek an <u>unopposed</u> two-week extension of time to respond to Plaintiff Eli Lilly and Company's ("Lilly") motion for entry of judgment.

  On November 1, 2011, without previously consulting Defendants, Lilly filed its motion for entry of judgment which included, *inter alia*, Lilly's proposed final judgment order. After having the opportunity to review and fully consider Lilly's proposed final judgment order, Defendants collectively responded to Lilly with a counter-proposal. On November 16, 2011, Lilly responded to Defendants' counter-proposal by suggesting additional revisions. Given the current November 21, 2011 deadline for Defendants to file an opposition to Lilly's motion, Defendants seek additional time to confer with their respective clients and with Lilly to determine whether the parties can reach an agreement regarding the form of the final judgment order.

  Accordingly, in view of this and the upcoming Thanksgiving holiday, Defendants seek a two-week extension, until <u>December 5, 2011</u>, to file their response to Lilly's motion for entry of judgment. Defendants contacted Lilly about this request, and Lilly indicated that it does not oppose Defendants' request.

  If the foregoing request meets with Your Honor's approval, it is respectfully requested that Your Honor "So Order" this letter.

Honorable Dennis M. Cavanaugh, U.S.D.J.
November 17, 2011
Page 2

Thank you for your attention to and consideration of this matter.

Respectfully yours,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

MELISSA E. FLAX

MEF
cc:     All Counsel of Record (via ECF and email)

                **SO ORDERED THIS ___ DAY OF NOVEMBER, 2011**

_____
HON. DENNIS M. CAVANAUGH, U.S.D.J.