**Exhibit 3**

CHARLES P. McGUIRE
CERTIFIED SHORTHAND REPORTER
1242 University Drive
Yardley, Pennsylvania 19067

(215) 840-7030

T. O. DC

TO: Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, D. C. 20001-4413
Attn: Charles E. Lipsey, Esq.

RE: Eli Lilly and Company
v. Activis Elizabeth et al.
Civ. No. 07-cv-3770-DMC

DATE:  June 1, 2010

INVOICE NO. 66110

TRANSCRIPT:  of proceedings held in relation
to the above-captioned matter on
May 18, 19, 24, 25, 26 and 27,
2010, before the Hon. Dennis M.
Cavanaugh, USDJ; 1431 pages @
$2.00 per page                    $2862.00

REALTIME
TRANSCRIPT: of proceedings held in relation
to the above-captioned matter on
May 24, 25, 26 and 27, 2010;
806 pages @ $1.20 per page           967.20
                                   $3839.20

Thank you.

I certify that the transcript fees charged and page
format used comply with the requirements of the Court
and the Judicial Conference of the United States.

## DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

148496

- [ ] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [x] 07-RESTON
- [ ] 08-CAMBRIDGE

### FOR ACCOUNTING USE ONLY

Invoice Number: _____  Vendor Number: _____

Invoice Date: ☐☐☐☐ / / Pay Date: ( _____ days) / /20

☐☐☐☐ ☐☐ ☐☐ ☐☐☐☐ US $ _____

Acct. No.   Off.   Dept.   Part.   Total _____

| | Client No. | Matter No. | Amount |
|---|---|---|---|
| X Charge to | 02021 | 8095 . 00000 | US $ 3839.20 |
| Charge to | | | US $ |

- [x] Make check payable to: *Charles McGuire*
- [ ] No check is required (Vendor Name) _____   ☐ Return check to: _____
- [ ] No check is required (Charge Client) _____   by (date) _____
- [ ] PTO Deposit Acct _____

Prepared by: *C Powel*   Ex. 2416   Date 6/30/10   Mail drop _____

Atty. Name: *CE Lipsey*   Atty.# 077   Approval _____

### PTO/FEES

- 01 ☐ Application Filing Fee ($_____)
- 02 ☐ 1 Month Extension ($_____)
- 03 ☐ 2 Month Extension ($_____)
- 04 ☐ 3 Month Extension ($_____)
- 05 ☐ Extra Claim Fee ($_____)
- 06 ☐ Assignment Recordation Fee ($_____)
- 07 ☐ Notice of Appeal Fee ($_____)
- 08 ☐ Appeal Brief Fee ($_____)
- 09 ☐ Correction Fee ($_____)
- 10 ☐ Sections 8 & 15 Fee ($_____)
- 11 ☐ Issue Fee ($_____)
- 13 ☐ Petition Fee ($_____)
- 14 ☐ Missing Parts ($_____)
- 15 ☐ Multiple Copies ($_____)
- 17 ☐ Maintenance Fee ($_____)
- 19 ☐ Other PTO Fees ($_____)
- 52 ☐ Patent/TM Copies ($_____)
- ☐ _____
- ☐ _____
  (for items not listed)

### MISCELLANEOUS

**A/P RECEIVED**
**JUL 01 2010**

- ☐ Atty. Travel of _____
  to _____
  on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____
  (for items not listed)

### MUST HAVE APPROVAL*

- 21 ☐ Court Reporter for *trial transcripts* Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 ☐ Outside Printing/Photocopying _____
- 64 ☐ In-house Photocopies
- 54 ☐ Other Outside Services _____
- ☐ _____
- ☐ _____
  (for items not listed)

Additional description for billing purposes:

_____

_____

*Attach Invoice