**Exhibit 4**



*Ellen Grauer*
**COURT REPORTING**

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

| Invoice Date | Invoice # |
| --- | --- |
| Wednesday, May 13, 2009 | 20091467EU |

Thomas Beck
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**Job Date/Time:**     4/6/2009 9:00:00 AM

9431HB

**Witness:**    Craig W. Berridge, PhD

**Federal Tax Id #:** 42-1650856

**Case:**     Eli Lilly vs. Actavis Elizabeth
**Venue:**

| Description | Quan | Total |
| --- | --- | --- |
| Original + 1 Expedited Certified Deposition | 295 | $2,507.50 |
| Exhibits | 1 | $59.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Realtime | 295 | $590.00 |
| Delivery | 1 | $23.00 |
| | **Sub Total** | $3,329.50 |
| | **Payments** | $3,329.50 |
| | **Balance Due** | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*



*Ellen Grauer*
**COURT REPORTING**
Co. LLC
A WBENC - Certified Women's Business Enterprise

126 East 56th Street, Fifth Floor, New York, New York 10022
Phone: (212) 750-6434   Fax: (212) 750-1097



I N V O I C E

*16134*

| Invoice Date | Invoice # |
|---|---|
| Tuesday, March 23, 2010 | 20100983EA |

Robert D. Bajefsky
Finnegan Henderson Farabow Garrett & Dunner
901 New York Avenue, NW
Washington, DC 20001

Job Date/Time:          3/5/2010 8:30:00 AM

12097HB

Witness:     James R. Johnson, Ph.D.

Federal Tax Id #: 42-1650856

Case:     Eli Lilly vs. Actavis Elizabeth

Venue:

| Description | Quan | Total |
|---|---|---|
| Reporter's Appearance (early a.m., am & pm) | 1 | $225.00 |
| Original + 1 Expedited Certified Deposition | 288 | $2,448.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Exhibits | 1 | $150.00 |
| Immediate Rough ASCII | 288 | $432.00 |
| Delivery | 1 | $45.00 |
| | Sub Total | $3,300.00 |
| | Payments | $0.00 |
| | Balance Due | $3,300.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*

# Jones Reporting Company, Inc.                    Invoice

**Please visit our website at www.jonesreporters.com**

Two Oliver Street, Suite 804

| Invoice Date | Invoice # |
|---|---|
| Wednesday, August 27, 2008 | 18625FR |

Boston, MA 02109

Phone: (617) 451-8900     Fax: (617) 451-3535

Sandra A. Bresnick
Sidley Austin, LLP
787 Seventh Ave.
New York, NY 10019

Phone:               Fax:

| | |
|---|---|
| **Witness:** | Thomas Spencer, M.D., pp 1-161 |
| **Case:** | Eli Lilly vs. Actavis Elizabeth LLC* |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 8/21/2008 |
| **Start Time:** | 9:05 AM |
| **End Time:** | 2:33 PM |
| **Reporter:** | Loretta Hennessey |
| **Claim #:** | |
| **File #:** | 17254FR |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CC | Copy of Transcript | $2.75 | 161 | $442.75 |
| RDD | Rough Draft Disk | $1.25 | 161 | $201.25 |
| CTA | Condensed Transcript/Media Package | $45.00 | 1 | $45.00 |
| E | Exhibit copies | $0.35 | 299 | $104.65 |
| SH | Shipping & Handling | $42.48 | 1 | $42.48 |
| | | **Sub Total** | | $836.13 |
| | | **Payments** | | $836.13 |
| | | **Balance Due** | | $0.00 |

Fed. I.D. # 86-1100261

*Payments due in 30 days. 1% interest accrued on all balances over 30 days.*



# *Ellen Grauer*
## COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

# I N V O I C E

| Invoice Date | Invoice # |
|---|---|
| Friday, October 31, 2008 | 20083837EU |

Todd Wagner
Sidley Austin LLP
1501 K Street, N.W.
8th Floor
Washington, DC 20005

**Job Date/Time:**     9/24/2008 9:30:00 AM

8008HB

**Witness:**    Philip Erickson 30(b)(6)

**Federal Tax Id #:** 42-1650856

**Case:**    Eli Lilly vs. Actavis Elizabeth
**Venue:**

| Description | Quan | Total |
|---|---|---|
| Original + 1  Certified  2 Day Daily Deposition | 124 | $1,109.80 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Exhibits | 1 | $127.00 |
| Immediate  Rough ASCII | 124 | $186.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Delivery | 1 | $23.00 |

| | |
|---|---|
| Sub Total | $1,595.80 |
| Payments | $1,595.80 |
| Balance Due | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*



**Corporate Headquarters**
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2008
**INVOICE #** 102208-60673

**Bill To:**
Scott B. Familant Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**CASE:** Eli Lilly v. Actavis Elizabeth
**DEPOSITION:** Jadeja, Janak
**DATE:** 10/22/2008
**CITY:** New York
**STATE:** New York

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Francis Frederick | Silvio Facchin | Messenger | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original Transcript & 1 Copy | 231 | $4.75 | $1,097.25 |
| Original Transcript - 2-Day Delivery | 231 | $2.75 | $635.25 |
| Interactive Real-time | 231 | $1.50 | $346.50 |
| Rough ASCII | 231 | $1.50 | $346.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $25.00 | $25.00 |
| Certified Copy Sold Discount (1) | 231 | -$0.25 | -$57.75 |

| | | |
|---|---|---|
| SUBTOTAL | $2,532.75 |
| SHIPPING & HANDLING | $15.00 |
| TOTAL | $2,547.75 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



## Ellen Grauer
### COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

Wayne R. Bobb
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 12, 2008 | 20084056EU |

Job Date/Time:     10/9/2008 8:30:00 AM

8113HB

Witness:     Elizabeth Stewart

Federal Tax Id #: 42-1650856

Case:     Eli Lilly vs. Actavis Elizabeth
Venue:

| Description | Quan | Total |
|---|---|---|
| Reporter's Appearance (early a.m., am & pm) | 1 | $225.00 |
| AM pages | 16 | $31.20 |
| Original + 1 Certified 2 Day Daily Deposition | 106 | $948.70 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Exhibits | 1 | $70.00 |
| Realtime | 106 | $212.00 |
| Delivery | 1 | $45.00 |

| | |
|---|---|
| Sub Total | $1,531.90 |
| Payments | $1,531.90 |
| Balance Due | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*



# Ellen Grauer
## COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 12, 2008 | 20084059EU |

Wayne R. Bobb
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**Job Date/Time:**     10/9/2008 8:30:00 AM

453AP

**Witness:**    Jennifer King

**Federal Tax Id #:** 42-1650856

**Case:**    Eli Lilly vs. Actavis Elizabeth

**Venue:**

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified 2 Day Daily Deposition | 132 | $1,181.40 |
| Realtime | 132 | $264.00 |
| DVD Sync (MPEG1 w/Load Files) | 3 | $585.00 |
| 8.375% sales tax | 1 | $48.99 |

| | |
|---|---|
| **Sub Total** | **$2,079.39** |
| **Payments** | **$2,079.39** |
| **Balance Due** | **$0.00** |

*You can now download your transcripts online @ www.ellengrauer.com!*



**Corporate Headquarters**
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

24 | 7 Worldwide Client Service

# INVOICE

**DATE:** 10/31/2008
**INVOICE #** 102308-60676

**Bill To:** Scott B. Familant Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**CASE:** Eli Lilly v. Actavis Elizabeth
**DEPOSITION:** Fullem, Terrence
**DATE:** 10/23/2008
**CITY:** New York
**STATE:** New York

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Francis Frederick | Silvio Facchin | Messenger | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original Transcript & 1 Copy | 309 | $4.75 | $1,467.75 |
| Original Transcript - 2-Day Delivery | 309 | $2.75 | $849.75 |
| Interactive Real-time | 309 | $1.50 | $463.50 |
| Rough ASCII | 309 | $1.50 | $463.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index | 1 | $25.00 | $25.00 |
| Certified Copy Sold Discount (1) | 309 | -$0.25 | -$77.25 |

| | |
|---|---|
| SUBTOTAL | $3,332.25 |
| SHIPPING & HANDLING | $15.00 |
| TOTAL | $3,347.25 |

Please make all checks payable to: **TSG Reporting, Inc.** **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# STATEMENT

**LEGALINK**
**A MERRILL COMMUNICATIONS COMPANY** 

Merrill Communications
One Merrill Circle
St. Paul, MN 55108

REMIT TO: LegaLink, Inc.

P.O. Box 90473
Chicago, IL 60696-0473

STEPHEN C. CARLSON
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
SUITE 3700
CHICAGO IL    60603

*703326*
*#8*

Monday, December 15 2008

| Invoice Number | Invoice Date | Caption | Deponent | Job Date | Balance Due | Days Aged |
|---|---|---|---|---|---|---|
| 14092057 | 11/17/08 | Eli Lilly vs. Actavis, et al | Corinne Hogan | 10/28/08 | 1,575.65 | 30 |
| 14092064 | 11/19/08 | Eli Lilly vs Actavis, et al | Corine Hogan | 10/28/08 | 1,189.50 | 28 |

Total :    2,765.15

Tax ID No :    20-2665382

This is a statement of your account's open invoices. Please review the items above and pay from your invoice to prevent duplicate payments. In order for us to provide the finest service to you please send invoice copy requests, and payment verification requests to theo.gove@merrillcorp.com.

Remit to:    LegaLink, Inc.
P.O. Box 90473
Chicago, IL 696-0473

If you require additional information please contact:

Theo Gove
LegaLink– A Merrill Company
Corporate Collections Administrator
Direct (651) 632-4860
Fax (651) 632-4783
email: theo.gove@merrillcorp.com

*1955376*
*1955 380*

*ok to pay*
*61100 x   S Bresnick*
*37262-8003 6*

LegaLink Chicago
311 South Wacker Drive, Suite 300
Chicago, IL 60606
(800) 868-0061 Fax (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14092057 | 11/17/2008 | 1401-164181 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/28/2008 | WALSJU | 07-3770 (DMC)(MF |

| CASE CAPTION |
|---|
| Eli Lilly vs. Actavis, et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Stephen C. Carlson
Sidley Austin LLP
One South Dearborn
Suite 3700
Chicago, IL 60603

ORIGINAL TRANSCRIPT OF:
Corinne Hogan

                                                                    1575.65

                                        TOTAL  DUE  >>>>        1575.65

LegaLink has merged with Merrill Corporation and can now provide you with complete
litigation support from discovery to trial.

TAX ID NO. :    20-2665382          YOUR REF : 3726280030        (312) 853-7000    Fax (312) 853-7036

*Please detach bottom portion and return with payment.*

Stephen C. Carlson
Sidley Austin LLP
One South Dearborn
Suite 3700
Chicago, IL 60603

                          Invoice No.: 14092057
                          Date       : 11/17/2008
                          TOTAL DUE  :    1575.65

                          Job No.    :  1401-164181
                          Case No.   :  07-3770 (DMC)(MF)
                          Eli Lilly vs. Actavis, et al

Remit To:    **LegaLink, Inc.**
             **PO Box 90473**
             **Chicago, IL  60696-0473**



# Ellen Grauer
## COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

| Invoice Date | Invoice # |
|---|---|
| Thursday, December 18, 2008 | 20084548EU |

Michael D. Hatcher
Sidley Austin LLP
717 North Harwood, ste 3400
Dallas, TX 75201

Job Date/Time:     11/7/2008 9:30:00 AM

8290HB

Witness:    Kalpana Rao Vanam

Federal Tax Id #: 42-1650856

Case:     Eli Lilly vs. Actavis Elizabeth
Venue:

| Description | Quan | Total |
|---|---|---|
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Original + 1  Certified  2 Day Daily Deposition | 160 | $1,432.00 |
| Exhibits | 1 | $512.00 |
| Realtime | 160 | $320.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Delivery | 1 | $45.00 |

| | |
|---|---|
| Sub Total | $2,459.00 |
| Payments | $2,459.00 |
| Balance Due | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*



*Ellen Grauer*
COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

| Invoice Date | Invoice # |
|---|---|
| Tuesday, December 23, 2008 | 20084703EU |

Michael D. Hatcher
Sidley Austin LLP
717 North Harwood, ste 3400
Dallas, TX 75201

**Job Date/Time:** 11/21/2008 9:00:00 AM

8433HB

**Witness:** Ellen Gettenberg

**Federal Tax Id #:** 42-1650856

**Case:** Eli Lilly vs. Actavis Elizabeth
**Venue:**

| Description | Quan | Total |
|---|---|---|
| Original + 1 Expedited Certified Deposition | 214 | $1,819.00 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Immediate Rough ASCII | 214 | $267.50 |
| Realtime | 214 | $428.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Exhibits | 1 | $158.00 |
| Delivery | 1 | $45.00 |

| | |
|---|---|
| **Sub Total** | $2,867.50 |
| **Payments** | $2,867.50 |
| **Balance Due** | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*

# LEGALINK, INC.

**MERRILL LEGAL SOLUTIONS**

111 South Wacker Drive, Suite 300
Chicago, Illinois

Phone (312) 386-2000
Fax (312) 386-2225

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14092196 | 11/21/2008 | 1401-164546 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/05/2008 | WALSJU | |

| CASE CAPTION |
|---|
| Eli Lilly vs. Aurobindo |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Richard F. O'Malley
Sidley Austin LLP
One South Dearborn
Suite 3700
Chicago, IL 60603

ORIGINAL TRANSCRIPT OF:
P.V. Ramprasad Reddy

| Description | | | Amount |
|---|---|---|---|
| | 223 Pages @ | 3.75/Page | 836.25 |
| ATTENDANCE | 7.00 Hours | | 352.50 |
| Interactive Realtime | 223.00 Pages @ | 1.75/Page | 390.25 |
| TotalTranscript | | | 40.00 |
| TotalTranscript Archive | | | 7.50 |
| TotalTranscript Exhibits | 587.00 Pages @ | .40/Page | 234.80 |
| Word Index | | | 72.45 |
| Obtaining Wit Signature | | | 25.00 |
| Process/Delivery | | | 7.00 |

TOTAL DUE >>>> 1,965.75

Thank You. We Appreciate Your Business.

TAX ID NO.: 20-2665382

(312) 853-7000   Fax (312) 853-7036

*Please detach bottom portion and return with payment.*

Richard F. O'Malley
Sidley Austin LLP
One South Dearborn
Suite 3700
Chicago, IL 60603

Invoice No.: 14092196
Date       : 11/21/2008
**TOTAL DUE** :   1,965.75

Job No.  : 1401-164546
Case No.  :
Eli Lilly vs. Aurobindo

Remit To:  **LegaLink, Inc.**
**PO Box 90473**
**Chicago, IL 60696-0473**



# *Ellen Grauer*
## COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

| Invoice Date | Invoice # |
|---|---|
| Thursday, December 18, 2008 | 20084545EU |

Michael D. Hatcher
Sidley Austin LLP
717 North Harwood, ste 3400
Dallas, TX 75201

Job Date/Time:      11/6/2008 9:00:00 AM

8292HB

Witness:    Kevin Shanley

Federal Tax Id #: 42-1650856

Case:     Eli Lilly vs. Actavis Elizabeth
Venue:

| Description | Quan | Total |
|---|---|---|
| Original + 1 Expedited Certified Deposition | 282 | $2,397.00 |
| Immediate  Rough ASCII | 282 | $423.00 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Exhibits | 1 | $293.00 |
| Delivery | 1 | $45.00 |

| | |
|---|---|
| Sub Total | $3,308.00 |
| Payments | $3,308.00 |
| Balance Due | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*



## Ellen Grauer
### COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

| Invoice Date | Invoice # |
|---|---|
| Tuesday, December 23, 2008 | 20084689EU |

Michael D. Hatcher
Sidley Austin LLP
717 North Harwood, ste 3400
Dallas, TX 75201

Job Date/Time:      11/12/2008 9:00:00 AM

8399HB

Witness:    David Wargo

Federal Tax Id #: 42-1650856

Case:     Eli Lilly vs. Actavis Elizabeth
Venue:

| Description | Quan | Total |
|---|---|---|
| Original + 1 Expedited Certified Deposition | 116 | $986.00 |
| Immediate  Rough ASCII | 116 | $174.00 |
| Reporter's Appearance (am) | 1 | $75.00 |
| Exhibits | 1 | $78.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Delivery | 1 | $45.00 |
| Video | 1 | $580.00 |
| DVD Sync (MPEG1 w/Load Files) | 2 | $390.00 |
| Video Delivery | 1 | $28.00 |
| | Sub Total | $2,356.00 |
| | Payments | $2,356.00 |
| | Balance Due | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*



**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL 60606
312-782-8087  FAX 312-704-4550

Job #: 232490

To:
Sidley Austin LLP
10 S. Dearborn
Bank One Building
Chicago, IL 60603
ATTN : Richard O'Malley, ESQ

| INVOICE NUMBER | DATE |
|---|---|
| 297017ECG | 11/21/2008 |

Printed: 12/15/2011

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| YOUR REFERENCE NUMBER: 07 CV 3770 | | | |
| CAPTION: ELI LILLY VS SUN | | | |
| SERVICES PROVIDED ON: 11/14/2008 | | | |
| Dr. Abhay Muthal | | | |
| New York, NY | | | |
| Deposition Attendance Fee | | $ 407.00 | |
| Original Transcript - 2nd Day | 270 @ $ 6.20 | $ 1,674.00 | |
| Rough ASCII | 270 @ $ 1.60 | $ 432.00 | |
| ETV - ASCII | | $ 39.00 | |
| Condensed | | $ 30.00 | |
| Delivery | | $ 10.50 | |
| | PAYMENTS RECEIVED | ($ 2,592.50) | |
| | BALANCE DUE | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 934157
Atlanta, GA  31193-4157
Tax ID # 22-3779684

JOB: 232490  TOT: $ 0.00
INVOICE #: 297017ECG
DATE: 12/15/2011

Sidley Austin LLP
ATTN : Richard O'Malley, ESQ
10 S. Dearborn
Bank One Building
Chicago, IL  60603



# Jones Reporting Company, Inc.

**Invoice**

Please visit our website at www.jonesreporters.com

Two Oliver Street, Suite 804

Boston, MA 02109

Phone: (617) 451-8900    Fax: (617) 451-3535

| Invoice Date | Invoice # |
|---|---|
| Tuesday, October 14, 2008 | 19118FR |

Thomas H. Beck
Sidley Austin, LLP
787 Seventh Ave.
New York, NY 10019

Phone:              Fax:

| | |
|---|---|
| **Witness:** | Joseph Biederman, MD, pp 1-192 |
| **Case:** | Eli Lilly vs. Actavis Elizabeth LLC* |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 10/6/2008 |
| **Start Time:** | 4:02 PM |
| **End Time:** | 9:09 PM |
| **Reporter:** | Loretta Hennessey |
| **Claim #:** | |
| **File #:** | *17637FR* |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CC | Copy of Transcript | $2.75 | 192 | $528.00 |
| RDD | Rough Draft Disk | $1.25 | 192 | $240.00 |
| CT | Condensed Transcript | $30.00 | 1 | $30.00 |
| A/E-TRAN | ASCII Disk/E-Transcript | $25.00 | 1 | $25.00 |
| E | Exhibit copies | $0.35 | 324 | $113.40 |
| SH | Shipping & Handling | $23.97 | 1 | $23.97 |
| | | **Sub Total** | | $960.37 |
| | | **Payments** | | $960.37 |
| | | **Balance Due** | | $0.00 |

Fed. I.D. # 86-1100261

*Payments due in 30 days. 1% interest accrued on all balances over 30 days.*



**Ellen Grauer**
COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

| Invoice Date | Invoice # |
|---|---|
| Thursday, May 07, 2009 | 20091368EU |

Sandra A. Bresnick
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Job Date/Time:          3/20/2009 9:00:00 AM

9272HB

Witness:     John T. Goolkasian

Federal Tax Id #: 42-1650856

Case:     Eli Lilly vs. Actavis Elizabeth
Venue:

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified Deposition | 303 | $1,590.75 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Token | 2 | $140.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| 2 Realtime Hookups | 606 | $1,212.00 |
| Exhibits CD | 1 | $840.00 |
| Delivery | 1 | $23.00 |
| **Sub Total** | | **$3,955.75** |
| **Payments** | | **$3,955.75** |
| **Balance Due** | | **$0.00** |

*You can now download your transcripts online @ www.ellengrauer.com!*



## Ellen Grauer
### COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

| Invoice Date | Invoice # |
|---|---|
| Wednesday, May 13, 2009 | 20091475EU |

Neal Dahiya
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Job Date/Time:      4/10/2009 8:00:00 AM

9430HB

Witness:    Floyd R. Sallee. M.D., Ph.D.

Federal Tax Id #: 42-1650856

Case:     Eli Lilly vs. Actavis Elizabeth
Venue:

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified Deposition | 334 | $1,753.50 |
| AM pages | 39 | $76.05 |
| Realtime | 334 | $668.00 |
| Reporter's Appearance (early a.m., am & pm) | 1 | $225.00 |
| Exhibits | 1 | $156.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Delivery | 1 | $23.00 |

| | | |
|---|---|---|
| Sub Total | | $2,901.55 |
| Payments | | $2,901.55 |
| Balance Due | | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*

# *Ellen Grauer* COURT REPORTING



126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

Sandra A. Bresnick
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

| Invoice Date | Invoice # |
|---|---|
| Tuesday, May 19, 2009 | 20091541EU |

Job Date/Time:    4/17/2009 8:00:00 AM

9465HB

Witness:    Jud A. Staller, M.D.

Federal Tax Id #: 42-1650856

Case:    Eli Lilly vs. Actavis Elizabeth

Venue:

| Description | Quan | Total |
|---|---|---|
| Original + 1 Expedited Certified Deposition | 289 | $2,456.50 |
| Reporter's Appearance (early a.m., am & pm) | 1 | $225.00 |
| Realtime | 289 | $578.00 |
| AM pages | 35 | $68.25 |
| Exhibits | 1 | $98.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Delivery | 1 | $23.00 |

|  |  |
|---|---|
| Sub Total | $3,448.75 |
| Payments | $3,448.75 |
| Balance Due | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*



**Ellen Grauer**
COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

| Invoice Date | Invoice # |
|---|---|
| Wednesday, May 27, 2009 | 20091608EU |

Sandra A. Bresnick
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Job Date/Time:    4/14/2009 9:00:00 AM

9466HB

Witness:    Stephen P. Hinshaw, Ph.D.

Federal Tax Id #: 42-1650856

Case:    Eli Lilly vs. Actavis Elizabeth
Venue:

| Description | Quan | Total |
|---|---|---|
| Reporter's Appearance (am & pm & evening) | 1 | $225.00 |
| Original + 1 Certified 2 Day Daily Deposition | 348 | $3,114.60 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Realtime | 348 | $696.00 |
| Exhibits CD | 1 | $145.00 |
| PM pages | 39 | $76.05 |
| Delivery | 1 | $23.00 |
| **Sub Total** | | $4,279.65 |
| **Payments** | | $4,279.65 |
| **Balance Due** | | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*



*Ellen Grauer*
**COURT REPORTING**

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

I N V O I C E

| Invoice Date | Invoice # |
|---|---|
| Wednesday, May 13, 2009 | 20091460EU |

Michael D. Hatcher
Sidley Austin LLP
717 North Harwood, ste 3400
Dallas, TX 75201

Job Date/Time: 3/27/2009 9:00:00 AM

9333HB

Witness: Atul Shukla, Ph.D.

Federal Tax Id #: 42-1650856

Case: Eli Lilly vs. Actavis Elizabeth
Venue:

| Description | Quan | Total |
|---|---|---|
| Original + 1 Expedited Certified Deposition | 323 | $2,745.50 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Delivery | 1 | $45.00 |
| Realtime | 323 | $646.00 |
| Immediate  Rough ASCII | 323 | $403.75 |
| Exhibits | 1 | $130.00 |

| | |
|---|---|
| Sub Total | $4,120.25 |
| Payments | $4,120.25 |
| Balance Due | $0.00 |

*You can now download your transcripts online @ www.ellengrauer.com!*