**Exhibit 5**

ORIGINAL DATE: 6/28/2010

HILTON NEWARK AT PENN STATION
STATEMENT OF GUEST FOLIO CHARGES
ELI LILLY & COMPANY

| GUEST NAME | ROOM NUMBER | DEPARTURE DATE | ROOM & TAX | FOOD AND BEVERAGE CHARGES | TELEPHONE | LAUNDRY | GIFT SHOP AND SPORTS CLUB | PARKING MOVIES FURNITURE REMOVAL | PAYMENT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PLISZKA, STEVEN | 916 | 5/28/2010 | 4,541.76 | 90.42 | | | 42.00 | 15.00 | | 4,689.18 |

