**Exhibit 6**

# The Patent Place, Inc.

2001 Jefferson Davis Highway
Suite 311
Arlington, Virginia 22202
Telephone (703) 415-1077
Facsimile (703) 415-1080

| | |
|---|---|
| **Date** | **Invoice No.** |
| 3/10/2010 | 27869 |

To: FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4113
Attn: Alison Beach

| DESCRIPTION | AMOUNT |
|---|---|
| RE: Certified File History and Certified Patent 5,658,590<br>YOUR REF: 02021.8095<br>OUR REF: 10030202<br><br>Services in connection with obtaining and forwarding<br>Certified copy of image file history - CD Rom<br>Certified Copy of Patent<br><br>DISBURSEMENTS<br><br>PTO Certification Fees<br>Office Copies<br>Telephone & Handling<br>Overnight Delivery Charges | <br><br><br><br><br>55.00<br>35.00<br><br><br><br>100.00<br>1.00<br>3.00<br>25.00 |
| | **$219.00** |

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

**150389**

☑ 01-DC ☐ 02-JAPAN ☐ 03-KOREA ☐ 04-BELGIUM ☐ 05-CALIF ☐ 06-ATLANTA
☐ 07-RESTON ☐ 08-CAMBRIDGE

**FOR ACCOUNTING USE ONLY**

Invoice Number: _____ Vendor Number: _____
Invoice Date: __/__/__ Pay Date: ( days) __/__/20
Acct. No. ☐☐☐☐  Off. ☐☐  Dept. ☐☐  Part. ☐☐☐☐  US $ _____
Total _____

| Client No. | Matter No. | | Amount |
|---|---|---|---|
| ✓ Charge to 02021 | 8095 | US $ | 249.00 |
| Charge to | | US $ | |

✓ Make check payable to: The Patent Place, Inc
☐ No check is required (Vendor Name) _____ ☑ Return check to: The Patent Place
☐ No check is required (Charge Client) _____ by (date) _____
☐ PTO Deposit Acct: _____
Prepared by: A. Beach   Ext. 6023   Date 3/12   Mail drop 1117
Atty. Name: Laura Masuoka   Atty.# 1037   Approval: _____

## PTO/FEES

01 ☐ Application Filing Fee ($___)
02 ☐ 1 Month Extension ($___)
03 ☐ 2 Month Extension ($___)
04 ☐ 3 Month Extension ($___)
05 ☐ Extra Claim Fee ($___)
06 ☐ Assignment Recordation Fee ($___)
07 ☐ Notice of Appeal Fee ($___)
08 ☐ Appeal Brief Fee ($___)
09 ☐ Correction Fee ($___)
10 ☐ Sections 8 & 15 Fee ($___)
11 ☐ Issue Fee ($___)
13 ☐ Petition Fee ($___)
14 ☐ Missing Parts ($___)
15 ☐ Multiple Copies ($___)
17 ☐ Maintenance Fee ($___)
19 ☐ Other PTO Fees ($___)
52 ☐ Patent/TM Copies ($___)
☐ _____
☐ _____
(for items not listed)

## MISCELLANEOUS

☐ Atty. Travel of _____
to _____
on _____

**A/P RECEIVED**
**MAR 15 2010**

61 ☐ Local Transportation
27 ☐ Court Costs
☐ _____
(for items not listed)

### MUST HAVE APPROVAL*

21 ☐ Court Reporter for _____ Deposition
22 ☐ Expert Witness _____ (Name)
20 ☐ Consulting Services _____ (Name)
25 ☐ Local Counsel for _____
23 ☐ Foreign/Associate Services _____
26 ☐ Translation of _____
16 ☐ Patent Annuity No. _____
28 ☐ Patent Services for _____
24 ☐ Draftsman Services _____
40 ☐ Search Services for _____
56 ☐ Outside Printing/Photocopying _____
64 ☐ In-house Photocopies
54 ☐ Other Outside Services
☐ _____
☐ _____
(for items not listed)

*Attach Invoice

Additional description for billing purposes:
Certified File History and Certified Patent 5,658,590 (B-form)

# The Patent Place, Inc.

2001 Jefferson Davis Highway
Suite 311
Arlington, Virginia 22202
Telephone (703) 415-1077
Facsimile (703) 415-1080

Date: 3/15/2010
Invoice No. 27885

To: FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4113
Attn: Alison Beach

| DESCRIPTION | AMOUNT |
|---|---|
| RE: Certified Assignment 5,658,590<br>YOUR REF: 02021.8095<br>OUR REF: 10030504<br><br>Services in connection with obtaining and forwarding Certified Copy<br><br>DISBURSEMENTS<br><br>PTO Certification Fees<br>Office Copies<br>Telephone & Handling<br>Overnight Delivery Charges | 35.00<br><br><br>29.00<br>0.70<br>3.00<br>25.00 |
| | $92.70 |

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

150391

- [x] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [ ] 07-RESTON
- [ ] 08-CAMBRIDGE

**FOR ACCOUNTING USE ONLY**

Invoice Number: _____ Vendor Number: _____
Invoice Date: __/__/__ Pay Date: ( days) __/__/20
Acct. No. / Off. / Dept. / Part. / US $ _____
Total _____

| Client No. | Matter No. | | Amount |
|---|---|---|---|
| 6 Charge to 02021 | 8095 | . | US $ 92.70 |
| Charge to | | . | US $ |

- [x] Make check payable to: The Patent Place
- [ ] No check is required (Vendor Name) _____ Return check to: _____
- [ ] No check is required (Charge Client) _____ by (date) _____
- [ ] PTO Deposit Acct.

Prepared by: A. Beall  Ext. 6023  Date 3/16  Mail drop 1117

Atty. Name: Laura Masurovsky  Atty.# 1034  Approval: L Masurovsky

### PTO/FEES

- 01 ☐ Application Filing Fee ($____)
- 02 ☐ 1 Month Extension ($____)
- 03 ☐ 2 Month Extension ($____)
- 04 ☐ 3 Month Extension ($____)
- 05 ☐ Extra Claim Fee ($____)
- 06 ☐ Assignment Recordation Fee ($____)
- 07 ☐ Notice of Appeal Fee ($____)
- 08 ☐ Appeal Brief Fee ($____)
- 09 ☐ Correction Fee ($____)
- 10 ☐ Sections 8 & 15 Fee ($____)
- 11 ☐ Issue Fee ($____)
- 13 ☐ Petition Fee ($____)
- 14 ☐ Missing Parts ($____)
- 15 ☐ Multiple Copies ($____)
- 17 ☐ Maintenance Fee ($____)
- 19 ☐ Other PTO Fees ($____)
- 52 ☐ Patent/TM Copies ($____)
- ☐ _____
- ☐ _____
(for items not listed)

### MISCELLANEOUS

- ☐ Atty. Travel of _____
  to _____
  on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____
(for items not listed)

A/P RECEIVED
MAR 18 2010

### MUST HAVE APPROVAL*

- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☒ Patent Services for Strattera Litigation
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 ☐ Outside Printing/Photocopying _____
- 64 ☐ In-house Photocopies
- 54 ☐ Other Outside Services
- ☐ _____
- ☐ _____
(for items not listed)

*Attach Invoice

Additional description for billing purposes:
Certified assignment - $90 per pat.