**Exhibit 7**



Reliable Washington DC
555 12th Street NW
Suite P300
Washington, DC 20004
Phone # 202-347-6644
Fax # 202-347-1156
customerservice@reliable-co.com
Fed Id # 23-2473700

# INVOICE

Date 05/12/10
Number DC008243
Page 1

**PAST DUE**

Sold To:
Finnegan Henderson
901 New York Avenue NW
Washington, DC 20001

Ship To:
Finnegan Henderson
901 New York Avenue NW
Washington, DC 20001

| | |
|---|---|
| Customer ID | DCC0333 |
| Our Order No. | DC008243 |
| Terms | Cash on Delivery |
| Due Date | 05/12/10 |
| Salesperson | John Stuart Freestate |

| | |
|---|---|
| Client No./PO No | 02021.8095 |
| P.O. Date | 05/12/10 |
| Ordered By | Elysia Fedorczyk |
| Ship Via | Hand Delivery |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|

**Client Matter #: 02021.8095**

**Ordered by Elysia Fedorczyk**

**Description: Depo Designations**

**CD: Print x 2 color**

**Binder: Copy x 2 Color for Color**

**Fed Ex: Delivery to NJ (client FX#)**

**CD PRINT TOTAL:**

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00064 Digital Printing Color 8 x 11 | | 2,637 | 2 | 5,274 | 5,274 | PAGE | 0.99 | 5,221.26 |

**BINDER COPY TOTAL:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| R00044 Duplicating Color- 8 x 11 | | 22 | 2 | 44 | 44 | IMPRE | 0.99 | 43.56 |
| R00030 Duplicating- Light Litigation | | 1,039 | 2 | 2,078 | 2,078 | IMPRE | 0.08 | 166.24 |
| R00109 Tabs Custom | | 36 | 1 | 36 | 36 | EA | 0.35 | 12.60 |
| R00108 Tabs Pre-printed | | 96 | 1 | 96 | 96 | EA | 0.35 | 33.60 |
| R00001 Inserted, Tabs | | 132 | 1 | 132 | 132 | EA | 0.05 | 6.60 |

**PAST DUE**

Reliable Washington DC
555 12th Street NW
Suite P300
Washington, DC 20004
Phone # 202-347-6644
Fax # 202-347-1156
customerservice@reliable-co.com
Fed Id # 23-2473700



# INVOICE

Date 05/12/10
Number DC008243
Page 2

**PAST DUE**

Sold To:
Finnegan Henderson
901 New York Avenue NW
Washington, DC 20001

Ship To:
Finnegan Henderson
901 New York Avenue NW
Washington, DC 20001

| | | | |
|---|---|---|---|
| Customer ID | DCC0333 | Client No./PO No | 02021.8095 |
| Our Order No. | DC008243 | P.O. Date | 05/12/10 |
| Terms | Cash on Delivery | Ordered By | Elysia Fedorczyk |
| Due Date | 05/12/10 | Ship Via | Hand Delivery |
| Salesperson | John Stuart Freestate | | |

PAST DUE

| | |
|---|---|
| Subtotal: | 5,483.86 |
| Sales Tax: | 329.03 |
| Total: | 5,812.89 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 5,812.89 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from from the standard retention policy can be made upon request.*

# DISBURSEMENT VOUCHER
# AND CHECK REQUEST FOR CLIENT EXPENSE

149273

☑ 01-DC  ☐ 02-JAPAN  ☐ 03-KOREA  ☐ 04-BELGIUM  ☐ 05-CALIF  ☐ 06-ATLANTA
☐ 07-RESTON  ☐ 08-CAMBRIDGE

**FOR ACCOUNTING USE ONLY**

Invoice Number: _____ Vendor Number: _____
Invoice Date: __/__/__   Pay Date: (  days) __/__/20
☐☐☐☐ ☐☐ ☐☐ ☐☐☐☐  US $ _____
Acct. No.  Off.  Dept.  Part.  Total _____

Client No.  Matter No.  Amount
Charge to: 22702  8095.0220  US $ 5,812.89
Charge to: _____  US $ _____

☑ Make check payable to: Reliable Washington DC
☐ No check is required (Vendor Name) _____  ☐ Return check to: _____
☐ No check is required (Charge Client) _____  by (date) _____
☐ PTO Deposit Acct.
Prepared by: Brenda Coleman  Ext. 4113  Date 6/24/10  Mail drop 915
Atty. Name: Bret Cristoblich  Atty.# 2279  Approval: Bret Cristoblich

## PTO/FEES

01 ☐ Application Filing Fee ($____)
02 ☐ 1 Month Extension ($____)
03 ☐ 2 Month Extension ($____)
04 ☐ 3 Month Extension ($____)
05 ☐ Extra Claim Fee ($____)
06 ☐ Assignment Recordation Fee ($____)
07 ☐ Notice of Appeal Fee ($____)
08 ☐ Appeal Brief Fee ($____)
09 ☐ Correction Fee ($____)
10 ☐ Sections 8 & 15 Fee ($____)
11 ☐ Issue Fee ($____)
13 ☐ Petition Fee ($____)
14 ☐ Missing Parts ($____)
15 ☐ Multiple Copies ($____)
17 ☐ Maintenance Fee ($____)
19 ☐ Other PTO Fees ($____)
52 ☐ Patent/TM Copies ($____)
☐ _____
☐ _____
(for items not listed)

## MISCELLANEOUS

☐ Atty. Travel of _____
to _____
on _____          A/P RECEIVED
61 ☐ Local Transportation
27 ☐ Court Costs            JUN 28 2010
☐ _____
(for items not listed)

**MUST HAVE APPROVAL***

21 ☐ Court Reporter for _____ Deposition
22 ☐ Expert Witness _____ (Name)
20 ☐ Consulting Services _____ (Name)
25 ☐ Local Counsel for _____
23 ☐ Foreign/Associate Services _____
26 ☐ Translation of _____
16 ☐ Patent Annuity No. _____
28 ☐ Patent Services for _____
24 ☐ Draftsman Services _____
40 ☐ Search Services for _____
56 ☑ Outside Printing/Photocopying _____
64 ☐ In-house Photocopies
54 ☐ Other Outside Services
☐ _____
☐ _____
(for items not listed)

Additional description for billing purposes: Attach Invoice
Copies of trial exhibits and deposition designations
and also for the OCR of trial exhibits



**PC**
E-Discovery & Litigation Support Services
1 Cape May Street
Harrison, N. J. 07029
Ph: 973-482-3030 Fax:973-482-4411
E-mail: info@paperchasetech.com

30052

# Invoice

| Date | Invoice # |
|---|---|
| 5/14/2010 | 14700 |

| Bill To | Deliver To |
|---|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClaflerty | Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClaflerty |

| Client /Matter# | Terms | Start Date | Rep | Called In by: | Tax ID 26-3378841 |
|---|---|---|---|---|---|
|  | Due on receipt | 5/13/2010 |  | Laura |  |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| T0004 | Tiff Blow Back | 0.07 | 7,322 | 512.54 |
| C0003 | Color clicks 8 1/2" X 11 | 0.99 | 4,993 | 4,943.07 |
| T0001 | Tabs | 0.35 | 15 | 5.25 |
| B0011 | Binders:(3") | 15.00 | 1 | 15.00 |

**3% Discount if Payment Received Within Net 30 of Invoice Date**

PLEASE MAKE CHECKS PAYABLE TO PC TECHNOLOGIES

PC Technologies Accepts  VISA

CARD #_____ EXP.DATE_____

NAME ON CARD _____ SIGN _____

SECURITY CODE#_____ ADDRESS_____

| Sales Tax (7.0%) | $383.31 |
|---|---|
| **Total** | $5,859.17 |
| **Balance Due** | $5,859.17 |

Free Pick up and Delivery based on $25.00 minimum

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

126471

- [ ] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [x] 07-RESTON
- [ ] 08-CAMBRIDGE

### FOR ACCOUNTING USE ONLY

Invoice Number: _____  Vendor Number: _____
Invoice Date: _/_/_  Pay Date: ( days) _/_/20
☐☐☐☐☐ ☐☐ ☐☐ ☐☐☐☐  US $ _____
Acct. No.   Off.  Dept.  Part.  Total _____

[x] Charge to — Client No. **0202-1**  Matter No. **8095-00000**  US $ **5,859.17**
☐ Charge to — _____ . _____  US $ _____

[x] Make check payable to: **PC Technologies**
☐ No check is required (Vendor Name) _____  ☐ Return check to: _____
☐ No check is required (Charge Client) _____  by (date) _____
☐ PTO Deposit Acct.
Prepared by: **Powell**  Ext. **2416**  Date **5/9/6**  Mail drop _____
Atty. Name: **CELipsey**  Atty.# **27**  Approval **CEL**

### PTO/FEES

- 01 ☐ Application Filing Fee ($____)
- 02 ☐ 1 Month Extension ($____)
- 03 ☐ 2 Month Extension ($____)
- 04 ☐ 3 Month Extension ($____)
- 05 ☐ Extra Claim Fee ($____)
- 06 ☐ Assignment Recordation Fee ($____)
- 07 ☐ Notice of Appeal Fee ($____)
- 08 ☐ Appeal Brief Fee ($____)
- 09 ☐ Correction Fee ($____)
- 10 ☐ Sections 8 & 15 Fee ($____)
- 11 ☐ Issue Fee ($____)
- 13 ☐ Petition Fee ($____)
- 14 ☐ Missing Parts ($____)
- 15 ☐ Multiple Copies ($____)
- 17 ☐ Maintenance Fee ($____)
- 19 ☐ Other PTO Fees ($____)
- 52 ☐ Patent/TM Copies ($____)
- ☐ _____
- ☐ _____
(for items not listed)

Additional description for billing purposes:

### MISCELLANEOUS

☐ Atty. Travel of _____
to _____
on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____
(for items not listed)

### MUST HAVE APPROVAL*

- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 [x] Outside Printing/Photocopying — **copying materials**
- 64 ☐ In-house Photocopies
- 54 ☐ Other Outside Services **for witness binders for trial**
- ☐ _____ (5/13/6)
- ☐ _____ (for items not listed)

*Attach Invoice



**PC**
E-Discovery & Litigation Support Services

1 Cape May Street
Harrison, N. J. 07029
Ph: 973-482-3030  Fax:973-482-4411
E-mail: info@paperchasetech.com

30652

# Invoice

| Date | Invoice # |
|---|---|
| 5/18/2010 | 14715 |

| Bill To |
|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClafferty |

| Deliver To |
|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClafferty |

| Client /Matter# | Terms | Start Date | Rep | Called in by: | Tax ID 26-3378841 |
|---|---|---|---|---|---|
| 02021.8095 | Due on receipt | 5/17/2010 | | McClafferty | |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| T0004 | Tiff Blow Back | 0.07 | 41,496 | 2,904.72 |
| T0001 | Tabs | 0.35 | 400 | 140.00 |

**3% Discount if Payment Received Within Net 30 of Invoice Date**

PLEASE MAKE CHECKS PAYABLE TO PC TECHNOLOGIES

PC Technologies Accepts    VISA

CARD # _____ EXP.DATE _____
NAME ON CARD _____ SIGN _____
SECURITY CODE# _____ ADDRESS _____

| Sales Tax (7.0%) | $213.13 |
|---|---|
| **Total** | $3,257.85 |
| **Balance Due** | $3,257.85 |

Free Pick up and Delivery based on $25.00 minimum

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

**148498**

- [x] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [x] 07-RESTON
- [ ] 08-CAMBRIDGE

**FOR ACCOUNTING USE ONLY**

Invoice Number: _____  Vendor Number: _____
Invoice Date: __/__/__  Pay Date: ( days) __/__/20
Acct. No. ☐☐☐☐  Off. ☐☐  Dept. ☐☐  Part. ☐☐☐☐  US $ _____  Total _____

| | Client No. | Matter No. | Amount |
|---|---|---|---|
| X Charge to | 02021 | 8095.00000 | US $ 3,257.85 |
| Charge to | | | US $ |

Make check payable to: **PC Technologies**
☐ No check is required (Vendor Name) _____
☐ No check is required (Charge Client) _____
☐ Return check to: _____ by (date) _____
☐ PTO Deposit Acct.
Prepared by: Apriel  Ex #116  Date 7/19/10  Mail drop _____
Atty. Name: **Scott Burwell**  Atty.# 670  Approval: SBRM

**A/P RECEIVED JUL 27 2010**
**A/P RECEIVED JUL 21 2010**
**A/P RECEIVED JUL 20 2010**

### PTO/FEES
- 01 ☐ Application Filing Fee ($____)
- 02 ☐ 1 Month Extension ($____)
- 03 ☐ 2 Month Extension ($____)
- 04 ☐ 3 Month Extension ($____)
- 05 ☐ Extra Claim Fee ($____)
- 06 ☐ Assignment Recordation Fee ($____)
- 07 ☐ Notice of Appeal Fee ($____)
- 08 ☐ Appeal Brief Fee ($____)
- 09 ☐ Correction Fee ($____)
- 10 ☐ Sections 8 & 15 Fee ($____)
- 11 ☐ Issue Fee ($____)
- 13 ☐ Petition Fee ($____)
- 14 ☐ Missing Parts ($____)
- 15 ☐ Multiple Copies ($____)
- 17 ☐ Maintenance Fee ($____)
- 19 ☐ Other PTO Fees ($____)
- 52 ☐ Patent/TM Copies ($____)
- ☐ _____
- ☐ _____
(for items not listed)

### MISCELLANEOUS
- ☐ Atty. Travel of _____ to _____ on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____
(for items not listed)

**MUST HAVE APPROVAL***
- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 ☒ Outside Printing/Photocopying for witness
- 64 ☐ In-house Photocopies
- 54 ☐ Other Outside Services
- ☐ _____
- ☐ _____
(for items not listed)

Additional description for billing purposes:
materials while at trial (5/18)

Attach Invoice



**PC** ......
E-Discovery & Litigation Support Services

1 Cape May Street
Harrison, N. J. 07029
Ph: 973-482-3030 Fax:973-482-4411
E-mail: info@paperchasetech.com

30652

# Invoice

| Date | Invoice # |
|---|---|
| 5/19/2010 | 14731 |

| Bill To |
|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClaflerty |

| Deliver To |
|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClaflerty |

| Client /Matter# | Terms | Start Date | Rep | Called in by: | Tax ID 26-3378841 |
|---|---|---|---|---|---|
| 02021.8095 | Due on receipt | 5/19/2010 | | McClafferty | |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| L0002 | Litigation copying. | 0.07 | 15,514 | 1,085.98 |
| T0001 | Tabs | 0.35 | 201 | 70.35 |

### 3% Discount if Payment Received Within Net 30 of Invoice Date

**PLEASE MAKE CHECKS PAYABLE TO PC TECHNOLOGIES**

PC Technologies Accepts  VISA

CARD#_____ EXP.DATE_____
NAME ON CARD_____ SIGN_____
SECURITY CODE#_____ ADDRESS_____

| Sales Tax (7.0%) | $80.94 |
|---|---|
| **Total** | $1,237.27 |
| **Balance Due** | $1,237.27 |

Free Pick up and Delivery based on $25.00 minimum

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

148499

- [x] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [x] 07-RESTON
- [ ] 08-CAMBRIDGE

### FOR ACCOUNTING USE ONLY

Invoice Number: _____  Vendor Number: _____
Invoice Date: __/__/__  Pay Date: (___ days) __/__/20__
Acct. No. ☐☐☐☐☐  Off. ☐☐  Dept. ☐☐  Part. ☐☐☐☐  US $ _____  Total _____

| | Client No. | Matter No. | | Amount |
|---|---|---|---|---|
| Charge to | 02021 | 8095.00000 | US $ | 1237.27 |
| Charge to | | | US $ | |

Make check payable to: **PC Technologies**
- [ ] No check is required (Vendor Name) _____  ☐ Return check to: _____
- [ ] No check is required (Charge Client) _____  by (date) _____
- [ ] PTO Deposit Acct

Prepared by: Crowcop  Ext. 2416  Date 7/19/10  Mail drop _____
Atty. Name: Scott Burwell  Atty.# 670  Approval _____

### PTO/FEES
- 01 ☐ Application Filing Fee ($____)
- 02 ☐ 1 Month Extension ($____)
- 03 ☐ 2 Month Extension ($____)
- 04 ☐ 3 Month Extension ($____)
- 05 ☐ Extra Claim Fee ($____)
- 06 ☐ Assignment Recordation Fee ($____)
- 07 ☐ Notice of Appeal Fee ($____)
- 08 ☐ Appeal Brief Fee ($____)
- 09 ☐ Correction Fee ($____)
- 10 ☐ Sections 8 & 15 Fee ($____)
- 11 ☐ Issue Fee ($____)
- 13 ☐ Petition Fee ($____)
- 14 ☐ Missing Parts ($____)
- 15 ☐ Multiple Copies ($____)
- 17 ☐ Maintenance Fee ($____)
- 19 ☐ Other PTO Fees ($____)
- 52 ☐ Patent/TM Copies ($____)
- ☐ _____
- ☐ _____
(for items not listed)

### MISCELLANEOUS
A/P RECEIVED
JUL 2 0 2010

- ☐ Atty. Travel of _____
  to _____
  on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____
(for items not listed)

### MUST HAVE APPROVAL*
- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 [x] Outside Printing/Photocopying — for witness
- 64 ☐ In-house Photocopies
- 54 ☐ Other Outside Services
- ☐ _____
- ☐ _____
(for items not listed)

Additional description for billing purposes:
materials while at trial (5/19)

*Attach Invoice



**PC**
E-Discovery & Litigation Support Services
1 Cape May Street
Harrison, N. J. 07029
Ph: 973-482-3030 Fax:973-482-4411
E-mail: info@paperchasetech.com

30652

# Invoice

| Date | Invoice # |
|---|---|
| 5/21/2010 | 14743 |

| Bill To |
|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClafferty |

| Deliver To |
|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClafferty |

| Client /Matter# | Terms | Start Date | Rep | Called in by: | Tax ID 26-3378841 |
|---|---|---|---|---|---|
| 02021.8095 | Due on receipt | 5/20/2010 | | McClafferty | |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| T0004 | Tiff Blow Back | 0.07 | 22,241 | 1,556.87 |
| T0001 | Tabs | 0.35 | 694 | 242.90 |

### 3% Discount if Payment Received Within Net 30 of Invoice Date

PLEASE MAKE CHECKS PAYABLE TO PC TECHNOLOGIES

PC Technologies Accepts  VISA

CARD # _____ EXP.DATE _____
NAME ON CARD _____ SIGN _____
SECURITY CODE# _____ ADDRESS _____

| Sales Tax (7.0%) | $125.98 |
|---|---|
| **Total** | $1,925.75 |
| **Balance Due** | $1,925.75 |

Free Pick up and Delivery based on $25.00 minimum

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

126473

- [ ] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [x] 07-RESTON
- [ ] 08-CAMBRIDGE

### FOR ACCOUNTING USE ONLY

Invoice Number: _____  Vendor Number: _____
Invoice Date: ___/___/___        Pay Date: (     days) ___/___/20___
                                  US $ _____
Acct. No. ☐☐☐☐☐  Off. ☐☐  Dept. ☐☐  Part. ☐☐☐☐  Total _____

| | Client No. | Matter No. | | Amount |
|---|---|---|---|---|
| ☒ Charge to | 02021 | 8095 . 00000 | US $ | 1,925.75 |
| Charge to | | . | US $ | |

☒ Make check payable to: __PC Technologies__
- [ ] No check is required (Vendor Name) _____
- [ ] No check is required (Charge Client) _____
- [ ] Return check to: _____   by (date) _____
- [ ] PTO Deposit Acct.

Prepared by: _Maxwell_  Ext. _246_  Date _5/14/10_  Mail drop _____

Atty. Name: _C E Lipsey_  Atty.# _27_  Approval _CEL_

### PTO/FEES

- 01 ☐ Application Filing Fee ($_____)
- 02 ☐ 1 Month Extension ($_____)
- 03 ☐ 2 Month Extension ($_____)
- 04 ☐ 3 Month Extension ($_____)
- 05 ☐ Extra Claim Fee ($_____)
- 06 ☐ Assignment Recordation Fee ($_____)
- 07 ☐ Notice of Appeal Fee ($_____)
- 08 ☐ Appeal Brief Fee ($_____)
- 09 ☐ Correction Fee ($_____)
- 10 ☐ Sections 8 & 15 Fee ($_____)
- 11 ☐ Issue Fee ($_____)
- 13 ☐ Petition Fee ($_____)
- 14 ☐ Missing Parts ($_____)
- 15 ☐ Multiple Copies ($_____)
- 17 ☐ Maintenance Fee ($_____)
- 19 ☐ Other PTO Fees ($_____)
- 52 ☐ Patent/TM Copies ($_____)
- ☐ _____
- ☐ _____

(for items not listed)

### MISCELLANEOUS

- ☐ Atty. Travel of _____
- to _____
- on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____

(for items not listed)

### MUST HAVE APPROVAL*

- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 ☒ Outside Printing/Photocopying _Copying exhibits_
- 64 ☐ In-house Photocopies
- 54 ☐ Other Outside Services
- ☐ _____
- ☐ _____

(for items not listed)

*Attach Invoice

Additional description for billing purposes:
_for witness binders during trial_


**PC**
E-Discovery & Litigation Support Services
1 Cape May Street
Harrison, N. J. 07029
Ph: 973-482-3030 Fax:973-482-4411
E-mail: info@paperchasetech.com

30652

# Invoice

| Date | Invoice # |
|---|---|
| 5/24/2010 | 14744 |

| Bill To |
|---|
| Finnegan Henderson |
| 901 New York Ave. NW |
| Washington, DC 20001 |
| Attn: Laura McClaflerty |

| Deliver To |
|---|
| Finnegan Henderson |
| 901 New York Ave. NW |
| Washington, DC 20001 |
| Attn: Laura McClaflerty |

| Client /Matter# | Terms | Start Date | Rep | Called in by: | Tax ID 26-3378841 |
|---|---|---|---|---|---|
| 02021.8095 | Due on receipt | 5/22/2010 | | Laura | |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| T0004 | Tiff Blow Back | 0.07 | 17,665 | 1,236.55 |
| T0001 | Tabs | 0.35 | 414 | 144.90 |

### 3% Discount if Payment Received Within Net 30 of Invoice Date

PLEASE MAKE CHECKS PAYABLE TO PC TECHNOLOGIES

PC Technologies Accepts   VISA
CARD #_____ EXP.DATE_____
NAME ON CARD _____  _____ SIGN_____
SECURITY CODE#_____ ADDRESS_____

| Sales Tax (7.0%) | $96.70 |
|---|---|
| **Total** | $1,478.15 |
| **Balance Due** | $1,478.15 |

Free Pick up and Delivery based on $25.00 minimum

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

126472

- [ ] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [x] 07-RESTON
- [ ] 08-CAMBRIDGE

**FOR ACCOUNTING USE ONLY**

Invoice Number: _____  Vendor Number: _____
Invoice Date: __/__/__  Pay Date: ( days) __/__/20__
Acct. No. ☐☐☐☐☐  Off. ☐☐  Dept. ☐☐  Part. ☐☐☐☐  US $ _____  Total _____

Charge to — Client No. **02021**  Matter No. **8095 . 00000**  Amount US $ **1,478.15**
Charge to _____  _____ . _____  US $ _____

- [x] Make check payable to: **PC Technologies**
- [ ] No check is required (Vendor Name) _____  ☐ Return check to: _____
- [ ] No check is required (Charge Client) _____  by (date) _____
- [ ] PTO Deposit Acct.

Prepared by: _Chura_  Ext. **246**  Date **5/4/16**  Mail drop _____
Atty. Name: **C.E. Lipsey**  Atty.# **27**  Approval _CEL_

### PTO/FEES

- 01 ☐ Application Filing Fee ($____)
- 02 ☐ 1 Month Extension ($____)
- 03 ☐ 2 Month Extension ($____)
- 04 ☐ 3 Month Extension ($____)
- 05 ☐ Extra Claim Fee ($____)
- 06 ☐ Assignment Recordation Fee ($____)
- 07 ☐ Notice of Appeal Fee ($____)
- 08 ☐ Appeal Brief Fee ($____)
- 09 ☐ Correction Fee ($____)
- 10 ☐ Sections 8 & 15 Fee ($____)
- 11 ☐ Issue Fee ($____)
- 13 ☐ Petition Fee ($____)
- 14 ☐ Missing Parts ($____)
- 15 ☐ Multiple Copies ($____)
- 17 ☐ Maintenance Fee ($____)
- 19 ☐ Other PTO Fees ($____)
- 52 ☐ Patent/TM Copies ($____)
- ☐ _____
- ☐ _____
(for items not listed)

### MISCELLANEOUS

- ☐ Atty. Travel of _____
  to _____
  on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____ (for items not listed)

### MUST HAVE APPROVAL*

- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 ☒ Outside Printing/Photocopying **Copying exhibits**
- 64 ☐ In-house Photocopies
- 54 ☐ Other Outside Services
- ☐ _____
- ☐ _____ (for items not listed)

*Attach Invoice

Additional description for billing purposes: **for witness binders during trial**



PC
E-Discovery & Litigation Support Services

1 Cape May Street
Harrison, N. J. 07029
Ph: 973-482-3030  Fax:973-482-4411
E-mail: info@paperchasetech.com

30652

# Invoice

| Date | Invoice # |
|---|---|
| 5/25/2010 | 14755 |

| Bill To |
|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClaflerty |

| Deliver To |
|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClaflerty |

| Client /Matter# | Terms | Start Date | Rep | Called in by: | Tax ID 26-3378841 |
|---|---|---|---|---|---|
| 02021.8095 | Due on receipt | 5/25/2010 | | McClafferty | |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| T0004 | Tiff Blow Back | 0.07 | 16,731 | 1,171.17 |
| T0001 | Tabs | 0.35 | 227 | 79.45 |

**3% Discount if Payment Received Within Net 30 of Invoice Date**

PLEASE MAKE CHECKS PAYABLE TO PC TECHNOLOGIES

PC Technologies Accepts  VISA

CARD # _____ EXP.DATE _____
NAME ON CARD _____ SIGN _____
SECURITY CODE# _____ ADDRESS _____

| Sales Tax (7.0%) | $87.54 |
|---|---|
| **Total** | $1,338.16 |
| **Balance Due** | $1,338.16 |

Free Pick up and Delivery based on $25.00 minimum

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

**148500**

- [ ] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [x] 07-RESTON
- [ ] 08-CAMBRIDGE

### FOR ACCOUNTING USE ONLY

Invoice Number: _____  Vendor Number: _____
Invoice Date: __/__/__  Pay Date: (  days) __/__/20__
US $ _____
Acct. No. ☐☐☐☐☐  Off. ☐☐  Dept. ☐☐  Part. ☐☐☐☐
Total _____

| | Client No. | Matter No. | | Amount |
|---|---|---|---|---|
| [x] Charge to | D2021 | 8095.00000 | US $ | 1338.16 |
| Charge to | | | US $ | |

[x] Make check payable to: **PC Technologies**
- [ ] No check is required (Vendor Name) _____  ☐ Return check to: _____
- [ ] No check is required (Charge Client) _____  by (date) _____
- [ ] PTO Deposit Acct. _____

**A/P RECEIVED**

Prepared by: C/crwfd  Ext. 2416  Date 7/19/10  Mail drop _____

**JUL 27 2010**

Atty. Name: Scott Burwell  Atty.# 670  Approval: _____

### PTO/FEES

- 01 ☐ Application Filing Fee ($____)
- 02 ☐ 1 Month Extension ($____)
- 03 ☐ 2 Month Extension ($____)
- 04 ☐ 3 Month Extension ($____)
- 05 ☐ Extra Claim Fee ($____)
- 06 ☐ Assignment Recordation Fee ($____)
- 07 ☐ Notice of Appeal Fee ($____)
- 08 ☐ Appeal Brief Fee ($____)
- 09 ☐ Correction Fee ($____)
- 10 ☐ Sections 8 & 15 Fee ($____)
- 11 ☐ Issue Fee ($____)
- 13 ☐ Petition Fee ($____)
- 14 ☐ Missing Parts ($____)
- 15 ☐ Multiple Copies ($____)
- 17 ☐ Maintenance Fee ($____)
- 19 ☐ Other PTO Fees ($____)
- 52 ☐ Patent/TM Copies ($____)
- ☐ _____
- ☐ _____
  (for items not listed)

### MISCELLANEOUS

- ☐ Atty. Travel of _____
  to _____
  on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____
  (for items not listed)

**A/P RECEIVED**
**JUL 20 2010**

### MUST HAVE APPROVAL*

- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 [x] Outside Printing/Photocopying witness
- 64 ☐ In-house Photocopies
- 54 ☐ Other Outside Services
- ☐ _____
- ☐ _____
  (for items not listed)

Additional description for billing purposes:
**materials while at trial (5/25)**

*Attach Invoice



# Invoice

**PCTechnologies**
E-Discovery & Litigation Support Services

1 Cape May Street
Harrison, N. J. 07029
Ph: 973-482-3030  Fax: 973-482-4411
E-mail: info@paperchasetech.com

| Date | Invoice # |
|---|---|
| 5/26/2010 | 14757 |

| Bill To | Deliver To |
|---|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClaflerty | Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClaflerty |

| Client /Matter# | Terms | Start Date | Rep | Called in by: | Tax ID 26-3378841 |
|---|---|---|---|---|---|
| 02021.8095 | Due on receipt | 5/25/2010 | | McClafferty | |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| T0004 | Tiff Blow Back | 0.07 | 36,328 | 2,542.96 |
| T0001 | Tabs | 0.35 | 1,217 | 425.95 |

**3% Discount if Payment Received Within Net 30 of Invoice Date**

PLEASE MAKE CHECKS PAYABLE TO PC TECHNOLOGIES

PC Technologies Accepts   VISA

CARD #_____ EXP.DATE_____
NAME ON CARD _____ SIGN_____
SECURITY CODE#_____ ADDRESS_____

| Sales Tax (7.0%) | $207.82 |
|---|---|
| **Total** | $3,176.73 |
| **Balance Due** | $3,176.73 |

Free Pick up and Delivery based on $25.00 minimum

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

**126474**

☐ 01-DC  ☐ 02-JAPAN  ☐ 03-KOREA  ☐ 04-BELGIUM  ☐ 05-CALIF  ☐ 06-ATLANTA
☑ 07-RESTON  ☐ 08-CAMBRIDGE

**FOR ACCOUNTING USE ONLY**

Invoice Number: _____  Vendor Number: _____
Invoice Date: __/__/__  Pay Date: (__ days) __/__/20__
Acct. No. ☐☐☐☐☐  Off. ☐☐  Dept. ☐☐  Part. ☐☐☐☐  US $ _____  Total _____

| | Client No. | Matter No. | | Amount |
|---|---|---|---|---|
| ☒ Charge to | 02021 | 8095 . 00000 | US $ | 3,176.73 |
| Charge to | | . | US $ | |

☒ Make check payable to: **PC Technologies**
☐ No check is required (Vendor Name) _____  ☐ Return check to: _____
☐ No check is required (Charge Client) _____ by (date) _____
☐ PTO Deposit Acct.

Prepared by: Jource   Ext. 2416   Date 5/26/10   Mail drop _____

Atty. Name: C E Lipsey   Atty.# 27   Approval: C E Lipsey

### PTO/FEES

- 01 ☐ Application Filing Fee ($____)
- 02 ☐ 1 Month Extension ($____)
- 03 ☐ 2 Month Extension ($____)
- 04 ☐ 3 Month Extension ($____)
- 05 ☐ Extra Claim Fee ($____)
- 06 ☐ Assignment Recordation Fee ($____)
- 07 ☐ Notice of Appeal Fee ($____)
- 08 ☐ Appeal Brief Fee ($____)
- 09 ☐ Correction Fee ($____)
- 10 ☐ Sections 8 & 15 Fee ($____)
- 11 ☐ Issue Fee ($____)
- 13 ☐ Petition Fee ($____)
- 14 ☐ Missing Parts ($____)
- 15 ☐ Multiple Copies ($____)
- 17 ☐ Maintenance Fee ($____)
- 19 ☐ Other PTO Fees ($____)
- 52 ☐ Patent/TM Copies ($____)
- ☐ _____
- ☐ _____
(for items not listed)

### MISCELLANEOUS

- ☐ Atty. Travel of _____ to _____ on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____
(for items not listed)

A/P RECEIVED
JUN 07 2010

**MUST HAVE APPROVAL***

- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 ☒ Outside Printing/Photocopying  Copying
- 64 ☐ In-house Photocopies
- 54 ☐ Other Outside Services
- ☐ _____
- ☐ _____
(for items not listed)

*Attach Invoice

Additional description for billing purposes:
Exhibits for witness binders at trial



**PC**
E-Discovery & Litigation Support Services
1 Cape May Street
Harrison, N. J. 07029
Ph: 973-482-3030 Fax:973-482-4411
E-mail: info@paperchasetech.com

30652

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2010 | 14762 |

| Bill To |
|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClaflerty |

| Deliver To |
|---|
| Finnegan Henderson<br>901 New York Ave. NW<br>Washington, DC 20001<br>Attn: Laura McClaflerty |

| Client /Matter# | Terms | Start Date | Rep | Called in by: | Tax ID 26-3378841 |
|---|---|---|---|---|---|
| 02021.8095 | Due on receipt | 5/27/2010 | | McClafferty | |

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| T0004 | Tiff Blow Back | 0.07 | 8,193 | 573.51 |
| T0001 | Tabs | 0.35 | 324 | 113.40 |

## 3% Discount if Payment Received Within Net 30 of Invoice Date

**PLEASE MAKE CHECKS PAYABLE TO PC TECHNOLOGIES**

PC Technologies Accepts  VISA

CARD #_____ EXP.DATE_____
NAME ON CARD_____ SIGN_____
SECURITY CODE#_____ ADDRESS_____

| Sales Tax (7.0%) | $48.08 |
|---|---|
| **Total** | $734.99 |
| **Balance Due** | $734.99 |

Free Pick up and Delivery based on $25.00 minimum

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

**148770**

- [x] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [x] 07-RESTON
- [ ] 08-CAMBRIDGE

### FOR ACCOUNTING USE ONLY

Invoice Number: _____  Vendor Number: _____
Invoice Date: __/__/__  Pay Date: ( days) __/__/20
Acct. No.  Off.  Dept.  Part.  US $ _____  Total _____

| | Client No. | Matter No. | | Amount |
|---|---|---|---|---|
| X Charge to | 02021 | 8095.00000 | US $ | 734.99 |
| Charge to | | | US $ | |

X Make check payable to: **PC Technologies**
☐ No check is required (Vendor Name) _____ ☐ Return check to: _____
☐ No check is required (Charge Client) _____ by (date) _____
☐ PTO Deposit Acct
Prepared by: CBurrell  Ext. 2416  Date 7/19/10  Mail drop _____

Atty. Name: **Scott Burwell**  Atty.# 670  Approval _____

**A/P RECEIVED JUL 27 2010**

### PTO/FEES

- 01 ☐ Application Filing Fee ($____)
- 02 ☐ 1 Month Extension ($____)
- 03 ☐ 2 Month Extension ($____)
- 04 ☐ 3 Month Extension ($____)
- 05 ☐ Extra Claim Fee ($____)
- 06 ☐ Assignment Recordation Fee ($____)
- 07 ☐ Notice of Appeal Fee ($____)
- 08 ☐ Appeal Brief Fee ($____)
- 09 ☐ Correction Fee ($____)
- 10 ☐ Sections 8 & 15 Fee ($____)
- 11 ☐ Issue Fee ($____)
- 13 ☐ Petition Fee ($____)
- 14 ☐ Missing Parts ($____)
- 15 ☐ Multiple Copies ($____)
- 17 ☐ Maintenance Fee ($____)
- 19 ☐ Other PTO Fees ($____)
- 52 ☐ Patent/TM Copies ($____)
- ☐ _____
- ☐ _____

(for items not listed)

### MISCELLANEOUS

☐ Atty. Travel of _____
to _____
on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____

**A/P RECEIVED JUL 20 2010**

(for items not listed)

### MUST HAVE APPROVAL*

- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 ☒ Outside Printing/Photocopying **Witness**
- 64 ☐ In-house Photocopies
- 54 ☐ Other Outside Services
- ☐ _____
- ☐ _____

(for items not listed)

Additional description for billing purposes:
**materials while at trial (5/27)**

*Attach Invoice