**Exhibit 8**

Laura P. Masurovsky, Esq.
Finnegan Henderson
901 New York Avenue, N.W.
Washington, DC 20001-4413

May 28, 2010
Resonant Invoice No. 1005-009
Terms NET 30
Federal ID No. 20-4734326

*Re: Strattera Lilly – New Jersey*

Current Invoice Period: 04/01/2010 – 04/30/2010

## Professional Services                              $16,712.50

## Total Amount Due                                   $16,712.50

**Please Remit Payment to:**
Resonant Legal Media, LLC
413 S. Washington Street
Alexandria VA 22314

( resonant | legal media )))

From **Resonant Legal Media**
413 S. Washington Street
Alexandria, Virginia 22314
United States

| Invoice For | **Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.** | Invoice Number | **1005-009** |
|---|---|---|---|
| | | Invoice Date | **05/18/2010** |
| | | Due Date | **06/17/2010** (Net 30) |
| Matter | Strattera Lilly - New Jersey | | |

| Type | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Professional Fees | Strattera Lilly - New Jersey - 04/14/2010 - Communication Design / Luis Figuera | 5.50 | $250.00 | $1,375.00 |
| Professional Fees | Strattera Lilly - New Jersey - 04/15/2010 - Communication Design / Jared Schneidman: Develop illustrations | 2.25 | $275.00 | $618.75 |
| Professional Fees | Strattera Lilly - New Jersey - 04/17/2010 - Communication Design / Luis Figuera | 6.50 | $250.00 | $1,625.00 |
| Professional Fees | Strattera Lilly - New Jersey - 04/19/2010 - Communication Design / Luis Figuera | 6.50 | $250.00 | $1,625.00 |
| Professional Fees | Strattera Lilly - New Jersey - 04/22/2010 - Communication Design / Jared Schneidman: Develop illustrations | 3.50 | $275.00 | $962.50 |
| Professional Fees | Strattera Lilly - New Jersey - 04/23/2010 - Communication Design / Jared Schneidman: Develop illustrations | 6.00 | $275.00 | $1,650.00 |
| Professional Fees | Strattera Lilly - New Jersey - 04/23/2010 - Communication Design / Luis Figuera | 4.25 | $250.00 | $1,062.50 |
| Professional Fees | Strattera Lilly - New Jersey - 04/24/2010 - Communication Design / Luis Figuera | 6.25 | $250.00 | $1,562.50 |
| Professional Fees | Strattera Lilly - New Jersey - 04/25/2010 - Communication Design / Luis Figuera | 2.50 | $250.00 | $625.00 |
| Professional Fees | Strattera Lilly - New Jersey - 04/26/2010 - Communication Design / Guy Joubert | 0.75 | $325.00 | $243.75 |
| Professional Fees | Strattera Lilly - New Jersey - 04/27/2010 - Communication Design / Luis Figuera | 2.00 | $250.00 | $500.00 |
| Professional Fees | Strattera Lilly - New Jersey - 04/27/2010 - Communication Design / Guy Joubert | 3.50 | $325.00 | $1,137.50 |
| Professional Fees | Strattera Lilly - New Jersey - 04/28/2010 - Communication Design / Guy Joubert | 2.25 | $325.00 | $731.25 |

| Professional Fees | Strattera Lilly - New Jersey - 04/28/2010 - Communication Design / Luis Figuera | 4.50 | $250.00 | $1,125.00 |
| Professional Fees | Strattera Lilly - New Jersey - 04/29/2010 - Communication Design / Guy Joubert | 4.00 | $325.00 | $1,300.00 |
| Professional Fees | Strattera Lilly - New Jersey - 04/30/2010 - Communication Design / Guy Joubert | 1.75 | $325.00 | $568.75 |

**Amount Due**          **$16,712.50**

# ( resonant | legal media )))

From **Resonant Legal Media**
413 S. Washington Street
Alexandria, Virginia 22314
United States

| | | | |
|---|---|---|---|
| Invoice Number | **1006-017** | Invoice For | **Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.** |
| Invoice Date | 06/18/2010 | | |
| Due Date | 07/18/2010 (Net 30) | | |
| Matter | Strattera Lilly - New Jersey | | |

| Type | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Professional Fees | Strattera Lilly - New Jersey - 05/01/2010 - Communication Design / Guy Joubert | 2.50 | $325.00 | $812.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/03/2010 - Communication Design / Guy Joubert | 2.75 | $325.00 | $893.75 |
| Professional Fees | Strattera Lilly - New Jersey - 05/04/2010 - Communication Design / Guy Joubert | 4.50 | $325.00 | $1,462.50 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/04/2010 - Transportation / Noel Baird: Delta Airlines | 1.00 | $1,766.50 | $1,766.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/05/2010 - Communication Design / Guy Joubert | 6.50 | $325.00 | $2,112.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/06/2010 - Communication Design / Guy Joubert | 3.75 | $325.00 | $1,218.75 |
| Professional Fees | Strattera Lilly - New Jersey - 05/06/2010 - Communication Design / Jared Schneidman: Develop illustrations | 2.75 | $275.00 | $756.25 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/06/2010 - Other / Henning Schaefer: 3D Brain Model | 1.00 | $1,660.00 | $1,660.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/07/2010 - Communication Design / Guy Joubert | 2.25 | $325.00 | $731.25 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/07/2010 - Meals / Rich Hill: Lunch at office. | 1.00 | $37.00 | $37.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/07/2010 - Communication Design / Henning Schaefer: Create 3D renderings of the brain and it's different regions | 4.00 | $225.00 | $900.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/07/2010 - Communication Design / Luis Figuera | 6.50 | $250.00 | $1,625.00 |
| Professional | Strattera Lilly - New Jersey - 05/07/2010 - Project Management | 2.50 | $250.00 | $625.00 |

| Fees | & Logistics / Noel Baird | | | |
|------|--------------------------|------|---------|-----------|
| Professional Fees | Strattera Lilly - New Jersey - 05/08/2010 - Communication Design / Guy Joubert | 3.50 | $325.00 | $1,137.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/08/2010 - Communication Design / Henning Schaefer: Create 3D renderings of the brain and it's different regions | 1.25 | $225.00 | $281.25 |
| Professional Fees | Strattera Lilly - New Jersey - 05/08/2010 - Communication Design / Luis Figuera | 4.00 | $250.00 | $1,000.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/10/2010 - On-site support / Luis Figuera | 10.50 | $250.00 | $2,625.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/10/2010 - Travel / Luis Figuera: Washington, DC to Newark, NJ | 3.50 | $250.00 | $875.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/10/2010 - Travel / Noel Baird: Reno, NV to Newark, NJ | 8.00 | $250.00 | $2,000.00 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/10/2010 - Transportation / Geoff Roberts: Travelocity booking fee | 1.00 | $30.00 | $30.00 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/10/2010 - Meals / Noel Baird: Delta Onboard | 1.00 | $7.00 | $7.00 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/10/2010 - Transportation / Noel Baird: Newark Taxi | 1.00 | $22.00 | $22.00 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/10/2010 - Transportation / Noel Baird: Grand Sierra Shuttle to airport | 1.00 | $117.52 | $117.52 |
| Professional Fees | Strattera Lilly - New Jersey - 05/11/2010 - On-site support / Luis Figuera | 15.25 | $250.00 | $3,812.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/11/2010 - On-site support / Noel Baird | 11.00 | $250.00 | $2,750.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/12/2010 - On-site support / Luis Figuera | 16.00 | $250.00 | $4,000.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/12/2010 - Travel / Dave Johnson: Washington, DC to Newark, NJ | 2.50 | $325.00 | $812.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/12/2010 - On-site support / Dave Johnson: On-site support | 12.50 | $325.00 | $4,062.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/12/2010 - Travel / Ryan Dodd | 5.00 | $250.00 | $1,250.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/12/2010 - On-site support / Ryan Dodd | 12.00 | $250.00 | $3,000.00 |
| Matter | Strattera Lilly - New Jersey - 05/12/2010 - Meals / Ryan Dodd: | 1.00 | $10.24 | $10.24 |

| Expenses | Breakfast at Airport | | | |
|---|---|---|---|---|
| Matter Expenses | Strattera Lilly - New Jersey - 05/12/2010 - Other / Ryan Dodd: Baggage Charge | 1.00 | $25.00 | $25.00 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/12/2010 - Transportation / Ryan Dodd: Taxi to Airport | 1.00 | $50.00 | $50.00 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/12/2010 - Transportation / Ryan Dodd: Airport to Hotel | 1.00 | $19.00 | $19.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/12/2010 - Travel / Geoff Roberts: NJ to FL | 8.00 | $250.00 | $2,000.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/12/2010 - On-site support / Geoff Roberts | 2.00 | $250.00 | $500.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/12/2010 - On-site support / Noel Baird | 10.50 | $250.00 | $2,625.00 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/12/2010 - Transportation / Geoff Roberts: Air Fare Including Baggage and Change Fees | 1.00 | $538.69 | $538.69 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/12/2010 - Meals / Geoff Roberts: Travel Meal | 1.00 | $19.65 | $19.65 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/12/2010 - Transportation / Geoff Roberts: Cab Fare from Airport | 1.00 | $32.00 | $32.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/13/2010 - On-site support / Ryan Dodd | 15.00 | $250.00 | $3,750.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/13/2010 - On-site support / Dave Johnson: On-site support | 13.50 | $325.00 | $4,387.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/13/2010 - On-site support / Luis Figuera | 17.00 | $250.00 | $4,250.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/13/2010 - On-site support / Geoff Roberts | 10.00 | $250.00 | $2,500.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/13/2010 - On-site support / Noel Baird | 10.75 | $250.00 | $2,687.50 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/13/2010 - Supplies / Noel Baird: Walgreens (batteries, snacks) | 1.00 | $15.97 | $15.97 |
| Professional Fees | Strattera Lilly - New Jersey - 05/14/2010 - On-site support / Ryan Dodd | 16.00 | $250.00 | $4,000.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/14/2010 - On-site support / Dave Johnson: On-site support | 10.00 | $325.00 | $3,250.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/14/2010 - On-site support / Luis Figuera | 17.25 | $250.00 | $4,312.50 |

| | | | | |
|---|---|---|---|---|
| Professional Fees | Strattera Lilly - New Jersey - 05/14/2010 - On-site support / Geoff Roberts | 10.00 | $250.00 | **$2,500.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/14/2010 - On-site support / Noel Baird | 11.00 | $250.00 | **$2,750.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/14/2010 - Transportation / Noel Baird: Taxi to courthouse | 1.00 | $10.00 | **$10.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/15/2010 - On-site support / Ryan Dodd | 15.00 | $250.00 | **$3,750.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/15/2010 - On-site support / Luis Figuera | 14.50 | $250.00 | **$3,625.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/15/2010 - On-site support / Geoff Roberts | 8.75 | $250.00 | **$2,187.50** |
| Professional Fees | Strattera Lilly - New Jersey - 05/15/2010 - On-site support / Noel Baird | 10.50 | $250.00 | **$2,625.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/15/2010 - On-site support / Dave Johnson: On-site support | 12.00 | $325.00 | **$3,900.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/16/2010 - On-site support / Dave Johnson: On-site support | 10.50 | $325.00 | **$3,412.50** |
| Professional Fees | Strattera Lilly - New Jersey - 05/16/2010 - On-site support / Ryan Dodd | 15.00 | $250.00 | **$3,750.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/16/2010 - On-site support / Luis Figuera | 14.50 | $250.00 | **$3,625.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/16/2010 - On-site support / Noel Baird | 11.50 | $250.00 | **$2,875.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/17/2010 - On-site support / Ryan Dodd | 16.00 | $250.00 | **$4,000.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/17/2010 - On-site support / Luis Figuera | 16.00 | $250.00 | **$4,000.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/17/2010 - On-site support / Geoff Roberts | 12.50 | $250.00 | **$3,125.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/17/2010 - On-site support / Dave Johnson: On-site support | 12.50 | $325.00 | **$4,062.50** |
| Professional Fees | Strattera Lilly - New Jersey - 05/17/2010 - On-site support / Noel Baird | 12.50 | $250.00 | **$3,125.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/17/2010 - Meals / Noel Baird: Newark Sushi Bar | 1.00 | $25.05 | **$25.05** |

| | | | | |
|---|---|---|---|---|
| Professional Fees | Strattera Lilly - New Jersey - 05/18/2010 - Deposition Video Synchronization / Video Processing: 09-04-08 Robert Titus video deposition synchronization charges | 4.00 | $30.00 | $120.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/18/2010 - Deposition Video Synchronization / Video Processing: 10-02-08 Robert Titus video deposition synchronization charges | 3.25 | $30.00 | $97.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/18/2010 - On-site support / Noel Baird: 7.00 Hours Courtroom Support; 6.25 Hours Warroom Support | 13.25 | $250.00 | $3,312.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/18/2010 - On-site support / Ryan Dodd | 13.00 | $250.00 | $3,250.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/18/2010 - On-site support / Luis Figuera | 16.50 | $250.00 | $4,125.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/18/2010 - On-site support / Dave Johnson: On-site support | 7.50 | $325.00 | $2,437.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/18/2010 - On-site support / Geoff Roberts | 10.50 | $250.00 | $2,625.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/19/2010 - On-site support / Ryan Dodd | 10.00 | $250.00 | $2,500.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/19/2010 - On-site support / Luis Figuera | 10.50 | $250.00 | $2,625.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/19/2010 - On-site support / Geoff Roberts | 1.25 | $250.00 | $312.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/19/2010 - On-site support / Dave Johnson: On-site support | 9.50 | $325.00 | $3,087.50 |
| Professional Fees | Strattera Lilly - New Jersey - 05/19/2010 - On-site support / Noel Baird: 6.00 Hours Courtroom Support; 6.00 Hours Warroom Support | 12.00 | $250.00 | $3,000.00 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/19/2010 - Transportation / Geoff Roberts: Air Fare from Newark to Tampa | 1.00 | $811.40 | $811.40 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/19/2010 - Meals / Geoff Roberts: Travel Meal | 1.00 | $2.56 | $2.56 |
| Matter Expenses | Strattera Lilly - New Jersey - 05/19/2010 - Meals / Geoff Roberts: Travel Meal | 1.00 | $7.13 | $7.13 |
| Professional Fees | Strattera Lilly - New Jersey - 05/20/2010 - On-site support / Ryan Dodd | 10.00 | $250.00 | $2,500.00 |
| Professional Fees | Strattera Lilly - New Jersey - 05/20/2010 - On-site support / Luis Figuera | 14.00 | $250.00 | $3,500.00 |
| Professional | Strattera Lilly - New Jersey - 05/20/2010 - Travel / Dave | 2.50 | $325.00 | $812.50 |

| | | | | |
|---|---|---|---|---|
| Fees | Johnson | | | |
| Professional Fees | Strattera Lilly - New Jersey - 05/20/2010 - On-site support / Noel Baird | 9.00 | $250.00 | **$2,250.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/20/2010 - Meals / Noel Baird: Hilton Newark | 1.00 | $5.89 | **$5.89** |
| Professional Fees | Strattera Lilly - New Jersey - 05/21/2010 - On-site support / Ryan Dodd | 13.00 | $250.00 | **$3,250.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/21/2010 - On-site support / Luis Figuera | 13.50 | $250.00 | **$3,375.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/21/2010 - On-site support / Noel Baird | 9.50 | $250.00 | **$2,375.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/21/2010 - Parking / Geoff Roberts: Long Term Parking | 1.00 | $88.00 | **$88.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/22/2010 - On-site support / Luis Figuera | 16.50 | $250.00 | **$4,125.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/22/2010 - On-site support / Ryan Dodd | 13.00 | $250.00 | **$3,250.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/22/2010 - On-site support / Noel Baird | 10.00 | $250.00 | **$2,500.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/23/2010 - On-site support / Ryan Dodd | 12.00 | $250.00 | **$3,000.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/23/2010 - On-site support / Geoff Roberts | 9.00 | $250.00 | **$2,250.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/23/2010 - On-site support / Luis Figuera | 14.00 | $250.00 | **$3,500.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/23/2010 - On-site support / Noel Baird | 10.50 | $250.00 | **$2,625.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/23/2010 - Meals / Geoff Roberts: Travel Meal | 1.00 | $11.64 | **$11.64** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/23/2010 - Transportation / Geoff Roberts: Cab Fare from Newark Airport | 1.00 | $25.00 | **$25.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/24/2010 - On-site support / Ryan Dodd | 12.00 | $250.00 | **$3,000.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/24/2010 - On-site support / Luis Figuera | 13.00 | $250.00 | **$3,250.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/24/2010 - On-site support / Geoff Roberts | 12.75 | $250.00 | **$3,187.50** |

| | | | | |
|---|---|---|---|---|
| Professional Fees | Strattera Lilly - New Jersey - 05/24/2010 - On-site support / Noel Baird: 6.00 Hours Courtroom Support; 6.50 Hours Warroom Support | 12.50 | $250.00 | **$3,125.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/24/2010 - Transportation / Geoff Roberts: Travelocity booking fee | 1.00 | $19.95 | **$19.95** |
| Professional Fees | Strattera Lilly - New Jersey - 05/25/2010 - On-site support / Geoff Roberts | 10.25 | $250.00 | **$2,562.50** |
| Professional Fees | Strattera Lilly - New Jersey - 05/25/2010 - On-site support / Noel Baird: 7.00 Hours Courtroom Support; 5.75 Hours Warroom Support | 12.75 | $250.00 | **$3,187.50** |
| Professional Fees | Strattera Lilly - New Jersey - 05/25/2010 - On-site support / Ryan Dodd | 12.00 | $250.00 | **$3,000.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/25/2010 - On-site support / Luis Figuera | 12.50 | $250.00 | **$3,125.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/25/2010 - Meals / Noel Baird: Hilton Newark (Noel, Luis and Ryan) | 1.00 | $129.54 | **$129.54** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/25/2010 - Transportation / Noel Baird: United Airlines for Ryan Dodd | 1.00 | $767.70 | **$767.70** |
| Professional Fees | Strattera Lilly - New Jersey - 05/26/2010 - On-site support / Ryan Dodd | 12.00 | $250.00 | **$3,000.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/26/2010 - On-site support / Luis Figuera | 10.00 | $250.00 | **$2,500.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/26/2010 - Travel / Luis Figuera | 3.50 | $250.00 | **$875.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/26/2010 - On-site support / Geoff Roberts | 12.50 | $250.00 | **$3,125.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/26/2010 - On-site support / Noel Baird: 8.00 Hours Courtroom Support; 5.00 Hours Warroom Support | 13.00 | $250.00 | **$3,250.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/26/2010 - Transportation / Geoff Roberts: Train Fare from Newark to Washington DC for Luis F. | 1.00 | $327.00 | **$327.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/27/2010 - On-site support / Ryan Dodd | 15.00 | $250.00 | **$3,750.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/27/2010 - Travel / Ryan Dodd | 5.00 | $250.00 | **$1,250.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/27/2010 - On-site support / Geoff Roberts | 3.50 | $250.00 | **$875.00** |

| Professional Fees | Strattera Lilly - New Jersey - 05/27/2010 - Travel / Geoff Roberts | 4.50 | $250.00 | **$1,125.00** |
|---|---|---|---|---|
| Professional Fees | Strattera Lilly - New Jersey - 05/27/2010 - On-site support / Noel Baird: 8.00 Hours Courtroom Support; 2.50 Hours Warroom Support | 10.50 | $250.00 | **$2,625.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/27/2010 - Transportation / Geoff Roberts: Air Transportation Including Baggage Fees | 1.00 | $450.70 | **$450.70** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/27/2010 - Meals / Geoff Roberts: Travel Meal | 1.00 | $4.12 | **$4.12** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/27/2010 - Meals / Geoff Roberts: Travel Meal | 1.00 | $15.37 | **$15.37** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/27/2010 - Meals / Noel Baird: Newark Sushi Bar | 1.00 | $40.65 | **$40.65** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/28/2010 - Meals / Ryan Dodd: Dinner at airport | 1.00 | $7.59 | **$7.59** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/28/2010 - Transportation / Ryan Dodd: Taxi from airport | 1.00 | $55.00 | **$55.00** |
| Professional Fees | Strattera Lilly - New Jersey - 05/28/2010 - On-site support / Noel Baird | 5.00 | $250.00 | **$1,250.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/28/2010 - Meals / Noel Baird: Keen's Chophouse | 1.00 | $72.00 | **$72.00** |
| Matter Expenses | Strattera Lilly - New Jersey - 05/29/2010 - Other / Noel Baird: Tips (5/10 - 5/29) | 1.00 | $14.00 | **$14.00** |
| Matter Expenses | Strattera Lilly - New Jersey 05/31/2010 - Shipping / FedEx Shipping Charges (Incurred 5/20/2010) | 1.00 | $56.64 | **$56.64** |
| Matter Expenses | Strattera Lilly - New Jersey 05/31/2010 - Travel / Noel Baird: Refund on partial airfare | 1.00 | -$865.10 | **-$865.10** |

|  |  |
|---|---|
| Subtotal | **$247,618.65** |
| Payments | **-$247,618.65** |
| **Amount Due** | **$0.00** |