**Exhibit 9**



# AQUIPT.

**AQUIPT, Inc.**
376 Crooked Lane
King of Prussia, PA 19406 USA
Ph: 877/591-5141  Fax: 610/272-0526  Tax ID: 20-3231340

**INVOICE 340989**

Customer No. SPL239

Bill To: (SPL239)

Accounts Payable
Finnegan Henderson
901 New York Avenue NW
Washington, DC 20001-4413

Requester: (SPL239)

Tom Meyer & Laura McClaffer
Finnegan Henderson
901 New York Avenue NW
Washington DC 20001-4413

USA

Ship To: (SPL239)

Judge Cavanaugh
Martin Luther King JR. Federal Bldg
50 Walnut Street
Courtroom PO 04
Newark, NJ 07101

973-645-3730

| Date | Ship Via | F.O.B. | Terms | |
|---|---|---|---|---|
| 06/09/10 | Company Vehicle | | Net 30 Days | |
| P O Number | | Order Date | Salesperson | Contract Type | Contract Number |
| SPLIT CR | | 05/18/10 | Bob Rivas | Rental | 83473 - 002 |

| Qty | Date From / Thru | Item Number | Description | Serial No. | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1.00 | 05/18/10-06/01/10 | B23568B | HP L1740 17" LCD Monitor | CNP517XJJM | Y | 60.00 | 60.00 |
| 1.00 | 05/18/10-06/01/10 | B23905B | HP L1740 17" LCD Monitor | CNP516KH4X | Y | 60.00 | 60.00 |
| 1.00 | 05/18/10-06/01/10 | B24170B | HP L1740 17" LCD Monitor | CNP535BFWP | Y | 60.00 | 60.00 |
| 1.00 | 05/18/10-06/01/10 | B23894B | HP L1740 17" LCD Monitor | CNC6290M0T | Y | 60.00 | 60.00 |
| 1.00 | 05/18/10-06/01/10 | B23255B | HP L1740 17" LCD Monitor | CNP510B01R | Y | 60.00 | 60.00 |
| 1.00 | 05/18/10-06/01/10 | B23656B | HP L1740 17" LCD Monitor | CNK5300G0Q | Y | 60.00 | 60.00 |
| 1.00 | 05/18/10-06/01/10 | B23739B | HP L1740 17" LCD Monitor | CNP5300GT4 | Y | 60.00 | 60.00 |
| 1.00 | 05/18/10-06/01/10 | B23418B | HP L1740 17" LCD Monitor | CNP515K48W | Y | 60.00 | 60.00 |
| 1.00 | 05/18/10-06/01/10 | B23664B | HP L1740 17" LCD Monitor | CNK5300GGW | Y | 60.00 | 60.00 |
| 1.00 | 05/18/10-06/01/10 | B27405B | Sanyo PLC-XP100L Projector (6500L) | G7X02726 | Y | 1050.00 | 1050.00 |
| 1.00 | 05/18/10-06/01/10 | A11054A | Projector Bulb - Epson 8300 | | Y | 0.00 | 0.00 |
| 1.00 | 05/18/10-06/01/10 | A10342A | DaLite Projectostand (25"x17") | | Y | 45.00 | 45.00 |
| 1.00 | 05/18/10-06/01/10 | B22846B | 7.5'x10' Fastfold Screen (150") | 123456 | Y | 255.00 | 255.00 |
| 1.00 | 05/18/10-06/01/10 | B21891B | Wolfvision Visualizer VZ-8 Plus | 087362 | Y | 450.00 | 450.00 |
| 1.00 | 05/18/10-06/01/10 | A10342A | DaLite Projectostand (25"x17") | | Y | 45.00 | 45.00 |
| 1.00 | 05/18/10-06/01/10 | B24299B | Extron 6 in x 1out w/ATF VGA switch | A003V5F | Y | 105.00 | 105.00 |
| 1.00 | 05/18/10-06/01/10 | B23254B | Extron 6 in x 1out w/ATF VGA switch | 73382401E1330 | Y | 105.00 | 105.00 |
| 1.00 | 05/18/10-06/01/10 | B21178B | Inline 1 in x 8 out VGA DA  IN3268 | 631112002 | Y | 120.00 | 120.00 |
| 1.00 | 05/18/10-06/01/10 | B26697B | Extron 1 in x 6 out VGA DA | A03Y9WX | Y | 105.00 | 105.00 |
| 1.00 | 05/18/10-06/01/10 | B25734B | Fender 150W Speakers (1Pair) | N056648HQ | Y | 150.00 | 150.00 |
| 2.00 | 05/18/10-06/01/10 | A10759A | CAP-1 Computer Audio Patch (Mono) | | Y | 37.00 | 74.00 |
| 2.00 | 05/18/10-06/01/10 | A10922A | Tech Table (18"x60") w/skirt | | Y | 60.00 | 120.00 |
| 1.00 | 05/18/10-06/01/10 | A11510A | * AQUIPT 24/7 800-214-5521 * | | Y | 0.00 | 0.00 |
| 1.00 | - | A11760A | Aquipt Split Processing (Defense) | | Y | 250.00 | 250.00 |
| 1.00 | - | A10217A | 5/14 Delivery Only | | Y | 150.00 | 150.00 |
| 5.00 | - | A10230A | 5/14 Onsite Install (2 techs) | | Y | 75.00 | 375.00 |
| 5.00 | - | A10230A | 6/1 Onsite Strike (2 techs) | | Y | 75.00 | 375.00 |

Project ID : LILLY STRATTERA/SPLIT CR/NWRK/NJ/2W

Remit To:

AQUIPT, Inc.
Box 512258

Philadelphia, PA 19175-2258

***( Continued )***     Customer Original (Reprinted)     Page 1

# AQUIPT.

**AQUIPT, Inc.**
376 Crooked Lane
King of Prussia, PA 19406 USA
Ph: 877/591-5141  Fax: 610/272-0526  Tax ID: 20-3231340

**INVOICE 340989**

Customer No. SPL239

Bill To: (SPL239)

Accounts Payable
Finnegan Henderson
901 New York Avenue NW
Washington, DC 20001-4413

Requester: (SPL239)

Tom Meyer & Laura McClaffer
Finnegan Henderson
901 New York Avenue NW
Washington DC 20001-4413

USA

Ship To: (SPL239)

Judge Cavanaugh
Martin Luther King JR. Federal Bldg
50 Walnut Street
Courtroom PO 04
Newark, NJ 07101

973-645-3730

| Date | Ship Via | F.O.B. | Terms | |
|---|---|---|---|---|
| 06/09/10 | Company Vehicle | | Net 30 Days | |
| P O Number | Order Date | Salesperson | Contract Type | Contract Number |
| SPLIT CR | 05/18/10 | Bob Rivas | Rental | 83473 - 002 |

| Qty | Date From / Thru | Item Number | Description | Serial No. | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1.00 | - | A10218A | 6/1 Pickup Only | | Y | 150.00 | 150.00 |

This invoice is for review only - DO NOT process for payment.
This invoice reflects the FULL charges for this split.

| | |
|---|---|
| NonTaxable Subtotal | 0.00 |
| Taxable Subtotal | 4464.00 |
| NJ Sales Tax @ 7.000%(S) | 91.00 |
| NJ Sales Tax @ 7.000%(R) | 221.48 |

Project ID : LILLY STRATTERA/SPLIT CR/NWRK/NJ/2W

Remit To:

AQUIPT, Inc.
Box 512258
Philadelphia, PA 19175-2258

Total Invoice  **4776.48**

Customer Original (Reprinted)

Page 2

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

91370

- [x] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [ ] 07-RESTON
- [ ] 08-CAMBRIDGE

**FOR ACCOUNTING USE ONLY**

Invoice Number: 34098 9  Vendor Number: _____
Invoice Date: 06/09/2010  Pay Date: ( days) / /20
US $ _____
Acct. No. | Off. | Dept. | Part. | Total _____

| | Client No. | Matter No. | Amount |
|---|---|---|---|
| ✓ Charge to | 02021 | 8095.00000 | US $ 4,776.48 |
| Charge to | | | US $ |

Make check payable to: A QUIPT
- [ ] No check is required (Vendor Name) _____
- [ ] No check is required (Charge Client) _____
- [ ] Return check to: _____
- [ ] PTO Deposit Acct.  by (date) _____

Prepared by: L. Henderson  Ext 4410  Date 6/30/10  Mail drop 1042
Atty. Name: L. Masurovsky  Atty.# 1032  Approval: L. Masurovsky

### PTO/FEES

- 01 ☐ Application Filing Fee ($____)
- 02 ☐ 1 Month Extension ($____)
- 03 ☐ 2 Month Extension ($____)
- 04 ☐ 3 Month Extension ($____)
- 05 ☐ Extra Claim Fee ($____)
- 06 ☐ Assignment Recordation Fee ($____)
- 07 ☐ Notice of Appeal Fee ($____)
- 08 ☐ Appeal Brief Fee ($____)
- 09 ☐ Correction Fee ($____)
- 10 ☐ Sections 8 & 15 Fee ($____)
- 11 ☐ Issue Fee ($____)
- 13 ☐ Petition Fee ($____)
- 14 ☐ Missing Parts ($____)
- 15 ☐ Multiple Copies ($____)
- 17 ☐ Maintenance Fee ($____)
- 19 ☐ Other PTO Fees ($____)
- 52 ☐ Patent/TM Copies ($____)
- ☐ _____
- ☐ _____
(for items not listed)

### MISCELLANEOUS

- ☐ Atty. Travel of _____ to _____ on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____
(for items not listed)

### MUST HAVE APPROVAL*

- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 ☐ Outside Printing/Photocopying _____
- 64 ☐ In-house Photocopies
- 54 ☒ Other Outside Services
- ☐ _____
- ☐ _____
(for items not listed)

*Attach Invoice

Additional description for billing purposes:
Trial Computer Equipment.

| Contract: | 83992 |
|---|---|
| Type/Status: | Contract / Returned |
| Purchase Order #: | 02021.8095 |
| Project Name: | LILLY STRATTERA/SPLIT CR/NWRK/NJ/2W |
| Customer #: | FHE033 |



**AQUIPT**
376 Crooked Lane, King of Prussia, PA 19406
Main 877-591-6141
Fax 610-272-0526
24/7 800-214-5521

| Customer: | Requester: | Ship To: |
|---|---|---|
| Accounts Payable-PDF<br>Finnegan Henderson<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Phone: 202/408-4000 | Tom Meyer & Laura McClaffer<br>Finnegan Henderson<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>USA<br>Phone: 202-408-4000 | Martin Luther King JR. Federal Bldg<br>50 Walnut Street<br>Courtroom PO 04<br>Newark, NJ 07101 |

Single Invoice

| InvNo | InvDate | PO | Ship Via | SalesPerson |
|---|---|---|---|---|
| 341062 | 06/14/10 | 02021.8095 | Company Vehicle | BR |

| Total | Paid | Balance | Payment Terms | Contract | Date | Term |
|---|---|---|---|---|---|---|
| $2,254.49 | $0.00 | $2,254.49 | Net 30 Days | 83992 | 05/18/10 | Weekly |

| Item | Description | Price | Qty | Extended | From | Thru | Taxable |
|---|---|---|---|---|---|---|---|
| A11510A | * AQUIPT 24/7 800-214-5521 * | $0.00 | 1.00 | $0.00 | 05/18/10 | 06/01/10 | Yes |
| A10220A | 50% Equipment Rental Charges | $1,582.00 | 1.00 | $1,582.00 | 05/18/10 | 06/01/10 | Yes |
| A11749A | 50% Roundtrip Delivery Charges | $150.00 | 1.00 | $150.00 | 05/18/10 | 06/01/10 | Yes |
| A10230A | 50% Onsite Tech Time Charges | $375.00 | 1.00 | $375.00 | 05/18/10 | 06/01/10 | Yes |
| | Total Taxable: $2,107.00, Rental Items Tax: $0.00, Sale Items Tax: $147.49 | | | $147.49 | | | |
| | | | | **Invoice Total** $2,254.49 | | | |

Remit to: Aquipt, PO Box 512258, Philadelphia, PA 19175-2258

# DISBURSEMENT VOUCHER
## AND CHECK REQUEST FOR CLIENT EXPENSE

91371

- [x] 01-DC
- [ ] 02-JAPAN
- [ ] 03-KOREA
- [ ] 04-BELGIUM
- [ ] 05-CALIF
- [ ] 06-ATLANTA
- [ ] 07-RESTON
- [ ] 08-CAMBRIDGE

**FOR ACCOUNTING USE ONLY**

Invoice Number: 34106 2
Vendor Number: _____
Invoice Date: 06/14/2010
Pay Date: ( days) / /20
US $ _____
Acct. No. | Off. | Dept. | Part. | Total _____

**X** Charge to — Client No. 02021 — Matter No. 8095.00000 — Amount US $ 2,254.49
___ Charge to _____ . _____ . US $ _____

Make check payable to: AQUIPT
- [ ] No check is required (Vendor Name) _____
- [ ] Return check to: _____
- [ ] No check is required (Charge Client) _____ by (date) _____
- [ ] PTO Deposit Acct.

Prepared by: L. Henderson  Ext. 4410  Date 6/30/10  Mail drop 1042

Atty. Name: L. Masurovsky  Atty.# 1032  Approval: L Masurovsky

### PTO/FEES

- 01 ☐ Application Filing Fee ($____)
- 02 ☐ 1 Month Extension ($____)
- 03 ☐ 2 Month Extension ($____)
- 04 ☐ 3 Month Extension ($____)
- 05 ☐ Extra Claim Fee ($____)
- 06 ☐ Assignment Recordation Fee ($____)
- 07 ☐ Notice of Appeal Fee ($____)
- 08 ☐ Appeal Brief Fee ($____)
- 09 ☐ Correction Fee ($____)
- 10 ☐ Sections 8 & 15 Fee ($____)
- 11 ☐ Issue Fee ($____)
- 13 ☐ Petition Fee ($____)
- 14 ☐ Missing Parts ($____)
- 15 ☐ Multiple Copies ($____)
- 17 ☐ Maintenance Fee ($____)
- 19 ☐ Other PTO Fees ($____)
- 52 ☐ Patent/TM Copies ($____)
- ☐ _____
- ☐ _____
(for items not listed)

### MISCELLANEOUS

- ☐ Atty. Travel of _____
  to _____
  on _____
- 61 ☐ Local Transportation
- 27 ☐ Court Costs
- ☐ _____
(for items not listed)

### MUST HAVE APPROVAL*

- 21 ☐ Court Reporter for _____ Deposition
- 22 ☐ Expert Witness _____ (Name)
- 20 ☐ Consulting Services _____ (Name)
- 25 ☐ Local Counsel for _____
- 23 ☐ Foreign/Associate Services _____
- 26 ☐ Translation of _____
- 16 ☐ Patent Annuity No. _____
- 28 ☐ Patent Services for _____
- 24 ☐ Draftsman Services _____
- 40 ☐ Search Services for _____
- 56 ☐ Outside Printing/Photocopying _____
- 64 ☐ In-house Photocopies
- 54 ☒ Other Outside Services
- ☐ _____
- ☐ _____
(for items not listed)

Additional description for billing purposes:
Computer equipment for trial. *Attach Invoice