HILL WALLACK LLP
ATTORNEYS AT LAW

202 CARNEGIE CENTER, P.O. BOX 5226, PRINCETON, NJ 08543-5226
TELEPHONE: (609) 924-0808, FAX: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6395

January 11, 2012

***Via ECF and Courtesy Copy via Overnight Delivery***

Honorable Dennis M. Cavanaugh, USDJ
United States District Judge
United States District Court
Martin Luther King Building & U.S. Court House
Newark, New Jersey 07101

***Re: Eli Lilly v. Actavis Elizabeth, et als.***
***Civil Action No. 07-3770 (DMC)***

Dear Judge Cavanaugh:

We represent defendant Sandoz, Inc. in the above-referenced matter. Enclosed please find a proposed Stipulation Extending the Time for Defendants to Respond to Plaintiff's Bill of Costs. Plaintiff consents to the entry of the enclosed Stipulation.

If the proposed Stipulation meets with your approval, we ask that you enter your "So Ordered" and forward it to the Clerk's Office for filing. We thank the Court for its assistance and cooperation.

Respectfully submitted,

HILL WALLACK LLP

/s/CHRISTINA SAVERIANO
CHRISTINA SAVERIANO

Cc: Counsel of Record via ECF and electronic mail



17 GORDON'S ALLEY, ATLANTIC CITY, NJ 08401 | 777 TOWNSHIP LINE ROAD, SUITE 250, YARDLEY, PA 19067

ERIC I. ABRAHAM
CHRISTINA SAVERIANO
Hill Wallack, LLP
202 Carnegie Center
Princeton, New Jersey 08540
Telephone: 609-734-6358
Facsimile: 609-452-1888
Email: eia@hillwallack.com

KEITH V. ROCKEY
KATHLEEN A. LYONS
JOSEPH FUCHS
AVANI MACALUSO
Rockey, Depke, & Lyons, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-277-2006
Facsimile: 312-441-0570

Attorneys for Defendant Sandoz Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br><br>Defendants. | Civil Action No. 07-3770 (DMC)(JAD) |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S BILL OF COSTS**

The parties submit this Stipulation respecting the timing for Defendants to respond to Plaintiff's Bill of Costs (D.E.749):

IT IS HEREBY STIPULATED AND AGREED THAT the date for Defendants to Respond to Plaintiff's Bill of Costs shall be extended until and including January 26, 2012.

| | |
|---|---|
| PEPPER HAMILTON LLP<br><br>*Attorneys for Plaintiff Eli Lilly and Company*<br><br>/s/John F. Brenner<br>John F. Brenner<br><br>301 Carnegie Center<br>Princeton, NJ 08543<br>Tel: (609) 452-0808<br><br>Charles E. Lipsey<br>L. Scott Burwell<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Two Freedom Square<br>1955 Freedom Drive<br>Reston, VA 20190<br>Tel: (571) 203-2700 | WINSTON & STRAWN LLP<br><br>*Attorneys for Defendant Sun Pharmaceutical Industries Limited*<br><br>/s/ James S. Richter<br>James S. Richter<br><br>The Legal Center<br>One Riverfront Plaza, 7th Floor<br>Newark, NJ 07102<br>Tel: (973) 848-7676<br><br>James F. Hurst<br>35 Wacker Drive<br>Chicago, IL 60601<br><br>Gail J. Standish<br>Peter E. Perkowski<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br><br>Jovial Wong<br>1700 K Street, NW<br>Washington, DC 20006 |
| HILL WALLACK LLP<br><br>*Attorneys for Defendant Sandoz Inc.*<br><br>/s/Eric I. Abraham<br>Eric I. Abraham<br><br>202 Carnegie Center<br>Princeton, NJ 08543<br>Tel: (609) 924-0808 | SAIBER LLC<br><br>*Attorneys for Defendant Mylan Pharmaceuticals Inc.*<br><br>/s/Arnold B. Calmann<br>Arnold B. Calmann<br><br>One Gateway Center, 10th Floor<br>Newark, NJ 07102<br>Tel: (973) 622-3333 |

| | |
|---|---|
| Keith V. Rockey<br>Kathleen A. Lyons<br>Joseph Fuchs<br>Avani Macaluso<br>Rockey, Depke, & Lyons, LLC<br>Sears Tower, Suite 5450<br>233 South Wacker Drive<br>Chicago, Illinois 60606 | Thomas J. Parker<br>Victoria E. Spataro<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016 |
| LOCKE LORD BISSELL & LIDDELL LLP<br><br>*Attorneys for Defendant Apotex Inc.*<br><br>/s/Joseph N. Froehlich<br>Joseph N. Froehlich<br><br>Three World Financial Center<br>New York, NY 10281<br>Tel: (212) 415-8600<br><br>Keith D. Parr<br>Scott B. Feder<br>Kevin Nelson<br>Myoka Goodin<br>David Abramowitz<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Dr.<br>Chicago, IL 60606 | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br><br>*Attorneys for Defendant Aurobindo Pharma, Ltd.*<br><br>/s/James E. Cecchi<br>James E. Cecchi<br><br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: (973) 994-1700<br><br>Christine J. Siwik<br>William A. Rakoczy<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654 |

**SO ORDERED on this ____ day of ____________, 2012:**

________________________________

Hon. Dennis M. Cavanaugh, U.S.D.J.