| | |
|---|---|
| ERIC I. ABRAHAM<br>CHRISTINA SAVERIANO<br>  Hill Wallack, LLP<br>  202 Carnegie Center<br>  Princeton, New Jersey 08540<br>  Telephone: 609-734-6358<br>  Facsimile: 609-452-1888<br>  Email: eia@hillwallack.com | |
| KEITH V. ROCKEY<br>KATHLEEN A. LYONS<br>JOSEPH FUCHS<br>AVANI MACALUSO<br>  Rockey, Depke, & Lyons, LLC<br>  Sears Tower, Suite 5450<br>  233 South Wacker Drive<br>  Chicago, Illinois 60606<br>  Telephone: 312-277-2006<br>  Facsimile: 312-441-0570<br><br>Attorneys for Defendant Sandoz Inc. | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br><br>            Defendants. | Civil Action No. 07-3770 (DMC)(JAD) |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND
TO PLAINTIFF'S BILL OF COSTS**

1

The parties submit this Stipulation respecting the timing for Defendants to respond to Plaintiff's Bill of Costs (D.E.749):

IT IS HEREBY STIPULATED AND AGREED THAT the date for Defendants to Respond to Plaintiff's Bill of Costs shall be extended until and including January 26, 2012.

| PEPPER HAMILTON LLP<br><br>*Attorneys for Plaintiff Eli Lilly and Company*<br><br>/s/John F. Brenner<br>John F. Brenner<br><br>301 Carnegie Center<br>Princeton, NJ 08543<br>Tel: (609) 452-0808<br><br>Charles E. Lipsey<br>L. Scott Burwell<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Two Freedom Square<br>1955 Freedom Drive<br>Reston, VA 20190<br>Tel: (571) 203-2700 | WINSTON & STRAWN LLP<br><br>*Attorneys for Defendant Sun Pharmaceutical Industries Limited*<br><br>/s/ James S. Richter<br>James S. Richter<br><br>The Legal Center<br>One Riverfront Plaza, 7th Floor<br>Newark, NJ 07102<br>Tel: (973) 848-7676<br><br>James F. Hurst<br>35 Wacker Drive<br>Chicago, IL 60601<br><br>Gail J. Standish<br>Peter E. Perkowski<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br><br>Jovial Wong<br>1700 K Street, NW<br>Washington, DC 20006 |
|---|---|
| HILL WALLACK LLP<br><br>*Attorneys for Defendant Sandoz Inc.*<br><br>/s/Eric I. Abraham<br>Eric I. Abraham<br><br>202 Carnegie Center<br>Princeton, NJ 08543<br>Tel: (609) 924-0808 | SAIBER LLC<br><br>*Attorneys for Defendant Mylan Pharmaceuticals Inc.*<br><br>/s/Arnold B. Calmann<br>Arnold B. Calmann<br><br>One Gateway Center, 10th Floor<br>Newark, NJ 07102<br>Tel: (973) 622-3333 |

| | |
|---|---|
| Keith V. Rockey<br>Kathleen A. Lyons<br>Joseph Fuchs<br>Avani Macaluso<br>Rockey, Depke, & Lyons, LLC<br>Sears Tower, Suite 5450<br>233 South Wacker Drive<br>Chicago, Illinois 60606 | Thomas J. Parker<br>Victoria E. Spataro<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016 |
| LOCKE LORD BISSELL & LIDDELL LLP<br><br>*Attorneys for Defendant Apotex Inc.*<br><br>/s/Joseph N. Froehlich<br>Joseph N. Froehlich<br><br>Three World Financial Center<br>New York, NY 10281<br>Tel: (212) 415-8600<br><br>Keith D. Parr<br>Scott B. Feder<br>Kevin Nelson<br>Myoka Goodin<br>David Abramowitz<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Dr.<br>Chicago, IL 60606 | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br><br>*Attorneys for Defendant Aurobindo Pharma, Ltd.*<br><br>/s/James E. Cecchi<br>James E. Cecchi<br><br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: (973) 994-1700<br><br>Christine J. Siwik<br>William A. Rakoczy<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654 |

**SO ORDERED** on this /3 day of _____, 2012:

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.