# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, P.O. Box 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6395

January 24, 2012

***Via ECF and Courtesy Copy via Overnight Delivery***

Honorable Dennis M. Cavanaugh, USDJ
United States District Judge
United States District Court
Martin Luther King Building & U.S. Court House
Newark, New Jersey 07101

    Re:    *Eli Lilly v. Actavis Elizabeth, et als.*
             *Civil Action No. 07-3770 (DMC)*

Dear Judge Cavanaugh:

    We represent defendant Sandoz, Inc. in the above-referenced matter. Enclosed please find a second proposed Stipulation Extending the Time for Defendants to Respond to Plaintiff's Bill of Costs. Plaintiff consents to the entry of the enclosed Stipulation.

    If the proposed Stipulation meets with your approval, we ask that you enter your "So Ordered" and forward it to the Clerk's Office for filing. We thank the Court for its assistance and cooperation.

                              Respectfully submitted,

                              HILL WALLACK LLP

                              /s/CHRISTINA SAVERIANO
                              CHRISTINA SAVERIANO

Cc:    Counsel of Record via ECF and electronic mail

| | |
|---|---|
| ERIC I. ABRAHAM<br>CHRISTINA SAVERIANO<br>  Hill Wallack, LLP<br>  202 Carnegie Center<br>  Princeton, New Jersey 08540<br>  Telephone: 609-734-6358<br>  Facsimile:  609-452-1888<br>  Email: eia@hillwallack.com | |
| KEITH V. ROCKEY<br>KATHLEEN A. LYONS<br>JOSEPH FUCHS<br>AVANI MACALUSO<br>  Rockey, Depke, & Lyons, LLC<br>  Sears Tower, Suite 5450<br>  233 South Wacker Drive<br>  Chicago, Illinois 60606<br>  Telephone: 312-277-2006<br>  Facsimile:  312-441-0570<br><br>Attorneys for Defendant Sandoz Inc. | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>                          Plaintiff,<br><br>            v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br><br>                          Defendants. | Civil Action No. 07-3770 (DMC)(JAD) |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S BILL OF COSTS**

1

The parties submit this Stipulation respecting the timing for Defendants to respond to Plaintiff's Bill of Costs (D.E.749):

WHEREAS the parties have been and continue to be engaged in discussions respecting possible settlement of the Bill of Costs; and

WHEREAS the parties have agreed that a further extension of time is warranted to permit the parties to continue to engage in settlement discussions respecting the Bill of Costs;

IT IS HEREBY STIPULATED AND AGREED THAT the date for Defendants to Respond to Plaintiff's Bill of Costs shall be extended until and including February 9, 2012.

| PEPPER HAMILTON LLP | WINSTON & STRAWN LLP |
|---|---|
| *Attorneys for Plaintiff Eli Lilly and Company* | *Attorneys for Defendant Sun Pharmaceutical Industries Limited* |
| /s/John F. Brenner<br>John F. Brenner | /s/ James S. Richter<br>James S. Richter |
| 301 Carnegie Center<br>Princeton, NJ 08543<br>Tel: (609) 452-0808 | The Legal Center<br>One Riverfront Plaza, 7th Floor<br>Newark, NJ 07102<br>Tel: (973) 848-7676 |
| Charles E. Lipsey<br>L. Scott Burwell<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Two Freedom Square<br>1955 Freedom Drive<br>Reston, VA 20190<br>Tel: (571) 203-2700 | James F. Hurst<br>35 Wacker Drive<br>Chicago, IL 60601<br><br>Gail J. Standish<br>Peter E. Perkowski<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br><br>Jovial Wong<br>1700 K Street, NW<br>Washington, DC 20006 |

| | |
|---|---|
| HILL WALLACK LLP<br><br>*Attorneys for Defendant Sandoz Inc.*<br><br>/s/Eric I. Abraham<br>Eric I. Abraham<br><br>202 Carnegie Center<br>Princeton, NJ 08543<br>Tel: (609) 924-0808<br><br>Keith V. Rockey<br>Kathleen A. Lyons<br>Joseph Fuchs<br>Avani Macaluso<br>Rockey, Depke, & Lyons, LLC<br>Sears Tower, Suite 5450<br>233 South Wacker Drive<br>Chicago, Illinois 60606 | SAIBER LLC<br><br>*Attorneys for Defendant Mylan Pharmaceuticals Inc.*<br><br>/s/Arnold B. Calmann<br>Arnold B. Calmann<br><br>One Gateway Center, 10th Floor<br>Newark, NJ 07102<br>Tel: (973) 622-3333<br><br>Thomas J. Parker<br>Victoria E. Spataro<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016 |
| LOCKE LORD BISSELL & LIDDELL LLP<br><br>*Attorneys for Defendant Apotex Inc.*<br><br>/s/Joseph N. Froehlich<br>Joseph N. Froehlich<br><br>Three World Financial Center<br>New York, NY 10281<br>Tel: (212) 415-8600<br><br>Keith D. Parr<br>Scott B. Feder<br>Kevin Nelson<br>Myoka Goodin<br>David Abramowitz<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Dr.<br>Chicago, IL 60606 | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br><br>*Attorneys for Defendant Aurobindo Pharma, Ltd.*<br><br>/s/James E. Cecchi<br>James E. Cecchi<br><br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: (973) 994-1700<br><br>Christine J. Siwik<br>William A. Rakoczy<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654 |

**SO ORDERED on this** \_\_\_\_ **day of** _____**, 2012:**

_____

Hon. Dennis M. Cavanaugh, U.S.D.J.

3