| | |
|---|---|
| ERIC I. ABRAHAM<br>CHRISTINA SAVERIANO<br>  Hill Wallack, LLP<br>  202 Carnegie Center<br>  Princeton, New Jersey 08540<br>  Telephone: 609-734-6358<br>  Facsimile:  609-452-1888<br>  Email: eia@hillwallack.com | |
| KEITH V. ROCKEY<br>KATHLEEN A. LYONS<br>JOSEPH FUCHS<br>AVANI MACALUSO<br>  Rockey, Depke, & Lyons, LLC<br>  Sears Tower, Suite 5450<br>  233 South Wacker Drive<br>  Chicago, Illinois 60606<br>  Telephone: 312-277-2006<br>  Facsimile:  312-441-0570<br><br>Attorneys for Defendant Sandoz Inc. | |
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY | |
| ELI LILLY AND COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, GLENMARK PHARMACEUTICALS INC., USA, SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., MYLAN PHARMACEUTICALS INC., APOTEX INC., AUROBINDO PHARMA LTD., TEVA PHARMACEUTICALS USA, INC., SYNTHON LABORATORIES, INC., ZYDUS PHARMACEUTICALS, USA, INC.,<br><br>            Defendants. | Civil Action No. 07-3770 (DMC)(JAD) |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S BILL OF COSTS**

1

The parties submit this Stipulation respecting the timing for Defendants to respond to Plaintiff's Bill of Costs (D.E.749):

WHEREAS the parties have been and continue to be engaged in discussions respecting possible settlement of the Bill of Costs; and

WHEREAS the parties have agreed that a further extension of time is warranted to permit the parties to continue to engage in settlement discussions respecting the Bill of Costs;

IT IS HEREBY STIPULATED AND AGREED THAT the date for Defendants to Respond to Plaintiff's Bill of Costs shall be extended until and including February 9, 2012.

| PEPPER HAMILTON LLP | WINSTON & STRAWN LLP |
|---|---|
| *Attorneys for Plaintiff Eli Lilly and Company* | *Attorneys for Defendant Sun Pharmaceutical Industries Limited* |
| /s/John F. Brenner___<br>John F. Brenner | /s/ James S. Richter___<br>James S. Richter |
| 301 Carnegie Center<br>Princeton, NJ 08543<br>Tel: (609) 452-0808 | The Legal Center<br>One Riverfront Plaza, 7th Floor<br>Newark, NJ 07102<br>Tel: (973) 848-7676 |
| Charles E. Lipsey<br>L. Scott Burwell<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Two Freedom Square<br>1955 Freedom Drive<br>Reston, VA 20190<br>Tel: (571) 203-2700 | James F. Hurst<br>35 Wacker Drive<br>Chicago, IL 60601<br><br>Gail J. Standish<br>Peter E. Perkowski<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br><br>Jovial Wong<br>1700 K Street, NW<br>Washington, DC 20006 |

| HILL WALLACK LLP | SAIBER LLC |
|---|---|
| *Attorneys for Defendant Sandoz Inc.* | *Attorneys for Defendant Mylan Pharmaceuticals Inc.* |
| /s/Eric I. Abraham<br>Eric I. Abraham | /s/Arnold B. Calmann<br>Arnold B. Calmann |
| 202 Carnegie Center<br>Princeton, NJ 08543<br>Tel: (609) 924-0808 | One Gateway Center, 10th Floor<br>Newark, NJ 07102<br>Tel: (973) 622-3333 |
| Keith V. Rockey<br>Kathleen A. Lyons<br>Joseph Fuchs<br>Avani Macaluso<br>Rockey, Depke, & Lyons, LLC<br>Sears Tower, Suite 5450<br>233 South Wacker Drive<br>Chicago, Illinois 60606 | Thomas J. Parker<br>Victoria E. Spataro<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016 |
| LOCKE LORD BISSELL & LIDDELL LLP | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. |
| *Attorneys for Defendant Apotex Inc.* | *Attorneys for Defendant Aurobindo Pharma, Ltd.* |
| /s/Joseph N. Froehlich<br>Joseph N. Froehlich | /s/James E. Cecchi<br>James E. Cecchi |
| Three World Financial Center<br>New York, NY 10281<br>Tel: (212) 415-8600 | 5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel: (973) 994-1700 |
| Keith D. Parr<br>Scott B. Feder<br>Kevin Nelson<br>Myoka Goodin<br>David Abramowitz<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Dr.<br>Chicago, IL 60606 | Christine J. Siwik<br>William A. Rakoczy<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654 |

**SO ORDERED on this** \_\_6\_\_ **day of** \_\_Feb\_\_, **2012:**

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.